UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LEESTMA MANAGEMENT, LLC,

　　　　Debtor.

_____/

Case No: 8:26-bk-02696-CED

Chapter 11

In re:

ADELAIDE POINTE QOZB, LLC

　　　　Debtor.

_____/

Case No: 8:26-bk-02698-CED

Chapter 11

In re:

ADELAIDE POINTE BOATERS SERVICES, LLC

　　　　Debtor.

_____/

Case No: 8:26-bk-02699-CED

Chapter 11

In re:

ADELAIDE POINTE BUILDING 1, LLC

　　　　Debtor.

_____/

Case No. 8:26-bk-02700- CED

Chapter 11

In re:

WATERLAND BATTLE CREEK, LLC

　　　　Debtor.

_____/

Case No. 8:26-bk-02701-CED

Chapter 11

## EXPEDITED MOTION FOR JOINT ADMINISTRATION
### *(Expedited Hearing Requested)*

Leestma Management, LLC ("LM"), Waterland Battle Creek, LLC ("Waterland"), AP

QOZD, AP Building 1, LLC ("AP Building"), and AP Boaters Services, LLC ("AP Boaters") the

above-captioned affiliated debtors and debtors-in-possession, (collectively referred to herein as the

"Debtors")- where appropriate) file this motion pursuant to Rule 1015(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules") for joint administration of their respective Chapter 11 cases ("Motion").  In support of the Motion, the Debtors state as follows:

### Background and Facts Supporting Joint Administration

1.      On April 1, 2026, Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Tampa Division.

2.      Debtors are "affiliates" of one another as such term is by 11 U.S.C. 101(2) which share common management and operational structure and do business with one another.  The Debtors are managed and controlled by Mr. Ryan Leestma.  In addition to sharing common management and ownership, the Debtors also share common creditors by virtue of certain contractual obligations and debt obligations.

3.      Joint administration will prevent the duplicate filing and service of numerous pleading pertaining to the Debtors and will ease the administrative burden on the Court, the Debtors, and the Debtors' creditors.

### Basis for Relief

4.      With this Motion, the Debtors seek, pursuant to Bankruptcy Rule 1015(b), the joint administration of their Chapter 11 cases in the lead case of *In re: Leestma Management, LLC (Case No: 8:26-bk-02696-CED)* for procedural purposes only.

### Basis for Relief

5.      Bankruptcy Rule 1015(b) provides, in relevant part: "If a joint petition or two or more petitions are pending in the same court or against… a debtor and an affiliate, the court may order a joint administration of the estates."

6.      The Debtors are either "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code or are related parties to affiliates.  Accordingly, Debtors submit this Court is authorized to grant the relief requested herein.

7.      Joint administration of the Debtors' Chapter 11 cases will expedite the administration of these cases and reduce administrative expenses without prejudicing any creditor's substantive rights.  For example, joint administration will permit the Clerk of the Court to utilize a single general docket for these cases and combine notices to creditors of the Debtors' respective estates and other parties in interest, which will be particularly efficient in the context of this case considering that numerous notices, application, and other pleadings and motions in theses cases will involve many of the same parties seeing that the Debtors share common creditors, attorneys and management.

8.      Joint administration will also permit counsel for all parties in interest to include the Debtors' respective cases in a single caption on the numerous documents that will be filed and served in theses cases, and will enable parties in interest in each of the above-captioned Chapter 11 cases to be apprised- through a single docket- of the various matters before the Court as to each of the Debtors as they progress through the Chapter 11 process.

9.      Because the above-captioned cases involve related Debtors which operate under a common management and ownership structure and often share common creditors, the entry of an order of joint administration will: (i) facilitate a streamlined confirmation process, (ii) significantly reduce the volume of paper that would otherwise be filed with he Clerk of the Court, (iii) simplify for the Office of the United States Trustee the supervision of the administrative aspects of these Chapter 11 cases; (iv) render the completion of various administrative tasks less costly; and (v)

minimize the number of unnecessary delays associated with the administration of numerous separate Chapter 11 cases.

10.    Additionally, because this is <u>not</u> a motion for the substantive consolidation of the Debtors' estates, the rights of parties-in-interest will not be prejudiced by the proposed joint administration of these cases, as each creditor may still file its claim against a particular estate.  In fact, the interests of all creditors will be furthered by the reduction in costs resulting from joint administration.

11.    Accordingly, the Debtors submit that joint administration of the above-captioned cases is in their best interests, as well as those of their respective estates, creditors, and other parties in interest.

**WHEREFORE**, the Debtors respectfully request entry of an order, substantially in the form attached hereto as **<u>Exhibit "A"</u>** containing the applicable requirements of Local Rul 1015-1, and granting the relief requested herein and granting the Debtors such other and further relief as this Court deems just and proper.

Dated this 2nd day of April 2026.

Respectfully submitted,

**JENNIS MORSE**
606 East Madison Street
Tampa, FL 33602
*/s/ David S. Jennis*
Davis S. Jennis
Florida Bar Number: 775940
Email:        djennis@jennislaw.com
              ecf@jennislaw.com
Telephone:    (813) 229-2800

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the *Expedited Motion For Joint Administration* has been furnished, via CM/ECF electronic service to **United States Trustee**, and to any other parties receiving notices via CM/ECF; and, via U.S. Mail, postage pre-paid to the twenty largest unsecured creditors as shown on the matrix attached to the original of this pleading filed with the Court on this 2nd day of April 2026.

*/s/ David S. Jennis*
David S. Jennis

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                               Case No: 8:26-bk-02696-CED

LEESTMA MANAGEMENT, LLC,

                                               Chapter 11

       Debtor.
_____/

In re:

ADELAIDE POINTE QOZB, LLC            Case No: 8:26-bk-02698-CED

       Debtor.                       Chapter 11
_____/

In re:

ADELAIDE POINTE BOATERS SERVICES, LLC   Case No: 8:26-bk-02699-CED

       Debtor.                       Chapter 11
_____/

In re:

ADELAIDE POINTE BUILDING 1, LLC       Case No. 8:26-bk-02700- CED

       Debtor.                       Chapter 11
_____/

In re:

WATERLAND BATTLE CREEK, LLC                 Case No. 8:26-bk-02701-CED

          Debtor.                                    Chapter 11

_____/

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

**THIS CASE** came on for hearing upon the *Expedited Motion for Joint Administration of Affiliated Cases* (the "**Motion**") (Doc No. ____) filed by the above-captioned Debtors and Debtors-In-Possession (collectively, "**Debtors**") for the joint administration of their respective Debtors' Chapter 11 cases for procedural purposes only.  Upon consideration of the Motion and the proffer of evidence by counsel for Debtors, it appears that: (i) joint administration is in the best interests of the Debtors' respective estates and creditors; (ii) due and adequate notice of the Motion has been provided; (iii) no objections have been filed; and (iv) there is sufficient cause to grant the relief request in the Motion.

Accordingly, for the reasons state at the hearing, it is hereby

**ORDERED**:

1. The Motion is **GRANTED**

2. The above-captioned Chapter 11 cases shall be jointly administered for procedural purposes only and *In Re: Leestma Management, LLC (Case No: 8:26-bk-02696- CED)* is designated the "Lead Case."

3. Nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases.

4. The Clerk of Court shall maintain a single case docket using the Lead Case number.

5.  Papers or pleadings filed in the Lead Case shall be required to bear a caption in the form of the caption attached here as **Exhibit "1".**  Any papers or pleadings relating to only one of the Debtors shall bear the caption substantially in the form of the caption attached hereto as **Exhibit "2"** indicating the Debtor to which the paper or pleading relates.

6.  A docket entry shall be made by the Clerk of Court in each of the above-captioned cases substantially as follows:

    An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of *In re: Leestma Management, In Re: Adelaide Point QOZB, LLC, In Re: Adelaide Point Boaters Services LLC, In Re: Adelaide Point Building 1, LLC, and Waterland Battle Creek LLC*.  The Docket in Case No.: 8:26-bk-02696-CED should be consulted for all matters affecting the consolidated cases and all future papers shall be filed and docketed therein.

7.  Counsel for the Debtors shall provide the Clerk of Court with a combined matrix which consolidated all of the matrices for the Debtors and eliminate any duplicate entries within fourteen (14) days of the entry of this Order.

8.  Counsel for the Debtors shall provide a consolidated Local Rule 1007-2 Parties-in - Interest list within fourteen (14) days of the entry of this Order. The consolidated Local Rule 1007-2 Parties-in-Interest list shall include each Debtor's twenty largest unsecured creditors.

9.  In accordance with Local Rule 1015-1(c)(5), a separate monthly financial report shall be filed in the Lead Case for each debtor.

10. In accordance with Local Rule 1015-1(c )(4), a separate claims register shall be maintained for each case.  A separate claim must be filed in each jointly-administered case in which a creditor asserts a claim.

11. All papers or pleadings will be docketed in the Lead Case only.  When so filed and docketed, the pleading or paper, so far as material and applicable, will be deemed filed in

each other joint-administered case as though filed and docketed therein.  In instances where the relief requested in a pleading pertains to a specific Debtor, the title, as well as the first paragraph, of the pleading or order shall indicate the specific Debtor to which it applies.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of the Order.

###

*Attorney David S. Jennis is direct to service a copy of this Order upon all interested parties and file a certificate of service within 3 days of entry of this order.*

**Exhibit "1"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LEESTMA MANAGEMENT, LLC,

Case No: 8:26-bk-02696-CED
Chapter 11

Jointly Administered [1]

       Debtor.

_____/

---

[1] Jointly Administered Cases: Leestma Management, LLC Case No: 8:26-bk-02696-CED, ADELAIDE POINTE QOZB, LLC Case No: 8:26-bk-02698-CED, ADELAIDE POINTE BOATERS SERVICES, LLC Case No: 8:26-bk-02699-CED, ADELAIDE POINTE BUILDING 1, LLC Case No. 8:26-bk-02700- CED, and WATERLAND BATTLE CREEK, LLC Case No. 8:26-bk-02701-CED

**Exhibit "2"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LEESTMA MANAGEMENT, LLC,

Case No: 8:26-bk-02696-CED
Chapter 11

Jointly Administered  [2]

                Debtor.

_____/

In re:

[Applicable Debtor]                                    [Case Number]

                Applicable Debtor.

_____/

---

[2] Jointly Administered Cases: Leestma Management, LLC Case No: 8:26-bk-02696-CED, ADELAIDE POINTE QOZB, LLC Case No: 8:26-bk-02698-CED, ADELAIDE POINTE BOATERS SERVICES, LLC Case No: 8:26-bk-02699-CED, ADELAIDE POINTE BUILDING 1, LLC Case No. 8:26-bk-02700- CED, and WATERLAND BATTLE CREEK, LLC Case No. 8:26-bk-02701-CED

**Fill in this information to identify the case:**

Debtor name ___Leestma Management, LLC___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | |
| The Debtor has unsecured creditors, however, the Receiver has refused to release a current creditors list. | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor  Leestma Management, LLC
        _____
        Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name     Adelaide Pointe QOZB, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Taft Stettinius & Hollister LLP 27777 Franklin Road Suite 2500 Southfield, MI, 48034 | | Legal Fees | | | | 508,492.10 |
| 2 | Brickley DeLong 316 Morris Avenue Suite 500 Muskegon, MI | | Services | | | | 155,680.67 |
| 3 | 2025 Winter Property Taxes 173 E. Apple Avenue Muskegon, MI, 49442 | | no_sub_type | | | | 123,676.80 |
| 4 | Smith Haughey 900 3rd St. Suite 204 Muskegon, MI, 49440 | | Legal Fees | | | | 110,092.45 |
| 5 | Freed & Viereck 1061 N. Robinhood Drive Muskegon, MI, 49445 | | Services | | | | 96,980.51 |
| 6 | Red Line Excavating 4277 1/2 Blue Star Highway Holland, MI, 49423 | | Services | | | | 78,915.74 |
| 7 | Westmaas 3025 Sangra Ave. SW Grandville, MI, 49418 | | Court ordered obligation | | | | 76,839.93 |
| 8 | Accurate Income Tax 3105 Henry Street Muskegon, MI, 49441 | | Services | | | | 74,341.92 |

| Debtor | Adelaide Pointe QOZB, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ryan Leestma 1900 Gulf Drive North Unit 7 Bradenton Beach, FL, 34217 | | Wages, Salaries, Commissions | | | | 70,000.00 |
| 10 | American Express PO Box 981535 El Paso, TX, 79998 | | Credit Card Debt | | | | 40,301.77 |
| 11 | State of Michigan PO Box 30458 Lansing, MI, 48909 | | | | | | 25,500.00 |
| 12 | Soils & Structures 6480 Grand Haven Road Muskegon, MI | | | | | | 21,314.00 |
| 13 | Moore & Bruggink 2020 Monroe Ave NW Grand Rapids, MI, 49505 | | Services | | | | 15,287.72 |
| 14 | Versatile Fabrication 2708 9th Street Muskegon, MI, 49444 | | | | | | 14,500.00 |
| 15 | EXXEL Engineering 5252 Clyde Park Ave SW Grand Rapids, MI, 49509 | | | | | | 13,254.00 |
| 16 | Pubic Finance Authority 22 E. Mifflin Street Suit 900 Madison, WI | | | | | | 12,432.51 |
| 17 | Forklift Exchange 116 W. Hubbard Street Chicago, IL, 60654 | | | | | | 11,924.68 |
| 18 | Citizen Financial Services One Citizens Plaza Providence, RI, 02903 | | Unsecured Loan Repayments | | | | 11,528.64 |
| 19 | Oscar Larson Adelaid Pointe QOZB 10100 Dixie Hwy Clarkston, MI, 48348 | | | | | | 11,162.52 |
| 20 | Source One Digital 1137 N. Gateway Blvd. Muskegon, MI, 49441 | | | | | | 10,465.48 |

**Fill in this information to identify the case:**

Debtor name _____ Adelaide Pointe Building 1, LLC _____

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____ 8:26-bk-02700 _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Taft Stettinius & Hollister LLP 27777 Franklin Road Suite 2500 Southfield, MI, 48034 | | | | | | 508,492.10 |
| 2 | Brickley DeLong 316 Morris Avenue Suite 500 Muskegon, MI | | | | | | 155,680.67 |
| 3 | Smith Haughey 900 3rd St. Suite 204 Muskegon, MI, 49440 | | | | | | 110,092.45 |
| 4 | Freed & Viereck 1061 N. Robinhood Drive Muskegon, MI, 49445 | | | | | | 96,980.51 |
| 5 | Westmaas 3025 Sangra Avenue SW Grandville, MI, 49418 | | | | | | 76,839.93 |
| 6 | Accurate Income Tax 3105 Henry Street Muskegon, MI, 49441 | | | | | | 74,341.92 |
| 7 | American Express PO Box 981535 El Paso, TX, 79998 | | | | | | 40,301.77 |
| 8 | State of Michigan PO Box 30458 Lansing, MI, 48909 | | | | | | 25,500.00 |

Debtor    Adelaide Pointe Building 1, LLC
_____
Name

Case number *(if known)* 8:26-bk-02700
_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Soils & Structures 6480 Grand Haven Road Muskegon, MI | | | | | | 21,314.00 |
| 10 | Moore & Bruggink 2020 Monroe Ave NW Grand Rapids, MI, 49505 | | | | | | 15,287.72 |
| 11 | Versatile Fabrication 2708 9th Street Muskegon, MI, 49444 | | | | | | 14,500.00 |
| 12 | EXXEL Engineering 5252 Clyde Park Ave SW Grand Rapids, MI, 49509 | | | | | | 13,254.00 |
| 13 | Public Finance Authority 22 E. Mifflin Street Suit 900 Madison, WI | | | | | | 12,432.51 |
| 14 | Forklift Exchange 116 W. Hubbard Street Chicago, IL, 60654 | | | | | | 11,924.68 |
| 15 | Citizen Financial Services One Citizens Plaza Providence, RI, 02903 | | | | | | 11,528.64 |
| 16 | Oscar Larson Adelaid Pointe QOZB 10100 Dixie Hwy Clarkston, MI, 48348 | | | | | | 11,162.52 |
| 17 | Source One Digital 1137 N. Gateway Blvd Muskegon, MI, 49441 | | | | | | 10,465.48 |
| 18 | Waterway Guide PO Box 419 Midothian, VA, 23113 | | | | | | 8,750.00 |
| 19 | Greenridge Realty 3115 Orchard Vista Dr. SE Grand Rapids, MI, 49546 | | | | | | 5,880.00 |
| 20 | ICW - Workers Comp Ins. 15025 Innovation Drive San Diego, CA, 92128 | | | | | | 5,312.00 |

**Fill in this information to identify the case:**

Debtor name ___Adelaide Pointe Boaters Services, LLC___

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): ___8:26-bk-02699___

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ryan Leestma 1900 Gulf Drive North Unit 7 Bradenton Beach, FL, 34217 | | | | | | 12,000,000.00 |
| 2 | Taft Stettinius & Hollister LLP 27777 Franklin Road Suite 2500 Southfield, MI, 48034 | | Legal Fees | | | | 508,492.10 |
| 3 | Brickley DeLong 316 Morris Avenue Suite 500 Muskegon, MI | | Services | | | | 155,680.67 |
| 4 | Smith Haughey 900 3rd St. Suite 204 Muskegon, MI, 49440 | | Legal Fees | | | | 110,092.45 |
| 5 | Freed & Viereck 1061 N. Robinhood Drive Muskegon, MI, 49445 | | | | | | 96,980.51 |
| 6 | Accurate Income Tax 3105 Henry Street Muskegon, MI, 49441 | | | | | | 74,341.92 |
| 7 | American Express PO Box 981535 El Paso, TX, 79998 | | | | | | 40,301.77 |
| 8 | State of Michigan PO Box 30458 Lansing, MI, 48909 | | | | | | 25,500.00 |

Debtor    **Adelaide Pointe Boaters Services, LLC**                                  Case number *(if known)*___8:26-bk-02699___
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Soils & Structures 6480 Grand Haven Road Muskegon, MI | | | | | | 21,314.00 |
| 10 | Versatile Fabrication 2708 9th Street Muskegon, MI, 49444 | | | | | | 14,500.00 |
| 11 | EXXEL Engineering 5252 Clyde Park Ave SW Grand Rapids, MI, 49509 | | | | | | 13,254.00 |
| 12 | Public Finance Authority 22 E. Mifflin Street Suit 900 Madison, WI | | | | | | 12,432.51 |
| 13 | Forklift Exchange 116 W. Hubbard Street Chicago, IL, 60654 | | | | | | 11,924.68 |
| 14 | Oscar Larson Adelaid Pointe QOZB 10100 Dixie Hwy Clarkston, MI, 48348 | | | | | | 11,162.52 |
| 15 | Waterway Guide PO Box 419 Midothian, VA, 23113 | | | | | | 8,750.00 |
| 16 | Greenridge Realty 3115 Orchard Vista Dr. SE Grand Rapids, MI, 49546 | | | | | | 5,880.00 |
| 17 | ICW - Workers Comp Ins. 15025 Innovation Drive San Diego, CA, 92128 | | | | | | 5,312.00 |
| 18 | AF Group 200 N. Grand Avenue Lansing, MI, 48933 | | | | | | 4,049.00 |
| 19 | Dockwa 1 Commercial Wharf Newport, RI, 02840 | | | | | | 3,976.00 |
| 20 | Sanisweep 3450 River Hill Drive NW Grand Rapids, MI, 49534 | | | | | | 3,240.00 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

**Fill in this information to identify the case:**

Debtor name ___Waterland Battle Creek, LLC___

United States Bankruptcy Court for the: ___Middle District of Florida___

Case number (If known): ___8:26-bk-02701___

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Clean Team Inc. 224 N. 30th St Battle Creek, MI, 49015 | | Services | | | | 2,343.00 |
| 2 | Bradley Company 220 Lyon Street NW Suite 400 Grand Rapids, MI, 49503 | | Services | | | | 1,330.00 |
| 3 | Indusco Supply Company, Inc. 3645 E. Cork Street Kalamazoo, MI, 49001 | | | | | | 485.00 |
| 4 | Griffin Pest Solutions, Inc. 2700 Stadium Drive Kalamazoo, MI, 49008 | | Services | | | | 129.00 |
| 5 | Independent Bank 4200 East Beltline Avenue Grand Rapids, MI, 49525 | | | | | | 0.00 |
| 6 | US Department of Interior 1849 C Street, N.W. Washington, DC, 20240 | | For Notice Purposes | | | | 0.00 |
| 7 | Battle Creek City Treasurer 10 N. Division Street Battle Creek, MI, 49014 | | Taxes & Other Government Units | | | | 0.00 |
| 8 | | | | | | | |

Debtor ___Waterland Battle Creek, LLC_____   Case number (*if known*)__8:26-bk-02701_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |