**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEESTMA MANAGEMENT LLC, et al.,** | Case No. 8:26-bk-02696-CED |
| Debtors. | (Jointly Administered) |
| _____/ | |

**DECLARATION OF AUBREY GLICK IN SUPPORT OF**

**DEBTORS' OMNIBUS OPPOSITION TO RECEIVER'S MOTION TO EXCUSE TURNOVER**

**[ECF NO. 18] AND OPPOSITION TO INDEPENDENT BANK'S JOINDER [ECF NO. 21]**

I, **AUBREY GLICK**, pursuant to 28 U.S.C. § 1746, declare as follows:

**I.  INTRODUCTION AND BASIS OF KNOWLEDGE**

1.      I am over the age of eighteen (18) and am competent to testify to the matters set forth in this Declaration.

2.      I am the Chief Operating Officer of Leestma Management LLC, the management entity for each of the above-captioned Debtor entities (collectively, the "Debtors"). In that capacity, I have operational oversight responsibility across the Debtors' business operations, including marina operations, condominium sales and leasing, hospitality venues, vendor management, payroll administration, tenant relations, and regulatory compliance.

3.      I have personal knowledge of the facts stated in this Declaration, except where stated on information and belief, and as to those matters I believe them to be true. The facts stated

1

herein are derived from my direct day-to-day involvement with the Debtors' operations, my review of the Debtors' business records, bank statements, payroll records, vendor correspondence, and my contemporaneous communications with Ryan M. Leestma, the Debtors' sole member and manager, and with vendors, tenants, and regulators.

4.      I submit this Declaration in support of the Debtors' Omnibus Opposition to the Receiver's Motion to Excuse Turnover [ECF No. 18] and the Debtors' Opposition to Independent Bank's Joinder thereto [ECF No. 21].

5.      This Declaration supplements any prior declaration I have executed in these proceedings. If any statement herein differs in phrasing from a prior declaration, this Declaration reflects my best recollection as of the date of execution based on the records available to me.

## II.  THE DEBTORS AND THE PRE-PETITION RECEIVERSHIP

6.      The Debtors own and operate Adelaide Pointe, a 30-acre mixed-use waterfront development located on Muskegon Lake in Muskegon, Michigan. The development comprises a marina of more than 450 slips, thirty-four (34) remaining luxury condominium units, approximately 225,000 square feet of warehouse space, and associated hospitality venues. I have been on-site as Chief Operating Officer throughout the relevant period.

7.      On or about February 1, 2026, John Polderman (the "Receiver") was appointed as receiver over certain of the Debtors' assets in a state court proceeding initiated by Independent Bank ("IBCP").

8.      On April 1, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in this Court. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession.

9. The facts set forth below describe the Receiver's administration from February 1, 2026 through the Petition Date, based on matters I personally observed, communications I personally participated in, and records I personally reviewed.

### III. REFUSAL TO FUND ESSENTIAL MAINTENANCE

10. During the Receiver's administration, Mr. Leestma and I repeatedly requested, in writing, that the Receiver and IBCP authorize funding for life-safety and insurance-critical maintenance at Adelaide Pointe. These requests included repairs to the fire suppression panel, roof repairs to prevent further water intrusion, and baseline landscaping required to maintain site conditions and prepare for the 2026 boating season.

11. During the receivership period, the Receiver and IBCP declined to fund those requests. I participated in discussions during which the projected cost of the fire panel scope of work was represented as being in the range of approximately $50,000, and that figure was cited as a basis for deferral.

12. Following the Petition Date, IBCP authorized funding for the same fire panel and roof scopes of work. As of the date of this Declaration, based on invoices I have reviewed and vendor communications I have participated in, the fire panel scope is being completed at an actual cost of approximately $20,000 — materially less than the figure previously cited during the receivership.

13. Following the Petition Date, funding was also authorized for landscaping work deferred during the receivership. Vendor Brandon has commenced site work including silt fencing and catch basin installation, and I am coordinating that work on-site.

14. I am in the process of compiling an itemized schedule comparing pre-petition invoices and scopes that the Receiver refused to fund with post-petition invoices and scopes that

3

IBCP is now funding. I expect to make that schedule available to counsel in advance of the April 22, 2026 hearing.

### IV.  PAYROLL FAILURES AND TAX REMITTANCE

15.     During the Receiver's administration, the Debtors experienced two failed payroll cycles, on or about March 6, 2026 and March 20, 2026, during which employee paychecks were not timely honored. As Chief Operating Officer, I was the point of contact for affected employees during those cycles.

16.     On information and belief, based on my review of payroll records and communications with the Debtors' bookkeeper, federal employment tax deposits associated with those payroll cycles were not timely remitted during the receivership period.

17.     Without consulting me or Mr. Leestma, the Receiver caused the Debtors' payroll to be transitioned from a functioning third-party payroll provider to a different payroll system during the receivership. I was not asked to review or approve that transition before it occurred, notwithstanding my role as Chief Operating Officer with operational responsibility for payroll administration.

18.     Following that transition, based on my review of payroll records, the replacement payroll system failed to withhold Muskegon city income tax and failed to deduct insurance premiums for at least two employees, including Mr. Leestma and an employee identified as "Chad." I reported these failures to Mr. Leestma on or about April 16, 2026.

19.     Since the Petition Date, back payroll has been brought current, and on information and belief payroll tax returns have been caught up under the Debtors' post-petition administration.

### V.  UNAUTHORIZED TRANSFER AND ACCOUNT DISRUPTION

4

20. Based on my review of bank statements and communications with the Debtors' banking counterparties, during the receivership period the Receiver caused a transfer of approximately $5,000 from an account that, to my knowledge, was not within the scope of the receivership order.

21. Separately, during the receivership period, a Leestma Management operating account maintained with ChoiceOne Bank in Florida was frozen. That account held funds associated with entities and activities outside the scope of the receivership. The freeze disrupted the Debtors' ability to pay vendors and to maintain payroll continuity. I personally dealt with the operational consequences of the freeze in my role as Chief Operating Officer.

## VI. MATERIALLY INCOMPLETE BUDGET

22. During the receivership period, a budget was prepared and submitted on the Receiver's behalf by Warren Palmer, the certified public accountant engaged by the Receiver.

23. Based on my review of that budget against the Debtors' historical operating results and my day-to-day knowledge of current revenue streams, the budget omitted more than approximately $1,000,000 in revenue streams attributable to the Debtors' operations.

24. Neither I, as Chief Operating Officer, nor Mr. Leestma, as the Debtors' sole member and manager, was provided with the budget for review prior to its submission. No meaningful opportunity was provided to the Debtors' operating management to correct the omissions or other inaccuracies before it was filed.

25. Based on my review of subsequent work product prepared by Mr. Palmer, including the allocation of common area maintenance ("CAM") costs such as landscaping, snow removal, and property taxes, CAM items were misallocated across tenant obligations in a manner inconsistent with the governing leases. I am working with the Debtors' bookkeeper to correct these allocations in the post-petition period.

## VII.  CROSS-ENTITY REVENUE ACTIVITY

26.     Based on my review of bank activity during the receivership period, revenue generated by non-debtor entities and by activities outside the scope of the receivership was deposited into accounts under the Receiver's control without a documented allocation methodology that I was provided or consulted on.

27.     The lack of entity-level segregation during the receivership period prejudiced parties outside the scope of the receivership, including tenants whose lease economics depend on accurate cost attribution.

## VIII.  NEAR-LAPSE OF CAMPUS-WIDE INSURANCE

28.     During the receivership period, based on my communications with insurance brokers and my review of policy correspondence, the Debtors' campus-wide property and liability insurance coverage came close to lapsing. Coverage was ultimately force-placed by IBCP at pricing materially higher than the pricing previously available to the Debtors in the open market.

29.     Adelaide Pointe is a public-facing waterfront facility. A lapse in insurance coverage would have exposed the Debtors, IBCP's collateral, and public invitees to significant risk during the pre-season period when I was preparing the site for the 2026 boating season.

## IX.  BOOKS, RECORDS, AND MANAGEMENT ACCESS

30.     During the receivership period, the Receiver did not maintain current, auditable books and records for the Debtors' operations. As Chief Operating Officer, I was cut off from access to books and underlying data held by or on behalf of the Receiver, notwithstanding my operational need for that information.

31.     During the receivership period, I did not receive tenant payment reconciliations from the Receiver. Financial summaries I was required to assemble during that period were, by

necessity, partially estimated because the Receiver did not produce underlying source data that I requested.

32. The absence of current books and records impaired my ability as Chief Operating Officer to forecast cash position and contributed directly to the payroll disruptions described above.

## X. REACTIVE MANAGEMENT POSTURE

33. Throughout the receivership period, the Receiver did not establish or maintain a regular operational meeting cadence with me or with the Debtors' on-site leadership. Communications from the Receiver were episodic, narrow in scope, and typically responsive only to issues I or others raised first.

34. Since the Petition Date, Mr. Leestma and I have maintained a daily operational cadence, including regular review of payroll, vendor, leasing, and regulatory matters. Two such meetings occurred on April 15, 2026 and April 16, 2026 and are documented in contemporaneous records.

## XI. POST-PETITION CONDUCT OF IBCP AND THE RECEIVER

35. Since the Petition Date, IBCP has authorized funding for categories of expenditure it had refused to authorize during the receivership period, including the fire panel repair, roof repair, landscaping, and payment of previously-deferred vendor invoices. I am the on-site point of contact for a number of the vendors receiving those payments.

36. Based on my day-to-day operational knowledge of the Debtors' facilities, no material change in the condition of the Debtors' collateral between the day before the Petition Date and the day after the Petition Date explains the reversal of IBCP's funding position.

## XII. DEBTORS' POST-PETITION ADMINISTRATION

7

37.     Since the Petition Date, under the daily operational cadence described in Paragraph 34, the Debtors have (a) brought back payroll current; (b) caused the fire panel and roof scopes of work to be contracted and underway; (c) contracted and commenced landscaping and related sitework; (d) resumed marina slip sales activity, including confirmation of multiple wet slip leases, approximately five short-term "in and out" slip rentals, and an increase in dry slip inquiries; and (e) completed customer-facing facility improvements including reconfiguration of hostess and kitchen/point-of-sale layouts.

38.     Since the Petition Date, I have also maintained active engagement with regulators, including the Muskegon Conservation District regarding seasonal dock installation (including permit coordination and turtle-habitat considerations), the Michigan Department of Environment, Great Lakes, and Energy regarding site-work and floodplain matters, and the City of Muskegon regarding the L-Dock access dispute.

39.     Since the Petition Date, I have also participated in advanced discussions with the U.S. Marine Group regarding a potential operational partnership, subject to multi-lender consent.

40.     Based on my direct operational observation, the Debtors' post-petition administration has restored the functionality that was absent during the receivership period. I am prepared to testify to the matters set forth in this Declaration at the April 22, 2026 hearing if called upon to do so.

## XIII.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __17__ day of April, 2026.

/s/ Aubrey Glick

_____

**AUBREY GLICK**
Chief Operating Officer
Leestma Management LLC
(for and on behalf of each of the Debtors)

**00:00:00** Ryan Leestma

The whole thing is, like, as you're trying to take control of everything, why aren't you working?

**00:00:08** Ryan Leestma

Why aren't you just working cooperatively with me?

**00:00:12** John Polderman

Well, I think of both I am.

**00:00:15** Ryan Leestma

Well, I mean, if you, if you just, if you're trying to take control of all my other companies and all my other assets, I mean, basically you're kind of pushing me off to the side and saying, you know, I don't really.

**00:00:27** Ryan Leestma

I don't know if care what you have to say is really the right phrase, but I mean, you're basically not involving me in any sort of final decision making.

**00:00:40** Ryan Leestma

Like what is the purpose behind that?

**00:00:44** John Polderman

I think there's still involvement in negotiating a sale.

**00:00:49** John Polderman

I do, as far as Eagle issues and the City of Muskegon issues.

**00:00:55** Ryan Leestma

I mean, but I don't have, you're not giving me the courtesy of having anything to say about, my property.

**00:01:05** Ryan Leestma

I feel that's pretty draconian and not even, like there isn't even any conflict at this point.

**00:01:10** Ryan Leestma

It's just, I want to take control over everything Ryan has.

**00:01:14** John Polderman

I mean, I guess as far as the day-to-day, I mean, Warren was on site most of the day yesterday, meeting with Aubrey.

**00:01:21** John Polderman

He's going back up there tomorrow.

**00:01:22** John Polderman

I have a call with Aubrey.

**00:01:24** John Polderman

I mean, you're certainly welcome to.

**00:01:26** John Polderman

I mean, a lot of this is just nuts and bolts of this bill needs to be paid or this budget or what happens.

**00:01:31** Ryan Leestma

Well, and here's here's here's my here's my thing, right?

**00:01:35** Ryan Leestma

I mean, you know, I was pretty upset yesterday that he went into my RV.

**00:01:41** John Polderman

I know.

**00:01:41** John Polderman

I told him to take pictures of everything.

**00:01:44** John Polderman

I talked to him this morning.

**00:01:45** John Polderman

I called Chris.

**00:01:46** John Polderman

That's on me.

**00:01:47** John Polderman

I told him to photograph everything.

**00:01:49** John Polderman

He.

**00:01:53** Ryan Leestma

Spends a great deal of time, you know, going into buildings that are not part of the receivership property, asking questions about my wife's company and how that runs, going on to every single floor of the multi-use building.

**00:02:05** Ryan Leestma

You know, I mean,

**00:02:06** Ryan Leestma

It's like, it's incredibly invasive and I'm not being involved in anything, even though, it's not receivership property.

**00:02:15** Ryan Leestma

I just like, what is the purpose of it?

**00:02:20** John Polderman

I told him to photograph everything.

**00:02:24** John Polderman

Chris called me.

**00:02:25** John Polderman

I texted Warren, said, look, here's the map.

**00:02:28** John Polderman

Stick to just this.

**00:02:30** John Polderman

I don't know who his tour guide was or what.

**00:02:33** Ryan Leestma

Well, he basically just kept asking, I want to go here.

**00:02:35** Ryan Leestma

I want to go here.

**00:02:36** Ryan Leestma

I want to go here.

**00:02:38** Ryan Leestma

And, you know, it's like, I mean, I kind of feel like I've got the hottest girl in high school and everybody wants to take her out on a date.

**00:02:55** John Polderman

I can assure you that's not the goal.

**00:03:00** John Polderman

You know, yesterday.

**00:03:02** Ryan Leestma

At least ask me if you'd like to take her to a party and invite me along with, right?

**00:03:12** John Polderman

No, yesterday the bank was suspicious of saying, look, at the end of the day, all I want to do is obtain the highest and best price and sell

**00:03:22** John Polderman

City of Muskegon, soil erosion report, and EGLE.

**00:03:26** John Polderman

So in my view, that the best way and most efficient way to do that is if there's one seller.

**00:03:34** John Polderman

That doesn't mean you don't have a seat at the table or say so and how some of these things shake out at all.

**00:03:43** Ryan Leestma

Well, I mean, but if I don't have anything to say, then what's really the point, right?

**00:03:48** John Polderman

Well, you do at some levels, right?

**00:03:51** John Polderman

Because even if the court grants my motion, just the logistics of operating the marina, I'm going to need some assistance on and coming up with a plan with Eagle and the city that's satisfactory, right?

**00:04:10** John Polderman

I'm doing triage right now, so I need to know, look, do I need to send somebody out tomorrow

**00:04:16** John Polderman

to go fix built fence because that's a small problem that can become larger or no, this is completely not a big deal.

**00:04:24** John Polderman

It sat there for a year and it can sit there for another year.

**00:04:27** Ryan Leestma

Well, I mean, it hasn't sat there.

**00:04:29** Ryan Leestma

It hasn't sat there for a year.

**00:04:32** Ryan Leestma

I mean, it was something that I was making sure was getting maintained on a regular basis.

**00:04:36** Ryan Leestma

But I mean, with the vacant land being under receivership, I mean, I've been trying not to cross any lines or get involved in things.

**00:04:44** Ryan Leestma

unless I'm asked to so that I, am not interfering with the court order, whatever, right?

**00:04:51** Ryan Leestma

I mean, I'm just, I'm troubled by the fact that it just seems like an attempt to kind of sideline me.

**00:04:58** Ryan Leestma

And I'm concerned, it kind of feels like, you know, the receiver is simply an agent of the bank.

**00:05:09** John Polderman

Well, I have a fiduciary obligation to the court and to whatever the secured creditor is at the moment, whether it's like Michigan Credit Union or independent bank.

**00:05:25** Ryan Leestma

And you don't have any fiduciary responsibility for equity?

**00:05:30** John Polderman

I do not.

**00:05:31** Ryan Leestma

Yeah.

**00:05:34** John Polderman

But I mean, in theory, those would all be one of the same.

**00:05:37** John Polderman

There's A mutuality of interest and selling the assets for the highest and best price.

**00:05:44** John Polderman

And right, that's the overarching goal.

**00:05:47** John Polderman

So.

**00:05:49** Ryan Leestma

Well, the mutuality of interest doesn't seem like it's occurring because every time I turn around, it's like somebody's getting further and further into my grill.

**00:05:57** Ryan Leestma

I'm not being consulted and trying to take over the rest of my assets for

**00:06:02** Ryan Leestma

I mean, and I, it doesn't, it just, it seems like I'm being sidelined, and if that's, if that's the case, I just, I just want to know.

**00:06:15** John Polderman

No, I mean, I was, there's certainly nothing negative about you in the pleading or the order I was,

**00:06:25** John Polderman

thoughtful about that.

**00:06:27** John Polderman

I don't need to recite the motion to you.

**00:06:30** John Polderman

know my concerns.

**00:06:32** John Polderman

That is what I believe is the best way to address them.

**00:06:36** Ryan Leestma

Yeah, well, I mean, I'm glad that you're not accusing me of anything nefarious or mismanagement or anything like that, you know, so.

**00:06:47** John Polderman

No, I had a call with the bank.

**00:06:48** John Polderman

They asked me what my

**00:06:51** John Polderman

you know, thoughts were on your cooperation.

**00:06:55** John Polderman

I said, you know, he's answered every question I've asked.

**00:06:59** John Polderman

I said, he's not necessarily affirmatively dumping information on me.

**00:07:04** John Polderman

I said, but, you know, Aubrey's

**00:07:07** John Polderman

done more than you can to then any payments that have come in.

**00:07:10** John Polderman

I said I don't think since the receiver has been appointed, anything's been misdirected.

**00:07:15** John Polderman

I said some of it is just sorting things out.

**00:07:18** John Polderman

You know what bill goes to where and that's just a process, but I.

**00:07:24** Ryan Leestma

Well, and I guess that's kind of another.

**00:07:25** Ryan Leestma

That's kind of another question to me.

**00:07:27** Ryan Leestma

I mean, it's like.

**00:07:30** Ryan Leestma

so there's other secured creditors that are tied to the operation, like, the trucks and the golf carts and, the ice machine.

**00:07:38** Ryan Leestma

I mean, those are all things that, and those aren't getting paid.

**00:07:43** Ryan Leestma

Why are they not getting paid if they're tied to receivership property?

**00:07:47** Ryan Leestma

Because all it's really doing is just damaging me and them.

**00:07:51** Ryan Leestma

Like, it's just, what am I supposed to do?

**00:07:54** John Polderman

Right, because I have, so,

**00:07:58** John Polderman

um like for example the ice machine right I think the police Financial they've been pestering me for payment on one hand um they can't come and take it because of the receivership of stay um and so for short on cash I'd rather use that to fix dilt funds or do something that's more urgent on one hand on second hand I I want to get together a

**00:08:27** John Polderman

budget and a coherent strategy for paying the bills.

**00:08:33** John Polderman

And then once, which I told Warren, I want that on Friday and I will gladly share it with you and go over it with you.

**00:08:40** John Polderman

And then we can start paying some bills.

**00:08:41** John Polderman

But I don't want to be rushed by an anti creditor that, oh, I've got to get payment to them today or else they're going to be very angry right now.

**00:08:50** Ryan Leestma

Well, I mean, the problem is, though, is that it's throwing me under the bus because, you know, it's under my social security

**00:08:57** Ryan Leestma

security number, and this is all destroying my credit rating.

**00:09:02** Ryan Leestma

Like, I mean, is that like a concern or, I mean, what's really the point?

**00:09:07** Ryan Leestma

Like, beat the snot out of the owner at any cost or expense.

**00:09:13** John Polderman

I plan on having a budget, which I will gladly share with you and go over with you by Friday, and then we can start paying some expenses.

**00:09:24** Ryan Leestma

So, I mean, jumping off of that, like the Amex, that card was filled with QOZB expenses.

**00:09:32** Ryan Leestma

Like you told me at one point that you were going to pay things that were QOZB related, and by not paying it, it's locking up my other American Express accounts, which I use for operations.

**00:09:44** Ryan Leestma

I mean, it's interfering with the other operations and companies that I have.

**00:09:51** John Polderman

Can you send me the list of the QOZB?

**00:09:54** Ryan Leestma

Aubrey sent you the list like a week and a half ago.

**00:09:59** Ryan Leestma

Basically everything on there minus just a few things were QOZB related.

**00:10:05** John Polderman

So I've got an e-mail from February 12th with certain things highlighted in yellow.

**00:10:21** John Polderman

There's Canva.

**00:10:22** John Polderman

So what's Canva?

**00:10:25** Ryan Leestma

There is only a few things that were in there that were not related to receivership property.

**00:10:30** Ryan Leestma

I mean, it's highlighted in there.

**00:10:32** Ryan Leestma

I mean, I don't have it in front of me right now, but I mean, it's like, you know, the receivership is causing heartaches.

**00:10:42** Ryan Leestma

and business problems and threatening continuity in some of these other operations, like what happened last week when Lisa management money was taken.

**00:10:54** Ryan Leestma

I mean, like it's just there's been so much instability that's been created and everything.

**00:11:00** Ryan Leestma

It's like, you know, and I feel like I'm just being torn out of the seat and there just isn't really any concern.

**00:11:07** Ryan Leestma

I don't know if this is intentional.

**00:11:11** Ryan Leestma

Maybe it's not, but I mean, it's been, almost a month here and I feel like we're just moving backwards.

**00:11:18** Ryan Leestma

I'm still getting calls saying people aren't getting calls back.

**00:11:23** Ryan Leestma

I mean, it's like, I'm not really sure what to do here because, I don't have any control and my credit is being affected.

**00:11:32** Ryan Leestma

There's, I mean, it's just like, it just, it seems like we've made a giant step back and

**00:11:39** Ryan Leestma

The only guy that's really bearing the brunt of it all is me.

**00:11:44** John Polderman

Who's looking for a call back?

**00:11:46** Ryan Leestma

Well, I've gotten calls from vendors.

**00:11:48** Ryan Leestma

I've gotten emails from vendors.

**00:11:50** Ryan Leestma

I've, you know, getting calls from secured creditors who are asking why they're not getting paid.

**00:11:56** Ryan Leestma

I mean, it's just, you know, it's.

**00:12:01** Ryan Leestma

it just kind of feels like that, the bank wanted to do this, but they never really had any intention of stabilizing it.

**00:12:07** Ryan Leestma

They just want to liquidate it.

**00:12:09** Ryan Leestma

That just seems like the only intention.

**00:12:12** Ryan Leestma

And I don't know if that's true.

**00:12:14** Ryan Leestma

I mean, I'd like to know just so I have the courtesy of knowing.

**00:12:19** Ryan Leestma

I mean, what are we trying?

**00:12:20** Ryan Leestma

Is this just, the purpose to liquidate or what are we?

**00:12:24** Ryan Leestma

And is that the reason why you guys want to have control over everything on campus is just so that you guys have, a more attractive asset to sell as a package?

**00:12:36** John Polderman

Well, I think, I mean, you're front and center on this.

**00:12:42** John Polderman

I think that was the first call that we had, right?

**00:12:44** John Polderman

I mean, the whole is far greater than the parts, right?

**00:12:50** Ryan Leestma

But I mean, is that a reason to try and take over, take over, control and everything and sideline me?

**00:12:57** Ryan Leestma

I mean, I built this thing over five years and it's integrated, but I mean, it's kind of like, this is, ruining my life.

**00:13:16** Ryan Leestma

Well, and I don't know if convenience

**00:13:21** Ryan Leestma

I mean, you know what?

**00:13:24** Ryan Leestma

Yeah, I you know what?

**00:13:27** John Polderman

I guess I guess the the the alternative is right.

**00:13:30** John Polderman

If the judge says no to the motion, I'm I'm not receiver of the Marina or really much of anything that touches what Eagle wants done, right?

**00:13:41** John Polderman

Arguably there's one very small piece of the boater services building

**00:13:48** John Polderman

that touches it.

**00:13:49** John Polderman

But I guess the alternative is I say, well, sorry, I'm only receiver of some vacant lots, a condo building and a warehouse.

**00:14:01** John Polderman

The other predators and entities have their separate obligations.

**00:14:07** John Polderman

So I will

**00:14:10** John Polderman

administer those.

**00:14:11** John Polderman

What that exactly looks like, I don't know, especially with respect to the condo building.

**00:14:15** John Polderman

But some one person may end up owning a warehouse and a office building.

**00:14:21** John Polderman

Another person may own vacant lots and yet a third may own the condo.

**00:14:25** John Polderman

I don't.

**00:14:26** Ryan Leestma

Are you talking to anybody?

**00:14:28** Ryan Leestma

Are you talking to anybody about who wants to directly purchase the assets?

**00:14:33** John Polderman

So I have received probably four or five phone calls.

**00:14:39** John Polderman

People have signed an NDA, but I have not sent out any information yet because it's unclear exactly what I do or don't have.

**00:14:48** John Polderman

I mean, it's clear what I do have currently.

**00:14:50** Ryan Leestma

I mean, can you tell me who it is?

**00:14:52** Ryan Leestma

I mean, because part of, you know, I mean, if you're planning on trying to liquidate everything that I have, right, who it goes to is, you know, I mean, I think I should know.

**00:15:04** John Polderman

I mean, I.

**00:15:05** John Polderman

any sort of purchase agreement.

**00:15:07** John Polderman

So I usually do not provide optics on the back and forth or anybody that emails me.

**00:15:14** John Polderman

But once I have a final purchase agreement, I absolutely will circulate that.

**00:15:20** Ryan Leestma

Well, I mean, I think especially if you're talking about my assets, I should know, don't you think?

**00:15:29** John Polderman

Right.

**00:15:29** John Polderman

Once things are finalized or I have a firm offer, absolutely.

**00:15:35** Ryan Leestma

Are you saying that, like, I can't know who's looking at buying my other properties?

**00:15:45** John Polderman

I'm just saying typically I don't do that, right.

**00:15:49** Ryan Leestma

Well, I know, but typically you have receivership over those assets and you're trying to sell those, but you're having conversations about selling my other assets without my involvement.

**00:16:01** John Polderman

That's just it, is that I don't want to have conversations about things that I don't control.

**00:16:07** John Polderman

So nobody has expressed interest in just the condo?

**00:16:10** Ryan Leestma

So can I please, can I please know who you're talking to?

**00:16:13** Ryan Leestma

I mean, even at this moment, I'd like to know that.

**00:16:16** Ryan Leestma

I mean, who are they?

**00:16:18** Ryan Leestma

I mean, you're talking about people who are wanting to buy my property.

**00:16:22** Ryan Leestma

which, it's not receivership property.

**00:16:25** Ryan Leestma

And, it's just, it kind of feels to, I mean, I just want to know, John, please.

**00:16:32** John Polderman

I have not had any substantive discussions other than the group from, I think they're from Wisconsin.

**00:16:42** John Polderman

They have counsel out of Chicago.

**00:16:44** John Polderman

You are speaking with them, actually.

**00:16:46** John Polderman

You know them better than I do.

**00:16:49** Ryan Leestma

What group out of Chicago?

**00:16:53** John Polderman

I don't know.

**00:16:54** John Polderman

They were on the phone with me and then texting you at the same time.

**00:16:58** Ryan Leestma

Skyline.

**00:16:59** John Polderman

Summit.

**00:17:01** John Polderman

Skyline, right?

**00:17:02** Ryan Leestma

Skyline is talking to you about buying everything.

**00:17:06** John Polderman

So, let's see here.

**00:17:09** John Polderman

Yeah, I believe it was Chris Friedberg.

**00:17:11** John Polderman

So all they said is they had interest and then there was somebody else that had submitted an LOI to you last fall.

**00:17:21** Ryan Leestma

Do you remember who that was?

**00:17:24** John Polderman

What's that?

**00:17:24** Ryan Leestma

Do you remember who that was?

**00:17:27** John Polderman

Not off the top of my head, but the LOI was addressed to you.

**00:17:31** John Polderman

So you would have- Was it Suntex?

**00:17:34** John Polderman

What's that?

**00:17:35** Ryan Leestma

Was it Suntex?

**00:17:42** Ryan Leestma

Because they're the only other party that sent me an LOI.

**00:17:50** John Polderman

It's not.

**00:17:50** John Polderman

I just searched my e-mail for the name S-U-N-T-E-X.

**00:17:54** Ryan Leestma

Yeah.

**00:17:56** John Polderman

Yeah, nothing comes up under that.

**00:17:59** Ryan Leestma

You can't remember who it was.

**00:18:03** John Polderman

I don't.

**00:18:04** John Polderman

He was a younger guy.

**00:18:05** John Polderman

We had a Teams call, and he sent over what he had sent you.

**00:18:11** John Polderman

Let me just see here.

**00:18:14** John Polderman

And I-- let's see here.

**00:18:19** John Polderman

I don't know.

**00:18:30** John Polderman

Boline Capital.

**00:18:32** Ryan Leestma

Who?

**00:18:34** John Polderman

Boline Capital.

**00:18:35** Ryan Leestma

Boline Capital.

**00:18:37** Ryan Leestma

Interesting.

**00:18:38** Ryan Leestma

Yeah, they never submitted an LOI to me.

**00:18:40** Ryan Leestma

So do you happen to remember who else has been contacting you about my property?

**00:18:51** John Polderman

Those were the two that I actually had conversations with.

**00:18:55** John Polderman

I've gotten a couple of emails from marina operators that want to operate the marina.

**00:19:00** Ryan Leestma

Do you remember who?

**00:19:03** John Polderman

I don't.

**00:19:03** John Polderman

I have not responded to them.

**00:19:05** John Polderman

One was like a group out of Wisconsin or something.

**00:19:09** Ryan Leestma

Can you let me know who those are just as a courtesy?

**00:19:14** John Polderman

Let me see here.

**00:19:26** John Polderman

Hang on.

**00:19:30** Ryan Leestma

Hey, Aubrey.

**00:19:31** Ryan Leestma

Yeah.

**00:19:32** Ryan Leestma

Can you please tell them I just need a few minutes?

**00:19:34** Ryan Leestma

Yeah, they're waiting for a few people.

**00:19:37** Ryan Leestma

Oh, they are.

**00:19:37** Ryan Leestma

Oh, great.

**00:19:38** Ryan Leestma

Yeah.

**00:19:39** Ryan Leestma

Another tour of my girlfriend.

**00:19:45** John Polderman

I'm just looking here.

**00:19:46** John Polderman

It's not popping up.

**00:19:49** Ryan Leestma

Okay.

**00:19:50** Ryan Leestma

So in regards to, so I guess if you could let me know about that.

**00:19:54** Ryan Leestma

I think it's reasonable that if my property is being discussed, I know about it.

**00:20:01** John Polderman

Yeah, I agree.

**00:20:02** John Polderman

I have zero authority or ability over your property.

**00:20:07** Ryan Leestma

I feel like just I should know about it because, you know, not, you know, I like I'm a party to this.

**00:20:15** Ryan Leestma

I'm a legal party to this.

**00:20:18** Ryan Leestma

And I just don't want to see it happen again.

**00:20:20** Ryan Leestma

You can call me and tell me about it and we can discuss it.

**00:20:22** Ryan Leestma

But, I mean, let's not take her skirt off yet.

**00:20:26** Ryan Leestma

All right.

**00:20:31** John Polderman

Your analogies are colorful.

**00:20:34** Ryan Leestma

Well, you know, I am a colorful guy, but all right.

**00:20:38** Ryan Leestma

And so you had mentioned that I, you know, would be getting some payment.

**00:20:43** Ryan Leestma

When do you think that'll happen?

**00:20:48** John Polderman

Yeah, I was going to pay it at the end of the month, which would be Friday.

**00:20:54** John Polderman

The other issue, though, is I had asked that you sign that we straighten out the Florida property.

**00:21:01** John Polderman

So I'll send you a deed on that and copy, Chris.

**00:21:09** Ryan Leestma

So then I have one other question.

**00:21:12** Ryan Leestma

So this guy came out all day yesterday, a CPA, and he didn't do any accounting work whatsoever and basically, you know, ran around as an agent of the bank who's basically just trying to dig up information over here.

**00:21:26** Ryan Leestma

I'm sure that that came at an enormous expense.

**00:21:30** John Polderman

He's billed out at $300 an hour.

**00:21:35** John Polderman

He is working on the balance sheet.

**00:21:39** John Polderman

All of the payables.

**00:21:40** John Polderman

That's what he said he did yesterday.

**00:21:42** Ryan Leestma

He did not do any of that.

**00:21:44** Ryan Leestma

He was basically just running around and taking pictures and videos.

**00:21:49** John Polderman

Well, I mean, and you know, you have a right to.

**00:21:52** Ryan Leestma

Do what you want over here, but I mean, you know, again, like going through all of my property without me knowing about it, just, it just, it,

**00:22:02** Ryan Leestma

I'm just not comfortable with it.

**00:22:04** Ryan Leestma

Like, I have to be a party to some of these things because, I know as much as, much as the bank would like to put me on the sidelines, right?

**00:22:15** Ryan Leestma

I am a person and I have interests here and I have equity here and not everything is under the receiver.

**00:22:23** Ryan Leestma

And, I think that that's at a bare minimum, like just a professional courtesy, much less to me as an equity owner, this is not unreasonable.

**00:22:37** Ryan Leestma

Like I don't walk into other people's houses and then have conversations with brokers, right?

**00:22:43** John Polderman

So I, as far as Wednesday, his goal there is to finalize a,

**00:22:50** John Polderman

PNL for January and February, and by Friday he needs to deliver a budget by the entire for the entire project and what is that's going to look like when.

**00:23:01** Ryan Leestma

I including including wet and dry and multi-use and all that.

**00:23:06** John Polderman

No, because that's not part of the receivership, so

**00:23:10** John Polderman

Now there's going to be a little bit of that, right?

**00:23:13** John Polderman

Because I'm paying the wages of the guys that are running the marina.

**00:23:16** John Polderman

So I think some of the wet income should come in.

**00:23:19** John Polderman

I don't know exactly.

**00:23:20** Ryan Leestma

What they're not doing.

**00:23:21** Ryan Leestma

They're not doing anything with wet or dry right now.

**00:23:24** Ryan Leestma

It's basically.

**00:23:25** John Polderman

I know they will be in a.

**00:23:27** Ryan Leestma

What's that?

**00:23:28** John Polderman

I said they will be in a month, right?

**00:23:30** John Polderman

April 1st is your big day, right?

**00:23:33** Ryan Leestma

No, they're basically just pulling out boats until May 1st.

**00:23:40** John Polderman

Right.

**00:23:40** John Polderman

But they're pulling out boats for the benefit of the wet marina, right?

**00:23:44** Ryan Leestma

No, they're pulling out boats in order to comply with the storage requirements.

**00:23:50** Ryan Leestma

All right.

**00:23:51** Ryan Leestma

I mean, that's because not all those boats are going into the wet marina or the dry marina.

**00:23:55** Ryan Leestma

Those are 100% QOZB expenses.

**00:24:01** John Polderman

I mean, let me ask you that the.

**00:24:05** John Polderman

The boats that are in the QOZB, the receivership building, did any of those go in the marina?

**00:24:14** Ryan Leestma

I mean, all those storage receipts went to QOZB regardless of location.

**00:24:18** Ryan Leestma

I mean, I guess I could theoretically say, well, let's look at all the, I mean, I guess theoretically I could say, well, let's look at all the boats that are stored over at the dry marina because that revenue is supposed to be kept to the dry marina, I guess.

**00:24:34** John Polderman

Well, yeah, I'm not arguing with them.

**00:24:36** John Polderman

I'm just trying to understand.

**00:24:38** John Polderman

So if the.

**00:24:42** John Polderman

My my, you know, by the end of this week or the beginning of next week, I'd like to have things segregated as much as possible.

**00:24:52** John Polderman

So the.

**00:24:54** John Polderman

the receivership revenue goes into a receivership bank account, pays receivership expenses, right?

**00:25:00** John Polderman

So there's some parts of that aren't quite clear to me, right?

**00:25:04** John Polderman

So if there's a boat in the...

**00:25:06** John Polderman

Hey, Aubrey.

**00:25:09** Ryan Leestma

Aubrey.

**00:25:12** Ryan Leestma

Can you tell Tabitha just to start walking around with Safe Harbor and I'll be there in a minute.

**00:25:20** Ryan Leestma

Tabitha.

**00:25:24** Ryan Leestma

if you could just tell her, because I don't want to make those guys wait for too long, but I got to finish this call.

**00:25:28** John Polderman

I mean, how's your how's your meeting with Safe Harbor going?

**00:25:33** Ryan Leestma

They just got here.

**00:25:34** Ryan Leestma

So I mean, but so and so I got to ask this too, like, you know, we're racking up an incredible amount of expense when I already have experts who are who already know everything.

**00:25:47** Ryan Leestma

So why aren't we using them?

**00:25:49** Ryan Leestma

It just it seems like we're burning money.

**00:25:53** Ryan Leestma

These guys still have an unsecured, debt that has to be paid and we're bringing in all new experts in order to figure everything out from scratch.

**00:26:01** Ryan Leestma

And then, they're spending time going through, property and analyzing budgets that don't have anything to do with, I mean, there's a lot of expense that goes into that.

**00:26:16** Ryan Leestma

Why aren't we using the people that already know?

**00:26:20** John Polderman

Well, I'll give you one example.

**00:26:22** John Polderman

So the budget that you gave me shows an extra $30,000 a month coming off of Hall Street.

**00:26:29** Ryan Leestma

Yeah.

**00:26:30** John Polderman

That's totally not there, right?

**00:26:32** John Polderman

I'm effectively at break even at Hall.

**00:26:34** John Polderman

So I spent hours relying on the budget that you sent me.

**00:26:39** John Polderman

I shouldn't say hours.

**00:26:40** John Polderman

I probably spent about a half hour of time and then looked at the 2026 OpEx budget for Hall and realizing we're effectively break even.

**00:26:50** Ryan Leestma

I mean, that's not true because there's payments at the end of the year.

**00:26:55** Ryan Leestma

You missed that.

**00:26:56** John Polderman

I know, but.

**00:26:56** Ryan Leestma

You missed that.

**00:26:58** Ryan Leestma

It's 200 grand.

**00:27:00** John Polderman

Right, but that was already taken for this year, so I've got to make it go, right?

**00:27:05** John Polderman

I don't, you're right, the payment doesn't come in until the end of the year, but I have February through November.

**00:27:11** Ryan Leestma

I don't know what to tell you.

**00:27:12** Ryan Leestma

I mean, I was capturing my salary off of that for, you know, a long time.

**00:27:18** Ryan Leestma

I don't know what to I don't know what to say about that, but I mean, so I, and I guess that.

**00:27:23** John Polderman

I'm not trying to beat you up.

**00:27:24** John Polderman

I'm just saying that's something I'm struggling with, right?

**00:27:28** John Polderman

I made a promise to you to pay you 10 grand.

**00:27:31** John Polderman

I've got payroll to fund and I look at the OPEX budget and realize I'm not getting, I'm breaking even.

**00:27:39** Ryan Leestma

That has never been the case for me with that building ever.

**00:27:42** Ryan Leestma

So I don't, know what you're, I don't know what you're missing, but I mean,

**00:27:49** Ryan Leestma

Okay, I don't know what you're missing, but okay, so as it went...

**00:27:57** John Polderman

Going off of the numbers that Sally put together, but I have a call with Sally this afternoon to try to sharpen our pencils to see if we can cut some costs.

**00:28:07** John Polderman

I am going to pay independent banks monthly, not on Battle Creek, so that will be current.

**00:28:14** John Polderman

Lake Michigan Credit Union will continue to get its payments, but I'm having those calls today.

**00:28:23** John Polderman

So I may feel like I'm just sitting here.

**00:28:26** John Polderman

demanding information, but I actually am coming up with a strategy.

**00:28:30** John Polderman

It just takes a bit of time as far as the bill payment.

**00:28:33** Ryan Leestma

Well, I mean, I guess that's a question.

**00:28:35** Ryan Leestma

Like, are you supposed to be keeping me in the loop about what's going on with, you know, my property?

**00:28:41** Ryan Leestma

It just feels like there's all kinds of stuff happening in the background.

**00:28:44** Ryan Leestma

I don't know anything.

**00:28:46** John Polderman

Right.

**00:28:46** John Polderman

So it's like, just like you said about sausage getting made, it's similar.

**00:28:52** Ryan Leestma

Well, I mean, I still own it, right?

**00:28:54** Ryan Leestma

I mean, I don't think it's unreasonable that as the owner of all these pieces of property that, you know, because anytime I'm asked about something, like I produce it, but I'm not getting anything.

**00:29:05** Ryan Leestma

I'm not aware of anything.

**00:29:07** Ryan Leestma

I mean, do you have at least like a receiver report that you've put together?

**00:29:12** John Polderman

So typically monthly there's a report of the receiver that would go to everybody as well as a budget that I have 45 days to put together.

**00:29:21** John Polderman

So that is what I'm in the process of doing.

**00:29:25** John Polderman

And once it's finalized, I'm happy to share it, or I've got final numbers rather than constantly.

**00:29:33** Ryan Leestma

Am I am I able to get like copies of your notes and things like that the bank is that the banks have been getting?

**00:29:39** Ryan Leestma

Am I am I you know party to those communications?

**00:29:45** John Polderman

I'm happy to share any financial information that you'd like.

**00:29:49** Ryan Leestma

I mean, am I, but I'm not party to like, emails back and forth with the bank, I mean, because I don't know what's going on, but it seems like that it's, it just kind of feels like, I mean, no

offense, but I mean, it kind of feels like you're acting as an agent of the bank and I don't know anything.

**00:30:09** Ryan Leestma

I don't know anything.

**00:30:12** Ryan Leestma

I'm totally out of the loop unless there's something that's asked of me.

**00:30:15** Ryan Leestma

You know, I'm cooperative and I give you any information that you want, which I think you've seen, right.

**00:30:23** John Polderman

So I will, whether it's actually on Friday, I'm traveling now, come to think of it, but on Monday morning, I will share all of the budgets with you that I have and go over them with you for your input.

**00:30:35** Ryan Leestma

But like anything other, I mean, like you're not an attorney for the bank, right?

**00:30:41** John Polderman

That is correct.

**00:30:42** John Polderman

I'm the receiver.

**00:30:43** Ryan Leestma

Okay.

**00:30:43** Ryan Leestma

So, I mean, if you're having communications with, you know, my creditors, don't you think I should know what's being discussed and what's being talked about?

**00:30:57** John Polderman

I'm just.

**00:30:59** Ryan Leestma

When we talk, I'm assuming you're telling the bank everything, right?

**00:31:03** John Polderman

No, I guess not necessarily, but anything financial related, I do report to them.

**00:31:11** John Polderman

to you.

**00:31:12** John Polderman

And under the court rules, anybody that wants any financial information or information regarding the administration of the estate is entitled to it.

**00:31:21** John Polderman

But if you tell me, you know, I think Independent Bank is a real POS, I don't promptly pick up the phone.

**00:31:28** Ryan Leestma

Well, I, you know, I don't, that's not what this is about.

**00:31:31** Ryan Leestma

I mean, I'm professional enough to not, you know, get emotional or whatever, right?

**00:31:35** Ryan Leestma

But

**00:31:36** Ryan Leestma

I mean, I would like to understand what the communication is to my creditors, all of them.

**00:31:42** John Polderman

Yeah, well, at some level too, right, I have managerial authority over those assets and

**00:31:54** John Polderman

If I typically just deal with them directly, I don't copy the credit.

**00:31:58** John Polderman

I don't copy the secured creditor.

**00:32:00** John Polderman

I don't copy the defendant.

**00:32:01** John Polderman

So there's one voice speaking.

**00:32:04** John Polderman

But if you'd like any information, I'm happy.

**00:32:09** Ryan Leestma

To talk to me first.

**00:32:10** Ryan Leestma

OK, well, tell him I'll be there.

**00:32:11** Ryan Leestma

Just give me four more minutes.

**00:32:13** Ryan Leestma

OK.

**00:32:15** John Polderman

And just the logistics, right?

**00:32:16** John Polderman

I mean, why am I not there with meeting with Safe Harbor?

**00:32:20** John Polderman

I don't know.

**00:32:20** Ryan Leestma

You're welcome to.

**00:32:21** Ryan Leestma

I mean, you're welcome to.

**00:32:22** Ryan Leestma

I mean, there's nothing that I'm doing that, you know, I mean, but I mean, I told you that I was meeting with them.

**00:32:28** Ryan Leestma

Like I am trying to keep you informed as to my actions and what I'm doing because I don't want to do anything that's not visible.

**00:32:34** Ryan Leestma

It's just not who I am, you know.

**00:32:37** Ryan Leestma

But I would appreciate like a degree of, I'll just leave it at that.

**00:32:40** Ryan Leestma

I would like appreciate a degree of recipient, you know,

**00:32:43** Ryan Leestma

mutual reciprocation that if you're having conversations with my creditors, that I know what's going on.

**00:32:49** Ryan Leestma

I mean, from the very beginning, I said, this can be a team effort where we're all working together in order to produce the most positive outcome, but I just, and I just, feel like I'm being, put in the corner with a dunce hat on.

**00:33:04** Ryan Leestma

It just, it's, I don't, think it's supposed to be that way, but I mean, all I can do is just tell you what I think, I suppose.

**00:33:14** Ryan Leestma

But, and so what is the rationale for bringing in all these new experts and all this additional expense again, just like because or.

**00:33:24** John Polderman

No, because the, I mean, he's, I'm not bringing in a bunch of new experts.

**00:33:30** John Polderman

He's an employee of Stevenson and Bullock who's also.

**00:33:32** Ryan Leestma

Well, I know, but he doesn't know anything about this project.

**00:33:36** Ryan Leestma

He doesn't know anything about, you know, how things are organized and how allocations are.

**00:33:40** Ryan Leestma

I mean, it's just.

**00:33:42** Ryan Leestma

we're not paying Brickley, who worked up a balance, and they could do things in 1/10 of the time when we're bringing in somebody cold to just figure everything out from scratch.

**00:33:53** Ryan Leestma

And, I mean, frankly, yesterday, he was like, can you get me a cup of coffee to Aubrey?

**00:33:58** Ryan Leestma

That's not appropriate.

**00:34:02** Ryan Leestma

Right?

**00:34:02** Ryan Leestma

I mean, you know, it's like it just, but that's not really either of our issue, I guess.

**00:34:08** Ryan Leestma

Sorry, I was a little frustrated by that.

**00:34:11** Ryan Leestma

As was Aubrey.

**00:34:12** Ryan Leestma

But why are we paying all this additional money when the information is already at our experts' fingertips?

**00:34:20** John Polderman

Yeah, because Brickley's owed 150,000 and I'm not going to pay them 150 grand so they can pick up their pencils again.

**00:34:28** Ryan Leestma

Well, don't they have to, aren't they an unsecured creditor and they got to get paid anyway?

**00:34:34** John Polderman

You're right.

**00:34:34** John Polderman

They're an unsecured creditor.

**00:34:36** John Polderman

So the only way they get paid is if all the secured creditors get paid first.

**00:34:40** Ryan Leestma

Well, why don't why don't you, know, say, hey, I'll keep paying you for your work and it'll get done at a 10th of the time.

**00:34:50** John Polderman

Hey, I don't.

**00:34:51** Ryan Leestma

I still have to pay this.

**00:34:52** Ryan Leestma

I'm still paying this, right?

**00:34:55** Ryan Leestma

I mean, it's still coming out of me, right?

**00:34:57** Ryan Leestma

I mean, it isn't some magic bag of cash that somebody doesn't have to pay.

**00:35:01** Ryan Leestma

I mean, it's me.

**00:35:03** Ryan Leestma

So why are we spending all this money when we don't have to?

**00:35:05** Ryan Leestma

We're not getting rid of their balance.

**00:35:08** Ryan Leestma

It still has to get paid.

**00:35:12** John Polderman

Because I believe Warren has the qualifications to put together a budget, a balance sheet, and a budget and reconcile a budget to actual expenses that will take him about

**00:35:26** John Polderman

Three days to put together those things.

**00:35:28** Ryan Leestma

Okay.

**00:35:28** Ryan Leestma

So I mean, at 300 an hour, you're talking 7500 bucks plus travel expenses.

**00:35:33** Ryan Leestma

I mean, you're damn near working up to 9 grand, right?

**00:35:37** Ryan Leestma

And like, you know, our CPA could do that in half of a day because they've been through the.

**00:35:46** John Polderman

If it comes from the receiver, it has.

**00:35:51** Ryan Leestma

Greater way, but you're not willing to, you're not willing to work with them.

**00:35:55** Ryan Leestma

I mean, they can produce, what you need in a fraction of the time and the expense.

**00:36:01** Ryan Leestma

I just, it seems to me like we're just burning through cash when we don't have to.

**00:36:07** John Polderman

Right.

**00:36:07** John Polderman

that and I'm sure you read the affidavit from what's his face, Matt Thede as well.

**00:36:13** John Polderman

So that doesn't inspire confidence.

**00:36:16** Ryan Leestma

Well, Matt Thede basically came in here and was just looking for reasons to dig and that was it.

**00:36:22** Ryan Leestma

And he was extremely disingenuous about his reason and purpose for being there.

**00:36:27** Ryan Leestma

You know, that's like, you know, and that's and that like I'm always going to be cooperative.

**00:36:32** Ryan Leestma

But I mean, when I see things that are kind of falling off of the rails here in

**00:36:37** Ryan Leestma

things that I think I should at least be informed of and, people going into my property and people not knowing anything about this place and trying to, I mean, it just leads to inaccuracy and waste and frustration and worry.

**00:36:51** Ryan Leestma

I mean, I'm probably the least affected by it, but I do kind of go, you know, why are we doing it this way?

**00:36:58** Ryan Leestma

It just like there's way more efficient means to

**00:37:03** Ryan Leestma

to do things.

**00:37:04** Ryan Leestma

And frankly, again, like the city is sending over all kinds of stuff.

**00:37:09** Ryan Leestma

And what, they're sending a wish list, but I don't have to do those things that are in there.

**00:37:17** Ryan Leestma

a PUD is about making progress over time.

**00:37:20** Ryan Leestma

Of course, everybody wants to have everything done right now.

**00:37:22** Ryan Leestma

But again, like if that's done, who's going to pay for it?

**00:37:27** Ryan Leestma

And then, it's just,

**00:37:34** Ryan Leestma

I'm not, I mean, I like you just fine, John, but I'm not real impressed with how this is going so far.

**00:37:41** Ryan Leestma

It's just, and I want to be cooperative and I want to be helpful, but I mean, we got to do better.

**00:37:49** Ryan Leestma

I mean, even if it does turn out to be something where it does get sold, I mean, in the inter, I mean, I just, and

**00:37:57** Ryan Leestma

it's like even with everything going on, I wasn't, I wasn't doing anything materially different than what you're doing now, except, it's just more disorganized and people are getting more and more upset.

**00:38:10** Ryan Leestma

Like, but I'm not being asked.

**00:38:12** Ryan Leestma

I'm not being involved.

**00:38:17** Ryan Leestma

I mean, if the purpose is to stabilize it, I feel like we're going in the wrong direction.

**00:38:21** Ryan Leestma

And I'm not here to, I guess I'm not here to criticize, but I mean, I do kind of see things going off of the rails a little bit.

**00:38:29** Ryan Leestma

We're spending more money, we're creating more uncertainty, things aren't running as smoothly.

**00:38:33** Ryan Leestma

You know, it's just, and it's, I guess it's, you know, it's your deal, but I mean, I think there's a way to do better.

**00:38:44** John Polderman

I'm certainly open to any suggestions you may have as far as hiring Brickley to do it.

**00:38:51** John Polderman

That's a non-starter.

**00:38:53** John Polderman

I don't think it's, I need financials or at least numbers that I can trust that we produce.

**00:38:59** John Polderman

I'm happy to share those with you and go over the budget.

**00:39:02** Ryan Leestma

You don't trust their numbers.

**00:39:06** John Polderman

Well, no.

**00:39:06** John Polderman

I mean, the budget that he gave me is $30,000 a month off.

**00:39:11** John Polderman

And I'm not accusing you of anything.

**00:39:13** John Polderman

It's probably just loose numbers that somebody else fed you.

**00:39:16** John Polderman

But, you know, that's a huge problem.

**00:39:19** John Polderman

At the end of the month, I'm negative 30 grand.

**00:39:21** Ryan Leestma

Well, I don't know how that's possible because I was, you know, making my living off of that for months.

**00:39:26** Ryan Leestma

But I mean, I can't really comment on things that I'm not seeing.

**00:39:30** John Polderman

Like I said, I'm not trying to beat you up.

**00:39:32** John Polderman

I need somebody to dig into it at a granular level.

**00:39:40** Ryan Leestma

I got one other question for you.

**00:39:41** Ryan Leestma

So as it relates to Eagle and their demand for you to hire all new consultants, are you planning on doing that?

**00:39:47** Ryan Leestma

Are we going to start over again or do you plan on engaging my experts?

**00:39:53** John Polderman

I have not read any of their stuff as far as demanding I hire new experts.

**00:39:58** John Polderman

I'd rather not.

**00:39:59** John Polderman

I mean,

**00:40:02** Ryan Leestma

You didn't see that letter they sent like a week and a half ago?

**00:40:06** John Polderman

Yeah, I did, but I didn't let me actually have it open.

**00:40:10** John Polderman

I didn't read that is that I have to hire new experts.

**00:40:13** John Polderman

I didn't didn't necessarily like Emily's submission.

**00:40:16** Ryan Leestma

That's what they demanded.

**00:40:18** Ryan Leestma

You didn't like Emily's?

**00:40:20** Ryan Leestma

Why was Emily's submission not sufficient?

**00:40:24** John Polderman

I don't know.

**00:40:24** John Polderman

I mean, that was the letter they sent, but hang on here.

**00:40:35** Ryan Leestma

Hey Aubrey, tell him I'm just trying to get off a call a second.

**00:40:38** Ryan Leestma

So.

**00:40:41** Ryan Leestma

She's on it.

**00:40:42** Ryan Leestma

She's on it.

**00:40:47** John Polderman

Okay.

**00:40:56** Ryan Leestma

I mean, the information is, you know, readily available to me, my experts, knowledge of the operation, and

**00:41:09** Ryan Leestma

how things work.

**00:41:10** Ryan Leestma

I just I it just.

**00:41:13** John Polderman

Seems very restoration plan.

**00:41:16** John Polderman

And then if there's any submittal that does not incorporate the required modifications will not be accepted.

**00:41:24** John Polderman

So I don't see where they say you have to hire.

**00:41:27** Ryan Leestma

Yeah, there is another there was another letter where they said that, but.

**00:41:32** John Polderman

I'm looking at one from February 13th.

**00:41:35** Ryan Leestma

There is another one, but I mean.

**00:41:38** John Polderman

Yeah.

**00:41:38** Ryan Leestma

All right.

**00:41:39** Ryan Leestma

I got to jump into this thing with Safe Harbor.

**00:41:41** Ryan Leestma

I don't want to be more discourteous to them than I already have been.

**00:41:44** Ryan Leestma

But, you know, I'd like to, you know, well, yeah.

**00:41:50** Ryan Leestma

I mean, yeah.

**00:41:54** Ryan Leestma

I just happened to be told that there were supplies that the guys need in order to keep working that have to get bought.

**00:42:00** Ryan Leestma

You know, I don't know.

**00:42:01** Ryan Leestma

I mean, we can sit down and talk about it, but there's just like a list of things where it's just,

**00:42:06** Ryan Leestma

Like we're running worse than we ever have.

**00:42:08** Ryan Leestma

Right.

**00:42:10** John Polderman

Well, I have a call with Aubrey at 1 30.

**00:42:14** John Polderman

I ordered a credit card and waiting for it to come that they can use it.

**00:42:17** John Polderman

There's something urgent.

**00:42:18** John Polderman

I can give the credit card number and she can use it.

**00:42:22** Ryan Leestma

Well, I mean, you know, she told me that she's asked for things multiple times and it's just not getting anywhere.

**00:42:28** Ryan Leestma

Like, I don't know if it's, I don't know if it's, you know, you get.

**00:42:32** Ryan Leestma

other stuff going on.

**00:42:33** Ryan Leestma

But I mean, like I said, I'm just kind of hearing all this, right?

**00:42:36** Ryan Leestma

And it's, not, I'm not here to criticize, but I mean, I'm seeing some things and, staff is seeing some things.

**00:42:45** Ryan Leestma

And I think that, we just got to figure out how to do better because I don't want to see this thing destabilize more.

**00:42:54** John Polderman

I got a call.

**00:42:56** John Polderman

Yeah, I did get a text from her at 3 o'clock yesterday about the credit card.

**00:43:00** John Polderman

And I thought I would address it today at our call at 1.30 and three hours.

**00:43:05** Ryan Leestma

Well, I can maybe join you on that, but I mean, anyway, I got to get going to keep these guys happy because they want to buy the place.

**00:43:11** Ryan Leestma

But I do appreciate you letting me know who else is looking at.

**00:43:14** Ryan Leestma

If you could let me know who those other managers are and anything that involves my property before anything is done with it.

**00:43:21** Ryan Leestma

Communications with my creditors, right?

**00:43:23** Ryan Leestma

I'd like to see that.

**00:43:24** Ryan Leestma

I don't think that that's confidential.

**00:43:27** Ryan Leestma

right?

**00:43:27** Ryan Leestma

I just, I would appreciate if you'd keep me in the loop as to what's going on with my properties and businesses.

**00:43:32** Ryan Leestma

At the very least, I should have something to say about it if it's not under your receivership.

**00:43:39** John Polderman

I, yeah.

**00:43:42** Ryan Leestma

Okay, thanks, John.

**00:43:42** Ryan Leestma

All right.

**00:43:44** Ryan Leestma

Yep, bye.

**00:44:03** Ryan Leestma

Hey guys.

**00:44:04** Ryan Leestma

How you doing?

**00:44:05** Ryan Leestma

Sorry.

**00:44:07** Ryan Leestma

Long call.

**00:44:07** Ryan Leestma

Hey, how you doing, Mark?

**00:44:10** Ryan Leestma

How you doing?

**00:44:14** Ryan Leestma

Doing well, how are you?

**00:44:15** Ryan Leestma

Good.

**00:44:15** Ryan Leestma

Yeah, we can go.

**00:44:19** Ryan Leestma

Let's go up here.

**00:44:21** Ryan Leestma

She's working.

Your transcript is saved. You can close this pane and the docume

**00:00:01** Ryan Leestma

You know, when you have ice dams and things like that, I mean, that's just, you know, what happens.

**00:00:07** Ryan Leestma

You know, I mean, flat roofs, they leak.

**00:00:09** Ryan Leestma

That's, that's all there is to it.

**00:00:11** Ryan Leestma

So, I mean.

**00:00:12** John Polderman

No, this is not like a flat roof thing.

**00:00:14** John Polderman

This is like a blood.

**00:00:18** Ryan Leestma

Let me share my screen.

**00:00:19** Ryan Leestma

No, I understand that.

**00:00:20** Ryan Leestma

But when you have roof lines who are enjoining, right, and then you have some sort of snow or ice that's basically at that joint,

**00:00:29** Ryan Leestma

Water that was is rushing down the roofs, either one or both is not allowed to drain properly and it sends the water to a concentrated location.

**00:00:39** Ryan Leestma

So I mean.

**00:00:40** Ryan Leestma

That's just part of fixing roofs.

**00:00:43** John Polderman

When did this happen?

**00:00:45** John Polderman

Can you see my screen?

**00:00:46** Aubrey Glick

Yeah, that was summer or that was spring of last year, 2024, wasn't that?

**00:00:52** Aubrey Glick

No, 23.

**00:00:54** Ryan Leestma

So what happened was is that the city of Muskegon.

**00:00:59** Ryan Leestma

had not given us permission to put in the last storm drain in the parking lot and it caused a backup.

**00:01:08** Ryan Leestma

So like I myself was out there with a couple of other guys.

**00:01:12** Ryan Leestma

We were actually like running snow plows to push water out of the parking lot.

**00:01:18** Ryan Leestma

The city ended up granting an emergency permit for us to put that in and it was installed like three days later.

**00:01:25** John Polderman

Okay, yeah, because this invoice looks like it's from 2024.

**00:01:28** John Polderman

So, I don't know.

**00:01:31** John Polderman

He says he's going to send me more photos and videos, but I don't really care about 2024.

**00:01:39** John Polderman

I don't even necessarily care about 2025.

**00:01:41** John Polderman

There's no ongoing active substantial lease.

**00:01:46** Ryan Leestma

No, and I would say if they say, hey, you got to pay for this, then we pass it off to the city of Muskegon and say your failure to issue timely permits disabled us from preventing this from happening.

**00:01:56** John Polderman

Yeah, I mean, 8 grand is hardly worth fighting over, but you know, 8 grand is one thing.

**00:02:04** John Polderman

Early termination of the lease with half a million dollar rent at stake is quite another.

**00:02:10** Ryan Leestma

Well, I mean, he's not going to be able to point to any sort of ongoing persistent issue that wasn't cured within a week or two.

**00:02:17** Ryan Leestma

It's just it's impossible, right?

**00:02:18** Ryan Leestma

You know, it's it's just it's impossible.

**00:02:21** Ryan Leestma

They're they're effectively just trying to take advantage.

**00:02:25** Ryan Leestma

Of the circumstance that there's been a material change in management leadership so that they can, you know, exit a lease that they find inconvenient due to the cost.

**00:02:34** John Polderman

Right, that's what it is.

**00:02:36** John Polderman

So we're just going to have to.

**00:02:40** John Polderman

pushed back every time he sends something so you saw my letter from this morning so.

**00:02:44** Ryan Leestma

I did I thought it was good the last paragraph of 500 Grand was a real zinger John I've become good at seeing the you uh in between the lines of attorney letters right?

**00:03:00** John Polderman

I I mean I know it's Phil from another case too so we just want our money and he wants a dry place so.

**00:03:07** Ryan Leestma

I mean it is

**00:03:08** Ryan Leestma

You know, but the fact of the matter is, is like that 30 day cure period is everything, right?

**00:03:13** Ryan Leestma

You can't just ignore it.

**00:03:15** Ryan Leestma

If we couldn't fix it for 30 days, you know, that's something.

**00:03:19** Ryan Leestma

But I'll tell you, you know, I've personally gotten up on roofs in the past when I had a persistent issue and I was able to solve it by directing individuals specifically what to do and.

**00:03:35** Ryan Leestma

You know, mostly I live in an abstract world putting together, you know, non-physical pieces together, but I can do it.

**00:03:42** Ryan Leestma

And if it would not have been fixed as quickly as it was, then yeah, there would have been direction by me to the crew as to what to do to prevent it.

**00:03:55** Ryan Leestma

I mean, even at a joiner, put in some EPDM.

**00:03:58** Ryan Leestma

Right?

**00:03:59** Ryan Leestma

Tag it down, flash it, right?

**00:04:01** Ryan Leestma

Redirect the water somewhere else.

**00:04:02** Ryan Leestma

It's not rocket science.

**00:04:03** Ryan Leestma

They're just trying to exit, you know, the lease, which obviously damages us tremendously.

**00:04:10** John Polderman

Right.

**00:04:10** John Polderman

And even if the fact that the roof is bad or old or outdated or rotting, that's actually not the definition in the lease.

**00:04:18** John Polderman

It just says that it works.

**00:04:21** Ryan Leestma

Well, and it's frankly, they're just damn wrong.

**00:04:24** Ryan Leestma

I mean, like we were walking through with Safe Harbor yesterday for four and a half hours and we walked through Low West, which has metal decking in place.

**00:04:35** Ryan Leestma

And when I bought the property, I did inspect all the roofs and there were some pieces of decking that had some level of rot because of a lack of maintenance.

**00:04:45** Ryan Leestma

And we pulled all those pieces of decking and put new decking in.

**00:04:48** Ryan Leestma

So when Safe Harbor is walking through it, they're like, Oh, hey, what's going on with this paint?

**00:04:55** Ryan Leestma

It looks like it needs a new roof.

**00:04:56** Ryan Leestma

And I said, No, look at all these new panels that we put in here.

**00:04:59** Ryan Leestma

And they go, Oh, you're right.

**00:05:01** Ryan Leestma

And I said, If you ever had a portion of the roof that needed to be fixed, you take a razor blade, you run it around the Geico and the EPDM, you pull it off, you rip out the panel, you put a new panel in,

**00:05:19** Ryan Leestma

EPDM or TPO it and then you put the gecko back on.

**00:05:22** Ryan Leestma

That's it.

**00:05:23** Ryan Leestma

I mean, it's a very simple maintenance procedure.

**00:05:26** Ryan Leestma

So anybody that's asserting that a whole brand new roof needs to be put on there is just full of ****.

**00:05:31** Ryan Leestma

Right.

**00:05:33** John Polderman

So no, it'll play out, right?

**00:05:34** John Polderman

We'll get his photos and have to push back and say they're over a year old and we're unaware of what's going on.

**00:05:41** John Polderman

So that's fine.

**00:05:46** John Polderman

The other issue that, man, we've got four minutes here, but the other issue is J and H, that attorney called me with the tanks.

**00:05:58** John Polderman

I assume you're familiar with that, right?

**00:06:00** Ryan Leestma

Yep, I did the deal.

**00:06:02** John Polderman

Where are the tanks located?

**00:06:04** John Polderman

Are they on receivership property?

**00:06:06** Ryan Leestma

Yes.

**00:06:10** John Polderman

Hang tight here, I'm gonna pull up a map.

**00:06:15** John Polderman

and are they uh external tanks or are they buried?

**00:06:21** Ryan Leestma

Internal tanks underground tanks internal tanks doesn't make any sense sorry underground tanks so there's the multi-use parcel and then there's the boater services parcel and there's easements to allow for Ingress and egress of the boater services parcel and also for the tanks that are in the ground.

**00:06:51** John Polderman

Can you see my screen yes

**00:06:54** John Polderman

So where where are the tanks located?

**00:06:56** Ryan Leestma

Parcel five.

**00:07:02** Ryan Leestma

So they're located in the north right by adjacent to the northeast corner of parcel one.

**00:07:09** Ryan Leestma

Why is my drawing now coming up?

**00:07:11** Ryan Leestma

I can't draw but I mean if you move your cursor down into the right right around the northeast corner of parcel number one that's where the tanks are located.

**00:07:21** John Polderman

But they are on five.

**00:07:23** Ryan Leestma

Yes.

**00:07:24** John Polderman

Okay.

**00:07:25** John Polderman

All right.

**00:07:25** John Polderman

I'll just tell him, you know, I'm sorry, but he's just gonna have to wait and the receiver order bars any, uh, um, administration or...

**00:07:36** Ryan Leestma

Have you notified our other secured creditors about this regarding trucks, the ice machine, the golf carts?

**00:07:42** Ryan Leestma

Have they been given notice?

**00:07:43** Ryan Leestma

Because we got a **** you letter that came in yesterday from one of those secured creditors saying that they're going to be, you know, pressing default.

**00:07:54** John Polderman

Financial that the computer spits those out by the dozen side, whatever.

**00:08:01** John Polderman

But yes, to answer your question, I have responded to creditors letting them know that there's a receiver and I'll review their claim.

**00:08:11** Ryan Leestma

So my personal credit rating is on all of these items.

**00:08:15** Ryan Leestma

What happens with that?

**00:08:18** John Polderman

Well, I don't have

**00:08:21** John Polderman

fast answer for you other than you have the ability to rebuild your credit.

**00:08:29** John Polderman

There's simply not enough money right now to pay every bill all at once, so it's going to have to be staggered.

**00:08:37** Ryan Leestma

And the bank won't inject any money to cover these secured creditors so I don't get annihilated.

**00:08:45** John Polderman

If I have a

**00:08:48** John Polderman

accurate budget that shows when money is coming in and needs to go out then they will review it so they I haven't specifically said I need $100,000 tomorrow because I have to pay these bills so that's part of getting.

**00:09:03** Ryan Leestma

What's the ally truck payment what's that how much is the golf cart payment um.

**00:09:10** Aubrey Glick

Oh no I'm sorry that the golf cart payment is $2,500 but the ally payment is like $1,100.

**00:09:16** Ryan Leestma

And what's the ice machine payment?

**00:09:20** Aubrey Glick

It's like $1,300, but it's like a $3,000, $3,800 payment now because we've missed it.

**00:09:23** Aubrey Glick

And then T Financial is $7,800.

**00:09:28** Ryan Leestma

And the payment for the fuel system?

**00:09:32** Aubrey Glick

That has been outstanding for quite some time.

**00:09:34** Aubrey Glick

Do you know what the monthly is?

**00:09:38** Aubrey Glick

No, it's at the beginning of the month.

**00:09:39** Aubrey Glick

It's like a thousand.

**00:09:45** Aubrey Glick

It's like between one and five, and I need a picture of it.

**00:09:48** Ryan Leestma

Okay, well, some of those funds from that agreement, John, were actually taken by Independent and applied towards the condo.

**00:09:56** John Polderman

Okay, I have to be on this 130 call, so let me just quick look at my calendar.

**00:10:02** Ryan Leestma

Well, if you can give me some clarity on that, I mean, obviously it's hurting me tremendously by not paying these obligations, which everybody's using them, I mean, it's just, you know, normal everyday stuff.

**00:10:14** John Polderman

Let's try to regroup at 2:30 if that works.

**00:10:17** John Polderman

Yeah.

**00:10:18** John Polderman

Is that good?

**00:10:19** Aubrey Glick

Yeah.

**00:00:01** John Polderman

So I think when we ended, we were talking about the fuel tanks that are on parcel 5 receivers and property, so I will let the attorney know that it is, and he's stayed by the receiver order, so.

**00:00:22** John Polderman

Cool.

**00:00:28** John Polderman

Anything else I should know about that contract, Ryan?

**00:00:33** Ryan Leestma

I mean, the proceeds from the advance was used, they were used for the condos.

**00:00:41** John Polderman

Okay, well, I guess that's not really my problem.

**00:00:49** John Polderman

So you're saying, just so I understand, the $400,000 that you owe is...

**00:00:53** John Polderman

funds that they advanced, it wasn't cost of install or the tanks or things like that.

**00:00:58** Ryan Leestma

No, it was a fuel subscription agreement for a predetermined volume, right?

**00:01:04** Ryan Leestma

So, I mean, they advanced, I think, $500,000, right?

**00:01:09** Ryan Leestma

And then they also financed $500,000 and their position on the line

**00:01:21** Ryan Leestma

is secured by the fuel equipment.

**00:01:24** John Polderman

Right.

**00:01:25** John Polderman

Now, I'm familiar with the fuel supply agreement.

**00:01:30** John Polderman

Okay, well, that is what it is.

**00:01:32** John Polderman

Let them know that they're stayed from seeking any enforcement.

**00:01:37** John Polderman

The second issue is...

**00:01:38** Ryan Leestma

What they might end up doing to you, though, John, they might refuse to provide fuel.

**00:01:43** John Polderman

That's okay.

**00:01:45** Ryan Leestma

No, that's not okay, because that makes $50,000 to $75,000.

**00:01:51** Ryan Leestma

every summer, right?

**00:01:52** John Polderman

Just let me finish.

**00:01:55** John Polderman

I've sold over 150 gas stations.

**00:01:57** John Polderman

I know plenty of fuel jobbers that will gladly deliver fuel if we need it.

**00:02:04** John Polderman

So they're interchangeable, right?

**00:02:06** John Polderman

Your gallon of gas is a gallon of gas.

**00:02:09** Ryan Leestma

So I would look at it like this.

**00:02:10** Ryan Leestma

If they're a secured creditor, why would we

**00:02:15** Ryan Leestma

bring in somebody else when their obligation isn't going to go away.

**00:02:19** Ryan Leestma

I mean, that's just agitating the situation and ******* them off more.

**00:02:23** John Polderman

Because we want to deliver fuel, and.

**00:02:27** Ryan Leestma

I don't have $400,000 to pay them.

**00:02:29** Ryan Leestma

Well, I don't think you need to pay them $400,000.

**00:02:30** Ryan Leestma

You just need to continue to service it in the normal course of, you know, day-to-day stuff.

**00:02:35** Ryan Leestma

I mean, they're not going away.

**00:02:37** Ryan Leestma

Why **** them off?

**00:02:38** Ryan Leestma

And they're also giving us a-- They're also giving us a discount on all the fuel.

**00:02:45** John Polderman

But they may be going away because if you dig a hole and put a tank in it, my argument would be that that's not a fixture, that's part of the real estate.

**00:02:56** John Polderman

So they may not actually be a secured creditor.

**00:02:59** John Polderman

I haven't looked at the loan document but have litigated that issue before and won.

**00:03:04** John Polderman

So, but I hear what you're saying.

**00:03:06** John Polderman

I'm not being dismissive of it, but there's a lot of ways it can shake out.

**00:03:11** Ryan Leestma

I know, I just, I mean, I get the legality side of it, and this isn't the reason that we're all together, right?

**00:03:16** Ryan Leestma

But I generally try not to **** people off if I don't have to, especially when they're helping me make money.

**00:03:22** John Polderman

Right, so we'll put a pin in it.

**00:03:26** John Polderman

That information you shared is helpful.

**00:03:29** John Polderman

But at minimum, we can't have somebody out there trying to pull a tank out of the ground.

**00:03:33** John Polderman

So I'll put them on notice of it.

**00:03:36** Ryan Leestma

Well, if something like that happened, what that would do to the reputation of the business, and it would be absolutely wildly destructive.

**00:03:48** Ryan Leestma

I cannot stress enough that just making a $2,000 payment to keep these guys happy

**00:03:56** Ryan Leestma

so that they don't do something stupid that damages the brand.

**00:04:01** Ryan Leestma

I'm going on record saying that it is a far smarter idea to keep them happy enough to continue to move on and go along.

**00:04:08** Ryan Leestma

They've given us a lot of money.

**00:04:12** Ryan Leestma

They're an integral part of how that operation runs.

**00:04:16** Ryan Leestma

That's my opinion.

**00:04:17** John Polderman

All right.

**00:04:19** John Polderman

No, that makes sense.

**00:04:21** John Polderman

So the other issue I was going to raise was Oscar Larson.

**00:04:26** John Polderman

I think they were your AB operator, it's called, right?

**00:04:31** John Polderman

So they are willing to continue if I sign a contract with them.

**00:04:35** John Polderman

Effectively, they're just going to have to write off the balance.

**00:04:38** John Polderman

So they asked their attorney to send me such a document, and he would.

**00:04:44** John Polderman

I'm dealing with him on several other matters, so we chat once a week.

**00:04:49** John Polderman

So he said he would do that.

**00:04:51** Ryan Leestma

That's good.

**00:04:52** Ryan Leestma

I mean, if the pumps don't work and weights and measures aren't right, then we're in trouble, right?

**00:04:56** John Polderman

So, that's exactly right.

**00:04:59** John Polderman

So, we need to make sure that's taken care of.

**00:05:03** John Polderman

So, if it's not Osteo-Larsen, we need somebody and they're reputable and, you know, they're the go-to people.

**00:05:09** Ryan Leestma

They put in the system.

**00:05:12** John Polderman

Right.

**00:05:13** John Polderman

There's, I think, them and maybe two other companies in Michigan that I'm aware of that do that sort of thing.

**00:05:22** Ryan Leestma

I think you also have to be concerned about going back to J&H, that they're the ones that are providing service for our point of sale system.

**00:05:32** Ryan Leestma

And if that point of sale system hiccups, because I believe that they're allowed to refuse service, you may stay them on payments, but if they refuse service, then what?

**00:05:44** John Polderman

Where is the POS located?

**00:05:46** Ryan Leestma

It's in the boater services building.

**00:05:50** John Polderman

Okay, so when someone goes and buys a gallon of gas, they walk into Boder Services and they swipe their credit card on a POS maintained by JMH.

**00:05:59** John Polderman

Is that right?

**00:06:02** Ryan Leestma

So the pumps actually have credit card processing at the pump, but they can alternatively also go in to process transactions over $250, because that's the limit on the credit card pump.

**00:06:16** John Polderman

J&H is the one that processes those payments.

**00:06:20** Ryan Leestma

Yep.

**00:06:20** Ryan Leestma

They basically take in all the credit card transactions.

**00:06:23** Ryan Leestma

They do daily settlements.

**00:06:24** Ryan Leestma

When a fuel delivery is dumped in, then, you know, they basically credit our account.

**00:06:29** Ryan Leestma

It's just, it's a daily settlement.

**00:06:32** John Polderman

So where the POS system, what account does it dump into?

**00:06:37** Ryan Leestma

I think it dumps into the ship store account.

**00:06:40** John Polderman

And where's that at?

**00:06:44** Ryan Leestma

I think it's a choice one.

**00:06:49** John Polderman

Do you have a statement?

**00:06:50** John Polderman

I'm guessing it's not active right now.

**00:06:53** Ryan Leestma

There's nothing going in and out of it.

**00:06:54** Ryan Leestma

Nobody's buying fuel, nobody's buying retail.

**00:06:58** Ryan Leestma

It's, you know, it's been dormant for a number of months.

**00:07:01** John Polderman

Can you send me the last active account statement on that, Aubrey?

**00:07:05**Speaker 3

Yeah, yep, I'm sending it right now.

**00:07:11** John Polderman

Okay, and then just...

**00:07:13** John Polderman

I'm going to walk through the logistics of how this usually works.

**00:07:16** John Polderman

I want to make sure we're on the same page, Ryan.

**00:07:18** John Polderman

So the credit card receipts go into that account and then does J&H sweep that?

**00:07:25** Ryan Leestma

No.

**00:07:25** Ryan Leestma

So when the credit cards get charged, it goes through the marathon point of sale system, which J&H then processes it with their credit card merchant.

**00:07:35** Ryan Leestma

Those settlements come in.

**00:07:36** Ryan Leestma

They get deposited on a daily basis.

**00:07:39** Ryan Leestma

And when the point of sale system reports to them that a fill up is required, because we don't do that manually, then they automatically run out of truck, they fill it, and then they basically pull from that same checking account.

**00:07:50** Ryan Leestma

So every 24 hours, that account is updated based on actual, you know, pull and put of inventory.

**00:08:01** John Polderman

Yeah, so the money that you owe them, it's not for unpaid fuel.

**00:08:11** Ryan Leestma

No, it's not cost, it's not.

**00:08:12** John Polderman

You just got to protect it, but you got an advance based on the fuel supply agreement, which was great, except you used the money to improve the condos.

**00:08:22** Ryan Leestma

Well, I didn't use the money to improve the condos.

**00:08:25** Ryan Leestma

The bank took the money as soon as it became available to pay for condo stuff.

**00:08:32** John Polderman

So how did that happen?

**00:08:34** Ryan Leestma

They said, they said,

**00:08:37** Ryan Leestma

We want, because I told them everything going on every day.

**00:08:40** Ryan Leestma

I met with them.

**00:08:41** Ryan Leestma

We met with them twice a week for a year.

**00:08:43** Ryan Leestma

And I said, hey, J&H is willing to sign the subscription agreement.

**00:08:48** Ryan Leestma

And they said, great, but we want, you know, to have the 500 grand.

**00:08:52** Ryan Leestma

And I said, sure, okay.

**00:08:55** Ryan Leestma

And that's what happened.

**00:09:00** John Polderman

So it went directly to Independent Bank.

**00:09:02** Ryan Leestma

Yes.

**00:09:05** John Polderman

Okay.

**00:09:08** John Polderman

Anything else I should know about J&H?

**00:09:10**Speaker 3

I just, I know that.

**00:09:14** Ryan Leestma

Matt from J&H is best buddies with my uncle.

**00:09:21** Ryan Leestma

They go shooting pheasants every, they go shooting pheasants every year.

**00:09:25** Ryan Leestma

So personally, for another reason, I prefer not to **** *** J&H.

**00:09:29** Ryan Leestma

Right.

**00:09:33** John Polderman

Okay, so at least J&H.

**00:09:35** John Polderman

Oscar Larson, we have at least a path forward with leaf funding.

**00:09:43** John Polderman

That's the ice machine, right?

**00:09:45**Speaker 3

Correct.

**00:09:46** John Polderman

And the boaters like to use that for obvious reasons, right?

**00:09:50** John Polderman

So that's parked out by the docks or whatever for them.

**00:09:55** Ryan Leestma

Bathroom building.

**00:09:56** Ryan Leestma

It's next to the bathroom building.

**00:09:59** John Polderman

Okay.

**00:10:06** John Polderman

I'm just pulling up the, I'm trying to see whose name it's in.

**00:10:12** Ryan Leestma

QOZB.

**00:10:17** John Polderman

Do they have a separate UC?

**00:10:18** John Polderman

Well, they wouldn't because it's leased.

**00:10:20** John Polderman

I doubt they would have recorded a UCC finance.

**00:10:22** Ryan Leestma

I don't think it's leased.

**00:10:23** Ryan Leestma

I think it's financed.

**00:10:26** John Polderman

Well, that's odd because the agreement I just pulled up says lease, but.

**00:10:30** Ryan Leestma

It might be a capital lease.

**00:10:33** Ryan Leestma

It might be a $1 out lease, but I mean, functionally it's, so I mean, that machine was $15,000 and I think the balance on it's probably what, 34, 33?

**00:10:45** Ryan Leestma

I don't know what's actually on there, right?

**00:10:47** Ryan Leestma

But for us to replace that, if it gets repoed is gonna be, you know, it's gonna cost an extra 15, $17,000.

**00:10:52** John Polderman

When you say 33 or 34 is the balance, what do you mean?

**00:10:59** Ryan Leestma

I believe that after I made the down payment and after the payments that have been made on the capital lease or, whatever it is, the balance of my, I would guess is probably around 33 or 34,000.

**00:11:12** Ryan Leestma

You can't buy those used.

**00:11:14** Ryan Leestma

They are not available used.

**00:11:17** Ryan Leestma

So if we don't pay them and they take it, will be a degradation of service.

**00:11:22** Ryan Leestma

And especially for the fishermen, that is incredibly important because they come in with

**00:11:28** Ryan Leestma

giant *** coolers that are 5 feet long and they fill it with ice before they go out, with their customers.

**00:11:38** Ryan Leestma

So we have to have it.

**00:11:40** Ryan Leestma

The restaurant also purchases ice from that machine when they're in periods of high activity and their ice machine can't keep up.

**00:11:50** Ryan Leestma

So, I mean, it's a revenue-generating asset that services customers, and I mean, it makes money, let's pay it, we need it.

**00:11:59**Speaker 3

And a lot of them buy it through the Ship Store as well.

**00:12:02** John Polderman

How do you buy ice from the machine?

**00:12:04** John Polderman

Does it take credit card?

**00:12:05** Ryan Leestma

It takes credit card, Apple Tap, Android Pay.

**00:12:09** John Polderman

And what account does the revenues go into?

**00:12:12** Ryan Leestma

The Ship Store.

**00:12:13**Speaker 3

Yeah, Ship Store.

**00:12:14** John Polderman

So that also goes into the Ship Store at Choice One.

**00:12:18**Speaker 3

Correct.

**00:12:21** John Polderman

Any other assets or items that deposit into the Ship Store account?

**00:12:27** John Polderman

Other than obviously, I assume it's called the Ship Store.

**00:12:30** John Polderman

I haven't laid eyes on it, but what do you have paraphernalia that you sell there that people can buy?

**00:12:34** Ryan Leestma

I don't know if I would use the word paraphernalia.

**00:12:37**Speaker 3

I mean, it has like food and toiletries and...

**00:12:45** Ryan Leestma

Yeah, we don't want to use words like that, but.

**00:12:49**Speaker 4

It's a Sunday store.

**00:12:50**Speaker 4

They probably have like suntan lotion and things like that.

**00:12:56**Speaker 4

Is that more like that, chips?

**00:12:58**Speaker 3

Yeah, whatever you would need in like a normal convenience store.

**00:13:03** Ryan Leestma

That's what's in there.

**00:13:04** Ryan Leestma

I mean, it's basic retail, but there's also alcohol sales that go in and out of that, which, you know, my wife has a retail license that comes off of Muskegon Brewing Company.

**00:13:17** Ryan Leestma

So the operations of that

**00:13:19** Ryan Leestma

are intertwined.

**00:13:23** Ryan Leestma

there won't be an ability to sell alcohol on the ship store without the liquor license owned by Muskegon Brewing Company.

**00:13:33** John Polderman

So what type of license is it?

**00:13:35** John Polderman

I think they call it like an on-site premises or what is it?

**00:13:39** Ryan Leestma

It's A premise retail license.

**00:13:41** Ryan Leestma

It's effectively like a retail ad bar.

**00:13:46** John Polderman

That is in the name of.

**00:13:48** Ryan Leestma

Muskegon Brewing Company.

**00:13:50** John Polderman

So it can sell at the store.

**00:13:52** Ryan Leestma

Correct.

**00:13:53** Ryan Leestma

And all those funds are separated.

**00:13:54** Ryan Leestma

The alcohol sales actually go in and out of a separate settlement account per the MLCC.

**00:14:04** John Polderman

Okay, right.

**00:14:06** John Polderman

Whoever the licensee is has to control the money.

**00:14:09** John Polderman

So

**00:14:11** John Polderman

How about the non-alcohol sales?

**00:14:14** John Polderman

Do those go into the Choice One account as well?

**00:14:17** Ryan Leestma

Yeah, that's Abraham and Sons.

**00:14:20** Ryan Leestma

They're the ones that do all of the retail sundries for the ship store.

**00:14:24** John Polderman

So they stock it.

**00:14:26** Ryan Leestma

Yeah.

**00:14:28** Ryan Leestma

I mean, we basically run inventory on everything that's in the store and weekly orders are placed based off point of sale inventory that's tracked.

**00:14:39** John Polderman

And who runs the store?

**00:14:43** Ryan Leestma

Effective, well, I mean, it's kind of an interesting question because Chad's, we'll call her wife.

**00:14:52** Ryan Leestma

They're not legally married, but effectively it's his common law wife.

**00:14:59** Ryan Leestma

Works as like the assistant dock master inside of AP, but also mans the ship store and engages in

**00:15:10** Ryan Leestma

some degree of retail staffing in the retail store and also assist with, radio and, I mean, same as always, it's intermingled for staffing.

**00:15:31** Ryan Leestma

efficiencies and things like that.

**00:15:33** Ryan Leestma

So she kind of plays multiple roles.

**00:15:35**Speaker 3

And then to keep her employed in the off season, she helps conduct the concierge of service between our mechanics, detailers, and any of our vendors for service.

**00:15:52** John Polderman

Is the store currently stocked?

**00:15:56**Speaker 3

No, because a lot of them, there's non-perishables that had to get cleaned out, but there's

**00:16:00**Speaker 3

Perishables, non-perishables are stocked, but yeah, perishables are.

**00:16:07** John Polderman

When do you anticipate reopening the store?

**00:16:10** Ryan Leestma

We'll probably place our order for some for a non-perish or for perishables probably around, I don't know, April 1 at the earliest, but no later than April 15.

**00:16:19** Ryan Leestma

We usually show up a week or so later.

**00:16:21** John Polderman

And how much will that order be, do you believe?

**00:16:26** Ryan Leestma

$20,000.

**00:16:29** John Polderman

Did you make a note of that, Warren?

**00:16:31**Speaker 4

Yep.

**00:16:33** John Polderman

And how is that typically paid for?

**00:16:37** Speaker 3

Through SAS.

**00:16:37** John Polderman

Through what account?

**00:16:39** Speaker 3

On the retail account.

**00:16:44** John Polderman

Right, but I'm guessing if there's no money in it, right, you need to make an order, you pull it from somewhere?

**00:16:51** Ryan Leestma

I mean, I think you're probably starting to understand how this thing has all been run and built and stabilized and things like that.

**00:16:58** Ryan Leestma

We grab cash from where it's available so that we can sell and support our customers.

**00:17:03** Ryan Leestma

You can't sell out of an empty wagon.

**00:17:05** John Polderman

Right, but I'm guessing if J&H drops a load of fuel, that's what, 50,000, 75,000?

**00:17:15** John Polderman

How many gallon tank is it?

**00:17:17** Ryan Leestma

It's A 14,000 gallon tank.

**00:17:19** Ryan Leestma

There's 6,000 of wreck 90, there's 4,000 of 87, there's 4,000 of diesel.

**00:17:30** John Polderman

Is there any fuel in it currently?

**00:17:32** Ryan Leestma

Tanks were topped off to prevent condensation over the winter.

**00:17:36** John Polderman

Well, they're full.

**00:17:37** John Polderman

Yeah.

**00:17:40** Ryan Leestma

I mean, functionally full.

**00:17:41** Ryan Leestma

I'm sure they're not 100%, but...

**00:17:44**Speaker 3

Do you recall that, Joe?

**00:17:47**Speaker 4

Right, how long would one of those last?

**00:17:48**Speaker 4

Just, I know that different grades of it.

**00:17:51** Ryan Leestma

How long does one of what last?

**00:17:53**Speaker 4

The tank.

**00:17:54**Speaker 4

When will you need to call J&H for a refill with a topped off tank?

**00:17:58** Ryan Leestma

Well, I guess it depends on, you know, what time of year it is and how sunny it is.

**00:18:03** Ryan Leestma

If it's overcast and gray and 60 degrees, we're probably not calling in for a fuel fill.

**00:18:08** Ryan Leestma

But if it's the 4th of July weekend, we're taking deliveries every day for four days.

**00:18:14**Speaker 4

Okay.

**00:18:15** Ryan Leestma

But that's part of the reason why I set it up on daily settlements so that we're not cash flowing the float.

**00:18:23**Speaker 4

Okay, so when you open this bought May 1st, it could be every three or four days or so.

**00:18:30** Ryan Leestma

No, generally May 1st, you're probably not going to see the first fill until maybe the third week of May, maybe.

**00:18:38** Ryan Leestma

After Memorial Day weekend, you'll probably get at least one fill, but maybe 2.

**00:18:44** Ryan Leestma

And then you'll probably get a fill, I don't know, what do you say, Chad, like once every one to two weeks?

**00:18:49**Speaker 3

I think he's getting Jamie to join the plan.

**00:18:51**Speaker 3

He's checking the current level.

**00:18:54** Ryan Leestma

Yeah, I mean, but obviously it surges.

**00:18:57** Ryan Leestma

It's not a linear demand curve.

**00:18:59**Speaker 4

Yeah, of course.

**00:19:00**Speaker 4

Yeah, just trying to get a sense of, you know, in terms of this cash flow wise, what we should be thoughtful about?

**00:19:06** Ryan Leestma

So it sounds like- Well, you don't really have to be because the money gets deposited into the settlement account on a daily basis, and it's only

**00:19:14** Ryan Leestma

It's only credited once we actually need a fill, but those items are continuously tracked to make sure that we have enough.

**00:19:24** Ryan Leestma

I mean, we're not injecting cash into the ship store operation during the year because it generates profitability.

**00:19:33** John Polderman

What's your margin on the fuel?

**00:19:35** John Polderman

Three cents a gallon or what?

**00:19:37** Ryan Leestma

Oh, John, are you really giving me that little credit?

**00:19:43** Ryan Leestma

We make $1.20 a gallon on 87.

**00:19:45** Ryan Leestma

We make about 60 to 70 cents on diesel and about 60 to 70 cents on rec 90.

**00:19:50** Ryan Leestma

It's.

**00:19:54** John Polderman

Better than most gas stations.

**00:19:56** Ryan Leestma

We have the most profitable fuel sales in West Michigan because we're the only ones that sell 87 ethanol.

**00:20:02** Ryan Leestma

All right.

**00:20:09** John Polderman

I don't have any other questions about boater services unless you do, Warren.

**00:20:14**Speaker 4

I do not, no.

**00:20:16** John Polderman

So boater services is effectively self-sustaining.

**00:20:19** John Polderman

You may need an initial cash refusion of $20,000 to buy perishable items from S.A.

**00:20:26** John Polderman

Abraham, and they come out and do

**00:20:29** John Polderman

Weekly inventory, you do weekly inventory, who does it?

**00:20:32** Ryan Leestma

Our point of sale system is tracking all the transactions.

**00:20:35** Ryan Leestma

That's what's being used primarily to help us understand what needs to be ordered from SAS Abraham and Sons.

**00:20:41** Ryan Leestma

And then on a periodic basis, there's a buy-hand inventory to try and track loss.

**00:20:47** John Polderman

Who does that?

**00:20:48** Ryan Leestma

Jamie.

**00:20:49**Speaker 3

She's joining here in just a second.

**00:20:52** John Polderman

Yeah, Jamie tracks all the inventory pretty much weekly and makes all the orders.

**00:20:59** John Polderman

She's the contact that the vendors built through.

**00:21:03** Ryan Leestma

So part of the complication of that is that the point of sale system is actually owned and operated by Muskegon Brewing Company.

**00:21:13** John Polderman

Those are easily replaced if we need to.

**00:21:17** John Polderman

Cash registers are a dime a dozen.

**00:21:22**Speaker 3

Jamie, we were talking about stocking the ship store.

**00:21:25**Speaker 3

When do you anticipate that first?

**00:21:27**Speaker 3

order needing to be placed for the May 1 opening.

**00:21:33**Speaker 5

So it would be the last week of April?

**00:21:35**Speaker 5

And.

**00:21:36**Speaker 3

Then you get it delivered like a week later.

**00:21:44**Speaker 5

No, you make the initial order on a Tuesday, you get it on a Thursday.

**00:21:49**Speaker 3

Okay.

**00:21:50**Speaker 3

And then we were talking about fuel.

**00:21:59** Ryan Leestma

I think we already covered fuel.

**00:22:01**Speaker 3

Okay, so you're good.

**00:22:01** Ryan Leestma

Yeah, we're good.

**00:22:02**Speaker 3

But then, yeah, is there any other questions in regards to the...

**00:22:11**Speaker 3

Like every week, Jamie kind of goes through and sees what she needs, but yeah, we already kind of covered that.

**00:22:16** Ryan Leestma

How you doing, Jamie?

**00:22:17**Speaker 5

I'm good.

**00:22:17** Ryan Leestma

How are you?

**00:22:18** Ryan Leestma

rocking and rolling?

**00:22:18** Ryan Leestma

Oh yeah.

**00:22:19**Speaker 5

How are the kids?

**00:22:20**Speaker 5

They're great.

**00:22:23** Ryan Leestma

Yeah.

**00:22:24**Speaker 5

One has a job and one is getting this license and it's cool.

**00:22:28**Speaker 5

Grown up.

**00:22:29**Speaker 3

There you go.

**00:22:31**Speaker 3

Cool.

**00:22:34**Speaker 3

So yeah, we're just going to have to fund that somehow.

**00:22:44** John Polderman

Right, we're going to need to make a payment to them to stop it, so.

**00:22:48** John Polderman

And that's going to be towards the end of April.

**00:22:51**Speaker 3

Yeah.

**00:22:52**Speaker 3

And Jamie, we were talking a little bit about OWL and Oscar Larson and J&H and stuff like that.

**00:22:57**Speaker 3

And you had mentioned needing to update the system for fuel tax and everything like that.

**00:23:03**Speaker 5

Yeah, they need to do an update.

**00:23:06**Speaker 5

And we are on the list with OWL to come out and do that because of the Michigan fuel tax changed.

**00:23:16**Speaker 5

So

**00:23:16**Speaker 5

I'm just waiting on them to come in and do that.

**00:23:19**Speaker 5

I've called a few times to check in on it and they're like, yep, you're on the list, you're on the list.

**00:23:23**Speaker 5

We have so many to do.

**00:23:24**Speaker 5

So wait and see.

**00:23:29** John Polderman

Okay.

**00:23:29** John Polderman

And then I'll pivoting a bit from that as far as the urgent expenses of $500, were you able to take care of that, Aubrey?

**00:23:39**Speaker 3

Yeah, Chad has the money.

**00:23:41**Speaker 3

We have a safe ownership store that

**00:23:44**Speaker 3

He used maybe 300 of that and we're just going to keep that cash on hand for the time being in the ship store in the safe just because there's one-off costs that need to get purchased and we just don't want our guys not having any work to do because of the lack of supplies.

**00:24:05** John Polderman

Okay.

**00:24:06** John Polderman

So

**00:24:09** John Polderman

Back to the creditor discussion, we talked about the golf cart.

**00:24:15** John Polderman

Who is that?

**00:24:16**Speaker 3

Sheffield.

**00:24:18** John Polderman

Pardon.

**00:24:19**Speaker 3

Sheffield is the name of the golf cart loan.

**00:24:24**Speaker 3

I have a login for it if you want.

**00:24:28** John Polderman

Yeah, I did receive a spreadsheet with that on there, but do you have any account statements or things like that?

**00:24:35**Speaker 3

Yeah, I can log in and give you that.

**00:24:38** John Polderman

And Warren, you have the leaf documentation.

**00:24:41**Speaker 4

I don't have the leaf documentation.

**00:24:45**Speaker 4

No, I just have the amounts owed.

**00:24:50**Speaker 4

Can I grab that tomorrow, Auburn?

**00:24:52**Speaker 3

Yeah.

**00:24:56** John Polderman

So we have Leaf, we have Shotfield.

**00:24:59** John Polderman

Who else?

**00:25:00**Speaker 3

Team Financial, Ally.

**00:25:04** John Polderman

So Ally are the two vehicles, right?

**00:25:07**Speaker 3

Yeah.

**00:25:08** John Polderman

And we need those because they plow snow and you use them to get supplies or move boats around.

**00:25:16**Speaker 3

Yeah, we use them.

**00:25:18**Speaker 3

They're, I mean, theoretically overused.

**00:25:20**Speaker 3

So I mean, yeah, they're a vital part to our operation.

**00:25:24** John Polderman

Is there.

**00:25:25** John Polderman

Did we ever get copies of the titles?

**00:25:28**Speaker 3

Yes, Tracy has those.

**00:25:32**Speaker 3

And actually, I have them upstairs so I can just forward them to you.

**00:25:36** John Polderman

Could you do that?

**00:25:36** John Polderman

Are there any other secured creditors on the title?

**00:25:39** John Polderman

There should be a little box on there if there are.

**00:25:45** Ryan Leestma

You mean 2 secured creditors on a truck?

**00:25:49** John Polderman

I don't know.

**00:25:50** John Polderman

That's what I'm asking.

**00:25:51** Ryan Leestma

Have you ever seen that before?

**00:25:52** John Polderman

I have actually.

**00:25:54** Ryan Leestma

Wow.

**00:25:58** John Polderman

For passenger vehicles?

**00:26:01** John Polderman

Depending on, it's not common, but I have, yeah.

**00:26:05** John Polderman

Wow.

**00:26:05** John Polderman

Right now, Ally is the only one, right?

**00:26:07** Ryan Leestma

Correct.

**00:26:15** John Polderman

Okay, Ally, who else?

**00:26:18**Speaker 3

I mean, there's the J&H at the beginning of every month, but that's, yeah.

**00:26:21**Speaker 3

Right.

**00:26:24** John Polderman

So Ally, Leaf, Sheffield, J&H.

**00:26:30** Ryan Leestma

I mean, all of these items are absolutely essential for operations.

**00:26:35** Ryan Leestma

I'm personally still very worried about J&H because they have the ability to really **** things up if they want to.

**00:26:45** Ryan Leestma

And you may be right, John, right?

**00:26:48** Ryan Leestma

But I'll tell you, the wailing and gnashing of teeth,

**00:26:52** Ryan Leestma

When people can't transact fuel and people roll up to the dock and they try to pump it and it doesn't work, is that a terrible idea to take a chance on that, not for two grand.

**00:27:13** John Polderman

Okay, I get it.

**00:27:15** John Polderman

Nobody's going to be happy with having a vote out, if you want, and planning on it.

**00:27:21** John Polderman

So no convincing needed.

**00:27:28** John Polderman

Any other creditors that I should be aware of that have a monthly payment that you would like included in the budget that are critical vendors?

**00:27:40**Speaker 3

One touch siding.

**00:27:41**Speaker 3

I mean, how much do we pay Brandon a month?

**00:27:43**Speaker 3

I mean, it kind of varies, but...

**00:27:45** Ryan Leestma

I mean, it depends, right?

**00:27:47** Ryan Leestma

So, I mean, he's doing some maintenance and repairs.

**00:27:49** Ryan Leestma

He's also doing...

**00:27:52** Ryan Leestma

capital improvements on a periodic basis.

**00:27:55** Ryan Leestma

I mean, it just, you know, it just kind of depends.

**00:27:58** Speaker 3

Oh, there is one for forklift exchange.

**00:28:02** Speaker 3

I mean, that's, that's a big build.

**00:28:05** Ryan Leestma

That's not part, that's not part of QOZB.

**00:28:12** Speaker 3

Okay.

**00:28:16** John Polderman

Okay.

**00:28:18** John Polderman

I guess then I don't have any other questions.

**00:28:22** Speaker 4

Immediate needs unless you do one no I'm just give me 10 seconds if I could just want to make sure I'm checking obviously I'll give you a shout we can catch up on tomorrow before we have everybody okay no I am I am good with that thank.

**00:28:46** John Polderman

You all right then I guess if we've talked about expenses let's pivot to revenues so

**00:28:51** John Polderman

Do you have an updated rent rule you can circulate Aubrey so we can see who has and hasn't paid?

**00:28:57** John Polderman

And anyone that hasn't paid, I'd like to send a seven day demand to.

**00:29:01** John Polderman

And if they haven't paid by this time next week, that's a victim.

**00:29:11** Speaker 4

OK.

**00:29:11** Speaker 4

And I look looking in QuickBooks, I can see who has paid.

**00:29:16** Speaker 4

It's obviously I I I can't see who's been billed and hasn't so or.

**00:29:22** Speaker 4

So if you can let me know, I have those who have, but those who haven't, I can't.

**00:29:26** Speaker 4

I can not readily determine anyway.

**00:29:28** Speaker 3

I can guarantee Jeremiah Johnson won't get infected, though.

**00:29:32** Ryan Leestma

Yeah, but he catches up every now and then, right?

**00:29:35** Ryan Leestma

I mean.

**00:29:37** John Polderman

So, okay, well, let's send him a seven day.

**00:29:39** John Polderman

That should get his attention and help him focus a bit.

**00:29:42** John Polderman

Just because we send him a seven day doesn't mean I have to file a complaint, but anybody that hasn't paid gets a seven day.

**00:29:55** Ryan Leestma

You don't think that's a little draconian?

**00:29:59** John Polderman

I feel weak doing it.

**00:30:00** John Polderman

I've waited almost three.

**00:30:05** Ryan Leestma

Weeks to do it.

**00:30:05** Ryan Leestma

You feel weak.

**00:30:06** John Polderman

If somebody hasn't paid and we're subsidizing them, no, not going to happen.

**00:30:14** Ryan Leestma

Well, I mean, it's, you know, I guess it's, I guess it's, you know,

**00:30:19** Ryan Leestma

your decision, but with all the other properties I've ever owned or managed, right?

**00:30:25** Ryan Leestma

I mean, that's not really...

**00:30:30** Ryan Leestma

It's a great way to **** *** customers and ruin your reputation.

**00:30:35** John Polderman

Not interested in subsidizing that beats if they need an extension or want to talk.

**00:30:41** John Polderman

All leaders happy to work with them.

**00:30:43** Ryan Leestma

Oh, they always do end up paying.

**00:30:46** John Polderman

Okay, well, good.

**00:30:48** John Polderman

This will...

**00:30:49** John Polderman

let them know that we're aware they're delinquent and they need to pay.

**00:30:52** John Polderman

Like I said, just because they're getting a seven day doesn't mean I'm going to be a victim.

**00:30:57** John Polderman

But they, a line needs to be drawn in the sand.

**00:31:02** John Polderman

Like I said, I hope that what the goal is, obviously, right, we want revenue.

**00:31:07** John Polderman

The goal isn't to have to file an eviction, but I need to draw a line in the sand, tell them what's out, and hopefully it invites a phone call or, hey,

**00:31:16** John Polderman

I need 30 days and I can get you this.

**00:31:18** John Polderman

Sure.

**00:31:20** John Polderman

So I just want to be clear.

**00:31:23** John Polderman

The distinction between a sub and day and actually beginning eviction proceedings.

**00:31:26** John Polderman

If they pick up the phone and call, great.

**00:31:29** John Polderman

But I can't just.

**00:31:32** Ryan Leestma

I think what would be a better idea is to see if Aubrey can see if there's a facilitation within QuickBooks for auto pay, either by ACH, auto debit, or credit card, because what I've found is that encouraging use of something like that generally prevents what you're talking about from even happening in the 1st place.

**00:31:54** John Polderman

I don't care what we do as long as the money comes in a timely manner.

**00:31:59** John Polderman

So if that means it's a phone call by Aubrey saying, hey, I was just reviewing the rent roll and you're three weeks late.

**00:32:06** John Polderman

Can you get it in by the end of the month?

**00:32:08**Speaker 3

I can do that.

**00:32:09** Ryan Leestma

That's what she normally does.

**00:32:11** Ryan Leestma

But I mean, I would try to see if there's a way to get him to auto pay anyway.

**00:32:15** Ryan Leestma

I'll just remove labor of time.

**00:32:18** John Polderman

And those funds, so we have the account in independent banks, so those payments should be dumped into that account, so we avoid the fund that we had last week.

**00:32:35** John Polderman

So just to recap, and Warren, you can go over this tomorrow with Aubrey, updated rent roll, who has or hasn't paid, and maybe an asterisk with who is just a slow pay.

**00:32:48** John Polderman

And then if somebody's more than several months delinquent, then let's send them a seven-day.

**00:32:56** John Polderman

And if you think somebody needs a little bit of time, I'm willing to let it play out a little bit.

**00:33:07**Speaker 4

If your folks are right, you said slow pace, take it this afternoon to say, Hey, we need to get this going, and then just start that conversation so we know where they are, and then, as John said, the others who have to pay for months and aren't responding, we'll set up a setup day.

**00:33:22**Speaker 3

I think it's really just Jeremiah Johnson.

**00:33:29**Speaker 4

Okay, John, I can't agree.

**00:33:30**Speaker 4

Is that accurate?

**00:33:32** John Polderman

It is.

**00:33:33**Speaker 3

It's just, yeah, there's just one tenant that has been giving us.

**00:33:38**Speaker 3

Did Westpac pay this month?

**00:33:41** John Polderman

They did, yeah.

**00:33:41** John Polderman

I received February's payment and the CAM charge.

**00:33:45**Speaker 3

Okay, so that will cover payroll for next week then?

**00:33:49** John Polderman

Yes.

**00:33:51** John Polderman

And Warren, you may be sent to Aubrey our QuickBooks accounting of all of the AP or Adelaide Point rents received so she can make sure we have mirror images of each other.

**00:34:06**Speaker 4

Yeah, absolutely.

**00:34:07**Speaker 4

So what I did, our gram is going to schedule off of year-to-date receipts and I'll send that to you what I looked at and just make sure that's accurate in terms of what you have access to.

**00:34:20**Speaker 3

Okay, and then I have two office space checks here.

**00:34:25**Speaker 3

I'm going to e-mail those to you, John, so then I'm not depositing anything right now.

**00:34:30**Speaker 3

So just so I don't get into any issues like we did last week.

**00:34:34**Speaker 3

This is going right to you today.

**00:34:38**Speaker 3

All right.

**00:34:46**Speaker 3

I did get a debit card in the mail for choice one today.

**00:34:50**Speaker 3

So I know you had mentioned opening up an account at Independent again.

**00:34:56**Speaker 3

And I know there's more money getting deposited in there from one of our tenants, Red Bull.

**00:35:01**Speaker 3

So do we have a timeline on when that will be ready?

**00:35:04**Speaker 3

So then when we go to draw,

**00:35:08**Speaker 3

payroll and things like that, we know which account it's coming from.

**00:35:11** John Polderman

So that the Adelaide Point bank account is out running and functioning.

**00:35:16**Speaker 3

Okay, so then should I be depositing these to the Adelaide Point account?

**00:35:21** John Polderman

Yeah, I mean, I don't know how close this independent bank to.

**00:35:24**Speaker 3

It's right down the road.

**00:35:26** John Polderman

Yeah, if you could.

**00:35:27** John Polderman

So how about this, Warren, tomorrow when you meet with Aubrey, give her the account number and deposit instructions.

**00:35:36** John Polderman

And operative, you can deposit those at independent bank into the account.

**00:35:41** John Polderman

And then also, let's make sure payroll is set up to pull from that account.

**00:35:47** John Polderman

And then I am going to be working with LMCU to fund Steve Ducher's payroll component.

**00:35:55** John Polderman

We paid him, what, 12 grand the past month.

**00:35:57** John Polderman

So that needs to come from the LMCU account.

**00:36:02** Speaker 3

Not him and ****.

**00:36:05** John Polderman

You're right.

**00:36:05** Speaker 3

Yeah, I was like, he's not getting that much.

**00:36:07** Speaker 3

Yeah.

**00:36:08** John Polderman

It's a total of 6, right?

**00:36:09** John Polderman

So it's like 3 payroll.

**00:36:11** Speaker 3

Yeah, yeah, yeah.

**00:36:14** John Polderman

I saw the scowl from Ryan, so I knew I said something wrong.

**00:36:19** Ryan Leestma

Well, they're getting paid more than me, John.

**00:36:27** John Polderman

Does Steve do work at any other properties?

**00:36:31** Ryan Leestma

No.

**00:36:35** John Polderman

So he's just Paul Street.

**00:36:38** Ryan Leestma

Yep.

**00:36:39** Ryan Leestma

All.

**00:36:43** John Polderman

Right.

**00:36:45** John Polderman

Okay, I don't think I have any other questions on Robin.

**00:36:49** John Polderman

Are there any other revenues out there?

**00:36:53** John Polderman

Billboard, anything else you're selling?

**00:36:55** John Polderman

I don't know, something I've missed?

**00:36:57**Speaker 3

No.

**00:36:58**Speaker 4

But...

**00:36:59**Speaker 4

Sorry, what was that?

**00:37:02**Speaker 4

Occasionally, and this isn't scheduled when some folks can work on their folks.

**00:37:07**Speaker 4

I understand in certain instances they contract directly and in some instances through you.

**00:37:13**Speaker 4

So that'd be the only good thing that comes to mind at the moment.

**00:37:16** Ryan Leestma

They're not allowed to contract directly.

**00:37:19** Ryan Leestma

they have to run it through us.

**00:37:21** Ryan Leestma

They either get, that's part of what our service department does.

**00:37:25** Ryan Leestma

So we don't allow loose vendors to come in unless they're renting premium storage in the East Building.

**00:37:31** Ryan Leestma

So everything is concierge and controlled by us.

**00:37:35**Speaker 4

Okay, Ryan, you're right.

**00:37:37**Speaker 4

So I should reframe that because I said some contract directly, as you say, it's right on the premium storage basis.

**00:37:45** Ryan Leestma

Well, they're tenants, right?

**00:37:46** Ryan Leestma

So I mean, they have the same

**00:37:49** Ryan Leestma

rights and capabilities and restrictions as a flex industrial tenant.

**00:37:55** John Polderman

Do we have copies of all of those lease agreements for the boat storage people?

**00:38:01**Speaker 4

Yeah.

**00:38:03**Speaker 3

I do.

**00:38:09** John Polderman

Have you sent that to us?

**00:38:10**Speaker 3

No, I can send that over.

**00:38:12** John Polderman

Okay.

**00:38:13**Speaker 3

So I think going back to the.

**00:38:18** Ryan Leestma

Can you get them a DocuSign login?

**00:38:20**Speaker 3

Yeah, I can get them.

**00:38:21** Ryan Leestma

Yeah, they just need a DocuSign login and they'll have every signed document we've ever had.

**00:38:27**Speaker 3

Yeah, but Skyler used Dotloop, so that was a different platform.

**00:38:31** Ryan Leestma

For premium storage?

**00:38:32** Ryan Leestma

Flex Industrial uses...

**00:38:35**Speaker 3

DocuSign.

**00:38:36**Speaker 3

But she's also signed some through Dotloop.

**00:38:38** Ryan Leestma

That's for the permanent tenants.

**00:38:40** Ryan Leestma

That's for somebody like Wheelfish or something like that.

**00:38:43** Ryan Leestma

They're doing Dotloop, but all...

**00:38:45**Speaker 3

She did the premium guys like Zuniga.

**00:38:49**Speaker 3

Garcia, she did all those through Dalu.

**00:38:52**Speaker 3

So, I mean, I have them, I can just provide it.

**00:38:57**Speaker 3

But I do see the account allocations getting a little messy because all of our monies get deposited from QuickBooks into that Leads to Management Choice One account, and that's including like service jobs, detail jobs, you know, outside vendor jobs.

**00:39:12**Speaker 3

And if we, for payroll,

**00:39:16**Speaker 3

make it so the money is getting like withdrawn and because we do payroll through our QuickBooks Adelaide Point account.

**00:39:23**Speaker 3

There's no way to like specify like which account it should be going into if that makes sense.

**00:39:29**Speaker 3

So if we're withdrawing payroll from that independent account, the new one, then it would, like wouldn't it make sense for a detailed job to go into that Adelaide Point account?

**00:39:42**Speaker 3

I guess maybe it would, but

**00:39:46**Speaker 3

There's certain jobs like a dry, like a dry marina slip payment would have to go into that Adelaide Point independent account, and that is not a that's a non-receivership like product, if that makes sense.

**00:39:59** Ryan Leestma

It just it just needs to be workflowed.

**00:40:03** Ryan Leestma

It just needs to be drawn out.

**00:40:05** Ryan Leestma

Yeah, it's not difficult.

**00:40:08** John Polderman

Can you, Warren, can you address that tomorrow with Aubrey?

**00:40:11** John Polderman

We don't necessarily have to have the whole

**00:40:15** John Polderman

But time Friday rolls around, we need something crystal clear that differentiates between the payments.

**00:40:21** John Polderman

All receivership payments go into the independent bank account.

**00:40:25** John Polderman

And if there's non-receivership, that stays in the choice one or wherever.

**00:40:30** John Polderman

So otherwise, we're going to have a complete accounting nightmare.

**00:40:34**Speaker 3

That's where I just want to avoid that at all costs.

**00:40:38**Speaker 4

So what do we do this, Aubrey?

**00:40:39**Speaker 4

And just very simply to say right now,

**00:40:43**Speaker 4

It's clear that these things are going to this account.

**00:40:45**Speaker 4

These things are going back.

**00:40:47**Speaker 4

I'd have these one or two or 10 or 20 that are not clear.

**00:40:51**Speaker 4

And let's just focus on those, making sure we get those put away.

**00:40:54**Speaker 3

Perfect.

**00:40:59**Speaker 3

Just before I decide to switch that account up, I don't want to allocate things to the wrong bank account.

**00:41:08**Speaker 3

But moving forward, I know you had mentioned getting Chad a card so he could buy more supplies.

**00:41:15**Speaker 3

And I was just wondering what the status of that was?

**00:41:19** John Polderman

So I ordered the card a week ago and he said, I think five to seven business days, I should have it.

**00:41:26** John Polderman

should arrive here.

**00:41:28** John Polderman

I will check the mail.

**00:41:29** John Polderman

If you need something in the interim, I'll just text you the front and back of the card and you can use it.

**00:41:35** John Polderman

Okay.

**00:41:38** Speaker 3

Okay, I think I'm good then.

**00:41:43** Speaker 3

Chad, Tracy, Jamie, anything you guys need?

**00:41:54** Ryan Leestma

So I have a question.

**00:41:55** Ryan Leestma

Warren, when will you be able to provide a full accounting for when assignment of rents and all receivership revenues

**00:42:08** Ryan Leestma

I need an accounting to that so I can understand what's going on from the tax side.

**00:42:12** Ryan Leestma

And then there were, multiple transactions that occurred cross entity.

**00:42:16** Ryan Leestma

And I need to know when I'm going to be able to see an accounting for that properly classifies owner draw distributions, things of that nature, because, you know, I don't have anything right now for tax purposes.

**00:42:32** Speaker 4

Okay, so the access I'm looking at now is from January forward.

**00:42:35**Speaker 4

So

**00:42:38**Speaker 4

That's what I'm focusing on.

**00:42:39**Speaker 4

So if there's items in 2025, which I'm focusing on yourself.

**00:42:43**Speaker 4

So that-- pardon.

**00:42:48** Ryan Leestma

I didn't say anything.

**00:42:49**Speaker 4

Oh, sorry.

**00:42:50**Speaker 4

So I'm focusing right now on year-to-day transactions to make sure we have those done properly.

**00:42:55**Speaker 4

So I'll have those done within two or three days.

**00:42:58** Ryan Leestma

So you'll have an accounting of all cash flows between all receivership and non-receivership entities within the next two to three days.

**00:43:07**Speaker 4

Yeah, so I would say Monday, Tuesday, I want to review with John.

**00:43:12**Speaker 4

So I'll have that done by, I say, Friday night or Saturday, review with John Monday, Tuesday.

**00:43:16**Speaker 4

So if you want to say next Tuesday, Wednesday, we can have a call and see where we are now.

**00:43:20**Speaker 4

That would be 2026 year to date.

**00:43:24**Speaker 4

I'll have that.

**00:43:28** Ryan Leestma

Okay, yeah, we need to get that.

**00:43:29** John Polderman

I mean, there's no secrets, Ryan.

**00:43:33** John Polderman

You have access to the same bank accounts we do other than the AP runs that.

**00:43:37** John Polderman

Aubrey has sent us an independent bank, collected 2 rents on Battle Creek.

**00:43:43** Ryan Leestma

Well, not really.

**00:43:44** Ryan Leestma

I don't have access and visibility to all the accounts, but there's obviously reconciliation that has to occur between what's hit your accounts, where it came in, what's been reconciled over to our books, you know, because from what I understand, our QuickBooks receivables and payables are currently not correct because they haven't been

**00:44:04** Ryan Leestma

adjusted in our books.

**00:44:05** Ryan Leestma

So that's kind of what I'm getting at is that there's all these transactions that have occurred and there hasn't been any sort of reconciliation of where it went, when it came in, what it came off of.

**00:44:18** Ryan Leestma

Those reconciliations are important.

**00:44:22** Ryan Leestma

So if Warren's going through everything, there should be some adjustment entries and memos that can be provided so we know, I have to know so that there's a clean exit

**00:44:33** Ryan Leestma

on my books, you know, as to where it all went.

**00:44:37** Ryan Leestma

So it's accurate.

**00:44:41**Speaker 4

Okay, so that'd be something I'll be working out with Aubrey on to see the adjustments themselves.

**00:44:45**Speaker 4

Right now I'm using, you're just in QuickBooks to see what, when, where, when.

**00:44:51**Speaker 4

That's how, in fact, the spreadsheet that John asked me to send, I went through QuickBooks as it's been set up.

**00:44:59**Speaker 4

by Adelaide Point to get that piece of information.

**00:45:02**Speaker 4

So if there's any adjustments within that, which you're just referencing with the last five minutes, that there's, we're not clear about what should be going where.

**00:45:13**Speaker 4

I'm assuming that's what you're talking about.

**00:45:15**Speaker 4

The other stuff is pretty perfunctory.

**00:45:17**Speaker 4

It's if it belongs to Adelaide Point.

**00:45:19**Speaker 4

If it's in there, the only things that would change are things that we've been talking about the last half hour where, oh, it went into

**00:45:27**Speaker 4

was attributed to the wrong account or paid out of or revenue went into.

**00:45:31**Speaker 4

So that's the information I'm assuming you're referring to.

**00:45:33**Speaker 4

The other stuff is, you know, as I see it, it's been done correctly.

**00:45:38**Speaker 4

So am I accurate in that?

**00:45:42** Ryan Leestma

I think you're probably missing the reconciliation of all the transaction activity that's occurred in the accounts that we don't have visibility into.

**00:45:52** Ryan Leestma

Right?

**00:45:52** Ryan Leestma

So it's looking just inside of what's going on with QOZB isn't going to be, you know, that's not going to be helpful until everything in the other accounts has been reconciled to it.

**00:46:06**Speaker 4

Okay.

**00:46:06**Speaker 4

All right.

**00:46:06**Speaker 4

I'll chat with John and see if there's something actually right now.

**00:46:11** Ryan Leestma

Are you guys keeping books on what's coming in right now?

**00:46:16** John Polderman

No, no, I've got a bag and I just throw all the checks in there and then it sits.

**00:46:21** Ryan Leestma

Do you have accounting records on what's going in?

**00:46:24** Ryan Leestma

You know, all the, you know, we have proper, I mean, do you, are you keeping accounting records on that?

**00:46:30** John Polderman

Yes, we use QuickBooks.

**00:46:31** John Polderman

All the deposits are logged and we'll produce a financial report.

**00:46:36** John Polderman

The only thing that we have received are the checks that Aubrey has sent, right?

**00:46:41** John Polderman

And we've deposited those in our trust account, which will then go into the independent bank account.

**00:46:46** John Polderman

And an independent bank collected 2 rents on Battle Creek.

**00:46:50** John Polderman

So we have those accounted for and those are in the independent bank account as well.

**00:46:55** John Polderman

And each month I'll file with the court.

**00:47:01** John Polderman

That's not part of the public record, but you'll get a copy of the bank statement and a reconciliation report.

**00:47:08** Ryan Leestma

I think Warren, if you just reconciled the old financials with the new ones, that'll show you the adjusting entries that you have to make and then it'll be fine.

**00:47:16** John Polderman

Right.

**00:47:18** John Polderman

I think the disconnect is, you're referring to Battle Creek, because you don't have full visibility on that necessarily, whereas everything else you should, right?

**00:47:30** John Polderman

All Street is...

**00:47:31** John Polderman

pretty straightforward.

**00:47:32** John Polderman

You're still on that account, I think.

**00:47:34** Ryan Leestma

Well, no, I was specifically referring to Adelaide Point's books because I think Commerce Point and Hall Street are pretty straightforward.

**00:47:42** Ryan Leestma

I mean, there still has to be a reconciliation that has to occur, but from what I've seen, the aging on the receivables and the payables is totally out of whack over here because, you know, that's not getting reconciled.

**00:47:53** Ryan Leestma

So that

**00:47:54** Ryan Leestma

that there has to be some measure of reconciliation between those transactions and what's in our books over here, so there's a clean exit from our books into yours.

**00:48:05** Ryan Leestma

And that's what I was referring to, that I need to have that sort of ledger so that I can make sure that that's reported properly to my CPA.

**00:48:16** John Polderman

I think the other, and we don't have to, I've got 5 minutes, but the discussion point where the receivership estate has a separate and its own tax ID number, so it's a clean break.

**00:48:27** John Polderman

I'm not necessarily importing all of your payables onto my books, where I start with a 0 balance and then.

**00:48:36** Ryan Leestma

No, but I need to reconcile over to me for my books because, that's something if you guys have collected it, I need to classify it and qualify it appropriately.

**00:48:47** John Polderman

Right.

**00:48:48** John Polderman

How about this?

**00:48:49** John Polderman

Whatever you need from an accounting perspective, we will get you.

**00:48:53** Ryan Leestma

I need to get a transaction ledger summary that balances the books on the Adelaide Point QOZB side for my tax ID, and then I need to get

**00:49:03** Ryan Leestma

accounting records that are coming off of the receivership estate.

**00:49:07** Ryan Leestma

I just need to have some assurance that it's reconciled and accurate.

**00:49:10** Ryan Leestma

Because the problem here is that the longer that it goes on where it's not reconciled, the more difficult it becomes from an administration perspective in order to make sure that everything's coming in that's supposed to be coming in.

**00:49:24** Ryan Leestma

Because we're still working off of those old books.

**00:49:28** John Polderman

The further the train gets away from the station, the longer it takes to get back.

**00:49:32** John Polderman

So I agree.

**00:49:33** John Polderman

We will have those to you promptly.

**00:49:36** John Polderman

And if there's a problem, you can, I'm sure you'll pipe up and say something and we can correct it here at the beginning.

**00:49:41** John Polderman

So we're not trying to fare it through stuff six months from now.

**00:49:45** Ryan Leestma

That would be good.

**00:49:47**Speaker 4

Happy to provide.

**00:49:52**Speaker 4

And I will, I'll send you that list right away in addition.

**00:49:56**Speaker 4

Perfect.

**00:50:00** John Polderman

All right, well, always a pleasure.

**00:50:01** John Polderman

I've got to bounce to my 330 unless you need anything else from Warren.

**00:50:07** John Polderman

Otherwise, I'm going to bounce.

**00:50:10**Speaker 4

Okay.

**00:50:11**Speaker 4

And if now or e-mail me or I'll see you first thing tomorrow either way.

**00:50:18** Ryan Leestma

Yeah, if there's anything that, you know, my CPA can help you with, Warren, I can set up that introduction.

**00:50:26**Speaker 4

OK.

**00:50:27**Speaker 4

And as John said, same for us.

**00:50:31**Speaker 4

Whatever you need from us, let us know.

**00:50:34** John Polderman

All right.

**00:50:38** John Polderman

See you guys.

**00:50:39** John Polderman

Yep.

**00:50:40**Speaker 4

Thank you.

**00:50:40**Speaker 4

Bye.

The speaker is discussing the complexity of the business and the need for accurate accounting and reconciliation of operational activities to accounting structure. They are emphasizing the importance of understanding the operation in order to make accurate accounting entries and ensure that the records are correct when submitted to the banks and IRS. The speaker is also discussing their own experience and expertise in managing multiple entities and ensuring that the accounting records are accurate. They are cautioning that if the accounting records are not accurate, it can lead to "garbage in, garbage out" and potential problems with tax obligations. The speaker is trying to ensure that the budget is accurate and complete, and is seeking to understand the operational activities and how they synchronize with the accounting records.

**00:00:00** Aubrey Glick

Would it be easier if I share my screen up on my hand?

**00:00:03** Aubrey Glick

Absolutely, yeah.

**00:00:15** Warren Palmer

What is this?

**00:00:17** Warren Palmer

Just remove your bases, just this and then whatever you do or don't have, you can send me and you know, so just so I understand.

**00:00:27** Aubrey Glick

Are you looking for a specific time frame on the P&L or are you?

**00:00:32** Warren Palmer

Year to date.

**00:00:32** Aubrey Glick

Okay.

**00:00:37** Ryan Leestma

Well, it's not going to be accurate.

**00:00:39** Aubrey Glick

Just because of.

**00:00:41** Warren Palmer

What would be the things that you're thoughtful about in terms of accuracy?

**00:00:45** Ryan Leestma

Well, like I was talking about yesterday, like the accounting records haven't been kept current between the receivership estate and what's in there.

**00:00:52** Ryan Leestma

So you're looking at records that aren't accurate.

**00:00:55** Warren Palmer

So

**00:00:57** Warren Palmer

But we'd have accurate records of bills paid, right?

**00:01:00** Ryan Leestma

Well, yeah, maybe on your side, but I mean, it hasn't been reconciled to the accounts over here.

**00:01:06** Ryan Leestma

So you're looking at a profit and loss statement that's, you know, not accurate.

**00:01:14** Warren Palmer

So are the expenses generally consistent month to month in terms of what you'd be paying in terms of like the individual vendors?

**00:01:23** Ryan Leestma

I mean, of course, payables come in, but the issue is, that like the profit and loss is not accurate, because rents were assigned and you guys were taking in checks and things like that.

**00:01:34** Ryan Leestma

You guys were also kind of picking and choosing which bills to pay.

**00:01:40** Warren Palmer

So I have, so last time I shared, I went through the payables and in terms of like outstanding bills and

**00:01:48** Warren Palmer

But in terms of the P&L, why don't we just see what you have a record of, and then I'll go back and see what we have.

**00:01:54** Warren Palmer

When you asked that question you asked, I was a bit confused.

**00:01:56** Warren Palmer

I thought there was a pretty clean cutoff, but if there wasn't, I'll make sure there's a reconciliation there.

**00:02:01** Ryan Leestma

Well, I mean, think about it, right?

**00:02:02** Ryan Leestma

So you have to make adjusting entries across all the entities and all the cash accounts and all the payables and receivables in order for things to be balanced properly.

**00:02:11** Ryan Leestma

So without like a listing of all those general ledger adjusting entries.

**00:02:16** Warren Palmer

Do you have a copy of a trial balance from like 1-1 and 2-1?

**00:02:19** Warren Palmer

Could I get a copy of that?

**00:02:20** Ryan Leestma

I mean, we can give you a full ledger on everything that occurred across all the accounts, but you're going to have to do a by-hand reconciliation of everything that went into your books.

**00:02:29** Ryan Leestma

We need to have a complete detail of all of that.

**00:02:32** Ryan Leestma

And then that has to be reconciled properly over on our end in order for there to be a clean cut on the books from our side.

**00:02:39** Warren Palmer

Yeah, it's easy.

**00:02:40** Warren Palmer

Obviously, we can give a trial balance.

**00:02:42** Warren Palmer

We can give any entries we've made, deposits,

**00:02:45** Warren Palmer

texture, and that's easy to do.

**00:02:46** Warren Palmer

So maybe just to make sure that I can compare it properly, if you can just give me a trial balance, electronically is fine, and then as of 1-1 and as of 2-1, and then I can make sure that we tie to that.

**00:02:58** Warren Palmer

should not be an issue at all.

**00:02:59** Ryan Leestma

Okay.

**00:03:00** Ryan Leestma

When do you think you get that complete by?

**00:03:01** Ryan Leestma

Are you making those entries in our accounting system?

**00:03:04** Warren Palmer

So I haven't made any entries yet.

**00:03:06** Warren Palmer

So I started this last Wednesday or Thursday is the first time I need to go look at this.

**00:03:10** Warren Palmer

So John would have any of that information, John or Trish would have that information, probably Trish more likely.

**00:03:15** Warren Palmer

And so I'll get a copy of any of the AJ, if there are any AJAs, I don't think there are, but any of the, any expenses paid, rents collected, all that, that's should be fairly simplistic actually to get out.

**00:03:29** Warren Palmer

So, and then to make sure it ties the trial balance as of 1-1 to 2-1, then the rest should be easy.

**00:03:37** Aubrey Glick

And then you were, had talked about yesterday that having like a budget, you'd probably have something to produce like tomorrow for.

**00:03:45** Warren Palmer

So probably Monday, Tuesday in terms of practicality.

**00:03:47** Warren Palmer

So I was going to use the information I get today and then with the drive back, then making sure that I capture everything.

**00:03:56** Warren Palmer

Making the budget is pretty simplistic, right?

**00:03:58** Warren Palmer

Because my guess, just from what I've seen on the expenses, the entities are quiet right now, generally quiet.

**00:04:05** Warren Palmer

You'll have rents from 20, 30 folks that have come or have not come in.

**00:04:09** Ryan Leestma

From what folks?

**00:04:10** Warren Palmer

Renters.

**00:04:11** Ryan Leestma

Yeah.

**00:04:12** Warren Palmer

And then, so that general source of income, you're not going to have any fuel sales, nothing out of the ship store.

**00:04:19** Warren Palmer

So it should be pretty simple on the income side.

**00:04:21** Warren Palmer

And the expense side is just what checks have been written.

**00:04:24** Warren Palmer

I mean, you know.

**00:04:25** Ryan Leestma

The budget, we haven't written any checks because you guys have taken over.

**00:04:31** Warren Palmer

So on the budget side, easy, the part where we get more complex is once May 1st starts, right?

**00:04:38** Warren Palmer

Because then you have other sources of income and other expenses, fuel for example, and that's going to be something.

**00:04:45** Warren Palmer

And then you have other source of income coming in, motor store and all that.

**00:04:48** Warren Palmer

So that first quarter, easy.

**00:04:52** Warren Palmer

Second quarter, it'll take a bit of work.

**00:04:53** Warren Palmer

So let's take it.

**00:04:55** Warren Palmer

But right now, what I want to understand is from the P&L side, just I want to make sure I understand.

**00:05:00** Warren Palmer

Because when I wrote down, I sent you a spreadsheet yesterday of who I thought the renters were.

**00:05:06** Warren Palmer

And I sent it right during the call or at the end of the call.

**00:05:10** Warren Palmer

And that's as best I could tell from QuickBooks who was sending in rent.

**00:05:14** Warren Palmer

So people in this building, man caves, I think would have been it.

**00:05:20** Ryan Leestma

You don't have a rent roll.

**00:05:21** Warren Palmer

No, I took the rent roll I took, I'm making sure it's accurate.

**00:05:24** Warren Palmer

So I was making sure what I used, I put the list down, took a right out of QuickBooks, because that's where the income that showed in there is what I reflected on the rent roll.

**00:05:32** Ryan Leestma

Okay, you didn't use Aubrey's rent roll?

**00:05:38** Ryan Leestma

The rent roll that was sent for John and Trish.

**00:05:40** Warren Palmer

Maybe the same thing.

**00:05:42** Warren Palmer

There was an Excel spreadsheet, and then what I did, I...

**00:05:47** Warren Palmer

That should come.

**00:05:47** Ryan Leestma

So if you're assembling a rent roll from the invoices and the revenue is going over to John, then the data coming out of our invoice set, you know, wouldn't be accurate.

**00:06:00** Warren Palmer

Say that again.

**00:06:01** Ryan Leestma

So if you're going into our QuickBooks and you're trying to reassemble a rent roll from scratch based on our invoicing.

**00:06:07** Warren Palmer

No, I'm sorry, I missed.

**00:06:09** Warren Palmer

And this will, what I did, I took any income we've received the first 60 days or whatever it is, 55 days.

**00:06:15** Warren Palmer

And then I took that.

**00:06:17** Warren Palmer

Any rents received, I showed on a rent roll.

**00:06:20** Warren Palmer

That's all I did.

**00:06:21** Ryan Leestma

Okay.

**00:06:21** Ryan Leestma

So you built a rent roll based off cash basis?

**00:06:24** Warren Palmer

Yes.

**00:06:25** Warren Palmer

Okay.

**00:06:25** Ryan Leestma

Did you, have you reviewed any of the leases?

**00:06:27** Ryan Leestma

Have you seen any of those?

**00:06:28** Ryan Leestma

No.

**00:06:29** Ryan Leestma

Why wouldn't you develop a rent roll based off of the leases?

**00:06:33** Warren Palmer

Because I want to know who's paying.

**00:06:35** Warren Palmer

And then once I know who's paying, I know who's not.

**00:06:37** Warren Palmer

So.

**00:06:38** Ryan Leestma

Well, you would establish a rent roll based off of the leases, and then you would reconcile that back to cash basis on the revenue coming in, both on your side and on my side.

**00:06:48** Warren Palmer

Right.

**00:06:48** Warren Palmer

So right now I'm just on a cash flow basis, trying to understand what we're getting in and what's going out.

**00:06:53** Warren Palmer

That was my purpose of what I sent yesterday.

**00:06:55** Ryan Leestma

Yeah.

**00:06:56** Warren Palmer

So yeah.

**00:06:58** Warren Palmer

I have these, I have the spreadsheet RP sent.

**00:07:00** Warren Palmer

A week ago, I have that.

**00:07:02** Warren Palmer

This was a cash flow.

**00:07:06** Warren Palmer

So that's all I'm trying to establish right now is a cash flow.

**00:07:08** Warren Palmer

What money's coming in, what money's going out?

**00:07:10** Ryan Leestma

Well, you can't budget the revenue side until you have a proper rent roll.

**00:07:14** Ryan Leestma

So you have to assemble it properly based on the proper, you know, base documentation.

**00:07:18** Warren Palmer

Two separate things, right?

**00:07:18** Warren Palmer

Cash flow and budget, two separate things.

**00:07:20** Warren Palmer

Totally recognize that.

**00:07:21** Warren Palmer

What I sent yesterday was my cash flow.

**00:07:23** Warren Palmer

This is who we got money in, making sure it's accurate.

**00:07:25** Warren Palmer

That's all it is.

**00:07:26** Warren Palmer

And everything.

**00:07:27** Ryan Leestma

So I think if you're going to establish a budget, you have to 1st properly establish what the rent roll is going to be based on base documentation, and then you can reconcile receivable and collection activities to that.

**00:07:39** Warren Palmer

Yeah, so I have that.

**00:07:39** Warren Palmer

I have the spreadsheet that shows the rent roll, or as like for a week I've had that.

**00:07:44** Warren Palmer

This was a cash flow.

**00:07:45** Ryan Leestma

You have the rent roll.

**00:07:46** Warren Palmer

Yeah, I got a spreadsheet has a list of everyone here.

**00:07:48** Ryan Leestma

Okay, so you do have the rent roll.

**00:07:50** Ryan Leestma

Oh, okay.

**00:07:51** Ryan Leestma

So you don't need to assemble the rent roll based off invoices.

**00:07:55** Warren Palmer

Correct.

**00:07:56** Warren Palmer

that's what you told me you were going to have to.

**00:07:58** Warren Palmer

No, cash flow, cash flow, cash flow, cash flow.

**00:08:01** Ryan Leestma

But you're here for a budget, right?

**00:08:03** Warren Palmer

Yes, I'm trying to understand what's there, what we're going to get.

**00:08:06** Warren Palmer

That's what I need to do for on a going forward basis.

**00:08:09** Ryan Leestma

So I would recommend that what you do is you put together the budget based on the rent roll.

**00:08:14** Warren Palmer

That's fine.

**00:08:14** Warren Palmer

That's fine.

**00:08:15** Warren Palmer

Yeah.

**00:08:15** Warren Palmer

Okay.

**00:08:16** Warren Palmer

So with that, I don't need to see anything off.

**00:08:19** Warren Palmer

If the rent roll, comparing the rent roll to the cash flow, that's easy.

**00:08:25** Warren Palmer

Other than that, it's just the expenses.

**00:08:26** Ryan Leestma

Accrual to cash, yeah.

**00:08:27** Ryan Leestma

I just.

**00:08:28** Warren Palmer

Need to understand what the expenses are now, what you're expecting to pay, because anything that we've paid to date is not going to at all reflect what's going to be happening in the future, just because of the activity of the site, things are going to start popping up in 60 days, 30 days that are not on there now.

**00:08:42** Ryan Leestma

Do you have a checklist of all the items that you're looking for in terms of, you know, normal course of operation, business expenses that all businesses would have?

**00:08:52** Warren Palmer

No, I don't have a checklist.

**00:08:53** Warren Palmer

So just give me what you've paid, that's fine, you know, or what you expect.

**00:08:57** Ryan Leestma

Well, that's the thing is that there's a lot of stuff that's constantly coming at this, right?

**00:09:01** Ryan Leestma

So it's not just normal course operations for like a gas station, right?

**00:09:06** Ryan Leestma

So there's a development and there's a lot of extraneous costs that come up regarding, you know, this or that or what have you.

**00:09:12** Ryan Leestma

So it's still a stabilizing business.

**00:09:14** Ryan Leestma

It's not at the point where we're steady state on all tables.

**00:09:17** Ryan Leestma

So I think I would start with coming up with a checklist

**00:09:22** Ryan Leestma

for all the normal course of business items that every business would have, right?

**00:09:27** Ryan Leestma

And then we can start collating what that is that we know is on an ongoing monthly basis so that you have that.

**00:09:34** Ryan Leestma

And then we could supplement that with, say, a subset of non-normal course of operation business expenses so that you could get a general idea as to what the average rolling is going to be for, you know, additional extraneous expenses.

**00:09:47** Warren Palmer

So the one that's

**00:09:49** Warren Palmer

in terms of additional training expenses, the ones I'm thinking right now, would that be like the condo building because it's still under construction, some of it's still under development.

**00:09:56** Ryan Leestma

No, the condo is finished.

**00:09:57** Ryan Leestma

The condo is fully completed.

**00:10:00** Ryan Leestma

So it has a certificate of occupancy in common areas.

**00:10:04** Ryan Leestma

All the units that have been sold actually had a contract with the builder directly.

**00:10:09** Ryan Leestma

So that's kind of why I asked, you know, if you have a checklist of things that are in the normal course of operations, because then we would be able to pull that and you could start

**00:10:18** Ryan Leestma

you could start aligning that with budgets for every entity.

**00:10:22** Ryan Leestma

Then you have to go to the homeowners association and you have to see what their budget is so that you can see what sort of offsets they're going to be.

**00:10:30** Ryan Leestma

And then you have to do an allocation of what the expenses are going to be for the units that are still owned by me.

**00:10:37** Ryan Leestma

And then you have to go back to the monies that were advanced in 2025 and 2024.

**00:10:45** Ryan Leestma

and do the percentage allocation on all of those so that you can figure out.

**00:10:49** Warren Palmer

Moneys advanced, like kind of some things we talked about yesterday, like monies that came into it, like on development budget.

**00:10:55** Warren Palmer

You said monies advanced in terms of lenders.

**00:10:57** Warren Palmer

What were you referring to?

**00:10:59** Ryan Leestma

What I'm talking about is I'm talking about things like utilities that were paid on common areas.

**00:11:03** Ryan Leestma

I'm talking about, you know, insurance that was paid on the building, you know, items like that were basically funded into the HOA.

**00:11:10** Ryan Leestma

prior to certificates of occupancy being issued on the 21 owners that are there.

**00:11:16** Ryan Leestma

And then you have to do the split.

**00:11:18** Ryan Leestma

You have to add that all up and then you have to do the appropriate split.

**00:11:22** Ryan Leestma

Then you have to create like some sort of, you know, like loan receivable or something like that inside of books specifically for the condos and then communicate that to the HOA so that they're aware that there's some credits and that there aren't going to be any homeowner association dues.

**00:11:40** Ryan Leestma

for such a period of time on those 34 units.

**00:11:43** Ryan Leestma

Because if you don't reconcile that, then there's going to be probably an assertion that there's going to be homeowners association dues on those units, which we shouldn't pay because we've already put in $400,000, maybe $450,000

**00:12:02** Ryan Leestma

in terms of, utilities and insurance since we started the building in July of '23.

**00:12:07** Ryan Leestma

Yeah, so I, or 20, yeah, '23.

**00:12:09** Warren Palmer

Yeah, so I just looked at doing the condo separately.

**00:12:11** Warren Palmer

That's such a different animal, and it just operates.

**00:12:14** Ryan Leestma

We're doing a separate set of books for the condos.

**00:12:16** Warren Palmer

Yeah, because it just, it's a different entity altogether, operative, you know, the P&L for a condo would look very different from this building.

**00:12:26** Warren Palmer

So for this building,

**00:12:29** Warren Palmer

I think a checklist would be a waste of time on my part, because you'll know better than I what's coming in now.

**00:12:33** Warren Palmer

Just hear what we expect.

**00:12:34** Ryan Leestma

Well, I would say just, you know, put together a list of expenses that all businesses have in the normal course of operations.

**00:12:40** Ryan Leestma

And then like I was saying, if you could kind of figure out at least what a rolling average

**00:12:45** Ryan Leestma

development, extraneous expenses would be maintenance and repairs, things like that, then you could at least build that into a budget.

**00:12:52** Ryan Leestma

So you've got at least some sort of yardstick every month as to what to expect.

**00:12:56** Warren Palmer

Okay, so if you, but I would like to know what you have had for expenses.

**00:13:00** Warren Palmer

That would be very helpful to me to see what those are.

**00:13:02** Ryan Leestma

Yeah, no, that's what I'm saying is that, you know, like we can go into the books and we can kind of see like what all the payable expenses, but then they're going to have to be categorized into normal course of operations.

**00:13:14** Ryan Leestma

items that are related to development on vacant land.

**00:13:18** Ryan Leestma

What's maintenance and repairs?

**00:13:20** Warren Palmer

Because as you mentioned, it would be treated differently in terms of capital accounts, right, for you personally.

**00:13:25** Warren Palmer

Like what you've put in is going to be very different than...

**00:13:28** Warren Palmer

and what must be paid as part of what we're doing now and the state that we're in.

**00:13:32** Warren Palmer

Yeah, absolutely.

**00:13:33** Ryan Leestma

Well, those aren't capital accounts.

**00:13:35** Ryan Leestma

Those are, those are, owner loans that were put into it.

**00:13:38** Ryan Leestma

So there's like a notes payable that would have to be registered inside of, you know, QOZB as the parent entity.

**00:13:44** Warren Palmer

So have, wait, let me set the capital accounts, because that'll be more complicated than just the normal operating expenses on a normal operating expenses.

**00:13:54** Warren Palmer

I imagine right now you have a list of expected expenses this month.

**00:13:57** Ryan Leestma

Yeah, normal course of operations.

**00:14:00** Warren Palmer

So if you have those, if I could just see those, that's all I need to do.

**00:14:04** Warren Palmer

And I'll start with that from a budget.

**00:14:06** Warren Palmer

If there's anything beyond that would be particular to this building because it's attached to a marine, I can't think of any off the top of my head, like the ice machine, right?

**00:14:16** Warren Palmer

Something I may not know of or may not recognize.

**00:14:19** Warren Palmer

Normally, in normal course of operation for a building, you would say, okay, no ice machine.

**00:14:25** Warren Palmer

Right, Why wouldn't you include that?

**00:14:27** Warren Palmer

No, I would.

**00:14:28** Warren Palmer

I'm saying that I know of it because Aubrey told me, but there may be something else I don't know of that would be, say, starting up once, you know, the boating season starts.

**00:14:38** Warren Palmer

I just need to be aware of that, I may not be aware, just to make sure I have a heads up.

**00:14:41** Ryan Leestma

I don't really think that there's anything like that.

**00:14:43** Ryan Leestma

I mean, you know, there is, you know,

**00:14:47** Ryan Leestma

There's stocking retail, like what we talked about yesterday.

**00:14:50** Ryan Leestma

There's probably going to be like an initial clean of the bathroom building.

**00:14:53** Ryan Leestma

But I mean, other than that, maybe some labor as it relates to stocking.

**00:14:57** Ryan Leestma

But I mean, other than that, should be fairly minimal.

**00:15:00** Ryan Leestma

Are you keeping separate books on boater services?

**00:15:04** Warren Palmer

Yeah, so there'll be, there'll be, although the money may come in the same bank account, there'll be a P&L separately for boater services.

**00:15:11** Warren Palmer

And I think we'll probably keep them the same for the two

**00:15:14** Warren Palmer

The 2 warehouse buildings will be in the same, I believe.

**00:15:17** Warren Palmer

I'll double check that.

**00:15:18** Ryan Leestma

Two warehouses will be in the same books as the boater services building.

**00:15:21** Warren Palmer

No, separate one.

**00:15:22** Warren Palmer

So I'm expecting boater services and those two because boater services has different types of things that come in and out of it than the two warehouse buildings.

**00:15:30** Warren Palmer

And is that, I'm expecting that would probably be accurate.

**00:15:33** Ryan Leestma

Yeah, I mean, it operates as a separate operation.

**00:15:35** Ryan Leestma

So how are you planning on reconciling those?

**00:15:39** Ryan Leestma

those entries in terms of revenue and inventory purchases and things like that.

**00:15:43** Warren Palmer

And it should be pretty straightforward, right?

**00:15:45** Warren Palmer

So if, just like one of the items you talked about yesterday, the perishables that Jamie is going to buy in a week or two before the start of the season, that's pretty straightforward.

**00:15:54** Warren Palmer

He's going to buy that, boom, it goes in.

**00:15:56** Ryan Leestma

That's, and then you're going to have to, you're going to have to either completely replace the point of sale system to run those records separately or you're going to have to

**00:16:06** Ryan Leestma

tie into the point of sale system that my wife is using.

**00:16:08** Warren Palmer

I don't want to replace the point of sale system.

**00:16:11** Ryan Leestma

You're going to have to unless you tie into the point of sale system that my wife is using, but that requires delving into all the records of Muskegon Brewing Company to separate retail and inventory and things like that.

**00:16:25** Warren Palmer

So the POS system that's in there, and is it the same system for, let's say, slip rentals or?

**00:16:33** Ryan Leestma

Anything on the No, we don't use a point of sale system for, leases and things like that.

**00:16:40** Warren Palmer

Pardon.

**00:16:40** Aubrey Glick

It's just QuickBucks for like the slips and storage and everything.

**00:16:43** Ryan Leestma

Well, a point of sale system is traditionally used for tracking retail activity, you know, right?

**00:16:49** Ryan Leestma

I mean, so we don't use a point of sale system for, you know, like, say.

**00:16:54** Warren Palmer

For gas to use it.

**00:16:56** Ryan Leestma

What we do is we use the Marathon point of sale system, which for J&H, that's why I said it's pretty critical to keep getting them paid.

**00:17:04** Ryan Leestma

And then there's a by hand reconciliation that occurs between the Marathon point of sale system and the Toast point of sale system, because there's no APIs to hook into the Marathon system.

**00:17:18** Ryan Leestma

There's no way to do that automatically.

**00:17:20** Warren Palmer

Okay, so other than the gasoline,

**00:17:23** Warren Palmer

Like anyone, anyone who wants, temporary slip rental and all that, the DAQA system, is that, what does that, how is it?

**00:17:32** Ryan Leestma

Yeah, so the DAQA system is for transient, but I mean, this isn't receivership property, right?

**00:17:37** Ryan Leestma

So I mean, the weapon and driver.

**00:17:39** Warren Palmer

Step back.

**00:17:39** Warren Palmer

I said, I just, I was just, I was sitting, it was sitting because it was sitting in the system itself was in the building.

**00:17:44** Warren Palmer

That's why I, so, no, you're exactly right, exactly right.

**00:17:47** Warren Palmer

So, I'll step back from that, apologize.

**00:17:49** Warren Palmer

And then,

**00:17:52** Warren Palmer

Okay, all right.

**00:17:54** Warren Palmer

So other than that, I think other than anything like the purchases for the perishable inventory that go into the ship store and for here, utilities, utilities, taxes, utilities, maintenance, right?

**00:18:10** Warren Palmer

The typical cam charges.

**00:18:12** Warren Palmer

Other than that, I can't think that there'd be anything

**00:18:16** Warren Palmer

in the warehouses, would there be like when you move boats or anything like that, or you just...

**00:18:21** Ryan Leestma

Expenses related to moving boats.

**00:18:23** Warren Palmer

Yeah.

**00:18:24** Ryan Leestma

That's payroll.

**00:18:25** Warren Palmer

So, and then the equipment charges, like gas, things like gas for any of the tractors that be moving that, does that, would that show up on an expense, I would guess?

**00:18:37** Ryan Leestma

Yeah, so there's appropriate credits that are landed inside of the QOZB books and also into the ship store books.

**00:18:43** Warren Palmer

Okay, and then if…

**00:18:44** Warren Palmer

I already do a budget on those.

**00:18:45** Warren Palmer

Would you have an estimate of what those might look like for those?

**00:18:50** Ryan Leestma

I don't know, three, 5 grand for fuel over the course of three, four months, five months, something like that.

**00:18:56** Warren Palmer

Okay, so not, I'd say not that much.

**00:18:58** Ryan Leestma

Yeah, no, it's not that much, but that has to be split.

**00:19:02** Ryan Leestma

So unless the warehouses, you want to have the guys start renting to the gas station, you know, they could…

**00:19:10** Ryan Leestma

They could do that too if you wanted.

**00:19:12** Warren Palmer

Split in terms of what, no, I'd read the system now is that they get gas and then they just use it wherever they need it.

**00:19:20** Warren Palmer

They take the tractor to go pull where it needs to in either building.

**00:19:26** Ryan Leestma

Say that again.

**00:19:27** Warren Palmer

So the gas right now for the tractors that they're using, if whatever the building uses, they'll go to that building.

**00:19:34** Ryan Leestma

Sky tracks?

**00:19:35** Ryan Leestma

We don't have any tractors, yeah.

**00:19:39** Warren Palmer

So whatever they use to move the boats, what's that called?

**00:19:43** Ryan Leestma

It's a sky track.

**00:19:44** Warren Palmer

Okay, so when you move a boat with the sky track, the fuel that's used for that, those sky tracks probably go to both warehouse buildings then.

**00:19:52** Ryan Leestma

Yeah, we use the same equipment across both warehouses in order to move inventory.

**00:19:57** Warren Palmer

So if we use the same books, if I'm using the income rental for both, I think that would make sense.

**00:20:05** Warren Palmer

That's fine.

**00:20:05** Warren Palmer

I don't know if they need to allocate it back and forth between the warehouses.

**00:20:09** Warren Palmer

Are they used elsewhere other than?

**00:20:10** Ryan Leestma

Why would you mean between the West warehouse and the East warehouse?

**00:20:14** Warren Palmer

Yeah.

**00:20:14** Ryan Leestma

Well, why would you allocate that separately between the West warehouse and the East warehouse?

**00:20:19** Warren Palmer

They're saying, unless there's a reason, I don't want to.

**00:20:20** Warren Palmer

I don't see a reason to do that.

**00:20:21** Ryan Leestma

Yeah, I don't think you have to do that.

**00:20:23** Warren Palmer

Okay, and are they used in a drying marina at all?

**00:20:28** Ryan Leestma

So the revenue associated with QOZB and the storage

**00:20:34** Ryan Leestma

product items, some of those boats and inventory are actually stored in the dry marina.

**00:20:41** Ryan Leestma

So they just roll in there with the same equipment in order to pull those boats out.

**00:20:45** Ryan Leestma

I mean, I guess theoretically there should be some sort of ascription between revenue associated with the warehouses that we pulled in back over to the dry marina.

**00:20:55** Warren Palmer

Is it material, a material amount?

**00:20:57** Ryan Leestma

Yeah, I would say it's a couple 100 grand.

**00:20:59** Ryan Leestma

I mean, it probably we would have to

**00:21:03** Ryan Leestma

get some sort of a credit on all the storage revenue that went into that dry marina building and then get an advance on that so that we can then properly ascribe it to the dry marina and that lender's revenue stream.

**00:21:14** Warren Palmer

Okay, all right.

**00:21:15** Ryan Leestma

So other than that, how long would it take for us to figure out how much revenue actually got put into the dry marina?

**00:21:24** Ryan Leestma

Like, you know, boats, RVs, items that are in, you know, the dry racks.

**00:21:29** Ryan Leestma

Can you get that for me?

**00:21:31** Ryan Leestma

I'd like to know what that total is.

**00:21:33** Aubrey Glick

All like the RVs and storage and things that.

**00:21:36** Ryan Leestma

Are RVs, block boats, boats that are in the racks.

**00:21:39** Ryan Leestma

I mean, we need to understand exactly how much storage revenue needs to get, debited back into the drive marina.

**00:21:50** Warren Palmer

So other than that, other than that equipment moving at, I don't think there's anything other than amitable cam chargers.

**00:21:56** Warren Palmer

I wouldn't expect any other

**00:21:58** Warren Palmer

I don't know of any other unusual charges, as you said, that would be in a normal course of business.

**00:22:03** Warren Palmer

Anything that you can think of that I may not be aware of?

**00:22:06** Ryan Leestma

Well, I mean, you would have to ascribe all the service revenue that comes through either the Boater Services Building or QOZB.

**00:22:15** Ryan Leestma

I don't know how exactly you would, I mean, there's a couple of different ways that you can rationalize it.

**00:22:21** Ryan Leestma

I traditionally have, you know, ascribed services revenue

**00:22:25** Ryan Leestma

and yard fees to the revenue on the QOZB side.

**00:22:29** Warren Palmer

Okay, and just, sorry, the books I've seen for January, February are probably not representative of the kind of service revenue you would get throughout the course of the year.

**00:22:39** Ryan Leestma

No, I mean, we're generating service revenue starting in, I don't know, December 1, you know, and then basically we're just powering, you know, we're working through a work in process.

**00:22:50** Ryan Leestma

So you would have to probably go into our books and then establish what the WIP would be for all that service work that we're completing.

**00:22:59** Warren Palmer

Okay, so again, Aubrey's given me the list of…

**00:23:02** Ryan Leestma

You should take notes on all of this because I don't think you're going to remember it.

**00:23:04** Warren Palmer

I'll remember everything up to the WIP.

**00:23:08** Ryan Leestma

Really.

**00:23:09** Warren Palmer

Absolutely.

**00:23:10** Warren Palmer

And not because I'm that smart, because I took the notes before.

**00:23:12** Warren Palmer

Aubrey gave me much of this before, what I want to make sure I haven't missed anything.

**00:23:16** Warren Palmer

So my concern is that I represent fairly what's going on, right?

**00:23:20** Warren Palmer

And that when you look at, this represents fairly what's going on with this.

**00:23:24** Warren Palmer

So no, I am not that smart.

**00:23:27** Warren Palmer

I take notes, copious notes, and I have.

**00:23:29** Ryan Leestma

I don't see you taking notes.

**00:23:31** Warren Palmer

Because everything you said, honestly goodness, everything you said, Aubrey has given me before.

**00:23:36** Warren Palmer

And but what you're giving me?

**00:23:37** Ryan Leestma

Have you given them all this information?

**00:23:39** Aubrey Glick

Well, like we talked a lot about like.

**00:23:42** Aubrey Glick

On, what was that, Tuesday?

**00:23:43** Aubrey Glick

I'm sure like operationally, 'cause I mean-- Operationally, like the way things formulate and the locations of it.

**00:23:50** Ryan Leestma

But not on the accounting side.

**00:23:53** Ryan Leestma

So everything that Aubrey knows, like I taught her, so I mean, she understands the operational sides of things, right?

**00:23:59** Ryan Leestma

But in terms of, you know, the accounting between the entities and chargebacks and things like that, there's a reconciliation that's occurred.

**00:24:06** Ryan Leestma

historically by my CPA.

**00:24:09** Ryan Leestma

And then he's doing the proper description to those P&Ls.

**00:24:15** Warren Palmer

So to back up and say I am, no, I never trust myself, but the reason I didn't take any notice, and I'm saying this in full candor, is that when I listen, I was listening to what you were saying about the motor services building and about these buildings and about the warehouses, and there's nothing that you had said that

**00:24:36** Warren Palmer

It gives me, it helps me better understanding, but right now I know because I looked at QuickBooks, we have Boulder Services.

**00:24:42** Ryan Leestma

You've looked at our QuickBooks.

**00:24:43** Warren Palmer

Yeah, we have access to them.

**00:24:45** Warren Palmer

So I've seen what's in there.

**00:24:46** Warren Palmer

I understand what's in there and what goes in and out, you know, as far as happened so far.

**00:24:52** Warren Palmer

I took notes yesterday while we were on the phone about your thoughtfulness about reconciliation between what we have and what you need or what you've done to make sure we can reconcile those books that I have.

**00:25:03** Ryan Leestma

I would say probably like until you do that reconciliation between the two, like you can't really rely on any of our books because the entries started bleeding over from our books over to your books starting on September or February 1st.

**00:25:20** Ryan Leestma

So I would probably baseline and make sure that that's correct 1st and then you can start relying on those records for budgeting purposes.

**00:25:28** Warren Palmer

Okay, because I went through from January 1st through February 24th or 5th or whatever, I went through that and I went through all.

**00:25:36** Warren Palmer

on the income side.

**00:25:37** Warren Palmer

And from what I haven't reconciled those against bank accounts, which I have to do to make sure that tracks with what came in, that captured everything.

**00:25:45** Ryan Leestma

I think you can do that.

**00:25:46** Ryan Leestma

I think you can do that on, you know, for your own books.

**00:25:50** Ryan Leestma

But why'd you go into January?

**00:25:54** Warren Palmer

To make sure I understood what income was coming in from the renters.

**00:25:57** Warren Palmer

I said, I'm trying to get a sense of the cash flow on a going forward basis.

**00:26:00** Warren Palmer

So I said, okay.

**00:26:01** Ryan Leestma

Well, that goes back to the rent roll.

**00:26:04** Ryan Leestma

So I would start budgeting based off of the rent roll, not the income that was on, the cash-based income that was in January.

**00:26:12** Ryan Leestma

And February certainly is not correct because the flow of those revenues started, physically changing directions.

**00:26:20** Warren Palmer

Okay.

**00:26:21** Warren Palmer

So I had, so based on what I saw, there were only two or three entries that based on what I got for the cash flow and I think actually.

**00:26:29** Ryan Leestma

In what month?

**00:26:31** Warren Palmer

For either January or February.

**00:26:32** Warren Palmer

So I had.

**00:26:33** Ryan Leestma

Years ago.

**00:26:34** Ryan Leestma

We received way more than two or three checks in January, right?

**00:26:37** Warren Palmer

No, so there were only two or three differences from, I had the rent roll that she had done, and I went through that, and then…

**00:26:46** Ryan Leestma

So you do have a rent roll?

**00:26:48** Warren Palmer

Absolutely.

**00:26:49** Ryan Leestma

Yeah, okay.

**00:26:49** Warren Palmer

And then...

**00:26:50** Ryan Leestma

So why would you develop a rent roll based off of the cash receipts?

**00:26:54** Warren Palmer

I want to see who wasn't paying and who was.

**00:26:56** Ryan Leestma

So that's just printing off a ledger once it's reconciled.

**00:26:59** Ryan Leestma

You just need to print off an accounts receivable detail report.

**00:27:02** Warren Palmer

Yeah, so I didn't look at the AR.

**00:27:04** Warren Palmer

I just look on the cash flow, paid rent or not, based on...

**00:27:07** Ryan Leestma

Why wouldn't you look at the accounts receivable?

**00:27:09** Ryan Leestma

Because that reconciles all the invoicing activity to payments.

**00:27:13** Warren Palmer

So if there's a, so the receivables, again, also comes with a cash flow.

**00:27:18** Warren Palmer

I haven't looked at receivables yet.

**00:27:19** Warren Palmer

This is just...

**00:27:20** Ryan Leestma

You haven't looked at a receivables report?

**00:27:22** Warren Palmer

No.

**00:27:23** Warren Palmer

I looked at payables.

**00:27:24** Warren Palmer

I spent time on payables.

**00:27:25** Warren Palmer

Who do we owe money to?

**00:27:27** Warren Palmer

Right now, I'm focusing on as of yesterday when I went through and what I sent was, here's who's sent money in, here's who I have in a rent roll, and anyone that didn't send.

**00:27:37** Ryan Leestma

You looked at cash basis on expenses.

**00:27:43** Warren Palmer

So that would be too simplistic for me to say yes, because I've gone, we went through all the expenses that have been paid.

**00:27:50** Ryan Leestma

So you looked at cash basis expenses?

**00:27:54** Warren Palmer

I said it'd be, yes, I have that.

**00:27:57** Warren Palmer

I have what we've paid.

**00:27:59** Warren Palmer

What I want to make sure is there's nothing that I've missed.

**00:28:03** Warren Palmer

My whole purpose is.

**00:28:03** Ryan Leestma

Have you looked at an accrual-based payables report?

**00:28:07** Warren Palmer

Oh, I have the paid, I have aged payables, so yes.

**00:28:11** Ryan Leestma

So, you've looked at an accrual, okay.

**00:28:14** Warren Palmer

Yeah, absolutely.

**00:28:15** Ryan Leestma

Yeah.

**00:28:16** Warren Palmer

So, as I look at age payables and what we have there, and I went through on a line-by-line basis saying,

**00:28:21** Warren Palmer

okay, who do we owe?

**00:28:22** Warren Palmer

Who do we have to pay?

**00:28:23** Warren Palmer

Who can we make weight?

**00:28:24** Warren Palmer

Then that's just started that, right?

**00:28:26** Warren Palmer

So we have, so I have that.

**00:28:30** Ryan Leestma

Why don't you work off of that in order to start establishing a budget?

**00:28:35** Warren Palmer

So I am.

**00:28:36** Warren Palmer

I just, again, so I want to make sure, my big thing, Ryan, is I want to make sure that when you see what I've done on the budget, there's nothing on there.

**00:28:43** Warren Palmer

You go,

**00:28:45** Warren Palmer

you missed one, two, three, four, five, and I have the payables report.

**00:28:49** Ryan Leestma

Well, I'm not really a details person.

**00:28:51** Ryan Leestma

I mean, I can be wildly detail-oriented when I have to be, but I mean, if there's a lot of records, like the payables on the accrual basis, for instance, that's going to be pretty straightforward, right?

**00:29:00** Ryan Leestma

Because they were, you know, the bills were being put in, right?

**00:29:03** Ryan Leestma

But as it relates to, you know, the rent roll and receivables reconciliation and things like that, you have to make those entries.

**00:29:11** Ryan Leestma

Otherwise, it's not going to be accurately reflected in our books.

**00:29:15** Warren Palmer

Yeah, and receivables are obviously, that's important, parties haven't gotten there yet.

**00:29:18** Warren Palmer

That's a short answer.

**00:29:21** Warren Palmer

So, what other concerns do you have?

**00:29:24** Warren Palmer

I want to make sure, I want to make sure is that.

**00:29:26** Ryan Leestma

Well, no, I'm here for you.

**00:29:27** Ryan Leestma

I'm just talking through all of this so that, I mean, you can, you know, I can help you kind of understand where everything is at.

**00:29:33** Ryan Leestma

So, I mean, I got my degree in accounting, right?

**00:29:36** Ryan Leestma

So, I mean,

**00:29:39** Ryan Leestma

I'm very familiar with accounting and running multiple companies.

**00:29:44** Warren Palmer

And my purpose is...

**00:29:48** Ryan Leestma

But if you're going to build a budget, you have to do it correctly.

**00:29:52** Warren Palmer

You're right, of course.

**00:29:53** Ryan Leestma

Right.

**00:29:54** Ryan Leestma

And so process is really important.

**00:29:57** Ryan Leestma

I mean, because otherwise you could be assembling, garbage in, garbage out, right?

**00:30:02** Ryan Leestma

So, until you do that, then.

**00:30:05** Aubrey Glick

And that's why I had Ryan come today, just because he has the total intel knowledge and he knows how these things flow.

**00:30:13** Ryan Leestma

Okay, so Aubrey knows a subset of what I do.

**00:30:20** Aubrey Glick

Okay.

**00:30:20** Ryan Leestma

Because it's really, remember when you were at the Bear Lake Tavern?

**00:30:25** Ryan Leestma

Yeah.

**00:30:25** Ryan Leestma

She was a waitress at the Bear Lake Tavern and I saw her talent, so then I brought her over here and then I've developed everything that Aubrey knows.

**00:30:34** Ryan Leestma

She went to school for marketing.

**00:30:36** Ryan Leestma

Yeah.

**00:30:37** Ryan Leestma

So she started with that and then I slowly kind of started teaching her other things.

**00:30:42** Ryan Leestma

So I mean, Aubrey knows how to put things into QuickBooks.

**00:30:47** Ryan Leestma

But in terms of the architecture of the books and theory training on accounting, she doesn't really have any of that.

**00:30:53** Ryan Leestma

I do.

**00:30:54** Ryan Leestma

I do.

**00:30:56** Ryan Leestma

But yeah.

**00:30:58** Ryan Leestma

Have you ever run a business?

**00:31:00** Warren Palmer

I have.

**00:31:01** Ryan Leestma

What business was that?

**00:31:02** Warren Palmer

So for 13 years, I ran the investment group for a company called Wallbridge.

**00:31:08** Warren Palmer

And I was the owner's rep on 70 different development LLCs, typically real estate.

**00:31:14** Ryan Leestma

Did you sell?

**00:31:16** Warren Palmer

I'm sorry.

**00:31:16** Ryan Leestma

What did you do in the company?

**00:31:18** Warren Palmer

I was the owner's rep, so I was the one who ran our side of the business.

**00:31:23** Warren Palmer

I ran the business for owning all these 70 different entities.

**00:31:26** Ryan Leestma

What do you mean owner's rep, like selling or?

**00:31:28** Warren Palmer

No, So it would be, so if the construction company did a couple billion dollars a year in business, we took 10% of our profits, invested in stuff, that's what I did.

**00:31:40** Warren Palmer

So I would put money in

**00:31:42** Warren Palmer

say $1,000,000, $2,000,000 in a particular development, hire a development guy, typically our own construction company, not always, and then I would do developments.

**00:31:53** Warren Palmer

So I've done.

**00:31:54** Ryan Leestma

So you had 70 companies that were sending a portion of their profits over to you for reinvestment.

**00:32:01** Warren Palmer

Yes.

**00:32:03** Ryan Leestma

So they affiliated with you or why would they do that?

**00:32:06** Warren Palmer

So when.

**00:32:08** Warren Palmer

So everyone wants the money goes, I was the money guy.

**00:32:10** Warren Palmer

I had millions of dollars of cash each year to invest.

**00:32:14** Warren Palmer

So developers would approach us and they would say, hey.

**00:32:18** Ryan Leestma

So they hired you to place money?

**00:32:21** Warren Palmer

No.

**00:32:22** Ryan Leestma

A developer said, would you like-- Stocks, bonds, mutuals?

**00:32:25** Warren Palmer

No, none of that.

**00:32:26** Ryan Leestma

How would you invest it?

**00:32:27** Ryan Leestma

I'm just curious.

**00:32:28** Warren Palmer

No, no, of course.

**00:32:29** Warren Palmer

So let's say I would have between $5 and $10 million a year to invest.

**00:32:35** Warren Palmer

a developer, a developer approached me and said, hey, we're doing an apartment building in downtown Detroit.

**00:32:40** Warren Palmer

And it's going to, we need a total capital raise of $5 million in equity, $25 million in debt.

**00:32:49** Warren Palmer

Would you like a piece of it?

**00:32:51** Warren Palmer

And so we would sometimes be limited, sometimes I'd sometimes be general.

**00:32:55** Ryan Leestma

Would you get money from other investors?

**00:32:57** Warren Palmer

Yeah, I would never do the raise.

**00:32:59** Warren Palmer

I would, I was always the money guy that would come in, I would either be a limited or I would be a general.

**00:33:04** Warren Palmer

partner.

**00:33:05** Warren Palmer

And so that's my, so I've done tons of real estate developments.

**00:33:10** Warren Palmer

And so.

**00:33:12** Ryan Leestma

Did you track the books?

**00:33:13** Warren Palmer

Of course, yeah.

**00:33:14** Ryan Leestma

So you managed the books for 70 entities at once?

**00:33:17** Warren Palmer

Yeah, Sweden County Department.

**00:33:19** Warren Palmer

You know, I had a controller and three or four accountants doing that.

**00:33:25** Warren Palmer

So yeah.

**00:33:26** Ryan Leestma

So you managed 70 entity books through your team?

**00:33:30** Warren Palmer

Yes.

**00:33:30** Warren Palmer

That's A lot?

**00:33:31** Warren Palmer

It is a lot.

**00:33:33** Warren Palmer

Smart team though, so it really helped.

**00:33:35** Warren Palmer

It really helped.

**00:33:36** Warren Palmer

Most of the work I did initially was reading all the agreements, both banking and partnership agreements.

**00:33:43** Warren Palmer

So very familiar with that.

**00:33:44** Warren Palmer

And I've done condos, never did a marina development.

**00:33:51** Warren Palmer

It touched them over the years, but not to the extent where I even begin to call myself and understanding how marina operates.

**00:34:00** Warren Palmer

worked them in college as a doctor at, but that's the best close I ever came.

**00:34:03** Ryan Leestma

Oh, really?

**00:34:04** Ryan Leestma

Where'd you do that?

**00:34:05** Warren Palmer

Keen's Yacht Harbor in Detroit.

**00:34:07** Ryan Leestma

Oh.

**00:34:07** Warren Palmer

So there's Gregory's and then there's Keen's.

**00:34:09** Warren Palmer

I did work at both underwater salaries.

**00:34:12** Ryan Leestma

So you've never worked with marinas in printing books or accounting or anything like that?

**00:34:16** Warren Palmer

Nope.

**00:34:17** Warren Palmer

So that's why, so that's my thoughtfulness.

**00:34:19** Warren Palmer

I want to make sure I don't miss anything there.

**00:34:21** Warren Palmer

I've done

**00:34:23** Warren Palmer

And I ran planning involvement for the city of Detroit under Dave Bing.

**00:34:26** Warren Palmer

So.

**00:34:26** Ryan Leestma

You're what?

**00:34:27** Warren Palmer

When Dave Bing became mayor of Detroit, he asked me to run his planning development department, which is the largest one in the city.

**00:34:33** Warren Palmer

I ran that for him.

**00:34:34** Warren Palmer

So I seen a lot.

**00:34:37** Ryan Leestma

Was that before or after you did that, so 70 entities of accounting.

**00:34:41** Warren Palmer

After.

**00:34:42** Ryan Leestma

Oh, after.

**00:34:43** Warren Palmer

Yeah.

**00:34:43** Ryan Leestma

What's his name again?

**00:34:44** Warren Palmer

Dave Bing.

**00:34:45** Ryan Leestma

Yeah, I don't know a lot of the guys on the east side of the state.

**00:34:50** Warren Palmer

Former Piston, you know, NBA star, super, super good guy.

**00:34:55** Warren Palmer

But a city, I'd never worked in city government again.

**00:35:00** Warren Palmer

It was awful.

**00:35:00** Warren Palmer

It was awful.

**00:35:01** Ryan Leestma

Bureaucrats suck.

**00:35:03** Warren Palmer

Half are corrupt and half don't know what they're doing.

**00:35:05** Warren Palmer

It was just awful.

**00:35:08** Ryan Leestma

Well, I used to say that I can predict what corrupt people will do and I can predict what dumb people will do.

**00:35:17** Ryan Leestma

But I can never predict what corrupt dumb people do.

**00:35:20** Ryan Leestma

There were more than I, what I.

**00:35:24** Ryan Leestma

People with nefarious intent that don't know what they're doing are absolutely unpredictable.

**00:35:28** Ryan Leestma

They do the craziest stuff.

**00:35:30** Warren Palmer

It's awful.

**00:35:31** Warren Palmer

Oh, it was awful.

**00:35:32** Warren Palmer

I said, those are like dog years, 1 equals 7.

**00:35:34** Warren Palmer

It was absolutely awful.

**00:35:35** Ryan Leestma

Yeah.

**00:35:36** Ryan Leestma

How long did you do it?

**00:35:37** Warren Palmer

Two years.

**00:35:38** Ryan Leestma

Two years.

**00:35:39** Ryan Leestma

I would probably be out in two years myself.

**00:35:42** Warren Palmer

And I said, and what?

**00:35:44** Warren Palmer

Bing came and he goes, hey, Warren, I'm not running for re-election.

**00:35:47** Warren Palmer

So they're going to sweep everybody out.

**00:35:50** Warren Palmer

He came in right after Kilpatrick.

**00:35:52** Ryan Leestma

Oh, oh, he came after Kilpatrick.

**00:35:54** Ryan Leestma

He was crazy.

**00:35:55** Warren Palmer

Yeah, he was a hot mess.

**00:35:57** Warren Palmer

We had a hot mess to clean up.

**00:35:58** Warren Palmer

So we did that.

**00:35:59** Warren Palmer

So emergency receiver, Kilpatrick and emergency receiver came in after Bing and so talked to him.

**00:36:06** Warren Palmer

So I went through all that.

**00:36:07** Warren Palmer

I just don't want to know a piece of it.

**00:36:09** Warren Palmer

So very familiar.

**00:36:10** Warren Palmer

And so as part of that, I'm thinking on the condo development, what may be helpful is the information you have on that, since it's a real different, it's a different animal than what we have here.

**00:36:20** Warren Palmer

This I think will be pretty straightforward on a budget basis in terms of, you know, we have the, I think we have the information in hand to do what we have to.

**00:36:27** Warren Palmer

And pass that information on the condos.

**00:36:34** Warren Palmer

Do we have closing?

**00:36:35** Ryan Leestma

Pass information on the condos from where?

**00:36:38** Warren Palmer

No, do we have, for instance, on condos, do we have closing statements on the condos?

**00:36:42** Warren Palmer

What's happened so far?

**00:36:44** Ryan Leestma

Well, I mean, the closing statements are not going to show WIP on the finishing because that was done by a separate contractor.

**00:36:51** Warren Palmer

Okay, just in terms of what's sold and what they sold for.

**00:36:56** Warren Palmer

That's what I'm trying to understand.

**00:36:57** Warren Palmer

Can I get a copy of those closing statements?

**00:37:00** Ryan Leestma

Yeah, Skylar has those.

**00:37:02** Ryan Leestma

You could contact Skylar, but you could also go on the internet and there's like a

**00:37:08** Ryan Leestma

It shows exactly what units have sold and not.

**00:37:11** Ryan Leestma

Okay.

**00:37:12** Warren Palmer

And closing statements would be really helpful.

**00:37:14** Warren Palmer

So can I get a copy of those?

**00:37:15** Warren Palmer

Would that be possible?

**00:37:16** Ryan Leestma

You would go to the title company for that.

**00:37:18** Warren Palmer

Okay.

**00:37:18** Ryan Leestma

What do you need to know all that for, by the way?

**00:37:20** Warren Palmer

John asked me.

**00:37:21** Warren Palmer

He said, hey, can you get a copy of these closing statements?

**00:37:23** Warren Palmer

Yeah, I'll be there.

**00:37:23** Warren Palmer

I'll ask.

**00:37:24** Warren Palmer

So for me, he just wants to understand what monies came in.

**00:37:26** Warren Palmer

He said, yeah, I'll ask.

**00:37:28** Ryan Leestma

Why wouldn't he just look at what the bank has?

**00:37:32** Warren Palmer

I don't know.

**00:37:32** Warren Palmer

He said he didn't have a copy of the closing statement.

**00:37:35** Ryan Leestma

No, but he could look at the records of what the bank has to get that same information.

**00:37:40** Ryan Leestma

That would be a lot faster than going through title because it'll take him a week or two.

**00:37:45** Warren Palmer

So I didn't ask specifically on that.

**00:37:48** Warren Palmer

If there's a particular reason why he does or doesn't need to ask, I said, yeah, I'm there.

**00:37:52** Warren Palmer

I didn't think it would be a big deal to ask.

**00:37:53** Warren Palmer

That's all.

**00:37:54** Ryan Leestma

Yeah, I think you'll get the records a lot faster if you just get them from the bank because they have the closing statements on everything and they also

**00:38:01** Ryan Leestma

that's reconciled back to the condo line of credit when those pay downs occurred.

**00:38:06** Warren Palmer

Okay.

**00:38:10** Warren Palmer

So they aren't here if I wanted to get a copy of them here, they aren't here if I wanted.

**00:38:13** Ryan Leestma

I mean, our general philosophy is that, and I know where everything's at.

**00:38:17** Ryan Leestma

I know who to contact in order to get all the records, et cetera.

**00:38:20** Ryan Leestma

But like, you know, for instance, when we did the development, I bet we had

**00:38:25** Ryan Leestma

2,000 records.

**00:38:26** Ryan Leestma

So my process always, like base documents, which is what my CPA, he did a by-hand reconciliation reconstruction of everything for about 3 months to make sure that everything was accurate in our financial statements, because, it was crazy.

**00:38:40** Ryan Leestma

He had a lot of stuff going on.

**00:38:42** Ryan Leestma

But I generally, kind of instruct vendors as to who I want to keep where, because, that lowers the administrative burden.

**00:38:50** Ryan Leestma

Otherwise, we'd have a whole room filled with file cabinets.

**00:38:53** Ryan Leestma

I mean,

**00:38:54** Ryan Leestma

And it's just not necessary if everything's electronic.

**00:38:57** Ryan Leestma

That way I can call them up and say, hey, I need you to do this, is this, and this.

**00:39:01** Ryan Leestma

And then they just do the action for me so we can concentrate on being efficient over here.

**00:39:06** Ryan Leestma

Okay.

**00:39:06** Ryan Leestma

That's part of the reason why we're so efficient.

**00:39:08** Ryan Leestma

I mean, we run the entire operation across all business units with a total of 6 annual employees, which is pretty good for $4 million of revenue annually.

**00:39:20** Warren Palmer

Yeah, absolutely.

**00:39:23** Warren Palmer

Yeah.

**00:39:24** Warren Palmer

Okay.

**00:39:25** Warren Palmer

So, and Skylar, I don't know who, what is, who's Skylar?

**00:39:29** Warren Palmer

I don't know.

**00:39:30** Ryan Leestma

Skylar's the brokerage agent for the condos.

**00:39:33** Warren Palmer

Okay.

**00:39:33** Warren Palmer

All right.

**00:39:34** Warren Palmer

And they would have it if I were to ask of them.

**00:39:38** Ryan Leestma

Yeah.

**00:39:38** Ryan Leestma

I mean, she'll tell you what units have been sold, but you could just go to the website for the condo building.

**00:39:43** Ryan Leestma

It's actually run by Green Ridge, and then they can show you exactly what units have sold.

**00:39:48** Ryan Leestma

But I mean, what units have sold is not

**00:39:51** Ryan Leestma

nearly as important as, you know, getting a hold of all the closing statements so that you can look at historical, you know, pay downs.

**00:40:00** Ryan Leestma

And even then, I don't think that it'll really be that useful because like if you're trying to budget, like that's just it's it's comparing apples and oranges because we just got our demo unit in December.

**00:40:13** Ryan Leestma

And obviously the rate of absorption is going to be different.

**00:40:17** Ryan Leestma

during the construction and pre-sales phase than it will be during the post-construction phase.

**00:40:23** Warren Palmer

What do you expect the absorption is going to be just for the balance of the units?

**00:40:28** Warren Palmer

Do you have just a ballpark?

**00:40:29** Ryan Leestma

I mean, I personally think that all of those units are going to be sold in two seasons, at the very, very most three.

**00:40:38** Ryan Leestma

But

**00:40:39** Ryan Leestma

I mean, you would have you would have to do like some sort of amortization schedule to figure out exactly what those interest expenses are going to be.

**00:40:48** Warren Palmer

Is there is there a break-even point?

**00:40:50** Warren Palmer

So, just that again, most developments I've done say, okay, let's say 100 units, by the time you've sold 60 or 70 units, you break even and the rest is profit.

**00:40:59** Warren Palmer

Is there do you have is there a ballpark number on that?

**00:41:02** Ryan Leestma

Well, what I would do is I would take, you know, the total number of units that are left

**00:41:07** Ryan Leestma

right?

**00:41:07** Ryan Leestma

And then I would divide into that what the total construction, like what the sales value of that is going to be.

**00:41:13** Ryan Leestma

And then I would divide that into the total line balance to figure that out.

**00:41:20** Warren Palmer

It was a handwave question, right?

**00:41:21** Warren Palmer

I totally get that.

**00:41:22** Warren Palmer

That's math, right?

**00:41:23** Warren Palmer

So I'm saying, okay, if I have...

**00:41:25** Ryan Leestma

I would guess it's probably around $500,000 pay down per unit.

**00:41:29** Warren Palmer

Okay.

**00:41:29** Ryan Leestma

But we don't do the actual finishing of it.

**00:41:31** Ryan Leestma

We just, that's a separate contract, so that isn't burdened on the line of credit.

**00:41:35** Warren Palmer

Okay.

**00:41:39** Warren Palmer

Okay, all right.

**00:41:40** Warren Palmer

I'm trying to think on regarding anything else I need specifically.

**00:41:43** Warren Palmer

There's nothing I can think of at the moment.

**00:41:49** Ryan Leestma

Don't forget to do that reconciliation of expenses paid in, right, and credits on dues.

**00:41:59** Ryan Leestma

Yeah, I need a lightning charger.

**00:42:03** Ryan Leestma

If you've got, no, that's a USB-C.

**00:42:05** Ryan Leestma

I need a lightning charger.

**00:42:07** Ryan Leestma

You've got one.

**00:42:12** Warren Palmer

One of these.

**00:42:15** Ryan Leestma

Yeah, that one that's on your right, that's on the right side is a, that's a lightning charger.

**00:42:21** Ryan Leestma

Right here.

**00:42:21** Ryan Leestma

That's a lightning charger.

**00:42:22** Warren Palmer

That's a lightning.

**00:42:27** Ryan Leestma

Holy cow.

**00:42:31** Warren Palmer

When I left the room, I tossed them in the bag.

**00:42:34** Ryan Leestma

What did you say?

**00:42:35** Warren Palmer

Holiday Inn Express.

**00:42:37** Ryan Leestma

Holiday Inn Express.

**00:42:38** Ryan Leestma

Yeah.

**00:42:38** Warren Palmer

It's over by the mall.

**00:42:41** Warren Palmer

Yeah.

**00:42:46** Ryan Leestma

Okay.

**00:42:46** Aubrey Glick

I need to plug in there.

**00:42:50** Warren Palmer

Some kind of reversal test?

**00:42:51** Ryan Leestma

All right, is this plugged in here?

**00:42:53** Ryan Leestma

Yeah.

**00:42:54** Aubrey Glick

You might just have to...

**00:42:58** Ryan Leestma

Yeah, I don't know if we...

**00:43:01** Ryan Leestma

What is this?

**00:43:01** Ryan Leestma

It's a USB.

**00:43:03** Ryan Leestma

I'm just going to do that.

**00:43:04** Ryan Leestma

That's a lot better than using a mole.

**00:43:09** Warren Palmer

Okay.

**00:43:16** Warren Palmer

Okay.

**00:43:21** Warren Palmer

Are there any categories of expenses?

**00:43:22** Warren Palmer

I thought, are there any categories of expenses I thought I saw on a

**00:43:32** Warren Palmer

and it was a budget.

**00:43:34** Warren Palmer

John had one he had showed me, and I thought there was a monthly expense category of other expenses for around $10,000.

**00:43:42** Warren Palmer

Is that, and that's other than, if we have a detail for what we said, other than cam charges and obviously payroll, would there be?

**00:43:55** Ryan Leestma

What are you talking about?

**00:43:57** Ryan Leestma

Cam charges and expenses?

**00:44:01** Ryan Leestma

you're talking about CAM eligible expenses?

**00:44:03** Warren Palmer

Yeah, so other than that, and other than payroll, and other than gas and things like that, for the, they call them sky, not track, I call them tractors, you said no.

**00:44:17** Ryan Leestma

Skytrack.

**00:44:18** Warren Palmer

Skytrack.

**00:44:19** Ryan Leestma

Yeah.

**00:44:19** Warren Palmer

Other than that, are there any other expenses

**00:44:26** Warren Palmer

just put a bow on it and I think the answer is no because we've talked about it enough.

**00:44:30** Warren Palmer

There are no other expenses for either the warehouse buildings or here.

**00:44:35** Warren Palmer

And I guess like cleaning supplies and all those things, yeah I get that, but are there any expenses budget-wise that I would have missed?

**00:44:44** Warren Palmer

That would not, that would be unusual.

**00:44:45** Ryan Leestma

Well, like I said, what I would do is I would probably start with categorizing normal course operation expenses and then you would have to go in and take a look at what the crude expenses.

**00:44:55** Ryan Leestma

I would probably do like, I don't know, I'd probably do, I think I would do probably May until September in order to get a good idea as to what sort of extra expenses can be expected for the next on-season.

**00:45:13** Ryan Leestma

Okay.

**00:45:14** Ryan Leestma

No, not May.

**00:45:15** Ryan Leestma

I don't think I would do that.

**00:45:16** Ryan Leestma

I think I would probably do March.

**00:45:18** Ryan Leestma

I would do March at 25.

**00:45:19** Ryan Leestma

You know, we generally get done hauling around, you know, May 15 is kind of when we get done.

**00:45:28** Ryan Leestma

But then you would have to kind of dive into like what the allocations would be across the different business units, probably starting around April 15 because we start firing up wet and dry.

**00:45:41** Ryan Leestma

right around that time.

**00:45:42** Ryan Leestma

So we're real heavy in storage for maybe March 15.

**00:45:49** Ryan Leestma

And then all the way up until I would say maybe the last week of April, it's 100% storage revenue, or I'm sorry, expenses associated with storage activities.

**00:46:03** Ryan Leestma

But then you start getting into wet and dry expenses in order for turn up.

**00:46:10** Ryan Leestma

And the warehouses, they really kind of fall off in terms of ongoing expenses because, we're running wet and dry, right?

**00:46:17** Warren Palmer

Would it be easy to understand what's separate from wet and dry as I look at the expenses for that period of April to September?

**00:46:26** Ryan Leestma

I mean, so like we do those allocations on an annualized basis, but if you're trying to figure out what those expenses are, you know, on a rolling month-to-month basis, you'd have to kind of, you know, make some assumptions.

**00:46:39** Ryan Leestma

I mean,

**00:46:40** Ryan Leestma

I probably would allocate 50% of the total expenses on payroll for annual employees over to warehouses between, I would say, March, the last week of March until the last week of April.

**00:47:01** Ryan Leestma

That might be a little aggressive.

**00:47:04** Ryan Leestma

And then I would allocate labor expenses, payroll expenses, not administrative,

**00:47:11** Ryan Leestma

starting in, I don't know, mid-September to mid-December.

**00:47:21** Ryan Leestma

But unless you do those allocations properly, it's not going to be an accurate budget representation of payroll expenses.

**00:47:30** Warren Palmer

So, and what will be the allocation?

**00:47:31** Warren Palmer

So, 50% of payroll from last week of March,

**00:47:38** Warren Palmer

to the first week of April, and then what happens?

**00:47:41** Ryan Leestma

To the last week of April?

**00:47:43** Ryan Leestma

The last week of March to the first week of April is 2 weeks, and it takes us a lot longer to haul how many boats do we have?

**00:47:50** Ryan Leestma

300?

**00:47:52** Ryan Leestma

250?

**00:47:53** Ryan Leestma

Something like that?

**00:47:55** Ryan Leestma

Unless you're doing, what's 300 divided by 14?

**00:48:00** Ryan Leestma

That's 20 boats a day.

**00:48:03** Aubrey Glick

I wish.

**00:48:04** Ryan Leestma

We generally haul four to six a day, you know, if we're lucky.

**00:48:10** Ryan Leestma

That's why it takes so long.

**00:48:11** Warren Palmer

And then will the allocation be then from the last week of April until mid-September?

**00:48:17** Ryan Leestma

I would say it's pretty much universally wet and dry.

**00:48:25** Warren Palmer

So in terms of allocation to the warehouse, it's fairly low then?

**00:48:30** Ryan Leestma

Yeah, I mean, very, very, very low.

**00:48:33** Aubrey Glick

But in the summer season is when I get a lot of the

**00:48:35** Aubrey Glick

One are storage sales.

**00:48:37** Ryan Leestma

Yeah, she starts, but that's administrative payroll.

**00:48:40** Ryan Leestma

So I would say it's pretty low, you know?

**00:48:47** Aubrey Glick

Yeah.

**00:48:48** Aubrey Glick

You're talking later.

**00:48:49** Warren Palmer

If I said 10%, he said.

**00:48:52** Ryan Leestma

I'd probably look at, what her ongoing salary is, and I would divide that by the total amount of rolling payroll that AP has had.

**00:49:01** Ryan Leestma

That'll give you a pretty good idea as to what her payroll expense would be.

**00:49:06** Ryan Leestma

But then again, you have to kind of split that up and allocate it between how much is she spending on dry and how much is she spending on wet.

**00:49:15** Ryan Leestma

I would say that, you know, within the first, you know, I mean,

**00:49:22** Ryan Leestma

March, April, May, she's doing a lot of dry and wet.

**00:49:29** Ryan Leestma

And then starting around May, she starts landing in storage sales.

**00:49:37** Ryan Leestma

She starts landing in storage sales.

**00:49:41** Ryan Leestma

And then that kind of continues on through November with an exception for

**00:49:49** Ryan Leestma

some dry slips that keep streaming in because that product generally sells all the way until the middle of August.

**00:49:57** Ryan Leestma

What marina slips, they're all, if you haven't sold them by June 1st, you're not going to sell anymore because everybody finds a place to land with the exception of somebody buys a new boat.

**00:50:11** Warren Palmer

What occupancy level would you expect this coming summer at the marina, say, if you came here June 1st, would like, is it

**00:50:19** Warren Palmer

Is it much like an office building?

**00:50:20** Warren Palmer

It'd be 80% occupancy.

**00:50:22** Warren Palmer

Is that normal, or it'd be packed, or is it tough?

**00:50:25** Ryan Leestma

I mean, it's still a stabilizing business.

**00:50:27** Ryan Leestma

I mean, it's going to take another two years to get to full occupancy.

**00:50:31** Ryan Leestma

But I would say we're about 50% last year, and we've been growing by roughly 50% a year across all business units.

**00:50:39** Ryan Leestma

We just saw yesterday I met with Safe Harbor for

**00:50:42** Ryan Leestma

I mean, geez, eight, nine hours over two days, like literally at the table with them.

**00:50:47** Ryan Leestma

We're walking around showing them things.

**00:50:49** Ryan Leestma

We're at 59.2% on dry.

**00:50:53** Ryan Leestma

And I think that we'll probably be at 75 or 80 this year.

**00:50:59** Ryan Leestma

And then, you know, we'll be full the year after that.

**00:51:02** Ryan Leestma

Don't forget to get the total amount of storage revenue that we had

**00:51:09** Ryan Leestma

for both stored and dry.

**00:51:10** Aubrey Glick

Yep, that's what I'm doing right now.

**00:51:12** Ryan Leestma

That's important because we need to get that those funds and send them over to choice one.

**00:51:19** Warren Palmer

Okay, I asked just out of more curiosity, because obviously it's not in what I'm doing, looking at in terms of just curious in terms of the business itself, how, because I'm wet marine is not part of what I'm looking at, so I'm just curious how that works.

**00:51:31** Warren Palmer

So, okay, so I've got I've got that, I've got the budget items, at least a structure for that.

**00:51:40** Warren Palmer

Walk me through the reconciliation piece again, because when you said it on the phone yesterday, it didn't register to me as so critical, but there was, I could tell there was something that you were very thoughtful about.

**00:51:53** Warren Palmer

I want to make sure I understand it.

**00:51:54** Warren Palmer

So obviously I understand books and records, I understand reconciliations, I understand how to do it, but the way you asked the question, I thought, okay, it's not a 2025 tax thing.

**00:52:05** Warren Palmer

So

**00:52:07** Warren Palmer

Ron, walk me through your concern.

**00:52:08** Warren Palmer

I want to make sure I address it because there's something here.

**00:52:10** Warren Palmer

I was like, yeah, what's the big deal?

**00:52:12** Warren Palmer

I thought, well, you understand the business.

**00:52:14** Warren Palmer

There's something I'm not understanding here.

**00:52:15** Warren Palmer

So can you walk me through your concern?

**00:52:17** Warren Palmer

I want to make sure I address it.

**00:52:18** Warren Palmer

Obviously, I told you, yes, I'll give you all everything you have, what we've received, and you know, the P&O, our P&O, that's easy.

**00:52:26** Warren Palmer

But in the reconciliation side, there's

**00:52:30** Warren Palmer

It's a piece I'm probably not thinking of that you are, that I need to understand.

**00:52:34** Warren Palmer

And could you walk me through that?

**00:52:35** Warren Palmer

I want to make sure I understand that.

**00:52:36** Warren Palmer

Because there's a concern that you have that's not as high in my thoughtfulness list, if you want to call it that.

**00:52:42** Warren Palmer

I just want to make sure I understand that.

**00:52:45** Ryan Leestma

So the issue is, that like, it's a complex web of entities and companies and, cash on deposit across all the different entities.

**00:52:55** Warren Palmer

And I apologize, I may step and ask questions, make sure I understand.

**00:52:59** Warren Palmer

So across the entities, so when I think of entities, I'm thinking of, I think from the banking perspective, it's what Independent has and what Choice One has, and those are the entities, there are different entities there.

**00:53:14** Warren Palmer

And are you also thinking of, oh, dry versus west and east and old things as well?

**00:53:21** Warren Palmer

Or when you say entities, what are you referring to there?

**00:53:24** Ryan Leestma

Well, I mean, across all my companies, I have 17 different entities.

**00:53:27** Ryan Leestma

So some of those are parent entities, which are used for, you know, owner distributions and also capital contributions.

**00:53:35** Ryan Leestma

And the thing that the bank and John was doing,

**00:53:39** Ryan Leestma

what we're doing that is very, very concerning to me is the fact that they were pulling cash from operating accounts and sending it directly to other operating accounts or pulling cash out of operating accounts from vendors working for other entities.

**00:54:05** Warren Palmer

So, okay, I can ask John what they are, but he'd give me an example of that so I make sure I understand what, you know, I understand.

**00:54:10** Ryan Leestma

Well, like for instance, you know, last time around, I think payroll came out of Commerce Point, right?

**00:54:18** Ryan Leestma

So, I mean, you guys are at your landing in expenses that aren't ascribed to.

**00:54:24** Warren Palmer

I understand your question now.

**00:54:26** Warren Palmer

Totally get it.

**00:54:26** Ryan Leestma

Right.

**00:54:27** Warren Palmer

Yep, yep.

**00:54:27** Ryan Leestma

So the issue is, that what that does is that it potentially messes with my covenants.

**00:54:34** Warren Palmer

I understand all your questions.

**00:54:37** Ryan Leestma

To a lesser degree, it's tax fraud because you can't land in expenses that aren't part of the going concern to that entity.

**00:54:48** Ryan Leestma

So the way that I usually did it, or the way that I always did it, is that if I had excess funds that were available in one entity,

**00:54:57** Ryan Leestma

then I would transfer it up to the parent entity.

**00:55:01** Ryan Leestma

And then I would always use round numbers so that it was easily identifiable come tax time.

**00:55:05** Ryan Leestma

So like $5,000 to 00 penny, $7,500, right?

**00:55:12** Ryan Leestma

I mean, I used clearly recognizable sums so that the balance sheet in terms of current monies contributed, owner capital contributed,

**00:55:26** Ryan Leestma

and disbursements could be tracked properly.

**00:55:29** Warren Palmer

I totally understand your question.

**00:55:31** Warren Palmer

I was thinking within here, I hadn't thought about commerce and all those.

**00:55:35** Warren Palmer

I get it.

**00:55:36** Warren Palmer

Okay, right.

**00:55:36** Warren Palmer

I'm sure I can swear to you.

**00:55:37** Ryan Leestma

Well, no, but this is the thing is that, you know, AP has taken money out of commerce.

**00:55:43** Warren Palmer

I understand.

**00:55:44** Warren Palmer

Oh, yeah, that's right.

**00:55:44** Warren Palmer

I totally get your thoughts on that.

**00:55:47** Ryan Leestma

Hall Street has been, you know, used for AP, but I mean, it's just

**00:55:54** Ryan Leestma

It's completely wrong.

**00:55:55** Warren Palmer

So get your question.

**00:55:57** Warren Palmer

That's what I wasn't thinking of the other entities as you said it.

**00:56:00** Warren Palmer

So okay, I understand the issue.

**00:56:02** Ryan Leestma

So that's why I need to have all those general ledger reconciliations as well, right?

**00:56:07** Ryan Leestma

Because if you're misrecording those, then come tax time, it's going to be a ******* ****
show because you're going to have to go back to every line item and you're going to have to
dive into payroll records to figure out, okay, what this employee over to that employee

**00:56:22** Ryan Leestma

I mean, the accounting and administrative burden from doing it wrong is immense.

**00:56:29** Warren Palmer

Yeah, of course.

**00:56:30** Warren Palmer

I understand your question.

**00:56:31** Warren Palmer

That's why I asked.

**00:56:32** Warren Palmer

Okay.

**00:56:35** Warren Palmer

If you, in terms of information wise, I'm not sure I need a whole lot more.

**00:56:42** Warren Palmer

Is there anything you think I haven't asked that I should or understand that you think I don't know?

**00:56:47** Warren Palmer

In terms of what you're trying, what I'm reflecting back to you and how we're doing this, I understand your question now about the entities.

**00:56:55** Warren Palmer

The expense side, I have all the information, so I'm square there.

**00:56:59** Warren Palmer

I can get the copies of the closing statements, a couple different places, title company obviously, and Skylar, I can get a hold of.

**00:57:07** Warren Palmer

Anything else that you want me to know or understand, because I think I'm almost square in terms of information.

**00:57:20** Ryan Leestma

I mean, I personally think you're a long ways from understanding.

**00:57:30** Warren Palmer

What am I missing?

**00:57:32** Ryan Leestma

Well, I think that, part of running a business is, reconciling operational activities to accounting structure, how those entries are made, right?

**00:57:43** Ryan Leestma

Where the data sets are at so that you can

**00:57:46** Ryan Leestma

frankly, you have to pair the two in order to make sure that everything is accurate.

**00:57:50** Ryan Leestma

And if you don't understand the operation, then it's kind of hard to do that.

**00:57:54** Ryan Leestma

Like, for instance, John is not an accountant, so he's not thinking about, you know, what are the implications of just cash grabbing and moving things around, right?

**00:58:04** Ryan Leestma

I mean, admittedly, when I was stabilizing the businesses,

**00:58:08** Ryan Leestma

that's what I was doing, but I was taking cash and moving cash around from business unit to business unit, because growing businesses need capital, right?

**00:58:19** Ryan Leestma

But I knew how the operation reconciled back to the accounting, and I knew how to make sure that our records were correct when we submitted them to the banks and when we also submitted them to the IRS, right?

**00:58:34** Ryan Leestma

So, I mean, it's,

**00:58:38** Ryan Leestma

It's, if you can come in here and figure this out and have budgets assembled properly by Tuesday or Wednesday, if you're not the smartest accountant I've ever met, then if the smartest accountant I've ever met dies, you'll be in a pretty good position.

**00:58:58** Warren Palmer

Yeah, so.

**00:59:03** Warren Palmer

So the little me, I don't think like that, but I'm trying to make sure I reflect.

**00:59:09** Warren Palmer

I think I can do it.

**00:59:10** Warren Palmer

I think I can do it.

**00:59:10** Warren Palmer

I've done, as I've mentioned, my lot of experience with…

**00:59:14** Ryan Leestma

Well, but so this is the problem.

**00:59:15** Ryan Leestma

So if you don't have it correct and you present it to other people and they act in reliance upon it, it's garbage in, garbage out, right?

**00:59:24** Ryan Leestma

So I want to make sure that I'm doing everything I can to answer your questions about how things are operating.

**00:59:31** Ryan Leestma

But I can't just, just saying, well, can you think of anything that, anything else that I need to know?

**00:59:38** Ryan Leestma

I mean, that's kind of like asking, well, can you remember exactly why you decided to put all those notes in the places that you did with the instruments that you decided to use in that composition?

**00:59:52** Ryan Leestma

It's just, it's very complex.

**00:59:54** Ryan Leestma

You can't come in and just pick up an oboe and, you know, play a symphony.

**00:59:59** Ryan Leestma

so it's going to be like drinking from a fire hose a little bit, but that's why Aubrey wanted me here, because I have the most comprehensive understanding of how the operations synchronize back to the accounting.

**01:00:13** Aubrey Glick

And I want to make sure this budget is like to a T correct, because I don't want to go to you and say, okay, I have this missed expense that's 5 grand, and I don't know where we're going to get that money.

**01:00:24** Ryan Leestma

Okay.

**01:00:26** Ryan Leestma

and I think part of the challenge is, for institutional people is that they don't understand, the entrepreneurial side.

**00:00:00** Warren Palmer

Man caves open.

**00:00:02** Warren Palmer

And that's like available space, but the rest of it is full.

**00:00:06** Warren Palmer

And he's like, yeah, just subtract those two square footage like man caves.

**00:00:14** Warren Palmer

And then, I mean, Tall West is full.

**00:00:17** Warren Palmer

Low West has a little bit of room, but I mean, it's not like...

**00:00:21** Ryan Leestma

Well, I mean, you know, what they're trying to do is they're trying to see what the revenue upside is gonna be.

**00:00:25** Warren Palmer

Yeah, to see, he basically said, like, what could we possibly get next year?

**00:00:29** Warren Palmer

And I was like.

**00:00:32** Ryan Leestma

Well.

**00:00:33** Ryan Leestma

Well, I mean, I think that their additional capacity is, 'cause part of the Fegazi in Low West is that, like, you got 12,000 square feet that's just filled with ******* trailers.

**00:00:45** Warren Palmer

Yeah.

**00:00:46** Ryan Leestma

Right?

**00:00:47** Ryan Leestma

I mean, that's not the highest and best use for that space.

**00:00:50** Ryan Leestma

We should be selling square footage at $9 a square foot.

**00:00:55** Ryan Leestma

So that's 12, right?

**00:00:58** Ryan Leestma

And the, in that, shotgun barrel or whatever, and then right next to it, that middle portion, none of that is being used either.

**00:01:10** Warren Palmer

So that's like another.

**00:01:11** Ryan Leestma

That's another 12,000.

**00:01:13** Warren Palmer

You think it's 12?

**00:01:16** Ryan Leestma

Yeah, I mean, there's a few cars that are dodging in the back there, but there's not that much.

**00:01:19** Warren Palmer

No, you're right about the, that one's 12.

**00:01:22** Warren Palmer

Yeah, this one is.

**00:01:23** Ryan Leestma

There's just not that much.

**00:01:25** Ryan Leestma

And like I looked in the third portion where the RVs are at.

**00:01:30** Warren Palmer

They're pretty.

**00:01:32** Ryan Leestma

They were parked like ****.

**00:01:33** Warren Palmer

Yeah, they were.

**00:01:34** Ryan Leestma

Right?

**00:01:34** Ryan Leestma

I mean, there's at least another 30% available in that 14,000 square feet.

**00:01:41** Warren Palmer

Yep, that's 13, two.

**00:01:48** Ryan Leestma

So.

**00:01:49** Ryan Leestma

4,000.

**00:01:50** Ryan Leestma

So I mean, you're looking at, 28,000 worth of saleable inventory, but I would footnote it and just say, like, we're just, I mean, what did we store those trailers for?

**00:02:00** Ryan Leestma

150, 200 bucks?

**00:02:02** Ryan Leestma

I mean, you would not do that normally.

**00:02:06** Ryan Leestma

I mean, you would sell it for $9 a square foot.

**00:02:08** Warren Palmer

The total low west amount of square footage is 37,800.

**00:02:13** Warren Palmer

So would you say like

**00:02:16** Warren Palmer

25 of that is.

**00:02:18** Ryan Leestma

It's the 12, the 12 and the four is about 28,000 square feet.

**00:02:29** Ryan Leestma

Right?

**00:02:31** Ryan Leestma

And then I would footnote in there because they think they know what's available and dry, but

**00:02:37** Ryan Leestma

I have 0 confidence that they know what they're doing.

**00:02:40** Ryan Leestma

Because we answered the same questions over and over and over and over and over again.

**00:02:46** Ryan Leestma

So I would make sure that you put in there that there's probably 6,000 of additional square footage available in dry.

**00:02:55** Ryan Leestma

I think you've got 28,000 square feet that's available in Low West.

**00:03:02** Ryan Leestma

And I think that you've got 6,000 on the floor over at dry.

**00:03:07** Warren Palmer

And I have the two man caves and the one part of...

**00:03:11** Ryan Leestma

Well, you can't just look at it like...

**00:03:15** Ryan Leestma

Yeah, yeah.

**00:03:16** Ryan Leestma

So, I mean...

**00:03:18** Ryan Leestma

I'm gonna actually just call...

**00:03:25** Ryan Leestma

Don't.

**00:03:25** Warren Palmer

No.

**00:03:26** Ryan Leestma

Don't, because if you do this loose, he's not gonna remember it.

**00:03:29** Ryan Leestma

I mean, we have to put it in writing because, you know...

**00:03:31** Warren Palmer

So low east, there's 28,000...

**00:03:35** Ryan Leestma

No, Low West.

**00:03:36** Ryan Leestma

Low West is 28,000.

**00:03:39** Ryan Leestma

And then, you know, I think there's 6,000 still available on the floor at dry, so I would just call it dry floor six.

**00:03:51** Ryan Leestma

And then the man caves, like I walked into that triple pack.

**00:03:59** Ryan Leestma

That triple pack is half empty.

**00:04:04** Warren Palmer

Up to the doors, yeah.

**00:04:05** Ryan Leestma

Right.

**00:04:06** Ryan Leestma

And I don't know how many other shared storage or how many other premium storage units do we have.

**00:04:11** Warren Palmer

Yeah, one, two, three more other than theirs.

**00:04:18** Ryan Leestma

And how full are those?

**00:04:19** Warren Palmer

So unit 19 is full.

**00:04:22** Warren Palmer

The 11 through 15, that's pretty much full.

**00:04:25** Ryan Leestma

Oh, but I mean, what they're interested is they're interested in what the revenue upside is.

**00:04:29** Ryan Leestma

Yeah.

**00:04:31** Ryan Leestma

So if you make the assumption that it's, there's three boats in there and it's 100% full, that's not really accurate because you got 50% of the square footage doesn't have anything on it.

**00:04:41** Ryan Leestma

That's saleable square footage.

**00:04:43** Warren Palmer

And in the summer it's empty.

**00:04:45** Ryan Leestma

Yeah, I don't think that matters because, you know, like we're selling it for 12 on a seasonal basis, but we sell it on an annual basis for 9.

**00:04:56** Ryan Leestma

So I mean, actually, you know,

**00:04:59** Ryan Leestma

whether it's seasonal or not, the revenue on the boat foot is high, right?

**00:05:05** Ryan Leestma

So I would probably just do a rough estimate as to what percentage of floor is still available in each premium storage man cave unit, and then add in however many units are not leased at all.

**00:05:28** Warren Palmer

Yeah.

**00:05:29** Ryan Leestma

Right?

**00:05:29** Ryan Leestma

And then that would give you, you know, the upside.

**00:05:37** Ryan Leestma

And I think I know what they're doing.

**00:05:38** Ryan Leestma

What they're trying to show is in place and historical income, and then they want to paint a very, very clear picture.

**00:05:47** Warren Palmer

Of what upsides?

**00:05:49** Ryan Leestma

Of what the cash upside will be when we hit 100% occupancy.

**00:06:00** Ryan Leestma

I was thinking, what you could do on your budget, Warren, is you could look at what the historical storage sales were last year, and you could see, what the percentage of total storage revenue for the year was in each month.

**00:06:19** Ryan Leestma

And then I'd increase it by 50% because that's been a historical growth rate.

**00:06:33** Ryan Leestma

because that's like, the most major revenue item for the warehouses.

**00:06:39** Ryan Leestma

right now we're generating, I don't know, 43,000 or 47,000 in tenant rent.

**00:06:44** Ryan Leestma

So 500 grand tops, right?

**00:06:49** Ryan Leestma

But we did, Safe Harbor showed $821,000 worth of storage sales last year.

**00:06:56** Ryan Leestma

That's where the money comes in.

**00:06:59** Ryan Leestma

But we've been growing by 50% annually.

**00:07:01** Ryan Leestma

So next year, it should be $1.2 million of storage.

**00:07:06** Ryan Leestma

That's ******* amazing.

**00:07:07** Aubrey Glick

Yeah, yeah.

**00:07:08** Ryan Leestma

Right?

**00:07:08** Ryan Leestma

Yeah.

**00:07:10** Ryan Leestma

So I mean, with 1.2 million of storage sales alone, we'd be able to, you know, pay the bank 100% of what they loaded onto the warehouses and on my Hall Street building, and then we'd still have enough

**00:07:28** Ryan Leestma

revenue in order to cover, normal course of operation expenses like, we were until, until John took over.

**00:07:38** Ryan Leestma

I don't know why some of those things aren't getting paid, but we're going to find ourselves in extremely bad financial circumstances or operational circumstances if those things don't get paid.

**00:07:50** Aubrey Glick

And which things in particular, when you're saying what, I was looking at this and you said, you talk about revenue and you said,

**00:07:56** Aubrey Glick

about why he's not paying?

**00:07:57** Aubrey Glick

What things are you thoughtful?

**00:07:58** Ryan Leestma

Well, the secured creditor items that we talked about yesterday, like, you know, the trucks, the ice machine, you know, J&H.

**00:08:06** Ryan Leestma

I mean, those are absolutely critical operational items.

**00:08:08** Ryan Leestma

I don't think you guys would want to see it where we start hauling boats and there's no truck to do it with.

**00:08:13** Ryan Leestma

Right.

**00:08:14** Aubrey Glick

No, absolutely.

**00:08:20** Ryan Leestma

What was he talking about?

**00:08:22** Ryan Leestma

Oh, upside.

**00:08:23** Ryan Leestma

Yeah.

**00:08:23** Ryan Leestma

Yeah.

**00:08:24** Ryan Leestma

And then,

**00:08:25** Ryan Leestma

Did we ever figure out how many dry slips are actually filled with storage?

**00:08:30** Warren Palmer

Yeah, I actually have that right here.

**00:08:33** Warren Palmer

But then, so I'm telling Simo, he just tried to call me actually.

**00:08:42** Warren Palmer

But I'm emailing him the leftover space.

**00:08:46** Warren Palmer

So the low east remaining space would be those two man caves.

**00:08:52** Ryan Leestma

Plus whatever floor space is not currently occupied by premium storage tenants.

**00:08:56** Warren Palmer

So would you say that?

**00:08:58** Ryan Leestma

It's gonna, I think, I mean, you know better than I do, but I know that I went into that triple pack with those guys from Grand Haven and half of it was still open.

**00:09:06** Warren Palmer

So that's 8,400 square feet.

**00:09:08** Warren Palmer

So could I just cut that in half?

**00:09:09** Ryan Leestma

Yeah, I would just do it in half.

**00:09:10** Warren Palmer

So like 4,200?

**00:09:13** Ryan Leestma

Yeah.

**00:09:15** Ryan Leestma

I would just do that.

**00:09:23** Warren Palmer

So 85.

**00:09:24** Warren Palmer

And then what about the AP, like small unit 10?

**00:09:28** Warren Palmer

That doesn't have a garage door on it.

**00:09:32** Ryan Leestma

Oh, yeah.

**00:09:33** Ryan Leestma

No, you can't really include that.

**00:09:36** Ryan Leestma

That's more of an operational.

**00:09:37** Ryan Leestma

I mean, long term, you'd probably want to turn that into, you know, a guy shop.

**00:09:44** Ryan Leestma

I mean, or a girl shop.

**00:09:46** Warren Palmer

Yeah.

**00:09:48** Ryan Leestma

We don't want to be a misogynist.

**00:09:52** Warren Palmer

So, and then low east, all I have remaining is just the old Rainy Mobility, and that's 3100.

**00:10:06** Ryan Leestma

Yeah, that's vacant right now.

**00:10:08** Ryan Leestma

So you could theoretically fill that.

**00:10:14** Ryan Leestma

Are you reviewing the Hall Street budget too, by the way?

**00:10:18** Aubrey Glick

Yes.

**00:10:19** Ryan Leestma

Because John told me yesterday, he said there isn't any money that's left over, after expenses at Hall Street.

**00:10:25** Ryan Leestma

And I looked at that budget this morning and there's excess cash after paying LMCU every single month with a $200,000 kicker at the end of the year.

**00:10:36** Ryan Leestma

Do you know why he said that?

**00:10:38** Aubrey Glick

So short answer, I haven't seen the numbers themselves, but the short answer, no, because I haven't seen the numbers.

**00:10:46** Ryan Leestma

Yeah, I, because Sally Tucker prepped that.

**00:10:48** Ryan Leestma

I just don't know why he said that, because I have always pulled cash off of there for my, personal income and salary, but then he said there's no money available, and, Sally says there is.

**00:11:10** Ryan Leestma

Okay, where were we?

**00:11:12** Warren Palmer

So, low east remaining is just the one, tall east at the 8,500.

**00:11:18** Warren Palmer

low west remaining is 28,000 square feet.

**00:11:20** Ryan Leestma

I would note that and I would just put an asterisk there and I would say, you know, trailers not highest and best use.

**00:11:29** Ryan Leestma

All right.

**00:11:39** Warren Palmer

Tall West is full.

**00:11:45** Ryan Leestma

Yeah.

**00:11:47** Ryan Leestma

But how many dry slips do we have filled with winter storage right now?

**00:12:12** Warren Palmer

So I have like all of the just winter storage.

**00:12:22** Ryan Leestma

Yeah.

**00:13:20** Warren Palmer

64 boats in there that are not.

**00:13:23** Warren Palmer

That's just winter storage only.

**00:13:25** Ryan Leestma

There's 64 boats in slips for winter storage.

**00:13:31** Warren Palmer

Like in dry racks, yeah.

**00:13:32** Ryan Leestma

Okay.

**00:13:32** Warren Palmer

For winter storage.

**00:13:33** Warren Palmer

The remaining ones are like...

**00:13:35** Ryan Leestma

So I would do 285 divided by 64.

**00:13:43** Ryan Leestma

So there's...

**00:13:45** Ryan Leestma

Excuse me.

**00:13:55** Ryan Leestma

There's a 445% topside and dry marina winter storage.

**00:14:02** Warren Palmer

445%.

**00:14:03** Ryan Leestma

Yeah, for racks.

**00:14:06** Warren Palmer

Topside potential.

**00:14:09** Ryan Leestma

Yeah.

**00:14:11** Ryan Leestma

But that's why, if you could get me the...

**00:14:16** Ryan Leestma

Dry rack winter storage revenue and the dry floor winter storage revenue.

**00:14:20** Ryan Leestma

I need to know what that is.

**00:14:21** Warren Palmer

This is like all the dry.

**00:14:23** Warren Palmer

Like I just took a picture of Chad's map, but I like calculated because there's like premium storage in dry too.

**00:14:30** Warren Palmer

But they're like on the-- You know what?

**00:14:32** Ryan Leestma

You could split hairs and drive yourself nuts.

**00:14:35** Warren Palmer

I mean, I can just take averages.

**00:14:38** Warren Palmer

But I mean, some of these.

**00:14:40** Ryan Leestma

Like-- I don't want to split hairs on it because, you know, I would probably just footnote it.

**00:14:45** Warren Palmer

Do you want me to include that in this?

**00:14:51** Ryan Leestma

Yeah, the reason is because I don't want them to miss anything.

**00:14:54** Warren Palmer

Yeah, me either.

**00:14:55** Ryan Leestma

Because if they miss anything, then that's going to reduce the upside on it, which is going to have everything to do with the valuation that they use.

**00:15:03** Ryan Leestma

Yeah.

**00:15:04** Warren Palmer

And that's where I want it to be the highest that it can be, because that's what it will be.

**00:15:19** Ryan Leestma

I thought John was going to be here.

**00:15:23** Aubrey Glick

Or John.

**00:15:24** Ryan Leestma

Yeah.

**00:15:24** Aubrey Glick

No.

**00:15:25** Ryan Leestma

Oh.

**00:15:25** Aubrey Glick

Did he say he was?

**00:15:26** Ryan Leestma

Yeah, I thought you said John was going to be here.

**00:15:31** Aubrey Glick

Oh, I didn't hear that.

**00:15:33** Ryan Leestma

That's what Aubrey told me, yeah.

**00:15:34** Aubrey Glick

Oh, did he say that?

**00:15:35** Warren Palmer

I don't recall him.

**00:15:36** Ryan Leestma

Oh, I must have gotten it wrong.

**00:15:38** Warren Palmer

Yeah, he, I know that you said you were going to be here because you were supposed to be like planning on being here yesterday, but then he switched it because of the meetings.

**00:16:07** Ryan Leestma

Oh, man.

**00:16:08** Ryan Leestma

I didn't get home last night until 8:30.

**00:16:15** Ryan Leestma

I took my daughter out to dinner.

**00:16:20** Ryan Leestma

She wanted to go to this Chinese wok place.

**00:16:23** Ryan Leestma

I don't know if she go to, like, Dachau or Daki or Dador.

**00:16:28** Ryan Leestma

I don't remember what the hell it was, but I was like, I need a cold beer, hon.

**00:16:35** Ryan Leestma

He went to Texas Roadhouse.

**00:16:36** Warren Palmer

That's honestly Jake and his favorite place.

**00:16:39** Ryan Leestma

Yeah, how's Jake doing?

**00:16:41** Warren Palmer

He's doing good.

**00:16:42** Ryan Leestma

Yeah, Sweetie Pie's treating you right?

**00:16:43** Ryan Leestma

Yeah.

**00:16:44** Ryan Leestma

Do you know what's gonna happen if he doesn't?

**00:16:46** Warren Palmer

Knuckle sandwich.

**00:16:47** Ryan Leestma

Knuckle sandwich.

**00:16:48** Ryan Leestma

I know.

**00:16:48** Ryan Leestma

That's what my grandpa always used to tell me.

**00:16:53** Ryan Leestma

He.

**00:16:55** Warren Palmer

Calmed me into working out.

**00:16:57** Ryan Leestma

He was nuts.

**00:17:00** Warren Palmer

He's a hunter.

**00:17:01** Ryan Leestma

He was an alcoholic and he just never knew when to quit.

**00:17:05** Ryan Leestma

He stopped drinking, but like he went to the same store 26 times to try and get the business from the owner.

**00:17:12** Ryan Leestma

And it got to the point where, you know, he would always walk past the egg cases first to check out the competition and, you know, the egg in the freezer, you know, or refrigerator.

**00:17:24** Ryan Leestma

And they're out of eggs.

**00:17:30** Ryan Leestma

They were out of eggs.

**00:17:31** Warren Palmer

Oh, yeah.

**00:17:32** Ryan Leestma

And so then he saw the owner walking through the hallway, or through the aisle, and a guy looks at me and goes, Oh, you again?

**00:17:38** Ryan Leestma

And my grandpa goes, Did you know you're completely out of eggs?

**00:17:41** Ryan Leestma

And he goes, What?

**00:17:43** Ryan Leestma

He goes, How fast can you get a truck here?

**00:17:45** Ryan Leestma

He said, I can have a truck here in an hour.

**00:17:48** Ryan Leestma

And that's how he won his biggest count, striking Ventil grocery stores on the south side of Chicago.

**00:17:54** Ryan Leestma

He was a nut.

**00:17:57** Ryan Leestma

He was an absolute nut.

**00:17:59** Ryan Leestma

And crazy.

**00:18:00** Warren Palmer

You know, nothing wrong with…

**00:18:03** Ryan Leestma

No, he was crazy.

**00:18:04** Ryan Leestma

Like when he got in his 80s, his doctor had him start taking laxatives.

**00:18:09** Warren Palmer

Oh, yeah.

**00:18:10** Ryan Leestma

Right?

**00:18:10** Ryan Leestma

And for some reason, nobody knows why he started tripling his dosage.

**00:18:13** Warren Palmer

Just because he felt great.

**00:18:15** Ryan Leestma

I don't know what it was, but he's riding in the car with my grandma and there's another couple in the backseat and he had a spontaneous exit of his bowels while driving the car.

**00:18:26** Warren Palmer

You're like, yes.

**00:18:29** Ryan Leestma

Pulls over, gets out of the car.

**00:18:32** Ryan Leestma

My grandma starts cleaning up.

**00:18:33** Ryan Leestma

My grandpa takes his pants off and his shoes off.

**00:18:37** Ryan Leestma

And he's standing in the middle of the median in his underwear on the highway.

**00:18:41** Warren Palmer

You're like, yeah, it's holding in.

**00:18:43** Ryan Leestma

So waiting gets better.

**00:18:44** Ryan Leestma

It gets better.

**00:18:45** Ryan Leestma

So she cleans it all up.

**00:18:47** Ryan Leestma

He gets in the car.

**00:18:47** Ryan Leestma

He drives to Walmart.

**00:18:49** Ryan Leestma

He walks into Walmart wearing a button-down shirt, covering his rear.

**00:18:58** Ryan Leestma

Goes straight to the pants section.

**00:19:00** Warren Palmer

Oh, my God.

**00:19:01** Ryan Leestma

Puts on a pair of pants.

**00:19:03** Warren Palmer

Oh, my God.

**00:19:05** Ryan Leestma

Walks over to the cash register.

**00:19:07** Ryan Leestma

UPC-coated his pants.

**00:19:10** Ryan Leestma

And then they went out to dinner.

**00:19:13** Warren Palmer

You know, sometimes you just, you know, romance.

**00:19:16** Warren Palmer

It was crazy.

**00:19:19** Ryan Leestma

He drove my old man absolutely crazy.

**00:19:22** Ryan Leestma

Absolutely nuts.

**00:19:25** Ryan Leestma

He always used to fish at my dad's condo association.

**00:19:28** Ryan Leestma

It was a gated community.

**00:19:29** Ryan Leestma

And my dad hated it because he fished right by the entrance.

**00:19:32** Ryan Leestma

And every time my dad would pull in, he'd go.

**00:19:36** Ryan Leestma

Right, can you imagine your father-in-law always waving at you every time he came home?

**00:19:41** Ryan Leestma

Well, he's taking all these extra laxatives.

**00:19:45** Ryan Leestma

And he had a spontaneous emergency.

**00:19:50** Ryan Leestma

He dropped trout.

**00:19:52** Ryan Leestma

He grabbed on to a pylon on the dock and **** into the canal.

**00:19:59** Ryan Leestma

And one of my neighbors told my dad, and my dad goes, Ruth, your father can't fish here anymore.

**00:20:05** Warren Palmer

He's done, he's done, you're like, yep, he wasted that, wasted.

**00:20:12** Ryan Leestma

Yeah.

**00:20:13** Ryan Leestma

And then one day he just quit eating.

**00:20:15** Ryan Leestma

And then just-- He died five days later.

**00:20:20** Ryan Leestma

He just literally, it's like he just decided he was done with it.

**00:20:22** Ryan Leestma

He was nuts.

**00:20:23** Ryan Leestma

He was nuts.

**00:20:25** Ryan Leestma

He was absolutely nuts.

**00:20:26** Ryan Leestma

So if you ever see me do anything nuts, that's where I get it from.

**00:20:30** Ryan Leestma

I was his favorite grandchild.

**00:20:38** Ryan Leestma

Me and my cousin, Jason.

**00:20:44** Warren Palmer

Is that who did the solar company?

**00:20:46** Ryan Leestma

No, I did the solar company.

**00:20:47** Ryan Leestma

That was my company.

**00:20:49** Warren Palmer

Or you had the guy in Chicago.

**00:20:51** Ryan Leestma

Oh, Pete, yeah, he helped me in terms of the coordination.

**00:20:58** Ryan Leestma

I started and ran a solar energy company for a time, Warren.

**00:21:03** Aubrey Glick

That's tough business against farm competition.

**00:21:06** Ryan Leestma

Well, I mean, I was buying the panels for, you know, 30, 35 cents per watt.

**00:21:13** Ryan Leestma

And

**00:21:15** Ryan Leestma

I killed it.

**00:21:16** Ryan Leestma

I mean, normally you pay $2 to $3 a watt to put in a ray on, and it was costing me a little under a dollar by the time I put in parts and labor and all that other stuff.

**00:21:26** Ryan Leestma

I mean, I really had it.

**00:21:27** Ryan Leestma

I mean, I was, you know, I went to school for business, but, you know, IT engineering.

**00:21:34** Ryan Leestma

No, we did.

**00:21:35** Ryan Leestma

I mean, we did some outdoor, but I mean, we generally would put in like multi-megawatt systems on commercial buildings.

**00:21:43** Ryan Leestma

And it was a great profitable business, but I mean, I ended up closing it down because I just, I had to keep all my time here.

**00:21:50** Ryan Leestma

It's a full, it's a full time, it's a full time deal when you're building something.

**00:21:56** Aubrey Glick

Of course, yeah.

**00:21:58** Aubrey Glick

I ran on regular real estate for DT Energy for a while.

**00:22:06** Aubrey Glick

They had

**00:22:07** Aubrey Glick

behind the state of Michigan.

**00:22:08** Aubrey Glick

They're the largest land holder in the state of Michigan.

**00:22:11** Ryan Leestma

Right.

**00:22:12** Aubrey Glick

Because most utilities.

**00:22:14** Ryan Leestma

They own the dirt.

**00:22:16** Aubrey Glick

Yeah, they would just get an easement.

**00:22:17** Aubrey Glick

DTE would say that this is the farmer's field and they were taking this coordinators to buy the field.

**00:22:21** Aubrey Glick

And they did that for whatever, 150 years.

**00:22:24** Aubrey Glick

And so.

**00:22:24** Ryan Leestma

They just buy the whole damn field and then they lease it back for crop revenue.

**00:22:29** Aubrey Glick

They just kept it, didn't do anything.

**00:22:31** Ryan Leestma

They just left the field fallow.

**00:22:32** Aubrey Glick

Yep.

**00:22:33** Ryan Leestma

Why would you do that?

**00:22:34** Aubrey Glick

Yeah, that's what I said.

**00:22:36** Aubrey Glick

Now, most of them bore out in the middle of nowhere, but some were really, really, really valuable.

**00:22:41** Aubrey Glick

And they had some that you would just give to the adjacent landowner because it's a swamp.

**00:22:45** Ryan Leestma

Well, never send in a bureaucrat to do a business guy's job, I'll tell you that for free.

**00:22:50** Aubrey Glick

I asked a guy who was running, it was Syndico, it was a non-regular park.

**00:22:54** Aubrey Glick

I said, I can get rid of 80% of these the next three months.

**00:22:57** Aubrey Glick

He goes, no, no, He goes, why not?

**00:23:00** Aubrey Glick

He goes, every tire in five years, we're going to sell 30 a year.

**00:23:04** Aubrey Glick

And they're like,

**00:23:05** Aubrey Glick

I never heard that before in my life.

**00:23:07** Aubrey Glick

I'm like, pardon me?

**00:23:08** Aubrey Glick

He goes, my retirement is in five years.

**00:23:11** Aubrey Glick

We sell 30 a year.

**00:23:12** Aubrey Glick

That means sell the last 30 any year retire.

**00:23:16** Aubrey Glick

And Ryan, I was like, you, was it just a bureaucrat to the core?

**00:23:21** Aubrey Glick

He just didn't compute.

**00:23:23** Aubrey Glick

He eventually got fired for other stuff.

**00:23:25** Aubrey Glick

But just to your point, they don't care.

**00:23:29** Aubrey Glick

What's the right thing to do is what's helpful.

**00:23:37** Ryan Leestma

Those are quite the lights you got on the back of that laptop.

**00:23:39** Aubrey Glick

I don't like them.

**00:23:41** Aubrey Glick

It's like they handed to me and I said, okay, how to turn them off?

**00:23:47** Aubrey Glick

She says, well, it's a gaming PC.

**00:23:48** Aubrey Glick

You can.

**00:23:49** Ryan Leestma

They gave you a gaming PC?

**00:23:51** Aubrey Glick

The specs, because they said what I wanted, they couldn't, because very often what I do with some of the stuff, I'll have 20 and 30,000 lines of financial information to get through.

**00:24:02** Aubrey Glick

And so I've got to have at least 32 gigs of RAM and then typically like ultra processor.

**00:24:09** Aubrey Glick

And then it just, they said, we'll.

**00:24:12** Ryan Leestma

Just get 32 gigs of RAM for a spreadsheet?

**00:24:16** Ryan Leestma

Oh, you don't need that.

**00:24:17** Aubrey Glick

Well, it's the data.

**00:24:18** Aubrey Glick

It's not the spreadsheet itself.

**00:24:20** Aubrey Glick

It's the data.

**00:24:20** Aubrey Glick

So when I had enough, plowing through enough data and related spreadsheets, then I did.

**00:24:24** Aubrey Glick

Then I did.

**00:24:25** Aubrey Glick

I just couldn't do it because I had the classic one, 16 gigs of RAM, you know,

**00:24:32** Aubrey Glick

an i7 processor.

**00:24:35** Ryan Leestma

I do all my stuff on here and this has got 16 gigs.

**00:24:39** Aubrey Glick

Oh yeah, no, this is for 90, and I wasn't even sure I needed this.

**00:24:43** Ryan Leestma

No, believe me, I do a lot of work with documents and analysis and things like that.

**00:24:47** Ryan Leestma

I think somebody, it's, you know, whatever.

**00:24:50** Aubrey Glick

No, it's the date itself.

**00:24:51** Aubrey Glick

When I get

**00:24:52** Aubrey Glick

10s of thousands of lines of information that I need to manipulate on a constant basis.

**00:24:57** Ryan Leestma

I do.

**00:24:57** Ryan Leestma

No, I do too.

**00:24:59** Ryan Leestma

I get it.

**00:25:00** Ryan Leestma

Just tell them next time not to buy you a gamer PC because I don't think you're going to be playing Fortnite anytime soon.

**00:25:05** Ryan Leestma

No, I'm not.

**00:25:07** Aubrey Glick

I just assumed put electrical tape over that part of it, but it's nothing I could do.

**00:25:13** Ryan Leestma

You know, they make these monitors that actually attach to your screen.

**00:25:19** Ryan Leestma

And they're powered by USB.

**00:25:21** Ryan Leestma

You can put one on each side.

**00:25:22** Ryan Leestma

So then you could have three monitors.

**00:25:24** Ryan Leestma

The two are portable and are designed to be powered off of the laptop.

**00:25:27** Aubrey Glick

Really?

**00:25:28** Aubrey Glick

I've seen that.

**00:25:29** Ryan Leestma

It's neat.

**00:25:29** Ryan Leestma

Like 650 bucks.

**00:25:31** Ryan Leestma

But then you'd be able to have three monitors and you could take it with you.

**00:25:35** Aubrey Glick

This is actually easier than I thought.

**00:25:37** Aubrey Glick

I thought I would need the extra, but this is actually working out pretty well for what we have.

**00:25:40** Ryan Leestma

Oh, okay.

**00:25:42** Ryan Leestma

So you don't need the monitors then, yeah.

**00:25:49** Ryan Leestma

That's good.

**00:25:50** Ryan Leestma

That's good.

**00:25:52** Ryan Leestma

Okay.

**00:00:13** Ryan Leestma

Audrey told me you were looking at my RV.

**00:00:17** Ryan Leestma

What'd you think of that thing?

**00:00:18** Warren Palmer

It's a beast.

**00:00:19** Warren Palmer

It's an absolute beast.

**00:00:21** Warren Palmer

So in one of my past lives, I helped.

**00:00:25** Warren Palmer

It wasn't...

**00:00:28** Warren Palmer

Hi, how are you doing?

**00:00:29** Ryan Leestma

Hey, boss.

**00:00:33** Warren Palmer

I deal with those, with secondary market guys.

**00:00:37** Warren Palmer

And I had no idea.

**00:00:39** Warren Palmer

Basically, they, another life pass, I used to work at Ford or Analysis Group, and they would have a cardboard box, and they would just have this frame, and somebody would have the guys just drive this framed.

**00:00:51** Ryan Leestma

Yeah, that's what happened with mine.

**00:00:53** Ryan Leestma

They just drove the beer chassis.

**00:00:54** Warren Palmer

Yeah, and then after that, it just, and

**00:00:58** Warren Palmer

What kind of engines in there?

**00:01:00** Warren Palmer

It's got to be giant.

**00:01:01** Ryan Leestma

It's got a Cummins.

**00:01:02** Warren Palmer

Okay.

**00:01:02** Warren Palmer

Yeah.

**00:01:03** Ryan Leestma

It's got a 6.3 Cummins in it.

**00:01:05** Warren Palmer

Nice.

**00:01:06** Ryan Leestma

Yeah.

**00:01:06** Warren Palmer

That's.

**00:01:07** Ryan Leestma

It's four wheel drive and I built it so that it, you know, it's four seasons.

**00:01:10** Ryan Leestma

Like I take it skiing in the whole shot.

**00:01:13** Ryan Leestma

So.

**00:01:13** Ryan Leestma

Nice.

**00:01:13** Warren Palmer

Where do you go skiing?

**00:01:14** Ryan Leestma

Oh, all over.

**00:01:16** Ryan Leestma

I mean, I did a lot of Michigan skiing between Christmas and New Year's.

**00:01:21** Warren Palmer

You ever go to Colorado or?

**00:01:23** Ryan Leestma

I have.

**00:01:24** Ryan Leestma

I didn't this time around because I broke my wrist.

**00:01:28** Ryan Leestma

I was actually in Jay in Vermont when I picked up my son.

**00:01:32** Ryan Leestma

I just, I picked him up and then we went and skied a couple of places on the way back, bringing him home for Christmas.

**00:01:39** Ryan Leestma

And yeah, I'm a very strong skier, but I'm a maybe a four or five out of 10 on a snowboard and I hit some ice and broke my wrist.

**00:01:51** Warren Palmer

So I have a son, he's actually Green Beret and he.

**00:01:54** Ryan Leestma

Oh really?

**00:01:55** Warren Palmer

Yeah.

**00:01:56** Ryan Leestma

That's awesome.

**00:01:57** Warren Palmer

Yeah, so I have seven sons, five were in the service, two were Green Berets.

**00:02:01** Warren Palmer

One was a Cav Scout, one was a helicopter pilot.

**00:02:03** Ryan Leestma

And one's actually- If they were here, I'd thank them for their service.

**00:02:07** Warren Palmer

Oh, I appreciate it.

**00:02:08** Warren Palmer

I appreciate the gloss, I didn't say it for that, but yeah.

**00:02:10** Warren Palmer

But 10th Mountain Group, which he was in New York, Northern New York, he'd then be, now he's in 10th Group, which is based out of Colorado.

**00:02:19** Warren Palmer

and they started all the ski resorts in Colorado.

**00:02:21** Warren Palmer

So if you're an active member of 10th group, Green Beret, you get, he has a, you get a season, no, active member, not former.

**00:02:29** Ryan Leestma

Yeah, not former, yeah.

**00:02:30** Warren Palmer

You get, he has a season pass to all the resorts for like 20 bucks.

**00:02:36** Ryan Leestma

Oh, wow.

**00:02:38** Warren Palmer

How many guys are there, right?

**00:02:39** Warren Palmer

There might be 50 or 60.

**00:02:40** Warren Palmer

Yeah, right.

**00:02:41** Ryan Leestma

But I mean, it's a great, it's a great token from leadership.

**00:02:45** Warren Palmer

Yeah.

**00:02:45** Warren Palmer

And they built through the.

**00:02:47** Warren Palmer

They're called Mountain Cabins, a system across Colorado on the fourteeners.

**00:02:52** Warren Palmer

We have eight of them there and ten of them.

**00:02:53** Warren Palmer

There's some crazy number.

**00:02:55** Warren Palmer

And then he's hiked.

**00:02:56** Warren Palmer

He's 6'4, 220.

**00:03:00** Ryan Leestma

Yeah, big boy.

**00:03:03** Warren Palmer

He's, he said, he told the Army, I want to be able, I'd like to do operations in high, cold places.

**00:03:09** Warren Palmer

And he said, we've got some place for you.

**00:03:13** Warren Palmer

So yeah, he's been, well, none of them have been deployed, but yeah, no, he's a big skier, big skier.

**00:03:20** Warren Palmer

And he actually took a tactical snowmobile course this past winter.

**00:03:26** Warren Palmer

and I didn't know such a thing existed, but he's certified of it for whatever that means.

**00:03:31** Warren Palmer

So he's a ski guy?

**00:03:33** Ryan Leestma

It's cool.

**00:03:33** Warren Palmer

Yeah, it's cool.

**00:03:35** Ryan Leestma

What did you think of the inside?

**00:03:38** Warren Palmer

Oh, it's beautiful.

**00:03:39** Warren Palmer

Absolutely beautiful.

**00:03:39** Ryan Leestma

Nice, isn't it?

**00:03:40** Warren Palmer

Absolutely beautiful.

**00:03:42** Warren Palmer

It's, I've never seen one that nice.

**00:03:46** Warren Palmer

I've seen boat insides that nice.

**00:03:48** Warren Palmer

I've never seen an RV that nice inside.

**00:03:50** Warren Palmer

Yeah, it's just.

**00:03:51** Ryan Leestma

Yeah, I like it.

**00:03:51** Warren Palmer

And it's not, it's not like.

**00:03:55** Warren Palmer

There's nothing in there for the sake of, oh, it just looks nice.

**00:03:57** Warren Palmer

It's just really nice high-end finishes that are functional, too.

**00:04:00** Warren Palmer

It's really cool, really cool.

**00:04:01** Ryan Leestma

Yeah, no, it's I like it a lot.

**00:04:04** Ryan Leestma

Bank wanted those pictures and video.

**00:04:06** Warren Palmer

John asked me.

**00:04:07** Warren Palmer

That's all he said, Can you get a picture of the ***?

**00:04:08** Warren Palmer

I said, Oh, sure, so I did, and then that was so no bank asked me.

**00:04:13** Warren Palmer

So, John asked me, so, yeah, so, and then he said after his, I overstepped, I should have told you not the RV.

**00:04:23** Warren Palmer

I'm like, Okay.

**00:04:25** Ryan Leestma

But he asked you to do it.

**00:04:26** Ryan Leestma

Yeah.

**00:04:31** Ryan Leestma

Okay.

**00:04:32** Warren Palmer

So, as I told, I'm basically doing the feeds into the budget right now.

**00:04:37** Warren Palmer

So, I've got the classic tenant list, the rents, and then...

**00:04:41** Warren Palmer

Can you see what you got so far?

**00:04:45** Ryan Leestma

I can probably...

**00:04:46** Warren Palmer

So, this is 12/4, this is West, and so this is the classic rent, right?

**00:04:51** Warren Palmer

This is from you guys, this is the rent roll, this is

**00:04:54** Warren Palmer

Lease terms, so I'm putting, because I'll set it up so it actually reads the terms.

**00:04:58** Warren Palmer

It'll read the dates and go in, and I'll have rents.

**00:05:01** Warren Palmer

I'll pull this, and then this will have this will pull into a tab that'll be an income site.

**00:05:06** Warren Palmer

I'll total it here, but you'll see, obviously, just for Toll West, you'll have just one line.

**00:05:11** Ryan Leestma

What's the total you have for revenue so far?

**00:05:14** Warren Palmer

I'm not there yet.

**00:05:14** Warren Palmer

It'll be whatever this number is here.

**00:05:16** Warren Palmer

So this is the pain in the *** detail stuff that you got to set up first.

**00:05:20** Warren Palmer

So I'll do this for.

**00:05:22** Ryan Leestma

This is what you guys have taken in here in cash.

**00:05:25** Warren Palmer

No, this is the rent roll.

**00:05:26** Ryan Leestma

Oh, that's your rent roll?

**00:05:27** Ryan Leestma

What'd you guys assemble that off of?

**00:05:29** Warren Palmer

It was given to us by you guys.

**00:05:32** Ryan Leestma

Okay, so our rent roll that we gave you.

**00:05:33** Ryan Leestma

Okay, cool.

**00:05:34** Ryan Leestma

When you get the number, let me know and I can take a look at it and see if it's active for you.

**00:05:39** Ryan Leestma

Yeah, of course.

**00:05:40** Warren Palmer

And then Aubrey's sending me electronic copy of leases, so I make sure that cam charges and any nets and bumps.

**00:05:50** Ryan Leestma

Only cam is Westpac.

**00:05:53** Warren Palmer

Are there any, but she said there may be like increases year over year for the multiple years.

**00:05:58** Ryan Leestma

Yeah, there's some escalators, but that's not canned.

**00:06:02** Ryan Leestma

There's the other spaces are aside from premium storage tenants, those are modified gross leases.

**00:06:08** Warren Palmer

Other than being they're metered, and that's noted in here, it's metered separate for electric, but the landlord picks up the water and trash.

**00:06:18** Ryan Leestma

Yeah,

**00:06:20** Ryan Leestma

I did actually see a notice, by the way, that the trash is about to be terminated.

**00:06:26** Warren Palmer

What's the name of the vendor?

**00:06:27** Ryan Leestma

Bulldog.

**00:06:30** Ryan Leestma

So obviously we need dumpsters.

**00:06:32** Warren Palmer

Yeah.

**00:00:00** Ryan Leestma

The essential before she's going to come back and work.

**00:00:03** Ryan Leestma

But when you don't pay people, they generally don't work.

**00:00:10** Ryan Leestma

And brokerage is a critical piece of keeping the operation going.

**00:00:13** Ryan Leestma

This is kind of what I was talking about before, right?

**00:00:15** Ryan Leestma

Yeah.

**00:00:16** Ryan Leestma

So if you're not pairing operations with accounting, you don't understand how everything works, then it's like garbage in, garbage out.

**00:00:26** Ryan Leestma

You know?

**00:00:27** Ryan Leestma

And we got that going on all over the place here right now, where it's like critical operational items that are necessary to keep things going are just not getting paid.

**00:00:36** Ryan Leestma

I get why John does it.

**00:00:38** Ryan Leestma

It's just like, well, you know what?

**00:00:40** Ryan Leestma

This is the new date and everybody's not gonna get paid and we're gonna control everything, right?

**00:00:45** Ryan Leestma

But you can't do that in an operation that is this intricate.

**00:00:49** Ryan Leestma

It's not 150 gas stations.

**00:00:52** Ryan Leestma

It's way more complex than that.

**00:00:55** Ryan Leestma

This is like having, it really is, I think it's storage, tenants, wet, dry, multi-use, restaurant, event center, and retail.

**00:01:11** Aubrey Glick

And condos.

**00:01:13** Ryan Leestma

Well, in condos, right?

**00:01:14** Ryan Leestma

So there are nine separate business units that are all operating on the same campus.

**00:01:20** Ryan Leestma

And if you don't understand how all those things work together, it's like handing a bottle of Clorox to a baby, right?

**00:01:28** Ryan Leestma

They're just going to **** it all up, you know?

**00:01:31** Warren Palmer

Yeah.

**00:01:31** Warren Palmer

So I'm a licensed real estate broker.

**00:01:32** Warren Palmer

I know about getting paid.

**00:01:33** Warren Palmer

Yeah.

**00:01:34** Ryan Leestma

So, but.

**00:01:36** Ryan Leestma

And I hope that you're kind of seeing like, you know, through this, that, you know, you understand like how much of the operation and how much of all the business units

**00:01:46** Ryan Leestma

And the accounting and how things work, I hope you see how much I understand.

**00:01:51** Warren Palmer

Oh, no, yeah.

**00:01:52** Warren Palmer

Oh, no, I, what I, my job is to reflect into this, all that.

**00:02:00** Ryan Leestma

Everything I know, yeah.

**00:02:02** Warren Palmer

And everything you know, but enough to get this done.

**00:02:05** Warren Palmer

Enough to get this done.

**00:02:06** Ryan Leestma

Well, like I said before, in order for you to have something that's accurate, it has to,

**00:02:11** Ryan Leestma

It has to reflect all the operational requirements of all the business units and the cost allocation.

**00:02:16** Warren Palmer

So the part I'm doing now, it's blocking tackling, but it's necessary.

**00:02:21** Warren Palmer

So for instance, if somebody lease expires in April or June, do I assume that they're going to renew at the same rate?

**00:02:27** Warren Palmer

Basic stuff like that.

**00:02:28** Warren Palmer

Okay, the answer is yes.

**00:02:30** Warren Palmer

Should I assume a bump, like a 3%?

**00:02:32** Ryan Leestma

Well, I mean, we generally are increasing our rent by a dollar a square foot a year.

**00:02:38** Warren Palmer

Okay.

**00:02:39** Warren Palmer

Should I assume that anybody's lease expires in 2026?

**00:02:42** Ryan Leestma

I think so.

**00:02:44** Warren Palmer

Okay.

**00:02:44** Ryan Leestma

I mean, because we started at 6 in 2021, and then we went to 7, and then we went to 8, and then we went to 9, and we're going to go to 10.

**00:02:51** Warren Palmer

Okay.

**00:02:51** Ryan Leestma

Right?

**00:02:52** Ryan Leestma

Just like we keep increasing our storage prices, which now that I think about it, when you're doing your storage forecasting, you should look at total amount of square footage sold, multiply that times 150%, and then add back in what that new pricing is going to be at $10.

**00:03:08** Warren Palmer

So it's nine now.

**00:03:10** Ryan Leestma

It's 9 now.

**00:03:11** Ryan Leestma

So there's going to be, roughly an 11% increase in revenue per square foot.

**00:03:20** Ryan Leestma

I mean, the total amount of storage revenue is going to go up by

**00:03:25** Ryan Leestma

I think Safe Harbor and I figured out together by $450,000.

**00:03:28** Warren Palmer

And expenses are, do you think expenses are like electricity, especially, is any of that pumping at all, do you think?

**00:03:35** Ryan Leestma

I mean, you know, electricity, you know, gas, I mean, the industry average in Michigan is about 11% a year, but I mean, in terms of, you know, what's that fractional expense, percent of expense on revenue, it's like.

**00:03:49** Warren Palmer

So you're gonna have a 7 or 8% bump to the bottom line.

**00:03:53** Ryan Leestma

It's got to be more than that.

**00:03:54** Ryan Leestma

I mean, there's going to be an extra $400,000 on, the total amount of EBITDA just on the warehouses.

**00:04:03** Warren Palmer

I was guessing I was allocating taxes into that as well, or taxes going to get a bump, do you think?

**00:04:07** Ryan Leestma

Well, storage isn't, you don't have to pay sales and use tax on storage.

**00:04:11** Warren Palmer

A property tax.

**00:04:13** Ryan Leestma

Property tax is only based on building improvements and when a sale occurs, right?

**00:04:18** Ryan Leestma

But until then, you're locked into

**00:04:21** Ryan Leestma

your property taxes are basically about where they're at.

**00:04:24** Ryan Leestma

But I mean, that's a 3% bump is what the Michigan limit is in terms of increasing that.

**00:04:33** Ryan Leestma

So there might be that, but 120,000 times 3%, you're talking about 3600 bucks, right?

**00:04:43** Ryan Leestma

So I mean, but I mean, have you kind of seen how like this isn't a dying business?

**00:04:52** Warren Palmer

I mean, I don't think it's not in business.

**00:04:54** Warren Palmer

It's like, yeah, we got, because the bank said, we want you to go in there.

**00:04:59** Warren Palmer

And I, this is, I talk, when I drove up, I said, look at the buildings being rehabbed down the street, right?

**00:05:06** Warren Palmer

That tells you right away that this area, the area in terms of economics, something's going on here, good, right?

**00:05:11** Warren Palmer

You come in and the first time I walked the property, it was at 50 degree day last week, and I walked with Chad and Jamie, I said,

**00:05:19** Warren Palmer

This is beautiful.

**00:05:20** Warren Palmer

It just is, right?

**00:05:21** Warren Palmer

Just is.

**00:05:21** Warren Palmer

No matter where you look from, it's a beautiful property.

**00:05:23** Ryan Leestma

Appreciate that.

**00:05:25** Warren Palmer

And I said, they said, well, I said, I'm from Michigan, right?

**00:05:28** Warren Palmer

You know, it's like this is beautiful.

**00:05:31** Warren Palmer

And then condos, you know, beautiful views.

**00:05:35** Warren Palmer

The underground parking there, I said, damn, this is nice, right?

**00:05:39** Warren Palmer

This is, there's everything nice about it.

**00:05:41** Warren Palmer

And so, no, I think, you know, it's, this is.

**00:05:48** Ryan Leestma

Have you done like revenue comparisons like year to year and things yet at all?

**00:05:52** Ryan Leestma

You haven't seen any of the growth?

**00:05:55** Warren Palmer

No.

**00:05:56** Warren Palmer

Right now, budget is my focus.

**00:05:58** Warren Palmer

Budget is my focus.

**00:06:00** Ryan Leestma

I mean, that's kind of the shame of the whole thing is it's like this is a rapidly growing business.

**00:06:05** Ryan Leestma

It's not like you would normally expect, like say, you know, you're an importer of Chinese products and, you know, tariffs are messing up your bottom line terribly.

**00:06:14** Ryan Leestma

you know, like your movie theater chain and people just watch Netflix at home and, you know, it's--.

**00:06:20** Warren Palmer

Or a shopping mall.

**00:06:21** Ryan Leestma

Well, it's the exact opposite.

**00:06:23** Ryan Leestma

I mean, it is a rapidly stabilizing, growing business that, you know, my projections on it and Safe Harbor's projections on it are that it's going to be making an extra $2 million a year in two years.

**00:06:37** Warren Palmer

Yeah.

**00:06:38** Warren Palmer

Yeah.

**00:06:38** Warren Palmer

Yeah, I know, I...

**00:06:42** Warren Palmer

in an antiseptic way, like I'm not, I'm not passing judgment on whether it's worth it or not right now.

**00:06:48** Warren Palmer

I'm just trying to make sure the bills are paid and do what the, you know, what the lender said too.

**00:06:52** Warren Palmer

So, but doing what the lender said, yeah, so that they're the ones who said independent bank said, We want, we want, we want a receiver.

**00:07:06** Warren Palmer

So, okay.

**00:07:07** Ryan Leestma

Yeah.

**00:07:08** Ryan Leestma

How often do you guys meet with them?

**00:07:12** Ryan Leestma

How often do you guys meet with them?

**00:07:14** Warren Palmer

How often?

**00:07:14** Ryan Leestma

Yeah.

**00:07:16** Warren Palmer

John does, I don't.

**00:07:17** Ryan Leestma

John does.

**00:07:17** Warren Palmer

I'm on the phone with them.

**00:07:19** Warren Palmer

I've been on the phone with them twice in the last four days.

**00:07:21** Warren Palmer

So, but John does 90% of it.

**00:07:25** Ryan Leestma

Yeah.

**00:07:28** Ryan Leestma

Yeah, cool.

**00:07:31** Ryan Leestma

Cool.

**00:07:31** Ryan Leestma

Well, make sure in that budget that you're appropriately ascribing

**00:07:36** Ryan Leestma

historical occupancy increases and price appreciation.

**00:07:39** Warren Palmer

I shall, absolutely.

**00:07:40** Ryan Leestma

Because that's, but again, that's kind of like, operational experience with, pairing that with the numbers and all of that.

**00:07:48** Ryan Leestma

So it's important to me to make sure that what you're putting together is actually representative of history projected and operational requirements, cost description,

**00:08:05** Ryan Leestma

Yeah, absolutely.

**00:08:06** Warren Palmer

Absolutely.

**00:08:08** Warren Palmer

Okay, cool.

**00:08:11** Aubrey Glick

Warren, I sent you that e-mail with what CMO was wanting.

**00:08:17** Ryan Leestma

Oh, okay.

**00:00:17** Aubrey Glick

So, I just see Jeremiah Johnson, Drybo, and Chad Fairfood.

**00:00:26** Warren Palmer

So $51,431 a month, does that sound right?

**00:00:30** Aubrey Glick

No.

**00:00:31** Ryan Leestma

Sounds about right.

**00:00:34** Warren Palmer

Yeah.

**00:00:34** Warren Palmer

Now, they'll change later in the year, as you mentioned, when the rents roll and they pump, so the ones that expire in 2026.

**00:00:43** Ryan Leestma

Yeah, but 3% escalators aren't that much.

**00:00:48** Warren Palmer

So 3%, but some, you said they were, if they expire in 2026, assume a dollar per square foot increase on the rental rate.

**00:00:56** Warren Palmer

Yeah.

**00:00:56** Warren Palmer

So

**00:00:58** Warren Palmer

So that's that 51 isn't just what they're paying now.

**00:01:02** Warren Palmer

So it'll be bumped later on.

**00:01:03** Ryan Leestma

So and then did you project occupancy increases?

**00:01:08** Warren Palmer

No, this is just make sure I have.

**00:01:10** Warren Palmer

And then I just got there's a couple of people that weren't on a rental we had.

**00:01:15** Warren Palmer

So those are in and then highlight the vacant spaces.

**00:01:18** Warren Palmer

I'm assuming they'll lease up in June and then, you know, start then just for lack of a better, I don't have a better.

**00:01:24** Ryan Leestma

Yeah, I mean, I would assume that there's probably going to be another

**00:01:27** Ryan Leestma

you know, three to five man caves leased out over the course of 2026.

**00:01:32** Ryan Leestma

I'd probably just straight line it like every two months.

**00:01:34** Ryan Leestma

I would add what's 24 by 90.

**00:01:41** Ryan Leestma

So 24 by 90 is times 12.

**00:01:48** Ryan Leestma

That's $2,160 a month.

**00:01:53** Ryan Leestma

times 5 units, it's another 129,000 of rental revenue.

**00:02:01** Ryan Leestma

Which is pretty significant.

**00:02:02** Warren Palmer

Yeah, it is.

**00:02:03** Ryan Leestma

I mean, it is a growing, it is a growing business, right?

**00:02:06** Ryan Leestma

So we're constantly adding more occupancy to everything.

**00:02:09** Warren Palmer

Yep.

**00:02:11** Warren Palmer

Okay.

**00:02:11** Warren Palmer

All right, I'm going to jump.

**00:02:16** Ryan Leestma

Do you have the budget?

**00:02:18** Warren Palmer

I told you Monday or Tuesday.

**00:02:21** Ryan Leestma

You told me noon.

**00:02:24** Warren Palmer

He's changed it to Monday or Tuesday.

**00:02:28** Warren Palmer

Pleasure meeting in person.

**00:02:29** Ryan Leestma

Yeah.

**00:02:30** Warren Palmer

Yeah.

**00:02:30** Ryan Leestma

Me too.

**00:02:31** Ryan Leestma

What's your hourly again?

**00:02:33** Warren Palmer

325.

**00:02:33** Ryan Leestma

325?

**00:02:34** Ryan Leestma

Yeah.

**00:02:37** Warren Palmer

Less than I used to try to run on my own.

**00:02:39** Ryan Leestma

Oh, really?

**00:02:40** Ryan Leestma

How long did you run your own business?

**00:02:42** Warren Palmer

10 years.

**00:02:43** Ryan Leestma

How'd you get out of it?

**00:02:46** Warren Palmer

Lack of consistency.

**00:02:47** Warren Palmer

Some years I was in Talcott and some years I qualified for food stamps.

**00:02:51** Warren Palmer

So it was like, so when Chuck and before this I was working with a fractional CFO company and I would go into companies that either were going supersonic or needed help because they're in trouble.

**00:03:05** Ryan Leestma

And.

**00:03:06** Warren Palmer

So I was doing that and I did that for about a year before that.

**00:03:11** Warren Palmer

I helped a

**00:03:13** Warren Palmer

nonprofit that had gone supersonic during COVID.

**00:03:16** Warren Palmer

They went from a budget of 2 million a year to 14 because fed funds came in and they didn't know what to do with it.

**00:03:22** Warren Palmer

And then before that, I helped a regional developer that owned, when I started there, about 20th largest senior housing in the US.

**00:03:35** Warren Palmer

And so I did asset management there.

**00:03:37** Warren Palmer

I helped them put together a program.

**00:03:38** Warren Palmer

And then he went from that to like 10th largest.

**00:03:42** Warren Palmer

So I help manage every senior housing unit.

**00:03:44** Warren Palmer

East Mississippi, 3,000 or 5,000 units, 30 different campuses.

**00:03:50** Warren Palmer

Before that, I had my own company for 10 years.

**00:03:53** Ryan Leestma

And then- Just you or do you have staff too?

**00:03:56** Warren Palmer

Well, essentially just me, but I would, people come and go always, whatever the projects were.

**00:04:03** Ryan Leestma

Yeah, bring in vendors and stuff.

**00:04:04** Warren Palmer

Yeah, guys I knew that if I was working on something I knew nothing about, I said, I don't know anything about

**00:04:11** Warren Palmer

steel factory.

**00:04:12** Warren Palmer

So somebody who's run one day would come in and we'd work on it.

**00:04:15** Warren Palmer

What?

**00:04:15** Ryan Leestma

Do you charge for travel?

**00:04:19** Warren Palmer

Oh, I would just, I would just do it on a mileage basis.

**00:04:22** Warren Palmer

I already...

**00:04:22** Ryan Leestma

A mileage basis.

**00:04:25** Ryan Leestma

Plus expenses.

**00:04:26** Warren Palmer

Yep.

**00:04:29** Warren Palmer

That was on my own.

**00:04:29** Warren Palmer

I didn't know.

**00:04:30** Ryan Leestma

No, I mean now.

**00:04:31** Ryan Leestma

What do you charge for travel?

**00:04:33** Warren Palmer

It was portal to portal for what they charged my rate.

**00:04:37** Ryan Leestma

So that's why I don't like that.

**00:04:38** Ryan Leestma

325 an hour each way.

**00:04:41** Warren Palmer

So that's why I don't want to come out anymore because it's expensive.

**00:04:44** Ryan Leestma

Well, the only thing that we put together was a rent roll.

**00:04:49** Warren Palmer

Well, it was important, though.

**00:04:50** Warren Palmer

I think, as I said, meeting, I thought I had, I was going to have to get physical copies of stuff while I'm here.

**00:04:57** Warren Palmer

But the real big deal here, the giant value add, was having you walk me through what was going through on a property.

**00:05:05** Warren Palmer

And that's invaluable, right?

**00:05:07** Warren Palmer

You say, here's how it works.

**00:05:08** Warren Palmer

Here's what's going on.

**00:05:09** Warren Palmer

I don't see a need for me to come out again.

**00:05:13** Warren Palmer

I can't think of anything we can't do virtually.

**00:05:16** Warren Palmer

So, but I had to put eyes on it two or three times just to make sure I understood the place.

**00:05:20** Ryan Leestma

Yeah.

**00:05:21** Ryan Leestma

Well, I appreciate you acknowledging my expertise and knowledge of everything over here.

**00:05:25** Warren Palmer

Oh, yeah, I'd be a horse's *** if I didn't.

**00:05:27** Ryan Leestma

Yeah.

**00:05:29** Ryan Leestma

Maybe you can get somebody to pay me.

**00:05:33** Warren Palmer

I'll chat to my, you're my best friend, John.

**00:05:35** Warren Palmer

He's right across the hole.

**00:05:36** Warren Palmer

So.

**00:05:37** Ryan Leestma

Yeah.

**00:05:38** Warren Palmer

I will chat.

**00:05:39** Ryan Leestma

It's kind of funny, the guy that everybody needs is the guy that's not getting paid.

**00:05:47** Warren Palmer

I will, I will, I will.

**00:05:50** Ryan Leestma

Well, make sure you tell him that you couldn't get an accurate picture of what's going on here without my input.

**00:05:57** Warren Palmer

Yeah, absolutely.

**00:06:01** Ryan Leestma

It would be pleasant.

**00:06:03** Ryan Leestma

I'm getting treated like a prostitute right now.

**00:06:06** Ryan Leestma

Keep putting out.

**00:06:12** Warren Palmer

Yeah, I will chat with John.

**00:06:14** Warren Palmer

I will chat with John.

**00:06:16** Warren Palmer

So, and I'll start my ride back.

**00:06:20** Warren Palmer

And he said, if there's past...

**00:06:22** Ryan Leestma

So I'm sure you can understand my concern.

**00:06:24** Ryan Leestma

I mean, we're talking about over $3,000 worth of expense to have an in-person meeting and put together a rent roll.

**00:06:36** Warren Palmer

It was more than that, though, right?

**00:06:38** Ryan Leestma

I mean, it's basically me talking through everything and how it ran because we didn't have the operational, understanding of how things are and, how the numbers have been screwed up and, things like that.

**00:06:51** Ryan Leestma

And that's a lot of money.

**00:06:53** Ryan Leestma

I mean, that $3,000 could be used to pay J&H.

**00:06:59** Ryan Leestma

and pay for our truck payment.

**00:07:00** Warren Palmer

But me not coming out here would be poking your eye, too, that I didn't think enough to come out and try and understand what's going on before I did the budget and everything else.

**00:07:08** Ryan Leestma

You know, I don't really care about the nomenclature as a courtesy when the job is to, you know, grow a business and be smart about what you're paying for and things like that.

**00:07:19** Warren Palmer

So, I didn't say it like poking the eye, you'd be insulted.

**00:07:22** Warren Palmer

It said it would say, I don't need to know what the business does.

**00:07:25** Warren Palmer

I'm going to put together this together in a vacuum.

**00:07:28** Warren Palmer

and just say, numbers are what they are, screw you, that's what I meant by that.

**00:07:34** Ryan Leestma

Lends to credibility.

**00:07:35** Ryan Leestma

So, I mean, without understanding it or knowing it or being able to track it, then having bad numbers, there isn't any credibility.

**00:07:45** Warren Palmer

Right.

**00:07:47** Warren Palmer

So, as I said, unless I cannot think of a reason for me to come back out, unless there's something that would

**00:07:56** Warren Palmer

that they have to come out and look at, but I can't think of one at the moment.

**00:07:59** Ryan Leestma

So you will send me your draft so that I can look it over?

**00:08:03** Ryan Leestma

Yeah, of course, yeah.

**00:08:04** Ryan Leestma

Okay, because, you know, my impression is that the bank would just like to throw me under the bus everywhere they possibly can, so any sort of misreporting or misrepresentation on what is actually the truth will be used specifically for the purpose of torturing, terminating,

**00:08:25** Ryan Leestma

trialing the guy that everybody needs.

**00:08:29** Warren Palmer

I will make sure you get a copy of when I'm done.

**00:08:32**Speaker 4

Yeah.

**00:08:33** Ryan Leestma

We can go over the draft and then I'll, you know, I'll keep educating you on what I see and you know.

**00:08:41**Speaker 4

Fair enough.

**00:08:43** Ryan Leestma

Okay.

**00:08:43** Aubrey Glick

I'm going to make these deposits today as well for that account.

**00:08:46** Aubrey Glick

So if you want to, I'll tell John.

**00:08:48** Warren Palmer

And then are you saying the e-versions of the leases that you have?

**00:08:52** Aubrey Glick

Yeah, and Skyler has two of them.

**00:08:54** Aubrey Glick

in the car right now.

**00:08:55** Aubrey Glick

So she, I was like, hey, can we work on getting some of these done?

**00:08:58** Aubrey Glick

And she was like, well, she's like, if I can get payment, I will.

**00:09:03** Warren Palmer

Understood.

**00:09:03** Warren Palmer

Okay.

**00:09:04** Aubrey Glick

So I mean, her, she's worth it for sure when it comes to, you know.

**00:09:11** Warren Palmer

Okay.

**00:09:11** Aubrey Glick

She knows these people too.

**00:09:12** Aubrey Glick

Yeah.

**00:09:12** Aubrey Glick

All right.

**00:09:16** Warren Palmer

You have my number?

**00:09:17** Warren Palmer

Call me with questions.

**00:09:18** Warren Palmer

I'll do the same.

**00:09:19** Ryan Leestma

Yeah, sounds good.

**00:09:20** Ryan Leestma

You have my number.

**00:09:22** Warren Palmer

I don't think I do.

**00:09:24** Warren Palmer

I have your e-mail.

**00:09:25** Warren Palmer

I don't have your phone.

**00:09:25** Warren Palmer

Give me 10 seconds.

**00:09:29** Ryan Leestma

You can e-mail me too, that's fine.

**00:09:31** Ryan Leestma

Just send me an e-mail on what you need or questions you have and then I'll, you know, shoot back.

**00:09:38** Ryan Leestma

I'm usually pretty quick, so.

**00:09:40** Warren Palmer

Text is best to get a hold of me.

**00:09:42** Warren Palmer

I just get so many of, it's a bunch of emails.

**00:09:48** Warren Palmer

I just text.

**00:09:49** Ryan Leestma

I get it.

**00:09:53** Ryan Leestma

So anything you need, just send me an e-mail and I'll try to help you fill in the gaps so that the numbers are accurate.

**00:10:01** Warren Palmer

Okay.

**00:10:02** Warren Palmer

Can I have your phone number?

**00:10:05** Ryan Leestma

Yeah, 616-633-6020.

**00:10:13** Warren Palmer

Good stuff.

**00:10:14** Warren Palmer

Okay.

**00:10:15** Warren Palmer

Thank you both.

**00:10:17** Warren Palmer

Cool.

**00:10:18** Warren Palmer

Thanks again.

**00:10:19** Warren Palmer

Thank you.

**00:10:19** Warren Palmer

Yep.

**00:10:20** Aubrey Glick

I'll be thinking.

**00:10:31** Ryan Leestma

Can I see your charger?

**00:10:32** Aubrey Glick

Yeah.

**00:10:38** Aubrey Glick

Is that your charger one?

**00:10:40** Warren Palmer

One of them is.

**00:10:40** Warren Palmer

The cord, yeah.

**00:10:42** Warren Palmer

Okay.

**00:10:42** Aubrey Glick

What if I snag?