UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors | |
| _____/ | (Jointly Administered Cases) |

## **NOTICE OF FILING ADELAIDE POINTE APRIL – JULY 2026 BUDGET**

Leestma Management, LLC, Adelaide Pointe QOZB, LLC, Adelaide Pointe Boaters

Services, LLC, Adelaide Pointe Building 1, LLC, and Waterland Battle Creek, LLC by counsel

files the attached proposed cash collateral budget as **Exhibit A** – Adelaide Pointe April – July

Receipts and Disbursements Budget and **Exhibit B** – Adelaide Pointe Sales by Product/Service

Detail.

DATED this 23rd day of April, 2026.

 /s/ David S. Jennis
David S. Jennis
Florida Bar No. 775940
**Jennis Morse**
Address:        606 East Madison Street
                     Tampa, Florida 33602
Email:          djennis@jennislaw.com
                     ecf@jennislaw.com
Telephone:   (813) 229-2800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been
furnished, via CM/ECF electronic service to the **United States Trustee**, and to those
parties receiving service via CM/ECF in the ordinary course of business on this 23rd day
of April, 2026.                                                                                     .

 /s/ David S. Jennis
David S. Jennis

**Adelaide Pointe**
**April – July 2026 Receipts and Disbursements Budget**
**1204 W Western, 400 Adelaide Circle**
*Source: Doc 37-1, Exhibit #1, Case 8:26-bk-02696-CED, Filed 04/15/2026*

| RECEIPTS | Apr-26 | May-26 | Jun-26 | Jul-26 | 26-Aug | 26-Sep | 26-Oct |
|---|---|---|---|---|---|---|---|
| **Rental Receipts [1]** | | | | | | | |
| 1240 W Western - Offices | $3,150 | $3,150 | $3,150 | $3,150 | $3,150 | $3,150 | $3,150 |
| 1240 W Western - Low West | $21,742 | $21,742 | $21,742 | $21,986 | $21,986 | $21,986 | $21,986 |
| 1204A W Western - Tall East | $13,367 | $13,367 | $13,367 | $13,367 | $13,367 | $13,367 | $13,367 |
| 1204B W Western - Low East 1 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 | $9,808 |
| 1204C W Western - Low East 2 | $2,339 | $2,339 | $2,339 | $2,339 | $2,339 | $2,339 | $2,339 |
| Winter Storage (Rent Roll) | $23,320 | $38,324 | $77,534 | $139,932 | $315,993 | $66,104 | $44,773 |
| Winter Storage Expected Growth | | $7,665 | $15,507 | $27,986 | $63,199 | $13,221 | $8,955 |
| Ice Machine | | $1,500 | $3,000 | $4,000 | $5,000 | $4,000 | - |
| 400 Adelaide Circle - Boater Services | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 |
| **Total Rental Receipts** | **$75,226** | **$99,395** | **$147,947** | **$224,069** | **$436,342** | **$135,475** | **$105,878** |
| | | | | | | | |
| **Other Receipts** | | | | | | | |
| RV & Trailer Storage | $6,027 | $3,000 | $1,000 | $1,000 | $1,000 | $1,000 | $3,000 |
| Fuel Sales [3] | - | $10,000 | $30,000 | $40,000 | $40,000 | $40,000 | $5,000 |
| Ships Store Sales | - | $5,500 | $12,500 | $15,000 | $20,000 | $15,000 | $5,000 |
| Tenant Utility Reimbursement | $3,700 | $3,700 | $3,700 | $3,700 | $3,700 | $3,700 | $3,700 |
| Service Revenue (Net) | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 | $6,000 |
| **TOTAL ALL RECEIPTS** | **$90,953** | **$127,595** | **$201,147** | **$289,769** | **$507,042** | **$201,175** | **$128,578** |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| Payroll | $29,800 | $5,000 | $5,000 | $5,000 | $5,000 | $15,000 | $29,800 |
| Fuel Costs | - | $7,525 | $22,574 | $30,099 | $30,000 | $30,000 | $3,750 |
| Ship Store Inventory Purchases | $20,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | |
| Truck Payments | $1,275 | $1,275 | $1,275 | $1,275 | $1,275 | $1,275 | $1,275 |
| Water and Ice Machine | $1,052 | $1,052 | $1,052 | $1,052 | $1,052 | $1,052 | $1,052 |
| Fuel Servicing | $2,091 | $2,091 | $2,091 | $2,091 | $2,091 | $2,091 | $2,091 |
| Forklift Loan | - | - | - | - | - | - | - |
| Golf Cart Loan | $859 | $859 | $859 | $859 | $859 | $859 | $859 |
| DTE Energy | $7,000 | $2,000 | $500 | $500 | $500 | $500 | $500 |
| Consumers | $6,000 | $9,000 | $12,900 | $12,900 | $12,900 | $12,900 | $5,900 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Water | $360 | $360 | $360 | $360 | $360 | $360 | $360 |
| Boat Detailing Cost | $900 | $900 | $900 | $900 | $900 | $900 | $900 |
| Property Taxes (paid later in year) | - | - | - | - | - | - | - |
| Property Repair and Maintenance | | | | | | | |
| Other | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 | $3,500 |
| Roof | $40,000 | | | | | | |
| Fire Panel Issues (up to) | $50,000 | | | | | | |
| Erosion Control | $20,000 | | | | | | |
| Sidewalk Completion | $65,000 | | | | | | |
| Other | $40,000 | | | | | | |
| Snow Plowing, Lawn Maintenance | $3,000 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| Insurance (Buildings, vehicles, liability) | $6,844 | $6,844 | $6,844 | $6,844 | $6,844 | $6,844 | $6,844 |
| Bookkeeping, Office Supplies, Internet, QB | $3,300 | $3,300 | $3,300 | $3,300 | $3,300 | $3,300 | $3,300 |
| **TOTAL ALL DISBURSEMENTS** | **$300,981** | **$46,906** | **$64,355** | **$71,880** | **$71,781** | **$81,781** | **$61,331** |
| **CASH FLOW BEFORE DEBT SERVICE** | **($210,028)** | **$80,689** | **$136,792** | **$217,889** | **$435,261** | **$119,394** | **$67,247** |
| **CUMULATIVE CASH FLOW** | **($210,028)** | **($129,339)** | **$7,454** | **$225,343** | **$660,604** | **$779,998** | **$847,246** |

**Footnotes:**

1: Rental Income assumes in-place tenants renew when leases expire.

2: $147,000 was received from these tenants from invoices generated in Nov 2025 with a due date
   of 1/1/2026, and Jan 2026 with a due date of 1/31/2026, the receipt of which will affect
   balance of 2026 receipts.

3: Fuel Sales Footnote (see table below).

**Fuel Sales Footnote**

| **Fuel Type** | **87 Octane** | **91 Octane** | **Diesel** |
|---|---|---|---|
| Sales Price/Gallon | $3.50 | $4.50 | $4.00 |
| Profit Margin/Gallon | $1.20 | $0.55 | $0.68 |
| Cost Per Gallon | $2.30 | $3.95 | $3.32 |
| % Of Monthly Sales for Each Fuel Type | 60% | 30% | 10% |
| | | | |
| Weighted Average Sales Price/Gallon | **$3.85** | | |
| Weighted Average Cost/Gallon | **$2.90** | | |
| Weighted Average Profit/Gallon | **$0.95** | | |

*Note: The 14,000 gallon tank is filled when it gets low, so while the gross amounts for cash disbursements for fuel are correct, the timing of cash flow will be different.*

*Note from original: add other contract pmts*

| | | | | **Sales by Product/Service Detail** | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Adelaide Pointe QOZB LLC** | | | |
| | | | | **April 1, 2025-October 30, 2025** | | | |

| | | |
|---|---|---|
| April | 9,945.00 | |
| May | 38,324.34 | |
| June | 77,534.00 | |
| July | 139,923.18 | |
| August | 315,993.28 | |
| September | 66,104.20 | |
| October | 44,773.45 | |

| Winter Storage Type | Transaction date | Transaction type | Num | Memo/Description | Quantity | Sales price | Amount |
|---|---|---|---|---|---|---|---|
| | 4/1/2025 | Invoice | 2345 | In/Out | 1 | 350 | 350 |
| | 4/1/2025 | Invoice | 2369 | in/out | 1 | 350 | 350 |
| | 4/1/2025 | Invoice | 2346 | In/Out | 1 | 350 | 350 |
| | 4/1/2025 | Invoice | 2344 | in/out | 1 | 350 | 350 |
| | 4/1/2025 | Invoice | | In/Out Service | 1 | 350 | 350 |
| | 4/1/2025 | Invoice | 2378 | In/Out | 1 | 350 | 350 |
| | 4/1/2025 | Invoice | 2372 | In/Out | 1 | 350 | 350 |
| | 4/9/2025 | Invoice | 2397 | 20' Rack Winter Storage 25'-26' | 20 | 65 | 1,300.00 |
| | 4/11/2025 | Invoice | 2401 | Winter Storage 25' Rack 2025-2026 | 25 | 45 | 1,125.00 |
| | 4/15/2025 | Invoice | 2431 | Rack Storage but on trailer | 36 | 65 | 2,340.00 |
| | 4/16/2025 | Invoice | 2437 | Rack Winter 2025-2026 Storage Heated 42' Rack | 42 | 65 | 2,730.00 |
| | 4/17/2025 | Refund | 2446 | RV In/Out | -1 | 350 | -350 |
| | 4/18/2025 | Invoice | 2400 | In/out RV | 1 | 350 | 350 |
| | 5/1/2025 | Invoice | | In/Out Service | 1 | 350 | 350 |
| | 5/1/2025 | Invoice | 2504 | In/Out | 1 | 350 | 350 |
| | 5/1/2025 | Invoice | 2479 | In/Out | 1 | 350 | 350 |
| | 5/7/2025 | Invoice | 2525 | 38 X 13.6 - Cruiser Yacht | 494 | 8.5 | 4,199.00 |
| | 5/8/2025 | Sales Receipt | 2530 | Preauthorized Credit - STRIPE - TRANSFER ST-C8Y4K8S3I8Y3 | 1 | 8,583.34 | 8,583.34 |
| | 5/15/2025 | Invoice | 2549 | 32' Boat Rack Storage - Trailer Storage Included | 32 | 65 | 2,080.00 |
| | 5/16/2025 | Invoice | 2553 | 30' Rack - Heated indoor winter storage 2025-2026 | 28 | 65 | 1,820.00 |
| | 5/18/2025 | Invoice | 2532 | In/out RV | 1 | 350 | 350 |
| | 5/19/2025 | Invoice | 2558 | 30ft Rack Indoor Winter storage | 30 | 65 | 1,950.00 |
| | 5/21/2025 | Invoice | 2563 | 2004 Sea Ray 480 Motoryacht - Boat Name "Redeemed" - Winter Storage Heated - BLOCKS AND STANDS INCLUDED  1160437 | 700 | 8.5 | 5,950.00 |
| | 5/23/2025 | Invoice | 2569 | Rack Storage - 25' Cobalt - Trailer Storage Included | 25 | 65 | 1,625.00 |
| | 5/23/2025 | Invoice | 2570 | Heated Indoor Rack Storage Winter 2025-2026 | 25 | 65 | 1,625.00 |
| | 5/23/2025 | Invoice | 2573 | RV Storage - Heated and Power Hook Up Included | 171 | 8 | 1,368.00 |
| | 5/27/2025 | Invoice | 2602 | Summer and Winter Storage 27x8 | 216 | 6.5 | 1,404.00 |
| | 5/28/2025 | Invoice | 2607 | RV Storage 280 sq ft | 280 | 8 | 2,240.00 |
| | 5/29/2025 | Invoice | 2612 | 25' Rack - Winter 2025-2026 | 25 | 65 | 1,625.00 |
| | 5/30/2025 | Invoice | 2616 | 3075 Crusier Yacht 33 x 10 = 330 | 330 | 8.5 | 2,805.00 |
| | 6/1/2025 | Invoice | 2632 | In/Out | 1 | 350 | 350 |
| | 6/1/2025 | Invoice | | In/Out Service | 1 | 350 | 350 |
| | 6/1/2025 | Invoice | 2597 | In/Out | 1 | 350 | 350 |
| | 6/2/2025 | Invoice | 2639 | Rack - Winter Heated Storage 25-26 | 30 | 65 | 1,950.00 |
| | 6/3/2025 | Invoice | 2643 | RV 40' - Full Year of Storage | 1 | 2,300.00 | 2,300.00 |
| | 6/4/2025 | Invoice | 2650 | 43' Sea Ray Express LOA 47.25x14 Blocks and Stands included | 658 | 8.5 | 5,593.00 |

| | Date | Type | | Num | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| | 6/5/2025 | Refund | | 2655 | In/Out Service | -1 | 350 | -350 |
| | 6/5/2025 | Refund | | 2654 | In/Out Service | -1 | 350 | -350 |
| | 6/9/2025 | Invoice | | 2660 | 25' Dry Rack | 25 | 65 | 1,625.00 |
| | 6/9/2025 | Invoice | | 2659 | Yacht Storage 363 Sq Ft | 363 | 8.5 | 3,085.50 |
| | 6/9/2025 | Invoice | | 2663 | Premier Grandview 27X8 | 216 | 8 | 1,728.00 |
| | 6/9/2025 | Invoice | | 2666 | 40' Rack Storage | 40 | 65 | 2,600.00 |
| | 6/9/2025 | Invoice | | 2662 | 2025-2026 | 598 | 8.5 | 5,083.00 |
| | 6/9/2025 | Invoice | | 2661 | Winter Storage - RV | 280 | 8 | 2,240.00 |
| | 6/9/2025 | Invoice | | 2664 | Shared Storage 36x9 = 324 Sq Ft | 324 | 8 | 2,592.00 |
| | 6/10/2025 | Invoice | | 2671 | Shared Storage 533 Sq Ft | 533 | 8.5 | 4,530.50 |
| | 6/13/2025 | Invoice | | 2685 | 25' Rack - Winter Storage | 25 | 65 | 1,625.00 |
| | 6/13/2025 | Invoice | | 2684 | Full year of storage for 5th wheel RV | 1 | 2,150.00 | 2,150.00 |
| | 6/17/2025 | Invoice | | 2697 | Storage for Cruiser Yacht 370 Express | 520 | 8 | 4,160.00 |
| | 6/17/2025 | Invoice | | 2701 | Sea Ray 39 Express 39x14 | 546 | 8.5 | 4,641.00 |
| | 6/18/2025 | Invoice | | 2702 | RV - 192 Sq Ft | 192 | 8 | 1,536.00 |
| | 6/23/2025 | Invoice | | 2735 | BATTERY HOOK-UP | 1 | 100 | 100 |
| | 6/23/2025 | Invoice | | 2735 | 35' Ranger Tug | 350 | 8.5 | 2,975.00 |
| | 6/25/2025 | Invoice | | 2762 | Heated Storage | 1 | 2,223.00 | 2,223.00 |
| | 6/26/2025 | Sales Receipt | | 2799 | Deposit | 1 | 12,000.00 | 12,000.00 |
| | 6/27/2025 | Invoice | | 2770 | Sea Ray 35<br>38x13 = 494 | 494 | 8.5 | 4,199.00 |
| | 6/27/2025 | Invoice | | 2772 | Premium Storage<br>42x14 = 588 | 588 | 8.5 | 4,998.00 |
| | 6/30/2025 | Invoice | | 2801 | 21' Roblano | 20 | 65 | 1,300.00 |
| | 6/30/2025 | Invoice | | 2787 | 30' Rack - Heated Storage | 30 | 65 | 1,950.00 |
| | 7/1/2025 | Invoice | | 2792 | In/Out | 1 | 350 | 350 |
| | 7/1/2025 | Invoice | | 2743 | In/Out | 1 | 350 | 350 |
| | 7/1/2025 | Invoice | | 2804 | Boat Storage- 91 Sea Ray 370 Sunsport - 418 Sq Ft | 418 | 8 | 3,344.00 |
| | 7/1/2025 | Invoice | | 2803 | 30' Boat | | 1,450.00 | 1,450.00 |
| | 7/1/2025 | Invoice | | | In/Out Service | 1 | 350 | 350 |
| | 7/1/2025 | Refund | | 2797 | In/Out Service | -1 | 350 | -350 |
| | 7/1/2025 | Invoice | | 2798 | Sea Ray | 1 | 5,352.00 | 5,352.00 |
| | 7/7/2025 | Invoice | | 2824 | Boat Storage 546 Sq Ft | 546 | 8.5 | 4,641.00 |
| | 7/7/2025 | Invoice | | 2826 | winter storage 25' Rack - credit | 25 | 20 | 500 |
| | 7/7/2025 | Invoice | | 2827 | Carver 356 2002 | 507 | 8.5 | 4,309.50 |
| | 7/8/2025 | Invoice | | 2831 | 30' Rack Storage | 30 | 65 | 1,950.00 |
| | 7/9/2025 | Invoice | | 2835 | Bayliner 245 Ciera 24 x 9 = 216 | 216 | 6.94 | 1,500.00 |
| | 7/10/2025 | Invoice | | 2851 | 25' Winter Storage | 1 | 1,400.00 | 1,400.00 |
| | 7/11/2025 | Invoice | | 3078 | PREMIUM | 1 | 5,800.00 | 5,800.00 |
| | 7/11/2025 | Invoice | | 2888 | 30' Rack Heated Storage | 30 | 65 | 1,950.00 |
| | 7/14/2025 | Invoice | | 2560 | Indoor Heated Winter Storage | 20 | 65 | 1,300.00 |
| | 7/14/2025 | Invoice | | 2897 | LOA: 27x9=243 sq ft | 243 | 9 | 2,187.00 |
| | 7/14/2025 | Invoice | | 2896 | 25' Rack Storage | 25 | 65 | 1,625.00 |
| | 7/14/2025 | Invoice | | 2892 | Sea Ray 420 Heated Storage<br>45'x14' | 630 | 8.5 | 5,355.00 |
| | 7/15/2025 | Invoice | | 2902 | Boat on trailer 24x8= 192 Sq Ft | 192 | 8.5 | 1,632.00 |
| | 7/15/2025 | Invoice | | 2904 | Storage 45x13=585 sq/ft | 585 | 8.5 | 4,972.50 |
| | 7/16/2025 | Invoice | | 2908 | Heated Storage - trailer included | 30 | 65 | 1,950.00 |
| | 7/16/2025 | Invoice | | 2906 | Carver 370 = 574 sq ft | 574 | 9 | 5,166.00 |
| | 7/16/2025 | Invoice | | 2915 | Dry Rack - Heated Storage | 20 | 65 | 1,300.00 |
| | 7/16/2025 | Invoice | | 2914 | 119 | 119 | 8 | 952 |
| | 7/16/2025 | Invoice | | 2909 | Carver 46' x 14' | 644 | 8.5 | 5,474.00 |
| | 7/16/2025 | Invoice | | 2913 | 42x14 - Searay Sundancer | 588 | 8 | 4,704.00 |
| | 7/16/2025 | Invoice | | 2912 | Temp storage | 1 | 250 | 250 |
| | 7/16/2025 | Invoice | | 2911 | 2018 Four Winns H290 29x10=290 sq ft | 290 | 8 | 2,320.00 |

| | Date | Type | Num | Item | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | 7/17/2025 | Invoice | 2929 | 20' Cobalt | 1 | 1,000.00 | 1,000.00 |
| | 7/17/2025 | Invoice | 2919 | Heated Winter Storage - 25' rack | 1 | 500 | 500 |
| | 7/17/2025 | Invoice | 2930 | discount for cover replacement and boat storage | 1 | 1,000.00 | 1,000.00 |
| | 7/17/2025 | Invoice | 2921 | 19' Rack - Heated Storage (Trailer Included) | 1 | 1,235.00 | 1,235.00 |
| | 7/17/2025 | Invoice | 2927 | 42' Carver MotorYacht - 43x15 - PREMIUM SPACE with 24/7 access to boat | 645 | 6.98 | 4,500.00 |
| | 7/17/2025 | Invoice | 2928 | 19' Rack - Heated Storage | 19 | 65 | 1,235.00 |
| | 7/17/2025 | Invoice | 2923 | Heated Storage. (trailer included) | 1 | 250 | 250 |
| | 7/17/2025 | Invoice | 2924 | Rack Heated Storage | 19 | 65 | 1,235.00 |
| | 7/17/2025 | Invoice | 2925 | 20' Rack 2024 Chaparral 21 SSI | 20 | 65 | 1,300.00 |
| | 7/17/2025 | Invoice | 2922 | PREMIUM STORAGE Pursuit and Mustang - UPDATED 7/17 | 493.46 | 8 | 3,947.68 |
| | 7/18/2025 | Invoice | 2936 | 12 Boats - Pontoons ranging from 18'-25' Heated Storage. | 12 | 895 | 10,740.00 |
| | 7/18/2025 | Invoice | 2939 | Premium Storage | 372 | 8 | 2,976.00 |
| | 7/22/2025 | Invoice | 2985 | 20' | 20 | 65 | 1,300.00 |
| | 7/22/2025 | Invoice | 2986 | 20' Rack | 20 | 65 | 1,300.00 |
| | 7/23/2025 | Invoice | 3002 | Tiara 41x13 | 533 | 8.5 | 4,530.50 |
| | 7/23/2025 | Invoice | 2997 | Regal SX | 120 | 8.5 | 1,020.00 |
| | 7/23/2025 | Invoice | 2998 | Cobalt Bow Rider ***not exact size*** 30x9 | 30 | 65 | 1,950.00 |
| | 7/23/2025 | Invoice | 2996 | 25' Rack | 25 | 65 | 1,625.00 |
| | 7/23/2025 | Invoice | 2995 | 25' Rack Storage | 1 | 1,000.00 | 1,000.00 |
| | 7/23/2025 | Invoice | 3000 | Godfrey Sweetwater 21.6' | 25 | 65 | 1,625.00 |
| | 7/23/2025 | Invoice | 2999 | Baja "Hammer Time" 30x8 | 240 | 9 | 2,160.00 |
| | 7/23/2025 | Invoice | 2997 | Kawaski SeaDoo | 168 | 8.5 | 1,428.00 |
| | 7/23/2025 | Invoice | 3001 | 25' Rack - Heated Storage | 25 | 65 | 1,625.00 |
| | 7/25/2025 | Invoice | 3020 | 25' Rack Bundled Deal | 25 | 40 | 1,000.00 |
| | 7/28/2025 | Invoice | 3027 | 1996 Sea Ray Sundancer 450 | 624 | 8.5 | 5,304.00 |
| | 7/28/2025 | Invoice | 3026 | 34 Sea Ray Sundancer with about 11 foot beam - PUT IN DRY RACK BUILDING | 374 | 8.5 | 3,179.00 |
| | 7/31/2025 | Invoice | 3037 | 1991 Carver 430 with dinghy | 672 | 8.5 | 5,712.00 |
| | 7/31/2025 | Invoice | 3035 | Tiara 3100 | 372 | 8.5 | 3,162.00 |
| | 8/1/2025 | Invoice | 3047 | PREMIUM STORAGE - Maxum 4600 SCB 46x14 (Group Bundle Discount .50 off) | 644 | 9 | 5,796.00 |
| | 8/1/2025 | Invoice | 3046 | PREMIUM STORAGE - 480 Sedan Bridge 51'x15' (Group Bundle Discount .50 off) | 765 | 9 | 6,885.00 |
| | 8/1/2025 | Invoice | 3015 | In/Out | 1 | 350 | 350 |
| | 8/1/2025 | Invoice | 3048 | PREMIUM STORAGE - (Group Bundle Discount .50 off) Cruisers Yachts 41 Cantius 42x13 | 546 | 9 | 4,914.00 |
| | 8/1/2025 | Invoice | 3039 | In/Out | 1 | 350 | 350 |
| | 8/4/2025 | Invoice | 3057 | Rack - 20' Rack | 20 | 65 | 1,300.00 |
| | 8/4/2025 | Invoice | 3059 | 2000 Maxum 28 - 29'x9' | 261 | 8.5 | 2,218.50 |
| | 8/6/2025 | Invoice | 3069 | PREMIUM Winter Storage | 1 | 8,094.00 | 8,094.00 |
| | 8/6/2025 | Invoice | 3065 | Premium Winter Storage (Group Space 6,7,8) 1 of 5 Boats | 1 | 8,000.00 | 8,000.00 |
| | 8/6/2025 | Invoice | 3063 | Bayliner 4087 | 533 | 8.5 | 4,530.50 |
| | 8/6/2025 | Invoice | 3068 | 310 Sundancer and 19' Zodiac - Trailer included along with blocks and stands | 363 | 9.5 | 3,448.50 |
| | 8/6/2025 | Invoice | 3064 | Heated Storage - 25 Rack | 25 | 65 | 1,625.00 |
| | 8/7/2025 | Invoice | 3072 | PREMIUM Winter Storage | 1 | 7,533.50 | 7,533.50 |
| | 8/7/2025 | Invoice | 3070 | 30' Boat | 30 | 65 | 1,950.00 |
| | 8/7/2025 | Invoice | 3071 | 28 Formula - trailer included | 1 | 1,100.00 | 1,100.00 |
| | 8/7/2025 | Invoice | 3077 | PREMIUM Winter Storage | 341 | 7 | 2,387.00 |
| | 8/8/2025 | Invoice | 3079 | PREMIUM | 1 | 6,251.00 | 6,251.00 |
| | 8/8/2025 | Invoice | 3081 | Airstream 16x8 | 128 | 9 | 1,152.00 |
| | 8/8/2025 | Invoice | 3081 | Shared Winter Storage VW Bug 13x5=65 Sq Ft | 65 | 9 | 585 |
| | 8/8/2025 | Invoice | 3086 | Tiara Open 47x15 | 705 | 8.5 | 5,992.50 |

| | Date | Type | Num | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | 8/8/2025 | Invoice | 3080 | 30' Rack | 30 | 65 | 1,950.00 |
| | 8/8/2025 | Invoice | 3084 | 19' Rack | 19 | 44.74 | 850 |
| | 8/8/2025 | Invoice | 3085 | 25' Rack - This is separate from credits for service (DOUBLE PAID FOR OIL CHANGE - $409.00 credit for winter storage 2025-2026 PAID FOR INTERIOR/EXTERIOR DETAIL THAT WAS NOT DONE.  CREDIT OF $658.00 for Winter storage 2025-2026.) | 25 | 65 | 1,625.00 |
| | 8/8/2025 | Invoice | 3083 | 25' Rack Storage (employee/family discount) | | 1,100.00 | 1,100.00 |
| | 8/8/2025 | Invoice | 3082 | 25' Rack Heated Storage | 25 | 65 | 1,625.00 |
| | 8/11/2025 | Invoice | 3092 | COLD OUTSIDE - 41 Trawler | 41 | 20 | 820 |
| | 8/11/2025 | Invoice | 3093 | Sea Ray 34 x 11 | 374 | 8 | 2,992.00 |
| | 8/11/2025 | Invoice | 3091 | 1998 Sea Ray 440 Express Bridge | 616 | 9 | 5,544.00 |
| | 8/12/2025 | Invoice | 13379 | 42' Carver | 571 | 8.27 | 4,725.00 |
| | 8/12/2025 | Invoice | 2523 | Cruisers 4450 Motor Yacht - 45x15 - Premium | 675 | 9.5 | 6,412.50 |
| | 8/14/2025 | Invoice | 13002 | Premium Storage | 501 | 9.5 | 4,759.50 |
| | 8/14/2025 | Invoice | 2770 | Viking Aft Cab | 660 | 8.5 | 5,610.00 |
| | 8/14/2025 | Invoice | 13003 | heated rack storage | 20 | 65 | 1,300.00 |
| | 8/14/2025 | Invoice | 13004 | Boat Storage 408 sq ft | 408 | 8 | 3,264.00 |
| | 8/14/2025 | Invoice | 13005 | Sea Ray Super Sun-Sport 630 | 995.34 | 9.5 | 9,455.73 |
| | 8/14/2025 | Invoice | 13001 | | 1 | 350 | 350 |
| | 8/14/2025 | Invoice | 13006 | Mtr Home Storage 225 sq ft | 225 | 8 | 1,800.00 |
| | 8/15/2025 | Invoice | 13007 | | 25 | 65 | 1,625.00 |
| | 8/18/2025 | Invoice | 13023 | Regal Sport Coupe 37x11=407 Sq Ft | 407 | 8.5 | 3,459.50 |
| | 8/18/2025 | Invoice | 13022 | Cobalt 242 - 234 sq/ft | 234 | 8.5 | 1,989.00 |
| | 8/18/2025 | Invoice | 13026 | Bowrider Boat 2350 - 23x9 | 207 | 8.5 | 1,759.50 |
| | 8/18/2025 | Invoice | 13027 | 4 vehicles | 4 | 250 | 1,000.00 |
| | 8/18/2025 | Invoice | 13024 | 25' Rack | 25 | 65 | 1,625.00 |
| | 8/18/2025 | Invoice | 13028 | 430 Sea Ray | 675 | 5.04 | 3,400.00 |
| | 8/18/2025 | Invoice | 13029 | 39' x 13' | 507 | 8.5 | 4,309.50 |
| | 8/18/2025 | Invoice | 13020 | Winter Storage 30x9 | 270 | 8.5 | 2,295.00 |
| | 8/18/2025 | Invoice | 13021 | Cruisers Yacht 3470 | 444 | 8.5 | 3,774.00 |
| | 8/18/2025 | Invoice | 13025 | 1993 SeaRay 440 Sundancer 44x13 | 572 | 8 | 4,576.00 |
| | 8/19/2025 | Invoice | 13041 | 20' Rack | 20 | 65 | 1,300.00 |
| | 8/19/2025 | Invoice | 13030 | 20' Rack | 20 | 65 | 1,300.00 |
| | 8/19/2025 | Invoice | 13044 | 20' Rack - Heated Storage | 20 | 65 | 1,300.00 |
| | 8/19/2025 | Invoice | 13040 | 20' Rack - Heated | 20 | 65 | 1,300.00 |
| | 8/19/2025 | Invoice | 13039 | 30' Rack Storage | 30 | 65 | 1,950.00 |
| | 8/19/2025 | Invoice | 13032 | Cruisers Yachts 4270 | 644 | 7.45 | 4,800.00 |
| | 8/19/2025 | Invoice | 13038 | 25 Rack | 25 | 65 | 1,625.00 |
| | 8/19/2025 | Invoice | 13036 | 25' Rack | 25 | 65 | 1,625.00 |
| | 8/19/2025 | Invoice | 13037 | rack - heated storage | 25 | 65 | 1,625.00 |
| | 8/19/2025 | Invoice | 13033 | Rack Storage - heated | 25 | 65 | 1,625.00 |
| | 8/19/2025 | Invoice | 13035 | 30' Rack - Nimbus Heated Rack Storage | 30 | 65 | 1,950.00 |
| | 8/19/2025 | Invoice | 13034 | technohull - heated storage | 42 | 75 | 3,150.00 |
| | 8/19/2025 | Invoice | 13043 | 25' Rack - Heated | 25 | 65 | 1,625.00 |
| | 8/19/2025 | Invoice | 13042 | 25' Rack | 1 | 1,000.00 | 1,000.00 |
| | 8/20/2025 | Invoice | 13045 | PREMIUM Storage | 1 | 7,425.00 | 7,425.00 |
| | 8/20/2025 | Invoice | 13053 | 30' Rack | 30 | 35 | 1,050.00 |
| | 8/20/2025 | Invoice | 13050 | 90' trailer and RV storage | 1 | 2,325.00 | 2,325.00 |
| | 8/20/2025 | Invoice | 13046 | PREMIUM Storage - 43 Sea Ray Sundancer | 645 | 7.47 | 4,816.00 |
| | 8/20/2025 | Invoice | 13068 | | 1 | 300 | 300 |
| | 8/20/2025 | Invoice | 13071 | | 1 | 750 | 750 |
| | 8/20/2025 | Invoice | 13070 | RV 40x8.6 Numar Dutch Star (White is main color) | 360 | 9 | 3,240.00 |

| | Date | Type | | Num | Description | | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 8/20/2025 | Invoice | | 13047 | Rack - Heated Storage | | 30 | 26.67 | 800 |
| | 8/20/2025 | Invoice | | 13052 | 25' Rack | | 25 | 20 | 500 |
| | 8/20/2025 | Invoice | | 13069 | 30' Rack - Heated Storage | | 30 | 65 | 1,950.00 |
| | 8/20/2025 | Invoice | | 13067 | 30' Rack | | 30 | 54.17 | 1,625.00 |
| | 8/20/2025 | Invoice | | 13062 | 29' Powerquest Enticer "Miss Christina" 29x8 | | 232 | 7 | 1,624.00 |
| | 8/20/2025 | Invoice | | 13066 | Sea Ray Sundancer 268 | | 216 | 8.5 | 1,836.00 |
| | 8/20/2025 | Invoice | | 13061 | 25' Rack | | 25 | 65 | 1,625.00 |
| | 8/20/2025 | Invoice | | 13065 | 25' Rack | | 25 | 65 | 1,625.00 |
| | 8/20/2025 | Invoice | | 13064 | Cayman CX20 Bass Boat | | 168 | 8.5 | 1,428.00 |
| | 8/20/2025 | Invoice | | 13060 | Winter Storage - 20 x 8 Winter 2025-2026 | | 160 | 8.5 | 1,360.00 |
| | 8/20/2025 | Invoice | | 13059 | 20' Rack | | 20 | 65 | 1,300.00 |
| | 8/20/2025 | Invoice | | 13058 | Winter Storage 29x11 Winter 2025-2026 | | 319 | 8.5 | 2,711.50 |
| | 8/20/2025 | Invoice | | 13055 | 42' Rack | | 42 | 65 | 2,730.00 |
| | 8/20/2025 | Invoice | | 13051 | 22' Pontoon 2025-2026 Season | | 22 | 15.91 | 350 |
| | 8/20/2025 | Invoice | | 13054 | 30' Rack | | 30 | 65 | 1,950.00 |
| | 8/21/2025 | Invoice | | 13122 | PREMIUM - 51x15 | | 765 | 9.5 | 7,267.50 |
| | 8/22/2025 | Invoice | | 13125 | PREMUM STORAGE - 42' HCB Siestia & 221 Mastercraft | | 1 | 6,650.00 | 6,650.00 |
| | 8/22/2025 | Invoice | | 13126 | 20' Rack - Heated | | 20 | 48.75 | 975 |
| | 8/22/2025 | Invoice | | 13128 | Rack | | 25 | 65 | 1,625.00 |
| | 8/22/2025 | Invoice | | 13127 | rack storage - heated | | 20 | 15 | 300 |
| | 8/22/2025 | Invoice | | 13124 | Outside Cold Storage 20ft House Boat | | 20 | 20 | 400 |
| | 8/22/2025 | Invoice | | 13130 | Car Storage | | 1 | 350 | 350 |
| | 8/22/2025 | Invoice | | 13129 | Rack - Heated Storage. Trailer Included | | 1 | 500 | 500 |
| | 8/22/2025 | Invoice | | 13131 | Car Storage | | 1 | 350 | 350 |
| | 8/25/2025 | Invoice | | 13144 | blocks and stands included | | 352 | 8.5 | 2,992.00 |
| | 8/25/2025 | Invoice | | 13143 | PREMIUM Storage | | 1 | 6,650.00 | 6,650.00 |
| | 8/26/2025 | Invoice | | 13149 | 25' Rack | | 25 | 65 | 1,625.00 |
| | 8/26/2025 | Invoice | | 13145 | Tiara 44' Coupe | | 572 | 8.5 | 4,862.00 |
| | 8/26/2025 | Invoice | | 13147 | 31x9.5 | | 294.5 | 8.5 | 2,503.25 |
| | 8/26/2025 | Invoice | | 13151 | 25' Rack Storage | | 25 | 20 | 500 |
| | 8/26/2025 | Invoice | | 13152 | | | 1 | 600 | 600 |
| | 8/26/2025 | Invoice | | 13148 | | | 25 | 65 | 1,625.00 |
| | 8/26/2025 | Invoice | | 13146 | 28' Chaparral Signature - 28x8.6 | | 240.8 | 8.5 | 2,046.80 |
| | 8/26/2025 | Invoice | | 13150 | 30' Rack - heated storage | | 30 | 65 | 1,950.00 |
| | 8/26/2025 | Invoice | | 13154 | PREMIUM Storage 54.6x16 | | 750 | 9.5 | 7,125.00 |
| | 8/26/2025 | Invoice | | 13155 | PREMIUM storage Wellcraft - Excalibur 45 x 11.5 | | 531 | 9.5 | 5,044.50 |
| | 8/27/2025 | Invoice | | 13156 | 59' Marquis | | 944 | 8.47 | 8,000.00 |
| | 8/27/2025 | Invoice | | 13157 | Jeep and boat | | 1 | 800 | 800 |
| | 8/27/2025 | Invoice | | 13158 | RV Storage | | 1 | 800 | 800 |
| | 8/27/2025 | Invoice | | 13159 | 25' Rack | | 22 | 58.55 | 1,288.00 |
| | 8/28/2025 | Invoice | | 13164 | Boat 44x14=616 sq ft | | 616 | 8 | 4,928.00 |
| | 8/28/2025 | Invoice | | 13165 | Aft Cab 42' | | 588 | 8.5 | 4,998.00 |
| | 8/28/2025 | Invoice | | 13166 | Sea Ray Sundeck | | 26 | 19.23 | 500 |
| | 8/29/2025 | Invoice | | 13173 | Heated rack storage | | 1 | 600 | 600 |
| | 8/29/2025 | Invoice | | 13174 | PREMIUM STORAGE - Jack (rampage 38x13) - Room around it to work on | | 494 | 7.5 | 3,705.00 |
| | 8/29/2025 | Invoice | | 13172 | 20' Rack | | 20 | 30 | 600 |
| | 8/29/2025 | Invoice | | 13168 | Damaged Boat Free Storage | | 25 | 65 | 1,625.00 |
| | 8/29/2025 | Invoice | | 13169 | 30' Rack - trailer included | | 30 | 65 | 1,950.00 |
| | 8/29/2025 | Invoice | | 13171 | 1998 Maxim 2300SC | | 25 | 65 | 1,625.00 |
| | 8/29/2025 | Invoice | | 13170 | COLD STORAGE - 34 Silverton | | 34 | 20 | 680 |
| | 9/1/2025 | Invoice | | 2466 | 25' Rack - Tidewater | | 25 | 65 | 1,625.00 |
| | 9/1/2025 | Invoice | | 13188 | 25 Rack | | 25 | 20 | 500 |
| | 9/1/2025 | Invoice | | 13179 | In/Out | | 1 | 350 | 350 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9/1/2025 | Invoice | 13190 | 20' Dry Rack - heated storage | 20 | 65 | 1,300.00 |
| | 9/1/2025 | Invoice | 13189 | Free storage | 30 | 65 | 1,950.00 |
| | 9/1/2025 | Invoice | 13139 | In/Out | 1 | 350 | 350 |
| | 9/2/2025 | Invoice | 13195 | Haul out and spring launch | 1 | 500 | 500 |
| | 9/3/2025 | Invoice | 13204 | 28' Alban Tournament Express - trailer included | 280 | 6.5 | 1,820.00 |
| | 9/3/2025 | Invoice | 13205 | heated storage for Tritoon | 25 | 20 | 500 |
| | 9/3/2025 | Invoice | 13201 | Formula 31' | 30 | 65 | 1,950.00 |
| | 9/3/2025 | Invoice | 13203 | Heated Storage | 20 | 35 | 700 |
| | 9/3/2025 | Invoice | 13199 | 25' Rack - heated storage | 25 | 65 | 1,625.00 |
| | 9/3/2025 | Invoice | 13198 | | 25 | 36 | 900 |
| | 9/3/2025 | Invoice | 13200 | 1995 ford svt cobra mustang | 1 | 500 | 500 |
| | 9/5/2025 | Invoice | 13214 | 30 Rack - Heated Storage | 30 | 65 | 1,950.00 |
| | 9/5/2025 | Invoice | 13208 | 4 jet skis and tritoon - all on trailers | 1 | 2,000.00 | 2,000.00 |
| | 9/5/2025 | Invoice | 13212 | 2001 Cruisers 4450 Express 50x15 | 750 | 8.5 | 6,375.00 |
| | 9/5/2025 | Invoice | 13213 | 2 cars total @ $300 per car, per Aubrey | 2 | 300 | 600 |
| | 9/8/2025 | Invoice | 13216 | 20'Rack - 21.9' Avalon Cypress | 20 | 65 | 1,300.00 |
| | 9/8/2025 | Invoice | 13217 | Fiat | 60 | 8.5 | 510 |
| | 9/8/2025 | Invoice | 13215 | 25' Rack - Heated Storage | 0 | | 0 |
| | 9/9/2025 | Invoice | 13224 | 25' Rack | 25 | 65 | 1,625.00 |
| | 9/9/2025 | Invoice | 13225 | T-Top Heated Storage | 20 | 35 | 700 |
| | 9/9/2025 | Invoice | 13219 | 20' Rack | 20 | 65 | 1,300.00 |
| | 9/9/2025 | Invoice | 13222 | Motorcycle 7x3 | 21 | 7 | 147 |
| | 9/9/2025 | Invoice | 13223 | 22' Tritoon | 1 | 550 | 550 |
| | 9/10/2025 | Invoice | 13231 | RV Storage 2025-2026 | 1 | 500 | 500 |
| | 9/10/2025 | Invoice | 13229 | 30' Rack - Heated Storage | 30 | 65 | 1,950.00 |
| | 9/10/2025 | Invoice | 13235 | Rack Storage | 19 | 18.95 | 360 |
| | 9/10/2025 | Invoice | 13232 | Sea Ray 34' 37.6x12 | 451.2 | 8.5 | 3,835.20 |
| | 9/10/2025 | Invoice | 13233 | 29 Sea Ray Amberjack - heated storage | 30 | 65 | 1,950.00 |
| | 9/10/2025 | Invoice | 13237 | 18ft pontoon on trailer | 1 | 500 | 500 |
| | 9/10/2025 | Invoice | 13234 | Rack Storage | 25 | 32 | 800 |
| | 9/15/2025 | Invoice | 13245 | Trailer Included - Heated | 25 | 52 | 1,300.00 |
| | 9/15/2025 | Invoice | 13246 | 25 Rack - heated | 25 | 65 | 1,625.00 |
| | 9/15/2025 | Invoice | 13247 | Heated storage - rack storage | 24 | 40 | 960 |
| | 9/15/2025 | Invoice | 13248 | 25' Rack | 25 | 40 | 1,000.00 |
| | 9/17/2025 | Invoice | 13254 | Boston Whaler | 23 | 56.52 | 1,300.00 |
| | 9/17/2025 | Invoice | 13255 | 2025-2026 Heated Storage | 1 | 600 | 600 |
| | 9/17/2025 | Invoice | 13253 | 22' Pontoon - trailer included | 22 | 59.09 | 1,300.00 |
| | 9/18/2025 | Invoice | 13261 | 22 Pursuit | 25 | 65 | 1,625.00 |
| | 9/19/2025 | Invoice | 13262 | 16' Woody Boat | 16 | 18.75 | 300 |
| | 9/19/2025 | Invoice | 13262 | 18' Pontoon | 18 | 19.44 | 350 |
| | 9/19/2025 | Invoice | 13316 | 21' Bennington Pontoon | 20 | 65 | 1,300.00 |
| | 9/23/2025 | Invoice | 13302 | 40' Formula in dry rack building on trailer | 40 | 65 | 2,600.00 |
| | 9/24/2025 | Invoice | 13312 | 2002 Ocean Yacht | 832 | 8.5 | 7,072.00 |
| | 9/29/2025 | Invoice | 13321 | PREMIUM STORAGE - 380 Sea Ray Sundancer | 356 | 9.13 | 3,250.00 |
| | 10/1/2025 | Invoice | 13329 | 25' Airstream | 200 | 8 | 1,600.00 |
| | 10/1/2025 | Invoice | 13309 | In/Out | 1 | 350 | 350 |
| | 10/1/2025 | Invoice | 13330 | 24' Tritoon | 24 | 22.92 | 550 |
| | 10/1/2025 | Invoice | 13333 | 3807 Carver Aft Cab | 550 | 8.18 | 4,500.00 |
| | 10/1/2025 | Invoice | 13331 | 24' Pontoon | 24 | 65 | 1,560.00 |
| | 10/2/2025 | Invoice | 13342 | Shared Heated Storage<br>Vehicle Make: 1974 Hatteras<br>Vehicle Model: 43 Dual Cabin<br>- wood boat, 18' x 6.5' = 994.50<br>- small scout, 17' x 6.5' = 939.25 | 602 | 8.5 | 5,117.00 |

| | Date | Type | Num | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | | | | - pontoon 25' x 8' = $1,700.00 | | | |
| | 10/3/2025 | Invoice | 13345 | - going into unit #2 | 1 | 3,633.75 | 3,633.75 |
| | | | | Premium Storage | | | |
| | 10/3/2025 | Invoice | 13000 | 1998 Sea Ray 370 express cruiser | 462 | 7 | 3,234.00 |
| | 10/6/2025 | Invoice | 13365 | 25' Rack Sea Ray | 25 | 40 | 1,000.00 |
| | 10/6/2025 | Invoice | 13365 | Mastercraft on Trailer | 1 | 1,000.00 | 1,000.00 |
| | 10/6/2025 | Invoice | 13351 | PREMIUM 53' Carver - 53 x 15 | 795 | 9.5 | 7,552.50 |
| | 10/7/2025 | Invoice | 13375 | Rack Storage | 20 | 65 | 1,300.00 |
| | 10/8/2025 | Invoice | 13326 | In/Out | 1 | 350 | 350 |
| | 10/9/2025 | Invoice | 13380 | Crownline 26' - 35' LOA | 35 | 65.71 | 2,300.00 |
| | 10/10/2025 | Invoice | 13382 | Shared Storage - Yamaha 252 SE - 24x6=144sq ft | 144 | 8.33 | 1,200.00 |
| | 10/10/2025 | Invoice | 13383 | Haul out | 1 | 300 | 300 |
| | 10/10/2025 | Invoice | 13387 | Rack heated storage | 19 | 65 | 1,235.00 |
| | 10/10/2025 | Invoice | 13386 | Truck | 1 | 300 | 300 |
| | | | | - wood boat, 18' x 6.5' = 994.50 | | | |
| | | | | - small scout, 17' x 6.5' = 939.25 | | | |
| | | | | - pontoon 25' x 8' = $1,700.00 | | | |
| | 10/10/2025 | Refund | 13384 | - going into unit #2 | -1 | 3,633.75 | -3,633.75 |
| | 10/10/2025 | Refund | 13385 | Sea Ray Super Sun-Sport 630 | -995.34 | 9.5 | -9,455.73 |
| | 10/13/2025 | Invoice | 13389 | Pontoon on trailer | 1 | 600 | 600 |
| | 10/13/2025 | Invoice | 13388 | 1991 Corvette (Maroon) | 1 | 350 | 350 |
| | 10/16/2025 | Refund | 13392 | 28' Alban Tournament Express - trailer included | -280 | 6.5 | -1,820.00 |
| | 10/16/2025 | Invoice | 13391 | Chris Craft - Crown 302. Rack Storage | 30 | 53.33 | 1,600.00 |
| | 10/17/2025 | Invoice | 13394 | Rack Storage | 1 | 500 | 500 |
| | 8/4/2026 | Invoice | 3058 | 1998 Silverton 502 Winter 26-27 | 832 | 8.5 | 7,072.00 |
| | 10/21/2025 | Invoice | 13404 | Pontoon on trailer | 25 | 24 | 600 |
| | 10/21/2025 | Invoice | 13402 | Tritoon on trailer | 25 | 20 | 500 |
| | | | | 32' Cruisers on trailer | | | |
| | 10/21/2025 | Invoice | 13406 | 34.5x11.9 | 410.55 | 8.01 | 3,289.68 |
| | 10/21/2025 | Invoice | 13403 | Sea Ray 225 | 22 | 65 | 1,430.00 |
| | 10/21/2025 | Invoice | 13405 | Trailer (12x7) | 84 | 8 | 672 |
| | 10/23/2025 | Invoice | 13410 | Scout on trailer | 20 | 65 | 1,300.00 |
| | 10/23/2025 | Invoice | 13421 | PREMIUM STORAGE: 1993 31' Sea Ray Amberjack 310 | 341 | 7 | 2,387.00 |
| | 10/24/2025 | Invoice | 13447 | Rack Storage - trailer included | 1 | 1,000.00 | 1,000.00 |
| | 10/24/2025 | Invoice | 13446 | 1984 Firebird | 1 | 350 | 350 |
| | 10/26/2025 | Invoice | 13456 | 28' Boat Sea Ray on Trailer | 1 | 250 | 250 |
| | 10/27/2025 | Invoice | 13457 | COLD STORAGE | 35 | 20 | 700 |
| Total for Winter Storage | | | | | | | $692,947.45 |