UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC, | Case No. 8:26-bk-02696-CED |
| ADELAIDE POINTE QOZB, LLC, | Case No. 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No. 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC, | Case No. 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC, | Case No. 8:26-bk-02701-CED |

Chapter 11

Debtors.

*Joint Administration under
Case No. 8:26-bk-02696-CED*

_____/

## NOTICE OF COMPLIANCE

Notice is given that David A. Lerner of Plunkett Cooney has complied with the Order Granting Motion to Appear Pro Hac Vice and Directing Payment to the United States District Court (Doc no. 64) entered by the Court on April 21, 2026.  The undersigned attests that the Attorney Special Admission Fee in the amount of $150.00 has been paid by check to the Clerk of the United States District Court for the Middle District of Florida.

Dated: April 27, 2026

/s/James A. Timko
James A. Timko, Esq.
Florida Bar No. 0088858
DEAN, MEAD, EGERTON, BLOODWORTH,
CAPOUANO & BOZARTH, P.A.
420 S. Orange Avenue – Suite 700
Orlando, FL  32801
Telephone: 407-841-1200
Facsimile: 407-423-1831
jtimko@deanmead.com
mgodek@deanmead.com

6371969.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2026, I electronically filed a true and correct copy of the foregoing Notice of Compliance with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

**Alberto F. Gomez**     al@jpfirm.com
al@jpfirm.com; andrenaw@jpfirm.com; Katherineb@jpfirm.com
**David S. Jennis** djennis@jennislaw.com
ecf@jennislaw.com; karon@jennislaw.com; aschaefer@jennislaw.com
**Stephanie C. Lieb**     slieb@trenam.com
mmosbach@trenam.com; mwoods@trenam.com; dvaldes@trenam.com;
slieb@ecf.courtdrive.com; mmosbach@ecf.courtdrive.com; dvaldes@ecf.courtdrive.com
**United States Trustee – TPA**        USTPRegion21.TP.ECF@USDOJ.GOV
**Jeffrey W. Warren**    jwarren@bushross.com
bankruptcy.eservice@bushross.com; jwarren@ecf.courtdrive.com
**Nathan A. Wheatley**        nathan.a.wheatley@usdoj.gov
**Kathleen L. DiSanto**        kdisanto@bushross.com

All parties who receive electronic service via the CM/ECF system

/s/James A. Timko
James A. Timko, Esq.

6371969.v1