

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

## 04/23/2026 10:00 AM

## COURTROOM   9A

## HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-02696-CED** | **11** | **04/01/2026** |

**Chapter 11**

**DEBTOR:**     Leestma Management, LLC

**DEBTOR ATTY:  David Jennis**

**TRUSTEE:      NA**

**HEARING:**

~(1) Continued Expedited Motion of State Court Appointed Receiver to Excuse Receiver from Turnover Provisions, Suspend the Bankruptcy Case Filed by Alberto Gomez Jr. on behalf of Interested Party John Polderman Doc #18

-Notice of Filing Accounting of State Court Appointed Receiver Regarding Waterland Battle Creek, LLC Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman. (Attachments) Doc #52

-Notice of Filing Accounting of State Court Appointed Receiver Regarding Leestma Management, LLC (Hall Street)   Doc #62

-Notice of Filing Accounting of State Court Appointed Receiver Regarding Adelaide Pointe Boaters Services   Doc #63

-Joinder and Concurrence in State Court Appointed Receiver's Motion Doc #21

-Opposition Response to Independent Bank's Joinder in Receiver's Motion to Excuse Turnover, Suspend the Bankruptcy Case Filed by David Jennis   (related document(s)21, 18).

-Opposition Filed by David S Jennis on behalf of Debtor Leestma Management, LLC

~(2) Continued Motion to Use

Cash Collateral filed by David Jennis. Doc #24

-Objection to Debtor's Motion for Use of Cash Collateral. Filed by James Timko on behalf of Creditor 4Front Credit Union Doc #57

-Objection to Independent Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection. Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related doc 24). Doc #68

(3) STATUS CONFERENCE ON Motion for Authority to Maintain Existing Cash Management System filed by David Jennis. Doc #25

-Objection to Debtor's Motion for Authority to Maintain Existing Cash Management System. Filed by James Timko on behalf of Creditor 4Front Credit Union (related doc 25).   Doc #58

-Objection to Independent Bank's Objection to Motion For Authority To Maintain Existing Cash Mgt System. Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (rel doc 25). Doc # 69

(4) STATUS CONFERENCE ON Motion for Turnover of Property - specifically: Receivership Property. Filed by David Jennis. Doc #26

-Objection to Debtors' Motion for Turnover Pursuant to Section 543. Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related doc 26) Doc #70

-Certificate of Necessity Re: Emergency Motions Filed by David Jennis (rel. docs 24, 25, 26). Doc #27

(5) STATUS CONFERENCE ON Application to Employ Robert Frezza of CohnReznick Advisory LLC as Chief Restructuring Officer at Doc #36

**APPEARANCES:**:
AAPPEARANCES: Nathan Wheatley, David Jennis, Alberto Gomez, Jeffrey Warren, David Burmania, David Bevins, David Lerner, Marc Bakst, Phillip Khezri, Eric Danner, Robert Frezza, James Timko, Chip Azano, Reyes Leonard, Elisabeth Von Eitzen, John Polderman, Angela Grewal, Marc Swanson, Ryan Leestma

**RULING:**
(1) Continued Expedited Motion of State Court Appointed Receiver to Excuse Receiver from Turnover Provisions, Suspend the Bankruptcy Case Filed by Alberto Gomez Jr. on behalf of Interested Party John Polderman Doc #18 -   Continued to 5/8/2026 at 10:00 a.m. Budget due by 5/4/2026. Announced in Open Court no further Notice given

-Notice of Filing Accounting of State Court Appointed Receiver Regarding Waterland Battle Creek, LLC Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman. (Attachments) Doc #52
-Notice of Filing Accounting of State Court Appointed Receiver Regarding Leestma Management, LLC (Hall Street)   Doc #62
-Notice of Filing Accounting of State Court Appointed Receiver Regarding Adelaide Pointe Boaters Services   Doc #63
-Joinder and Concurrence in State Court Appointed Receiver's Motion Doc #21
-Opposition Response to Independent Bank's Joinder in Receiver's Motion to Excuse Turnover, Suspend the Bankruptcy Case Filed by David Jennis   (related document(s)21, 18).
-Opposition Filed by David S Jennis on behalf of Debtor Leestma Management, LLC

(2) Continued Motion to Use Cash Collateral filed by David Jennis. Doc #24 -   Granted on an interim basis; continued hearing set for 5/8/2026 at 10:00 a.m. The Court authorizes the bank to make protective advances. O/Jennis

-Objection to Debtor's Motion for Use of Cash Collateral. Filed by James Timko on behalf of Creditor 4Front Credit Union Doc #57
-Objection to Independent Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection. Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related doc 24). Doc #68

(3) STATUS CONFERENCE ON Motion for Authority to Maintain Existing Cash Management System filed by David Jennis. Doc #25 -   Hearing to be set for 5/8/2026 at 10:00 a.m.

-Objection to Debtor's Motion for Authority to Maintain Existing Cash Management System. Filed by James Timko on behalf of Creditor 4Front Credit Union (related doc 25).   Doc #58
-Objection to Independent Bank's Objection to Motion For Authority To Maintain Existing Cash Mgt System. Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (rel doc 25). Doc # 69

(4) STATUS CONFERENCE ON Motion for Turnover of Property - specifically: Receivership Property. Filed by David Jennis. Doc #26 -   Continued to 5/8/2026 at 10:00 a.m. Announced in Open Court no further Notice given. 6/15/2026 will be HELD as the date for the Evidentiary Hearing.

-Objection to Debtors' Motion for Turnover Pursuant to Section 543. Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related doc 26) Doc #70
-Certificate of Necessity Re: Emergency Motions Filed by David Jennis (rel. docs 24, 25, 26). Doc #27

(5) STATUS CONFERENCE ON Application to Employ Robert Frezza of CohnReznick Advisory LLC as Chief Restructuring Officer at Doc #36 -    Application set for 5/8/2026 at 10:00 a.m.
-Amended Application to Employ Robert Frezza as Chief Restructuring Officer   Doc #75

  **The Initial Status Conference originally set for 5/6/2026 is RESCHEDULED to 5/8/2026 at 10:00 a.m. **
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.