UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [LEAD] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS | |
| SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Chapter 11

Debtors.

*Jointly Administered under*
Case No. 8:26-bk-02696-CED

_____/

## NOTICE OF FILING ACCOUNTING OF STATE COURT APPOINTED RECEIVER PURSUANT TO INTERIM ORDER REGARDING DEBTORS' EMERGENCY MOTION [DKT # 51]

John W. Polderman, the State Court Appointed Receiver, ("Receiver")[1] by and through the undersigned counsel, and for his Accounting states:

1.      John W. Polderman is the State Court Appointed Receiver of certain assets of the Debtors herein pursuant to an order appointing receiver entered in the Kent County Circuit Court on January 30, 2026 ("State Court Action").

2.      The Receiver is also a custodian, as defined by 11 U.S.C. ("Bankruptcy Code") §101(11)(A).

3.      The Receiver has come into possession, custody or control of funds or property for which he would have to account to the trustee, as required by Bankruptcy Code §543(b)(2).

---

[1] John Polderman is a licensed attorney in Michigan with the firm of Stevenson & Bullock, P.L.C. An Order Granting Motion for Pro hac Vice Admission of Mr. Polderman has been entered (Doc. No. 49).

4.      On April 17, 2026, this Court entered an *Interim Order Regarding Debtors'
*Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and*
*Providing Adequate Protection* ("Interim Order") [Dkt. No. 51].

5.      The Interim Order provides for two accountings by the Receiver, one under
Bankruptcy Code §543(b)(2) and one under the Interim Order, which would also provide for a
budget variance report and accounts receivable report for the time period of April 18 through April
22, the date the Interim Order expired.

6.      Between April 1, 2026 and April 17, 2026 the Receiver made disbursements under
Bankruptcy Code §543(a), and which he believed were necessary to preserve the estate.

7.      To avoid multiple accountings for multiple entities over multiple time periods, the
Receiver has attached accountings for April 1 forward, and a budget variance report beginning
April 18.

8.      For Leestma Management, Hall Street, an accounts receivable report is attached as
Exhibit A.  A bank activity report is attached as Exhibit B (Lake Michigan Credit Union) and
Exhibit C, (Independent Bank).

9.      For Battle Creek Waterland, an accounts receivable report is attached as Exhibit D.
A bank activity report is attached as Exhibit E (Independent Bank) and Exhibit F (Huntington
Bank).

10.     For Adelaide Pointe Boaters Services, an accounts receivable report is attached as
Exhibit G and a banking activity report is attached as Exhibit H (Independent Bank)

11.     For Adelaide Pointe Building 1, there are no accounts receivable activity or bank
account.

12.     For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit I, and a banking activity report is attached as Exhibit J (Choice One) and Exhibit K (Independent Bank).

13.     A budget variance report is attached as Exhibit L.

14.     Credit card activity is attached as Exhibit M.

15.     To the extent any of the Debtors, Trustee or parties in interest want unredacted copies of the Exhibits, the Receiver is willing to provide same.

16.     The Receiver is prepared to either: (1) comply with §543 of the Bankruptcy Code, including the turnover of property of the estate, less any monies required to satisfy any existing and unmatured obligations of the Receiver, including his fees and expenses, and those of its professionals, as may be permitted by this Court, pursuant to §543(c)(2) of the Bankruptcy Code; or (2) continue as Receiver, pursuant to §543(d) of the Bankruptcy Code, should this Court determine, or the parties agree, that the continuation of the receivership is in the best interest of creditors.

Dated: April 28, 2026.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com


JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)

3

400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL  33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: **Leestma Management, LLC**, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on April 28, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

4