# Exhibit A

4/27/2026 2:00 PM

## Receivable Summary-Hall St

DB Caption: Bradley LIVE   Property: 446   Status: Current, Past, Future   Month From: 04/2026 To 04/2026 Summary By: Tenant

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comment |
|---|---|---|---|---|---|---|---|
| 446 | | | -2,294.60 | 2,552.00 | -2,885.96 | -2,628.56 | Pre-pay for May 2026 |
| 446 | | | -1,305.43 | 1,292.77 | -102.99 | -115.65 | Pre-pay for May 2026 |
| 446 | | | -20,411.69 | 21,557.59 | -22,703.49 | -21,557.59 | Pre-pay for May 2026 |
| 446 | | | 490.66 | 2,030.42 | -4,551.50 | -2,030.42 | Pre-pay for May 2026 |
| 446 | | | 0.00 | 675.00 | -675.00 | 0.00 | |
| 446 | | | -450.00 | 450.00 | -450.00 | -450.00 | Pre-pay for May 2026 |
| 446 | | | -500.00 | 500.00 | -500.00 | -500.00 | Pre-pay for May 2026 |
| 446 | | | -1,390.50 | 1,390.50 | -1,390.50 | -1,390.50 | Pre-pay for May 2026 |
| 446 | | | 0.00 | 1,498.39 | 0.00 | 1,498.39 | |
| 446 | | | -1,789.90 | 1,932.51 | -142.61 | 0.00 | |
| 446 | | | 406.94 | 2,254.72 | -2,661.66 | 0.00 | |
| 446 | | | 1,394.73 | 8,206.72 | -9,043.15 | 558.30 | Utilities charge |
| 446 | | | -600.00 | 600.00 | -600.00 | -600.00 | Pre-pay for May 2026 |
| 446 | | | 213.64 | 6,630.20 | -6,843.84 | 0.00 | |
| 446 | | | -618.00 | 618.00 | 0.00 | 0.00 | |
| 446 | | | -1,080.82 | 1,591.35 | -510.53 | 0.00 | |
| 446 | | | -1,692.17 | 2,266.32 | -574.15 | 0.00 | |
| 446 | | | 956.76 | 2,553.00 | -2,650.57 | 859.19 | Utilities charge |
| 446 | | | 0.00 | 500.00 | -500.00 | 0.00 | |
| 446 | | | -1,779.84 | 1,920.96 | -141.12 | 0.00 | |
| 446 | | | -450.00 | 450.00 | 0.00 | 0.00 | |
| 446 | | | 1,769.20 | 13,614.23 | -15,383.43 | 0.00 | |
| 446 | | | 0.00 | 1,063.45 | -1,063.45 | 0.00 | |
| 446 | | | 263.38 | 1,073.97 | -1,337.35 | 0.00 | |
| 446 | | | 0.00 | 405.74 | -405.74 | 0.00 | |
| 446 | | | 629.35 | 2,100.00 | -2,729.35 | 0.00 | |
| 446 | | | 0.00 | 529.96 | -529.96 | 0.00 | |
| 446 | | mes | 220.43 | 955.24 | -1,175.67 | 0.00 | |
| 446 | | | 0.00 | 525.32 | -525.32 | 0.00 | |
| 446 | | | -690.27 | 690.27 | -690.27 | -690.27 | |
| 446 | | | 157.09 | 0.00 | -157.09 | 0.00 | |
| 446 | | | 898.09 | 3,495.00 | -3,812.29 | 580.80 | Utilities charge |
| 446 | | | 306.17 | 1,827.83 | -2,134.00 | 0.00 | |
| 446 | | | 92.55 | 2,805.00 | 0.00 | 2,897.55 | Tenant holding rent due to roof leak damage on furniture |
| 446 | | | -837.52 | 849.25 | -824.51 | -812.78 | Pre-pay for May 2026 |
| 446 | | | 0.00 | 515.00 | -515.00 | 0.00 | |
| 446 | | | 0.00 | 1,258.08 | -1,258.08 | 0.00 | |
| 446 | | | 570.88 | 2,822.80 | -2,934.56 | 459.12 | Utilities charge |
| 446 | | | 78.11 | 0.00 | -78.11 | 0.00 | |
| 446 | | | -6,585.88 | 7,064.17 | 0.00 | 478.29 | Utilities charge |
| 446 | | | 230.65 | 2,447.44 | -2,678.09 | 0.00 | |
| 446 | | | 0.00 | 500.00 | -500.00 | 0.00 | |
| 446 | | | 925.30 | 4,138.00 | -5,063.30 | 0.00 | |
| 446 | | | 224.90 | 1,410.74 | -1,508.57 | 127.07 | Utilities charge |
| 446 | | | 0.00 | 750.00 | -750.00 | 0.00 | |
| 446 | | | 595.09 | 5,041.00 | -5,636.09 | 0.00 | |
| 446 | | | 2,783.89 | 2,156.28 | -4,322.32 | 617.85 | Utilities charge |
| 446 | | | -369.51 | 369.51 | 0.00 | 0.00 | |
| 446 | | | 859.55 | 3,280.30 | -4,139.85 | 0.00 | |
| 446 | | | 0.00 | 600.00 | -600.00 | 0.00 | |
| 446 | | | -28,778.77 | 123,759.03 | -117,679.47 | -22,699.21 | |
| | | | | | | | |
| Grand Total | | | -28,778.77 | 123,759.03 | -117,679.47 | -22,699.21 | |

**Leestma Management, LLC (446   )**

UserId : stucker@bradleyco.com Date : 4/27/2026 Time : 12:58 PM