# Exhibit B

Online Banking Home **>** Transaction History

**ACCOUNT HISTORY**

| | |
|---|---|
| **Account History:** | ▮▮-S01 GENERAL ACCOUNT (Available $61,140.94) ⌄ |
| **Show:** | ◯ All  ◯ 30 Days  ◯ 60 Days  ◯ 90 Days  ◯ 120 Days  ◉ Date Range |
| | **Date Range:** 04/01/2026    To 04/24/2026 |
| **Show Only:** | Any ⌄ |
| **Description:** | |
| **Check Number:** | ― |
| **Amount:** | To |

( **Clear** )        Search

| | |
|---|---|
| **Download For:** | [ CSV Format ]  [ Download to Money, Quicken or QuickBooks ] |

| DATE ▼ | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 4/23/2026 | DEPOSIT WMCU<br>TYPE: Payment ID: XXXXXX1004 CO: WMCU<br>%% ACH ECC CCD<br>%% ACH Trace 272481000026187 | $21,557.59 | $61,140.94 |
| 4/23/2026 | DEPOSIT BRADLEYCOMPANY-4<br>TYPE: Settlement ID: 9000298049<br>CO: BRADLEYCOMPANY-4<br>%% ACH ECC CCD<br>%% ACH Trace 111924688135611 | $2,323.59 | $39,583.35 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 4/22/2026 | DEPOSIT BRADLEYCOMPANY-4<br>TYPE: Settlement ID: 9000298049<br>CO: BRADLEYCOMPANY-4<br>%% ACH ECC CCD<br>%% ACH Trace 111924688042685 | $450.00 | $37,259.76 |
| 4/20/2026 | WITHDRAWAL Kent Co Tax<br>TYPE: XXXXXX2112 ID: 0008763780<br>DATA: 2646111741110 CO: Kent Co Tax<br>NAME: eestma Management, LLC<br>%% ACH ECC WEB<br>%% ACH Trace 242071754176641 | ($5,403.79) | $36,809.76 |
| 4/17/2026 | WITHDRAWAL AUTO OWNERS INS<br>TYPE: WEB PAY ID: 1380315280<br>DATA: XXXXXX8740 CO: AUTO OWNERS INS<br>%% ACH ECC CCD<br>%% ACH Trace 043000093911559 | ($25.00) | $42,213.55 |
| 4/16/2026 | WITHDRAWAL ADP WAGE PAY<br>TYPE: WAGE PAY ID: 9333006057<br>DATA: 323298036 CO: ADP WAGE PAY<br>%% ACH ECC CCD<br>%% ACH Trace 021000026668566 | ($2,261.03) | $42,238.55 |
| 4/16/2026 | WITHDRAWAL ADP Tax<br>TYPE: ADP Tax ID: XXXXXX6057 DATA: AC<br>CO: ADP Tax<br>%% ACH ECC CCD<br>%% ACH Trace 021000029046097 | ($790.95) | $44,499.58 |
| 4/16/2026 | WITHDRAWAL Cinergy Metronet<br>TYPE: cmnrusinc ID: 1201681064<br>DATA: XXXXXX3210 CO: Cinergy Metronet<br>NAME: LEESTMA HALL<br>%% ACH ECC WEB<br>%% ACH Trace 242071750404113 | ($200.00) | $45,290.53 |
| 4/15/2026 | WITHDRAWAL AUTO OWNERS INS<br>TYPE: WEB PAY ID: 1380315280<br>DATA: XXXXXX8740 CO: AUTO OWNERS INS<br>%% ACH ECC CCD<br>%% ACH Trace 043000094350665 | ($6,463.07) | $45,490.53 |
| 4/15/2026 | WITHDRAWAL REPUBLICSERVICES<br>TYPE: RSIBILLPAY ID: 7860843596<br>DATA: BILL PAYMENT CO: REPUBLICSERVICES<br>%% ACH ECC CCD<br>%% ACH Trace 051000013707402 | ($1,729.05) | $51,953.60 |
| 4/15/2026 | Withdrawal Transfer<br>To Loan 193126601 | ($68,222.05) | $53,682.65 |

| 4/13/2026 | DEPOSIT BRADLEYCOMPANY-4<br>TYPE: Settlement ID: 9000298049<br>CO: BRADLEYCOMPANY-4<br>%% ACH ECC CCD<br>%% ACH Trace 111924687385765 | $761.53 | $121,904.70 |
|---|---|---|---|
| 4/10/2026 | WITHDRAWAL ADP PAYROLL FEES<br>TYPE: ADP FEES ID: 9659605001<br>DATA: 550374703 CO: ADP PAYROLL FEES<br>%% ACH ECC CCD<br>%% ACH Trace 021000022434991 | ($81.06) | $121,143.17 |
| 4/10/2026 | DEPOSIT WMCU<br>TYPE: Payment ID: XXXXXX1004 CO: WMCU<br>%% ACH ECC CCD<br>%% ACH Trace 272481000024598 | $1,145.90 | $121,224.23 |
| 4/10/2026 | DEPOSIT BRADLEYCOMPANY-4<br>TYPE: Settlement ID: 9000298049<br>CO: BRADLEYCOMPANY-4<br>%% ACH ECC CCD<br>%% ACH Trace 111924687212918 | $510.53 | $120,078.33 |
| 4/9/2026 | WITHDRAWAL AUTO OWNERS INS<br>TYPE: WEB PAY ID: 1380315280<br>DATA: XXXXXX8740 CO: AUTO OWNERS INS<br>%% ACH ECC CCD<br>%% ACH Trace 043000098539144 | ($6,463.07) | $119,567.80 |
| 4/9/2026 | DEPOSIT BRADLEYCOMPANY-4<br>TYPE: Settlement ID: 9000298049<br>CO: BRADLEYCOMPANY-4<br>%% ACH ECC CCD<br>%% ACH Trace 111924687054339 | $9,434.03 | $126,030.87 |
| 4/8/2026 | DEPOSIT BRADLEYCOMPANY-4<br>TYPE: Settlement ID: 9000298049<br>CO: BRADLEYCOMPANY-4<br>%% ACH ECC CCD<br>%% ACH Trace 111924686849109 | $1,503.68 | $116,596.84 |
| 4/7/2026 | Withdrawal Fee<br>STOP PAYMENT FEE FOR CHECK 190 | ($30.00) | $115,093.16 |
| 4/7/2026 | Withdrawal Wire Fee Wire Fee 4221534<br>Withdrawal Wire Fee Wire Fee 4221534 | ($25.00) | $115,123.16 |

| 1 | 2 | » |
|---|---|---|

ACCOUNT DETAILS ⌃

| | |
|---|---|
| **Account Nickname** | GENERAL ACCOUNT<br>Change |
| **Account Number*** | ▮▮▮▮▮▮▮▮6 ▮▮ |
| **Routing #** | 272480678 |
| **MICR Line Number\*\*** | ▮▮▮▮▮▮▮▮▮▮ |
| **YTD Interest** | $0.00 |
| **Dispute a Transaction** | Dispute a Transaction |

Business Checking Status

*Account number is used to look up your account, and also for member to member transfers.*

\*\*MICR number is specific to this share within your account, and is used for direct deposit, reordering checks, and external electronic transactions.*

© 2026 Lake Michigan Credit Union | 🔒 Log Out |   NCUA