# Exhibit C

1:36 PM
04/27/26
Accrual Basis

**Adelaide Pointe**
**General Ledger**
As of April 22, 2026

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **IB - Leestma Mngt - 4476** | | | | | | | | 9,433.96 |
| Transfer | 04/02/2026 | | | Funds Transfer | IB - Waterland BattleCreek 4265 | | 2,500.00 | 6,933.96 |
| Transfer | 04/06/2026 | | | Funds Transfer | IB - Adelaide Pte QOZB - 9606 | | 3,500.00 | 3,433.96 |
| Transfer | 04/10/2026 | | | Funds Transfer | IB - Adelaide Pte QOZB - 9606 | | 2,000.00 | 1,433.96 |
| **Total IB - Leestma Mngt - 4476** | | | | | | 0.00 | 8,000.00 | 1,433.96 |

9,433.96

| x4476 \| LEESTMA MANAGEMENT LLC IN RECEIVERSHIP | | | | |
|---|---|---|---|---|
| Date | Description | Check Number | Amount | Balance |
| 4/10/2026 | WITHDRAWAL INTERNET XFR TO CHECKG X9606 | | ($2,000.00) | $1,433.96 |
| 4/6/2026 | WITHDRAWAL INTERNET XFR TO CHECKG X9606 | | ($3,500.00) | $3,433.96 |
| 4/2/2026 | WITHDRAWAL INTERNET XFR TO CHECKG X4265 | | ($2,500.00) | $6,933.96 |