# Exhibit D

.

4/27/2026 2:01 PM

## Receivable Summary

DB Caption: Bradley LIVE   Property: 445   Status: Current, Past, Future   Month From: 04/2026   To 04/2026   Summary By: Tenant

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Waterland Battle Creek Properties, LLC (445   )** | | | | | | | |
| 445 | | | 3,811.50 | 1,270.50 | 0.00 | 5,082.00 | Tenant paying IB |
| 445 | | | -550.73 | 1,275.98 | -725.25 | 0.00 | |
| 445 | | | -2,607.91 | 2,607.91 | -2,607.91 | -2,607.91 | Pre pay for May 2026 |
| 445 | | | -11,978.02 | 11,978.02 | -11,978.02 | -11,978.02 | Pre pay for May 2026 |
| 445 | | | 8,099.56 | 9,348.20 | -16,682.07 | 765.69 | Short pay result of 2026 CAM estimate increase, working with Tenant |
| 445 | | | 5,700.98 | 2,889.75 | -2,889.75 | 5,700.98 | Working w/AR to apply payments made to IB during rent assignment |
| 445 | | | 1,188.88 | 1,430.33 | -1,402.24 | 1,216.97 | 4/17-tenant update: shortpay is pending review from QC dept |
| 445 | | | 3,664.26 | 30,800.69 | -36,285.24 | -1,820.29 | |
| | | | | | | | |
| **Grand Total** | | | 3,664.26 | 30,800.69 | -36,285.24 | -1,820.29 | |