# Exhibit E

1:36 PM
04/27/26
Accrual Basis

Adelaide Pointe
**General Ledger**
As of April 22, 2026

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **IB - Waterland BattleCreek 4265** | | | | | | | | 0.00 |
| Transfer | 04/02/2026 | | | Funds Transfer | IB - Leestma Mngt - 4476 | 2,500.00 | | 2,500.00 |
| Deposit | 04/02/2026 | | | Funds Transfer for Payroll | Deposit | 1,270.50 | | 3,770.50 |
| Check | 04/03/2026 | | ADP Tax | | Payroll Expenses | | 386.27 | 3,384.23 |
| Check | 04/03/2026 | | ADP Wage | | Payroll Expenses | | 1,110.44 | 2,273.79 |
| Deposit | 04/03/2026 | | | Deposit from Hunt Bank Waterland Acc | Deposit | 1,349.00 | | 3,622.79 |
| Transfer | 04/10/2026 | | | Funds Transfer | IB - Adelaide Pte QOZB - 9606 | | 2,000.00 | 1,622.79 |
| Check | 04/10/2026 | | ADP Payroll Fees | | Payroll Expenses | | 81.06 | 1,541.73 |
| Transfer | 04/15/2026 | | | Funds Transfer / Payroll | IB - Adelaide Pte QOZB - 9606 | 500.00 | | 2,041.73 |
| Check | 04/16/2026 | | ADP Wage | | Payroll Expenses | | 1,301.45 | 740.28 |
| Check | 04/16/2026 | | ADP Tax | | Payroll Expenses | | 473.75 | 266.53 |
| Deposit | 04/17/2026 | | | Deposit | Deposit | 1,775.20 | | 2,041.73 |
| Transfer | 04/20/2026 | | | Funds Transfer | IB - Adelaide Pte QOZB - 9606 | | 500.00 | 1,541.73 |
| **Total IB - Waterland BattleCreek 4265** | | | | | | 7,394.70 | 5,852.97 | 1,541.73 |

| x4265 \| WATERLAND BATTLE CREEK PRO LLC IN RECEIVERSHIP TR | | | | |
|---|---|---|---|---|
| Date | Description | Check Number | Amount | Balance |
| 4/24/2026 | ADP PAYROLL FEES 550374703 - ADP FEES  925742676602 | | ($56.06) | $1,485.67 |
| 4/20/2026 | WITHDRAWAL INTERNET XFR TO CHECKG X9606 | | ($500.00) | $1,541.73 |
| 4/17/2026 | DEPOSIT | | $1,775.20 | $2,041.73 |
| 4/16/2026 | ADP TAX AC - ADP TAX  LFV6R 041702A01 | | ($473.75) | $266.53 |
| 4/16/2026 | ADP WAGE PAY 323298036 - WAGE PAY  634099685358V6R | | ($1,301.45) | $740.28 |
| 4/15/2026 | DEPOSIT INTERNET XFR FRM CHECKG X9606 | | $500.00 | $2,041.73 |
| 4/10/2026 | WITHDRAWAL INTERNET XFR TO CHECKG X9606 | | ($2,000.00) | $1,541.73 |
| 4/10/2026 | ADP PAYROLL FEES 550374703 - ADP FEES  933141417798 | | ($81.06) | $3,541.73 |
| 4/3/2026 | DEPOSIT | | $1,349.00 | $3,622.79 |
| 4/3/2026 | ADP TAX RL - ADP TAX  LFV6R 040301A01 | | ($386.27) | $2,273.79 |
| 4/3/2026 | ADP WAGE PAY 323298036 - WAGE PAY  548100648900V6R | | ($1,110.44) | $2,660.06 |
| 4/2/2026 | DESCRIPTIVE DEPOSIT MAIL DEPOSIT | | $1,270.50 | $3,770.50 |
| 4/2/2026 | NEW ACCOUNT DEPOSIT INTERNET XFR FRM CHECKG X4476 | | $2,500.00 | $2,500.00 |