# Exhibit F

| From Date | To Date | Export Date | Unique ID | | User ID | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20260401 | 20260422 | 20260427 | 113717 | | stucker | | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 34860.13 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 22448.50 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 22448.50 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 22448.50 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 2678.22 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 15089.85 | | | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 169 | ACH CREDIT | 1402.24 | 0911010534 | VERIZON FINANCIAEDI PAYMTS 907220052458332 0009WATERLAND BATTLE | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 169 | ACH CREDIT | 1275.98 | 0911843645 | BRADLEYCOMPANY-4SETTLEMENT040126000026653228906 YARDI COLLECT MASTER 1 | |
| 20260401 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 469 | ACH DEBIT | 15089.85 | 0907915774 | INDEPENDENT BANKCK-WTH 040126 LEESTMA MANAGMENT | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 22448.50 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 38441.28 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 38441.28 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 38441.28 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 16682.07 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 689.29 | | | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 169 | ACH CREDIT | 16682.07 | 0914576533 | GANNETT CORPORATAP PAYMENT SSC--002049170 WATERLAND BATTLE CREEK | |
| 20260402 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 469 | ACH DEBIT | 689.29 | 0928000579 | AUTO OWNERS INS WEB PAY 26040132887556 WATERLAND BATTLE CREEK | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 38441.28 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 38338.06 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 38338.06 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 38338.06 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 103.22 | | | |
| 20260403 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 469 | ACH DEBIT | 103.22 | 0931823100 | LM INSURANCE CO WCINSURANC2604022146248 WATERLAND BATTLECREEK | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 38338.06 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 36989.06 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 36989.06 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 36989.06 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 1349.00 | | | |
| 20260406 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 475 | CHECK PAID | 1349.00 | 0000012 | 0511012514 | SUBSTITUTE CHECK |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 36989.06 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 36989.06 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 36989.06 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 36989.06 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | | |
| 20260407 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | | | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 36989.06 | | | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 39878.81 | | | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 39878.81 | | | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 39878.81 | | | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 2889.75 | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | |
| 20260408 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 169 | ACH CREDIT | 2889.75 | 0988741788  BRADLEYCOMPANY-4SETTLEMENT040826000026744514982 YARDI COLLECT MASTER 1 |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 39878.81 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 39878.81 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 39878.81 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 39878.81 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | |
| 20260409 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 39878.81 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 40582.33 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 40582.33 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 40582.33 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 725.25 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 21.73 | |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 169 | ACH CREDIT | 725.25 | 1007719514  BRADLEYCOMPANY-4SETTLEMENT041026000026762362810 YARDI COLLECT MASTER 1 |
| 20260410 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 475 | CHECK PAID | 21.73 | 000000123 0535036627  SUBSTITUTE CHECK |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 40582.33 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 40582.33 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 40582.33 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 40582.33 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | |
| 20260413 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 40582.33 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 40582.33 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 40582.33 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 40582.33 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | |
| 20260414 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 40582.33 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 40582.33 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 40582.33 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 40582.33 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | |
| 20260415 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 40582.33 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 40536.92 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 40536.92 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 40536.92 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | |
| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 45.41 | |

| 20260416 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 698 | MISCELLANEOUS FEES | 45.41 | 11584574! | PRIOR MONTH'S SERVICE CHARGES (REFER TO ACCOUNT ANALYSIS STATEMENT) |
|---|---|---|---|---|---|---|---|---|
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 40536.92 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 39046.92 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 39046.92 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 39046.92 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 1490.00 | | |
| 20260417 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 475 | CHECK PAID | 1490.00 | 0000012: 0535019598 | SUBSTITUTE CHECK |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 39046.92 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 37271.72 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 37271.72 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 37271.72 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 1775.20 | | |
| 20260420 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 475 | CHECK PAID | 1775.20 | 0000012: 0511014593 | SUBSTITUTE CHECK |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 37271.72 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 37271.72 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 37271.72 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 37271.72 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | |
| 20260421 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 0.00 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 010 | OPENING LEDGER | 37271.72 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 015 | LEDGER BALANCE | 37146.77 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 022 | NSF AMOUNT | 0.00 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 040 | OPENING AVAILABLE | 37146.77 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 045 | COLLECTED BALANCE | 37146.77 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 072 | ONE DAY FLOAT | 0.00 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 074 | TWO OR MORE DAYS FLOAT | 0.00 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 100 | TOTAL CREDITS | 0.00 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 400 | TOTAL DEBITS | 124.95 | | |
| 20260422 | 072403473 | 01158457452 | SMALL BUS CK Commerce Pt Waterla | 475 | CHECK PAID | 124.95 | 0000012: 0513002351 | SUBSTITUTE CHECK |

158