# Exhibit G

**Boater Services: 400 Adelaide Circle, Muskegon, MI 49441**

| Tenant Name | Unit # | Rental Rate | | Pymt Date | Rent Received 4/1/2026 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| ███████ | 1 | $ - | | | |
| ████ | | $ - | | | |
| █████████████ | | $ 1,558.50 | | | |
| | | | | | |