# Exhibit H

1:36 PM
04/27/26
Accrual Basis

Case 8:26-bk-02696-CED   Doc 87-8   Filed 04/28/26   Page 2 of 2

Adelaide Pointe
General Ledger
As of April 22, 2026

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| IB - Boaters Services - 6791 | | | | | | | | 0.00 |
| Total IB - Boaters Serices 6791 | | | | | | 0.00 | 0.00 | 0.00 |