# Exhibit I

**Tall East: 1204A W Western Ave., Muskegon MI 49441**

| Tenant Name | Unit # | Rental Rate | Pymt Date | Rent Received 4/1/2026 |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | 1204A - 1 | $ 1,380.00 | 4/10/2026 | $ 1,380.00 |
| Vacant | 1204A - 2 | $ - | | |
| ▮▮▮▮ | 1204A - 3 | $ 1,440.00 | 4/1/2026 | $ 1,440.00 |
| ▮▮▮▮▮ | 1204A - 4 | $ 3,240.00 | 4/13/2026 | $ 1,620.00 |
| ▮▮▮▮▮ | 1204A - 5 | $ 2,180.00 | 3/27/2026 | $ 2,180.00 |
| ▮▮▮▮▮▮ | 1204A - 6-8 | $ - | | |
| Vacant | 1204A - 9 | $ - | | |
| ▮▮▮▮▮ | 1204A - 10 | | | |
| Vacant | 1204A - 11-15 | $ - | | |
| ▮▮▮▮ | 1204A - 16 | $ 2,078.00 | 04.20.2026 | $ 2,078.67 |
| Vacant | 1204A - 17 | $ - | | |
| ▮▮▮ | 1204A - 18 | $ 1,440.00 | | |
| ▮▮▮ | 1204A - 19 | $ - | | |
| ▮▮▮▮ | 1204A - 20 | $ 1,608.75 | 4/13/2026 | $ 1,682.01 |

**Low East (1): 1204B W Western Ave., Muskegon MI 49441**

| Tenant Name | Unit # | Rental Rate | Pymt Date | Rent Received 4/1/2026 |
|---|---|---|---|---|
| ▮▮▮▮ | 1204B - 1 | $ 2,670.00 | | |
| ▮▮▮▮ | 1204B - 2 | $ - | | |
| ▮▮▮▮ | 1204B - 3 | $ 1,000.00 | 04.02.2026 | $ 1,257.34 |
| ▮▮▮▮▮ | 1204B - 4 | $ 970.72 | 4/1/2026 | $ 1,008.58 |
| ▮▮▮▮▮ | 1204B - 5 | $ 901.25 | | |
| ▮▮▮ | 1204B - 6-7 | $ - | | |
| ▮▮▮▮ | 1204B - 8 | $ 2,507.80 | 3/13/2026 | $ 2,361.35 |
| ▮▮▮ | 1204B - 26 | $ 1,758.18 | | |

**Low East (2): 1204C W Western Ave., Muskegon MI 49441**

| Tenant Name | Unit # | Rental Rate | Pymt Date | Rent Received 4/1/2026 |
|---|---|---|---|---|
| Vacant | 1204C - 1 | $ - | | |
| ▮▮▮▮ | 1204C - 2 | $ 2,339.25 | | |

**Office Building: 1240 W Western Ave, Muskegon, MI 49441**

| Tenant Name | Suite # | Rental Rate | Pymt Date | Rent Received 4/1/2026 |
|---|---|---|---|---|
| ▮▮▮▮ | 1 | | | |
| ▮▮▮▮ment | 2 | | | |
| ▮▮▮▮ | 3 | $ 500.00 | | |
| ▮▮▮ | 4 | | | |
| ▮▮▮▮ | 5 | $ 650.00 | 4/2/2026 | $ 650.00 |
| ▮▮▮▮ | 6 | $ 650.00 | 04.01.2026 | $ 650.00 |
| ▮▮▮▮ | 7 | | | |
| ▮▮▮▮ | 8&9 | $ 1,300.00 | | |
| ▮ | 9 | | | |
| Vacant | 10 | $ - | | |

**Low West: 1240 W Western Ave., Muskegon MI 49441**

| Tenant Name | Unit # | | | |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | ▓ | $ 21,741.90 | 04.20.2026 | $ 21,220.83 |
| Total Rental Rate | | $ 51,914.35 | | |

**RV & Trailer Storage Rental List**

| | | | |
|---|---|---|---|
| ▓▓▓▓▓ | $ 350.00 | | |
| ▓▓▓▓▓ | $ 350.00 | 04.09.2026 | $ 350.00 |
| ▓▓▓ | $ 75.00 | | |
| ▓▓▓▓ | $ 75.00 | 4/3/2026 | $ 75.00 |
| ▓▓▓▓▓▓▓ ▓) | $ 350.00 | | |
| ▓▓▓▓ | $ 350.00 | | |
| ▓▓▓▓▓ | $ 350.00 | | |
| ▓▓▓▓▓ | $ 350.00 | | |
| ▓▓▓▓▓ | $ 350.00 | | |
| ▓▓▓ | $ 77.25 | | |
| ▓▓▓▓▓ | $ 250.00 | | |
| ▓▓▓▓▓▓ | $ 75.00 | 04.01.2026 | $ 75.00 |
| ▓▓▓▓▓ | $ 350.00 | 3/27/2026 | $ 350.00 |
| ▓▓▓▓▓ | $ 75.00 | 4/13/2026 | $ 75.00 |
| ▓▓▓▓ | $ 350.00 | | |
| ▓▓▓ | $ 350.00 | | |
| ▓▓▓▓▓▓▓ | $ 75.00 | 4/1/2026 | $ 75.00 |
| ▓▓▓▓ | $ 350.00 | | |
| ▓▓▓ | $ 350.00 | | |
| ▓▓▓▓ | $ 75.00 | | |
| ▓▓▓▓ | $ 350.00 | | |
| ▓▓▓▓▓ | $ 350.00 | 4/6/2026 | $ 350.00 |
| ▓▓▓▓▓ | $ 350.00 | | |
| ▓▓▓▓ | $ 75.00 | | |
| ▓▓▓▓▓ | | 4/13/2026 | $ 102.96 |
| | $ 6,102.25 | | |

**Winter Storage**

| | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | | |
| ▓▓▓▓▓ | | | |
| ▓▓▓ | | | |

**In/Out Rack**

| | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | | |

**Service and Detailing**

| | | | |
|---|---|---|---|
| ▓▓▓▓▓ | | | |



| | | |
|---|---|---|
| | 04.01.2026 | $ 1,900.00 |
| | 04.06.2026 | $ 2,520.00 |
| | 04.06.2026 | $ 551.00 |
| | 04.08.2026 | $ 500.00 |
| | 04.09.2026 | $ 1,050.00 |
| | | |
| **TOTAL RENTS** $ 58,016.60 | | $ 45,502.74 |

| | |
|---|---|
| Deposited Independent Bank Adelaide Pointe QOZB | $ 35,896.44 |
| Deposit Choice One Bank / Adelaide Pointe QOZB | $ 9,606.30 |
| Deposit Choice One Bank / Leestma Management | $ - |
| | $ 45,502.74 |