# Exhibit J

1:35 PM
04/27/26
Accrual Basis

**Adelaide Pointe**

**General Ledger**

As of April 22, 2026

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **ChoiceOne Adelaide Pointe 8363** | | | | | | | | 25,749.56 |
| Check | 04/01/2026 | 116 | Marine Works | | Boat Services | | 1,170.00 | 24,579.56 |
| Deposit | 04/01/2026 | | | Deposit | -SPLIT- | 2,625.00 | | 27,204.56 |
| Deposit | 04/02/2026 | | | Deposit | -SPLIT- | 1,907.34 | | 29,111.90 |
| Check | 04/03/2026 | | | | Intuit Fee | | 77.00 | 29,034.90 |
| Deposit | 04/06/2026 | | | Deposit | Rental Income | 3,800.00 | | 32,834.90 |
| Check | 04/06/2026 | | | | Intuit Fee | | 57.04 | 32,777.86 |
| Deposit | 04/06/2026 | | | Deposit | -SPLIT- | 3,071.00 | | 35,848.86 |
| Check | 04/07/2026 | 1003 | Westshore Engineering & Surveying | Inv #71252 & 71204 | -SPLIT- | | 1,076.48 | 34,772.38 |
| Check | 04/08/2026 | | | | Intuit Fee | | 91.82 | 34,680.56 |
| Check | 04/08/2026 | | QuickBooks | | Intuit Fee | | 453.00 | 34,227.56 |
| Deposit | 04/08/2026 | | | Deposit | Rental Income | 106.96 | | 34,334.52 |
| Deposit | 04/08/2026 | | | Deposit | Payments Received | 500.00 | | 34,834.52 |
| Check | 04/09/2026 | | | | Intuit Fee | | 14.95 | 34,819.57 |
| Check | 04/09/2026 | | Auto-Owners Insurance | Vehicle Insurance | Insurance Expense | | 425.57 | 34,394.00 |
| Check | 04/09/2026 | | Priority Health | | Health Insurance | | 12,341.12 | 22,052.88 |
| Deposit | 04/09/2026 | | | Deposit | -SPLIT- | 1,400.00 | | 23,452.88 |
| Check | 04/10/2026 | | | | Intuit Fee | | 41.87 | 23,411.01 |
| Deposit | 04/10/2026 | | | Deposit | Payments Received | 880.00 | | 24,291.01 |
| Deposit | 04/13/2026 | | | Deposit | Payments Received | 102.96 | | 24,393.97 |
| Deposit | 04/14/2026 | | | Deposit | Payments Received | 1,500.00 | | 25,893.97 |
| Check | 04/14/2026 | | | | Intuit Fee | | 3.08 | 25,890.89 |
| Check | 04/15/2026 | | | | Intuit Fee | | 44.85 | 25,846.04 |
| Deposit | 04/15/2026 | | | Deposit | -SPLIT- | 2,475.00 | | 28,321.04 |
| Deposit | 04/15/2026 | | Dockwa | Deposit | Transient Slip Income | 133.02 | | 28,454.06 |
| Deposit | 04/16/2026 | | | Deposit | -SPLIT- | 1,512.00 | | 29,966.06 |
| Check | 04/17/2026 | | | | Intuit Fee | | 84.85 | 29,881.21 |
| Deposit | 04/17/2026 | | | Deposit | Payments Received | 3,542.99 | | 33,424.20 |
| Deposit | 04/19/2026 | | | Deposit | -SPLIT- | 3,330.00 | | 36,754.20 |
| Check | 04/20/2026 | | | | Intuit Fee | | 50.82 | 36,703.38 |
| Check | 04/21/2026 | | | | Intuit Fee | | 124.00 | 36,579.38 |
| Check | 04/21/2026 | | | | Intuit Fee | | 99.57 | 36,479.81 |
| Deposit | 04/22/2026 | | Dockwa | Deposit | Transient Slip Income | 182.15 | | 36,661.96 |
| **Total ChoiceOne Adelaide Pointe 8363** | | | | | | 27,068.42 | 16,156.02 | 36,661.96 |

4/27/26, 1:31 PM

Transaction history - All activity · ChoiceOne Bank



**Transaction history**
Date: 4/27/2026

**50 transactions**

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 4/27/2026 | *INTUIT 80908833 DEPOSIT ACH ENTRY MEMO POSTED TODAY* | | *$2,467.63* |
| 4/22/2026 | DOCKWA DOCKWA ST-Q0T6DZ4R6 CCD | | $182.15 |
| 4/21/2026 | WITHDRAWAL/DEBIT 1003 | -$1,076.48 | |
| 4/21/2026 | TRAN FEE INTUIT 63408393 524771244186137 CCD | -$124.00 | |
| 4/21/2026 | TRAN FEE INTUIT 64540473 524771244186137 CCD | -$99.57 | |
| 4/20/2026 | TRAN FEE INTUIT 58606743 524771244186137 CCD | -$50.82 | |
| 4/20/2026 | DEPOSIT INTUIT 59244133 524771244186137 CCD | | $3,542.99 |
| 4/20/2026 | DEPOSIT INTUIT 60396543 524771244186137 CCD | | $3,330.00 |
| 4/17/2026 | TRAN FEE INTUIT 54631133 524771244186137 CCD | -$84.85 | |
| 4/17/2026 | DEPOSIT INTUIT 54321303 524771244186137 CCD | | $1,512.00 |
| 4/16/2026 | DEPOSIT INTUIT 50281163 524771244186137 CCD | | $2,475.00 |
| 4/15/2026 | TRAN FEE INTUIT 46729713 524771244186137 CCD | -$44.85 | |
| 4/15/2026 | DOCKWA DOCKWA ST-M0Y1M0I7T9U8 CCD | | $133.02 |
| 4/14/2026 | TRAN FEE INTUIT 45837813 524771244186137 CCD | -$3.08 | |
| 4/14/2026 | DEPOSIT INTUIT 42125783 524771244186137 CCD | | $1,500.00 |
| 4/13/2026 | DEPOSIT INTUIT 41217023 524771244186137 CCD | | $102.96 |
| 4/10/2026 | TRAN FEE INTUIT 32145063 524771244186137 CCD | -$41.87 | |
| 4/10/2026 | DEPOSIT/CREDIT | | $880.00 |
| 4/9/2026 | CASH CONC PRIORITYHLTH 53 799698S001 CCD | -$12,341.12 | |
| 4/9/2026 | INS. PREM AUTO-OWNERS CB019152140 PPD ADELAIDE POINTE | -$425.57 | |
| 4/9/2026 | TRAN FEE INTUIT 30616873 524771244186137 CCD | -$14.95 | |
| 4/9/2026 | DEPOSIT INTUIT 27255683 524771244186137 CCD | | $1,400.00 |
| 4/8/2026 | QBOOKS ONL INTUIT 3296193 CCD | -$453.00 | |
| 4/8/2026 | TRAN FEE INTUIT 26579313 524771244186137 CCD | -$91.82 | |
| 4/8/2026 | DEPOSIT INTUIT 25698643 524771244186137.CCD | | $500.00 |
| 4/8/2026 | DOCKWA DOCKWA ST-T3L6K4O5Q0U2 CCD | | $106.96 |
| 4/7/2026 | DEPOSIT INTUIT 21500923 524771244186137 CCD | | $3,071.00 |
| 4/6/2026 | TRAN FEE INTUIT 15042513 524771244186137 CCD | -$57.04 | |
| 4/6/2026 | DEPOSIT/CREDIT | | $3,800.00 |
| 4/3/2026 | TRAN FEE INTUIT 10583803 524771244186137 CCD | -$77.00 | |

Transaction history - All activity · ChoiceOne Bank

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 4/3/2026 | **DEPOSIT INTUIT 09761793 524771244186137 CCD** | | $1,907.34 |
| 4/2/2026 | **DEPOSIT INTUIT 05184383 524771244186137 CCD** | | $2,625.00 |
| 4/1/2026 | **WITHDRAWAL/DEBIT 116** | -$1,170.00 | |