# Exhibit K

**Adelaide-Pointe**
**General Ledger**
As of April 22, 2026

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **IB - Adelaide Pte QOZB - 9606** | | | | | | | | 31,742.82 |
| Deposit | 04/01/2026 | | | Deposit | Payments Received | 1,008.58 | | 32,751.40 |
| Deposit | 04/01/2026 | | | Deposit | Payments Received | 75.00 | | 32,826.40 |
| Deposit | 04/01/2026 | | | Deposit | Payments Received | 1,440.00 | | 34,266.40 |
| Check | 04/02/2026 | | Intuit | | Intuit Fee | | 3.43 | 34,262.97 |
| Deposit | 04/03/2026 | | | Deposit | Payments Received | 75.00 | | 34,337.97 |
| Check | 04/03/2026 | | ADP Tax | | Payroll Expenses | | 115.16 | 34,222.81 |
| Check | 04/03/2026 | | ADP Wage | | Payroll Expenses | | 444.03 | 33,778.78 |
| Check | 04/03/2026 | | ADP Wage | | Payroll Expenses | | 11,809.59 | 21,969.19 |
| Check | 04/03/2026 | | ADP Tax | | Payroll Expenses | | 4,203.26 | 17,765.93 |
| Check | 04/03/2026 | | Intuit | | Intuit Fee | | 30.22 | 17,735.71 |
| Check | 04/03/2026 | | Chase Credit Card | | -SPLIT- | | 2,408.54 | 15,327.17 |
| Check | 04/06/2026 | | Intuit | | Intuit Fee | | 1.69 | 15,325.48 |
| Check | 04/06/2026 | | Intuit | | Intuit Fee | | 42.27 | 15,283.21 |
| Check | 04/06/2026 | 1012 | Stevenson & Bullock PLC | Insurance - Gallagher Invoice 4071505 | -SPLIT- | | 32,111.75 | -16,828.54 |
| Transfer | 04/06/2026 | | | Funds Transfer | IB - Leestma Mngt - 4476 | 3,500.00 | | -13,328.54 |
| Deposit | 04/06/2026 | | | Deposit | Payments Received | 350.00 | | -12,978.54 |
| Deposit | 04/06/2026 | | Leestma Management | Funds Transfer - Per Court Order | Intercompany Loan | 15,000.00 | | 2,021.46 |
| Check | 04/08/2026 | | | | Intuit Fee | | 7.18 | 2,014.28 |
| Check | 04/08/2026 | | | | Bank Service Charges | | 15.00 | 1,999.28 |
| Check | 04/10/2026 | | ADP Tax | ADP PAYROLL FEES 550374703 - AC | Payroll Expenses | | 113.61 | 1,885.67 |
| Check | 04/10/2026 | | | | Intuit Fee | | 1.00 | 1,884.67 |
| Transfer | 04/10/2026 | | | Funds Transfer | IB - Leestma Mngt - 4476 | 2,000.00 | | 3,884.67 |
| Transfer | 04/10/2026 | | | Funds Transfer | IB - Waterland BattleCreek 4265 | 2,000.00 | | 5,884.67 |
| Deposit | 04/10/2026 | | | Deposit | Payments Received | 1,380.00 | | 7,264.67 |
| Check | 04/10/2026 | | Forklift Exchange Inc. | Cust  ADELA001 - Invoice W09503, W | Repairs and Maintenance | | 6,725.69 | 538.98 |
| Deposit | 04/13/2026 | | | Deposit | Payments Received | 75.00 | | 613.98 |
| Deposit | 04/13/2026 | | | Deposit | -SPLIT- | 9,759.51 | | 10,373.49 |
| Check | 04/14/2026 | 1021 | Manne Works | Invoices # 956, 952, 965 & 952 | -SPLIT- | | 4,297.32 | 6,076.17 |
| Deposit | 04/14/2026 | | Independent Bank | Deposit | Lender Advance | 54,484.44 | | 60,560.61 |
| Check | 04/14/2026 | | Consumers Energy | Acct No  1030 5518 1319 - Conf No  4 | Utilities | | 213.61 | 60,347.00 |
| Check | 04/14/2026 | | Consumers Energy | Acct No  1030 5518 1780 - Conf No  4 | Utilities | | 5,659.98 | 54,687.02 |
| Check | 04/14/2026 | | Consumers Energy | Acct No  1030 5517 9586 - Conf No  # | Utilities | | 5,218.59 | 49,468.43 |
| Check | 04/14/2026 | | Consumers Energy | Acct No. 1030 5518 0071 - Conf No  # | Utilities | | 104.19 | 49,364.24 |
| Check | 04/14/2026 | 1013 | Consumers Energy | Acct No. 1030 5554 7022 | Utilities | | 79.85 | 49,284.39 |
| Check | 04/14/2026 | 1014 | Consumers Energy | Acct No. 1030 5554 7030 | Utilities | | 475.15 | 48,809.24 |
| Check | 04/14/2026 | 1015 | Consumers Energy | Acct No. 1030 5554 6719 | Utilities | | 78.63 | 48,730.61 |
| Check | 04/14/2026 | 1016 | DTE Energy | Acct 9200 723 8869 8 | Utilities | | 4,051.09 | 44,679.52 |
| Check | 04/14/2026 | 1017 | DTE Energy | Acct 9200 712 9646 0 | Utilities | | 7,376.76 | 37,302.76 |
| Check | 04/14/2026 | 1018 | DTE Energy | Acct 9200 712 9659 3 | Utilities | | 7,844.42 | 29,458.34 |
| Check | 04/14/2026 | 1019 | The Oscar W. Larson Co. | Invoice 158443 | Fuel Pumps | | 500.00 | 28,958.34 |
| Check | 04/14/2026 | 1020 | Shoreline Services, Inc | Inv #194319 | Professional Costs | | 385.00 | 28,573.34 |
| Check | 04/14/2026 | | Scheid Plumbing, Heating & Cooling | Invoice I-39264-1 - Job #39264 - Capit | Repairs and Maintenance | | 2,044.04 | 26,529.30 |
| Check | 04/14/2026 | | Eco Smart Home Pros | Invoice 1717 - Auth ID 17A29T0U8Z82 | Repairs and Maintenance | | 211.96 | 26,317.34 |
| Check | 04/14/2026 | | Eco Smart Home Pros | Invoice 1714 - Auth ID 16A25T0U9H4C | Repairs and Maintenance | | 148.38 | 26,168.96 |
| Check | 04/14/2026 | | Eco Smart Home Pros | Invoice 1712 - Auth ID 14A26T3UFC2I | Repairs and Maintenance | | 60.95 | 26,108.01 |
| Check | 04/14/2026 | | Eco Smart Home Pros | Invoice 1674 - 12A24T2UNP20 | Repairs and Maintenance | | 64.92 | 26,043.09 |
| Check | 04/15/2026 | 1022 | Shepherd Shoreline Gutters and Gar | Invoice No  27095 | Repairs and Maintenance | | 400.00 | 25,643.09 |
| Check | 04/15/2026 | 1023 | Northside Heating Cooling | | -SPLIT- | | 927.50 | 24,715.59 |
| Transfer | 04/15/2026 | | | Funds Transfer / Payroll | IB - Waterland BattleCreek 4265 | | 500.00 | 24,215.59 |
| Check | 04/16/2026 | | ADP Wage | | Payroll Expenses | | 13,578.59 | 10,637.00 |
| Check | 04/16/2026 | | ADP Tax | | Payroll Expenses | | 4,482.42 | 6,154.58 |
| Deposit | 04/20/2026 | | | Deposit | -SPLIT- | 2,078.67 | | 8,233.25 |
| Check | 04/20/2026 | | Intuit | | Intuit Fee | | 27.29 | 8,205.96 |
| Check | 04/20/2026 | | Chase Credit Card | | -SPLIT- | | 2,000.00 | 6,205.96 |
| Transfer | 04/20/2026 | | | Funds Transfer | IB - Waterland BattleCreek 4265 | 500.00 | | 6,705.96 |
| Deposit | 04/20/2026 | | | Deposit | Payments Received | 21,220.83 | | 27,926.79 |
| Check | 04/20/2026 | | | | Bank Service Charges | | 15.00 | 27,911.79 |
| **Total IB - Adelaide Pte QOZB - 9606** | | | | | | 114,947.03 | 118,778.06 | 27,911.79 |

| | ADELAIDE POINTE QOZB LLC RECEIVERSHIP | | | |
|---|---|---|---|---|
| Date | Description | Check Number | Amount | Balance |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($91.25) | $19,001.79 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($1,196.52) | $19,093.04 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($124.57) | $20,289.56 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($504.58) | $20,414.13 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($478.57) | $20,918.71 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($546.87) | $21,397.28 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($3,993.41) | $21,944.15 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($390.82) | $25,937.56 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($78.75) | $26,328.38 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($208.08) | $26,407.13 |
| 4/27/2026 | CITY OF MUSKEGON - CITY OF MU | | ($171.25) | $26,615.21 |
| 4/27/2026 | CHASE CREDIT CRD - EPAY | | ($1,000.00) | $26,786.46 |
| 4/24/2026 | CAPITAL ONE - ONLINE PMT CA0109957FCFC87 | | ($4,775.14) | $27,786.46 |
| 4/24/2026 | ADP PAYROLL FEES 550374703 - ADP FEES 936940229122 | | ($94.01) | $32,561.60 |
| 4/23/2026 | CHASE CREDIT CRD - EPAY | | ($2,000.00) | $32,655.61 |
| 4/22/2026 | CHECK #1023 | 1023 | ($927.50) | $34,655.61 |
| 4/22/2026 | CHECK #1020 | 1020 | ($385.00) | $35,583.11 |
| 4/21/2026 | CHECK #1022 | 1022 | ($400.00) | $35,968.11 |
| 4/21/2026 | CHECK #1019 | 1019 | ($500.00) | $36,368.11 |
| 4/20/2026 | CHECK #1016 | 1016 | ($4,051.09) | $36,868.11 |
| 4/20/2026 | CHECK #1017 | 1017 | ($7,376.76) | $40,919.20 |
| 4/20/2026 | CHECK #1018 | 1018 | ($7,844.42) | $48,295.96 |
| 4/20/2026 | DOMESTIC WIRE DEPOSIT FEE DOMESTIC WIRE DEP FEE 96707474 | | ($15.00) | $56,140.38 |
| 4/20/2026 | DOMESTIC WIRE DEPOSIT INCOMING WIRE 96707474 STEVENSON & BULL | | $21,220.83 | $56,155.38 |
| 4/20/2026 | CHECK #1013 | 1013 | ($79.85) | $34,934.55 |
| 4/20/2026 | CHECK #1014 | 1014 | ($475.15) | $35,014.40 |
| 4/20/2026 | CHECK #1015 | 1015 | ($78.63) | $35,489.55 |
| 4/20/2026 | DEPOSIT INTERNET XFR FRM CHECKG X4265 | | $500.00 | $35,568.18 |
| 4/20/2026 | INTUIT 64786293 - TRAN FEE 524771079189717 | | ($27.29) | $35,068.18 |
| 4/20/2026 | INTUIT 57861463 - DEPOSIT 524771079189717 | | $2,078.67 | $35,095.47 |
| 4/17/2026 | CHASE CREDIT CRD - EPAY | | ($2,000.00) | $33,016.80 |
| 4/16/2026 | CHECK #1021 | 1021 | ($4,297.32) | $35,016.80 |
| 4/16/2026 | ADP WAGE PAY 323298036 - WAGE PAY 928242030773V6Q | | ($13,578.59) | $39,314.12 |
| 4/16/2026 | ADP TAX AC - ADP TAX LFV6Q 041702A01 | | ($4,482.42) | $52,892.71 |
| 4/15/2026 | WITHDRAWAL INTERNET XFR TO CHECKG X4265 | | ($500.00) | $57,375.13 |
| 4/15/2026 | DEPOSIT | | $2,361.95 | $57,875.13 |
| 4/15/2026 | CONSUMERS ENERGY DIRECT DEBITING - ENERGYBILL | | ($94.20) | $55,513.18 |
| 4/15/2026 | CONSUMERS ENERGY DIRECT DEBITING - ENERGYBILL | | ($5,208.60) | $55,607.38 |
| 4/15/2026 | CONSUMERS ENERGY DIRECT DEBITING - ENERGYBILL | | ($5,649.99) | $60,815.98 |
| 4/15/2026 | CONSUMERS ENERGY DIRECT DEBITING - ENERGYBILL | | ($213.61) | $66,465.97 |
| 4/15/2026 | CAPITAL ONE - ONLINE PMT CA0E74F204A725F | | ($2,044.04) | $66,679.58 |
| 4/15/2026 | STEVEN DONLEY - SALE | | ($64.92) | $68,723.62 |
| 4/15/2026 | STEVEN DONLEY - SALE | | ($60.95) | $68,788.54 |
| 4/15/2026 | PMNTUS SVC FEE 800-420-1663 - SERVICEFEE | | ($9.99) | $68,849.49 |
| 4/15/2026 | PMNTUS SVC FEE 800-420-1663 - SERVICEFEE | | ($9.99) | $68,859.48 |
| 4/15/2026 | PMNTUS SVC FEE 800-420-1663 - SERVICEFEE | | ($9.99) | $68,869.47 |
| 4/15/2026 | PMNTUS SVC FEE 800-420-1663 - SERVICEFEE | | ($9.99) | $68,879.46 |
| 4/15/2026 | STEVEN DONLEY - SALE | | ($211.96) | $68,889.45 |
| 4/15/2026 | STEVEN DONLEY - SALE | | ($148.38) | $69,101.41 |
| 4/15/2026 | INTUIT 50926213 - TRAN FEE 524771079189717 | | ($1.75) | $69,249.79 |

| Date | Description | Check # | Amount | Balance |
|---|---|---|---|---|
| 4/14/2026 | INTUIT 44474303 - DEPOSIT 524771079189717 | | $75.00 | $69,251.54 |
| 4/13/2026 | DEPOSIT | | $54,484.44 | $69,176.54 |
| 4/13/2026 | DEPOSIT | | $9,759.54 | $14,692.10 |
| 4/13/2026 | CAPITAL ONE - ONLINE PMT CA00B9EF1567D4A | | ($6,725.69) | $4,932.56 |
| 4/10/2026 | DEPOSIT | | $1,962.98 | $11,658.25 |
| 4/10/2026 | DEPOSIT INTERNET XFR FRM CHECKG X4265 | | $2,000.00 | $9,695.27 |
| 4/10/2026 | DEPOSIT INTERNET XFR FRM CHECKG X4476 | | $2,000.00 | $7,695.27 |
| 4/10/2026 | INTUIT 32181003 - TRAN FEE 524771079189717 | | ($1.00) | $5,695.27 |
| 4/10/2026 | INTUIT 27318673 - DEPOSIT 524771079189717 | | $1,380.00 | $5,696.27 |
| 4/10/2026 | ADP PAYROLL FEES 550374703 - ADP FEES 933141418416 | | ($113.61) | $4,316.27 |
| 4/8/2026 | CHECK #1012 | 1012 | ($32,111.75) | $4,429.88 |
| 4/8/2026 | CHECK #1010 | 1010 | ($47.22) | $36,541.63 |
| 4/8/2026 | CHECK #1009 | 1009 | ($62.99) | $36,588.85 |
| 4/8/2026 | INTUIT 29647133 - TRAN FEE 524771079189717 | | ($7.18) | $36,651.84 |
| 4/7/2026 | DOMESTIC WIRE DEPOSIT FEE DOMESTIC WIRE DEP FEE 96266740 | | ($15.00) | $36,659.02 |
| 4/7/2026 | DOMESTIC WIRE DEPOSIT INCOMING WIRE 96266740 LEESTMA MANAGEM | | $15,000.00 | $36,674.02 |
| 4/7/2026 | INTUIT 21608683 - DEPOSIT 524771079189717 | | $350.00 | $21,674.02 |
| 4/6/2026 | DEPOSIT INTERNET XFR FRM CHECKG X4476 | | $3,500.00 | $21,324.02 |
| 4/6/2026 | INTUIT 22256743 - TRAN FEE 524771079189717 | | ($1.69) | $17,824.02 |
| 4/6/2026 | INTUIT 19201713 - TRAN FEE 524771079189717 | | ($42.27) | $17,825.71 |
| 4/6/2026 | INTUIT 13812833 - DEPOSIT 524771079189717 | | $75.00 | $17,867.98 |
| 4/6/2026 | ADP TAX ZB - ADP TAX LFV6Q 040302A02 | | ($115.16) | $17,792.98 |
| 4/3/2026 | ADP WAGE PAY 323298036 - WAGE PAY 447580815243V6Q | | ($444.03) | $17,908.14 |
| 4/3/2026 | CHECK #1011 | 1011 | ($400.00) | $18,352.17 |
| 4/3/2026 | ADP WAGE PAY 323298036 - WAGE PAY 787103409115V6Q | | ($11,809.59) | $18,752.17 |
| 4/3/2026 | INTUIT 15697633 - TRAN FEE 524771079189717 | | ($30.22) | $30,561.76 |
| 4/3/2026 | INTUIT 08555603 - DEPOSIT 524771079189717 | | $1,440.00 | $30,591.98 |
| 4/3/2026 | CHASE CREDIT CRD - EPAY | | ($2,408.54) | $29,151.98 |
| 4/3/2026 | ADP TAX RL - ADP TAX LFV6Q 040301A01 | | ($4,203.26) | $31,560.52 |
| 4/2/2026 | INTUIT 11019823 - TRAN FEE 524771079189717 | | ($3.43) | $35,763.78 |
| 4/2/2026 | INTUIT 06503613 - DEPOSIT 524771079189717 | | $1,083.58 | $35,767.21 |
| 4/1/2026 | DEPOSIT | | $2,200.00 | $34,683.63 |
| 4/1/2026 | INTUIT 03154663 - DEPOSIT 524771079189717 | | $1,440.00 | $32,483.63 |