# Exhibit L

| Budget to Variance - Week of 04.17.2026-04.22.2026 | | | | |
|---|---|---|---|---|
| Entity | Amount | Purpose | Amount Spent | Details |
| Adelaide Pointe Boaters Services | $ 10,000.00 | Conveinence Store Items | $ - | Supplies will be ordered on 04.28.2026, delivered on 04.30.2026 and payment made on 05.05.2026 |
| Adelaide Pointe Boaters Services | $ 10,000.00 | Fuel Supply Contractor | $ - | Receiver working with fuel supplier |
| Adelaide Pointe QOZB | $ 20,000.00 | Payroll draw on 04.17.2026 | $ 18,155.12 | ADP Payroll on 04.17.2026 (ADP Wage - $13,578.69, ADP Tax - $4,482.42 & ADP Fee - $94.01 = $18,155.12) |
| Adelaide Pointe QOZB | Up to $50,000.00 | Fire Panel/sprinkler install and repairs at 1204 Western, Muskegon property | Quotes approved | Total Fire - Approved Quote 1204 Western- Quote 2067144 - $11,174.00 Total Fire - Approved Quote Mancaves - Quote 2046408 - $5,114.80 Will also need to upgrade electrical, per quote. Working on updated quote for fire panel |
| Adelaide Pointe QOZB | $ 20,000.00 | Roof repair at 1204 Western (Low West/office) | Quote approved | Fivestar Roofing - $18,500.00 - LowWest Building |
| Adelaide Pointe QOZB | $ 10,000.00 | Payment on Chase Credit Card for silt fence, repairs and maintenance items at Adelaide Pointe campus | $ 4,000.00 | Payments made to charges on credit card (Open balance of $8,341.87 as of 04.26.2026) |
| Adelaide Pointe QOZB | $ 20,000.00 | Erosion Control | $ 10,280.89 | Amount paid for Erosion control costs |
| | $ 15,000.00 | Utilities at Adelaide Pointe campus | $ - | Utilities were paid on 04.14.2026 & 04.24.2026 |
| Leestma Management | $ 10,000.00 | Ordinary course payables as set forth in the Bradley budget, including $5,000.00 in real property taxes | $ - | Payables were paid on 04.15.2026 & 04.24.2026 (none were paid during this timeperiod) |
| Leestma Management | $ 3,050.00 | Handyman payroll 04.17.2026 | $ 3,051.98 | ADP Payroll |
| Waterland Battle Creek | $ 1,800.00 | Handyman payroll 04.17.2026 | $ 1,775.20 | ADP Payroll |
| Waterland Battle Creek | $ 5,000.00 | Ordinary course payables as set forth in the Bradley budget | $ 3,620.04 | Only one payable during this time period |