# Exhibit M



**CHASE** for BUSINESS®

Printed from Chase for Business

Overview /    Account:   | Ink Preferred ⌄ |

Ink Preferred ▮▮▮▮



# $8,499.10

Current balance | Show details ⌄

| | | | |
|---|---|---|---|
| May 5, 2026 | $0.00 | $1,329.97 | $1,703.90 |
| Payment due date | Minimum payment due | Remaining statement balance | Available credit |
| $10,500.00 | Off ⟳ \| | 0 \| | |
| Total credit limit | Automatic payments | Ultimate Rewards® points | |

Cardholders (2)     ⌄

## Transactions

### Pending (2) ⌃

| Date | Description | Card | Amount |
|---|---|---|---|
| Apr 23, 2026 | DOCUSIGN | (...0809) | $162.00 |
| | DOCUSIGN | (...0809) | $135.00 |

Showing

| Specific date range | ⌄ |
|---|---|

We found 26 transactions.

Filtered by:   Apr 1, 2026 to Apr 23, 2026

| Date ▼ | Description ◇ | Card ◇ | Category | | Amount ◇ |
|---|---|---|---|---|---|
| Apr 22, 2026 | Payment Thank You - Web | (...493 0) | — | | −$2,000.00 |
| Apr 20, 2026 | Zoom Zoom | (...080 9) | Bills & utilities | ⌄ | $695.98 |
| | Intuit Quickbook Intuit | (...080 9) | Office & Shipping | ⌄ | $193.00 |
| Apr 17, 2026 | Menards Menards | (...080 9) | Repair & maintenance | ⌄ | $417.20 |
| Apr 16, 2026 | IN LEGACY CANVAS AND | (...080 9) | Repair & maintenance | ⌄ | $239.48 |
| | Payment Thank You - Web | (...493 0) | — | | −$2,000.00 |
| Apr 15, 2026 | Menards Online Menards | (...080 9) | Repair & maintenance | ⌄ | $1,149.36 |
| Apr 13, 2026 | Forklift Exchange Inc | (...080 9) | Repair & maintenance | ⌄ | $2,944.68 |
| Apr 10, 2026 | SP BLUSTNGABIONSPLY Shop Pay | (...080 9) | Repair & maintenance | ⌄ | $1,230.12 |
| | The Home Depot The Home Depot | (...080 9) | Repair & maintenance | ⌄ | $25.19 |

| Date ▼ | Description ⌄ | Card ⌄ | Category | | Amount ⌄ |
|---|---|---|---|---|---|
| Apr 9, 2026 | Menards Menards | (...0809) | Repair & maintenance | ⌄ | $16.92 |
| | The Home Depot The Home Depot | (...0809) | Repair & maintenance | ⌄ | −$1,772.85 |
| | Menards Menards | (...0809) | Repair & maintenance | ⌄ | $257.20 |
| | Lowe's Home Improvement Lowe's Home Improvement | (...0809) | Repair & maintenance | ⌄ | $337.76 |
| | MARATHON | (...0809) | Gas | ⌄ | $84.54 |
| Apr 8, 2026 | The Home Depot The Home Depot | (...0809) | Repair & maintenance | ⌄ | $46.61 |
| | Comcast Comcast | (...0809) | Bills & utilities | ⌄ | $203.85 |
| | AutoZone AutoZone | (...0809) | Automotive | ⌄ | $27.11 |
| Apr 7, 2026 | Bulldog Dumpsters LLC Square | (...0809) | Bills & utilities | ⌄ | $519.53 |
| | ONETOUCHSID ON PayPal | (...0809) | Repair & maintenance | ⌄ | $1,233.54 |
| Apr 2, 2026 | Payment Thank You - Web | (...4930) | — | | −$2,408.54 |
| Apr 1, 2026 | The Home Depot Online The Home Depot | (...0809) | Repair & maintenance | ⌄ | $1,772.85 |

| Date ▼ | Description ◇ | Card ◇ | Category | | Amount ◇ |
|---|---|---|---|---|---|
| Mar 31, 2026 | Menards<br>Menards | (...080<br>9) | Repair &<br>maintenance | ∨ | $635.69 |
| Mar 30, 2026 | Gordon Food Service<br>(GFS)<br>Gordon Food Service<br>(GFS) | (...080<br>9) | Food & drink | ∨ | $8.47 |
| | West Marine<br>West Marine | (...080<br>9) | Repair &<br>maintenance | ∨ | $266.77 |
| | The Home Depot<br>The Home Depot | (...080<br>9) | Repair &<br>maintenance | ∨ | $46.05 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2026 JPMorgan Chase & Co          Equal Opportunity Lender



Posted Transactions Since Your Last Statement                    Account Ending in ...6782

| DATE | DESCRIPTION | CATEGORY | CARD | AMOUNT |
|------|-------------|----------|------|--------|
| Apr 14 | Payment from INDEPENDENT BANK ...9606 | Payment | John P. ...6782 | -$2,044.04 |
| Apr 11 | FORKLIFT EXCHANGE FLOR | Merchandise | John P. ...6782 | $6,725.69 |
| Apr 11 | SCHEID PLUMBING HEATIN | Professional Services | John P. ...6782 | $2,044.04 |

| Apr 10 | Payment from INDEPENDENT BANK ...9606 | Payment | John P. ...6782 | -$6,725.69 |