UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC, | Case No 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors. | |
| _____/ | *Jointly Administered Cases* |

**SECOND MOTION TO EXTEND TIME
TO FILE SCHEDULES A-J AND STATEMENTS**

Leestma Management, LLC, Adelaide Pointe QOZB, LLC, Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC and Waterland Battle Creek, LLC (collectively the "Debtors"), through counsel and pursuant to § 521(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby files this *Motion* seeking an additional fourteen (14) day extension of time to file their *Schedules A-J, Summary of Assets and Liabilities, and Statement of Financial Affairs* (together, the "Required Documents") through and including Wednesday, May 13, 2026, without prejudice to further extensions. In support of the relief requested in this *Motion,* the Debtors states as follows:

**BACKGROUND**

1. On April 1, 2026 (the "Petition Date"), the Debtors filed their respective voluntary petition for relief under Chapter 11 of the Bankruptcy Code (Doc. No. 1) seeking relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division.

2. On April 2, 2026, the Court entered its *Notice of Incomplete and/or Deficient Filing and*

*Opportunity to Cure Deficiencies* (Doc. No. 3) providing the Debtors fourteen (14) days or Wednesday, April 15, 2026 to file their deficient documents.

3.  On April 3, 2026, the Court entered an order in each case jointly administering the cases with the Lead Case.

4.  On April 7, 2026 the Court entered a *Notice of Bankruptcy Case* (Doc. No. 20), scheduling the 341 meeting of creditors for May 11, 2026[1] at 1:30 p.m.

5.  On April 15, 2026, the Debtors filed their *Motion to Extend Time to File Schedules A-J and Statements* (Doc. No. 45), seeking a 2 week extension of time to file the Required Documents through and including April 29, 2026.

6.  The Debtors respectfully requests additional time to compile and submit the Required Documents. Based on information received by the Debtors' manager received from the state court appointed Receiver on April 28, 2026, the Debtors will need additional time to reconstruct the Debtors' books from today back to the date the Receiver was appointed and obtain additional financial and operational information from the Receiver. In addition, the Debtors are reviewing documents presently in their possession to verify accuracy, completeness, and consistency with the receiver-provided information. This review process is necessary to ensure that the Required Documents are accurate and do not contain inconsistencies, omissions, or duplicative information.

### BASIS FOR RELIEF

7.  Pursuant to Bankruptcy Rule 9006(b), on request of the Debtors, this Court may extend the deadline for filing the Required Documents if cause is shown.

8.  The Debtors seek an additional fourteen (14) day extension to file the Required

---

[1] The Debtors will be seeking to reschedule the 341 with the Office of the United States Trustee.

Documents so they can ensure the information is complete and accurate.

9. The Debtors do not anticipate the need for any further extension and makes this request in good faith and not for the purpose of delay.

WHEREFORE, the Debtors respectfully request the entry of an Order granting this Motion, extending the deadline for the filing of the Required Documents for each Debtor through and including May 13, 2026, and for any other relief deemed appropriate by this Honorable Court.

Dated this 29th day of April, 2026.

/s/ *David S. Jennis*
David S. Jennis
Florida Bar No: 775940
Jennis Morse
606 East Madison Street
Tampa, FL 33602
(813) 229-2800
Email: djennis@jennislaw.com
         ecf@jennislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via CM/ECF electronic service to the **United States Trustee**; and to those parties receiving via CM/ECF in the ordinary course of business on this 29th day of April, 2026.

/s/ *David S. Jennis*
David S. Jennis