UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC, | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe, QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |

Debtors

_____/            *Jointly Administered*

### NOTICE OF HEARING

NOTICE IS GIVEN THAT:

1.  The Honorable Caryl E. Delano will conduct a preliminary hearing in this case on Friday, May 8, 2026 at 10:00 a.m. in Courtroom 9A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 on the following matter:

> *Debtors' Emergency Application to Employ US Marina Group, LLC as Operating Manager of the Debtors' Marina Operations Under 11 U.S.C. §§ 363(b) and 327(a); for Finding the Receiver's Budget Reconciliation; and for Related Relief* (Doc. No. 89).

2.  All parties may attend in person. Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings held by video or telephone via Zoom, available at https:www.flmb.uscourts.gov/judges/delano/. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5070 no later than 3:00 p.m. one business day before the hearing.

3.  If any party opposing the relief sought at this hearing must appear at a hearing, or any objections or defenses may be deemed waived.

4.   The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

   */s/   David S. Jennis*    

David S. Jennis
Florida Bar No. 775940
Jennis Morse
606 East Madison Street
Tampa, Florida 33602
(813)229-2800
Email: djennis@jennislaw.com
        ecf@jennislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which serves a copy by electronic mail to all parties registered to receive electronic notice.

  */s/   David S. Jennis*    

David S. Jennis
