UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS | |
| SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Chapter 11

Debtors.

*Jointly Administered*

_____/

**NOTICE OF FILING WEEKLY ACCOUNTING OF STATE COURT APPOINTED RECEIVER PURSUANT TO INTERIM ORDER REGARDING CASH COLLATERAL (APRIL 22, 2026 THROUGH APRIL 30, 2026)**

John W. Polderman, the State Court Appointed Receiver, ("Receiver") by and through the undersigned counsel, and for his Weekly Accounting states:

1.      John W. Polderman is the State Court Appointed Receiver of certain assets of the Debtors herein pursuant to an order appointing receiver entered in the Kent County Circuit Court on January 30, 2026 ("State Court Action").

2.      On April 17, 2026, this Court entered an *Interim Order Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* [Dkt. No. 51] and which was extended at a subsequent hearing [Dkt. No. 97 as to Hall Street] ("Interim Orders").

3.      The Interim Orders provides a budget variance report and accounts receivable report for the time period of April 22 through April 30.

1

4.      For Leestma Management, Hall Street, an accounts receivable report is attached as Exhibit A.  A bank activity report is attached as Exhibit B (Lake Michigan Credit Union) and Exhibit C, (Independent Bank).

5.      For Battle Creek Waterland, an accounts receivable report is attached as Exhibit D. A bank activity report is attached as Exhibit E (Independent Bank) and Exhibit F (Huntington Bank).

6.      For Adelaide Pointe Boaters Services, an accounts receivable report is attached as Exhibit G and a banking activity report is attached as Exhibit H (Independent Bank).

7.      For Adelaide Pointe Building 1, there are no accounts receivable activity or bank account.

8.      For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit I, and a banking activity report is attached as Exhibit J (Choice One) and Exhibit K (Independent Bank).

9.      A budget variance report is attached as Exhibit L.

10.     Credit card activity is attached as Exhibit M.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com


JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)

2

400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Accounting has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL  33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: **Leestma Management, LLC**, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on May 5, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

3