UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC, | Case No 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors. | |
| _____/ | *Jointly Administered Cases* |

**DEBTORS' MOTION FOR IN CAMERA REVIEW OF
CASH COLLATERAL BUDGET**

Leestma Management, LLC, Adelaide Pointe QOZB, LLC, Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC and Waterland Battle Creek, LLC (collectively the "Debtors"), by and through the undersigned counsel and pursuant to §§ 105 and 107(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby files this *Debtors' Motion for in Camera Review of Budgets* (the "Motion") requesting the Court's *in camera* review of the Debtors' cash collateral budget. In support of the Motion, the Debtors state:

**BACKGROUND**

1.  On April 1, 2026 (the "Petition Date"), the Debtors filed their respective voluntary petition for relief under Chapter 11 of the Bankruptcy Code (Doc. No. 1) seeking relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division.

2.  On April 3, 2026, the Court entered an order in each case jointly administering the cases with the Lead Case.

3.  The Court has scheduled a continued cash collateral hearing on May 8, 2026, at 10:00

a.m.

4.   The Debtors respectfully request this Court allow the Debtors to file the updated cash collateral budget for in camera review.

5.   The budget has been circulated via email to counsels for the parties that have appeared in the case.

6.   By this Motion and pursuant to Section 107(b) and Bankruptcy Rule 9018, the Debtors request the Court conduct an *in camera* review of the Debtors' updated cash collateral budget.

7.   The Debtors respectfully submit that the budget should be reviewed *in camera* due to the sensitive and potentially confidential information contained therein, as well as the significant public interest implicated by the project.

8.   Section 105(a) of the Bankruptcy Code authorizes the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code." See 11 U.S.C. § 105(a). Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 provide that the Bankruptcy Court may enter an order "to protect an entity with respect to a trade secret or confidential research, development or commercial information[.]" 11 U.S.C. § 107(b)(1); see also Fed. R. Bankr. P. 9018 (same provision as applied "to protect the estate or any entity").

WHEREFORE, the Debtors respectfully request the entry of an Order granting this Motion, authorizing the Debtors to submit the cash collateral budgets for an *in camera* review and for a such other and further relief as is appropriate.

Dated this  6th day of May, 2026.

/s/ *David S. Jennis*
David S. Jennis
Florida Bar No: 775940
Jennis Morse
606 East Madison Street
Tampa, FL 33602
(813) 229-2800
Email: djennis@jennislaw.com
      ecf@jennislaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via CM/ECF electronic service to the **United States Trustee**; and to those parties receiving via CM/ECF in the ordinary course of business on this 6th day of May, 2026.

/s/ *David S. Jennis*
David S. Jennis