**Fill in this information to identify the case:**

Debtor name ___Leestma Management, LLC___

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): ___8:26-bk-02696___

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Independent Bank 4200 East Beltline Avenue Grand Rapids, MI, 49525 | | Personal Guarantee for Waterland Battle Creek | | | | 489,600.00 |
| 2 | Auto-Owners Insurance 6101 Anacapri Blvd. Lansing, MI, 48917 | | Suppliers or Vendors | | | | 12,951.14 |
| 3 | DTE Energy PO Box 740786 Cincinnati, OH, 45274 | | Utility Services | | | | 7,348.81 |
| 4 | City of Grand Rapids 300 Monroe Avenue Nw Grand Rapids, MI, 49503 | | Taxes & Other Government Units | | | | 5,403.79 |
| 5 | Republic Services 2471 Wilshire DRive Jenison, MI, 49428 | | Utility Services | | | | 1,729.05 |
| 6 | NAI Wisinski of West Michigan 100 Cesar E. Chavez Ave SW Suite 1000 Grand Rapids, MI, 49503 | | | | | | 1,227.36 |
| 7 | Elevator Service Inc. 823 Ottawa Avenue NW Grand Rapids, MI, 49503 | | Services | | | | 975.00 |
| 8 | Indusco Supply Company Inc 3645 E. Cork St Kalamazoo, MI, 49001 | | Suppliers or Vendors | | | | 786.77 |

Debtor    Leestma Management, LLC
_____
Name

Case number (*if known*)  8:26-bk-02696
_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Liberty Mutual Insurance 4362 Cascade Rd SE Suite 110 Grand Rapids, MI, 49546 | | | | | | 690.78 |
| 10 | Vanguard Fire and Supply Co, Inc. 2101 Martindale Avenue SW Grand Rapids, MI, 49509 | | | | | | 545.00 |
| 11 | Metronet 1000 Metronet Drive Evansville, IN, 47715 | | Telephone / Internet services | | | | 400.00 |
| 12 | Troost Service Company 838 West River Center NE Suite A Comstock Park, MI, 49321 | | Services | | | | 285.00 |
| 13 | Rose Pest Solutions 31700 Research Park Drive Madison Heights, MI, 48071 | | Services | | | | 268.00 |
| 14 | Discount Lock and Door LLC 1382 Baldwin Street Jenison, MI, 49428 | | Services | | | | 219.96 |
| 15 | Wildman Uniform and Linen 800 S. Buffalo Street Warsaw, IN, 46580 | | Suppliers or Vendors | | | | 137.48 |
| 16 | DyerMGT LLC 2519 Normandy Drive SE Grand Rapids, MI, 49506 | | Services | | | | 90.00 |
| 17 | 4Front Credit Union PO Box 795 Traverse City, MI, 49685 | | Personal Guarantee for Adelaide Pointe Wet Marina LLC | | | | 0.00 |
| 18 | West Shore Bank PO Box 627 Ludington, MI, 49431 | | Personal guarantee for Adelaide Pointe Multi-Use, LLC | | | | 0.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |