**United States Bankruptcy Court**

IN RE:                                                                      Case No. 8:26-bk-02696_____

Leestma Management, LLC

_____ Chapter  \_\_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Ryan M. Leestma 1900 Gulf Drive North Unit 7, Bradenton Beach, FL 34217 | 100 | Managing member |