ORDERED.

**Dated:  May 22, 2026**

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC, | Case No.: 8:26-bk-02696-CED [LEAD] |
| ADELAIDE POINTE QOZB, LLC, | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC, | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC, | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC, | Case No.: 8:26-bk-02701-CED |
| Debtors. _____/ | Chapter 11 _Jointly Administered_ |

**AGREED ORDER GRANTING RECEIVER'S ORE TENUS MOTION**
**EXTENDING LISTING AGREEMENT**
**(Doc. No. 131)**

THIS CASE came on for consideration at the hearing on May 8, 2026 (the "**Hearing**") as part of the Debtor's Motion for Authority to Use Cash Collateral (Doc. No. 24). The Court also considered the _State Court Appointed Receiver's Ore Tenus Motion to Authorize Extension of Listing Agreement_ ("**Motion**") (Doc. No. 131). See Hearing Proceeding Memo (Doc. No. 143). No party raised an objection on the record at the Hearing. By submitting this Order for entry, the submitting party represents that counsel for the Debtor has agreed to its entry and the Court has

approved same. Accordingly, for the reasons stated on the record in open court, it is hereby **ORDERED** as follows:

1.      The Motion is GRANTED.

2.      John Polderman, the State Court appointed Receiver who has by order of this Court been excused on an interim basis from turnover requirements of Section 543 of the Bankruptcy Code (the "Receiver") is authorized to execute documents necessary to extend the listing/ management agreements related to the following:

a.      Bradley Company to provide commercial property management for the 77 E. Michigan Ave., Battle Creek, MI ("Battle Creek Property") and 401 Hall St SW, Grand Rapids, MI ("Grand Rapids Property") properties;

b.      NAI Wisinski of West Michigan ("NAI") by Doug Taatjes, Hillary Taatjes Woznick, and Paul Oosterbaan to: (i) list for leasing units within the Grand Rapids Property;

c.      NAI Wisinski of West Michigan by Kara Schoer to list for leasing units within the Battle Creek Property;

3.      Enforcement.  The Court shall retain jurisdiction to enforce the terms of this Order. This Order is without prejudice to the Debtors pending Motions to Compel Turnover (Doc. No. 26) or the Receiver's Motion to Excuse Turnover (Doc. No. 18) (the "Turnover Motions") and by entry of this Order the Court makes no determination of the Turnover Motions, provided that any documents that the Receiver may execute on behalf of the Debtors will remain binding not withstanding the Court's ultimate resolution of the Turnover Motions as protection under Section 543(c)(1) of the Bankruptcy Code.

Attorney, Alberto "Al" F. Gomez, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.