ORDERED.

**Dated:  June 03, 2026**

Caryl E. Delano
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC, | Case No 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |

Debtor.

_____/    *Jointly Administered*

### SECOND ORDER CONTINUING HEARING
### ON DEBTORS' MOTION TO EXTEND STAY
(Doc. No. 94)

THIS CASE came before the Court for continued hearing on May 29, 2026, at 9:30 a. m.

(the "**Hearing**"), upon the *Debtors' Emergency Motion for an Order (I) Extending the Automatic*

*Stay Under 11 U.S.C. § 362(a) to Ryan M. Leestma, or alternatively (II) Granting a Preliminary*

*Injunction Under 11 U.S.C. § 105(a) Enjoining Independent Bank from Pursuing Personal-*

*Liability Actions* (Doc. No. 94) (the "**Stay Motion**") filed by Leestma Management, LLC,

Adelaide Pointe QOZB, LLC, Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building

1, LLC and Waterland Battle Creek, LLC (collectively the "Debtors"). The Court, having heard

statements from counsel, together with the record and being duly advised in the premises, finds

that the Hearing should be continued and the automatic stay extended as to Ryan M. Leestma.

Accordingly, it is

**ORDERED:**

1.      The Hearing on the Stay Motion shall be continued to **July 9, 2026, at 9:30 a.m.** before the Honorable Judge Caryl E. Delano, and will be held at the Sam M. Gibbons, United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, in Courtroom 9A.

2.      All parties may attend the hearing in person.  Patries are directed to consult Judge Delano's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/delano) for her policies and procedures for remote attendance at hearing by video or telephone via Zoom.

3.      The automatic stay as to Ryan M. Leestma, authorized by this Court in its *Interim Order Granting, In Part Debtors' Emergency Motion for an Order (I) Extending the Automatic Stay Under 11 U.S.C. § 362(a) to Ryan M. Leestma, or alternatively (II) Granting a Preliminary Injunction Under 11 U.S.C. § 105(a) Enjoining Independent Bank from Pursuing Personal-Liability Actions* (Doc. No. 144) and the *Order Continuing Hearing on Debtors' Motion to Extend Stay* (Doc. No. 172) shall remain in effect through the continued hearing scheduled on July 9, 2026.

*Attorney David S. Jennis is directed to serve a copy of this order on all interested parties who do not receive service via CM/ECF and to file a proof of service within three days of entry of the order.*