UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

Chapter 11
*Jointly Administered*

_____/

**NOTICE OF CUSTODIAN'S RESPONSE TO STATEMENTS CONTAINED
IN DEBTORS' APRIL 2026 MONTHLY OPERATING REPORTS
AND EXHIBITS THERETO**

John Polderman, in his capacity as the state-court appointed Receiver/Custodian (the "Custodian") for certain assets and operations associated with the Debtors, by and through his undersigned counsel, hereby files this Notice to advise the Court and parties in interest regarding statements contained in the Debtors' Monthly Operating Reports for the period ending April 30, 2026 (the "April MORs").

1.      The Custodian has reviewed the April MORs filed by the Debtors on June 2, 2026.

2.      The Custodian understands that the Debtors have asserted, directly or indirectly, that they were unable to prepare complete and accurate Monthly Operating Reports because the Custodian failed to provide financial information necessary for preparation of those reports.

3.      The Custodian respectfully disputes any such assertion.

4.      Prior to the filing of the April MORs, the Custodian provided financial information, bank records, financial reports, and related documentation to Debtors' counsel for use in the preparation of the Monthly Operating Reports.

5.      Among other things, on May 21, 2026, the Custodian transmitted bank statements, cancelled checks, Bradley reports, and additional financial information to Debtors' counsel and advised that further financial information would be forthcoming.

6.      The Custodian also provided additional financial reports relating to Adelaide Pointe and related entities and communicated with Debtors' counsel regarding the financial information necessary for preparation of the Monthly Operating Reports.

7.      In addition, the Custodian's Third In Camera Report filed in the related state-court Custodianship proceeding was provided to Debtors' counsel and contains financial reporting, bank records, and supporting financial data relating to the Custodianship entities.

8.      The Custodian has remained ready, willing, and able to provide financial information reasonably requested by the Debtors and has cooperated in good faith with the Debtors' efforts to prepare and file Monthly Operating Reports.

9.      To avoid any misunderstanding regarding the availability of financial information, the Custodian/Receiver files this Notice together with the attached Exhibit Index and Exhibits 1 through 7, which are incorporated herein by reference. The attached exhibits demonstrate the financial information, reports, bank records, and related documents that were provided to the Debtors and/or their counsel prior to the filing of the April 2026 Monthly Operating Reports and related exhibits.

10.      The Custodian further notes that the exhibits filed in support of the April 2026 Monthly Operating Reports repeatedly state that the Debtors lacked visibility into Receiver-controlled accounts and would supplement their reports upon turnover of books and records by the Receiver. The Receiver disputes any implication that financial information necessary to prepare the Monthly Operating Reports had not been provided. Prior to the filing of the Monthly Operating

Reports and exhibits, the Receiver had furnished bank statements, financial reports, accounting records, receiver reports, and other financial information to Debtors' counsel, copies of which are attached hereto.

11.    Accordingly, the Custodian files this Notice and supporting exhibits to ensure that the Court and parties in interest have a complete and accurate record regarding the Custodian's cooperation with the Debtors and the financial information provided by the Custodian prior to the filing of the April 2026 Monthly Operating Reports and supporting exhibits.

12.    The Custodian expressly reserves all rights with respect to any statements contained in the Debtors' Monthly Operating Reports and files this Notice solely to ensure that the Court and parties in interest have an accurate record regarding the Receiver's cooperation and provision of financial information.

Dated: June 4, 2026

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AL@JPFirm.com
Counsel for Custodian

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing Notice has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S. Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602, Email: djennis@jennislaw.com; all parties registered to receive electronic notices via CM/ECF in this case; and via U.S. Mail to: **Leestma Management, LLC**, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on June 4, 2026.

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

Chapter 11
*Jointly Administered*

_____/

## **CUSTODIAN'S EXHIBIT LIST**

John Polderman, in his capacity as the state-court appointed Receiver/Custodian (the "Custodian") for certain assets and operations associated with the Debtors, by and through his undersigned counsel, hereby files this Exhibit List and Exhibits in support of his Notice of Custodian's Response to Statements Contained in Debtor's April 2026 Monthly Operating Reports and Exhibits Thereto.

| Exhibit | Document Description |
|---|---|
| 1 | Email dated April 30, 2026 from John Polderman to Tabitha Krawczyk and Ryan Leestma attaching the Quickbooks file |
| 2 | Email dated May 21, 2026 from John Polderman to Debtors' Counsel's Office re Independent Bank Statements and Financial Reports |
| 3 | Documents attached to John Polderman's May 21, 2026 email re: Independent Bank Statements and Financial Reports:  (a) 401 Hall Financial Report, (b) Independent Bank Statement for Adelaide Pointe Boaters Serv LLC dated April 30, 2026, (c) Independent Bank Statement for Adelaide Pointe QOZB LLC dated April 30, 2026, (d) Commerce Pointe Financial Report, (e) Independent Bank Statement for Leestma Management LLC dated April 30, 2026, and (f) Independent Bank Statement for Waterland Battle Creek Pro LLC dated April 30, 2024 |

| 4 | Email dated May 21, 2026 from John Polderman to Debtors' Counsel's Office re Adelaide Pointe April Financials |
|---|---|
| 5 | Documents attached to John Polderman's May 21, 2026 email re Adelaide Pointe April Financials: (a) Adelaide Point AP Aging Summary dated April 30, 2026, (b) Adelaide Pointe Balance Sheet dated April 30, 2026, (c) Adelaide Pointe Profit & Loss Statement dated April 30, 2026, and (d) Adelaide Pointe A/R Aging Summary dated April 30, 2026 |
| 6 | Email dated May 29, 2026 from John Polderman's office to the parties in the State Court case attaching the Receiver's Third In Camera Report |
| 7 | Documents attached to the May 29, 2026 email from John Polderman's office: (a) Notice of Receiver's Third In Camera Report for Adelaide Pointe, and (b) Proof of Service of the Notice of Receiver's Thid In Camera Report for Adelaid Pointe |
| 8 | Debtor's Notice of Filing Exhibits to April Monthly Operating Report (Doc. No. 191) |