ORDERED.

**Dated:  June 15, 2026**

_Caryl E. Delano_
Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC, | Case No.: 8:26-bk-02696-CED [LEAD] |
| ADELAIDE POINTE QOZB, LLC, | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC, | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC, | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC, | Case No.: 8:26-bk-02701-CED |

Debtors.                                                                  *Jointly Administered*

_____/

**AGREED ORDER GRANTING STANCORP MORTGAGE INVESTORS, LLC, AS**
**AUTHORIZED AGENT AND SERVICER'S VERIFIED MOTION FOR RELIEF FROM**
**THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION**
(Doc. No. 133)

**THIS CASE** came before this Court for hearing on June 15, 2026, at 10:00 a.m., upon the

Verified Motion for Relief from the Automatic Stay, or, Alternatively, for Adequate Protection

(the "**Motion**") filed by StanCorp Mortgage Investors, LLC, as Authorized Agent and Servicer

("**StanCorp**") on May 11, 2026 (Doc. No. 133).  By submission of this Order for entry, the

submitting counsel represents that the opposing party consents to its entry.  The Court having

reviewed the Motion and being otherwise duly advised and noting the agreement with respect to the form of this order with the Debtor,[1] it is

**ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated as to StanCorp's interest in the real property commonly known as 6102 and 6120 Clay Avenue Southwest, Wyoming, Michigan 49548 with tax parcel identification numbers of 41-21-01-600-003 and 41-21-01-600-006 (the "**Property**").

3.      The legal description for the Property is as follows:

**Parcel 1:**

All that part of the South 22 rods of the North fractional 1/2 of the Northwest fractional 1/4 of Section 1, Town 5 North, Range 12 West, Byron Township (now City of Wyoming), Kent County, Michigan, lying West of the Penn Central Trans. Co. Railroad right of way and Easterly of a limited access right of way line which is 700 feet Easterly of (measured at right angles) and parallel to the survey line of Highway US -131.

**Parcel 2:**

That part of the Northwest fractional 1/4 of Section 1, Town 5 North, Range 12 West, Byron Township (now City of Wyoming), Kent County, Michigan, described as: Commencing at the North 1/4 corner of said Section 1; thence North 88°14'10" West, 99.28 feet along the North line of said Northwest fractional 1/4; thence South 00°01'45" West, 1192.66 feet along the West line of the railroad right of way to the South line of the North fractional 1/2 of said Northwest fractional 1/4 and the point of beginning; thence South 00°01'45" West, 557.74 feet along the West line of the railroad right of way; thence North 44°25'40" West, 812.90 feet to a point which is 700 feet Easterly of, measured at right angles, from the centerline of existing Highway US -131; thence South 87°42'30" East, 569.78 feet along the South line of the North fractional 1/2 of said Northwest fractional 1/4 to the point of beginning.

Parcels 1 and 2 being more particularly described as:
A parcel of land being part of the East 1/2 of the Northwest fractional 1/4 of Section 1, Town 5 North, Range 12 West, Byron Township, Kent County, Michigan, described as: Commencing at the North 1/4 corner of Section 1; thence South 88032158" West (recorded as North 88°14'10" West) 99.28 feet along the North line of said Northwest fractional 1/4; thence South 03°12'00" East (recorded as South 00°01'45" West) 829.18 feet to the point of beginning on the North line of the South 22 rods of the North fractional 1/2 of the Northwest fractional 1/4 of Section 1; thence

---

[1] All capitalized terms not defined herein have the same meanings ascribed to them in the Motion.

continuing South 03°12'00" East (recorded as South 00°11'45" West) 920.90 feet along the West line of the Railroad Right of Way; thence North 47°40'00" West 812.59 feet (recorded as North 44°25'40" West 812.90 feet) to a point which Is 700 feet Easterly of, measured at right angles, from the centerline of existing Highway US-131; thence North 04°24'50" West parallel to the survey line of US -131, 363.77 feet to the North line of the South 22 rods of the North fractional 1/2 of the Northwest fractional 1/4; thence North 89°03'10" East along the North line of the South 22 rods of the North fractional 1/2 of the Northwest fractional 1/4, 577.37 feet to the point of beginning.

Together with an easement for Ingress and egress as disclosed in Access Easement recorded in Instrument No, 20070109-0003393, more particularly described as: A parcel of land being part of Section 1, Town 5 North, Range 12 West, Byron Township, Kent County, Michigan, described as: Commencing at the North 1/4 corner of Section 1; thence South 88°32'58" West (recorded as North 88°14'10" West) along the North Section line 627.87 feet to the point of beginning, which is 766 feet East of, and measured perpendicular to, the survey centerline of Highway US -131; thence South 04°24"50" East, parallel to and 766 feet East of the centerline of Highway US-131, 825.50 feet; thence South 89°01'10" West 66.12 feet; thence North 04°24'50" West parallel to and 700 feet East of the Centerline of Highway US -131, 824.92 feet to the North line of Section 1; thence North 10°00'25" West 97.15 feet; thence North 76°05'50" East 17.00 feet to a point on a curve to the right, said curve has a radius of 533.00 feet and a long chord bearing and distance of North 08°59'45" West 101.69 feet; thence Northwesterly along the arc of said curve 101.84 feet; thence North 03°31'18" West 2.62 feet to the Southeast corner Lot 6 of the Plat of Argo Industrial Park; thence North 88°45'02" East along the South line of Argo Industrial Park 66.00 feet to the Southwest corner of Lot 7 of the Plat of Argo Industrial Park and a point on a curve to the left, said curve has a radius of 467.00 feet and a long chord bearing and distance of South 16°31'30" East 210.16 feet; thence Southeasterly along the arc of said curve 211.97 feet to the North line of Section 1; thence South 88°32'58" West along the North line of Section 1, 43.27 feet to the point of beginning.

4.      Relief from the automatic stay is granted for the purpose of allowing StanCorp to obtain *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the Property.

5.      Notwithstanding any applicability of the Federal Rules of Bankruptcy Procedure including without limitation Fed. R. Bankr. P. 4001(a)(3), or the Local Rules of this Court, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

****

Attorney Rhys Phillips Leonard is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.