UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS | |
| SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

*Jointly Administered*

_____/

**NOTICE OF FILING BI-WEEKLY ACCOUNTING OF STATE COURT APPOINTED
RECEIVER PURSUANT TO INTERIM ORDERS REGARDING CASH COLLATERAL**

NOW COMES, John W. Polderman, the State Court Appointed Receiver, ("Receiver")

by and through the undersigned counsel, and for his Bi-Weekly Accounting states:

1.      John W. Polderman is the State Court Appointed Receiver of certain assets of the

Debtors herein pursuant to an order appointing receiver entered in the Kent County Circuit Court

on January 30, 2026 ("State Court Action").

2.      On April 17, 2026, this Court entered an *Interim Order Regarding Debtors'*

*Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and*

*Providing Adequate Protection* [Dkt. No. 51] and which was extended at a subsequent hearing

[Dkt. No. 193 as to Debtor Leestma Management/ Hall Street and Dkt. 193 as to the remaining

Debtors] ("Interim Orders").

3.      The Interim Orders provide for a budget variance report and accounts receivable

report for the time period of June 1, 2026 through June 12, 2026.

1

4.      For Leestma Management, Hall Street, an accounts receivable report is attached as Exhibit A and a budget to actual report is attached as Exhibit B.

5.      For Battle Creek Waterland, an accounts receivable report is attached as Exhibit C and a budget to actual report is attached as Exhibit D.

6.      For Adelaide Pointe Boaters Services, a budget to actual report is included in Exhibit E and an accounts receivable report showing fuel sales and credits is included in Exhibit F.

7.      For Adelaide Pointe Building 1, there are no accounts receivable activity or banking activity.  The Receiver has opened a bank account at Independent Bank for this entity, and which he intends on using to pay utility expenses.

8.      For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit F, and budget variance report is attached as Exhibit E.

9.      Credit card activity is attached as Exhibit G.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:     813-225-2500
Facsimile:     813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on June 19, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:      813-225-2500
Facsimile:      813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

# Exhibit A

6/17/2026 2:14 PM

**Receivable Summary-Hall Street: June 2026**

DB Caption: Bradley LIVE   Property: 446   Status: Current, Past, Future   Month From: 06/2026 To 06/2026   Summary By: Tenant

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| Leestma Management, LLC (446    ) | | | | | | | |
| 446 | | AAB Payroll, Inc. | -2,275.28 | 2,628.56 | 0.00 | 353.28 | Utilities charge |
| 446 | | AVERIE HARRIS DESIGN, LLC | -1,166.91 | 1,292.77 | 0.00 | 125.86 | Utilities charge |
| 446 | | Bloom Credit Untion | -19,108.92 | 21,557.59 | 0.00 | 2,448.67 | Utilities charge |
| 446 | | Casey Stormes | 86.31 | 2,091.33 | -2,091.33 | 86.31 | Utilities charge |
| 446 | | Centered Self Mental Health Services, LLC | 0.00 | 675.00 | -675.00 | 0.00 | |
| 446 | | Christensen Law | -450.00 | 450.00 | 0.00 | 0.00 | |
| 446 | | Cygnus Services | -500.00 | 500.00 | 0.00 | 0.00 | |
| 446 | | D2D Events, LLC | -390.50 | 1,390.50 | 0.00 | 1,000.00 | Utilities charge |
| 446 | | Dionel Photography, LLC. | 0.00 | 1,410.25 | 0.00 | 1,410.25 | June 26 charges, tenant contacted about payment status |
| 446 | | DISHER Corporation | 49.01 | 1,932.51 | -1,932.51 | 49.01 | Utilities charge |
| 446 | | ELAS Marketing Services | -2,290.17 | 2,344.91 | 0.00 | 54.74 | Utilities charge |
| 446 | | Emmanuel Hospice | 1,018.91 | 8,206.72 | -9,405.38 | -179.75 | |
| 446 | | Endless Management, LLC | -600.00 | 600.00 | 0.00 | 0.00 | |
| 446 | | First Steps Kent and K-Connect | 286.98 | 6,630.20 | -6,917.18 | 0.00 | |
| 446 | | GR Family Therapy PLLC | -618.00 | 618.00 | 0.00 | 0.00 | |
| 446 | | Hispanic Center of West Michigan | 115.39 | 1,591.35 | 0.00 | 1,706.74 | June 26 charges, tenant contacted about payment status |
| 446 | | Hurley & Stewart, LLC | 257.79 | 2,266.32 | -2,266.32 | 257.79 | Utilities charge |
| 446 | | Ingalls Pictures, LLC. | 1,106.94 | 2,553.00 | -2,553.00 | 1,106.94 | Utilities charge |
| 446 | | Integrative Approaches, PLLC | 0.00 | 500.00 | -500.00 | 0.00 | |
| 446 | | J Photography of Grand Rapids LLC | -1,780.49 | 1,978.59 | -57.63 | 140.47 | Utilities charge |
| 446 | | Jeremy Sampsel | 0.00 | 450.00 | 0.00 | 450.00 | Utilities charge |
| 446 | | Jonas Paul Eyewear, LLC. | 409.70 | 13,614.23 | -13,614.23 | 409.70 | Utilities charge |
| 446 | | JRA Foodservice Deisgn and Engineering | 0.00 | 1,063.45 | -1,063.45 | 0.00 | |
| 446 | | Kendra McNeil | 0.00 | 405.74 | -405.74 | 0.00 | |
| 446 | | Kimberly S. Lichon-Tufer | 0.00 | 529.96 | -529.96 | 0.00 | |
| 446 | | KLH Custom Homes | 124.02 | 955.24 | -955.24 | 124.02 | Utilities charge |
| 446 | | Kmotion Design, Inc. | 0.00 | 525.32 | -525.32 | 0.00 | |
| 446 | | Laurie Schmitt | -690.27 | 690.27 | 0.00 | 0.00 | |
| 446 | | Mate, Inc. | 649.86 | 3,545.00 | -4,194.86 | 0.00 | |
| 446 | | Midwest Building Maintenance, LLC | 205.95 | 1,879.66 | -2,009.64 | 75.97 | Utilities charge |
| 446 | | Mitch Ranger Photography | 2,726.04 | 2,805.00 | -5,531.04 | 0.00 | |
| 446 | | National Women Business Owners Corporation | -801.05 | 849.25 | 0.00 | 48.20 | Utilities charge |
| 446 | | Nika Fesler | 0.00 | 515.00 | -515.00 | 0.00 | |
| 446 | | Perez Law Office, PLC | -500.00 | 500.00 | 0.00 | 0.00 | |
| 446 | | Peter McDaniel | 172.53 | 2,822.80 | -2,822.80 | 172.53 | Utilities charge |
| 446 | | Poppy & Posy, LLC | 211.91 | 0.00 | 0.00 | 211.91 | Utilities charge |
| 446 | | Pottery Lane, LLC. | 506.39 | 7,064.17 | -7,064.17 | 506.39 | Utilities charge |
| 446 | | Red66 Marketing, LLC | 104.94 | 2,508.62 | -2,508.62 | 104.94 | Utilities charge |
| 446 | | Smyly Therapy, LLC | 0.00 | 500.00 | -500.00 | 0.00 | |
| 446 | | Stats Medic, LLC | 162.75 | 4,138.00 | -4,138.00 | 162.75 | Utilities charge |
| 446 | | Studio A & C Kitchen Design, Inc. | 158.74 | 1,410.74 | -1,410.74 | 158.74 | Utilities charge |
| 446 | | Studio M Interiors, LLC | 0.00 | 750.00 | -750.00 | 0.00 | |
| 446 | | Studio M Interiors, LLC. and Melissa Walters | 201.46 | 5,041.00 | -5,242.46 | 0.00 | |
| 446 | | Summit Marketing Partners, Inc. | 146.06 | 2,454.83 | -2,454.83 | 146.06 | Utilities charge |
| 446 | | Tabletalk Counseling, LLC | 0.00 | 369.51 | -369.51 | 0.00 | |
| 446 | | VIDS, LLC | 246.27 | 3,280.30 | -3,280.30 | 246.27 | Utilities charge |
| 446 | | Whole Self Counseling LLC | 0.00 | 600.00 | -600.00 | 0.00 | |
| 446 | | | -22,223.64 | 120,485.69 | -86,884.26 | 11,377.79 | |

# Exhibit B

Leestma Management, LLC (446)

## 2026 Budget to Actual: Hall Street

Period = Feb 2026-Dec 2026

Book = Accrual

Case 8:26-bk-02696-CED    Doc 207    Filed 06/19/26    Page 7 of 19

| | | May 2026 | | | Thru June 12, 2026 | | | To Date Budget | To Date Actual | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Budget | Actual | Variance | Budget | Actual | Variance | | | |
| 6000-0000 | OPERATING EXPENSES | | | | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 4,000.00 | 4,921.50 | 0.23 | 4,000.00 | 4,000.00 | 0.00 | 16,000.00 | 16,393.00 | 0.02 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 272.00 | 338.96 | 0.25 | 272.00 | 200.00 | -0.26 | 1,360.00 | 1,494.29 | 0.10 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 390.00 | 693.90 | 0.78 | 390.00 | 390.00 | 0.00 | 1,950.00 | 2,319.50 | 0.19 |
| 6338-0000 | BANK FEE | 0.00 | 4.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 101.00 | #DIV/0! |
| 6373-0000 | SIGNAGE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 25.00 | 0.00 | -1.00 |
| 6450-0000 | ELECTRICITY | 8,500.00 | 7,309.32 | -0.14 | 9,500.00 | 0.00 | -1.00 | 45,487.00 | 22,858.38 | -0.50 |
| 6451-1000 | SEWER AND WATER | 0.00 | 2,869.52 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 3,005.67 | 5,899.61 | 0.96 |
| 6452-0000 | GAS | 1,000.00 | 3,106.89 | 2.11 | 500.00 | 1,114.49 | 1.23 | 18,000.00 | 21,759.59 | 0.21 |
| 6525-0000 | TRASH REMOVAL | 1,455.00 | 1,704.30 | 0.17 | 1,455.00 | 1,428.90 | -0.02 | 7,304.00 | 8,600.24 | 0.18 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 10,000.00 | 0.00 | -1.00 | 30,297.68 | 2,859.99 | -0.91 | 40,297.68 | 8,299.99 | -0.79 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 565.00 | 545.00 | -0.04 |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! |
| 6538-0000 | GEN MAINT-TECH LABOR | 0.00 | 240.00 | #DIV/0! | 200.00 | 187.50 | -0.06 | 400.00 | 1,023.18 | 1.56 |
| 6538-5000 | GEN MAINT MATERIALS | 0.00 | 132.55 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 2,375.00 | 1,112.88 | -0.53 |
| 6541-0000 | PARKING LOT REPAIR | 0.00 | 187.52 | #DIV/0! | 0.00 | 187.52 | #DIV/0! | 0.00 | 375.04 | #DIV/0! |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 5,028.20 | #DIV/0! |
| 6547-0000 | PLUMBING REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 359.00 | #DIV/0! | 0.00 | 3,749.00 | #DIV/0! |
| 6591-0000 | MILEAGE | 0.00 | 8.70 | #DIV/0! | 0.00 | 40.60 | #DIV/0! | 0.00 | 49.30 | #DIV/0! |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 0.00 | #DIV/0! | 1,116.00 | 141.00 | -0.87 | 2,232.00 | 1,257.00 | -0.44 |
| 6595-1000 | ELEVATOR REPAIR & MAINTENANCE | 0.00 | 213.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 426.00 | #DIV/0! |
| 6596-0000 | PEST CONTROL | 138.00 | 139.00 | 0.01 | 138.00 | 0.00 | -1.00 | 682.00 | 546.00 | -0.20 |
| 6597-0000 | JANITORIAL SUPPLIES | 1,091.67 | 1,419.97 | 0.30 | 1,091.67 | 693.40 | -0.36 | 5,458.35 | 4,393.21 | -0.20 |
| 6597-5000 | JANITORIAL CONTRACT | 4,775.00 | 9,268.00 | 0.94 | 4,915.00 | 4,709.57 | -0.04 | 24,015.00 | 28,436.11 | 0.18 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 765.00 | #DIV/0! |
| 6606-0000 | LOT SWEEPING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | #DIV/0! |
| 6690-0000 | PAYROLL EXPENSE | 5,600.00 | 6,154.73 | 0.10 | 5,600.00 | 0.00 | -1.00 | 28,000.00 | 17,507.16 | -0.37 |
| 6710-0000 | REAL ESTATE TAXES | 11,620.63 | 11,620.63 | 0.00 | 0.00 | 0.00 | #DIV/0! | 46,482.52 | 46,482.52 | 0.00 |
| 6720-0000 | LIABILITY INSURANCE | 6,463.07 | 6,463.07 | 0.00 | 2,000.00 | 1,884.61 | -0.06 | 27,852.28 | 29,143.45 | 0.05 |
| 6800-9999 | TOTAL OPERATING EXPENSES | 55,305.37 | 56,795.56 | 0.03 | 61,475.35 | 18,196.58 | | 275,491.50 | 232,564.65 | -0.16 |
| | | | 7,918.00 | | | | | | | |
| 6820-0000 | INTEREST EXPENSE | 0.00 | 0.00 | #DIV/0! | | | | 0.00 | 3,411.10 | #DIV/0! |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 37,704.54 | 0.00 | -1.00 | | | | 151,560.31 | 113,928.57 | -0.25 |
| 7917-0000 | LEASE COMMISSION | 0.00 | 4,854.51 | #DIV/0! | | | | 0.00 | 18,199.20 | #DIV/0! |
| 7918-0000 | OTHER OWNER EXPENSE | 0.00 | 0.00 | #DIV/0! | | | | 0.00 | -41,361.67 | #DIV/0! |

# Exhibit C

# Receivable Summary: Waterland thru 6/15/26

DB Caption: Bradley LIVE   Property: 445   Status: Current, Past, Future   Month From: 06/2026  To  06/2026  Summary By:

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Waterland Battle Creek Properties, LLC (445    )** | | | | | | | |
| 445 | | Best Investing & Tax | 0.00 | 1,270.50 | 0.00 | 1,270.50 | June 26 charges, tenant contacted about payment status |
| 445 | | Centurylink Communications, LLC | 0.00 | 1,275.98 | 0.00 | 1,275.98 | June 26 charges, tenant contacted about payment status |
| 445 | | Generations Financial Planning, LLC | -2,607.91 | 2,607.91 | 0.00 | 0.00 | |
| 445 | | Integrated Health Partners | 0.00 | 11,978.02 | -11,978.02 | 0.00 | |
| 445 | | US Staffing of West Michigan, LLC | 3,182.80 | 2,889.75 | 0.00 | 6,072.55 | Working w/AR to apply payments made to IB during rent assignment |
| 445 | | Verizon Wireless | 0.00 | 1,430.33 | -1,430.33 | 0.00 | |
| **445** | | | **574.89** | **21,452.49** | **-13,408.35** | **8,619.03** | |

Case 8:26-bk-02696-CED   Doc 207   Filed 06/19/26   Page 9 of 19

# Exhibit D

## 2026 Budget to Actual: Waterland BC Properties

Period = Feb 2026-Dec 2026

Book = Accrual

Case 8:26-bk-02696-CED   Doc 207   Filed 06/19/26   Page 11 of 19

| OPERATING EXPENSES | May 2026 | | | thru June 12, 2026 | | | To Date Budget | To Date Actual | Variance |
|---|---|---|---|---|---|---|---|---|---|
| | Budget | Actual | Variance | Budget | Actual | Variance | | | |
| | | | | | | | | | |
| MANAGEMENT FEE | 1,265.00 | 1,265.00 | 0.00 | 1,265.00 | 1,265.00 | | 6,325.00 | 6,325.00 | 0.00 |
| TELEPHONE AND INTERNET EXPENSE | 214.20 | 213.36 | 0.00 | 214.20 | 213.36 | | 1,071.00 | 1,067.16 | 0.00 |
| MISC EXPENSE-ADMIN FEES | 225.00 | 225.00 | 0.00 | 225.00 | 225.00 | | 1,125.00 | 900.00 | -0.20 |
| BANK FEE | 0 | 44.75 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 90.16 | |
| ELECTRICITY | 5,200.00 | 3,804.38 | -0.27 | 7,000.00 | 0.00 | | 27,800.00 | 3,672.76 | -0.87 |
| ENERGY FEES | 0.00 | 1,429.00 | #DIV/0! | 1,429.00 | 0.00 | | 1,429.00 | 5,716.00 | 3.00 |
| SEWER AND WATER | 666.67 | 596.80 | -0.10 | 666.67 | 967.45 | | 3,333.35 | 3,500.93 | 0.05 |
| GAS | 825.00 | 266.27 | -0.68 | 105.00 | 0.00 | | 3,405.00 | 2,083.72 | -0.39 |
| | | | | | | | 0.00 | 0.00 | |
| TRASH REMOVAL | 624.85 | 681.09 | 0.09 | 750.00 | 686.35 | | 3,249.40 | 3,370.49 | 0.04 |
| FIRE SAFETY MAINT & REPAIR | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 0.00 | #DIV/0! |
| FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 0.00 | #DIV/0! |
| ROOF REPAIR & MAINT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 500.00 | 0.00 | -1.00 |
| GEN MAINT-TECH LABOR | 0.00 | 0.00 | #DIV/0! | 0.00 | 25.96 | | 0.00 | 25.96 | |
| GEN MAINT MATERIALS | 125.00 | 39.26 | -0.69 | 125.00 | 524.12 | | 625.00 | 732.99 | 0.17 |
| HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 235.00 | 377.00 | 0.60 |
| ELEVATOR CONTRACT | 0.00 | 730.33 | #DIV/0! | 0.00 | 0.00 | | 529.63 | 1,285.66 | 1.43 |
| PEST CONTROL | 132.87 | 0.00 | -1.00 | 132.87 | 139.00 | | 664.35 | 546.00 | -0.18 |
| JANITORIAL SUPPLIES | 275.00 | 0.00 | -1.00 | 275.00 | 216.65 | | 1,375.00 | 433.30 | -0.68 |
| JANITORIAL CONTRACT | 1,414.00 | 1,471.90 | 0.04 | 1,350.00 | 1,222.00 | | 7,006.00 | 6,820.27 | -0.03 |
| | | | | | | | 0.00 | 0.00 | |
| SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 6,600.00 | 4,677.00 | -0.29 |
| GROUNDS CONTRACT | 650.00 | 877.00 | 0.35 | 650.00 | 193.00 | | 1,300.00 | 1,070.00 | -0.18 |
| WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 0.00 | #DIV/0! |
| PAYROLL EXPENSE | 0.00 | 2,000.00 | #DIV/0! | 2,000.00 | 4,000.00 | | 2,000.00 | 14,628.68 | 6.31 |
| REAL ESTATE TAXES | 4,100.22 | 4,100.23 | 0.00 | 4,100.22 | 0.00 | | 20,501.11 | 16,400.92 | -0.20 |
| LIABILITY INSURANCE | 683.58 | 689.26 | 0.01 | 683.58 | 0.00 | | 3,417.90 | 2,960.80 | -0.13 |
| | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **16,401.39** | **18,433.63** | **0.12** | **20,971.54** | | | **92,491.74** | **67,006.91** | **-0.28** |
| | | | | | | | | | |
| FINANCIAL EXPENSES | | | | | | | | | |
| INTEREST EXPENSE-DEBT SERVICE | 2,259.00 | 5,841.71 | | 3,756.01 | 6,036.43 | | **9,036.00** | **28,846.00** | |
| | | | | | | | | | |
| TOTAL FINANCIAL EXPENSES | 2,259.00 | 5,841.71 | | | | | | | |
| OWNER EXPENSE - NON-RECOVERABLE | | | | | | | | | |
| LEASE COMMISSION EXPENSE | 58.08 | 58.08 | | 58.08 | | | **232.32** | **232.32** | |
| | | | | | | | | | |
| TOTAL OWNER EXPENSE - NON-RECOV | 58.08 | 58.08 | | | | | | | |

## 2026 Budget to Actual: Waterland BC Properties

Period = Feb 2026-Dec 2026

Book = Accrual

| 6000-0000 | OPERATING EXPENSES | May 2026 | | | thru June 12, 2026 | | | To Date Budget | To Date Actual | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Budget | Actual | Variance | Budget | Actual | Variance | | | |
| 6320-0000 | MANAGEMENT FEE | 1,265.00 | 1,265.00 | 0.00 | 1,265.00 | 1,265.00 | | 6,325.00 | 6,325.00 | 0.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 214.20 | 213.36 | 0.00 | 214.20 | 213.36 | | 1,071.00 | 1,067.16 | 0.00 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 225.00 | 225.00 | 0.00 | 225.00 | 225.00 | | 1,125.00 | 900.00 | -0.20 |
| 6338-0000 | BANK FEE | 0 | 44.75 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 90.16 | |
| 6450-0000 | ELECTRICITY | 5,200.00 | 3,804.38 | -0.27 | 7,000.00 | 0.00 | | 27,800.00 | 3,672.76 | -0.87 |
| 6450-0000 | ENERGY FEES | 0.00 | 1,429.00 | #DIV/0! | 1,429.00 | 0.00 | | 1,429.00 | 5,716.00 | 3.00 |
| 6451-1000 | SEWER AND WATER | 666.67 | 596.80 | -0.10 | 666.67 | 967.45 | | 3,333.35 | 3,500.93 | 0.05 |
| 6452-0000 | GAS | 825.00 | 266.27 | -0.68 | 105.00 | 0.00 | | 3,405.00 | 2,083.72 | -0.39 |
| | | | | | | | | 0.00 | 0.00 | |
| 6525-0000 | TRASH REMOVAL | 624.85 | 681.09 | 0.09 | 750.00 | 686.35 | | 3,249.40 | 3,370.49 | 0.04 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 0.00 | #DIV/0! |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 0.00 | #DIV/0! |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 500.00 | 0.00 | -1.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 0.00 | 0.00 | #DIV/0! | 0.00 | 25.96 | | 0.00 | 25.96 | |
| 6538-5000 | GEN MAINT MATERIALS | 125.00 | 39.26 | -0.69 | 125.00 | 524.12 | | 625.00 | 732.99 | 0.17 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 235.00 | 377.00 | 0.60 |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 730.33 | #DIV/0! | 0.00 | 0.00 | | 529.63 | 1,285.66 | 1.43 |
| 6596-0000 | PEST CONTROL | 132.87 | 0.00 | -1.00 | 132.87 | 139.00 | | 664.35 | 546.00 | -0.18 |
| 6597-0000 | JANITORIAL SUPPLIES | 275.00 | 0.00 | -1.00 | 275.00 | 216.65 | | 1,375.00 | 433.30 | -0.68 |
| 6597-5000 | JANITORIAL CONTRACT | 1,414.00 | 1,471.90 | 0.04 | 1,350.00 | 1,222.00 | | 7,006.00 | 6,820.27 | -0.03 |
| | | | | | | | | 0.00 | 0.00 | |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 6,600.00 | 4,677.00 | -0.29 |
| 6603-7500 | GROUNDS CONTRACT | 650.00 | 877.00 | 0.35 | 650.00 | 193.00 | | 1,300.00 | 1,070.00 | -0.18 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 | | 0.00 | 0.00 | #DIV/0! |
| 6690-0000 | PAYROLL EXPENSE | 0.00 | 2,000.00 | #DIV/0! | 2,000.00 | 4,000.00 | | 2,000.00 | 14,628.68 | 6.31 |
| 6710-0000 | REAL ESTATE TAXES | 4,100.22 | 4,100.23 | 0.00 | 4,100.22 | 0.00 | | 20,501.11 | 16,400.92 | -0.20 |
| 6720-0000 | LIABILITY INSURANCE | 683.58 | 689.26 | 0.01 | 683.58 | 0.00 | | 3,417.90 | 2,960.80 | -0.13 |
| | | | | | | | | | | |
| 6800-9999 | TOTAL OPERATING EXPENSES | 16,401.39 | 18,433.63 | 0.12 | 20,971.54 | | | 92,491.74 | 67,006.91 | -0.28 |
| | | | | | | | | | | |
| 6810-0000 | FINANCIAL EXPENSES | | | | | | | | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 2,259.00 | 5,841.71 | | 3,756.01 | 6,036.43 | | 9,036.00 | 28,846.00 | |
| | | | | | | | | | | |
| 6899-9999 | TOTAL FINANCIAL EXPENSES | 2,259.00 | 5,841.71 | | | | | | | |
| 7000-0000 | OWNER EXPENSE - NON-RECOVERABLE | | | | | | | | | |
| 7917-0000 | LEASE COMMISSION EXPENSE | 58.08 | 58.08 | | 58.08 | | | 232.32 | 232.32 | |
| | | | | | | | | | | |
| 7999-9999 | TOTAL OWNER EXPENSE - NON-RECOV | 58.08 | 58.08 | | | | | | | |

# Exhibit E

**2026 BUDGET VS. ACTUAL - ADELAIDE POINTE**

| | June 1 - June 12, 2026 | | |
|---|---|---|---|
| **RECEIPTS** | | | |
| **Rental Receipts [1]** | **Budget** | **Actual** | **Variance** |
| 1240 W Western - Offices | $3,150 | $2,181 | ($969) |
| 1240 W Western - Low West [2] | $21,742 | 0 | (21,742) |
| 1204A W Western - Tall East | $13,367 | 5,179 | (8,188) |
| 1204B W Western - Low East 1 | $9,808 | 4,410 | (5,398) |
| 1204C W Western - Low East 2 | $2,339 | 0 | (2,339) |
| Winter Storage [3] | $50,285 | 0 | (50,285) |
| 400 Adelaide Circle - Boater Services | $1,500 | 0 | (1,500) |
| **Total Rental Receipts** | **$102,191** | **$11,769** | **($90,422)** |
| **Other Receipts** | | | |
| RV & Trailer Storage | $1,000 | $1,250 | ($925) |
| Fuel Sales [4] | 12,000 | 2,001 | (9,999) |
| Ships Store Sales | 5,000 | 4,116 | (884) |
| Tenant Utility & Fee Reimbursement | 840 | 0 | (840) |
| Service Revenue | 2,400 | 7,438 | 5,038 |
| **TOTAL ALL RECEIPTS** | **$123,431** | **$26,574** | **($96,856)** |
| **DISBURSEMENTS** | | | |
| Payroll | $14,800 | $31,215 | ($16,415) |
| Fuel Costs | 9,030 | 12,149 | ($3,119) |
| Ship Store Inventory Purchases | 800 | 680 | $120 |
| Truck Payments [5] | 910 | 0 | $910 |
| Water and Ice Machine [5] | 421 | 0 | $421 |
| Fuel Servicing | 836 | 0 | $836 |
| Forklift Loan [5] & Repair | 3,120 | 0 | $3,120 |
| Golf Cart Loan [5] | 1,030 | 0 | $1,030 |
| DTE Energy [6] | 6,000 | 0 | $6,000 |
| Consumers [6] | 4,600 | 7,620 | ($3,020) |
| Arrow Waste | 92 | 249 | ($157) |
| Bulldog Dumpsters | 200 | 0 | $200 |
| Comcast | 81 | 0 | $81 |
| Water | 800 | 2,956 | ($2,156) |
| Boat Detailing Cost | 0 | 6,382 | ($6,382) |
| Property Taxes (monthly escrow) [10] | 20,000 | 0 | $20,000 |
| Property Repair and Maintenance Supplies | | | |
| Roof [7,9] | 40,000 | 18,500 | $0 |
| Fire Panel Issues (up to) [9] | 50,000 | 0 | $0 |
| Annual Fire Inspections | 6,429 | 751 | $0 |
| Sprinkler Monitoring Insallation (Man Caves) [9] | 7,392 | 0 | $0 |
| Sprinkler Monitoring Insallation (Marina) [9] | 11,174 | 0 | $0 |
| Sprinkler Monitoring Insallation (1204 W Western) [9] | 9,900 | 0 | $0 |
| Erosion Control | 20,000 | 876 | $0 |
| Sidewalk Completion [9] | 0 | 0 | $0 |
| Miscellaneous Supplies | 2,000 | 13,500 | ($11,500) |
| Snow Plowing, Lawn Maintenance | 1,200 | 2,594 | ($1,394) |
| Insurance (Buildings, Vehicles, Liability) [8] | 4,280 | 426 | $3,854 |
| Bookkeeping, Office Supplies, Internet, QB | 1,320 | 2,420 | ($1,100) |
| **TOTAL ALL DISBURSEMENTS** | **$216,415** | **$100,317** | **($8,670)** |
| **CASH FLOW** | **($92,985)** | **($73,743)** | **$19,242** |

**Footnotes:**

1: Assumes in-place tenants renew when leases expire, and if vacated the space will be re-leased.

2: Tenant has indicated they are vacating as of July.

3: Budget amounts per owner estimate.

4: Fuel tank is filled when low, so timing of fuel payment varies

5: The Receiver has not made these payments other than a portion of the truck loan payment as he is still reviewing whether the asset should be surrendered or have more favorable payment terms negotiated with the creditor. The creditors have been put on notice of the Receivership as to prevent any repossession.

6: There will be seasonal fluctuation in these amounts.

7: A $40,000 repair has been approved. Receiver has completed $18,500 of these repairs, payment shown above.

8: Note: there is a $32,113 payment due July 10.

9: Capital items timing pending; not included in Variance calculation

10. Property Tax Escrow excluded from monthly variance calculation.

# Exhibit F

8:55 AM
06/18/26

## Adelaide Pointe
## A/R Aging Summary
### As of June 12, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Brian Homfeld | 0.00 | 368.18 | 0.00 | 1,008.58 | 0.00 | 1,376.76 |
| Bryan Buist | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Chad Kerr | 0.00 | 74.50 | 75.00 | 75.00 | 1,700.00 | 1,924.50 |
| Chris Mundt | 0.00 | 0.00 | 0.00 | 987.00 | 0.00 | 987.00 |
| Dan Breckenridge | 0.00 | 0.00 | 0.00 | 0.00 | 2,450.00 | 2,450.00 |
| Dan Pagano | 0.00 | 0.00 | 0.00 | 0.00 | 45.47 | 45.47 |
| Dean Wolever | 0.00 | 0.00 | 350.00 | 350.00 | 0.00 | 700.00 |
| Dennis Schichtel | 0.00 | 0.00 | 0.00 | 0.00 | 2,352.52 | 2,352.52 |
| Don Nelson | 1,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 |
| Doug Brehm | 0.00 | 350.00 | 350.00 | 350.00 | 0.00 | 1,050.00 |
| Dustin Miller | 0.00 | 0.00 | 350.00 | 350.00 | 0.00 | 700.00 |
| Eric Zack | 0.00 | 77.25 | 77.25 | 77.25 | 0.00 | 231.75 |
| Harrison Gillette | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 |
| Heather and Bill Gaston | 0.00 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| James Gilleland | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 | 700.00 |
| Jennifer Hatfield | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 | 150.00 |
| Jeremiah Johnson | 0.00 | 529.80 | 2,430.48 | 2,430.48 | 2,503.39 | 7,894.15 |
| Jodie VanRhee | 0.00 | 350.00 | 0.00 | 700.00 | 0.00 | 1,050.00 |
| John Howard Brinkert | 0.00 | 0.00 | 0.00 | 0.00 | 2,021.87 | 2,021.87 |
| John Martin | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Judy and Chad Vanderstelt | 2,078.67 | 2,301.11 | 0.00 | 0.00 | 0.00 | 4,379.78 |
| Kevin Lohr | 0.00 | 1,765.49 | 1,440.00 | 0.00 | 0.00 | 3,205.49 |
| Kurt Witham | 0.00 | 0.00 | 0.00 | 988.80 | 0.00 | 988.80 |
| Lon Quinn | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| Matt Gongalski | 0.00 | 6,827.88 | 0.00 | 0.00 | 0.00 | 6,827.88 |
| MZH Concrete LLC | 0.00 | 3,030.07 | 0.00 | 0.00 | 0.00 | 3,030.07 |
| Perry Newson | 0.00 | 0.00 | 880.00 | 0.00 | 0.00 | 880.00 |
| Phillip Cantrell | 0.00 | 0.00 | 0.00 | 2,660.00 | 0.00 | 2,660.00 |
| Randall Sellhorn | 0.00 | 0.00 | 0.00 | 0.00 | 792.00 | 792.00 |
| Red Bull Distribution Company | 0.00 | 1,860.82 | 0.00 | 0.00 | 0.00 | 1,860.82 |
| Rick Lott | 0.00 | 350.00 | 350.00 | 350.00 | 0.00 | 1,050.00 |
| Rob Taylor | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| Rocky Vulpetti | 0.00 | 0.00 | 0.00 | 0.00 | 1,450.00 | 1,450.00 |
| Ryan Bourdo | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Ryan Momber | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Ryan Quillan | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| Sam Powell | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| Sam Slaughter | 0.00 | 341.84 | 0.00 | 0.00 | 0.00 | 341.84 |
| Steve Groh | 0.00 | 0.00 | 0.00 | 2,775.00 | 0.00 | 2,775.00 |
| Thomas Gillen | 0.00 | 0.00 | 0.00 | 0.00 | 3,450.00 | 3,450.00 |
| Tonya K. Thomas | 0.00 | 1,802.50 | 0.00 | 901.25 | 0.00 | 2,703.75 |
| Tracie Jurgens | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| Wesley Wegner | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| Westpack Inc. | 0.00 | 24,178.25 | 571.07 | 546.07 | 2,837.23 | 28,132.62 |
| Wheelfish Group, LLC | 0.00 | 290.94 | 1,958.75 | 363.79 | 0.00 | 2,613.48 |
| TOTAL | 3,978.67 | 45,448.63 | 9,507.55 | 16,038.22 | 26,402.48 | 101,375.55 |

```
ARROIAGE                                          J H Oil Company                                  Page    1
Run Date 06/19/26                               Accounts Receivable
Run Time 10:55                                'Open Item Aging - terri'
                                        Dates Are Based On Due Date As Of 06/19/2026


     Invoice   Invoice    Due        Less                                                    Customer
     Number     Date      Date       Than        Over         Over          Over             Balance

Customer:    4150198  ADELAIDE POINTE QOZB LLC            Terms: ACH10    ACH 10 days
Last Payment: 06/19/26  Amount:    -98.24

    16808440  05/30/26  05/30/26        .00         .00          .00        -503.58          -503.58
    16808508  05/31/26  05/31/26        .00         .00          .00      -2,596.73        -3,100.31
    16808368  06/01/26  06/01/26        .00         .00          .00      -2,571.81        -5,672.12
    16812742  06/02/26  06/02/26        .00         .00          .00      -3,578.30        -9,250.42
    16816997  06/03/26  06/03/26        .00         .00          .00        -186.61        -9,437.03
    16821048  06/04/26  06/04/26        .00         .00          .00        -964.47       -10,401.50
    16822770  06/04/26  06/14/26        .00         .00          .00          50.00       -10,351.50
    16825027  06/05/26  06/05/26        .00         .00          .00      -2,813.56       -13,165.06
    16825649  06/05/26  06/15/26        .00         .00          .00         111.30       -13,053.76
    16825720  06/05/26  06/15/26        .00         .00          .00          63.07       -12,990.69
    16837869  06/06/26  06/06/26        .00         .00          .00        -429.83       -13,420.52
    16837937  06/07/26  06/07/26        .00         .00          .00        -742.84       -14,163.36
    16837804  06/08/26  06/08/26        .00         .00          .00      -3,641.71       -17,805.07
    16842048  06/09/26  06/09/26        .00         .00          .00      -3,799.03       -21,604.10
    16844633  06/10/26  06/10/26        .00         .00          .00        -768.93       -22,373.03
    16847793  06/11/26  06/11/26        .00         .00          .00        -934.04       -23,307.07
    16851903  06/11/26  06/21/26   10,000.90         .00          .00           .00       -13,306.17
    16851906  06/11/26  06/21/26    5,147.92         .00          .00           .00        -8,158.25
    16851908  06/11/26  06/21/26    5,853.05         .00          .00           .00        -2,305.20
    16851910  06/11/26  06/21/26    1,396.84         .00          .00           .00          -908.36
    16851566  06/12/26  06/12/26        .00         .00          .00      -2,595.75        -3,504.11
    16864231  06/13/26  06/13/26        .00         .00          .00        -367.30        -3,871.41
    16864297  06/14/26  06/14/26        .00         .00          .00        -152.93        -4,024.34
    16864166  06/15/26  06/15/26        .00         .00          .00      -1,564.94        -5,589.28
    16868362  06/16/26  06/16/26        .00         .00          .00      -1,229.23        -6,818.51
    16872147  06/17/26  06/17/26        .00         .00          .00      -1,228.69        -8,047.20
    16875974  06/18/26  06/18/26        .00         .00          .00        -291.38        -8,338.58
    16879781  06/19/26  06/19/26        .00         .00          .00         -98.24        -8,436.82
                                  --------------------------------------------------------------------
             Totals:          22,398.71         .00          .00     -30,835.53        -8,436.82

                              ============== ============== ============== ============== ==============
                                  22,398.71         .00          .00     -30,835.53        -8,436.82
```

# Exhibit G

| Card | Transaction Date | Post Date | Description | Category | Type | Amount | | Memo |
|---|---|---|---|---|---|---|---|---|
| 809 | 6/11/2026 | 6/12/2026 | AMAZON MKTPL*Q41GB4MF3 | Merchandise & Inventory | Sale | $ | (21.18) | |
| 4930 | 6/11/2026 | 6/12/2026 | Schultz Septic LLC. | Repair & Maintenance | Sale | $ | (2,394.00) | |
| 809 | 6/11/2026 | 6/12/2026 | AMAZON MKTPL*5115G88I3 | Merchandise & Inventory | Sale | $ | (13.77) | |
| 4930 | 6/11/2026 | 6/11/2026 | Payment Thank You - Web | | Payment | $ | 4,000.00 | |
| 809 | 6/9/2026 | 6/11/2026 | WEST MARINE #78 | Repair & Maintenance | Sale | $ | (77.27) | |
| 809 | 6/9/2026 | 6/10/2026 | AUTOZONE #2105 | Automotive | Sale | $ | (13.77) | |
| 809 | 6/9/2026 | 6/10/2026 | REDI RENTAL | Repair & Maintenance | Sale | $ | (213.93) | |
| 809 | 6/8/2026 | 6/10/2026 | THE HOME DEPOT 2754 | Repair & Maintenance | Sale | $ | (296.72) | |
| 809 | 6/8/2026 | 6/9/2026 | AMAZON MKTPL*103052W43 | Merchandise & Inventory | Sale | $ | (8.58) | |
| 809 | 6/8/2026 | 6/9/2026 | AMAZON PRIME*CQ20V0CP3 | Bills & Utilities | Sale | $ | (15.89) | |
| 809 | 6/8/2026 | 6/9/2026 | COMCAST / XFINITY | Bills & Utilities | Sale | $ | (191.85) | |
| 809 | 6/8/2026 | 6/9/2026 | WALMART.COM | Merchandise & Inventory | Sale | $ | (124.62) | |
| 809 | 6/4/2026 | 6/7/2026 | THE HOME DEPOT 2754 | Repair & Maintenance | Sale | $ | (340.64) | |
| 4930 | 6/6/2026 | 6/7/2026 | PAYPAL *ONETOUCHSID ONETO | Repair & Maintenance | Sale | $ | (1,523.67) | |
| 4930 | 6/5/2026 | 6/5/2026 | Payment Thank You - Web | | Payment | $ | 2,000.00 | |
| 809 | 6/4/2026 | 6/5/2026 | Amazon.com*M123N6CC3 | Merchandise & Inventory | Sale | $ | (9.53) | |
| 809 | 6/4/2026 | 6/5/2026 | FORKLIFT EXCHANGE ILLINOI | Repair & Maintenance | Sale | $ | (1,780.50) | |
| 809 | 6/4/2026 | 6/5/2026 | AMAZON MKTPL*V02WC1E03 | Merchandise & Inventory | Sale | $ | (16.72) | |
| 809 | 6/4/2026 | 6/5/2026 | AMAZON MKTPL*2Y8WE5IW3 | Merchandise & Inventory | Sale | $ | (51.89) | |
| 809 | 6/4/2026 | 6/5/2026 | GINMAN TIRE COMPANY | Automotive | Sale | $ | (154.04) | |
| 809 | 6/4/2026 | 6/5/2026 | SQ *FIRE FIGHTER SALES &amp; | Professional Services | Sale | $ | (418.59) | |
| 809 | 6/4/2026 | 6/5/2026 | BERGMAN LOCK &amp; SECURITY | Office & Shipping | Sale | $ | (19.88) | |
| 809 | 6/3/2026 | 6/5/2026 | THE HOME DEPOT #2754 | Repair & Maintenance | Return | $ | 50.75 | |
| 809 | 6/3/2026 | 6/5/2026 | THE HOME DEPOT #2754 | Repair & Maintenance | Sale | $ | (594.37) | |
| 809 | 6/3/2026 | 6/4/2026 | AMAZON MKTPL*HC8CW28E3 | Merchandise & Inventory | Sale | $ | (42.39) | |
| 809 | 6/3/2026 | 6/4/2026 | AMAZON MKTPL*JT0UZ44H3 | Merchandise & Inventory | Sale | $ | (1,266.64) | |
| 809 | 6/2/2026 | 6/3/2026 | BERGMAN LOCK &amp; SECURITY | Office & Shipping | Sale | $ | (205.00) | |
| 4930 | 6/2/2026 | 6/2/2026 | Payment Thank You - Web | | Payment | $ | 5,000.00 | |
| 809 | 6/1/2026 | 6/2/2026 | MONROE TRUCK AND AUTO | Merchandise & Inventory | Sale | $ | (406.00) | |
| 809 | 6/1/2026 | 6/2/2026 | MONROE TRUCK AND AUTO | Merchandise & Inventory | Sale | $ | (375.00) | |
| 809 | 6/1/2026 | 6/2/2026 | AMAZON MKTPL*HH0S890X3 | Merchandise & Inventory | Sale | $ | (58.30) | |
| 809 | 5/31/2026 | 6/1/2026 | AMAZON MKTPL*PG42D6PM3 | Merchandise & Inventory | Sale | $ | (99.95) | |