UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

Chapter 11
*Jointly Administered*

_____/

**CORRECTED[1] BI-WEEKLY ACCOUNTING OF STATE COURT APPOINTED RECEIVER PURSUANT TO INTERIM ORDERS REGARDING CASH COLLATERAL**

John W. Polderman, the State Court Appointed Receiver, ("Receiver") by and through the undersigned counsel, and for his Bi-Weekly Accounting states:

1. John W. Polderman is the State Court Appointed Receiver of certain assets of the Debtors herein pursuant to an order appointing receiver entered in the Kent County Circuit Court on January 30, 2026 ("State Court Action").

2. On April 17, 2026, this Court entered an *Interim Order Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* [Dkt. No. 51] and which was extended at a subsequent hearing [Dkt. No. 193 as to Debtor Leestma Management/ Hall Street and Dkt. 193 as to the remaining Debtors] ("Interim Orders").

3. The Interim Orders provide for a budget variance report and accounts receivable report for the time period of June 13, 2026 through June 27, 2026.

---

[1] Corrected to include correct attachment (Exhibits A – I)

1

4.  For Leestma Management, Hall Street, an accounts receivable report is attached as Exhibit A and a budget to actual report is attached as Exhibit B.

5.  For Battle Creek Waterland, an accounts receivable report is attached as Exhibit C and a budget to actual report is attached as Exhibit D.

6.  For Adelaide Pointe Boaters Services, a budget to actual report is included in Exhibit E and an accounts receivable report showing fuel sales and credits is attached as Exhibit F.

7.  For Adelaide Pointe Building 1, there is no accounts receivable activity or budget to actual report.  The Receiver has opened a bank account at Independent Bank for this entity, and which he intends on using to pay utility expenses.  An account activity report is attached as Exhibit G.

8.  For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit H, and budget to actual report is attached as Exhibit E.

9.  Credit card activity is attached as Exhibit I.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500

Facsimile:    813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on July 2, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:    813-225-2500
Facsimile:    813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

# Exhibit A

6/30/2026 7:58 AM

**Receivable Summary-Hall Street: June 2026 thru 6/26/26**

DB Caption: Bradley LIVE  Property: 446   Status: Current, Past, Future  Month From: 06/2026 To  06/2026  Summary By: Tenant

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| Leestma Management, LLC (446   ) | | | | | | | |
| 446 | | AAB Payroll, Inc. | -2,275.28 | 2,628.56 | -2,981.84 | -2,628.56 | Pre pay for July 2026 charges |
| 446 | | AVERIE HARRIS DESIGN, LLC | -1,166.91 | 1,292.77 | -1,292.77 | -1,166.91 | Pre pay for July 2026 charges |
| 446 | | Bloom Credit Untion | -19,108.92 | 21,557.59 | 0.00 | 2,448.67 | Utilities charge |
| 446 | | Casey Stormes | 86.31 | 2,091.33 | -2,091.33 | 86.31 | Utilities charge |
| 446 | | Centered Self Mental Health Services, LLC | 0.00 | 675.00 | -675.00 | 0.00 | |
| 446 | | Christensen Law | -450.00 | 450.00 | -450.00 | -450.00 | Pre pay for July 2026 charges |
| 446 | | Cygnus Services | -500.00 | 500.00 | 0.00 | 0.00 | |
| 446 | | D2D Events, LLC | -390.50 | 1,390.50 | -2,390.50 | -1,390.50 | Pre pay for July 2026 charges |
| 446 | | Dionel Photography, LLC. | 0.00 | 1,498.39 | -1,410.25 | 88.14 | Utilities charge |
| 446 | | DISHER Corporation | 49.01 | 1,932.51 | -1,932.51 | 49.01 | Utilities charge |
| 446 | | ELAS Marketing Services | -2,290.17 | 2,344.91 | 0.00 | 54.74 | Utilities charge |
| 446 | | Emmanuel Hospice | 1,018.91 | 8,206.72 | -9,405.38 | -179.75 | Pre pay for July 2026 charges |
| 446 | | Endless Management, LLC | -600.00 | 600.00 | -600.00 | -600.00 | Pre pay for July 2026 charges |
| 446 | | First Steps Kent and K-Connect | 286.98 | 6,630.20 | -6,917.18 | 0.00 | |
| 446 | | GR Family Therapy PLLC | -618.00 | 618.00 | 0.00 | 0.00 | |
| 446 | | Hispanic Center of West Michigan | 115.39 | 1,591.35 | -1,706.74 | 0.00 | |
| 446 | | Hurley & Stewart, LLC | 257.79 | 2,266.32 | -4,790.43 | -2,266.32 | Pre pay for July 2026 charges |
| 446 | | Ingalls Pictures, LLC. | 1,106.94 | 2,553.00 | -2,553.00 | 1,106.94 | |
| 446 | | Integrative Approaches, PLLC | 0.00 | 500.00 | -500.00 | 0.00 | |
| 446 | | J Photography of Grand Rapids LLC | -1,780.49 | 1,978.59 | -198.10 | 0.00 | |
| 446 | | Jeremy Sampsel | 0.00 | 450.00 | -450.00 | 0.00 | |
| 446 | | Jonas Paul Eyewear, LLC. | 409.70 | 13,614.23 | -13,614.23 | 409.70 | Utilities charge |
| 446 | | JRA Foodservice Deisgn and Engineering | 0.00 | 1,063.45 | -1,063.45 | 0.00 | |
| 446 | | Kendra McNeil | 0.00 | 405.74 | -405.74 | 0.00 | |
| 446 | | Kimberly S. Lichon-Tufer | 0.00 | 529.96 | -529.96 | 0.00 | |
| 446 | | KLH Custom Homes | 124.02 | 955.24 | -955.24 | 124.02 | Utilities charge |
| 446 | | Kmotion Design, Inc. | 0.00 | 525.32 | -525.32 | 0.00 | |
| 446 | | Laurie Schmitt | -690.27 | 690.27 | 0.00 | 0.00 | |
| 446 | | Lorenz and Company, LLC. | 3,063.24 | 2,804.98 | -8,673.20 | -2,804.98 | Pre pay for July 2026 charges |
| 446 | | Mate, Inc. | 649.86 | 3,545.00 | -4,194.86 | 0.00 | |
| 446 | | Midwest Building Maintenance, LLC | 205.95 | 1,879.66 | -2,009.64 | 75.97 | Utilities charge |
| 446 | | Mitch Ranger Photography | 2,726.04 | 2,805.00 | -5,531.04 | 0.00 | |
| 446 | | National Women Business Owners Corporation | -801.05 | 851.66 | 0.00 | 50.61 | Utilities charge |
| 446 | | Nika Fesler | 0.00 | 515.00 | -515.00 | 0.00 | |
| 446 | | Perez Law Office, PLC | -500.00 | 500.00 | 0.00 | 0.00 | |
| 446 | | Peter McDaniel | 172.53 | 2,822.80 | -2,822.80 | 172.53 | Utilities charge |
| 446 | | Poppy & Posy, LLC | 211.91 | 0.00 | -211.91 | 0.00 | |
| 446 | | Pottery Lane, LLC. | 506.39 | 7,064.17 | -14,634.73 | -7,064.17 | Pre pay for July 2026 charges |
| 446 | | Red66 Marketing, LLC | 104.94 | 2,508.62 | -2,508.62 | 104.94 | Utilities charge |
| 446 | | Smyly Therapy, LLC | 0.00 | 500.00 | -500.00 | 0.00 | |
| 446 | | Stats Medic, LLC | 162.75 | 4,138.00 | -4,138.00 | 162.75 | Utilities charge |
| 446 | | Studio A & C Kitchen Design, Inc. | 158.74 | 1,410.74 | -1,569.48 | 0.00 | |
| 446 | | Studio M Interiors, LLC | 0.00 | 750.00 | -750.00 | 0.00 | |
| 446 | | Studio M Interiors, LLC. and Melissa Walters | 201.46 | 5,041.00 | -5,242.46 | 0.00 | |
| 446 | | Summit Marketing Partners, Inc. | 146.06 | 2,454.83 | -2,454.83 | 146.06 | Utilities charge |
| 446 | | Tabletalk Counseling, LLC | 0.00 | 369.51 | -369.51 | 0.00 | |
| 446 | | VIDS, LLC | 246.27 | 3,280.30 | -3,280.30 | 246.27 | Utilities charge |
| 446 | | Whole Self Counseling LLC | 0.00 | 600.00 | -600.00 | 0.00 | |
| 446 | | | -19,160.40 | 123,381.22 | -117,445.35 | -13,224.53 | |

# Exhibit B

6/30/2026 8:01 AM

Leestma Management, LLC (446)
## 2026 Budget to Actual: Hall Street
Period = Feb 2026-Dec 2026

Book = Accrual

| 6000-0000 | OPERATING EXPENSES | Thru June 26, 2026 | |
|---|---|---|---|
| | | **Budget** | **Actual** |
| 6320-0000 | MANAGEMENT FEE | 4,000.00 | 4,000.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 272.00 | 225.00 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 390.00 | 390.00 |
| 6338-0000 | BANK FEE | 0.00 | 0.00 |
| 6373-0000 | SIGNAGE | 0.00 | 0.00 |
| 6450-0000 | ELECTRICITY | 9,500.00 | 9,857.46 |
| 6451-1000 | SEWER AND WATER | 0.00 | 0.00 |
| 6452-0000 | GAS | 500.00 | 1,478.24 |
| 6525-0000 | TRASH REMOVAL | 1,455.00 | 1,428.90 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 30,297.68 | 2,763.99 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 200.00 | 187.50 |
| 6538-5000 | GEN MAINT MATERIALS | 0.00 | 177.98 |
| 6541-0000 | PARKING LOT REPAIR | 0.00 | 0.00 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 14,011.00 |
| 6547-0000 | PLUMBING REPAIRS AND MAINTENANCE | 0.00 | 0.00 |
| 6591-0000 | MILEAGE | 0.00 | 0.00 |
| 6595-0000 | ELEVATOR CONTRACT | 1,116.00 | 975.00 |
| 6595-1000 | ELEVATOR REPAIR & MAINTENANCE | 0.00 | 0.00 |
| 6596-0000 | PEST CONTROL | 138.00 | 139.00 |
| 6597-0000 | JANITORIAL SUPPLIES | 1,091.67 | 693.40 |
| 6597-5000 | JANITORIAL CONTRACT | 4,915.00 | 4,785.14 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 |
| 6606-0000 | LOT SWEEPING | 0.00 | 0.00 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 |
| 6690-0000 | PAYROLL EXPENSE | 5,600.00 | 3,017.27 |
| 6710-0000 | REAL ESTATE TAXES | 11,620.63 | 0.00 |
| 6720-0000 | LIABILITY INSURANCE | 2,000.00 | 1,884.61 |
| **6800-9999** | **TOTAL OPERATING EXPENSES** | **73,095.98** | **46,014.49** |
| 6820-0000 | INTEREST EXPENSE | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | | |
| 7917-0000 | LEASE COMMISSION | | 5,369.72 |
| 7918-0000 | OTHER OWNER EXPENSE | | -1,434.50 |

# Exhibit C

6/30/2026 7:58 AM

**Receivable Summary: Waterland thru 6/26/26**

DB Caption: Bradley LIVE   Property: 445   Status: Current, Past, Future   Month From: 06/2026 To 06/2026 Summary By: Te

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comment |
|---|---|---|---|---|---|---|---|
| **Waterland Battle Creek Properties, LLC (445   )** | | | | | | | |
| 445 | | Best Investing & Tax | 0.00 | 1,270.50 | 0.00 | 1,270.50 | June 26 rent; confirmed deposit in IB account on 6/26/26 |
| 445 | | Centurylink Communications, LLC | 0.00 | 1,275.98 | -1,275.98 | 0.00 | |
| 445 | | Generations Financial Planning, LLC | -2,607.91 | 2,607.91 | -2,607.91 | -2,607.91 | Pre payment for July 26 charges |
| 445 | | Integrated Health Partners | 0.00 | 11,978.02 | -24,018.22 | -12,040.20 | Pre payment for July 26 charges |
| 445 | | US Staffing of West Michigan, LLC | 3,182.80 | 2,889.75 | 0.00 | 6,072.55 | Represents June 26 charges, reached out to tenant requesting status |
| 445 | | Verizon Wireless | 0.00 | 1,430.33 | -1,430.33 | 0.00 | |
| **445** | | | **574.89** | **21,452.49** | **-29,332.44** | **-7,305.06** | |

**Grand Total**      574.89    21,452.49    -29,332.44    -7,305.06

# Exhibit D

6/30/2026 9:36 AM

## 2026 Budget to Actual: Waterland BC Properties
Period = Feb 2026-Dec 2026

Book = Accrual

| | | thru June 26, 2026 | |
|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | Budget | Actual |
| | | | |
| 6320-0000 | MANAGEMENT FEE | 1,265.00 | 1,265.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 214.20 | 213.36 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 225.00 | 225.00 |
| 6338-0000 | BANK FEE | 0.00 | 0.00 |
| 6450-0000 | ELECTRICITY | 7,000.00 | 4,965.61 |
| 6450-0000 | ENERGY FEES | 1,429.00 | 1,429.00 |
| 6451-1000 | SEWER AND WATER | 666.67 | 967.45 |
| 6452-0000 | GAS | 105.00 | 89.35 |
| | | | |
| 6525-0000 | TRASH REMOVAL | 750.00 | 686.35 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 0.00 | 0.00 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 0.00 | 25.96 |
| 6538-5000 | GEN MAINT MATERIALS | 125.00 | 544.25 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 0.00 |
| 6596-0000 | PEST CONTROL | 132.87 | 139.00 |
| 6597-0000 | JANITORIAL SUPPLIES | 275.00 | 216.65 |
| 6597-5000 | JANITORIAL CONTRACT | 1,350.00 | 1,346.95 |
| | | | |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 |
| 6603-7500 | GROUNDS CONTRACT | 650.00 | 193.00 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 |
| 6690-0000 | PAYROLL EXPENSE | 2,000.00 | 9,000.00 |
| 6710-0000 | REAL ESTATE TAXES | 4,100.22 | 4,100.23 |
| 6720-0000 | LIABILITY INSURANCE | 683.58 | 689.26 |
| | | | |
| | | | |
| 6800-9999 | TOTAL OPERATING EXPENSES | 20,971.54 | 26,096.42 |
| | | | |
| | | | |
| | | | |

Page 1 of 1

# Exhibit E

**2026 BUDGET VS. ACTUAL - ADELAIDE POINTE**

| | June 13 - June 27, 2026 | | |
|---|---|---|---|
| **RECEIPTS** | | | |
| **Rental Receipts**[1 & 11] | **Budget** | **Actual** | **Variance** |
| 1240 W Western - Offices | $0 | $0 | $0 |
| 1240 W Western - Low West[2] | 0 | 0 | 0 |
| 1204A W Western - Tall East | 0 | 0 | 0 |
| 1204B W Western - Low East 1 | 0 | 0 | 0 |
| 1204C W Western - Low East 2 | 0 | 0 | 0 |
| Winter Storage[3] | 0 | 17,173 | 17,173 |
| Dry In/Out | 0 | 10,562 | 10,562 |
| Wet Marina | 0 | 17,390 | 17,390 |
| 400 Adelaide Circle - Boater Services | 0 | 0 | 0 |
| **Total Rental Receipts** | **$0** | **$45,125** | **$45,125** |
| **Other Receipts** | | | |
| RV & Trailer Storage | $1,000 | $0 | ($1,000) |
| Fuel Sales[4] | 14,000 | 0 | (14,000) |
| Ships Store Sales | 5,833 | 2,162 | (3,671) |
| Tenant Utility & Fee Reimbursement | 980 | 0 | (980) |
| Service Revenue | 2,800 | 955 | (1,846) |
| **TOTAL ALL RECEIPTS** | **$24,613** | **$48,241** | **$23,628** |
| **DISBURSEMENTS** | | | |
| Payroll | $17,267 | $31,538 | ($14,271) |
| Fuel Costs | 10,535 | 0 | 10,535 |
| Ship Store Inventory Purchases | 933 | 1,414 | (480) |
| Truck Payments[5] | 1,062 | 0 | 1,062 |
| Water and Ice Machine[5] | 491 | 0 | 491 |
| Fuel Servicing | 976 | 0 | 976 |
| Forklift Loan[5] & Repair | 3,640 | 0 | 3,640 |
| Golf Cart Loan[5] | 1,202 | 0 | 1,202 |
| DTE Energy[6] | 7,000 | 0 | 7,000 |
| Consumers[6] | 5,367 | 0 | 5,367 |
| Arrow Waste | 107 | 0 | 107 |
| Bulldog Dumpsters | 233 | 0 | 233 |
| Comcast | 95 | 0 | 95 |
| Water | 933 | 0 | 933 |
| Boat Detailing Cost | 0 | 1,106 | (1,106) |
| Property Taxes (monthly escrow)[10] | 23,333 | 0 | 23,333 |
| Property Repair and Maintenance Supplies | | | |
| Roof[7,9] | 18,667 | 0 | 0 |
| Fire Panel Issues (up to)[9] | 23,333 | 0 | 0 |
| Annual Fire Inspections | 3,000 | 1,200 | 0 |
| Sprinkler Monitoring Insallation (Man Caves)[9] | 3,450 | 0 | 0 |
| Sprinkler Monitoring Insallation (Marina)[9] | 5,215 | 0 | 0 |
| Sprinkler Monitoring Insallation (1204 W Western)[9] | 4,620 | 0 | 0 |
| Erosion Control | 9,333 | 0 | 0 |
| Sidewalk Completion[9] | 0 | 0 | 0 |
| Miscellaneous Supplies | 2,333 | 320 | 2,013 |
| Snow Plowing, Lawn Maintenance | 1,400 | 0 | 1,400 |
| Insurance (Buildings, Vehicles, Liability)[8] | 4,993 | 1,491 | 3,502 |
| Bookkeeping, Office Supplies, Internet, QB | 1,540 | 1,540 | (0) |
| **TOTAL ALL DISBURSEMENTS** | **$151,058** | **$38,608** | **$46,032** |
| **CASH FLOW** | **($126,445)** | **$9,633** | **$69,660** |

**Footnotes:**

1: Assumes in-place tenants renew when leases expire, and if vacated the space will be re-leased.

2: Tenant has indicated they are vacating as of July.

3: Budget amounts per owner estimate. As of 6/26/2026, per Docusign six Winter Storage contracts are out for signature.

4: Fuel tank is filled when low, so timing of fuel payment varies

5: The Receiver has not made these payments other than a portion of the truck loan payment as he is still reviewing whether the asset should be surrendered or have more favorable payment terms negotiated with the creditor. The creditors have been put on notice of the Receivership as to prevent any repossession.

6: There will be seasonal fluctuation in these amounts.

7: A $40,000 repair has been approved. The Receiver has completed $18,500 of these repairs and has been paid

8: Note: there is a $32,113 payment due July 10.

9: Capital items timing pending; not included in Variance calculation

10. Property Tax Escrow excluded from monthly variance calculation.

11. Though there was no rents received by the Receiver for this time frame, he did receive rents earlier in the month and after for the month of June

# Exhibit F

```
Run Date 06/24/26              J H Oil Company                   Page:   1
Run Time 13:39                 Daily Settlement

CUSTOMER ACCT : 4150198    - ADELAIDE POINTE QOZB LLC
SETTLEMENT FOR: 06/25/26
------------------------------------------------------------------------------


DATE           INVOICE  INVOICE BAL. ORIGINAL AMT.
-----------    -------- ------------- -------------
06/04/26       16822770        50.00         50.00
06/05/26       16825649       111.30        111.30
06/05/26       16825720        63.07         63.07
06/11/26       16851903    10,000.90     10,000.90
06/11/26       16851906     5,147.92      5,147.92
06/11/26       16851908     5,853.05      5,853.05
06/11/26       16851910     1,396.84      1,396.84

TOTAL INVOICES:            22,623.08     22,623.08

CREDIT CARDS RECEIVED:
DATE            NUMBER  INVOICE BAL.    GROSS AMT  PROCESS FEES       NET AMT
-----------    -------- ------------- ------------- ------------- -------------
06/01/26       16808368     2,571.81      2,619.48         47.67      2,571.81
05/30/26       16808440       503.58        512.97          9.39        503.58
05/31/26       16808508     2,596.73      2,644.73         48.00      2,596.73
06/02/26       16812742     3,578.30      3,645.73         67.43      3,578.30
06/03/26       16816997       186.61        190.09          3.48        186.61
06/04/26       16821048       964.47        981.76         17.29        964.47
06/05/26       16825027     2,813.56      2,861.94         48.38      2,813.56
06/08/26       16837804     3,641.71      3,708.85         67.14      3,641.71
06/06/26       16837869       429.83        437.87          8.04        429.83
06/07/26       16837937       742.84        755.70         12.86        742.84
06/09/26       16842048     3,799.03      3,873.02         73.99      3,799.03
06/10/26       16844633       768.93        783.10         14.17        768.93
06/11/26       16847793       934.04        950.00         15.96        934.04
06/12/26       16851566     2,595.75      2,645.24         49.49      2,595.75
06/15/26       16864166     1,564.94      1,593.08         28.14      1,564.94
06/13/26       16864231       367.30        373.89          6.59        367.30
06/14/26       16864297       152.93        155.75          2.82        152.93
06/16/26       16868362     1,229.23      1,250.00         20.77      1,229.23
06/17/26       16872147     1,228.69      1,250.32         21.63      1,228.69
06/18/26       16875974       291.38        296.80          5.42        291.38
06/19/26       16879781        98.24        100.10          1.86         98.24
06/21/26       16892194     3,270.06      3,329.40         59.34      3,270.06
06/20/26       16892260       161.88        165.00          3.12        161.88
06/22/26       16892326     5,066.35      5,166.53        100.18      5,066.35
06/23/26       16896010     4,047.48      4,124.60         77.12      4,047.48
06/24/26       16900086     4,157.07      4,227.71         70.64      4,157.07

TOTAL C/C DUE:             47,762.74     48,643.66        880.92     47,762.74
------------------------------------------------------------------------------
TOTAL AMOUNT DUE:         -25,139.66
```

# Exhibit G



# TM Business One Account

x9325 | Adelaide Pointe Building 1 LLC IN Receivership

**$16,860.82**

Available Balance

**$16,860.82**

Current Balance

## History

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| Posted | | | |
| > 06/24/2026 | DESCRIPTIVE DEPOSIT CONSUMERS & DTE UTILITIES 3MO ADELAID POINTE 29204136155 | +$15,000.00 | $16,860.82 |

1–1 of 1 transactions

 Chat

# Exhibit H

# Adelaide Pointe
# A/R Aging Summary
### As of June 27, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Brian Homfeld | 0.00 | 0.00 | 368.18 | 1,008.58 | 0.00 | 1,376.76 |
| Chad Kerr | 0.00 | 75.00 | 74.50 | 75.00 | 1,700.00 | 1,924.50 |
| Chris Mundt | 0.00 | 0.00 | 0.00 | 987.00 | 0.00 | 987.00 |
| Dan Breckenridge | 0.00 | 0.00 | 0.00 | 0.00 | 2,450.00 | 2,450.00 |
| Dan Pagano | 0.00 | 0.00 | 0.00 | 0.00 | 45.47 | 45.47 |
| Dean Wolever | 0.00 | 0.00 | 350.00 | 350.00 | 0.00 | 700.00 |
| Dennis Schichtel | 0.00 | 0.00 | 0.00 | 0.00 | 2,352.52 | 2,352.52 |
| Doug Brehm | 0.00 | 350.00 | 350.00 | 350.00 | 0.00 | 1,050.00 |
| Dustin Miller | 0.00 | 0.00 | 350.00 | 350.00 | 0.00 | 700.00 |
| Eric Zack | 0.00 | 77.25 | 77.25 | 77.25 | 0.00 | 231.75 |
| Harrison Gillette | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 250.00 |
| Heather and Bill Gaston | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 | 150.00 |
| James Gilleland | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 | 700.00 |
| Jeff Vanotteren | 1,170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,170.00 |
| Jennifer Hatfield | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 | 150.00 |
| Jeremiah Johnson | 0.00 | 0.00 | 2,960.28 | 2,430.48 | 2,503.39 | 7,894.15 |
| Jodie VanRhee | 0.00 | 350.00 | 0.00 | 700.00 | 0.00 | 1,050.00 |
| John Howard Brinkert | 0.00 | 0.00 | 0.00 | 0.00 | 2,021.87 | 2,021.87 |
| John Martin | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Judy and Chad Vanderstelt | 0.00 | 2,078.67 | 2,301.11 | 0.00 | 0.00 | 4,379.78 |
| Kevin Lohr | 0.00 | 1,440.00 | 1,765.49 | 0.00 | 0.00 | 3,205.49 |
| Kurt Witham | 0.00 | 0.00 | 0.00 | 0.00 | 988.80 | 988.80 |
| Lon Quinn | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| Matt Gongalski | 0.00 | 6,827.88 | 0.00 | 0.00 | 0.00 | 6,827.88 |
| MZH Concrete LLC | 0.00 | 2,936.73 | 68.59 | 0.00 | 0.00 | 3,005.32 |
| Perry Newson | 0.00 | 0.00 | 880.00 | 0.00 | 0.00 | 880.00 |
| Phillip Cantrell | 0.00 | 0.00 | 0.00 | 0.00 | 2,660.00 | 2,660.00 |
| Randall Sellhorn | 0.00 | 0.00 | 0.00 | 0.00 | 792.00 | 792.00 |
| Rick Lott | 0.00 | 350.00 | 350.00 | 350.00 | 0.00 | 1,050.00 |
| Rob Taylor | 0.00 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| Robert Duvall | 0.00 | 1,991.25 | 0.00 | 0.00 | 0.00 | 1,991.25 |
| Rocky Vulpetti | 0.00 | 0.00 | 0.00 | 0.00 | 1,450.00 | 1,450.00 |
| Ryan Bourdo | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Ryan Momber | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Ryan Quillan | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |
| Sam Powell | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| Sam Slaughter | 0.00 | 0.00 | 341.84 | 0.00 | 0.00 | 341.84 |
| Steve Groh | 0.00 | 0.00 | 0.00 | 0.00 | 2,775.00 | 2,775.00 |
| Thomas Gillen | 0.00 | 0.00 | 0.00 | 0.00 | 3,450.00 | 3,450.00 |
| Tonya K. Thomas | 0.00 | 901.25 | 901.25 | 901.25 | 0.00 | 2,703.75 |
| Tracie Jurgens | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| Wesley Wegner | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 350.00 |
| Westpack Inc. | 0.00 | 22,569.51 | 2,179.81 | 546.07 | 2,837.23 | 28,132.62 |
| Wheelfish Group, LLC | 0.00 | 0.00 | 290.94 | 13.79 | 0.00 | 304.73 |
| TOTAL | 1,170.00 | 40,822.54 | 14,359.24 | 9,264.42 | 30,626.28 | 96,242.48 |

# Exhibit I

# CHASE ○ *for* BUSINESS®

Printed from Chase for Business

Overview / Account:  Ink Preferred (...4930) ⌄

___

Ink Preferred (...4930)

# $12,827.71

Current balance  |  Show details ⌄

| | | | |
|---|---|---|---|
| **Jul 5, 2026** | **$0.00** | **$0.00** | **$4,245.99** |
| Payment due date | Minimum payment due | Remaining statement balance | Available credit |
| **$17,500.00** | **Off ⑤**  \| | **26,344**  \| | |
| Total credit limit | Automatic payments | Ultimate Rewards® points | |

___

Cardholders (2)                                                          ⌄

## Transactions

### Pending (3)                                                          ⌃

Pending charges:  **$426.30**

| Date | Description | Card | Amount |
|---|---|---|---|
| Jun 29, 2026 | Amazon Marketplace Amazon.com | (...0809) | $15.72 |
| | Bulldog Dumpsters LLC | (...0809) | $351.90 |
| | Meijer Grocery | (...0809) | $58.68 |

Showing | Activity since last statement ⌄ |

Current balance **$12,827.71**

| Date ⌃⌄ | Description ⌃⌄ | Card ⌃⌄ | Category | | Amount ⌃⌄ |
|---|---|---|---|---|---|
| Jun 29, 2026 | West Marine | (...0809) | Merchandise & Inventory | ⌄ | $19.07 |
| | West Marine | (...0809) | Merchandise & Inventory | ⌄ | $20.98 |
| | West Marine | (...0809) | Merchandise & Inventory | ⌄ | $39.28 |
| | West Marine | (...0809) | Merchandise & Inventory | ⌄ | $202.82 |
| Jun 28, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $128.75 |
| Jun 27, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $47.04 |
| Jun 26, 2026 | ONETOUCHSID ONETO PayPal | (...4930) | Repair & maintenance | ⌄ | $8,289.80 |
| | Payment Thank You - Web | (...4930) | — | | −$4,000.00 |
| | Payment Thank You - Web | (...4930) | — | | −$5,000.00 |
| Jun 25, 2026 | The Home Depot Online | (...0809) | Repair & maintenance | ⌄ | $139.32 |
| | The Home Depot | (...0809) | Repair & maintenance | ⌄ | $225.58 |

| Date ◇ | Description ◇ | Card ◇ | Category | | Amount ◇ |
|---|---|---|---|---|---|
| | O'Malleys Pest Control Inc | (...080 9) | Repair & maintenance | ∨ | $450.00 |
| | Redi Rental | (...080 9) | Repair & maintenance | ∨ | $349.07 |
| | The UPS Store | (...080 9) | Office & Shipping | ∨ | $26.86 |
| | O'Malleys Pest Control Inc | (...080 9) | Repair & maintenance | ∨ | $145.00 |
| Jun 24, 2026 | Menards | (...080 9) | Repair & maintenance | ∨ | $212.98 |
| | The Home Depot | (...080 9) | Repair & maintenance | ∨ | $7.90 |
| | MI DEPT AGRI LICENSING | (...493 0) | Bills & utilities | ∨ | $186.00 |
| | SCHULTZ SEPTIC LLC | (...080 9) | Repair & maintenance | ∨ | $1,368.00 |
| | Amazon Marketplace Amazon.com | (...080 9) | Merchandise & Inventory | ∨ | $18.02 |
| | Amazon Marketplace Amazon.com | (...080 9) | Merchandise & Inventory | ∨ | $10.04 |
| | AK BRAND FAIRE | (...080 9) | Merchandise & Inventory | ∨ | $31.40 |
| | AK BRAND FAIRE | (...080 9) | Merchandise & Inventory | ∨ | $105.27 |
| | DERMATONE FAIRE | (...080 9) | Merchandise & Inventory | ∨ | $127.75 |
| | NATUREZWAY FAIRE | (...080 9) | Merchandise & Inventory | ∨ | $142.71 |

| Date ◇ | Description ◇ | Card ◇ | Category | | Amount ◇ |
|---|---|---|---|---|---|
| | XC CREATIONS | (...0809) | Merchandise & Inventory | ∨ | $661.12 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $19.81 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $6.35 |
| Jun 23, 2026 | DocuSign | (...0809) | Merchandise & Inventory | ∨ | $140.40 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $43.68 |
| | DocuSign | (...0809) | Merchandise & Inventory | ∨ | $135.00 |
| Jun 22, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $25.43 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $56.01 |
| | Zoom | (...0809) | Bills & utilities | ∨ | $695.98 |
| Jun 21, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $63.57 |
| | Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $59.32 |
| Jun 20, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $59.29 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $23.30 |
| | Intuit Quickbook | (...0809) | Office & Shipping | ∨ | $193.00 |

| Date ◇ | Description ◇ | Card ◇ | Category | | Amount ◇ |
|---|---|---|---|---|---|
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $27.55 |
| Jun 18, 2026 | Visible | (...0809) | Bills & utilities | ⌄ | $25.00 |
| Jun 17, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $41.54 |
| Jun 16, 2026 | PB SMART BUILDING SERVIC | (...4930) | Repair & maintenance | ⌄ | $1,200.00 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $75.94 |
| | SP PRINTER DEPOT Shop Pay | (...0809) | Merchandise & Inventory | ⌄ | $34.99 |
| | Payment Thank You - Web | (...4930) | — | | −$1,200.00 |
| Jun 15, 2026 | West Marine | (...0809) | Merchandise & Inventory | ⌄ | $23.15 |
| Jun 13, 2026 | Marathon Oil | (...0809) | Gas | ⌄ | $47.14 |
| Jun 12, 2026 | The Home Depot | (...0809) | Repair & maintenance | ⌄ | $125.48 |
| | Gordon Food Service (GFS) | (...0809) | Food & drink | ⌄ | $77.17 |

50 of 53 transactions

JPMorgan Chase Bank, N.A. Member FDIC          ©2026 JPMorgan Chase & Co          Equal Opportunity Lender