UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |

Debtors

_____/   (Jointly Administered Cases)

## NOTICE OF FILING PROPOSED CASH COLLATERAL BUDGET

Leestma Management, LLC, Adelaide Pointe QOZB, LLC, Adelaide Pointe Boaters

Services, LLC, Adelaide Pointe Building 1, LLC, and Waterland Battle Creek, LLC by counsel

files the attached proposed cash collateral budget as **Exhibit A**.

DATED this 8th day of July, 2026.

/s/ David S. Jennis
David S. Jennis
Florida Bar No. 775940
**Jennis Morse**
Address:      606 East Madison Street
                   Tampa, Florida 33602
Email:         djennis@jennislaw.com
                   ecf@jennislaw.com
Telephone:   (813) 229-2800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via CM/ECF electronic service to the **United States Trustee**, and to those parties receiving service via CM/ECF in the ordinary course of business on this 8th day of July, 2026.                                                                                             .

/s/ David S. Jennis
David S. Jennis

**Debtor's Cash Collateral Budget**

| Line Item | Jul-26 | Aug-26 | Sep-26 | 3-Mo Total |
|---|---|---|---|---|
| 1240 W Western — Offices | $3,150 | $3,150 | $3,150 | $9,450 |
| 1240 W Western — Low West | $21,986 | $22,283 | $22,283 | $66,552 |
| 1204A W Western — Tall East | $13,367 | $13,367 | $13,367 | $40,101 |
| 1204B W Western — Low East 1 | $9,808 | $9,908 | $9,908 | $29,624 |
| 1204C W Western — Low East 2 | $2,339 | $2,339 | $2,339 | $7,017 |
| Leestma Management Hall - TBA Separate Order | $120,000 | $120,000 | $120,000 | $360,000 |
| Leestma Management Commerce - TBA Separate Order | $15,000 | $15,000 | $15,000 | $45,000 |
| Wet Slips | $15,000 | $15,000 | $15,000 | $45,000 |
| Dry Slips | $18,000 | $18,000 | $18,000 | $54,000 |
| Transient | $4,000 | $4,000 | $4,000 | $12,000 |
| Winter Storage | $92,834 | $92,834 | $92,834 | $278,502 |
| Correction Winter Storage | $75,085 | $286,358 | $132,166 | $493,609 |
| 400 Adelaide Circle — Boater Services | $1,500 | $1,500 | $1,500 | $4,500 |
| **Total Rental Receipts** | **$392,069** | **$603,739** | **$449,547** | **$1,445,355** |
| RV & Trailer Storage | $1,000 | $1,000 | $1,000 | $3,000 |
| Fuel Sales | $40,000 | $40,000 | $40,000 | $120,000 |
| Ships Store Sales | $12,500 | $12,500 | $12,500 | $37,500 |
| Tenant Utility Reimbursement | $7,500 | $7,500 | $7,500 | $22,500 |
| Service Revenue (Net) | $6,000 | $6,000 | $6,000 | $18,000 |
| **TOTAL ALL RECEIPTS** | **$459,069** | **$670,739** | **$516,547** | **$1,646,355** |
| Payroll | $61,000 | $61,000 | $61,000 | $183,000 |
| Fuel Costs | $30,099 | $30,099 | $30,099 | $90,297 |
| Ship Store Inventory Purchases | $2,000 | $2,000 | $2,000 | $6,000 |
| Truck Payments | | | | |
| Water and Ice Machine | | | | |
| Fuel Servicing | $2,091 | $2,091 | $2,091 | $6,273 |
| Forklift Loans | | | | |
| Golf Cart Loans | | | | |
| DTE Energy | $2,400 | $2,400 | $2,400 | $7,200 |
| Consumers | $7,500 | $7,500 | $7,500 | $22,500 |
| Arrow Waste | $230 | $230 | $230 | $690 |
| Bulldog Dumpsters | $500 | $500 | $500 | $1,500 |
| Comcast | $203 | $203 | $203 | $609 |
| Water | $3,000 | $3,000 | $3,000 | $9,000 |
| Boat Detailing Cost | - | - | - | - |
| Miscellaneous Supplies | $5,000 | $5,000 | $5,000 | $15,000 |
| Insurance (Buildings, Vehicles, Liability) | $11,000 | $11,000 | $11,000 | $33,000 |
| Bookkeeping, Office Supplies, Internet, QB | $2,500 | $2,500 | $2,500 | $7,500 |
| Leestma Management Hall Expenses | $35,000 | $35,000 | $35,000 | $35,000 |
| Leestma Management Commerce Expenses | $5,000 | $5,000 | $5,000 | $15,000 |
| Contingency | $10,000 | $10,000 | $10,000 | $30,000 |
| **TOTAL ALL DISBURSEMENTS** | **$177,523** | **$177,523** | **$177,523** | **$462,569** |
| CRO | $30,099 | $30,099 | $30,099 | $90,297 |
| FJ Peterson | $30,099 | $30,099 | $30,099 | $90,297 |
| Oversight Expenses | $20,000 | $20,000 | $20,000 | $60,000 |
| Experts (EGLE Structural etc. Accounting) | $125,000 | $50,000 | $50,000 | $225,000 |
| Legal - Debtors / FJ / CRO Etc. | $60,000 | $60,000 | $60,000 | $180,000 |
| Contingency | $20,000 | $20,000 | $20,000 | $60,000 |
| **TOTAL ADMINISTRATIVE EXPENSES** | **$285,198** | **$210,198** | **$210,198** | **$705,594** |
| - Subject to separate approval by the court | | | | |
| **CASH FLOW BEFORE DEBT SERVICE** | **($3,652)** | **$283,018** | **$128,826** | **$478,192** |