

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/09/2026 09:30 AM

COURTROOM   9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-02696-CED** | **11** | **04/01/2026** |

**Chapter 11**

**DEBTOR:**      Leestma Management, LLC

**DEBTOR ATTY:**  **David Jennis**

**TRUSTEE:**      **NA**

**HEARING:**

(1) Continued Motion to Use Cash Collateral filed by David Jennis. Doc #24
-Objection to Debtor's Motion for Use of Cash Collateral Filed by James Timko on behalf of
Creditor 4Front Credit Union Doc #57
-Objection to Independent Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final
Orders Authorizing Use of Cash Collateral and Providing Adequate Protection Filed by Kathleen
DiSanto on behalf of Creditor Independent Bank (related doc 24) Doc #68
(2) Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtors; Harbor West
QOZB, LLC; Ryan M. Leestma; Emily Leestma; Adelaide Pointe Multi-Use, LLC; Adelaide Pointe Wet
Marina, LLC; Independent Bank; Choice One Bank; 4Front Credit Union; Lake Michigan Credit Union; City
of Muskegon; State of Michigan Department of Environment, Great Lakes & Energy; and John Polderman.
. Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide
Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma
Management, LLC (related document(s)[179]). Doc #217

**APPEARANCES::**
AAPPEARANCES: David Jennis, Chadwick Kaehne, Jeffrey Warren, Nathan Wheatley, Chip Azano, Darren Burmania, Alberto
Gomez, John Polderman, Phillip Khezri, David Lerner, Megen Miller, Edmund Witson, Stephen LaPlante, Nicholas Spigiel, Ryan
Leestma

**RULING:**
(1) Continued Motion to Use Cash Collateral filed by David Jennis. Doc #24     - Granted on interim basis pending continued
hearing on 8/27/2026 at 10:00 a.m. O/Jennis

-Objection to Debtor's Motion for Use of Cash Collateral Filed by James Timko on behalf of Creditor 4Front Credit Union Doc #57

-Objection to Independent Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use
of Cash Collateral and Providing Adequate Protection Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related
doc 24) Doc #68

(2) Motion to Shorten Time for Notice and to Set Hearing on Compromise Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC (related document(s)217).   Doc # 218 -   Granted. O/Jennis

(3) Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: Debtors; Harbor West QOZB, LLC; Ryan M. Leestma; Emily Leestma; Adelaide Pointe Multi-Use, LLC; Adelaide Pointe Wet Marina, LLC; Independent Bank; Choice One Bank; 4Front Credit Union; Lake Michigan Credit Union; City of Muskegon; State of Michigan Department of Environment, Great Lakes & Energy; and John Polderman. Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC   - Continued to 7/14/2026 at 12:00 p.m. Announced in Open Court no further Notice given. The hearing will be canceled if an Agreed Order approving the compromise is uploaded prior to the hearing.

(4) Ore tenus Motion for Debtor's counsel to file a fee application seeking interim compensation Doc # 225 -   Granted. Debtor's counsel is authorized to file a Fee Application.

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.