UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS | |
| SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

*Jointly Administered*

_____/

**BI-WEEKLY ACCOUNTING OF STATE COURT APPOINTED RECEIVER
PURSUANT TO INTERIM ORDERS REGARDING CASH COLLATERAL**

NOW COMES, John W. Polderman, the State Court Appointed Receiver, ("Receiver")

by and through the undersigned counsel, and for his Bi-Weekly Accounting states:

1.      John W. Polderman is the State Court Appointed Receiver of certain assets of the

Debtors herein pursuant to an order appointing receiver entered in the Kent County Circuit Court

on January 30, 2026 ("State Court Action").

2.      On April 17, 2026, this Court entered an *Interim Order Regarding Debtors'*

*Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and*

*Providing Adequate Protection* [Dkt. No. 51] and which was extended at a subsequent hearing

[Dkt. No. 193 as to Debtor Leestma Management/ Hall Street and Dkt. 193 as to the remaining

Debtors] ("Interim Orders").

3.      The Interim Orders provide for a budget variance report and accounts receivable

report for the time period of July 12, 2026 through July 24, 2026.

1

4.      For Leestma Management, Hall Street, an accounts receivable report is attached as Exhibit A and a budget to actual report is attached as Exhibit B.

5.      For Battle Creek Waterland, an accounts receivable report is attached as Exhibit C and a budget to actual report is attached as Exhibit D.

6.      For Adelaide Pointe Boaters Services, a budget to actual report is included in Exhibit E and an accounts receivable report showing fuel sales and credits is attached as Exhibit F.

7.      For Adelaide Pointe Building 1, there is no accounts receivable activity or budget to actual report.  The Receiver has opened a bank account at Independent Bank for this entity, and which he intends on using to pay utility expenses.  An account activity report is attached as Exhibit G.

8.      For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit H, and budget to actual report is attached as Exhibit E.

9.      Credit card activity is attached as Exhibit I.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
Johnson Pope Bokor Ruppel & Burns LLP
400 North Ashley Drive
Suite 3100
Telephone:     813-225-2500
Facsimile:      813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on July 31, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone:      813-225-2500
Facsimile:      813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver*

# Exhibit A

7/31/2026 8:26 AM

**Receivable Summary-Hall St.**

DB Caption: Bradley LIVE  Property: 446  Status: Current, Past, Future  Month From: 07/2026  To 07/2026  Summary By: Ter

| Property | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|
| **Leestma Management, LLC (446    )** | | | | | | |
| 446 | AAB Payroll, Inc. | -1,869.75 | 3,539.13 | -4,297.94 | -2,628.56 | Prepay for August |
| 446 | AVERIE HARRIS DESIGN, LLC | -1,126.67 | 1,655.55 | -50.00 | 478.88 | Utility charge |
| 446 | Bloom Credit Untion | -17,166.18 | 27,270.34 | -4,391.41 | 5,712.75 | Utility charge |
| 446 | Casey Stormes | 232.33 | 2,318.13 | -2,323.66 | 226.80 | Utility charge |
| 446 | CBS Outdoor LLC (3055)(Billboard) | 1,591.35 | 1,591.35 | 0.00 | 3,182.70 | Payments received; AR to apply |
| 446 | Christensen Law | -450.00 | 450.00 | -450.00 | -450.00 | Prepay for August |
| 446 | Cygnus Services | -500.00 | 500.00 | -500.00 | -500.00 | Prepay for August |
| 446 | D2D Events, LLC | -1,390.50 | 1,390.50 | -1,390.50 | -1,390.50 | Prepay for August |
| 446 | Dionel Photography, LLC. | 88.14 | 1,498.39 | 0.00 | 1,586.53 | Tenant has been contacted about past due |
| 446 | DISHER Corporation | 233.90 | 2,346.73 | -4,214.86 | -1,634.23 | Prepay for August |
| 446 | ELAS Marketing Services | 216.30 | 2,526.08 | -5,087.29 | -2,344.91 | Prepay for August |
| 446 | Emmanuel Hospice | 1,230.32 | 9,584.07 | -8,026.97 | 2,787.42 | Utility charge |
| 446 | Endless Management, LLC | -600.00 | 600.00 | -618.00 | -618.00 | Prepay for August |
| 446 | GANZO LLC | 1,036.76 | 1,119.89 | -2,073.50 | 83.15 | Utility charge |
| 446 | GR Family Therapy PLLC | -618.00 | 618.00 | -618.00 | -618.00 | Prepay for August |
| 446 | Hispanic Center of West Michigan | 241.53 | 1,930.53 | 0.00 | 2,172.06 | July 26 payment returned for NSF, tenant contacted and updating bank info |
| 446 | Hurley & Stewart, LLC | -1,899.00 | 2,735.40 | -2,633.64 | -1,797.24 | Prepay for August |
| 446 | Ingalls Pictures, LLC. | 1,221.86 | 4,153.43 | -3,774.86 | 1,600.43 | Utility charge |
| 446 | J Photography of Grand Rapids LLC | -1,777.91 | 2,285.79 | -200.68 | 307.20 | Utility charge |
| 446 | Jonas Paul Eyewear, LLC. | 2,981.16 | 16,701.52 | -16,595.39 | 3,087.29 | Utility charge |
| 446 | KLH Custom Homes | 179.54 | 1,324.93 | -1,134.78 | 369.69 | Utility charge |
| 446 | Laurie Schmitt | 0.00 | 706.27 | -1,412.54 | -706.27 | Prepay for August |
| 446 | Lorenz and Company, LLC. | -2,673.16 | 3,519.85 | -131.82 | 714.87 | Utility charge |
| 446 | Mate, Inc. | 267.78 | 3,961.75 | -3,762.78 | 466.75 | Utility charge |
| 446 | Midwest Building Maintenance, LLC | 205.55 | 2,066.28 | -2,085.21 | 186.62 | Utility charge |
| 446 | Mitch Ranger Photography | 120.67 | 2,851.98 | -2,925.67 | 46.98 | Utility charge |
| 446 | National Women Business Owners Corporation | 50.61 | 852.25 | -1,752.11 | -849.25 | Prepay for August |
| 446 | Peter McDaniel | 464.45 | 3,194.18 | -3,114.72 | 543.91 | Utility charge |
| 446 | Poppy & Posy, LLC | 157.85 | 171.37 | -157.85 | 171.37 | Utility charge |
| 446 | Pottery Lane, LLC. | -6,627.98 | 7,608.10 | 0.00 | 980.12 | Utility charge |
| 446 | Red66 Marketing, LLC | 277.43 | 2,665.16 | -2,681.11 | 261.48 | Utility charge |
| 446 | Stats Medic, LLC | 300.19 | 4,304.37 | -4,275.44 | 329.12 | Utility charge |
| 446 | Studio A & C Kitchen Design, Inc. | 332.93 | 1,799.30 | -1,743.67 | 388.56 | Utility charge |
| 446 | Studio M Interiors, LLC. and Melissa Walters | 302.51 | 5,394.04 | -5,343.51 | 353.04 | Utility charge |
| 446 | Summit Marketing Partners, Inc. | 497.86 | 3,020.51 | -2,806.63 | 711.74 | Utility charge |
| 446 | VIDS, LLC | 734.78 | 2,854.32 | -3,280.30 | 308.80 | Utility charge |
| **446** | | **-23,733.35** | **131,109.49** | **-93,854.84** | **13,521.30** | |

Page 1 of 1

# Exhibit B

7/31/2026 8:30 AM

Leestma Management, LLC (446)
**2026 Budget to Actual: Hall Street**
Period = Feb 2026-Dec 2026
Book = Accrual

| | | June 2026 | | | Thru July 24, 2026 | |
|---|---|---|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | Budget | Actual | Variance | *Budget | Actual |
| | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 4,000.00 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 272.00 | 225.00 | -0.17 | 272.00 | 200.00 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 390.00 | 390.00 | 0.00 | 390.00 | 390.00 |
| 6338-0000 | BANK FEE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6373-0000 | SIGNAGE | 0.00 | 0.00 | #DIV/0! | 0.00 | 7.41 |
| 6450-0000 | ELECTRICITY | 9,500.00 | 9,857.46 | 0.04 | 15,500.00 | 16,085.01 |
| 6451-1000 | SEWER AND WATER | 0.00 | 0.00 | #DIV/0! | 3,005.67 | 0.00 |
| 6452-0000 | GAS | 500.00 | 1,478.24 | 1.96 | 500.00 | 0.00 |
| 6525-0000 | TRASH REMOVAL | 1,455.00 | 1,428.90 | -0.02 | 1,455.00 | 1,786.52 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 30,297.68 | 2,763.99 | -0.91 | 0.00 | 6,807.81 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 200.00 | 187.50 | -0.06 | 0.00 | 0.00 |
| 6538-5000 | GEN MAINT MATERIALS | 0.00 | 177.98 | #DIV/0! | 0.00 | 0.00 |
| 6541-0000 | PARKING LOT REPAIR | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 14,011.00 | #DIV/0! | 0.00 | 285.00 |
| 6547-0000 | PLUMBING REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6591-0000 | MILEAGE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6595-0000 | ELEVATOR CONTRACT | 1,116.00 | 975.00 | -0.13 | 0.00 | 0.00 |
| 6595-1000 | ELEVATOR REPAIR & MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6596-0000 | PEST CONTROL | 138.00 | 139.00 | 0.01 | 138.00 | 139.00 |
| 6597-0000 | JANITORIAL SUPPLIES | 1,091.67 | 693.40 | -0.36 | 1,091.67 | 1,198.88 |
| 6597-5000 | JANITORIAL CONTRACT | 4,915.00 | 4,785.14 | -0.03 | 4,915.00 | 4,785.14 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6606-0000 | LOT SWEEPING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6690-0000 | PAYROLL EXPENSE | 5,600.00 | 3,017.27 | -0.46 | 5,600.00 | 5,978.10 |
| 6710-0000 | REAL ESTATE TAXES | 11,620.63 | 0.00 | -1.00 | 11,620.63 | 134,896.89 |
| 6720-0000 | LIABILITY INSURANCE | 2,000.00 | 1,884.61 | -0.06 | 2,000.00 | 1,884.58 |
| | | | | | | |
| 6800-9999 | TOTAL OPERATING EXPENSES | 73,095.98 | 46,014.49 | | 50,487.97 | 174,444.34 |
| | | | | | | |
| 6820-0000 | INTEREST EXPENSE | | | | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 38,832.59 | 0.00 | | 37,459.92 | 0.00 |
| 7917-0000 | LEASE COMMISSION | 0.00 | 5,369.72 | | 0.00 | 2,849.64 |
| 7918-0000 | OTHER OWNER EXPENSE | 0.00 | -1,434.50 | | | 0.00 |
| 2310-1101 | NOTE PAYABLE-PRINCIPAL REDUCTION | 29,389.46 | 0.00 | | 30,762.13 | 0.00 |

**\*Based on v4**

# Exhibit C

7/31/2026 8:33 AM

## Receivable Summary-Waterland BC Properties

DB Caption: Bradley LIVE  Property: 445  Status: Current, Past, Future  Month From: 07/2026  To  07/2026  Summary By: T

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Waterland Battle Creek Properties, LLC (445    )** | | | | | | | |
| 445 | | Best Investing & Tax | 0.00 | 1,270.50 | -1,270.50 | 0.00 | |
| 445 | | Centurylink Communications, LLC | 0.00 | 1,275.98 | -1,275.98 | 0.00 | |
| 445 | | Generations Financial Planning, LLC | -2,607.91 | 2,607.91 | -2,607.91 | -2,607.91 | Prepayment Aug 2026 charges |
| 445 | | Integrated Health Partners | -12,040.20 | 12,040.20 | -12,040.20 | -12,040.20 | Prepayment Aug 2026 charges |
| 445 | | US Staffing of West Michigan, LLC | 6,551.32 | 2,889.75 | -3,740.09 | 5,700.98 | Tenant paid IB, requested confirmation from IB that payments were received, no response |
| 445 | | Verizon Wireless | -1,430.33 | 1,430.33 | 0.00 | 0.00 | |
| **445** | | | **-9,527.12** | **21,514.67** | **-6,286.57** | **5,700.98** | |

# Exhibit D

**2026 Budget to Actual: Waterland BC Properties**

Period = Feb 2026-Dec 2026

Book = Accrual

| | | June 2026 | | | Thru July 10, 2026 | |
|---|---|---|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | Budget | Actual | Variance | Budget | Actual |
| | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 1,265.00 | 1,265.00 | 0.00 | 1,265.00 | 1,265.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 214.20 | 213.36 | 0.00 | 214.20 | 213.36 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 225.00 | 225.00 | 0.00 | 225.00 | 225.00 |
| 6338-0000 | BANK FEE | 0.00 | 0.00 | #DIV/0! | 0.00 | 42.68 |
| 6450-0000 | ELECTRICITY | 7,000.00 | 4,965.61 | -0.29 | 7,500.00 | 10,522.85 |
| 6450-0000 | ENERGY FEES | 1,429.00 | 1,429.00 | 0.00 | 1,429.00 | 1,429.00 |
| 6451-1000 | SEWER AND WATER | 666.67 | 967.45 | 0.45 | 666.67 | 1,207.16 |
| 6452-0000 | GAS | 105.00 | 89.35 | -0.15 | 100.00 | 184.79 |
| 6525-0000 | TRASH REMOVAL | 750.00 | 686.35 | -0.08 | 750.00 | 671.17 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 556.00 | 0.00 |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 0.00 | 25.96 | #DIV/0! | 0.00 | 0.00 |
| 6538-5000 | GEN MAINT MATERIALS | 125.00 | 544.25 | 3.35 | 125.00 | 0.00 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 0.00 | #DIV/0! | 704.63 | 11,403.77 |
| 6596-0000 | PEST CONTROL | 132.87 | 139.00 | 0.05 | 132.87 | 139.00 |
| 6597-0000 | JANITORIAL SUPPLIES | 275.00 | 216.65 | -0.21 | 275.00 | 0.00 |
| 6597-5000 | JANITORIAL CONTRACT | 1,350.00 | 1,346.95 | 0.00 | 1,350.00 | 1,346.95 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6603-7500 | GROUNDS CONTRACT | 650.00 | 193.00 | -0.70 | 650.00 | 1,757.53 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 1,350.00 | 0.00 |
| 6690-0000 | PAYROLL EXPENSE | 2,000.00 | 9,000.00 | 3.50 | 3,200.00 | 4,000.00 |
| 6710-0000 | REAL ESTATE TAXES | 4,100.22 | 4,100.23 | 0.00 | 4,100.22 | 4,100.23 |
| 6720-0000 | LIABILITY INSURANCE | 683.58 | 689.26 | 0.01 | 683.58 | 760.26 |
| | | | | | | |
| | | | | | | |
| 6800-9999 | TOTAL OPERATING EXPENSES | 20,971.54 | 26,096.42 | | 25,277.17 | 39,268.75 |
| | | | | | | |
| 6810-0000 | FINANCIAL EXPENSES | | | | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 3,756.01 | 6,036.43 | | 2,259.00 | 5,841.72 |
| | | | | | | |
| 6899-9999 | TOTAL FINANCIAL EXPENSES | | | | | |
| 7000-0000 | OWNER EXPENSE - NON-RECOVERABLE | | | | | |
| 7917-0000 | LEASE COMMISSION EXPENSE | 58.08 | | | 58.08 | |
| | | | | | | |
| 7999-9999 | TOTAL OWNER EXPENSE - NON-RECOV | | | | | |
| | | | | | | |
| | | | | | | |

# Exhibit E

**2026 BUDGET VS. ACTUAL - ADELAIDE POINTE**

| | July 11 - 24, 2026 | | |
|---|---|---|---|
| **RECEIPTS** | | | |
| **Rental Receipts** [1] | **Budget** | **Actual** | **Variance** |
| 1240 W Western - Offices | $0 | $0 | $0 |
| 1240 W Western - Low West [2] | 0 | 21,221 | 21,221 |
| 1204A W Western - Tall East | 0 | 0 | 0 |
| 1204B W Western - Low East 1 | 0 | 2,362 | 2,362 |
| 1204C W Western - Low East 2 | 0 | 0 | 0 |
| Winter Storage [3] | 0 | 46,115 | 46,115 |
| Dry In/Out | 0 | 0 | 0 |
| Wet Marina | 0 | 7,985 | 7,985 |
| 400 Adelaide Circle - Boater Services | 0 | 0 | 0 |
| **Total Rental Receipts** | **$0** | **$77,683** | **$77,683** |
| **Other Receipts** | | | |
| RV & Trailer Storage | $0 | $4,588 | $4,588 |
| Fuel Sales [4] | 18,065 | 12,198 | (5,866) |
| Ships Store Sales | 5,645 | 4,439 | (1,206) |
| Tenant Utility & Fee Reimbursement | 1,671 | 0 | (1,671) |
| Service Revenue | 2,710 | 0 | (2,710) |
| **TOTAL ALL RECEIPTS** | **$28,090** | **$98,907** | **$70,817** |
| **DISBURSEMENTS** | | | |
| Payroll | $16,710 | $27,855 | ($11,145) |
| Fuel Costs | 13,593 | 0 | 13,593 |
| Ship Store Inventory Purchases | 903 | 3,187 | (2,283) |
| Truck Payments [5] | 1,027 | 0 | 1,027 |
| Water and Ice Machine [5] | 475 | 0 | 475 |
| Fuel Servicing | 944 | 3,842 | (2,898) |
| Forklift Loan [5] & Repair | 3,523 | 2,041 | 1,482 |
| Golf Cart Loan [5] | 1,163 | 0 | 1,163 |
| DTE Energy [6] | 6,774 | 0 | 6,774 |
| Consumers [6] | 5,194 | 580 | 4,613 |
| Arrow Waste | 104 | 249 | (145) |
| Bulldog Dumpsters | 226 | 352 | (126) |
| Comcast | 92 | 0 | 92 |
| Water | 903 | 0 | 903 |
| Boat Detailing Cost | 0 | 3,096 | (3,096) |
| Property Taxes (monthly escrow) [9] | 22,581 | 0 | 22,581 |
| Property Repair and Maintenance Supplies | | | |
| Roof [7,8] | 0 | 8,290 | 0 |
| Fire Panel Issues (up to) [9] | 0 | 0 | 0 |
| Annual Fire Inspections | 0 | 1,331 | 0 |
| Sprinkler Monitoring Insallation (Man Caves) [8] | 0 | 0 | 0 |
| Sprinkler Monitoring Insallation (Marina) [8] | 0 | 0 | 0 |
| Sprinkler Monitoring Insallation (1204 W Western) [8] | 0 | 0 | 0 |
| Erosion Control | 0 | 186 | (186) |
| Sidewalk Completion [8] | 0 | 0 | 0 |
| Miscellaneous Supplies and Repairs | 2,258 | 3,346 | (1,088) |
| Snow Plowing, Lawn Maintenance | 1,355 | 0 | 1,355 |
| Insurance (Buildings, Vehicles, Liability) | 0 | 563 | (563) |
| Bookkeeping, Office Supplies, Internet, QB | 1,490 | 2,421 | (930) |
| **TOTAL ALL DISBURSEMENTS** | **$79,315** | **$57,337** | **$31,599** |
| **CASH FLOW** | **($51,225)** | **$41,570** | **$102,416** |

**Footnotes:**

1:  Assumes in-place tenants renew when leases expire, and if vacated the space will be re-leased.

2: Tenant has indicated they are vacating as of July.

3: Budget amounts per owner estimate.

4: Fuel tank is filled when low, so timing of fuel payment varies

5: The Receiver has not made these payments other than a portion of the truck loan payment as he is still reviewing whether the asset should be surrendered or have more favorable payment terms negotiated with the creditor. The creditors have been put on notice of the Receivership as to prevent any repossession.

6: There will be seasonal fluctuation in these amounts.

7: A $40,000 repair has been approved.  The Receiver has completed a portion of these repairs and has been paid

8: Capital items timing pending; not included in Variance calculation

9. Property Tax Escrow excluded from monthly variance calculation.

# Exhibit F

```
Run Date 07/28/26              J H Oil Company                   Page:   1
Run Time 12:44                 Daily Settlement

CUSTOMER ACCT : 4150198    - ADELAIDE POINTE QOZB LLC
SETTLEMENT FOR: 07/29/26
------------------------------------------------------------------------


DATE            INVOICE  INVOICE BAL. ORIGINAL AMT.
-----------  ----------  ------------ -------------
07/28/26   Open Credit   -34,377.71   -34,377.71
07/16/26     16996541      6,832.76     6,832.76
07/17/26     17009219     13,807.66    13,807.66
07/17/26     17009221      2,551.48     2,551.48

TOTAL INVOICES:          -11,185.81   -11,185.81

CREDIT CARDS RECEIVED:
DATE             NUMBER  INVOICE BAL.    GROSS AMT PROCESS FEES      NET AMT
-----------  ----------  ------------ ------------ ------------ ------------
07/23/26     17020149      2,330.48     2,371.48        41.00     2,330.48
07/24/26     17023989        296.37       300.00         3.63       296.37
07/27/26     17036445      7,131.54     7,270.95       139.41     7,131.54
07/26/26     17036511      9,820.34    10,005.54       185.20     9,820.34
07/25/26     17036577      4,901.15     4,987.64        86.49     4,901.15
07/28/26     17040557      5,375.98     5,478.04       102.06     5,375.98

TOTAL C/C DUE:           29,855.86    30,413.65       557.79    29,855.86
------------------------------------------------------------------------
TOTAL AMOUNT DUE:        -41,041.67
```

# Exhibit G

2:50 PM

07/30/26

Cash Basis

**Adelaide Pointe**

**Transaction Detail by Account**

July 11 - 24, 2026

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **IB - Adelaide Pointe Building 1** | | | | | | | | |
| Check | 07/21/2026 | | Consumers Energy | Acct No. 1030... | Consumers Ene... | | 342.59 | -342.59 |
| Check | 07/21/2026 | | Consumers Energy | Acct No. 1030 ... | Consumers Ene... | | 237.54 | -580.13 |
| **Total IB - Adelaide Pointe Building 1** | | | | | | 0.00 | 580.13 | -580.13 |

# Exhibit H

2:16 PM

07/30/26

# Adelaide Pointe
# A/R Aging Summary
### As of July 24, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Alan Spurlock | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 |
| Amanda Theisen | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Brad Eley | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| Brian Homfeld | 0.00 | 0.00 | 368.18 | 0.00 | 1,008.58 | 1,376.76 |
| Chad Kerr | 0.00 | 75.00 | 74.50 | 75.00 | 75.00 | 299.50 |
| Chase Smith | 0.00 | 81.00 | 0.00 | 0.00 | 0.00 | 81.00 |
| Chris Mundt | 0.00 | 75.00 | 0.00 | 0.00 | 987.00 | 1,062.00 |
| Dan Breckenridge | 0.00 | 0.00 | 0.00 | 0.00 | 2,450.00 | 2,450.00 |
| Dan Pagano | 0.00 | 0.00 | 0.00 | 0.00 | 45.47 | 45.47 |
| Dean Wolever | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 | 700.00 |
| Dennis Schichtel | 0.00 | 0.00 | 0.00 | 0.00 | 2,352.52 | 2,352.52 |
| Doug Brehm | 0.00 | 350.00 | 350.00 | 350.00 | 350.00 | 1,400.00 |
| Dustin Miller | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 | 700.00 |
| Eric Zack | 0.00 | 0.00 | 77.25 | 77.25 | 77.25 | 231.75 |
| Greg Stratton | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 | 700.00 |
| Harrison Gillette | 0.00 | 0.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| Heather and Bill Gaston | 0.00 | 75.00 | 75.00 | 75.00 | 0.00 | 225.00 |
| James Gilleland | 0.00 | 350.00 | 350.00 | 350.00 | 0.00 | 1,050.00 |
| Jeff Davis | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 |
| Jeff Vanotteren | 0.00 | 1,170.00 | 0.00 | 0.00 | 0.00 | 1,170.00 |
| Jennifer Hatfield | 0.00 | 75.00 | 75.00 | 75.00 | 0.00 | 225.00 |
| Jeremiah Johnson | 0.00 | 0.00 | 529.80 | 2,430.48 | 4,933.87 | 7,894.15 |
| Jodie VanRhee | 0.00 | 0.00 | 350.00 | 0.00 | 700.00 | 1,050.00 |
| John Howard Brinkert | 0.00 | 0.00 | 0.00 | 0.00 | 2,021.87 | 2,021.87 |
| John Martin | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Judy and Chad Vanderstelt | 0.00 | 2,078.67 | 2,301.11 | 2,078.67 | 0.00 | 6,458.45 |
| Kevin Lohr | 0.00 | 0.00 | 1,765.49 | 1,440.00 | 0.00 | 3,205.49 |
| Kurt Witham | 0.00 | 0.00 | 0.00 | 0.00 | 988.80 | 988.80 |
| Lon Quinn | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| Matt Gongalski | 0.00 | 0.00 | 6,827.88 | 0.00 | 0.00 | 6,827.88 |
| Max Robrahn | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mike Bofysil | 0.00 | 0.00 | 0.00 | 2,736.00 | 0.00 | 2,736.00 |
| MZH Concrete LLC | 0.00 | 2,936.73 | 3,005.32 | 0.00 | 0.00 | 5,942.05 |
| Perry Newson | 0.00 | 0.00 | 0.00 | 880.00 | 0.00 | 880.00 |
| Phillip Cantrell | 0.00 | 0.00 | 0.00 | 0.00 | 2,660.00 | 2,660.00 |
| Randall Sellhorn | 0.00 | 0.00 | 0.00 | 0.00 | 792.00 | 792.00 |
| Rick Lott | 0.00 | 0.00 | 350.00 | 350.00 | 350.00 | 1,050.00 |
| Rob Taylor | −0.00 | 0.00 | 75.00 | 0.00 | 0.00 | 75.00 |
| Robert Duvall | 0.00 | 0.00 | 1,991.25 | 0.00 | 0.00 | 1,991.25 |
| Rocky Vulpetti | 0.00 | 0.00 | 0.00 | 0.00 | 1,450.00 | 1,450.00 |
| Ryan Bourdo | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Ryan Momber | 0.00 | 300.00 | 300.00 | 0.00 | 0.00 | 600.00 |
| Ryan Quillan | 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 75.00 |
| Sam Powell | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| Sam Slaughter | 0.00 | 0.00 | 341.84 | 0.00 | 0.00 | 341.84 |
| Steve Groh | 0.00 | 0.00 | 0.00 | 0.00 | 2,775.00 | 2,775.00 |
| Thomas Gillen | 0.00 | 0.00 | 0.00 | 0.00 | 2,700.00 | 2,700.00 |
| Todd Grimm | 1,425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,425.00 |
| Tonya K. Thomas | 0.00 | 901.25 | 901.25 | 901.25 | 901.25 | 3,605.00 |
| Wesley Wegner | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| Westpack Inc. | 0.00 | 521.07 | 1,608.74 | 571.07 | 3,383.30 | 6,084.18 |
| Wheelfish Group, LLC | 0.00 | 0.00 | 290.94 | 0.00 | 13.79 | 304.73 |
| TOTAL | 5,425.00 | 9,488.72 | 22,708.55 | 13,339.72 | 36,440.70 | 87,402.69 |

# Exhibit I

## CHASE ◯ for BUSINESS®

Printed from Chase for Business

Overview / Account:  Ink Preferred (...4930) ∨

Ink Preferred (...4930)

# $8,289.80

Current balance  |  Show details ∨

| Aug 5, 2026 | $0.00 | $0.00 | $8,821.13 |
|---|---|---|---|
| Payment due date | Minimum payment due | Remaining statement balance | Available credit |

| $17,500.00 | Off Ⓢ  | | | |
|---|---|---|
| Total credit limit | Automatic payments | |

Cardholders (2)                                                                          ∨

## Transactions

### Pending (3)                                                                          ∧

Pending charges:  $389.07

| Date | Description | Card | Amount |
|---|---|---|---|
| Jul 29, 2026 | Amazon Marketplace Amazon.com | (...0809) | $79.45 |
| | Amazon Marketplace Amazon.com | (...0809) | $278.99 |

| Date | Description | Card | Amount |
|------|-------------|------|--------|
| | Amazon Marketplace Amazon.com | (...0809) | $30.63 |

Showing | Activity since last statement | ⌄

**Current balance $8,289.80**

| Date ⇕ | Description ⇕ | Card ⇕ | Category | | Amount ⇕ |
|--------|---------------|--------|----------|---|----------|
| Jul 28, 2026 | ONETOUCHSID ONETO PayPal | (...4930) | Repair & maintenance | ⌄ | $8,289.80 |
| Jul 27, 2026 | Payment Thank You - Web | (...4930) | — | | −$12,871.61 |
| Jul 25, 2026 | West Marine | (...0809) | Merchandise & Inventory | ⌄ | $339.14 |
| | Visible | (...0809) | Bills & utilities | ⌄ | $25.00 |
| Jul 24, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $17.48 |
| | Menards | (...0809) | Repair & maintenance | ⌄ | $318.76 |
| | Menards | (...0809) | Repair & maintenance | ⌄ | $44.86 |
| Jul 23, 2026 | Gordon Food Service (GFS) | (...0809) | Food & drink | ⌄ | $36.78 |
| | DocuSign | (...0809) | Merchandise & Inventory | ⌄ | $108.00 |
| | DocuSign | (...0809) | Merchandise & Inventory | ⌄ | $180.00 |

| Date ◊ | Description ◊ | Card ◊ | Category | | Amount ◊ |
|---|---|---|---|---|---|
| Jul 22, 2026 | CHUCK PayPal | (...0809) | Professional services | ∨ | $4,750.00 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $52.99 |
| | SCHULTZ SEPTIC LLC | (...0809) | Repair & maintenance | ∨ | $380.00 |
| | O'Malleys Pest Control Inc | (...0809) | Repair & maintenance | ∨ | $145.00 |
| | O'Malleys Pest Control Inc | (...0809) | Repair & maintenance | ∨ | $650.00 |
| | GODADDY | (...0809) | Bills & utilities | ∨ | $659.52 |
| Jul 21, 2026 | Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $12.44 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $9.43 |
| | Payment Thank You - Web | (...4930) | — | | -$12,102.76 |
| Jul 20, 2026 | CERTUS FUSION TRAINING | (...0809) | Education | ∨ | $95.06 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ∨ | $9.49 |
| | Zoom | (...0809) | Bills & utilities | ∨ | $696.92 |
| | Intuit Quickbook | (...0809) | Office & Shipping | ∨ | $202.00 |
| | XC CREATIONS | (...0809) | Merchandise & Inventory | ∨ | $174.88 |

| Date ⬍ | Description ⬍ | Card⬍ | Category | | Amount ⬍ |
|---|---|---|---|---|---|
| | Payment Thank You - Web | (...4930) | — | | −$1,000.00 |
| Jul 18, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $69.10 |
| Jul 17, 2026 | Visible | (...0809) | Bills & utilities | ⌄ | $25.00 |
| | Bulldog Dumpsters LLC | (...0809) | Bills & utilities | ⌄ | $22.86 |
| Jul 16, 2026 | Lowe's Home Improvement | (...0809) | Repair & maintenance | ⌄ | −$145.20 |
| | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $20.94 |
| | Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $123.63 |
| Jul 15, 2026 | MONROE TRUCK AND AUTO | (...0809) | Merchandise & Inventory | ⌄ | $2,268.90 |
| | Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $147.33 |
| | Amazon.com | (...0809) | Merchandise & Inventory | ⌄ | $26.98 |
| Jul 14, 2026 | Menards | (...0809) | Repair & maintenance | ⌄ | $153.79 |
| | Menards | (...0809) | Repair & maintenance | ⌄ | $212.98 |
| | The Home Depot | (...0809) | Repair & maintenance | ⌄ | $62.08 |
| | Walmart.com | (...0809) | Merchandise & Inventory | ⌄ | $105.88 |

| Date ◇ | Description ◇ | Card◇ | Category | | Amount ◇ |
|---|---|---|---|---|---|
| | Marathon Oil | (...080 9) | Gas | ∨ | $75.14 |
| | Amazon.com | (...080 9) | Merchandise & Inventory | ∨ | $28.53 |
| Jul 13, 2026 | Walmart.com | (...080 9) | Merchandise & Inventory | ∨ | $202.84 |
| | Wesco Inc | (...080 9) | Gas | ∨ | $90.57 |
| | Amazon Marketplace Amazon.com | (...080 9) | Merchandise & Inventory | ∨ | −$42.37 |
| | Lowe's Home Improvement | (...080 9) | Repair & maintenance | ∨ | $279.39 |
| Jul 10, 2026 | Amazon.com | (...080 9) | Merchandise & Inventory | ∨ | $47.92 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2026 JPMorgan Chase & Co          Equal Opportunity Lender