FILED VIA MAIL

AUG 03 2026

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In Re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.                                   Jointly Administered

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court
Sam M. Gibbons United State Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

*U.S. Trustee*
United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

David S Jennis
Jennis Morse
606 East Madison Street
Tampa, FL 33602

Nathan A Wheatley
DOJ-Ust
200 N. High St.
Ste 309
Columbus, OH 43215

PLEASE ENTER THE APPEARANCE of Moe Freedman, Assistant Attorney General, as attorney for the Michigan Department of Treasury, in the above-titled case. This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance. Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building

3030 W. Grand Blvd. Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-Mail: FreedmanM1@michigan.gov

Dated: July 29, 2026

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT, MICHIGAN 48202

DANA NESSEL
ATTORNEY GENERAL

July 29, 2026

Clerk of the Court
Sam M. Gibbons United State Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

      Re:   Leestma Management, LLC
           Case No. 8:26-bk-02696-CED

Dear Clerk of the Court:

Enclosed please find a Notice of Appearance for entry with the court. Please return a stamped copy to our office in the enclosed self-addressed envelope.

      Thank you.

                          Sincerely,

                          *Nicole Gregory*

                          Nicole Gregory
                          Legal Secretary to Moe Freedman
                          Collections Division
                          313-456-0140

Enc.

cc:   David S. Jennis, w/Enclosure
      U.S. Trustee, w/Enclosure
      Nathan A. Wheatley, w/Enclosure



DANA NESSEL, Attorney General
Department of Attorney General
Cadillac Place
3030 West Grand Blvd, 10th Floor
Detroit, MI 48202

Clerk of the Court
Sam M. Gibbons United State Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602