UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
LEESTMA MANAGEMENT, LLC       Case No.: 8:26-bk-02696-CED
ADELAIDE POINTE QOZB, LLC       Case No.: 8:26-bk-02698-CED
ADELAIDE POINTE BOATERS
SERVICES, LLC       Case No.: 8:26-bk-02699-CED
ADELAIDE POINTE BUILDING 1, LLC       Case No.: 8:26-bk-02700-CED
WATERLAND BATTLE CREEK, LLC       Case No.: 8:26-bk-02701-CED

      Debtors**.**       Chapter 11
      *Jointly Administered*

_____/

**NOTICE OF WITHDRAWAL OF APPLICATION TO EMPLOY ALBERTO F. GOMEZ, JR. AND JOHNSON POPE BOKOR RUPPLE AND BURNS, LLC AS COUNSEL FOR RECEIVER/CUSTODIAN (Doc. No. 141)**

John Polderman, in his capacity as the State Court Appointed Receiver, by and through his undersigned counsel, hereby gives notice of the withdrawal of the Application for Approval of Employment of Counsel and Authorization of Compensation Effective as of the Petition Date (Doc. No. 141).

Dated:  August 4, 2026       JOHNSON POPE BOKOR
      RUPPEL & BURNS, LLP

      /s/ Alberto F. Gomez, Jr._____
      Alberto ("Al") F. Gomez, Jr. (FBN: 784486)
      400 N Ashley Drive, Suite 3100
      Tampa, Florida 33602
      Telephone: (813) 225-2500
      Email: al@jpfirm.com
      Counsel for Receiver/Custodian

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of foregoing *Notice of Withdrawal* was furnished on August 4, 2026, by the Court's CM/ECF system to:

/s/ Alberto ("Al") F. Gomez, Jr.
Alberto ("Al") F. Gomez, Jr..