**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS | |
| SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors**.**                            *Jointly Administered*

_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1.      The Honorable Caryl E. Delano will conduct a preliminary hearing in this case on August 27, 2026 at 10:00 AM in Courtroom 9A, Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602, on the following matter:

**Application of John Polderman, In His Capacity as Chief Restructuring Officer, to Employ Alberto F. Gomez, Jr. and Johnson Pope Bokor Ruppel & Burns, LLP as Counsel for the Chief Restructuring Officer Effective as of June 23, 2026 (Doc. No. 238)**

2.      All parties may attend the hearing in person. Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5070 no later than 3:00 p.m. one business day before the date of the hearing.

3.       Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

1

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Dated: August 6, 2026          JOHNSON, POPE, BOKOR,
                               RUPPEL & BURNS, LLP

                               /s/ Alberto F. Gomez, Jr.
                               Alberto F. Gomez, Jr. (FBN: 784486)
                               400 North Ashley Drive
                               Suite 3100
                               Telephone:     813-225-2500
                               Facsimile:     813-223-7118
                               Email: AL@JPFirm.com
                               *Attorneys for John Polderman, CRO*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing **Notice of Hearing** has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL  33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 and all parties listed on the attached matrixes for each Debtor on August 6, 2026.

                               /s/ Alberto F. Gomez, Jr.
                               Alberto F. Gomez, Jr.

2