UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| Leestma Management, LLC | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors | (Jointly Administered Cases) |

_________________________________/

**NOTICE OF HEARING**
**(Doc No. 261)**

**NOTICE IS HEREBY GIVEN:**

A hearing in this case will be held before the Honorable Caryl E. Delano on **September 2, 2026, at 3:30 p.m. EST**, in Courtroom 9A, Sam M. Gibbons, United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 to consider and act upon the following:

***Emergency Motion to Extend Automatic Stay or to Enforce Automatic Stay (Doc No. 261)***

All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at (Procedures Governing Court Appearances). If the Court permits appearances by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866-582-6878) by 5:00 pm the business day preceding the hearing.

Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

The hearing may be continued upon announcement made in open court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.

Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED this 28th day of August 2026.

*/s/ David S. Jennis*
David S. Jennis
FBN: 775940
Sebastian T. Pankiewicz
FBN: 1054094
**JENNIS MORSE**
Address: 606 East Madison Street
Tampa, FL 33602
Email: djennis@jennislaw.com
spankiewicz@jennislaw.com
ecf@jennislaw.com
Telephone: (813) 229-2800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via CM/ECF electronic service to all parties receiving notices via CM/ECF in the ordinary course of business on this 28th day of August 2026.

*/s/ David S. Jennis*
David S. Jennis