United States Bankruptcy Court
Middle District of Florida

In re:
Leestma Management, LLC
Debtor

Case No. 26-02696-CED
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113A-8 | User: admin | Page 1 of 6
Date Rcvd: Aug 27, 2026 | Form ID: Dntccnrh | Total Noticed: 89

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leestma Management, LLC, Jointly Administered with: 26-bk-02698;, 26-bk-02699; 26-bk-02700; 26-bk-02701, 1900 Gulf Drive North Unit 7, Bradenton Beach, FL 34217-2384 |
| aty | + | Darren J. Burmania, Bodman PLC, 99 Monroe Avenue NW, suite 300, Grand Rapids, MI 49503-2639 |
| aty | + | Jennis Morse, 606 E. Madison Street, Tampa, FL 33602-4029 |
| cr | + | 4Front Credit Union, Plunkett Cooney, 38505 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304 US 48304-5096 |
| intp | + | Adelaide Pointe Boaters Services, LLC, 400 Adelaide Circle, Muskegon, MI 49441-1639 |
| intp | + | Adelaide Pointe Building 1, LLC, 901 Adelaide Circle, Muskegon, MI 49441-1618 |
| intp | + | Adelaide Pointe QOZB, LLC, c/o Jennis Morse, 606 E. Madison Street, Tampa, FL 33602-4029 |
| cr | + | Catcon, Inc., c/o Catrina H. Markwalter, Esq., Clark Hill PLC, 3630 Peachtree Road, Suite 700, Atlanta, GA 30326 UNITED STATES 30326-1581 |
| cr | + | Independent Bank, Bush Ross, P.A., c/o Kathleen L. DiSanto, Esq., P.O. Box 3913, Tampa, FL 33601-3913 |
| intp | + | John Polderman, Stevenson & Bullock, P.L.C., 26100 American Drive, Ste. 500, Southfiled, MI 48034-6184 |
| cr | + | Lake Michigan Credit Union, c/o Hill Ward Henderson PA, 101 E Kennedy Blvd, Suite 3700, Tampa, FL 33602 US 33602-5195 |
| cr | + | Michigan Department of Environment, Great Lakes, a, 525 W. Allegan St., Lansing, MI 48933, US 48933-1502 |
| cr | + | Michigan Department of Natural Resources (DNR), P.O. Box 30755, P.O. Box 30451, P.O. Box 30755, Lansing, MI 48909 UNITED STATES 48909-8255 |
| cr | + | Team Financial Inc, c/o Angela N. Grewal, 501 Riverside Suite 601, Jacksonville, FL 32202, US 32202-4937 |
| intp | + | Waterland Battle Creek, LLC, 77 East Michigan Avenue, Battle Creek, MI 49017-7029 |
| cr | + | West Shore Bank, Burr & Forman LLP, 201 N. Franklin Street, Suite 3200, Tampa, FL 33602 UNITED STATES 33602-5872 |
| 32381800 | + | 4Front Credit Union, c/o David A. Lerner, Esq., Plunkett Cooney, 38505 Woodward Ave - Suite 100, Bloomfield Hills, MI 48304-5096 |
| 32460178 | + | Adelaide Point Condominium #1 Condominium Associat, c/o Jon Polenberg, Esq., 1 East Broward Blvd., Suite 1800, Ft. Lauderdale, FL 33301-1876 |
| 32541739 | + | Adelaide Pointe #1 Condominium Association, c/o Jon Polenberg, Becker & Poliakoff, P.A., 1 East Broward Blvd., Suite 1800, Fort Lauderdale, FL 33301-1876 |
| 32346732 | | Alkan Mortgage Corporation, c/o Michael W. Hennen, Esq, 425 Colonial Drive, Suite 204, Orlando FL 32804-6863 |
| 32464056 | + | Auto- Owners Insurance, 6101 Anacapri Blvd, Lansing, MI 48917-3994 |
| 32464220 | + | Auto-Owners Insurance, 6101 Ancapri Blvd., Lansing, MI 48917-3994 |
| 32486524 | + | Catcon, Inc., c/o Catrina H. Markwalter, Esq., 3630 Peachtree Road, Suite 700, Atlanta, GA 30326-1581 |
| 32541240 | + | Catcon, Inc., c/o Catrina H. Markwalter, Esq., Clark Hill PLC, 3630 Peachtree Road, NE, Suite 700, Atlanta, GA 30326-1581 |
| 32539630 | | Choice One Bank, c/o Nicholas J. Spigiel, Kreis, Enderle, Hudgins & Borsos, P.C., P.O. Box 4010, Kalamazoo, MI 49003-4010 |
| 32494457 | + | City of Muskegon, c/o Darrien E. Worth, Miller Canfield, 150 West Jefferson Ave., Suite 2500, Detroit, Michigan 48226-4432 |
| 32511187 | | City of Muskegon, c/o Stephen S. LaPlante, Miller, Canfield, Paddock and Stone, 150 West Jefferson, Suite 2500, Detroit, MI 48226-4432 |
| 32464057 | + | Discount Lock and Door, LLC, 1382 Baldwin Street, Jenison, MI 49428-8937 |
| 32464059 | + | DyerMGT, LLC, 2519 Normandy Drive SE, Grand Rapids, MI 49506-5436 |
| 32464060 | + | Elevator Services, Inc., 823 Ottawa Ave NW, Grand Rapids, MI 49503-1429 |
| 32575187 | + | Emily Leestma, 1900 Gulf Drive North, Unit 7, Bradenton Beach, FL 34217-2384 |
| 32414375 | + | Finanacial Pacific Leasing, 3455 South 344th Way, Suite 300, Federal Way, WA 98001-9546 |
| 32358393 | | Independent Bank, c/o Attn: Jeffrey W. Warren, Esq., Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601-3913 |
| 32357110 | + | Independent Bank, c/o Jeffrey W. Warren, Esq., Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| 32358392 | | Independent Bank, c/o Attn: Kathleen L. DiSanto, Esq., Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601-3913 |
| 32357039 | + | Independent Bank, c/o Kathleen L. DiSanto, Esq., Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| 32540435 | | Independent Bank, a Michigan Banking Corporation, c/o Jeffrey W. Warren, Esq., Bush Ross, P.A., P.O. Box 3913, Tampa, FL 33601-3913 |
| 32464061 | + | Indusco Supply Company Inc., 3645 E. Cork Street, Kalamazoo, MI 49001-4644 |
| 32541738 | + | Jon Polenberg, Becker & Poliakoff, P.A., 1 East Broward Blvd., Suite 1800, Fort Lauderdale, FL 33301-1876 |
| 32346138 | + | Kent County Tax Collector, PO Box Y, Grand Rapids, MI 49501-4925 |
| 32535421 | + | Kevin R. Schaaf, 3481 N Meadowgrove Dr SE, Grand Rapids, MI 49512-9354 |
| 32346733 | + | King Auto Sales, 529 South Combee Road, Lakeland FL 33801-6309 |

| | | |
|---|---|---|
| 32376764 | + | Lake Michigan Credit Union, c/o Hill Ward & Henderson PA, 101 E Kennedy Boulevard, Suite 3700, Tampa, FL 33602-5195 |
| 32464062 | + | Liberty Mutual Insurance, 4362 Cascade Road SE, Suite 110, Grand Rapids, MI 49546-3670 |
| 32557942 | + | Megen E. Miller, P.O. Box 30755, Lansing, MI 48909-8255 |
| 32464229 | | Metronet, 1000 Metronet Dr., Evansville, IL 47715 |
| 32464063 | | Metronet, 1000 Metronet Drive, Evansville, IN 47715 |
| 32484936 | + | Mich. Dept. of Environment, Great Lakes, and Energ, Megen E. Miller, ENRA Division, P.O. Box 30755, Lansing, MI 48909-8255 |
| 32380047 | + | Michigan Credit Union, c/o Hill Ward Henderson, P.A., 101 East Kennedy Boulevard, Suite 3700, Tampa, FL 33602-5195 |
| 32557943 | + | Michigan Department of Natural Resources, Megen E. Miller, P.O. Box 30755, Lansing, MI 48909-8255 |
| 32562069 | + | Michigan Department of Natural Resources, c/o Megen E. Miller, P.O. Box 30755, Lansing, MI 48909-8255 |
| 32464064 | + | NAI Wisinski of West Michigan, 100 Ceasar E. Chavez Ave SW, Suite 1000, Grad Rapids, MI 49503-4055 |
| 32464224 | + | NAI Wisinski of West Michigan, 100 Cesar E. Chavez Ave SW, Suite 1000, Grand Rapids, MI 49503-4055 |
| 32346737 | | Rapital Capital, 1329-C Arena Road, Lot 110, Kahnawake Mohawk Territory, Quebec, Canada JOL1B0 |
| 32464065 | + | Republic Services, 2471 Wilshire Drive, Jenison, MI 49428-9300 |
| 32464066 | + | Rose Pest Solutions, 31700 Research Park Drive, Madison Heights, MI 48071-4627 |
| 32542606 | + | Sherri L. Johnson, Johnson Legal of Florida PL, PO Box 20998, Sarasota, FL 34276-3998 |
| 32513154 | + | Soils & Structures, Inc, 6480 Grand Haven Rdd, Muskegon, MI 49441-6060 |
| 32453748 | + | StanCorp Mortgage Investors, LLC, 10265 NE Tanasbourne Drive 3rd Floor, Hillsboro, OR 97124-7834 |
| 32464054 | + | Standard Insurance Company, Attn: Mortgage Loan Servicing T3A, 10265 NE Tanasbourne Drive, Hillsboro, OR 97124-7834 |
| 32443268 | + | Team Financial Group Inc, c/o Angela N Grewal, Adams and Reese LLP, 501 Riverside Avenue Ste 601, Jacksonville, FL 32202-4937 |
| 32440395 | + | Team Financial Group, Inc, c/o Angela N. Grewal, 501 Riverside Suite 601, Jacksonville, FL 32202-4937 |
| 32464067 | + | Troost Service Company, 838 West River Center NE, Suite A, Comstock Park, MI 49321-9024 |
| 32346736 | + | Truist Bank VA-RVW-5113, P.O. Box 26150, Richmond, VA 23260-6150 |
| 32464068 | + | Vanguard Fire and Supply Co, Inc., 2101 Martindale Avenue SW, Grand Rapids, MI 49509-1837 |
| 32346140 | + | Waterland Battle Creek Properties, LLC, 1204 W. Western Avenue, Muskegon, MI 49441-1674 |
| 32795550 | + | West Shore Bank, c/o Dana Robbins-Boehner, Esq., 201 N. Franklin St., Suite 3200, Tampa, FL 33602-5872 |
| 32542607 | + | Westmaas Electric Company, c/o Johnson Legal of Florida, PL, PO Box 20998, Sarasota, FL 34276-3998 |
| 32464070 | + | Wildman Uniform and Linen, 800 S. Buffalo Street, Warsaw, IN 46580-4710 |

TOTAL: 69

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 22:53:35 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32346738 | | Email/Text: bankruptcynotices@amscotfinancial.com | Aug 27 2026 22:49:00 | Amscot, PO Box 25137, Tampa, FL 33622 |
| 32674616 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 23:21:03 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32434014 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 22:53:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32464055 | + | Email/Text: grtreasurer@grcity.us | Aug 27 2026 22:51:00 | City of Grand Rapids, 300 Monroe Avenue, NW, Grand Rapids, MI 49503-1099 |
| 32393583 | + | Email/Text: swansonm@millercanfield.com | Aug 27 2026 22:50:00 | City of Muskegon, c/o Marc N. Swanson, Miller, Canfield, Paddock and Stone, 150 West Jefferson, Suite 2500, Detroit, MI 48226-4432 |
| 32460522 | | Email/Text: bankruptcy_notices@cmsenergy.com | Aug 27 2026 22:50:00 | Consumers Energy Company, One Energy Plaza / Attn: Legal Dept, Jackson, MI 49201 |
| 32464058 | + | Email/Text: brupt1@dteenergy.com | Aug 27 2026 22:50:00 | DTE Energy, PO Box 740786, Cincinnati, OH 45274-0786 |
| 32346142 | | Email/Text: BNC_Notices@floridarevenue.com | Aug 27 2026 22:49:00 | Department of Revenue, PO Box 6668, Tallahassee FL 32314-6668 |
| 32346735 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 22:50:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32346135 | + | Email/Text: bankruptcy@ibcp.com | Aug 27 2026 22:50:00 | Independent Bank, 230 W. Main Street, Ionia, MI 48846-1655 |
| 32346734 | | Email/Text: bankruptcynoticing@polktaxes.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2026 22:51:00 | Joe G. Tedder, CFC Polk County Tax Collector, PO Box 2016, Bartow, FL 33831-2016 |
| 32346139 | | Email/Text: bk@lmcu.org | Aug 27 2026 22:50:00 | Lake Michigan Credit Union, PO Box 2848, Grand Rapids, MI 49501 |
| 32737444 | ^ | MEBN | Aug 27 2026 22:47:19 | Michigan Department of Treasury, 3030 W Grand Blvd., Ste 10-200, Detroit, MI 48202-6030 |
| 32716161 | + | Email/Text: Treas-Bankruptcy@michigan.gov | Aug 27 2026 22:51:00 | Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909-7668 |
| 32737394 | ^ | MEBN | Aug 27 2026 22:47:21 | Michigan Department of Treasury, c/o Moe Freedman Esq.,, 3030 W. Grand Blvd., Ste. 10-200, Detroit, MI 48202-6030 |
| 32739623 | ^ | MEBN | Aug 27 2026 22:47:16 | State of Michigan, Department of Treasury, Moe Freedman, 3030 W Grand Blvd Suite 10-200, Detroit, MI 48202-6030 |
| 32575186 | ^ | MEBN | Aug 27 2026 22:52:17 | USDA, 1400 Independence Avenue SW, Washington, DC 20250-0002 |
| 32464069 | + | Email/Text: melissag@westshorebank.com | Aug 27 2026 22:49:00 | West Shore Bank, PO box 627, Ludington, MI 49431-0627 |
| 32464235 | + | Email/Text: melissag@westshorebank.com | Aug 27 2026 22:49:00 | West Shore Bank, PO Box 627, Luddington, MI 49431-0627 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Adelaide Point Condominium #1 Condominium Associat |
| intp | | Argent Institutional Trust Company |
| intp | | City of Muskegon |
| md | | Jacob A Brown |
| cr | | StanCorp Mortgage Investors, LLC, as agent and ser |
| 32346137 | | Independent Bank |
| cr | *+ | Westmaas Electric Company, c/o Johnson Legal of Florida PL, PO Box 20998, Sarasota, FL 34276-3998 |
| 32464222 | *+ | City of Grand Rapids, 300 Monroe Ave. NW, Grand Rapids, MI 49503-1099 |
| 32464221 | *+ | DTE Energy, PO Box 740786, Cincinnati, OH 45274-0786 |
| 32464232 | *+ | Discount Lock and Door LLC, 1382 Baldwin Street, Jenison, MI 49428-8937 |
| 32464234 | *+ | DyerMGT, LLC, 2519 Normandy Dr SE, Grand Rapids, MI 49506-5436 |
| 32464225 | *+ | Elevator Services, Inc., 823 Ottawa Ave NW, Grand Rapids, MI 49503-1429 |
| 32346136 | *+ | Independent Bank, 230 W. Main Street, Ionia, MI 48846-1655 |
| 32464226 | *+ | Indusco Supply Company Inc., 3645 E. Cork St., Kalamazoo, MI 49001-4644 |
| 32346141 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32464053 | *+ | Kent County Tax Collector, PO Box Y, Grand Rapids, MI 49501-4925 |
| 32464227 | *+ | Liberty Mutual Insurance, 4362 Cascade Rd SE, Suite 110, Grand Rapids, MI 49546-3670 |
| 32464223 | *+ | Republic Services, 2471 Wilshire Dr.,, Jenison, MI 49428-9300 |
| 32464231 | *+ | Rose Pest Solutions, 31700 Research Park Drive, Madison Heights, MI 48071-4627 |
| 32464230 | *+ | Troost Service Company, 838 West River Center NE, Suite A, Comstock Park, MI 49321-9024 |
| 32464228 | *+ | Vanguard Fire and Supply Co, Inc., 2101 Martindale Avenue SW, Grand Rapids, MI 49509-1837 |
| 32548500 | *+ | Westmaas Electric Company, c/o Johnson Legal of Florida, PL, PO Box 20998, Sarasota, FL 34276-3998 |
| 32464233 | *+ | Wildman Uniform and Linen, 800 S. Buffalo Street, Warsaw, IN 46580-4710 |

TOTAL: 6 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 113A-8 User: admin Page 4 of 6
Date Rcvd: Aug 27, 2026 Form ID: Dntccnrh Total Noticed: 89

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alberto F Gomez, Jr. | on behalf of Interested Party John Polderman al@jpfirm.com al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com |
| Angela N Grewal | on behalf of Creditor Team Financial Inc angela.grewal@arlaw.com jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.navarro@arlaw.com |
| Catrina Humphrey Markwalter | on behalf of Creditor Catcon Inc. cmarkwalter@clarkhill.com, rahuja@clarkhill.com |
| Charles W Azano | on behalf of Interested Party Argent Institutional Trust Company chip.azano@gtlaw.com |
| Dana Lee Robbins-Boehner | on behalf of Creditor West Shore Bank drobbins@burr.com mguerra@burr.com;kkearney@burr.com |
| Darrien Worth | on behalf of Interested Party City of Muskegon worth@millercanfield.com |
| David A Lerner | on behalf of Creditor 4Front Credit Union dlerner@plunkettcooney.com nwinagar@plunkettcooney.com |
| David S Jennis | on behalf of Debtor Adelaide Pointe Boaters Services LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Plaintiff Ryan M. Leestma djennis@jennislaw.com ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Debtor Waterland Battle Creek LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Plaintiff Ryan M. Leestma Domestic Asset Protection Trust djennis@jennislaw.com ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Interested Party Waterland Battle Creek LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Interested Party Adelaide Pointe Boaters Services LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Debtor Adelaide Pointe QOZB LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Plaintiff Waterland Battle Creek LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Debtor Adelaide Pointe Building 1 LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Plaintiff Adelaide Pointe QOZB LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Plaintiff Adelaide Pointe Boaters Services LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Attorney Jennis Morse djennis@jennislaw.com ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | |

| | |
|---|---|
| | on behalf of Interested Party Adelaide Pointe QOZB LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Plaintiff Leestma Management LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Interested Party Adelaide Pointe Building 1 LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| David S Jennis | on behalf of Debtor Leestma Management LLC djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com |
| Edmund S Whitson, III | on behalf of Creditor Adelaide Point Condominium #1 Condominium Association ewhitson@beckerlawyers.com tfritz@beckerlawyers.com;nportuondo@beckerlawyers.com;courtmail@beckerlawyers.com |
| James Timko | on behalf of Creditor 4Front Credit Union jtimko@deanmead.com mgodek@deanmead.com |
| Jeffrey W. Warren | on behalf of Defendant Independent Bank jwarren@bushross.com bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com |
| Jeffrey W. Warren | on behalf of Creditor Independent Bank jwarren@bushross.com bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com |
| Jessica Clemente | on behalf of Creditor Lake Michigan Credit Union jessica.clemente@hwhlaw.com phil.khezri@hwhlaw.com |
| John B Hutton | on behalf of Interested Party Argent Institutional Trust Company huttonj@gtlaw.com MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;Melissa.DeLaTorre@gtlaw.com |
| John R Yant | on behalf of Interested Party City of Muskegon ryant@carltonfields.com epritchett@carltonfields.com |
| John W Polderman | on behalf of Interested Party John Polderman jpolderman@sbplclaw.com jlassen@sbplclaw.com |
| Jon Polenberg | on behalf of Creditor Adelaide Point Condominium #1 Condominium Association jpolenberg@beckerlawyers.com ydaneshfar@beckerlawyers.com;tfritz@beckerlawyers.com;CourtMail@beckerlawyers.com;daperez@beckerlawyers.com |
| Kathleen DiSanto | on behalf of Creditor Independent Bank kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com |
| Kathleen DiSanto | on behalf of Defendant Independent Bank kdisanto@bushross.com bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com |
| Marc Bakst | on behalf of Creditor Independent Bank mbakst@bodmanlaw.com |
| Marc N. Swanson | on behalf of Interested Party City of Muskegon swansonm@millercanfield.com |
| Megen E. Miller | on behalf of Creditor Michigan Department of Natural Resources (DNR) millerm59@michigan.gov |
| Megen E. Miller | on behalf of Creditor Michigan Department of Environment Great Lakes, and Energy millerm59@michigan.gov |
| Moe Freedman | on behalf of Creditor Michigan Department of Natural Resources (DNR) freedmanm1@michigan.gov |
| Nathan A Wheatley | on behalf of U.S. Trustee United States Trustee - TPA nathan.a.wheatley@usdoj.gov |
| Rhys P Leonard | on behalf of Creditor StanCorp Mortgage Investors LLC, as agent and servicer for lenders Standard Insurance Company, Banner Life Insurance Company, The Lincoln National Life Insurance Company and PL Mortgage Fund, LLC rleonard@trenam.com, mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;jmasters@trenam.com;jmasters@ecf.courtdrive.com;jpayne@trenam.com |
| Sherri L Johnson | on behalf of Creditor Westmaas Electric Company sjohnson@johnsonlegalfl.com g24582@notify.cincompass.com |
| Stephanie C Lieb | on behalf of Creditor StanCorp Mortgage Investors LLC, as agent and servicer for lenders Standard Insurance Company, Banner Life Insurance Company, The Lincoln National Life Insurance Company and PL Mortgage Fund, LLC slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdri |

| | |
|---|---|
| | ve.com;jpayne@trenam.com |
| Stephen S. LaPlante | on behalf of Interested Party City of Muskegon laplante@millercanfield.com |
| United States Trustee - TPA | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 45

**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:26−bk−02696−CED
Chapter 11

Leestma Management, LLC

Debtor* /

NOTICE OF RESCHEDULED HEARING

NOTICE IS GIVEN THAT the hearing regarding Continued Motion to Use Cash Collateral (Doc # 24), Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Doc #234), and Application to Employ as Counsel for CRO (Doc # 238) , originally scheduled for August 27, 2026, has been rescheduled.

The hearing has been rescheduled and will be held on September 2, 2026 at 03:30 PM in Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602.

All parties may attend the hearing in person. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy, Ann_DelloIacono@flmb.uscourts.gov at 813−301−5070 no later than 3:00 p.m. one business day before the date of the hearing.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073−1.

Dated: August 27, 2026

FOR THE COURT
Jose A Rodriguez , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.