UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/02/2026 03:30 PM

COURTROOM 9A

HONORABLE CARYL DELANO

CASE NUMBER: FILING DATE:

**8:26-bk-02696-CED** **11** **04/01/2026**

**Chapter 11**

**DEBTOR:** Leestma Management, LLC

**DEBTOR ATTY:** **David Jennis**

**TRUSTEE:** **NA**

**HEARING:**

(1) Continued Motion to Use Cash Collateral filed by David Jennis. Doc #24
-Objection to Debtor's Motion for Use of Cash Collateral Filed by James Timko on behalf of Creditor 4Front Credit Union Doc #57
-Objection to Independent Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related doc 24) Doc #68
-Notice of Filing Bi-Weekly Accounting of State Court Appointed Receiver Pursuant to Interim Orders Regarding Cash Collateral Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman. Doc #235
-Notice of Filing CRO's Bi-Weekly Accounting for the Period of July 25, 2026 through August 7, 2026 Doc #256
(2) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC Doc #234
(3) Application to Employ Alberto F. Gomez, Jr. and Johnson Pope Bokor Ruppel & Burns, LLP as as Counsel for CRO Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman (Attachments: # [1] Declaration of Proposed Attorney in Support of Application to Employ Counsel for CRO) Doc #238
(4) Emergency Motion to Extend Automatic Stay or to Enforce Automatic Stay Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC Doc #261
-Response to Opposition to Debtor's Emergency Motion to Enforce or Extend the Automatic Stay and for Civil Contempt Sanctions Filed by Dana Lee Robbins-Boehner on behalf of Creditor West Shore Bank (related document(s)261). Doc #269

**APPEARANCES:**: Nathan Wheatley, Johnathan Polderman, Alberto Gomez, Darren Burmania, Angela Grewal, Phillip Khezri, David Lerner, Chip Azano, Steven La Plante, Elizabeth Von Eitzen, Dana Robbins-Boehner, Jeffrey Warren, David Jennis, Sebastian Pankiewicz, Ryan Leestma, Scott Timmer (observing only)

**RULING:**
(1) Continued Motion to Use Cash Collateral filed by David Jennis. Doc #24 - Granted as discussed in open Court on interim

basis pending continued hearing on 9/9/2026 at 3:00 p.m. O/Jennis. If parties submit agreed Orders, no need to appear.

If parties cannot agree on a budget through mid-February, 2027, a continued hearing will take place on 12/16/2026 at 3:00 p.m.

The Court will schedule the Confirmation Hearing for 2/18/2027 at 10:00 a.m. after the Plan is filed.

-Objection to Debtor's Motion for Use of Cash Collateral Filed by James Timko on behalf of Creditor 4Front Credit Union Doc #57
-Objection to Independent Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection Filed by Kathleen DiSanto on behalf of Creditor Independent Bank (related doc 24) Doc #68
-Notice of Filing Bi-Weekly Accounting of State Court Appointed Receiver Pursuant to Interim Orders Regarding Cash Collateral Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman. Doc #235
-Notice of Filing CRO's Bi-Weekly Accounting for the Period of July 25, 2026 through August 7, 2026 Doc #256

(2) Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC Doc #234 - Granted as discussed in open Court. O/Jennis

(3) Application to Employ Alberto F. Gomez, Jr. and Johnson Pope Bokor Ruppel & Burns, LLP as as Counsel for CRO Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman (Attachments: # [1] Declaration of Proposed Attorney in Support of Application to Employ Counsel for CRO) Doc #238 - Approved. O/Gomez

(4) Emergency Motion to Extend Automatic Stay or to Enforce Automatic Stay Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC Doc #261 - Denied. O/Jennis

-Response to Opposition to Debtor's Emergency Motion to Enforce or Extend the Automatic Stay and for Civil Contempt Sanctions Filed by Dana Lee Robbins-Boehner on behalf of Creditor West Shore Bank (related document(s)261). Doc #269
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.