ORDERED.

**Dated: September 09, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Leestma Management, LLC | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC, | Case No. 8:26-bk-02701-CED |
| Debtors. | (Jointly Administered) |

______________________________________/

**ORDER DENYING DEBTORS' EMERGENCY MOTION TO ENFORCE OR EXTEND THE AUTOMATIC STAY, INCLUDING THE EXTENSION OF THE STAY TO MULIT-USE AND ITS PROPERTY IF NECESSARY, AND FOR CIVIL CONTEMPT SANCTIONS PURSUANT TO SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE**

THIS CASE came before the Court for hearing on September 2, 2026 at 3:30 p.m. upon the *Debtors' Emergency Motion to Enforce or Extend the Automatic Stay, including the Extension of the Stay to Multi-Use and Its Property if Necessary, and for Civil Contempt Sanctions Pursuant to Sections 105 and 362 of the Bankruptcy Code* (Doc. No. 261) (the "Motion") filed by the above-captioned Debtors, and the *Non-Party West Shore Bank's Response in Opposition to Debtors' Emergency Motion to Enforce or Extend the Automatic Stay and for Civil Contempt Sanctions* (Doc. No. 268) (the "Response") filed by non-party, West Shore Bank. Appearances were made

as reflected on the record. The Court, having considered the Motion, the Response and argument of counsel, finds it appropriate to deny the Motion. For the reasons stated orally and recorded in open Court, it is

ORDERED that:

1. The Motion is DENIED.

2. The automatic is not in effect and does not extend to property owned by non-debtor, Adelaide Pointe Multi-Use, LLC, including property owned by Adelaide Pointe Multi-Use, LLC located at 500 Adelaide Circle, Muskegon, Michigan 49441, Parcel No. 61-24-025-100-0001-00.

Attorney Dana L. Robbins-Boehner is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.