ORDERED.

**Dated: September 15, 2026**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC, | Case No.: 8:26-bk-02696-CED [LEAD] |
| ADELAIDE POINTE QOZB, LLC, | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, | Case No.: 8:26-bk-02699-CED |
| LLC ADELAIDE POINTE BUILDING 1, LLC, | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC, | Case No.: 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors. | |
| _______________________________________/ | *Jointly Administered* |

**ORDER GRANTING MOTION TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT**
[Doc. No. 234]

THIS CASE came before the Court on September 2, 2026, upon the *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* (Doc. No. 234) (the "Motion") filed by Leestma Management, LLC, Adelaide Point QOZB, LLC, Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, and Waterland Battle Creek, LLC (collectively the "Debtors"). The Court, having reviewed the Motion, having considered the arguments of counsel, together with the record, finds that cause exists to extend the Debtors' exclusivity period and deadline to file a Disclosure Statement and Plan.

It is **ORDERED**:

1. The Motion is **GRANTED**.
2. The Debtors' exclusive period to file a Chapter 11 Plan under 11 U.S.C. § 1121(b) is extended through and including December 31, 2026.
3. The deadline for the Debtors to file Disclosure Statements and Plan of Reorganization is extended through and including December 31, 2026.
4. The Debtors' exclusive Solicitation Period is extended through and including March 1, 2027.
5. This order does not modify the terms of the Interim Settlement Agreement approved by this Court's order entered at Doc. No. 231.

Prepared by: David S. Jennis, Esq.

*Attorney David S. Jennis is directed to serve a copy of this order on all interested parties that do not receive service via CM/ECF and file proof of service within three (3) days of entry of the order.*