**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors. *Jointly Administered*
_________________________________/

# INDEPENDENT BANK'S LIMITED OBJECTION TO DEBTORS' MOTION TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LIENS

Independent Bank ("**Bank**"), by and through undersigned counsel, objects to the Debtors' Motion to Sell Personal Property Free and Clear of Liens and Other Interests Pursuant to 11 U.S.C. §§363(b) and 363(f) (Doc. No. 291) (the "**Motion**"), and in support of this objection (the "**Objection**") states as follows:

## BACKGROUND AND OVERVIEW

1. On September 21, 2026, the Debtors filed their Motion seeking to sell "two (2) dredges and an associated semi-trailer" ("**Equipment**") owned by Debtor Adelaide Pointe QOZB, LLC, pursuant to a certain purchase agreement for $50,000.00.

2. Contrary to the Debtors' assertions in the Motion, Independent Bank has a properly perfected security interest in all personal property assets of Debtor Adelaide Pointe QOZB, LLC.

3. Debtor Adelaide Pointe QOZB, LLC, executed all-assets security agreements in favor of Independent Bank on March 29, 2022, and April 4, 2025 ("**Security Agreements**"), which grant Independent Bank a security interest in, among other things, all of Adelaide Pointe QOZB's equipment. Copies of the Security Agreements are attached as **Composite Exhibit 1**.

4. On April 23, 2025, Independent Bank filed a UCC-1 financing statement with the Michigan Secretary of State, which perfected Independent Bank's security interest in the Equipment. A copy of Independent Bank's filed UCC-1 financing statement is attached as **Exhibit 2**.

5. The Debtors appear to be seeking to sell the Equipment free and clear of liens and encumbrances with all proceeds payable to Debtor Adelaide Pointe QOZB, LLC, and with no sale proceeds payable to Independent Bank.

6. While other creditors have filed UCC-1 financing statements claiming a security interest in certain other Adelaide Pointe QOZB personal property, Independent Bank's all-assets security agreement is the only security interest in the Equipment. A copy of a previously obtained UCC Search Report is attached as **Exhibit 3**.

7. Despite the appointment of a Chief Restructuring Officer ("**CRO**") over the Debtors and their assets and the exclusive authority granted the CRO by the Approval Order (Doc. No. 231), the Motion does not assert that the CRO (a) reviewed and approved the sale of the Equipment, (b) reviewed and approved the terms of the Purchase Agreement, (c) authorized Aubrey Glick to execute the Purchase Agreement on behalf of Adelaide Pointe QOZB LLC, or (d) authorized the Debtors to seek approval of the sale of the Equipment.

8. The Bank further objects to the Motion because the Debtors (a) failed to cooperate with the CRO, (b) failed to provide information to the CRO, and (c) took actions on behalf of the Debtors that are clearly under the authority of the CRO. Consequently, the Debtors have caused waste and expense to Independent Bank and other parties in interest that is completely unnecessary.

## LIMITED OBJECTION

9. Notwithstanding these objections, Independent Bank does not object to the sale of the Equipment provided (a) the CRO approves the sale of the Equipment and deems the Equipment as not necessary for the operations of the Debtors, (b) the CRO approves the terms of the Purchase Agreement and deems the sale price to be reasonable; and (c) all proceeds from the sale of the Equipment are paid directly to Independent Bank.

WHEREFORE, Independent Bank respectfully requests that the Court enter an order (i) sustaining the Objection, (ii) approving the Motion subject to the conditions that the CRO approves the sale of the Equipment on the terms and conditions of the Purchase Agreement and all of the sale proceeds are paid directly to Independent Bank, and (iii) granting such other relief deemed just and proper.

Dated: September 22, 2026

*/s/Jeffrey W. Warren*
BUSH ROSS P.A.
Jeffrey W. Warren
Florida Bar No.150024
1801 North Highland Avenue
Tampa, Florida 33602-2656
Phone: (813) 224-9255
Email: jwarren@bushross.com
Counsel for Independent Bank

/s/Darren J. Burmania
BODMAN PLC
Darren J. Burmania (P68240)
99 Monroe Ave NW, Suite 300
Grand Rapids, MI 49503
Phone: (616) 205-3313
Email: dburmania@bodmanlaw.com
Counsel for Independent Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2026, I electronically filed a true and correct copy of the foregoing Independent Bank's Objection To Debtors' Motion to Sell Personal Property Free and Clear of Liens and Other Interests Pursuant to 11 U.S.C. §§363(b) and 363(f) (Doc. No. 291) with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- **Kathleen DiSanto** kdisanto@bushross.com, bnkecf@bushross.com; bankruptcy.eservice@bushross.com; kdisanto@ecf.courtdrive.com
- **Alberto F Gomez** al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com
- **David S Jennis** djennis@jennislaw.com, ecf@jennislaw.com;karon@jennislaw.com;aschaefer@jennislaw.com
- **Stephanie C Lieb** slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;dvaldes@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;dvaldes@ecf.courtdrive.com
- **United States Trustee - TPA** USTPRegion21.TP.ECF@USDOJ.GOV
- **Jeffrey W. Warren** jwarren@bushross.com, bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com
- **Nathan A Wheatley** nathan.a.wheatley@usdoj.gov
- All parties who receive electronic service via the CM/ECF system

**Via U.S. Mail, Postage Prepaid to:**

Leestma Management, LLC, c/o Ryan M. Leestma, Member, 1900 Gulf Drive North, Unit 7, Bradenton Beach, FL 34217

Adelaide Pointe QOZB, LLC, Ryan M. Leestma, Manager, 1204 W. Western Avenue, Muskegon, MI 49441

Adelaide Pointe Boaters Services, LLC, Ryan M. Leestma, Manager, 400 Adelaide Circle, Muskegon, MI 49441

Adelaide Pointe Building 1, LLC, Ryan M. Leestma, Manager, 901 Adelaide Circle, Muskegon, MI 49441

Waterland Battle Creek, LLC, Ryan M. Leestma, Manager, 77 East Michigan Avenue, Battle Creek, MI 49017

Ally Bank
c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118

*/s/ Jeffrey W. Warren*
Jeffrey W. Warren

# COMPOSITE EXHIBIT “1”

# SECURITY AGREEMENT

THIS SECURITY AGREEMENT (the "**Agreement**") is made as of April 4, 2025, by ADELAIDE POINTE QOZB LLC, a Michigan limited liability company, of 1204 West Western Avenue, Muskegon, Michigan 49441 (the "**Debtor**"), in favor of INDEPENDENT BANK, a Michigan banking corporation, of 230 W. Main Street, PO Box 158, Ionia, Michigan 48846 (the "**Secured Party**"). Debtor and Secured Party hereby agree as follows:

W I T N E S S E T H:

WHEREAS, Debtor is indebted to Secured Party in the principal amount of Three Million Nine Hundred Ten Thousand Five Hundred and 00/100 Dollars ($3,910,500.00) pursuant to a Promissory Note executed by Debtor coincident herewith and made payable to the order of Secured Party, in the principal amount of Three Million Nine Hundred Ten Thousand Five Hundred and 00/100 Dollars ($3,910,500.00) (the "**Note**"), a Loan Agreement executed by Debtor and Secured Party coincident herewith (the "**Loan Agreement**") and all agreements, instruments and documents executed or delivered in connection with any of the foregoing or otherwise related thereto (together with any amendments, modifications, or restatements thereof, the "**Loan Documents**").

1. **Obligations.** This assignment of collateral and grant of security interest shall secure all loans, advances, indebtedness and each and every other obligation or liability of Debtor owed to Secured Party, however created, of every kind and description, whether now existing or hereafter arising and whether direct or indirect, primary or as guarantor or surety, absolute or contingent, due or to become due, liquidated or unliquidated, matured or unmatured, participated in whole or in part, created by trust agreement, lease, overdraft, agreement, or otherwise, whether or not secured by additional collateral, whether originated with Secured Party or owed to others and acquired by Secured Party by purchase, assignment or otherwise, and including, without limitation, all loans, advances, indebtedness and each and every other obligation or liability arising under the Loan Documents, letters of credit now or hereafter issued by Secured Party for the benefit of or at the request of Debtor, all obligations to perform or forbear from performing acts and all agreements, instruments and documents evidencing, guarantying, securing or otherwise executed in connection with any of the foregoing, together with any amendments, modifications, and restatements thereof, and all expenses and attorneys' fees incurred or other sums disbursed by Secured Party under this Agreement or any other document, instrument or agreement related to any of the foregoing (collectively, the "**Obligations**").

2. **Collateral.** The Debtor hereby grants to Secured Party a security interest in all right, title and interest of Debtor in the collateral now existing and hereafter arising or acquired by Debtor, regardless of where it is located, and defined as follows (together with all proceeds and products thereof and all additions and accessions thereto, replacements thereof, supporting obligations therefor, software related thereto, guaranties thereof, insurance or condemnation proceeds thereof, documents related thereto, all sales of accounts constituting a right to payment therefrom, all tort or other claims against third parties arising out of damage thereto or destruction thereof, all property received wholly or partly in trade or exchange therefor, all fixtures attached or appurtenant thereto, all leases thereof, and all rents, revenues, issues, profits

and proceeds arising from the sale, lease, license, encumbrance, collection, or any other temporary or permanent disposition thereof, or any other interest therein, collectively, the "**Collateral**"):

(a) All Accounts, all Inventory, all Equipment, all General Intangibles, all Investment Property.

(b) All instruments, chattel paper, electronic chattel paper, documents, securities, moneys, cash, letters of credit, letter of credit rights, promissory notes, warrants, dividends, distributions, contracts, agreements, contract rights or other property, owned by Debtor or in which Debtor has an interest, including but not limited to, those which now or hereafter are in the possession or control of Secured Party or in transit by mail or carrier to or in the possession of any third party acting on behalf of Secured Party, without regard to whether Secured Party received the same in pledge, for safekeeping, as agent for collection or transmission or otherwise or whether Secured Party had conditionally released the same, and the proceeds thereof, all rights to payment from, and all claims against Secured Party, and any deposit accounts of Debtor with Secured Party, including all demand, time, savings, passbook or other accounts and all deposits therein.

(c) All assets and all personal property now owned or hereafter acquired; all now owned and hereafter acquired inventory, equipment, fixtures, goods, accounts, chattel paper, documents, instruments, farm products, general intangibles, supporting obligations, software, commercial tort claims, minerals, standing timber, growing crops and all rents, issues, profits, products and proceeds thereof, wherever any of the foregoing is located.

**3. Definitions.** Capitalized terms not otherwise defined in this Agreement shall have the meanings attributed thereto in the applicable version of the Uniform Commercial Code adopted in the jurisdiction in which Debtor is organized or, where appropriate, the jurisdiction in which the Collateral is located, as such definitions may be enlarged or expanded from time to time by legislative amendment thereto or judicial decision (the "**Uniform Commercial Code**"). As used herein, the following capitalized terms shall have the following meanings:

(a) "**Accounts**" means all accounts, accounts receivable, health-care insurance receivables, credit card receivables, contract rights, instruments, documents, chattel paper, tax refunds from federal, state or local governments and all obligations in any form including without limitation those arising out of the sale or lease of goods or the rendition of services by Debtor; all guaranties, letters of credit and other security and support obligations for any of the above; all merchandise returned to or reclaimed by Debtor; and all books and records (including computer programs, tapes and data processing software) evidencing an interest in or relating to the above; all winnings in a lottery or other game of chance operated by a governmental unit or person licensed to operate such game by a governmental unit and all rights to payment therefrom; and all "Accounts" as same is now or hereinafter defined in the Uniform Commercial Code.

(b) "**Equipment**" means all goods (excluding inventory, farm products or consumer goods), all machinery, machine tools, equipment, fixtures, office equipment, furniture, furnishings, motors, motor vehicles, tools, dies, parts, jigs, goods (including, without limitation,

each of the items of equipment set forth on any schedule which is either now or in the future attached to Secured Party's copy of this Agreement), and all attachments, accessories, accessions, replacements, substitutions, additions and improvements thereto, all supplies used or useful in connection therewith, and all "Equipment" as same is now or hereinafter defined in the Uniform Commercial Code.

(c) "**General Intangibles**" means all general intangibles, choses in action, causes of action, obligations or indebtedness owed to Debtor from any source whatsoever, payment intangibles, software and all other intangible personal property of every kind and nature (other than Accounts) including without limitation patents, trademarks, trade names, service marks, copyrights and applications for any of the above, and goodwill, trade secrets, licenses, franchises, rights under agreements, tax refund claims, and all books and records including all computer programs, disks, tapes, printouts, customer lists, credit files and other business and financial records, the equipment containing any such information, and all "General Intangibles" as same is now or hereinafter defined in the Uniform Commercial Code.

(d) "**Inventory**" means goods, supplies, wares, merchandises and other tangible personal property, including raw materials, work in process, supplies and components, and finished goods, whether held for sale or lease, or furnished or to be furnished under any contract for service, or used or consumed in business, and also including products of and accessions to inventory, packing and shipping materials, all documents of title, whether negotiable or non-negotiable, representing any of the foregoing, and all "Inventory" as same is now or hereinafter defined in the Uniform Commercial Code.

(e) "**Investment Property**" means a security, whether certificated or uncertificated, security entitlement, securities account, commodity contract or commodity account and all "Investment Property" as same is now or hereafter defined in the Uniform Commercial Code.

**4. Warranties as to Debtor.** Debtor hereby represents and warrants to Secured Party as follows:

(a) It is a Michigan limited liability company with a principal place of business located at the address otherwise set forth herein, and is duly organized, validly existing and in good standing under the laws of the State of Michigan.

(b) Debtor further warrants that its exact legal name is set forth in the initial paragraph of this Agreement, and that its Taxpayer I.D. is 86-2549829 and that its Organizational No. is 802574702

**5. Warranties as to the Collateral.** Debtor hereby represents and warrants to Secured Party that:

(a) Except for the security interest hereby granted, Debtor is, and as to any property which at any time forms a part of the Collateral, shall be, the sole owner of, with good and marketable title in, each and every item of the Collateral, or otherwise shall have the full right and power to grant a security interest in the Collateral, free from any lien, security interest or encumbrance whatsoever;

(b) Each item of Collateral is, and shall be, valid, and all information furnished to Secured Party with regard thereto is, and shall be, accurate and correct in all material respects when furnished;

(c) None of the Collateral shall be sold, assigned, transferred, discounted, hypothecated or otherwise subjected to any lien, encumbrance or security interest, and Debtor shall defend such Collateral and each and every part thereof against all claims of all persons at any time claiming such Collateral or claiming any interest therein adverse to Secured Party;

(d) The provisions of this Agreement are sufficient to create in favor of Secured Party a valid and continuing lien on, and first security interest in, the types of Collateral in which a security interest may be perfected by the filing of UCC Financing Statements, and when such UCC Financing Statements are filed in the appropriate filing offices, and the requisite filing fees are paid, such filings shall be sufficient to perfect such security interests (other than Equipment affixed to real property so as to become fixtures);

(e) If any of the Collateral is or will be attached to real estate in such a manner as to become a fixture under applicable state law, that said real estate is not encumbered in any way, or if said real estate is encumbered, Debtor will secure from the lien holder or the party in whose favor it is or will become so encumbered a written acknowledgment and subordination to the security interest hereby granted in such form as is acceptable to Secured Party;

(f) The financial statements of Debtor for the most recent ended fiscal period and heretofore submitted, to the Secured Party are true and correct in all material respects and there are no material adverse changes in the financial condition of Debtor since the date of said financial statements.

**6. Debtor's Responsibilities.** Debtor covenants with, and warrants to, Secured Party that Debtor shall:

(a) Furnish to Secured Party, in writing, a current list of all Collateral for the purpose of identifying the Collateral and, further, execute and deliver such supplemental instruments, documents, agreements and chattel paper, in the form of assignments or otherwise, as Secured Party shall require for the purpose of confirming and perfecting, and continuing the perfection of, Secured Party's security interest in any or all of such Collateral, or as is necessary to provide Secured Party with control over the Collateral or any portion thereof;

(b) At its expense and upon request of Secured Party, furnish copies of invoices issued by Debtor in connection with the Collateral, furnish certificates of insurance evidencing insurance on Collateral, furnish proof of payment of taxes and assessments on Collateral, make available to Secured Party, any and all of Debtor's books, records, written memoranda, correspondence, purchase orders, invoices and other instruments or writings that in any way evidence or relate to the Collateral;

(c) Keep the Collateral insured at all times against risks of loss or damage as required under the Loan Agreement;

(d) Pay all taxes or assessments prior to becoming delinquent imposed on or with respect to the Collateral;

(e) Keep all of the Collateral in good condition and repair, ordinary wear and tear excepted, protecting it from weather and other contingencies which might adversely affect it as secured hereunder;

(f) Notify Secured Party immediately in writing of any information which Debtor has or may receive which would be reasonably likely to adversely affect the value of the Collateral or the rights of Secured Party with respect thereto;

(g) Notify Secured Party promptly, in writing, of any change in the location of the Collateral or of any place of business or mailing addresses or the establishment of any new place of business or mailing address;

(h) Pay all costs of filing any financing, continuation or termination statements with respect to the security interest created hereby;

(i) Upon the occurrence of an Event of Default or breach of any provision of this Security Agreement, pay all expenses and reasonable attorneys' fees of Secured Party; and Debtor agrees that said expenses and fees shall be secured under this Agreement;

(j) Maintain possession of all Collateral at the location disclosed to Secured Party and not to remove the Collateral from that location;

(k) Not sell, contract to sell, lease, encumber, or otherwise transfer the Collateral (other than inventory) until the Obligations have been paid and performed, Debtor acknowledging nonetheless that Secured Party has a security interest in the proceeds of such Collateral;

(l) Take any other and further action necessary or desirable as requested by Secured Party to grant Secured Party control over the Collateral, as "control" is defined in the applicable version of the Uniform Commercial Code, including without limitation (i) executing and/or authenticating any assignments or third party agreements; (ii) delivering, or causing the delivery of, any of the Collateral to the possession of Secured Party; or (iii) obtaining written acknowledgements of the lien of Secured Party and agreements of subordination to such lien from third parties in possession of the Collateral in a form acceptable to Secured Party. Debtor consents to and hereby authorizes any third party in an authenticated record or agreement between Debtor, Secured Party, and the third party, including but not limited to depository institutions, securities intermediaries, and issuers of letters of credit or other support obligations, to accept direction from Secured Party regarding the maintenance and disposition of the Collateral and the products and proceeds thereof, and to enter into agreements with Secured Party regarding same, without further consent of the Debtor.

**7. Accounts Receivable.** Debtor hereby agrees that, notwithstanding the fact that all or any part of the Obligations is not matured and Debtor is current in payment according to the tenor of the Obligations, Secured Party shall have the absolute right to take any one or all of the following actions:

(a) Secured Party may serve written notice on Debtor instructing Debtor to deliver to Secured Party all subsequent payments on accounts receivable which Debtor shall do until notified otherwise;

(b) Secured Party may notify the account debtor(s) of its security interest and instruct such account debtor(s) to make further payments on such accounts to Secured Party instead of to Debtor; and,

(c) Secured Party may serve written notice upon Debtor that all subsequent billings or statements of account rendered to any account debtor shall bear a notation directing the account debtor(s) to make payment directly to Secured Party. Any payment received by Secured Party pursuant to this paragraph shall be retained in a separate non-interest bearing account as security for the payment and performance of all Obligations of Debtor.

**8. Power of Attorney.** Debtor hereby makes, constitutes and appoints Secured Party its true and lawful attorney in fact to act, with full power of substitution, with respect to the Collateral in any transaction, legal proceeding, or other matter in which Secured Party is acting pursuant to this Agreement, including but not limited to executing, authenticating and/or filing on its behalf: (i) UCC Financing Statements reflecting the lien of Secured Party upon the Collateral and any other documents necessary or desirable to perfect or otherwise continue the security interest granted herein; and (ii) any third party agreements or assignments to grant Secured Party control over the Collateral, including but not limited to third party agreements between Debtor, Secured Party, and depository institutions, securities intermediaries, and issuers of letters of credit or other support obligations, which third party agreements direct the third party to accept direction from Secured Party regarding the maintenance and disposition of the Collateral and the products and proceeds thereof, provided however that this Section 8 shall not be effective unless there exists an Event of Default or the occurrence of an event that but for the passage of time would constitute an Event of Default.

**9. Events of Default.** Any of the following events shall be an "**Event of Default**" hereunder:

(a) An event of default occurs under any agreement, instrument or document evidencing, guarantying, securing or otherwise executed or delivered in connection with any of the Obligations, as "Event of Default" shall be defined therein.

(b) Any representation or warranty of Debtor set forth in this Agreement or in any agreement, instrument, document, certificate or financial statement evidencing, guarantying, securing or otherwise related to, this Agreement or any other Obligation shall be materially inaccurate or misleading.

(c) Debtor shall fail to maintain in force the insurance required in this Agreement or in any agreement, instrument, document, certificate or financial statement evidencing, guarantying, securing or otherwise related to, this Agreement or any other Obligation, or Debtor shall otherwise default in the observance or performance of any covenant or agreement set forth in any of the foregoing for a period of 30 days following written notice from Secured Party.

**10. Remedies.** Upon the occurrence and until the waiver of an Event of Default, Secured Party may, without further notice to Debtor, at Secured Party's option, declare any note and all of the Obligations to become due and payable in its aggregate amount; provided that the Obligations shall be accelerated automatically and immediately if the Event of Default is a filing under the Bankruptcy Code. Secured Party may resort to the rights and remedies of a secured party under the Uniform Commercial Code, including but not limited to the right of a secured party to (a) enter any premises of Debtor, with or without legal process and take possession of the Collateral and remove it and any records pertaining thereto and/or remain on such premises and use it for the purpose of collecting, preparing and disposing of the Collateral; (b) ship, reclaim, recover, store, finish, maintain and repair the Collateral; and (c) sell the Collateral at public or private sale. Debtor will be credited with the net proceeds of any such sale only when they are actually received by Secured Party, and any requirement of reasonable notice of any disposition of the Collateral will be satisfied without notice to Debtor if the Collateral is of a type customarily sold on a recognized market or otherwise if such notice is sent to Debtor 10 days prior to such disposition. Debtor will, upon request, assemble the Collateral and any records pertaining thereto and make them available at a place designated by Secured Party. Secured Party may use, in connection with any assembly or disposition of the Collateral, any trademark, tradename, tradestyle, copyright, patent right, trade secret or technical process used or utilized by Debtor. No remedy set forth herein is exclusive of any other available remedy or remedies, but each is cumulative and in addition to every other remedy given under this Agreement, any of the Obligations, or now or hereafter existing at law or in equity or by statute. Secured Party may proceed to protect and enforce its rights by an action at law, in equity or by any other appropriate proceedings. No failure on the part of Secured Party to enforce any of the rights hereunder shall be deemed a waiver of such rights or of any Event of Default and no waiver of any Event of Default shall be deemed to be a waiver of any subsequent Event of Default.

**11. Miscellaneous Provisions.**

(a) All rights of Secured Party shall inure to the benefit of its successors and assigns and all obligations of Debtor shall bind the heirs, executors, administrators, successors and assigns of Debtor.

(b) Debtor acknowledges and agrees that, in addition to the security interests granted herein, Secured Party has a banker's lien and common law right of set-off in and to Debtor's deposits, accounts and credits held by Secured Party and Secured Party may apply or set-off such deposits or other sums against the Obligations upon the occurrence of an Event of Default as set forth in this Agreement.

(c) This Agreement contains the entire Agreement of the parties and no oral Agreement whatsoever, whether made contemporaneously herewith or hereafter shall amend, modify or otherwise affect the terms of this Agreement.

(d) All rights and liabilities hereunder shall be governed and limited by, and construed in accordance with, the laws of the State in which Debtor is organized.

(e) Any provision herein which may prove limited or unenforceable under any law or judicial ruling shall not affect the validity or enforceability of the remainder of this Agreement.

(f) Debtor hereby authorizes Secured Party to file a copy of this Agreement as a Financing Statement with appropriate county and state government authorities necessary to perfect Secured Party's security interest in the Collateral as set forth herein. Debtor hereby further authorizes Secured Party to file UCC Financing Statements on behalf of Debtor and Secured Party with respect to the Collateral.

.

[*Debtor Signature Page to Security Agreement*]

**DEBTOR:**

ADELAIDE POINTE QOZB LLC,
a Michigan limited liability company

By:_______________________________
Ryan Leestma
Its: Manager

[*Secured Party Signature Page to Security Agreement*]

**SECURED PARTY:**

INDEPENDENT BANK, a Michigan banking corporation

By: ______________________
Dan Plumert
Its: Senior Vice President

978124

# SECURITY AGREEMENT

THIS SECURITY AGREEMENT (the "**Agreement**") is made as of March 29, 2022, by ADELAIDE POINTE QOZB, LLC, a Michigan limited liability company, of 1204 West Western Avenue, Muskegon, Michigan 49441 (the "**Debtor**"), in favor of INDEPENDENT BANK, a Michigan banking corporation, of 230 W. Main Street, PO Box 158, Ionia, Michigan 48846 (the "**Secured Party**"). Debtor and Secured Party hereby agree as follows:

W I T N E S S E T H:

WHEREAS, Debtor is indebted to Secured Party in the principal amount of Six Million Two Hundred Thousand and 00/100 Dollars ($6,200,000.00) pursuant to (i) a Promissory Note executed by Debtor coincident herewith and made payable to the order of Secured Party, in the principal amount of Four Million Two Hundred Thousand and 00/100 Dollars ($4,200,000.00) and (ii) a Revolving Promissory Note executed by Debtor coincident herewith and made payable to the order of Secured Party, in the principal amount of Two Million and 00/100 Dollars ($2,000,000.00) (collectively, the "**Notes**"), a Loan Agreement executed by Debtor and Secured Party coincident herewith (the "**Loan Agreement**") and all agreements, instruments and documents executed or delivered in connection with any of the foregoing or otherwise related thereto (together with any amendments, modifications, or restatements thereof, the "**Loan Documents**").

1. **Obligations.** This assignment of collateral and grant of security interest shall secure all loans, advances, indebtedness and each and every other obligation or liability of Debtor owed to Secured Party, however created, of every kind and description, whether now existing or hereafter arising and whether direct or indirect, primary or as guarantor or surety, absolute or contingent, due or to become due, liquidated or unliquidated, matured or unmatured, participated in whole or in part, created by trust agreement, lease, overdraft, agreement, or otherwise, whether or not secured by additional collateral, whether originated with Secured Party or owed to others and acquired by Secured Party by purchase, assignment or otherwise, and including, without limitation, all loans, advances, indebtedness and each and every other obligation or liability arising under the Loan Documents, letters of credit now or hereafter issued by Secured Party for the benefit of or at the request of Debtor, all obligations to perform or forbear from performing acts and all agreements, instruments and documents evidencing, guarantying, securing or otherwise executed in connection with any of the foregoing, together with any amendments, modifications, and restatements thereof, and all expenses and attorneys' fees incurred or other sums disbursed by Secured Party under this Agreement or any other document, instrument or agreement related to any of the foregoing (collectively, the "**Obligations**").

2. **Collateral.** The Debtor hereby grants to Secured Party a security interest in all right, title and interest of Debtor in the collateral now existing and hereafter arising or acquired by Debtor, regardless of where it is located, and defined as follows (together with all proceeds and products thereof and all additions and accessions thereto, replacements thereof, supporting obligations therefor, software related thereto, guaranties thereof, insurance or condemnation proceeds thereof, documents related thereto, all sales of accounts constituting a right to payment therefrom, all tort or other claims against third parties arising out of damage thereto or

destruction thereof, all property received wholly or partly in trade or exchange therefor, all fixtures attached or appurtenant thereto, all leases thereof, and all rents, revenues, issues, profits and proceeds arising from the sale, lease, license, encumbrance, collection, or any other temporary or permanent disposition thereof, or any other interest therein, collectively, the "**Collateral**"):

(a) All Accounts, all Inventory, all Equipment, all General Intangibles, all Investment Property.

(b) All instruments, chattel paper, electronic chattel paper, documents, securities, moneys, cash, letters of credit, letter of credit rights, promissory notes, warrants, dividends, distributions, contracts, agreements, contract rights or other property, owned by Debtor or in which Debtor has an interest, including but not limited to, those which now or hereafter are in the possession or control of Secured Party or in transit by mail or carrier to or in the possession of any third party acting on behalf of Secured Party, without regard to whether Secured Party received the same in pledge, for safekeeping, as agent for collection or transmission or otherwise or whether Secured Party had conditionally released the same, and the proceeds thereof, all rights to payment from, and all claims against Secured Party, and any deposit accounts of Debtor with Secured Party, including all demand, time, savings, passbook or other accounts and all deposits therein.

(c) All assets and all personal property now owned or hereafter acquired; all now owned and hereafter acquired inventory, equipment, fixtures, goods, accounts, chattel paper, documents, instruments, farm products, general intangibles, supporting obligations, software, commercial tort claims, minerals, standing timber, growing crops and all rents, issues, profits, products and proceeds thereof, wherever any of the foregoing is located.

3. **Definitions.** Capitalized terms not otherwise defined in this Agreement shall have the meanings attributed thereto in the applicable version of the Uniform Commercial Code adopted in the jurisdiction in which Debtor is organized or, where appropriate, the jurisdiction in which the Collateral is located, as such definitions may be enlarged or expanded from time to time by legislative amendment thereto or judicial decision (the "**Uniform Commercial Code**"). As used herein, the following capitalized terms shall have the following meanings:

(a) "**Accounts**" means all accounts, accounts receivable, health-care insurance receivables, credit card receivables, contract rights, instruments, documents, chattel paper, tax refunds from federal, state or local governments and all obligations in any form including without limitation those arising out of the sale or lease of goods or the rendition of services by Debtor; all guaranties, letters of credit and other security and support obligations for any of the above; all merchandise returned to or reclaimed by Debtor; and all books and records (including computer programs, tapes and data processing software) evidencing an interest in or relating to the above; all winnings in a lottery or other game of chance operated by a governmental unit or person licensed to operate such game by a governmental unit and all rights to payment therefrom; and all "Accounts" as same is now or hereinafter defined in the Uniform Commercial Code.

(b) "**Equipment**" means all goods (excluding inventory, farm products or consumer goods), all machinery, machine tools, equipment, fixtures, office equipment, furniture, furnishings, motors, motor vehicles, tools, dies, parts, jigs, goods (including, without limitation, each of the items of equipment set forth on any schedule which is either now or in the future attached to Secured Party's copy of this Agreement), and all attachments, accessories, accessions, replacements, substitutions, additions and improvements thereto, all supplies used or useful in connection therewith, and all "Equipment" as same is now or hereinafter defined in the Uniform Commercial Code.

(c) "**General Intangibles**" means all general intangibles, choses in action, causes of action, obligations or indebtedness owed to Debtor from any source whatsoever, payment intangibles, software and all other intangible personal property of every kind and nature (other than Accounts) including without limitation patents, trademarks, trade names, service marks, copyrights and applications for any of the above, and goodwill, trade secrets, licenses, franchises, rights under agreements, tax refund claims, and all books and records including all computer programs, disks, tapes, printouts, customer lists, credit files and other business and financial records, the equipment containing any such information, and all "General Intangibles" as same is now or hereinafter defined in the Uniform Commercial Code.

(d) "**Inventory**" means goods, supplies, wares, merchandises and other tangible personal property, including raw materials, work in process, supplies and components, and finished goods, whether held for sale or lease, or furnished or to be furnished under any contract for service, or used or consumed in business, and also including products of and accessions to inventory, packing and shipping materials, all documents of title, whether negotiable or non-negotiable, representing any of the foregoing, and all "Inventory" as same is now or hereinafter defined in the Uniform Commercial Code.

(e) "**Investment Property**" means a security, whether certificated or uncertificated, security entitlement, securities account, commodity contract or commodity account and all "Investment Property" as same is now or hereafter defined in the Uniform Commercial Code.

**4. Warranties as to Debtor.** Debtor hereby represents and warrants to Secured Party as follows:

(a) It is a Michigan limited liability company with a principal place of business located at the address otherwise set forth herein, and is duly organized, validly existing and in good standing under the laws of the State of Michigan.

(b) Debtor further warrants that its exact legal name is set forth in the initial paragraph of this Agreement, and that its Taxpayer I.D. is 86-2549829 and that its Organizational No. is 802574702

**5. Warranties as to the Collateral.** Debtor hereby represents and warrants to Secured Party that:

(a) Except for the security interest hereby granted, Debtor is, and as to any property which at any time forms a part of the Collateral, shall be, the sole owner of, with good

and marketable title in, each and every item of the Collateral, or otherwise shall have the full right and power to grant a security interest in the Collateral, free from any lien, security interest or encumbrance whatsoever;

(b) Each item of Collateral is, and shall be, valid, and all information furnished to Secured Party with regard thereto is, and shall be, accurate and correct in all material respects when furnished;

(c) None of the Collateral shall be sold, assigned, transferred, discounted, hypothecated or otherwise subjected to any lien, encumbrance or security interest, and Debtor shall defend such Collateral and each and every part thereof against all claims of all persons at any time claiming such Collateral or claiming any interest therein adverse to Secured Party;

(d) The provisions of this Agreement are sufficient to create in favor of Secured Party a valid and continuing lien on, and first security interest in, the types of Collateral in which a security interest may be perfected by the filing of UCC Financing Statements, and when such UCC Financing Statements are filed in the appropriate filing offices, and the requisite filing fees are paid, such filings shall be sufficient to perfect such security interests (other than Equipment affixed to real property so as to become fixtures);

(e) If any of the Collateral is or will be attached to real estate in such a manner as to become a fixture under applicable state law, that said real estate is not encumbered in any way, or if said real estate is encumbered, Debtor will secure from the lien holder or the party in whose favor it is or will become so encumbered a written acknowledgment and subordination to the security interest hereby granted in such form as is acceptable to Secured Party;

(f) The financial statements of Debtor for the most recent ended fiscal period and heretofore submitted, to the Secured Party are true and correct in all material respects and there are no material adverse changes in the financial condition of Debtor since the date of said financial statements.

6. **Debtor's Responsibilities.** Debtor covenants with, and warrants to, Secured Party that Debtor shall:

(a) Furnish to Secured Party, in writing, a current list of all Collateral for the purpose of identifying the Collateral and, further, execute and deliver such supplemental instruments, documents, agreements and chattel paper, in the form of assignments or otherwise, as Secured Party shall require for the purpose of confirming and perfecting, and continuing the perfection of, Secured Party's security interest in any or all of such Collateral, or as is necessary to provide Secured Party with control over the Collateral or any portion thereof;

(b) At its expense and upon request of Secured Party, furnish copies of invoices issued by Debtor in connection with the Collateral, furnish certificates of insurance evidencing insurance on Collateral, furnish proof of payment of taxes and assessments on Collateral, make available to Secured Party, any and all of Debtor's books, records, written memoranda, correspondence, purchase orders, invoices and other instruments or writings that in any way evidence or relate to the Collateral;

(c) Keep the Collateral insured at all times against risks of loss or damage as required under the Loan Agreement;

(d) Pay all taxes or assessments prior to becoming delinquent imposed on or with respect to the Collateral;

(e) Keep all of the Collateral in good condition and repair, ordinary wear and tear excepted, protecting it from weather and other contingencies which might adversely affect it as secured hereunder;

(f) Notify Secured Party immediately in writing of any information which Debtor has or may receive which would be reasonably likely to adversely affect the value of the Collateral or the rights of Secured Party with respect thereto;

(g) Notify Secured Party promptly, in writing, of any change in the location of the Collateral or of any place of business or mailing addresses or the establishment of any new place of business or mailing address;

(h) Pay all costs of filing any financing, continuation or termination statements with respect to the security interest created hereby;

(i) Upon the occurrence of an Event of Default or breach of any provision of this Security Agreement, pay all expenses and reasonable attorneys' fees of Secured Party; and Debtor agrees that said expenses and fees shall be secured under this Agreement;

(j) Maintain possession of all Collateral at the location disclosed to Secured Party and not to remove the Collateral from that location;

(k) Not sell, contract to sell, lease, encumber, or otherwise transfer the Collateral (other than inventory) until the Obligations have been paid and performed, Debtor acknowledging nonetheless that Secured Party has a security interest in the proceeds of such Collateral;

(l) Take any other and further action necessary or desirable as requested by Secured Party to grant Secured Party control over the Collateral, as "control" is defined in the applicable version of the Uniform Commercial Code, including without limitation (i) executing and/or authenticating any assignments or third party agreements; (ii) delivering, or causing the delivery of, any of the Collateral to the possession of Secured Party; or (iii) obtaining written acknowledgements of the lien of Secured Party and agreements of subordination to such lien from third parties in possession of the Collateral in a form acceptable to Secured Party. Debtor consents to and hereby authorizes any third party in an authenticated record or agreement between Debtor, Secured Party, and the third party, including but not limited to depository institutions, securities intermediaries, and issuers of letters of credit or other support obligations, to accept direction from Secured Party regarding the maintenance and disposition of the Collateral and the products and proceeds thereof, and to enter into agreements with Secured Party regarding same, without further consent of the Debtor.

7. **Accounts Receivable.** Debtor hereby agrees that, notwithstanding the fact that all or any part of the Obligations is not matured and Debtor is current in payment according to the tenor of the Obligations, Secured Party shall have the absolute right to take any one or all of the following actions:

(a) Secured Party may serve written notice on Debtor instructing Debtor to deliver to Secured Party all subsequent payments on accounts receivable which Debtor shall do until notified otherwise;

(b) Secured Party may notify the account debtor(s) of its security interest and instruct such account debtor(s) to make further payments on such accounts to Secured Party instead of to Debtor; and,

(c) Secured Party may serve written notice upon Debtor that all subsequent billings or statements of account rendered to any account debtor shall bear a notation directing the account debtor(s) to make payment directly to Secured Party. Any payment received by Secured Party pursuant to this paragraph shall be retained in a separate non-interest bearing account as security for the payment and performance of all Obligations of Debtor.

8. **Power of Attorney.** Debtor hereby makes, constitutes and appoints Secured Party its true and lawful attorney in fact to act, with full power of substitution, with respect to the Collateral in any transaction, legal proceeding, or other matter in which Secured Party is acting pursuant to this Agreement, including but not limited to executing, authenticating and/or filing on its behalf: (i) UCC Financing Statements reflecting the lien of Secured Party upon the Collateral and any other documents necessary or desirable to perfect or otherwise continue the security interest granted herein; and (ii) any third party agreements or assignments to grant Secured Party control over the Collateral, including but not limited to third party agreements between Debtor, Secured Party, and depository institutions, securities intermediaries, and issuers of letters of credit or other support obligations, which third party agreements direct the third party to accept direction from Secured Party regarding the maintenance and disposition of the Collateral and the products and proceeds thereof, provided however that this Section 8 shall not be effective unless there exists an Event of Default or the occurrence of an event that but for the passage of time would constitute an Event of Default.

9. **Events of Default.** Any of the following events shall be an "**Event of Default**" hereunder:

(a) An event of default occurs under any agreement, instrument or document evidencing, guarantying, securing or otherwise executed or delivered in connection with any of the Obligations, as "Event of Default" shall be defined therein.

(b) Any representation or warranty of Debtor set forth in this Agreement or in any agreement, instrument, document, certificate or financial statement evidencing, guarantying, securing or otherwise related to, this Agreement or any other Obligation shall be materially inaccurate or misleading.

(c) Debtor shall fail to maintain in force the insurance required in this Agreement or in any agreement, instrument, document, certificate or financial statement

evidencing, guarantying, securing or otherwise related to, this Agreement or any other Obligation, or Debtor shall otherwise default in the observance or performance of any covenant or agreement set forth in any of the foregoing for a period of 30 days following written notice from Secured Party.

**10. Remedies.** Upon the occurrence and until the waiver of an Event of Default, Secured Party may, without further notice to Debtor, at Secured Party's option, declare any note and all of the Obligations to become due and payable in its aggregate amount; provided that the Obligations shall be accelerated automatically and immediately if the Event of Default is a filing under the Bankruptcy Code. Secured Party may resort to the rights and remedies of a secured party under the Uniform Commercial Code, including but not limited to the right of a secured party to (a) enter any premises of Debtor, with or without legal process and take possession of the Collateral and remove it and any records pertaining thereto and/or remain on such premises and use it for the purpose of collecting, preparing and disposing of the Collateral; (b) ship, reclaim, recover, store, finish, maintain and repair the Collateral; and (c) sell the Collateral at public or private sale. Debtor will be credited with the net proceeds of any such sale only when they are actually received by Secured Party, and any requirement of reasonable notice of any disposition of the Collateral will be satisfied without notice to Debtor if the Collateral is of a type customarily sold on a recognized market or otherwise if such notice is sent to Debtor 10 days prior to such disposition. Debtor will, upon request, assemble the Collateral and any records pertaining thereto and make them available at a place designated by Secured Party. Secured Party may use, in connection with any assembly or disposition of the Collateral, any trademark, tradename, tradestyle, copyright, patent right, trade secret or technical process used or utilized by Debtor. No remedy set forth herein is exclusive of any other available remedy or remedies, but each is cumulative and in addition to every other remedy given under this Agreement, any of the Obligations, or now or hereafter existing at law or in equity or by statute. Secured Party may proceed to protect and enforce its rights by an action at law, in equity or by any other appropriate proceedings. No failure on the part of Secured Party to enforce any of the rights hereunder shall be deemed a waiver of such rights or of any Event of Default and no waiver of any Event of Default shall be deemed to be a waiver of any subsequent Event of Default.

**11. Miscellaneous Provisions.**

(a) All rights of Secured Party shall inure to the benefit of its successors and assigns and all obligations of Debtor shall bind the heirs, executors, administrators, successors and assigns of Debtor.

(b) Debtor acknowledges and agrees that, in addition to the security interests granted herein, Secured Party has a banker's lien and common law right of set-off in and to Debtor's deposits, accounts and credits held by Secured Party and Secured Party may apply or set-off such deposits or other sums against the Obligations upon the occurrence of an Event of Default as set forth in this Agreement.

(c) This Agreement contains the entire Agreement of the parties and no oral Agreement whatsoever, whether made contemporaneously herewith or hereafter shall amend, modify or otherwise affect the terms of this Agreement.

(d) All rights and liabilities hereunder shall be governed and limited by, and construed in accordance with, the laws of the State in which Debtor is organized.

(e) Any provision herein which may prove limited or unenforceable under any law or judicial ruling shall not affect the validity or enforceability of the remainder of this Agreement.

(f) Debtor hereby authorizes Secured Party to file a copy of this Agreement as a Financing Statement with appropriate county and state government authorities necessary to perfect Secured Party's security interest in the Collateral as set forth herein. Debtor hereby further authorizes Secured Party to file UCC Financing Statements on behalf of Debtor and Secured Party with respect to the Collateral.

DEBTOR:

ADELAIDE POINTE QOZB, LLC,
a Michigan limited liability company

By:____________________________
Ryan Leestma
Its: Manager

SECURED PARTY:

INDEPENDENT BANK, a Michigan banking corporation

By:____________________________
Dan Plumert
Its: Senior Vice President

715642_5

# EXHIBIT “3”

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

**FS Number:** 20250423000021527-9

**Date Filed:** 04/23/2025 01:18:58 pm

# UCC FINANCING STATEMENT

**Send Acknowledgement To:** Jennifer Takacs
99 Monroe Avenue NW, Suite 1100
Grand Rapids, Michigan, 49503, United States

**Phone Number of Contact:** 616-732-5029

**Email of Contact:** jit@msblaw.com

## Debtor Information

**Organization's Name:** Adelaide Pointe QOZB LLC

**Mailing Address:** 1204 West Western Avenue

**City:** Muskegon **State:** Michigan **Zip Code:** 49411 **Country:** United States

## Secured Party Information

**Assignor** ☐

**Organization's Name:** Independent Bank

**Mailing Address:** 230 W. Main Street

**City:** Ionia **State:** Michigan **Zip Code:** 48846 **Country:** United States

## Collateral Information

**This financing statement covers the following collateral:**

☐ Collateral is held in trust

☐ Collateral is being administered by a decedent's Personal Representative

all right, title and interest of Debtor in the collateral now existing and hereafter arising or acquired by Debtor, regardless of where it is located, and defined as follows (together with all proceeds and products thereof and all additions and accessions thereto, replacements thereof, supporting obligations therefor, software related thereto, guaranties thereof, insurance or condemnation proceeds thereof, documents related thereto, all sales of accounts constituting a right to payment therefrom, all tort or other claims against third parties arising out of damage thereto or destruction thereof, all property received wholly or partly in trade or exchange therefor, all fixtures attached or appurtenant thereto, all leases thereof, and all rents, revenues, issues, profits and proceeds arising from the sale, lease, license, encumbrance, collection, or any other temporary or permanent disposition thereof, or any other interest therein, collectively, the "Collateral"):

(a) All Accounts, all Inventory, all Equipment, all General Intangibles, all Investment Property.
(b) All instruments, chattel paper, electronic chattel paper, documents, securities, moneys, cash, letters of credit, letter of credit rights, promissory notes, warrants, dividends, distributions, contracts, agreements, contract rights or other property, owned by Debtor or in which Debtor has an interest, including but not limited to, those which now or hereafter are in the possession or control of Secured Party or in transit by mail or carrier to or in the possession of any third party acting on behalf of Secured Party, without regard to whether Secured Party received the same in pledge, for safekeeping, as agent for collection or transmission or otherwise or whether Secured Party had conditionally released the same, and the proceeds thereof, all rights to payment from, and all claims against Secured Party, and any deposit accounts of Debtor with Secured Party, including all demand, time, savings, passbook or other accounts and all deposits therein.
(c) All assets and all personal property now owned or hereafter acquired; all now owned and hereafter acquired inventory, equipment, fixtures, goods, accounts, chattel paper, documents, instruments, farm products, general intangibles, supporting obligations, software, commercial tort claims, minerals, standing timber, growing crops and all rents, issues, profits, products and proceeds thereof, wherever any of the foregoing is located.

**Transaction Type**

Transmitting Utility: No
Agricultural Lien: No
Manufactured-Home: No
Non-UCC Filing: No

**Alternative Designation**

Lessee/Lessor: No
Bailee/Bailor: No
Consignee/Consignor: No
Licensee / Licensor: No
Seller/Buyer: No

**Optional Filer Reference Data**

01541-022500

# EXHIBIT “A”

# Search Results

**From: Victoria Bruno**

**801 Adlai Stevenson Drive**
**Springfield, IL 62703-4261**
**Ph: (800) 858-5294**
**Fx: (800) 345-6059**

**To:** Bodman Law (Bullock)
**Attn:** Breighan Bullock
1901 Saint Antoine St
Fl 6
Detroit, MI 48226-2336
Ph: 1-313-6562540
Fx:

**Account:** 418640
**Clients Ref:** DJB / 17300-5 / Adelaide Pointe (bb)

**Search Type:** Certified UCC Summary
**Office Searched:** UCC Division
**Jurisdiction:** (S.O.S.)
**State:** Michigan
**Thru Date:** 7/23/25
**Notes:** Total cost of search: $130.65
Search results in this jurisdiction include UCC records, Federal Tax Liens and State Tax Liens.

**Order Number:** 318941868
**Subject:** ADELAIDE POINTE QOZB LLC

# Attached is the Certified Search you Requested.

| | | | | | |
|---|---|---|---|---|---|
| UCC | =Uniform Commercial Code | AMD | =Amendment | PRE | =Partial Release |
| DOT | =Deed of Trust | ASN | =Assignment | PASN | =Partial Assignment |
| FIN | =Financing Statement | CON | =Continuation | FTL | =Federal Tax Lien |
| FIX | =Fixtures | REL | =Release | STL | =State Tax Lien |
| TU | =Transmitting Utility | TRM | =Termination | JGL | =Judgment Lien |
| CSN | =Consignment | SUB | =Subordination | CTL | =County Tax Lien |
| MTG | =Mortgage | BNK | =Bankruptcy | PPTL | =Personal Property Tax Lien |

CSC makes no express or implied warranties, guarantees or representations related to this report's accuracy or completeness or regarding the public record data provided by its suppliers. CSC disclaims all liability for direct, indirect, consequential, incidental or special damages arising from the use of or reliance on this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

**Processing Date:** 07/28/2025 11:56:03 AM
**Customer Order Number:** IN44461

# UCC Information Request

## Certification Date: 07/23/2025

The Michigan Secretary of State certifies that the attached is a record, according to the search criteria specified, of all financing statements, tax liens, and amendments naming the debtor, as filed with the Uniform Commercial Code office, as of the above certification date.

**Disclaimer**
Information relative to security interest and statutory liens obtained from the index is for information purposes only. Such information does not relieve any person or business from liability, alter priorities of security interest or liens, or affect any other legal rights or responsibilities. The index primarily contains information relative to security interests and statutory liens which have been filed for record on or before the above certification date. There may be security interests and statutory liens filed after that date which are valid. A search request limited under R 440.508(1) may not reveal all filings against the debtor searched. The searcher bears the risk of relying on the limited search.

### Information Options Selected

Search Certificate and Copies - Provides a listing of liens and filings for the related UCC and tax liens. Copies of filings are also provided.

Request Certified Seal

Unlapsed Records Only

Only UCC Filings: **False**

Search Type: **Debtor**

### Debtor Name Search Criteria

Organization's Name : **Adelaide Pointe QOZB LLC**

### Search Result

**Number of Financing Statements:** 10

**Number of Copy Pages:** 24

---

**The search results from the records of the office of the Secretary of State based upon the search information you submitted as described in the search criteria section above.**

I, Jocelyn Benson, Secretary of State and Custodian of the Great Seal of the State of Michigan, do hereby certify that the attached are true copies of all financing statements, tax liens, and amendments, which name the referenced debtor, are subject to any specified search criteria, and are on file in my office, as of 07/23/2025.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of Michigan.

Jocelyn Benson

**Secretary of State**

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20210402000819-1 | 04/02/2021 05:00:00 PM | 04/02/2026 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20210402000819-1 | 04/02/2021 03:47:04 PM | UCC-1 Initial Financing Statement |
| 20220408000653-0 | 04/08/2022 05:00:00 PM | UCC-3 Termination |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 401 Hall Street SW Suite 119 Grand Rapids MI 49503 |

**Secured Party List**

| Name | Address |
|---|---|
| TCF National Bank | 150 Ottawa Avenue NW Suite 900 Grand Rapids MI 49503 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20230712000553-0 | 07/12/2023 03:02:45 PM | 07/12/2028 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20230712000553-0 | 07/12/2023 03:02:45 PM | UCC-1 Initial Financing Statement |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 1204 West Western Avenue Muskegon MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| The Huntington National Bank | 150 Ottawa Ave. N.W., 9th Floor Grand Rapids MI 49503 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240105000159-3 | 01/05/2024 10:01:47 AM | 01/05/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240105000159-3 | 01/05/2024 10:01:47 AM | UCC-1 Initial Financing Statement |
| 20240301000279-8 | 03/01/2024 11:16:51 AM | UCC-3 Amendment Collateral - Restate |

**Debtor List**

| Name | Address |
|---|---|
| ADELAIDE POINTE QOZB LLC | 1204 W WESTERN AVE MUSKEGON MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| LEAF Capital Funding, LLC | 2005 Market Street, 14th Floor Philadelphia PA 19103 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240215000600-8 | 02/15/2024 02:27:37 PM | 02/15/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240215000600-8 | 02/15/2024 02:27:37 PM | UCC-1 Initial Financing Statement |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 1204 West Western Avenue, Ste A Muskegon MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| TEAM FINANCIAL GROUP, INC. | 650 THREE MILE RD NW, STE 200 Grand Rapids MI 49544 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240521000700-5 | 05/21/2024 02:50:13 PM | 05/21/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240521000700-5 | 05/21/2024 02:50:13 PM | UCC-1 Initial Financing Statement |
| SR72843 | 06/04/2025 01:30:30 PM | UCC-3 Amendment Party - Change Secured Party |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 1204 W. Western Avenue Suite A Muskegon MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| J & H OIL COMPANY | 2696 Chicago Drive, S.W. Wyoming Michigan United States 49509 |
| J & L Oil Company | 2696 Chicago Drive, S.W. Wyoming MI 49509 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240521000701-4 | 05/21/2024 02:50:15 PM | 05/21/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240521000701-4 | 05/21/2024 02:50:15 PM | UCC-1 Initial Financing Statement |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 1204 W. Western Avenue Suite A Muskegon MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| J & H Oil Company | 2696 Chicago Drive, S.W. Wyoming MI 49509 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240521000702-3 | 05/21/2024 02:50:17 PM | 05/21/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240521000702-3 | 05/21/2024 02:50:17 PM | UCC-1 Initial Financing Statement |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 1204 W. Western Avenue Suite A Muskegon MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| J & H Oil Company | 2696 Chicago Drive, S.W. Wyoming MI 49509 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025

Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240731000093-7 | 07/31/2024 08:56:57 AM | 07/31/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240731000093-7 | 07/31/2024 08:56:57 AM | UCC-1 Initial Financing Statement |
| 20241115000456-7 | 11/15/2024 12:52:46 PM | UCC-3 Termination |

**Debtor List**

| Name | Address |
|---|---|
| ADELAIDE POINTE BOATERS SERVICES, LLC | 1204 W. WESTERN AVE SUITE A Muskegon MI 49441 |
| ADELAIDE POINTE BUILDING 1, LLC | 1204 W. WESTERN AVE SUITE A Muskegon MI 49441 |
| ADELAIDE POINTE MULTI-USE, LLC | 1204 W. WESTERN AVE SUITE A Muskegon MI 49441 |
| ADELAIDE POINTE QOZB LLC | 1204 W. WESTERN AVE SUITE A Muskegon MI 49441 |
| ADELAIDE POINTE WET MARINA, LLC | 1204 W. WESTERN AVE SUITE A Muskegon MI 49441 |
| LEESTMA MANAGEMENT, LLC | 1204 W. WESTERN AVE SUITE A Muskegon MI 49441 |

**Secured Party List**

| Name | Address |
|---|---|
| FLOATATION DOCKING, INC. | PO BOX 178 Cedarville MI 49719 |
| FLOTATION DOCKING SYSTEMS, INC. | PO BOX 178 Cedarville MI 49719 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20240802000602-6 | 08/02/2024 03:29:51 PM | 08/02/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240802000602-6 | 08/02/2024 03:29:51 PM | UCC-1 Initial Financing Statement |
| 20241106000818-5 | 11/06/2024 06:54:30 PM | UCC-3 Termination |

**Debtor List**

| Name | Address |
|---|---|
| ADELAIDE CONSTRUCTION, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| ADELAIDE POINTE BOATERS SERVICES, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| ADELAIDE POINTE BUILDING 1, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| ADELAIDE POINTE MULTI-USE, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| ADELAIDE POINTE QOF LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| ADELAIDE POINTE QOZB LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| ADELAIDE POINTE WET MARINA, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| HARBOR WEST QOF LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| HARBOR WEST QOZB LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| INFORMATION SYSTEMS INTELLIGENCE L.L.C | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT ADELAIDE, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT BLT, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT CLAY, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT COMMERCE, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT CORPORATE CENTER, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT GLENWOOD, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT HALL, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT HORIZON, LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |
| LEESTMA MANAGEMENT LLC | 1900 Gulf Drive North Bradenton Beach FL 34217 |

| | |
|---|---|
| WATERLAND BATTLE CREEK PROPERTIES, L.L.C. | 1900 Gulf Drive North Bradenton Beach FL 34217 |

**Secured Party List**

| Name | Address |
|---|---|
| C T Corporation System, as representative | 330 N Brand Blvd, Suite 700, Attn SPRS Glendale CA 91203 |

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 07/28/2025 Customer Order Number: IN44461

| Financing Statement | Registered Date | Lapsed Date | Transaction Code |
|---|---|---|---|
| 20250423000021527-9 | 04/23/2025 01:18:58 PM | 04/23/2030 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| SR20250423000021527-9 | 04/23/2025 01:18:58 PM | UCC-1 Initial Financing Statement |

**Debtor List**

| Name | Address |
|---|---|
| Adelaide Pointe QOZB LLC | 1204 West Western Avenue Muskegon Michigan United States 49411 |

**Secured Party List**

| Name | Address |
|---|---|
| Independent Bank | 230 W. Main Street Ionia Michigan United States 48846 |

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20210402000819-1**

Filing Date and Time: 04/02/2021 03:47 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Melissa Porter**

B. E-MAIL CONTACT AT FILER (optional)
**mporter@btlaw.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Melissa Porter**
**171 Monroe Avenue N.W.**
**Suite 1000**
**Grand Rapids, MI 49503 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Adelaide Pointe QOZB LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **401 Hall Street SW Suite 119** | **Grand Rapids** | **MI** | **49503** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**TCF National Bank**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **150 Ottawa Avenue NW Suite 900** | **Grand Rapids** | **MI** | **49503** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All of Debtor's Accounts, Chattel Paper, Deposit Accounts, Documents, Equipment, Farm Products, Fixtures, Goods, General Intangibles, Instruments, Inventory, Investment Property, Letter of Credit Rights (whether or not given in support of Accounts), Software, as defined below (words and phrases used herein and not otherwise specifically defined herein shall have the respective meanings assigned to such terms as such terms are defined in the Uniform Commercial Code of the State of Michigan, as in effect from time to time (the "UCC")), present and future, including but not limited to any items listed on Schedule 1 attached hereto, if any; all present and future insurance claims relating to any of the above; all Goods, Instruments (including, without limit, promissory notes), Documents (including, without limit, negotiable Documents), policies and certificates of insurance, Deposit Accounts, and money or other property (except real property which is not a fixture) which are now or later in possession of Secured Party, or as to which Secured Party now or later controls possession by documents or otherwise; and all present and future books, records, and data of Debtor relating to any of the above; and all present and future accessions, additions and attachments to, proceeds, parts, products, replacement, substitutions, Supporting Obligations and rights arising out of, any of the above, including but not limited to stock rights, subscription rights, interest, distributions, dividends, stock dividends, stock splits, or liquidating dividends, renewals, all cash and Accounts, insurance policies and proceeds, arising from the sale, rent, lease, casualty loss or other disposition of any of the above and cash and other property which were proceeds of any of the above and are recovered by a bankruptcy trustee or otherwise as a preferential transfer by Debtor.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20220408000653-0**

Filing Date and Time: 04/08/2022 05:00 PM

Total Number of Pages: 1

A. NAME & PHONE OF CONTACT AT FILER (optional)
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

B. E-MAIL CONTACT AT FILER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address) 19133 - HUNTINGTON

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

85850077

MIMI

File with: Department of State, MI

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20210402000819-1 4/2/2021 SS MI

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☒ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
ADELAIDE POINTE

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
The Huntington National Bank

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA: Debtor Name: ADELAIDE POINTE
85850077 614032 8004213445



Prepared by Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20230712000553-0**

Filing Date and Time: 07/12/2023 03:02 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Capitol Lien Records and Research**

B. E-MAIL CONTACT AT FILER (optional)
**NatL@capitollien.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Capitol Lien Records and Research**
**1010 Dale Street N.**
**Saint Paul, MN 55117 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME **Adelaide Pointe QOZB LLC** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS **1204 West Western Avenue** | CITY **Muskegon** | STATE **MI** | POSTAL CODE **49441** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME **The Huntington National Bank** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS **150 Ottawa Ave. N.W., 9th Floor** | CITY **Grand Rapids** | STATE **MI** | POSTAL CODE **49503** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All right, title and interest of Debtor, in, to and under that certain Development and Reimbusement Agreement, dated as of November 23, 2021, as amended, by and between the Debtor and the City of Muskegon, Michigan (the "Development Agreement"), including the Pledged Revenues (as defined in the Development Agreement).

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**PFA Infra. Impt TIR Bonds (Adelaide Pointe Project, City of Muskegon, Michigan), Series 2023**

[redacted]

# UCC FINANCING STATEMENT

Michigan Department of State - Uniform Commercial Code

FOLLOW INSTRUCTIONS

**Filing Number: 20240105000159-3**

Filing Date and Time: 01/05/2024 10:01 AM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Wolters Kluwer Lien Solutions 800-331-3282**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE QOZB LLC** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS<br>**1204 W WESTERN AVE** | CITY<br>**MUSKEGON** | STATE<br>**MI** | POSTAL CODE<br>**494411674** | COUNTRY<br>**USA** | |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>**LEAF Capital Funding, LLC** | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 3c. MAILING ADDRESS<br>**2005 Market Street, 14th Floor** | CITY<br>**Philadelphia** | STATE<br>**PA** | POSTAL CODE<br>**19103** | COUNTRY<br>**USA** | |

4. COLLATERAL: This financing statement covers the following collateral:

**All assets, including but not limited to, all inventory, supplies, accounts, accounts receivables, healthcare insurance receivables, general intangibles, intellectual property rights, real property, life insurance policies, office leases, chattel paper, instruments, goods, equipment, machinery, fixtures, furnishings, and all other personal property together with all other accessories, accessions, attachments thereto, whether now owned or hereafter acquired, and all other substitutions, renewals, replacements and improvements and all proceeds of the foregoing, including proceeds in the form of goods, accounts, chattel paper, documents, instruments, general intangibles, investment property, deposit accounts, letter of credit rights and supporting obligations (the "Collateral"). The Collateral includes, but is not limited to the following: Custom Ice and Water Vending Equipment and Accessories**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**96767719**

[redacted]

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240301000279-8**

Filing Date and Time: 03/01/2024 11:17 AM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Wolters Kluwer Lien Solutions 800-331-3282**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20240105000159-3**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

**The following items of equipment: Custom Ice and Water Vending Equipment and Accessories In addition, the collateral also shall include all parts, accessories, accessions and attachments thereto, and all replacements, substitutions and exchanges (including trade-ins).**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**LEAF Capital Funding, LLC**

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**97687819- Debtor: ADELAIDE POINTE QOZB LLC**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240215000600-8**

Filing Date and Time: 02/15/2024 02:27 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Team Financial Group, Inc.**

B. E-MAIL CONTACT AT FILER (optional)
**kara@teamfinancialgroup.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Team Financial Group, Inc.**
**650 Three Mile Rd NW, Suite 200**
**Grand Rapids, MI 49544 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME **Adelaide Pointe QOZB LLC** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS **1204 West Western Avenue, Ste A** | CITY **Muskegon** | STATE **MI** | POSTAL CODE **49441** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME **TEAM FINANCIAL GROUP, INC.** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS **650 THREE MILE RD NW, STE 200** | CITY **Grand Rapids** | STATE **MI** | POSTAL CODE **49544** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

Wiggins Marina Forklift (Includes: Forward Camera, Side-Shifting Carriage, Solid Non-Marking Tires, Remote Control) serial no. HWIGGINSWLC: MT-230048

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**705354**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240521000700-5**

Filing Date and Time: 05/21/2024 02:50 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Anne M Moceri**

B. E-MAIL CONTACT AT FILER (optional)
**amoceri@honigman.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Anne M Moceri**
**660 Woodward Avenue**
**2290 First National Building**
**Detroit, MI 48226 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Adelaide Pointe QOZB LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1204 W. Western Avenue Suite A** | **Muskegon** | **MI** | **49441** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**J & L Oil Company**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2696 Chicago Drive, S.W.** | **Wyoming** | **MI** | **49509** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

Equipment and fixtures, including but not limited to, fuel dispensing and point-of-sale equipment.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**MI DOS**

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

**File No:** SR72843
**FS Number:** 20240521000700-5
**Date Filed:** 06/04/2025 01:30:30 pm

# UCC FINANCING STATEMENT AMENDMENT

**Send Acknowledgement To:** Virginia A Jacobs
660 Woodward Ave
Detroit, Michigan, 48226-4822, United States

**Phone Number of Contact:** 3134657080
**Email of Contact:** vjacobs@honigman.com

## Party Information Change

**Initial Financing Statement File Number:** 20240521000700-5

**This change affects:** ☐ Debtor ☑ Secured Party

**Change type:** ☐ ADD name ☑ CHANGE name and/or address ☐ DELETE name

## Changed or Added Information

**Organization's Name:** J & H OIL COMPANY

**Mailing Address:** 2696 Chicago Drive, S.W.

**City:** Wyoming **State:** Michigan **Zip Code:** 49509 **Country:** United States

## Name of Party authorizing this AMENDMENT

**Organization's Name:** J & L OIL COMPANY

## Additional Information

**Optional Filer Reference Data:** Equipment and Fixtures

**Miscellaneous:**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240521000701-4**

Filing Date and Time: 05/21/2024 02:50 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Anne M Moceri**

B. E-MAIL CONTACT AT FILER (optional)
**amoceri@honigman.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Anne M Moceri**
**660 Woodward Avenue**
**2290 First National Building**
**Detroit, MI 48226 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Adelaide Pointe QOZB LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **1204 W. Western Avenue Suite A** | **Muskegon** | **MI** | **49441** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**J & H Oil Company**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **2696 Chicago Drive, S.W.** | **Wyoming** | **MI** | **49509** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

Credit card receipts, accounts and accounts receivable.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**MI DOS**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240521000702-3**

Filing Date and Time: 05/21/2024 02:50 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Anne M Moceri**

B. E-MAIL CONTACT AT FILER (optional)
**amoceri@honigman.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Anne M Moceri**
**660 Woodward Avenue**
**2290 First National Building**
**Detroit, MI 48226 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
**Adelaide Pointe QOZB LLC**

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1204 W. Western Avenue Suite A** | **Muskegon** | **MI** | **49441** | **USA** |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
**J & H Oil Company**

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2696 Chicago Drive, S.W.** | **Wyoming** | **MI** | **49509** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

Purchase money security interest in all fuel inventory.

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is held in a Trust (see UCC1Ad, item 17 and Instructions) being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
Public-Finance Transaction Manufactured-Home Transaction A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
Agricultural Lien Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): Lessee/Lessor Consignee/Consignor Seller/Buyer Bailee/Bailor Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**MI DOS**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240731000093-7**

Filing Date and Time: 07/31/2024 08:56 AM

Total Number of Pages: 3

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Braun Kendrick Finkbeiner P.L.C.**

B. E-MAIL CONTACT AT FILER (optional)
**jeagoo@braunkendrick.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Braun Kendrick Finkbeiner P.L.C.**
**4301 Fashion Square Boulevard**
**Saginaw, MI 48603 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE QOZB LLC** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS<br>**1204 W. WESTERN AVE SUITE A** | CITY<br>**Muskegon** | STATE<br>**MI** | POSTAL CODE<br>**49441** | COUNTRY<br>**USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE BUILDING 1, LLC** | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS<br>**1204 W. WESTERN AVE SUITE A** | CITY<br>**Muskegon** | STATE<br>**MI** | POSTAL CODE<br>**49441** | COUNTRY<br>**USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>**FLOATATION DOCKING, INC.** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>**PO BOX 178** | CITY<br>**Cedarville** | STATE<br>**MI** | POSTAL CODE<br>**49719** | COUNTRY<br>**USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All of the machinery, equipment, furnishings, fixtures, and goods purchased from Secured Party by Debtor which comprise that certain wave attenuator purchased by Debtor and which remains in the possession of Secured Party (“Wave Attenuator”), and the proceeds of any sale or transfer of any such assets, wherever located, and all additions or accessions thereto and substitutions therefor. Terms used in the preceding collateral description shall have the respective meanings accorded such terms in the Uniform Commercial Code as enacted in the State of Michigan as of the date hereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**29622/25062**

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
**ADELAIDE POINTE QOZB LLC**

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **ADELAIDE POINTE WET MARINA, LLC** | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1204 W. WESTERN AVE SUITE A** | **Muskegon** | **MI** | **49441** | **USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **ADELAIDE POINTE BOATERS SERVICES, LLC** | | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1204 W. WESTERN AVE SUITE A** | **Muskegon** | **MI** | **49441** | **USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **LEESTMA MANAGEMENT, LLC** | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1204 W. WESTERN AVE SUITE A** | **Muskegon** | **MI** | **49441** | **USA** |

22. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **FLOTATION DOCKING SYSTEMS, INC.** | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **PO BOX 178** | **Cedarville** | **MI** | **49719** | **USA** |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE QOZB LLC** | |
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 19a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE MULTI-USE, LLC** | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS<br>**1204 W. WESTERN AVE SUITE A** | CITY<br>**Muskegon** | STATE<br>**MI** | POSTAL CODE<br>**49441** | COUNTRY<br>**USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 20a. ORGANIZATION'S NAME | | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

[redacted]

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20241115000456-7**

Filing Date and Time: 11/15/2024 12:52 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Braun Kendrick Finkbeiner P.L.C.**

B. E-MAIL CONTACT AT FILER (optional)
**jeagoo@braunkendrick.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Braun Kendrick Finkbeiner P.L.C.**
**4301 Fashion Square Boulevard**
**Saginaw, MI 48603 USA**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20240731000093-7**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
**FLOATATION DOCKING, INC.**
OR
9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**29622/25062**

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240802000602-6**

Filing Date and Time: 08/02/2024 03:30 PM

Total Number of Pages: 7

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Wolters Kluwer Lien Solutions 800-331-3282**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **LEESTMA MANAGEMENT LLC** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **ADELAIDE POINTE QOZB LLC** | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **C T Corporation System, as representative** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **330 N Brand Blvd, Suite 700, Attn SPRS** | **Glendale** | **CA** | **91203** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**All accounts, including without limitation, all deposit accounts, accounts receivable, and other receivables, as those terms are defined by Article 9 of the Uniform Commercial Code (the "UCC"), now or hereafter owned or acquired by Leestma Management, LLC, ADELAIDE POINTE QOZB LLC, ADELAIDE POINTE QOF LLC, LEESTMA MANAGEMENT HALL, LLC, ADELAIDE POINTE WET MARINA, LLC, LEESTMA MANAGEMENT CLAY, LLC, ADELAIDE POINTE BUILDING 1, LLC, LEESTMA MANAGEMENT HORIZON, LLC, INFORMATION SYSTEMS INTELLIGENCE L.L.C, LEESTMA MANAGEMENT ADELAIDE, LLC, ADELAIDE POINTE MULTI-USE, LLC, LEESTMA MANAGEMENT GLENWOOD, LLC, HARBOR WEST QOZB LLC, HARBOR WEST QOF LLC, ADELAIDE CONSTRUCTION, LLC, LEESTMA MANAGEMENT CORPORATE CENTER, LLC, LEESTMA MANAGEMENT COMMERCE, LLC, WATERLAND BATTLE CREEK PROPERTIES, L.L.C, LEESTMA MANAGEMENT BLT, LLC, and ADELAIDE POINTE BOATERS SERVICES, LLC; and (b) all proceeds, as that term is defined by Article 9 of the UCC, of Leestma Management, LLC, ADELAIDE POINTE QOZB LLC, ADELAIDE POINTE QOF LLC, LEESTMA MANAGEMENT HALL, LLC, ADELAIDE POINTE WET MARINA, LLC, LEESTMA MANAGEMENT CLAY, LLC, ADELAIDE POINTE BUILDING 1, LLC, LEESTMA MANAGEMENT HORIZON, LLC, INFORMATION SYSTEMS INTELLIGENCE L.L.C, LEESTMA MANAGEMENT ADELAIDE, LLC, ADELAIDE POINTE MULTI-USE, LLC, LEESTMA MANAGEMENT GLENWOOD, LLC, HARBOR WEST QOZB LLC, HARBOR WEST QOF LLC, ADELAIDE CONSTRUCTION, LLC, LEESTMA MANAGEMENT CORPORATE CENTER, LLC, LEESTMA MANAGEMENT COMMERCE, LLC, WATERLAND BATTLE CREEK PROPERTIES, L.L.C, LEESTMA MANAGEMENT BLT, LLC, and ADELAIDE POINTE BOATERS SERVICES, LLC.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**100068712**

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT LLC** | |
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | | |
|---|---|---|---|---|---|
| 19a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE QOF LLC** | | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 19c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | | COUNTRY<br>**USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | | |
|---|---|---|---|---|---|
| 20a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT HALL, LLC** | | | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 20c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | | COUNTRY<br>**USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | | |
|---|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE WET MARINA, LLC** | | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 21c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | | COUNTRY<br>**USA** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT LLC** | |
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | | |
|---|---|---|---|---|---|
| 19a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT CLAY, LLC** | | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 19c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | | COUNTRY<br>**USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | | |
|---|---|---|---|---|---|
| 20a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE BUILDING 1, LLC** | | | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 20c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | | COUNTRY<br>**USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only <u>one</u> Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | | |
|---|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT HORIZON, LLC** | | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 21c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | | COUNTRY<br>**USA** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (22a or 22b)

| | | | | | |
|---|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (23a or 23b)

| | | | | | |
|---|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | | |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

24. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT LLC** | |
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 19a. ORGANIZATION'S NAME<br>**INFORMATION SYSTEMS INTELLIGENCE L.L.C** | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | COUNTRY<br>**USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 20a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT ADELAIDE, LLC** | | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | COUNTRY<br>**USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME<br>**ADELAIDE POINTE MULTI-USE, LLC** | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | COUNTRY<br>**USA** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 18a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT LLC** | |
| OR 18b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 19a. ORGANIZATION'S NAME<br>**LEESTMA MANAGEMENT GLENWOOD, LLC** | | | | |
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | COUNTRY<br>**USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 20a. ORGANIZATION'S NAME<br>**HARBOR WEST QOZB LLC** | | | | |
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | COUNTRY<br>**USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME<br>**HARBOR WEST QOF LLC** | | | | |
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS<br>**1900 Gulf Drive North** | CITY<br>**Bradenton Beach** | STATE<br>**FL** | POSTAL CODE<br>**34217** | COUNTRY<br>**USA** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
**LEESTMA MANAGEMENT LLC**

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
**ADELAIDE CONSTRUCTION, LLC**

| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
**LEESTMA MANAGEMENT CORPORATE CENTER, LLC**

| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME
**LEESTMA MANAGEMENT COMMERCE, LLC**

| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME
**LEESTMA MANAGEMENT LLC**

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

19a. ORGANIZATION'S NAME
**WATERLAND BATTLE CREEK PROPERTIES, L.L.C.**

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

20a. ORGANIZATION'S NAME
**LEESTMA MANAGEMENT BLT, LLC**

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME
**ADELAIDE POINTE BOATERS SERVICES, LLC**

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **1900 Gulf Drive North** | **Bradenton Beach** | **FL** | **34217** | **USA** |

22. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

22a. ORGANIZATION'S NAME

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

23. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

23a. ORGANIZATION'S NAME

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

24. MISCELLANEOUS:

[redacted]

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20241106000818-5**

Filing Date and Time: 11/06/2024 06:54 PM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Wolters Kluwer Lien Solutions 800-331-3282**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)

**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20240802000602-6**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**C T Corporation System, as representative**

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**101520441- Debtor: LEESTMA MANAGEMENT LLC**

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

**FS Number:** 20250423000021527-9

**Date Filed:** 04/23/2025 01:18:58 pm

# UCC FINANCING STATEMENT

**Send Acknowledgement To:** Jennifer Takacs
99 Monroe Avenue NW, Suite 1100
Grand Rapids, Michigan, 49503, United States

**Phone Number of Contact:** 616-732-5029
**Email of Contact:** jit@msblaw.com

## Debtor Information

**Organization's Name:** Adelaide Pointe QOZB LLC
**Mailing Address:** 1204 West Western Avenue
**City:** Muskegon **State:** Michigan **Zip Code:** 49411 **Country:** United States

## Secured Party Information

**Assignor** ☐
**Organization's Name:** Independent Bank
**Mailing Address:** 230 W. Main Street
**City:** Ionia **State:** Michigan **Zip Code:** 48846 **Country:** United States

## Collateral Information

**This financing statement covers the following collateral:**

☐ Collateral is held in trust

☐ Collateral is being administered by a decedent's Personal Representative

all right, title and interest of Debtor in the collateral now existing and hereafter arising or acquired by Debtor, regardless of where it is located, and defined as follows (together with all proceeds and products thereof and all additions and accessions thereto, replacements thereof, supporting obligations therefor, software related thereto, guaranties thereof, insurance or condemnation proceeds thereof, documents related thereto, all sales of accounts constituting a right to payment therefrom, all tort or other claims against third parties arising out of damage thereto or destruction thereof, all property received wholly or partly in trade or exchange therefor, all fixtures attached or appurtenant thereto, all leases thereof, and all rents, revenues, issues, profits and proceeds arising from the sale, lease, license, encumbrance, collection, or any other temporary or permanent disposition thereof, or any other interest therein, collectively, the “Collateral”):

(a) All Accounts, all Inventory, all Equipment, all General Intangibles, all Investment Property.
(b) All instruments, chattel paper, electronic chattel paper, documents, securities, moneys, cash, letters of credit, letter of credit rights, promissory notes, warrants, dividends, distributions, contracts, agreements, contract rights or other property, owned by Debtor or in which Debtor has an interest, including but not limited to, those which now or hereafter are in the possession or control of Secured Party or in transit by mail or carrier to or in the possession of any third party acting on behalf of Secured Party, without regard to whether Secured Party received the same in pledge, for safekeeping, as agent for collection or transmission or otherwise or whether Secured Party had conditionally released the same, and the proceeds thereof, all rights to payment from, and all claims against Secured Party, and any deposit accounts of Debtor with Secured Party, including all demand, time, savings, passbook or other accounts and all deposits therein.
(c) All assets and all personal property now owned or hereafter acquired; all now owned and hereafter acquired inventory, equipment, fixtures, goods, accounts, chattel paper, documents, instruments, farm products, general intangibles, supporting obligations, software, commercial tort claims, minerals, standing timber, growing crops and all rents, issues, profits, products and proceeds thereof, wherever any of the foregoing is located.

**Transaction Type**

| | |
|---|---|
| Transmitting Utility: No | Agricultural Lien: No |
| Manufactured-Home: No | Non-UCC Filing: No |

**Alternative Designation**

| | |
|---|---|
| Lessee/Lessor: No | Bailee/Bailor: No |
| Consignee/Consignor: No | Licensee / Licensor: No |
| Seller/Buyer: No | |

**Optional Filer Reference Data**

01541-022500