UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

Chapter 11
*Jointly Administered*

______________________________________/

**BI-WEEKLY ACCOUNTING OF STATE COURT APPOINTED RECEIVER AND CHIEF RESTRUCTURING OFFICER PURSUANT TO INTERIM ORDERS REGARDING CASH COLLATERAL**

NOW COMES, John W. Polderman, the State Court Appointed Receiver ("Receiver") and the Chief Restructuring Officer, ("CRO") by and through the undersigned counsel, and for his Bi-Weekly Accounting states:

1. John W. Polderman is the State Court Appointed Receiver and Chief Restructuring Officer of certain assets of the Debtors herein.

2. On April 17, 2026, this Court entered an *Interim Order Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* [Dkt. No. 51] and which was extended at a subsequent hearing [Dkt. No. 193 as to Debtor Leestma Management/ Hall Street and Dkt. 193 as to the remaining Debtors] ("Interim Orders").

3. The Interim Orders provide for a budget variance report and accounts receivable report for the time period of September 05, 2026 through September 18, 2026.

4. For Leestma Management, Hall Street, an accounts receivable report is attached as Exhibit A and a budget to actual report is attached as Exhibit B.

5. For Battle Creek Waterland, an accounts receivable report is attached as Exhibit C and a budget to actual report is attached as Exhibit D.

6. For Adelaide Pointe Boaters Services, a budget to actual report is included in Exhibit E. An accounts receivable report showing fuel sales and credits will be provided with the next bi-weekly report.

7. For Adelaide Pointe Building 1, there are no accounts receivable activity or budget to actual report.

8. For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit F, and budget to actual report is attached as Exhibit E.

9. Credit card activity is attached as Exhibit G.

10. The CRO has opened new DIP accounts at Huntington Bank and is utilizing those accounts for all disbursements.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver and
Chief Restructuring Officer
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100

Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver and CRO*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on September 25, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, CRO*