**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| IN RE: | |
| LEESTMA MANAGEMENT, LLC<br>ADELAIDE POINTE QOZB, LLC<br>ADELAIDE POINTE BOATERS SERVICES, LLC<br>ADELAIDE POINTE BUILDING 1, LLC<br>WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02696-CED [Lead Case]<br>No.: 8:26-bk-02698-CED<br>No.: 8:26-bk-02699-CED<br>No.: 8:26-bk-02700-CED<br>Case No.: 8:26-bk-02701-CED<br>Chapter 11 |
| Debtor.<br>_______________________________/ | Jointly Administered |
| IN RE:<br>ADELAIDE POINTE QOZB, LLC, | Case No.: 8:26-bk-02698-CED<br>Chapter 11 |
| Debtor.<br>_______________________________/ | |

**TEAM FINANCIAL GROUP, INC.'S MOTION[1]**
**FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO**
**11 USC § 362(d)(1) OR IN THE ALTERNATIVE, ADEQUATE PROTECTION**

Team Financial Group, Inc. ("Team Financial"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(d), and Local Rule 4001-1, hereby moves for relief from the automatic stay, or in the alternative, for adequate protection under 11 U.S.C. § 363(e) (the "Motion") and states:

## Summary

Through this Motion, Team Financial seeks relief from the automatic stay to proceed in rem and recover the Collateral (as defined herein) from Adelaide Pointe QOZB, LLC (the

[1] Team Financial previously submitted a Motion for Relief from Stay or in the Alterative, Adequate Protection, on or about September 8, 2026 [DE 278]. Following a discussion on September 23, 2026, it has come to undersigned's attention that Debtor's counsel does not consent to the proposed relief, and therefore Team Financial resubmits this Motion.

"Debtor") due to the lack of adequate protection in the Collateral. In the alternative, Team Financial seeks adequate protection payments.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157(a) and 1334(b). This matter is a core proceeding under 28 U.S.C. § 157(b).

2. Venue over this matter is proper in this district pursuant to 28 U.S.C. § 1408. The statutory basis for the relief sought herein is 11 U.S.C. § 362(d)(1).

**Background**

3. On or about February 14, 2024, the Debtor and Team Financial entered into the Lease Agreement No. 705354 (the "Lease") to finance the purchase of certain equipment, more particularly described as the Wiggins Marina Forklift, Serial #HWIGGINSWLC, MT-230048 (the "Lease"). A true and correct copy of the Lease is attached hereto as **Exhibit A**.

4. To secure Debtor's payment and performance under the Lease, Debtor granted Team Financial a security interest in the equipment more particularly described therein (the "Collateral").

5. On or about February 15, 2024, Team Financial perfected its security interest in the Collateral by filing a UCC Financing Statement with the Michigan Department of State. A true and correct copy of the UCC Financing Statement is attached hereto and incorporated herein as **Exhibit B**.

6. On April 1, 2026, Debtor filed a voluntary Chapter 11 petition for bankruptcy (the "Petition") [Doc. 1] in the United States Bankruptcy Court for the Middle District of Florida – Tampa Division.

7. On June 9, 2026, Team Financial filed its Proof of Claim [Claim 8], in the amount of $24,570.00, representing the amounts that were due pre-petition. A true and correct copy of the Proof of Claim is attached hereto as **Exhibit C**.

## Legal Argument

*Relief from Stay*

8. 11 U.S.C. § 362(d)(1) provides that relief from the automatic stay shall be granted for cause, including the lack of adequate protection of an interest in property. A secured creditor, such as Team Financial, lacks adequate protection where the value of its collateral is declining as a result of the stay. *See In re Wrecclesham Grange, Inc.*, 221 B.R. 978, 980 (Bankr. M.D. Fla. Oct. 15, 1997).

9. Here, Team Financial is not adequately protected. Schedule A/B, Continuation Sheet, Part 50 of Debtor's Petition suggests that the value of the Collateral, as of the date of the Petition, is $500,000.00. Team Financial estimates that the fair market value of the Collateral is $425,00.00. *See Declaration of Matt Maczka in Support of Motion for Relief From Stay*, attached hereto as **Exhibit D**. The Debtor has failed to make any payments since January of 2026, and there are 73 payments remaining under the terms of the Lease, which, combined with late fees, total $583,470.00. *Id.* Accordingly, the Collateral continues to depreciate as it is utilized by the Debtor. Moreover, Debtor ceased making payments under the Lease before the filing of its Petition and has not made any payments since the filing of the Petition, despite continued use of the Collateral. *Id.*

10. Thus, the Collateral is declining in value, Team Financial is not receiving adequate protection payments and there is no equity cushion. Accordingly, Team Financial clearly lacks adequate protection, and Debtor cannot demonstrate otherwise. *See In re Wrecclesham Grange, Inc.*, 221 B.R. at 980 (finding that when the secured creditor proves the value of the collateral is declining as a result of the stay, "[t]he debtor has the burden of proof to show that the collateral is not declining in value, the secured creditor is adequately protected through periodic payments, an equity cushion exists, or the prospects are good for a successful reorganization.").

11. As such, cause exists to warrant relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1), so that Team Financial can proceed *in rem* and recover the Collateral.

12. Team Financial further requests that this Court waive the fourteen (14) day stay under Fed. R. Bankr. P. Rule 4001(a)(4)

*Adequate Protection*

13. Should the Court not grant Team Financial's request for relief from the automatic stay, the Court should direct Debtor to pay adequate protection to Team Financial.

14. Section 363(e) of the Bankruptcy Code provides in pertinent part:

> Notwithstanding any other provision of this section, at any time on request of an entity that has an interest in property used, sold or leased . . . the Court . . . shall prohibit or condition such use, sale or lease as is necessary to provide adequate protection of such interest.

15. Team Financial is receiving no payments from Debtor to protect itself against the erosion of its collateral position. It is entitled to adequate protection payments at its contractual payment rate of $7,800.00 per month.

**<u>Prayer for Relief</u>**

WHEREFORE, Team Financial hereby requests that this Court: (i) enter an Order vacating the automatic stay as to Team Financial in order to permit Team Financial to take all necessary actions to pursue state law remedies to secure its claim including, but not limited to repossessing the Collateral and conducting a commercially reasonable sale of the Collateral to liquidate its claim; (ii) waive the fourteen (14) day stay under Fed. R. Bankr. P. Rule 4001(a)(4); (iii) in the alternative, require the Debtor pay adequate protection to Team Financial for its use of the Collateral, and (iv) grant any further and other relief as this Court deems just and proper.

Respectfully submitted,

**ADAMS & REESE LLP**

/s/ *Angela N. Grewal*
Angela N. Grewal, Esq.
Florida Bar No. 102429
Angela.Grewal@arlaw.com
jessica.bowers@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
Telephone: (904) 355-1700
*Attorney for Creditor, Team Financial Group, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served on September 29, 2026, upon all parties reflected on the attached service list via CM/ECF, and by U.S. Mail on September 29, 2026, to the Debtor, Debtor's Attorney, Trustee, U.S. Trustee, and to the twenty (20) largest creditors as required by Bankruptcy Rule 40001(a)(1) and listed by the Debtor in its Petition.

Adelaide Pointe QOZB, LLC

David Jennis

1204 W. Western Avenue
Muskegon, MI 49441
*Debtor*

Al Gomez
400 N. Ashley Drive, Suite 3100
Tampa, FL
*State-Appointed Receiver's Attorney*

Ryan Leetsma
1900 Gulf Drive N, Unit 7
Bradenton Beach, FL 34217
*20 Largest Unsecured Creditors*

Brickley DeLong
316 Morris Avenue, Suite 500
Muskegon, MI 49442
*20 Largest Unsecured Creditors*

Smith Haughey
900 3rd Street, Suite 204
Muskegon, MI 49440
*20 Largest Unsecured Creditors*

Red Line Excavating
4277 ½ Blue Star Hwy
Holland, MI 49423
*20 Largest Unsecured Creditors*

Accurate Income Tax
3105 Henry Street
Muskegon, MI 49441
*20 Largest Unsecured Creditors*

State of Michigan
PO Box 30458
Lansing, MI 48909
*20 Largest Unsecured Creditors*

Moore & Bruggink
2020 Monroe Ave NW
Grand Rapids, MI 49505
*20 Largest Unsecured Creditors*

EXXEL Engineering
5252 Clyde Park Ave SW
Grand Rapids, MI 49509
*20 Largest Unsecured Creditors*

Forklift Exchange

Jennis Morse
606 E Madison Street
Tampa, FL 33602
*Debtor's Counsel*
Nathan A. Wheatley
200 N. High Street, Suite 309
Columbus, OH 43215
*U.S. Trustee*

Taft Stettinius & Hollister LLP
27777 Franklin Road, Suite 2500
Southfield, MI 48034
*20 Largest Unsecured Creditors*

2025 Winter Property Taxes
173 E. Apple Avenue
Muskegon, MI 49442
*20 Largest Unsecured Creditors*

Freed & Viereck
1061 N. Robinhood Drive
Muskegon, MI 494445
*20 Largest Unsecured Creditors*

Westmaas
3023 Sangra Ave SW
Grandville, MI 49418
*20 Largest Unsecured Creditors*

American Express
PO Box 981535
El Paso, TX 79998
*20 Largest Unsecured Creditors*

Soils & Structures
6480 Grand Haven Road
Muskegon, MI 49441
*20 Largest Unsecured Creditors*

Versatile Fabrication
2708 9th Street
Muskegon, MI 49444
*20 Largest Unsecured Creditors*

Public Finance Authority
22 E. Mifflin Street, Suite 900
Madison, WI 53703
*20 Largest Unsecured Creditors*

Citizens Financial Services

116 W. Hubbard Street
Chicago, IL 60654
*20 Largest Unsecured Creditors*

Oscar Larson
10100 Dixie Hwy
Clarkston, MI 48348
*20 Largest Unsecured Creditors*

One Citizens Plaza
Providence, RI 02903
*20 Largest Unsecured Creditors*

Source One Digital
1137 N. Gateway Blvd
Muskegon, MI 49441
*20 Largest Unsecured Creditors*

*/s/ Angela N. Grewal*
Attorney