**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Chapter 11
*Jointly Administered*

Debtors**.**

_________________________________/

**NOTICE OF UNAVAILABILITY**

PLEASE TAKE NOTICE that the undersigned counsel for John Polderman, Chief Restructuring Officer, will be unavailable for hearings, depositions and/or trial for the time period encompassing **October 22, 2026 through October 26, 2026**.

WHEREFORE:

1. The undersigned respectfully requests that no hearings and/or depositions be scheduled during the time period specified above; that no motions, notices of hearings, requests to produce, interrogatories or any other pleadings be filed which require a timely response and/or attendance during said time period. Additionally, the undersigned respectfully requests that all pending matters remain status quo during this period of time, excluding any legitimate emergencies.

Dated: October 5, 2026.

Respectfully submitted,

Stevenson & Bullock, P.L.C.

/s/ John W. Polderman
John W. Polderman (P65720)
Court Appointed Receiver
26100 American Drive, Ste. 500
Southfield, MI 48034
(248) 354-7906

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver/CRO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Notice of Unavailability** has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case and via U.S. Mail to: **Leestma Management, LLC**, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on October 5, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver/CRO*