**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| Leestma Management, LLC | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors. | *Jointly Administered Cases* |

_________________________________/

**DEBTOR'S MOTION TO DETERMINE THE SECURED STATUS AND AMOUNT OF INDEPENDENT BANK'S CLAIM AND CATALYST CONSTRUCTION'S CLAIM SECURED BY THE BUILDING COLLATERAL (11 U.S.C. § 506(a), (b); FED. R. BANKR. P. 3012)**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Sam M. Gibbson, United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602, within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor Adelaide Pointe Building 1, LLC (the "Debtor"), moves pursuant to 11 U.S.C. § 506(a) and (b) and Fed. R. Bankr. P. 3012 for the entry of an order determining the secured status of the claim of Independent Bank ("IBCP") with respect to its asserted secured claim against property of Building 1. The purpose of determining IBCP's secured status with respect to Building 1 is for determination of secured status with respect to proposed Debtor in possession financing

pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code (the "DIP Financing") and to determine any entitlement to postpetition unmatured interest or attorneys' fees under Section 506(b) of the Bankruptcy Code. In support, the Debtor states:

## I. SUMMARY

1. IBCP asserts a secured claim of approximately $18,500,000 against Building 1, with the collateral being 34 unfinished condominium units in Building 1 (the "Condos"). IBCP's own prior appraisal, prepared by Newmark Valuation & Advisory, LLC ("Newmark"), valued the Condos "as is" at $12,000,000. The Debtor submits that IBCP therefore holds a secured claim of no more than $12,000,000 and an unsecured claim of approximately $6,500,000.[1]

2. Because IBCP is undersecured as to Building 1, § 506(b) bars postpetition interest, default interest, attorneys' fees and costs on its claim. See In re Electric Machinery Enterprises, Inc., 371 B.R. 549 (Bankr. M.D. Fla. 2007) (Williamson, J.). Based on IBCP's appraisal, the junior mortgage of Catalyst, which sits under IBCP's, is wholly unsecured.

## II. JURISDICTION

3. The Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(B) and (K). Venue is proper under 28 U.S.C. §§ 1408 and 1409.

## III. BACKGROUND

4. On April 1, 2026, the Debtor filed a voluntary petition for relief under chapter 11. Its case is jointly administered with those of the other Debtors captioned above.

---

[1] IBCP may contend that it has other collateral that through cross-collateralization may also secure the obligations of Building 1, but the Debtor does not believe that is relevant to the determination of IBCP's secured status for the purposes of this Motion.

5. Building 1 is the developer of the Adelaide Pointe Condominiums, a six-story, 55-unit building at 901 Adelaide Circle, Muskegon, Michigan. Building 1 owns the thirty-four (34) unsold, unfinished condo units and related developer interests.

6. IBCP holds a mortgage on the Condos securing the condominium construction line (the "Condo Line"). The Condo Line has matured. IBCP asserts, through information provided by the Chief Reorganization Officer ("CRO"), a claim of approximately $18,500,000. The Debtor does not concede that amount, particularly as to unmatured interest and postpetition attorneys' fees, and reserves all objections.

7. IBCP commissioned Newmark to appraise the Condos. Newmark's report, dated March 18, 2025 (Job No. 25-0222570-1), concluded an "as is" fee-simple market value of $12,000,000 as of March 7, 2025. A copy is attached as **Exhibit A**. Newmark also gave a prospective "upon completion" value of $21,000,000, which assumed the building would be completed by June 2026.

8. Newmark's assumption as to completion funding failed. Completion was never funded. IBCP disclaimed any responsibility to complete or finish the Condos. On August 24, 2026, IBCP's Senior Vice President of Risk Management, Keith Lightbody, wrote to the condominium association's board that "Independent Bank has absolutely no obligation to fund further development or completion of the project." He added that completion is the responsibility of the owner/developer, not the Bank. A copy is attached as **Exhibit B**.

9. The Condo Collateral is in the condition Newmark appraised: unfinished units in an enclosed building. One additional unit has since sold, reducing the unsold inventory from 35 units to 34.

10. Catalyst Construction holds a mortgage on Building 1 granted in 2025. That mortgage is junior or subordinate to IBCP's mortgage.

## IV. BASIS FOR RELIEF

### A. Section 506(a) and Rule 3012

11. A claim secured by a lien is a secured claim only to the extent of the collateral's value. The rest is unsecured. 11 U.S.C. § 506(a)(1); United Sav. Ass'n of Tex. v. Timbers of Inwood Forest Assocs., Ltd., 484 U.S. 365 (1988). Value is determined "in light of the purpose of the valuation and of the proposed disposition or use" of the property. § 506(a)(1); Associates Commercial Corp. v. Rash, 520 U.S. 953 (1997). In chapter 11, value is decided case by case. In re Seawalk Invs., LLC, No. 3:19-bk-01010-JAF (Bankr. M.D. Fla. 2021).

12. Rule 3012 permits the Court to determine the amount of a secured claim on motion after notice and a hearing. A motion is proper where, as here, the request does not put the lien's validity, priority or extent at issue. In re Sadala, 294 B.R. 180 (Bankr. M.D. Fla. 2003).

### B. The Collateral Is Worth $12,000,000

13. The best evidence of value of IBCP's collateral would be IBCP's own appraisal by Newmark. Newmark valued the Condos "as is" at $12,000,000. No material changes have added value since then.

14. The "upon completion" figure, from Newmark, does not measure IBCP's interest. Completion depends on capital IBCP has refused to provide, and any completion will be funded by the estate. The purpose of this valuation is to fix IBCP's secured claim. That purpose calls for the value of the Condos as it stands, not as the estate may later improve it.

## C. No Postpetition Interest, Fees or Costs Under § 506(b)

15. Section 506(b) allows interest, fees, costs and charges only to an oversecured creditor, and only out of the equity cushion. An undersecured creditor has no cushion and gets none of them. Timbers, 484 U.S. at 365. At $12,000,000 of "as is" value against $18,500,000 asserted, IBCP is undersecured by approximately $6,500,000. Even focusing just on IBCP's Proof of Claim for Building 1 (Claim No. 1), the claim is for $15,512,905.79 which is still undersecured. IBCP may not claim or accrue postpetition interest at the contract or default rate, and it may not add attorneys' fees, costs or charges to its secured claim.

16. In In re Electric Machinery Enterprises, Inc., 371 B.R. 549 (Bankr. M.D. Fla. 2007) ("EME"), Judge Williamson adopted the majority rule that a creditor may not include attorneys' fees, costs or similar charges incurred after the petition date in its allowed unsecured claim. The court reasoned that § 506(b) allows those charges only "to the extent" a claim is oversecured, and that § 502(b) fixes a claim's amount as of the petition date. IBCP's unsecured claim of approximately $6,500,000 therefore may not grow by postpetition fees, costs or charges either. In *EME*, Judge Williamson stated that the then recent Supreme Court decision in Travelers Casualty & Surety Co. of America v. Pacific Gas & Electric Co., 549 U.S. 443 (2007), did not alter his conclusion.

## D. Catalyst's Claim Is Wholly Unsecured

17. IBCP's senior claim absorbs the full $12,000,000 of "as is" value. No value remains for Catalyst's junior mortgage, so its claim against Building 1 is unsecured in full under § 506(a)(1). The Debtor seeks only that determination. Treatment of the lien itself is reserved for the plan.

**E. Reservation of Rights**

18. This Motion seeks to value the Condo Collateral for the purposes stated. It does not admit the validity or amount of IBCP's or Catalyst's claims, and it does not waive any claim objection or any claim under 11 U.S.C. §§ 510(c) and any avoidance or recovery under 11 U.S.C. §§ 544–550. Valuations for other purposes in these cases, including confirmation of any plan or rights to accrued interest or attorneys' fees secured by other collateral, turn on their own purpose and are reserved. § 506(a)(1).

**WHEREFORE**, the Debtor requests entry of an order:

(a) scheduling a preliminary hearing on the Motion and entry of such scheduling orders as appropriate under Fed. R. Bankr. P. 9014(e);

(b) setting an evidentiary hearing on this Motion under Fed. R. Bankr. P. 3012;

(c) valuing the Condo Collateral at $12,000,000;

(d) determining that IBCP's allowed secured claim on the Condo Line does not exceed $12,000,000, and that any allowed balance is a general unsecured claim, except as may be secured by other collateral subject to separate classification under any plan;

(e) determining that IBCP is not entitled under §§ 502(b)(2) or 506(b) to postpetition unmatured interest at the contract or default rate, or, under *EME*, to postpetition attorneys' fees, costs or charges, and that no postpetition fees, costs or charges may be included in IBCP's claim secured by Building 1;

(f) determining that Catalyst's claim secured by Building 1 is wholly unsecured; and

(g) granting further relief the Court finds just.

Dated this 6th of October 2026.

/s/ Sebastian Pankiewicz
Sebastian Pankiewicz
Florida Bar No. 1054094
**JENNIS MORSE**
606 East Madison Street
Tampa, Florida 33602
Telephone: (813) 229-2800
Email: spankiewicz@jennislaw.com
ecf@jennislaw.com

*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2026, a true and correct copy was served on all parties via CM/ECF to all parties receiving service by CM/ECF.

/s/ Sebastian Pankiewicz
Sebastian Pankiewicz

# EXHIBIT A

**NEWMARK VALUATION & ADVISORY**

# Adelaide Pointe Condominiums

901 Adelaide Circle
Muskegon, Muskegon County, MI 49441

File Number: 1587
Newmark Job Number: 25-0222570-1

## Appraisal Report Prepared For:

Patrice M. Uhnavy
First Vice President, Collateral Valuation & Control
Independent Bank
4200 East Beltline Road
Grand Rapids, MI 49525

## Prepared By:

**Newmark Valuation & Advisory**
27725 Stansbury Blvd, Suite 300
Farmington Hills, MI 48334



NEWMARK

**NEWMARK VALUATION & ADVISORY**

March 18, 2025

Patrice M. Uhnavy
First Vice President, Collateral Valuation & Control
Independent Bank
4200 East Beltline Road
Grand Rapids, MI 49525

RE: Appraisal Of Adelaide Pointe Condominiums
Located At 901 Adelaide Circle, Muskegon, Muskegon County, MI 49441,
Prepared By Newmark Valuation & Advisory, LLC (herein "Firm" or "Newmark")

File Number: 1587
Newmark Job Number: 25-0222570-1

Ms. Uhnavy:

The "Subject Property" represents a partially complete / partially sold 55 unit six-story condominium building to be situated on a 1.180 acre portion of the larger 33.40 acre mixed use development known as Adelaide Pointe. The subject will include garage (heated) parking on the first floor, five floors of condo units, indoor and outdoor amenity space including a pool.

The entire development is proposed for a marina with supporting sales, service and boat storage facilities, another condo building and apartment building, retail and restaurant components, a hotel, and community amenity space.

As of the date of the inspection, the condominium building is fully enclosed and 20 units have been sold or are pending sale. As per the scope of the analysis outlined by the Client, only the 35 unsold units are included in the analysis. Full completion is estimated at June 2026.

## Key Value Considerations

**Strengths**

- High-end, well-appointed building.
- Part of a mixed use development.
- Minimal new waterfront supply in Muskegon and elsewhere in West Michigan.

**Risk**

- Flat to only slightly increasing population/household trends in the city and county.
- Top of market pricing.
- Increased interest rate environment.



Newmark Valuation & Advisory
27725 Stansbury Blvd, Suite 300
Farmington Hills, MI 48334
www.nmrk.com/valuation

Based on the analysis contained in the following report, the opinions of value for the subject are:

**Value Conclusions**

| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
|---|---|---|---|
| Market Value "As Is" | Fee Simple | March 7, 2025 | $12,000,000 |
| Prospective Market Value "Upon Completion" | Fee Simple | June 7, 2026 | $21,000,000 |

*Compiled by Newmark*

### Extraordinary Assumptions

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1. The timeline provided by the developer appears reasonable. The analysis assumes it is acheived.

The use of this extraordinary assumption might have affected assignment results.

### Hypothetical Conditions

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

The appraisal was developed based on, and this report has been prepared in conformance with the Client's appraisal requirements, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute, Title XI of the Financial Institution Reform, Recovery and Enforcement Act (FIRREA) of 1989, and the Interagency Appraisal and Evaluation Guidelines (December 2, 2010).

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.
3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.
8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of Michigan.
9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.
10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
11. As of the date of this report, Jeffrey Jozwick, MAI has completed the continuing education program for Designated Members of the Appraisal Institute.
12. As of the date of this report, Tony Roberts has completed the Standards and Ethics Education Requirements for Associates of the Appraisal Institute.
13. Tony Ponzetti made a personal inspection of the property that is the subject of this report. Jeffrey Jozwick, MAI and Tony Roberts have not personally inspected the subject.
14. The Firm operates as an independent economic entity. Although employees of other service lines or affiliates of the Firm may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

14\. Within this report, "Newmark", "Newmark Valuation & Advisory", "Newmark, Inc.", and similar forms of reference refer only to the appraiser(s) who have signed this certification and any persons noted above as having provided significant real property appraisal assistance to the persons signing this report.

16. Jeffrey Jozwick, MAI has previously appraised the property that is the subject of this report for the current client within the three-year period immediately preceding the agreement to perform this assignment. Jeffrey Jozwick, MAI has performed no other services, as an appraiser or in any other capacity, regarding the subject property during this time period. Tony Roberts has previously appraised the property that is the subject of this report for the current client within the three-year period immediately preceding the agreement to perform this assignment. Tony Roberts has performed no other services, as an appraiser or in any other capacity, regarding the subject property during this time period. Tony Ponzetti has not performed any services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

17. In Michigan, appraisers are required to be licensed/certified and are regulated by the Michigan Department of Licensing and Regulatory Affairs, PO Box 30018 Lansing, Michigan 48909.

18. The assistance of Tony Ponzetti consisted of participating in the property inspection, conducting research on the market, subject property, and transactions involving comparable properties, performing certain appraisal analyses, and assisting in report writing, all under the supervision of the person(s) signing this report.

Jeffrey Jozwick, MAI
*Executive Vice President*
Certified General Real Estate Appraiser
Michigan # 1205006193
Telephone: (248) 431-6749
Email: jeff.jozwick@nmrk.com

Tony Roberts
*Senior Managing Director – Market Leader*
Certified General Real Estate Appraiser
Michigan # 1205074174
Telephone: (248) 871-2284
Email: Tony.Roberts@nmrk.com

# Table of Contents

**Appraisal Transmittal and Certification**
Certification
Table of Contents
Subject Maps
Subject Photographs

**Executive Summary** ........ **13**

**Introduction** ........ **14**

**Economic Analysis** ........ **17**
- SWOT Bullets ........ 17
- National Trends and Uncertainties ........ 17
- Area Analysis ........ 18
- Neighborhood Analysis ........ 25
- Residential Market Analysis ........ 30
- Waterfront Activity ........ 33

**Land and Site Analysis** ........ **37**

**Zoning and Legal Restrictions** ........ **42**

**Improvements Analysis** ........ **43**

**Real Estate Taxes** ........ **50**

**Highest and Best Use** ........ **52**

**Appraisal Methodology** ........ **54**

**Land Valuation** ........ **55**

**Cost Approach** ........ **59**
- Extraordinary Site Development Costs ........ 61
- Cost Approach Conclusion ........ 64

**Income Capitalization Approach** ........ **65**
- Unit Value Analysis ........ 65
- Expenses ........ 67
- Discounted Cash Flow Schedule ........ 69

**Reconciliation of Value** ........ **70**

**Assumptions and Limiting Conditions** ........ **72**

**Addenda**
A. Glossary of Terms
B. Engagement Letter
C. Financials and Property Information
D. Appraiser Qualifications and Licenses




Aerial Photo




Location Map



Exterior



Gas meters



Electric meters




Generator



Parking garage entrance



Exterior


Common space, 1st floor


Parking garage


Heat in parking garage


Garage entrance


Stairs


Interior corridor


Unit interior


Unit interior



Unit interior



Unit interior



Unit interior



Unit interior



Unit interior



Unit interior




Full Development Plan & Subject



Subject

# Executive Summary

| Adelaide Pointe Condominiums | |
|---|---|
| Property Type: | Condominium |
| Street Address: | 901 Adelaide Circle |
| City, State & Zip: | Muskegon, Muskegon County, MI 49441 |
| Number of Units: | 35 Condo Units |
| Land Area: | 1.180 acres; 51,401 SF |
| Zoning: | B-2 & PUD |
| Highest and Best Use - As Vacant: | For-Sale Condominiums Use |
| Highest and Best Use - As Improved: | Complete Proposed Development And Sell Condominium Units Use |
| **Analysis Details** | |
| Valuation Dates: | |
| Market Value "As Is" | March 7, 2025 |
| Prospective Market Value "Upon Completion" | June 7, 2026 |
| Inspection Date and Date of Photos: | March 7, 2025 |
| Report Date: | March 18, 2025 |
| Report Type: | Appraisal Report |
| Client: | Independent Bank |
| Intended Use: | The intended use of the valuation is internal underwriting for potential loan financing and-or internal credit decisions. |
| Intended User: | The intended user of the appraisal is Independent Bank, its subsidiaries, its affiliates, and-or participant banks, and no other user. |
| Appraisal Premise: | Market Value "As Is", Prospective Market Value "Upon Completion" |
| Interest Appraised: | Fee Simple |
| Exposure Time (Marketing Period) Estimate: | 12 Months (12 Months) |

*Compiled by Newmark*

## Market Value Indications

| Market Value Premise<br>As of Date: | | As Is<br>March 7, 2025 | Prospective Upon Completion<br>June 7, 2026 |
|---|---|---|---|
| Cost Approach: | | $20,610,000 | $29,590,000 |
| Income Capitalization Approach: | | $11,710,000 | $20,810,000 |
| Market Value Conclusion | | $12,000,000 | $21,000,000 |
| | Per 35 Units | $342,857 | $600,000 |

*Compiled by Newmark*

## Extraordinary Assumptions and Hypothetical Conditions

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1. The timeline provided by the developer appears reasonable. The analysis assumes it is acheived.

The use of this extraordinary assumption might have affected assignment results.

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

*Compiled by Newmark*

# Introduction

## OWNERSHIP HISTORY

The current owner is Adelaide Pointe QOZB LLC. Two transactions for the entire 33.40 acre parcel were recorded March of 2021 for $4,600,000. The previous transaction included the existing industrial buildings and site remediation was required.

Sales or sale contracts have been secured for 20 of the subject units. The specific units and prices will be discussed in the valuation section of this report.

To the best of our knowledge, no other sale or transfer of ownership has taken place within a three-year period prior to the effective date of the appraisal.

## INTENDED USE AND USER

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety.

– The intended use of the valuation is internal underwriting for potential loan financing and-or internal credit decisions.
– The client is Independent Bank.
– The intended user of the appraisal is Independent Bank, its subsidiaries, its affiliates, and-or participant banks, and no other user.

## DEFINITION OF VALUE

Market value is defined as:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

– Buyer and seller are typically motivated;
– Both parties are well informed or well advised, and acting in what they consider their own best interests;

– A reasonable time is allowed for exposure in the open market;

– Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

– The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale."

*(Source: Code of Federal Regulations, Title 12, Chapter I, Part 34.42[g]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472)*

## INTEREST APPRAISED

The appraisal is of the Fee Simple interest.[1]

- ***Fee Simple Estate:*** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

## APPRAISAL REPORT

This appraisal is presented in the form of an appraisal report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of USPAP. This report incorporates sufficient information regarding the data, reasoning and analysis that were used to develop the opinion of value in accordance with the intended use and user.

## PURPOSE OF THE APPRAISAL

The primary purpose of the appraisal is to develop the following opinion(s) of value:

**Purpose of the Appraisal**

| Appraisal Premise | Interest Appraised | Date of Value |
|---|---|---|
| Market Value "As Is" | Fee Simple | March 7, 2025 |
| Prospective Market Value "Upon Completion" | Fee Simple | June 7, 2026 |

*Compiled by Newmark*

[1] The Dictionary of Real Estate, 6th Edition, Appraisal Institute

## SCOPE OF WORK

### Extent to Which the Property is Identified

- Physical characteristics
- Legal characteristics
- Economic characteristics

### Extent to Which the Property is Inspected

Newmark inspected the subject property on March 7, 2025 as per the defined scope of work. Tony Ponzetti made a personal inspection of the property that is the subject of this report. Jeffrey Jozwick, MAI and Tony Roberts have not personally inspected the subject.

### Type and Extent of the Data Researched

- Exposure and marketing time;
- Neighborhood and land use trends;
- Demographic trends;
- Market trends relative to the subject property type;
- Physical characteristics of the site and applicable improvements;
- Flood zone status;
- Zoning requirements and compliance;
- Real estate tax data;
- Relevant applicable comparable data; and
- Investment rates

### Type and Extent of Analysis Applied

We analyzed the property and market data gathered through the use of appropriate, relevant, and accepted market-derived methods and procedures. Further, we employed the appropriate and relevant approaches to value, and correlated and reconciled the results into an estimate of market value, as demonstrated within the appraisal report.

# Economic Analysis

## SWOT BULLETS

- Newmark Capital Markets assesses that there was a momentum shift in the 4th quarter, leading to both transaction volume and lending volume increasing year-over-year. However, they also note that the notable increase in interest rates since early December complicates matters.
- Real Capital Analytics reported in their end of 2024 Capital Trends publication that "the commercial property markets turned a corner in 2024." Deal volume climbed in 2024 and price declines are coming to an end overall.
- The uncertainty surrounding the new U.S. administration's economic policies will be an overhang and the Federal Reserve is expected to pause any additional rate reductions until the effects of these policies are better understood.

## NATIONAL TRENDS AND UNCERTAINTIES

Newmark Capital Markets assesses that there was a momentum shift in the 4th quarter, leading to both transaction volume and lending volume increasing year-over-year. However, they also note that the notable increase in interest rates since early December complicates matters. Real Capital Analytics (RCA) concurred as they reported in their end of 2024 Capital Trends publication that "the commercial property markets turned a corner in 2024." Deal volume climbed in 2024 and price declines are coming to an end overall. Along with higher interest rates, capitalization rates rose quickly starting in 2022, and bid-ask spreads widened. While these trends have moderated and cap rates are beginning to reverse direction, the impacts are still present and remain major drivers of current CRE market conditions.

Investors are adjusting to the new reality by modifying their investment strategies, leading to a narrowing of the bid-ask spread. Transaction volume for 2024 ended 9% above 2023 levels at $420.4 billion according to RCA. RCA and Green Street have both observed that CRE property prices have started to inch higher again, despite the impacts of high borrower rates. The January 15, 2025 Federal Reserve Beige Book noted "cautious optimism continues to prevail among survey respondents given modestly positive trends in loan demand, wage growth, and consumer spending." At the same time, RCA notes that distress continues to rise, with office properties accounting for 40-45% of the total value of distressed assets but multifamily dominating the most recent additions to the distress totals.

The Federal Reserve's prior actions engineered the fastest increase in interest rates in their history - rising to a high of 5.25-5.50% for the Federal Funds rate in July 2023. Three reductions at the end of 2024 has brought this range to 4.25-4.50%. However, the 10 year Treasury rate did not follow suit. Moody's Analytics Chief Economist Mark Zandi expects the Federal Reserve to

pause interest rate reductions until late in the year. Zandi points to tariffs being likely to increase inflation and also that the Federal Reserve will be closely watching the new U.S. administration's actions before moving. Other commentators expect faster reductions but the uncertainty of economic policies are part of the reason that long-term rates remain at elevated levels. Interest rates have been unusually low for upwards of 15 years but have now reversed to higher levels for the past two. As interest rates return to an equilibrium level, they will still likely be higher than those observed in the periods prior to 2022.

It will take time for the effects of higher interest rates to reverse. Interest rates have declined from their peak in October 2023, and debt market conditions have improved – at least marginally. The majority of investors surveyed by PwC expect capitalization rates to hold steady over the next six months. The RCA Commercial Property Pricing Index reflected only a -0.7% loss for the year. While investors are taking a more optimistic view and metrics such as sales volume have improved, the uncertainty of economic policies remains an overhang. We have considered and will address these issues throughout this appraisal and report, including in our determinations of overall capitalization rates, discount rates, market rent assumptions, market conditions adjustments, and growth of rents and expenses where applicable.

## AREA ANALYSIS




Area Map

The subject is located within Muskegon in Muskegon County, Michigan. It is part of the Muskegon-Norton Shores metro area (Muskegon MSA). Moody's Analytics' Economy.com provides the following economic summary for the Muskegon MSA as of October, 2024.

**Moody's Analytics Précis® Metro Indicators: Muskegon MSA**

| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | INDICATORS | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.6 | 6.6 | 6.3 | 6.6 | 6.7 | 6.8 | Gross metro product (C17$ bil) | 7.0 | 7.2 | 7.2 | 7.4 | 7.5 | 7.6 |
| 1.8 | 0.8 | -5.0 | 5.6 | 0.2 | 2.3 | % change | 3.2 | 1.9 | 1.1 | 1.5 | 1.7 | 1.7 |
| 65.1 | 64.3 | 58.0 | 61.1 | 63.7 | 65.1 | Total employment (ths) | 66.1 | 66.6 | 66.7 | 66.6 | 66.6 | 66.5 |
| 0.9 | -1.2 | -9.8 | 5.4 | 4.3 | 2.2 | % change | 1.5 | 0.8 | 0.1 | -0.1 | -0.1 | -0.1 |
| 4.6 | 4.3 | 11.8 | 7.2 | 4.9 | 4.4 | Unemployment rate (%) | 4.8 | 5.9 | 6.0 | 6.0 | 5.9 | 5.9 |
| 3.5 | 4.4 | 10.8 | 6.6 | -1.0 | 7.1 | Personal income growth (%) | 6.9 | 3.6 | 3.4 | 3.4 | 3.5 | 3.6 |
| 50.0 | 53.1 | 54.9 | 57.3 | 58.1 | 59.7 | Median household income ($ ths) | 60.6 | 62.7 | 64.7 | 66.9 | 69.2 | 71.6 |
| 174.6 | 174.4 | 174.8 | 175.8 | 176.3 | 178.2 | Population (ths) | 178.8 | 178.8 | 178.2 | 177.7 | 177.1 | 176.5 |
| -0.1 | -0.1 | 0.2 | 0.6 | 0.3 | 1.1 | % change | 0.3 | 0.0 | -0.3 | -0.3 | -0.3 | -0.3 |
| -0.5 | -0.5 | 0.2 | 1.3 | 0.8 | 2.0 | Net migration (ths) | 0.7 | 0.1 | -0.3 | -0.3 | -0.3 | -0.3 |
| 221 | 339 | 266 | 302 | 321 | 308 | Single-family permits (#) | 315 | 318 | 350 | 348 | 333 | 315 |
| 12 | 0 | 2 | 26 | 227 | 4 | Multifamily permits (#) | 155 | 10 | 9 | 9 | 8 | 8 |
| 8 | 8 | 7 | 16 | 18 | 10 | FHFA house price index (% change) | 8 | 1 | 0 | 0 | 0 | 0 |

*Source: Moody's Analytics Précis® US Metro*

Moody's summarizes the area's economic performance in recent months as follows:

## Recent Performance

Muskegon MSA' economy is in a holding pattern. Nonfarm payrolls have merely treaded water since the second quarter. Manufacturing and healthcare payrolls took a small step backward, while leisure/hospitality has picked up the slack. The unemployment rate rose to its highest since late 2022 due to a lack of job gains and a slowly growing labor force. House price appreciation reaccelerated to match the state average by midyear. Single-family permitting has also risen above its four-year average, matching the state trend.

## Market Comparison

The following table illustrates key economic indicators and a comparison of the Muskegon MSA to the regional grouping as a whole. As indicated, Muskegon is projected to outperform the National Region Metros in one of eight performance categories shown over the next five years.

**Comparison of Key Economic Indicators - Muskegon MSA Metro to National Region**

| | Muskegon MSA | | | Annual Growth | | National | | | Annual Growth | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indicator | 2017 | 2022 | 2027 | 2017 - 2022 | 2022 - 2027 | 2017 | 2022 | 2027 | 2017 - 2022 | 2022 - 2027 |
| Gross metro product (C17$ bil) | 6.6 | 6.8 | 7.5 | 0.7% | 1.9% | 18,077 | 19,965 | 22,356 | 2.0% | 2.3% |
| Total employment (ths) | 65.1 | 65.1 | 66.6 | 0.0% | 0.4% | 146,606 | 152,045 | 157,507 | 0.7% | 0.7% |
| Unemployment rate (%) | 4.6% | 4.4% | 5.9% | | | 4.4% | 3.7% | 4.1% | | |
| Personal income growth (%) | 3.5% | 7.1% | 3.5% | | | 4.6% | 2.3% | 4.6% | | |
| Population (ths) | 174.6 | 178.2 | 177.1 | 0.4% | -0.1% | 325,122 | 332,391 | 339,637 | 0.4% | 0.4% |
| Single-family permits (#) | 221 | 308 | 333 | 6.9% | 1.6% | 848,500 | 1,019,048 | 1,319,656 | 3.7% | 5.3% |
| Multifamily permits (#) | 12 | 4 | 8 | -19.7% | 13.8% | 356,167 | 547,574 | 448,038 | 9.0% | -3.9% |
| FHFA house price index (% change) | 8 | 10 | 0 | 4.7% | -53.6% | N/A | N/A | N/A | N/A | N/A |

Muskegon MSA outperforming National Region Metros

Muskegon MSA underperforming National Region Metros

*Source: Moody's Analytics Précis® US Metro; Compiled by Newmark*

## Employment Sectors and Trends

Employment data by occupation and business/industry sectors provides an indication of the amount of diversification and stability in the local economy. Job sector composition also gives an indication of the predominant drivers of current and future demand for supporting commercial real estate sectors. The following tables display employment data by occupation sector and by business/industry sector for the area and region.

**Current Employment by Occupation Sector**

| Occupation Sector | 49441 | | Muskegon City | | Muskegon County | | Muskegon-Norton Shores, MI MSA | | Michigan | |
|---|---|---|---|---|---|---|---|---|---|---|
| **White Collar** | **9,734** | **55.9%** | **6,277** | **42.9%** | **40,302** | **49.5%** | **40,302** | **49.5%** | **2,981,392** | **60.3%** |
| Administrative Support | 1,547 | 8.9% | 1,078 | 7.4% | 7,653 | 9.4% | 7,653 | 9.4% | 499,461 | 10.1% |
| Management/Business/Financial | 3,246 | 18.6% | 1,770 | 12.1% | 10,933 | 13.4% | 10,933 | 13.4% | 854,293 | 17.3% |
| Professional | 3,619 | 20.8% | 2,357 | 16.1% | 15,931 | 19.6% | 15,931 | 19.6% | 1,232,005 | 24.9% |
| Sales and Sales Related | 1,322 | 7.6% | 1,072 | 7.3% | 5,785 | 7.1% | 5,785 | 7.1% | 395,633 | 8.0% |
| **Services** | **3,282** | **18.9%** | **3,647** | **25.0%** | **15,219** | **18.7%** | **15,219** | **18.7%** | **798,773** | **16.2%** |
| **Blue Collar** | **4,389** | **25.2%** | **4,693** | **32.1%** | **25,898** | **31.8%** | **25,898** | **31.8%** | **1,160,806** | **23.5%** |
| Construction/Extraction | 468 | 2.7% | 495 | 3.4% | 3,358 | 4.1% | 3,358 | 4.1% | 213,042 | 4.3% |
| Farming/Fishing/Forestry | 50 | 0.3% | 53 | 0.4% | 177 | 0.2% | 177 | 0.2% | 16,197 | 0.3% |
| Installation/Maintenance/Repair | 421 | 2.4% | 308 | 2.1% | 2,988 | 3.7% | 2,988 | 3.7% | 147,499 | 3.0% |
| Production | 2,244 | 12.9% | 2,450 | 16.8% | 13,238 | 16.3% | 13,238 | 16.3% | 436,914 | 8.8% |
| Transportation/Material Moving | 1,206 | 6.9% | 1,387 | 9.5% | 6,137 | 7.5% | 6,137 | 7.5% | 347,154 | 7.0% |
| **Total Employees (16+ Occupation Base)** | **17,405** | **100.0%** | **14,617** | **100.0%** | **81,419** | **100.0%** | **81,419** | **100.0%** | **4,940,971** | **100.0%** |

*Source: ESRI; Compiled by Newmark*

**Current Employment by Industry Sector**

| Industry Sector | 49441 | | Muskegon City | | Muskegon County | | Muskegon-Norton Shores, MI MSA | | Michigan | |
|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture/Mining | 133 | 0.8% | 141 | 1.0% | 676 | 0.8% | 676 | 0.8% | 50,119 | 1.0% |
| Construction | 741 | 4.3% | 568 | 3.9% | 4,485 | 5.5% | 4,485 | 5.5% | 292,628 | 5.9% |
| Manufacturing | 3,575 | 20.5% | 3,323 | 22.7% | 21,211 | 26.1% | 21,211 | 26.1% | 913,715 | 18.5% |
| Wholesale Trade | 337 | 1.9% | 97 | 0.7% | 1,075 | 1.3% | 1,075 | 1.3% | 85,309 | 1.7% |
| Retail Trade | 2,037 | 11.7% | 1,711 | 11.7% | 8,068 | 9.9% | 8,068 | 9.9% | 495,501 | 10.0% |
| Transportation/Utilities | 733 | 4.2% | 512 | 3.5% | 3,431 | 4.2% | 3,431 | 4.2% | 250,254 | 5.1% |
| Information | 95 | 0.5% | 113 | 0.8% | 595 | 0.7% | 595 | 0.7% | 62,049 | 1.3% |
| Finance/Insurance/Real Estate | 681 | 3.9% | 507 | 3.5% | 2,992 | 3.7% | 2,992 | 3.7% | 276,400 | 5.6% |
| Services | 8,205 | 47.1% | 7,180 | 49.1% | 35,751 | 43.9% | 35,751 | 43.9% | 2,329,487 | 47.1% |
| Public Administration | 868 | 5.0% | 465 | 3.2% | 3,135 | 3.9% | 3,135 | 3.9% | 185,509 | 3.8% |
| **Total Employees (16+ Occupation Base)** | **17,405** | **100.0%** | **14,617** | **100.0%** | **81,419** | **100.0%** | **81,419** | **100.0%** | **4,940,971** | **100.0%** |

*Source: ESRI; Compiled by Newmark*

Comparing the industry sectors for the local market area (3-Miles Radius) to Muskegon-Norton Shores, MI MSA indicates the local market area is somewhat more heavily weighted toward the Services, Retail Trade, and Information sectors. By contrast, the industry employment totals for Muskegon-Norton Shores, MI MSA indicate somewhat higher proportions within the Construction, Manufacturing, Public Administration, Wholesale Trade, Finance/Insurance/Real Estate, Transportation/Utilities, and Agriculture/Mining sectors. The following graphic further illustrates this comparison.

## Employment Comparison




*Source: ESRI; Compiled by Newmark*

### Unemployment

The following table displays the historical unemployment data for the area derived from the US Department of Commerce, Bureau of Labor Statistics. The most recent reported unemployment rate for the Muskegon, MI Metropolitan Statistical Area is 6.1% (December 2024).

**Unemployment Rate: Muskegon, MI Metropolitan Statistical Area**




Bars represent beginning to end range of unemployment rates in each year
Orange bars denote increasing unemployment from beginning to end of year
Blue bars are declining unemployment from beginning to end of year
Arrows are extent of unemployment rates over the year

*Compiled by Newmark*

## Major Employers

The following table lists a number of major employers with the Muskegon MSA as reported by Moody's. While not all-encompassing, this list provides further indication of the types of economic sectors that are drivers for the area.

**Selected Major Employers: Muskegon MSA**

| Rank | Employer | Employees |
|---|---|---|
| 1 | Trinity Health | 3,669 |
| 2 | Howmet | 2,316 |
| 3 | Meijer | 900 |
| 4 | ADAC Automotive Inc. | 714 |
| 5 | GE Aerospace | 661 |
| 6 | Wesco Inc. | 634 |
| 7 | Aludyne | 537 |
| 8 | Structural Concepts Corp. | 525 |
| 9 | Muskegon Community College | 426 |
| 10 | Port City Group | 421 |
| 11 | Hilite International | 385 |
| 12 | Knoll Inc. | 350 |
| 13 | Pace Industries | 340 |
| 14 | Walmart Inc. | 334 |
| 15 | Hackley Community Care | 300 |

*Source: Greater Muskegon Economic Development, 2023*

## Analysis

Further economic analysis from Moody's is detailed as follows:

### Aircraft And Autos

Factory headcounts will plateau in the near term as headwinds facing the automotive industry will be counterbalanced by strong demand for aircraft parts. The share of manufacturing jobs in the metro area is among the top 15 nationally, giving the industry an outsize role in Muskegon's performance. GE Aviation primarily manufactures parts for jet engines locally, and production backlogs at aircraft producers and a large stock of preexisting engines will keep the business busy for years to come. The company is expanding its footprint to catch up with demand. While this will not be enough to push overall headcounts higher, it will help support current levels.

On the auto front, steep sticker prices and expensive consumer credit have hampered vehicle sales and will remain an impediment in the short term. Vehicle sales will slowly rebound to their long-term average, but inventories have grown tremendously, lowering the need to run auto assembly lines at full capacity. This will ding demand for parts manufacturers and fabricated metals makers that supply the inputs needed for final assembly.

### Healthcare

Medical services providers will contribute a slow but steady supply of jobs near term, though the industry will struggle to outpace regional peers. An outsize and growing 65-and-older age cohort will help drive demand for medical services, allowing hiring to advance. Healthcare penetration

still falls short in Muskegon as the number of healthcare workers per capita is one-third lower than the national average. Therefore, payrolls have more room to run than elsewhere. However, the story is not all rosy. The metro area's undereducated and shrinking labor force will challenge healthcare providers in their efforts to staff open positions in hospitals, doctors' offices and nursing facilities.

### Lake Michigan

Proximity to Lake Michigan is key to the metro area's logistics and tourism, and both will add to growth next year. The Port of Muskegon is the deepest in western Michigan, giving it a structural advantage over its peers. The Verplank Dock improved the port's handling infrastructure, and planned dredging will ensure steady commercial navigation for bulk dry goods.

Muskegon is a premier summer vacation destination, and more investment will drive higher tourist flows to local lakeshores. The redevelopment of the Hackley Administrative Building into a boutique hotel illustrates the ample opportunities available for investors. An additional boost will come from cruise ships coming to the port. These visitors will help support more growth in leisure/hospitality, especially in the Muskegon Social District.

## Conclusion

| Positive Attributes | Negative Attributes |
|---|---|
| – Below-average living and business costs.<br>– Lake Michigan underpins tourism and logistics. | – Overexposure to the manufacturing industry’s long-term decline.<br>– Low industrial diversity and high share of employment in low-paying industries.<br>– Low concentration of prime-age workers and worsening migration trends. |

Muskegon MSA' economy will keep pace with the regional average in the short term. Demand for aviation parts will help manufacturing payrolls maintain their current level, and an increasing retiree population will require more healthcare workers. However, poor demographic trends and an overreliance on manufacturing will keep a lid on the metro area's long-term performance.

## NEIGHBORHOOD ANALYSIS




Neighborhood Map

### Boundaries

The subject is located in the city of Muskegon, in Muskegon County. The neighborhood can be loosely defined as the shoreline area of Muskegon Lake.

Muskegon Lake is a 4,150-acre fresh-water lake located at the mouth of the Muskegon River. Muskegon Lake forms a 12-square-mile broad harbor along the eastern shoreline of Lake Michigan, approximately 2.5 miles wide by 5.5 miles long. Muskegon Lake played an important role in the early development of the city of Muskegon, as well as the logging industry in Michigan. At one time, Muskegon Lake boasted more than 47 sawmills along its banks. Today, the lake's primary functions are residential and recreational uses, including a State Park, marinas, hotels and restaurants along the shoreline. Muskegon Lake is also home to a highspeed ferry connecting west Michigan to Milwaukee Wisconsin.

### Surrounding Area of Influence Trends

The subject's surrounding area is generally viewed as suburban, with a small urban area defined by downtown Muskegon. The immediate area around the subject can be described as a mix of residential and commercial developments. The market has a mix of uses including industrial, office, residential and retail uses. Notable uses in the area include Park Row Mall, which is 3.6-

miles to the south of the subject, Muskegon Catholic Central which is 1.1-miles to the south of the subject. Population within the one-mile radius is projected to increase through 2029.

### Fundamental Real Estate Cycle

Following decades of decline in the 1960s, 1970s and 1980s, population in the surrounding area has been essentially flat+/- for the past several decades. Future forecasts are for continued minimal changes going forward. The area is considered to be within the stabilized stage of its real estate cycle.

## Access

### Primary Access

Primary access to the subject is provided by West Western Avenue, which the subject fronts and is accessible in the area via Franklin Street and Shoreline Drive. US Highway-31 runs due north-south providing access to and from the city. US-31 intersects Interstate-96, 6.4 miles to the southeast of the subject to provide access to Grand Rapids, Lansing and Detroit in the southeast.

### Major Thoroughfares

Major thoroughfares in the area include Lakeshore Drive, Shoreline Drive, Seaway Drive, West Laketon Avenue, West Webster Avenue and West Muskegon Avenue.

### Transportation

The Muskegon Area Transit System (MATS) is the primary provider of public transportation in Muskegon County. MATS serves the Metro Muskegon area, which includes the cities of Muskegon, Muskegon Heights, Roosevelt Park, and Norton Shores, and portions of Muskegon Township and Fruitport Township.

### Distance from Key Locations

The commute to Downtown Muskegon is about five minutes and the drive to Muskegon County Airport is about twenty minutes. The following illustrates the 15-minute drive time from the subject.




Drive Time Map

## Land Use

The following was developed from Costar data for the major property types in the surrounding 1.0 mile radius around the subject.

Surrounding Area Commercial Property Characteristics




Souce: Costar; Compiled by Newmark

Within the immediate area of the subject, property uses include the following:

– Retail by number of properties followed by industrial and a general mix of multi-family, hospitality, sports & entertainment, office and specialty properties.
– Industrial by size followed by multi-family.

## Demographics

A demographic summary for the defined area is illustrated as follows:

| Demographic Analysis | 1-Mile Radius | 3-Miles Radius | 5-Miles Radius | 49441 | Muskegon City | Muskegon County | Muskegon-Norton Shores, MI MSA | Michigan |
|---|---|---|---|---|---|---|---|---|
| **Population** | | | | | | | | |
| 2020 Total Population | 4,002 | 52,791 | 88,782 | 35,920 | 38,318 | 175,824 | 175,824 | 10,077,331 |
| 2024 Total Population | 4,083 | 52,676 | 89,276 | 36,014 | 38,461 | 177,626 | 177,626 | 10,070,141 |
| 2029 Total Population | 4,199 | 52,573 | 88,888 | 35,851 | 38,436 | 176,947 | 176,947 | 10,025,714 |
| Projected Annual Growth % | 0.6% | 0.0% | -0.1% | -0.1% | 0.0% | -0.1% | -0.1% | -0.1% |
| **Households** | | | | | | | | |
| 2020 Total Households | 1,733 | 21,687 | 36,703 | 15,368 | 14,616 | 68,610 | 68,610 | 4,041,760 |
| 2024 Total Households | 1,751 | 21,925 | 37,152 | 15,494 | 14,756 | 69,764 | 69,764 | 4,095,143 |
| 2029 Total Households | 1,815 | 22,079 | 37,328 | 15,513 | 14,903 | 70,143 | 70,143 | 4,151,689 |
| Projected Annual Growth % | 0.7% | 0.1% | 0.1% | 0.0% | 0.2% | 0.1% | 0.1% | 0.3% |
| **Income** | | | | | | | | |
| 2024 Median Household Income | $36,929 | $50,671 | $53,810 | $61,034 | $41,029 | $59,324 | $59,324 | $71,476 |
| 2024 Average Household Income | $55,534 | $65,918 | $71,231 | $82,680 | $54,728 | $78,506 | $78,506 | $99,903 |
| 2024 Per Capita Income | $23,699 | $27,389 | $29,525 | $35,588 | $21,223 | $30,892 | $30,892 | $40,752 |
| **Housing** | | | | | | | | |
| 2024 Owner Occupied Housing Units | 52.8% | 56.8% | 62.5% | 71.4% | 48.6% | 71.1% | 71.1% | 64.5% |
| 2024 Renter Occupied Housing Units | 37.6% | 33.8% | 29.6% | 21.4% | 42.0% | 21.2% | 21.2% | 24.2% |
| 2024 Median Home Value | $98,205 | $159,433 | $176,678 | $193,915 | $122,324 | $201,619 | $201,619 | $249,290 |
| Median Year Structure Built | 1940 | 1951 | 1958 | 1961 | 1949 | 1968 | 1968 | 1972 |
| **Miscellaneous Data Items** | | | | | | | | |
| 2024 Bachelor's Degree | 14.5% | 14.9% | 16.1% | 21.0% | 12.1% | 15.5% | 15.5% | 20.2% |
| 2024 Grad/Professional Degree | 7.3% | 6.2% | 6.5% | 8.6% | 4.1% | 6.6% | 6.6% | 12.8% |
| 2024 College Graduate % | 21.8% | 21.0% | 22.6% | 29.6% | 16.1% | 22.1% | 22.1% | 33.0% |
| 2024 Average Household Size | 2.31 | 2.33 | 2.34 | 2.30 | 2.28 | 2.46 | 2.46 | 2.41 |
| 2024 Median Age | 37.4 | 39.0 | 40.1 | 42.6 | 38.9 | 40.9 | 40.9 | 40.5 |

*Source: ESRI; Compiled by Newmark*

– As shown above, the current population within a 1-mile radius of the subject is 4,083 and the average household size is 2.31. The population in the area has increased since the 2020 census, and this trend is projected to continue over the next five years. Compared to the Muskegon, MI MSA overall, the population within a 1-mile radius is projected to increase at a higher rate.
– Median household income within a 1-mile radius is $36,929 which is lower than the household income for the Muskegon, MI MSA. Residents within a 1-mile radius have a lower level of educational attainment than those of the Muskegon, MI MSA.
– Overall, the neighborhood should continue to have a similar operating environment over the next five years.

## Demographic Analysis

### Population and Household Formation

**Demographic Growth Rate Analysis**

| | 1-Mile Radius | 3-Miles Radius | 5-Miles Radius | 49441 | Muskegon City | Muskegon County | Muskegon-Norton Shores, MI MSA | Michigan |
|---|---|---|---|---|---|---|---|---|
| **Population** | | | | | | | | |
| 2020 Total Population | 4,002 | 52,791 | 88,782 | 35,920 | 38,318 | 175,824 | 175,824 | 10,077,331 |
| 2024 Total Population | 4,083 | 52,676 | 89,276 | 36,014 | 38,461 | 177,626 | 177,626 | 10,070,141 |
| 2029 Total Population | 4,199 | 52,573 | 88,888 | 35,851 | 38,436 | 176,947 | 176,947 | 10,025,714 |
| Annual Growth - Past Period | 0.5% | -0.1% | 0.1% | 0.1% | 0.1% | 0.3% | 0.3% | 0.0% |
| Annual Growth - Future Period | 0.6% | 0.0% | -0.1% | -0.1% | 0.0% | -0.1% | -0.1% | -0.1% |
| **Households** | | | | | | | | |
| 2020 Total Households | 1,733 | 21,687 | 36,703 | 15,368 | 14,616 | 68,610 | 68,610 | 4,041,760 |
| 2024 Total Households | 1,751 | 21,925 | 37,152 | 15,494 | 14,756 | 69,764 | 69,764 | 4,095,143 |
| 2029 Total Households | 1,815 | 22,079 | 37,328 | 15,513 | 14,903 | 70,143 | 70,143 | 4,151,689 |
| Annual Growth - Past Period | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% | 0.4% | 0.4% | 0.3% |
| Annual Growth - Future Period | 0.7% | 0.1% | 0.1% | 0.0% | 0.2% | 0.1% | 0.1% | 0.3% |

*Source: ESRI; Compiled by Newmark*

- The subject's neighborhood is experiencing an increase in both population and households.

### Income Distributions

**Household Income Analysis**

| 2024 | 1-Mile Radius | | 3-Miles Radius | | 5-Miles Radius | | 49441 | | Muskegon City | | Muskegon County | | Muskegon-Norton Shores, MI MSA | | Michigan | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Household Income <$15,000 | 274 | 15.6% | 3,447 | 15.7% | 4,936 | 13.3% | 1,427 | 9.2% | 2,781 | 18.8% | 7,209 | 10.3% | 7,209 | 10.3% | 372,715 | 9.1% |
| Household Income $15,000-$24,999 | 323 | 18.4% | 2,655 | 12.1% | 4,228 | 11.4% | 1,384 | 8.9% | 2,327 | 15.8% | 6,551 | 9.4% | 6,551 | 9.4% | 285,482 | 7.0% |
| Household Income $25,000-$34,999 | 237 | 13.5% | 2,161 | 9.9% | 3,552 | 9.6% | 1,223 | 7.9% | 1,470 | 10.0% | 5,945 | 8.5% | 5,945 | 8.5% | 304,924 | 7.4% |
| Household Income $35,000-$49,999 | 243 | 13.9% | 2,497 | 11.4% | 4,057 | 10.9% | 1,757 | 11.3% | 1,687 | 11.4% | 7,458 | 10.7% | 7,458 | 10.7% | 459,963 | 11.2% |
| Household Income $50,000-$74,999 | 301 | 17.2% | 4,769 | 21.8% | 8,157 | 22.0% | 3,564 | 23.0% | 3,129 | 21.2% | 16,082 | 23.1% | 16,082 | 23.1% | 696,421 | 17.0% |
| Household Income $75,000-$99,999 | 132 | 7.5% | 2,581 | 11.8% | 4,666 | 12.6% | 2,047 | 13.2% | 1,575 | 10.7% | 9,706 | 13.9% | 9,706 | 13.9% | 542,203 | 13.2% |
| Household Income $100,000-$149,999 | 176 | 10.1% | 2,448 | 11.2% | 4,831 | 13.0% | 2,558 | 16.5% | 1,368 | 9.3% | 10,642 | 15.3% | 10,642 | 15.3% | 712,587 | 17.4% |
| Household Income $150,000-$199,999 | 26 | 1.5% | 681 | 3.1% | 1,361 | 3.7% | 752 | 4.9% | 211 | 1.4% | 3,111 | 4.5% | 3,111 | 4.5% | 345,491 | 8.4% |
| Household Income $200,000+ | 39 | 2.2% | 686 | 3.1% | 1,363 | 3.7% | 782 | 5.0% | 208 | 1.4% | 3,060 | 4.4% | 3,060 | 4.4% | 375,024 | 9.2% |
| Median Household Income | $36,929 | | $50,671 | | $53,810 | | $61,034 | | $41,029 | | $59,324 | | $59,324 | | $71,476 | |
| Average Household Income | $55,534 | | $65,918 | | $71,231 | | $82,680 | | $54,728 | | $78,506 | | $78,506 | | $99,903 | |
| Per Capita Income | $23,699 | | $27,389 | | $29,525 | | $35,588 | | $21,223 | | $30,892 | | $30,892 | | $40,752 | |

*Source: ESRI; Compiled by Newmark*

### Employment

The following graph was presented previously but is also given below given its relevance to Office demand. Comparing the industry sectors for the local market area (3-Miles Radius) to Muskegon-Norton Shores, MI MSA indicates the local market area is somewhat more heavily weighted toward the Services, Retail Trade, and Information sectors. The following graphic further illustrates this comparison.

## Employment Comparison




*Source: ESRI; Compiled by Newmark*

## RESIDENTIAL MARKET ANALYSIS

A market analysis of housing trends in the area is essential in providing a snapshot of the overall health of the housing industry. This analysis provides specific data pertaining to the housing industry in Michigan and West Michigan - which includes major counties. Historical figures are presented in order to establish and observe trends in the housing industry over time.

### Michigan Overview

The following chart illustrates the number of residential building permits issued in the State of Michigan as delineated by single-family and multi-family dwelling units between 2000 and 2024. The 2022 information is preliminary, which may reduce its reliability. Units include both owner-occupied housing as well as rental housing.

**SOCDS DATA - STATE OF MICHIGAN PERMITS**




Source: SOCDS Building Permit Database

As can be seen in the graph above, single-family building permits reached a peak in 2004, with 54,721 permits issued. Multi-family permits peaked in 2001 and 2003 with 9,622 and 9,187 permits issued, respectively. Overall, permit totals between 2005 and 2009 exhibited a strong downward trend. The drastic decline in residential permit activity is mainly attributed to oversupply, strong diminishing demand due to job loss (restructuring of the automotive industry) and population shift, foreclosures, and the overall national economic recession.

The permit trend for both single-family and multi-family units appears to have reached a trough in 2009. Since 2009, single-family and multi-family permit figures have been consistently trending upwards.

The upward trends beginning in 2010 are attributed to the economic recovery after the Great Recession, including (and more locally) on-going stabilization of the automotive industry, lack of new construction supply due to sharp decline in construction circa 2008/2009, moratoriums on foreclosures, historically low mortgage interest rates, and an in-flux of buyers who waited for the economic storm to pass (pent-up demand). The near-term outlook for single-family and multi-family permit issuance in the State of Michigan is for slow and steady growth, much like what has been seen since 2009. However, a near term spike in growth is not anticipated.

## West Michigan Overview

The following chart presents all residential building permit history (single-family and multi-family) for major counties in west Michigan since 2007. The 2022 data is the most recent available, but is preliminary which may reduce its reliability. The five major counties in west Michigan include: Kent, Ottawa, Ionia, Allegan and Muskegon.

**WEST MICHIGAN - RESIDENTIAL BUILDING PERMIT HISTORY**




Source: SOCDS Building Permit Database

**BUILDING PERMITS - MAJOR COUNTIES**

| County | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kent | 1,388 | 831 | 645 | 694 | 761 | 1,127 | 1,299 | 1,711 | 1,838 | 2,823 | 2,615 | 2,366 | 2,574 | 1,692 | 1,891 | 1,956 | 2,099 | 2,253 |
| Ottawa | 1,048 | 671 | 408 | 434 | 611 | 771 | 866 | 1,307 | 1,572 | 1,633 | 1,875 | 1,149 | 1,376 | 1,636 | 1,560 | 1,731 | 1,335 | 1,237 |
| Ionia | 164 | 73 | 35 | 28 | 23 | 30 | 40 | 53 | 59 | 85 | 93 | 116 | 149 | 76 | 105 | 90 | 88 | 101 |
| Allegan | 371 | 297 | 251 | 152 | 145 | 205 | 309 | 348 | 369 | 349 | 391 | 436 | 391 | 382 | 328 | 350 | 356 | 377 |
| Muskegon | 346 | 208 | 93 | 106 | 95 | 138 | 184 | 181 | 241 | 233 | 257 | 233 | 339 | 268 | 328 | 535 | 344 | 438 |
| Totals | 3,317 | 2,080 | 1,432 | 1,414 | 1,635 | 2,271 | 2,698 | 3,600 | 4,079 | 5,123 | 5,231 | 4,300 | 4,829 | 4,054 | 4,212 | 4,662 | 4,222 | 4,406 |

Source: SOCDS Building Permit Database

As the chart illustrates, the issuance of building permits universally declined at a dramatic pace between 2007 and 2009 in all of the counties with a strong reversal occurring in some counties since 2009. The figures indicate year-over-year growth between 2011 and 2016 in Kent, Ottawa and Ionia Counties.

Kent and Ottawa County show a definite bounce-back in permit activity since 2009. Kent County is the largest county outside of the Detroit area and is west Michigan's economic anchor. Healthcare, education and manufacturing all play a critical role in the local economy. The Gerald R. Ford International Airport is west Michigan's primary location for regional and international airline traffic.

## Muskegon County

Total residential permit issuance for Muskegon County is presented below.

| MUSKEGON COUNTY - RESIDENTIAL BUILDING PERMIT ISSUANCE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FOR THE PERIOD FROM 2015 THROUGH 2022 | | | | | | | | | | | |
| **Unit Type** | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | **Average** |
| **Single-Family** | 241 | 233 | 257 | 221 | 339 | 266 | 302 | 308 | 308 | 323 | **280** |
| **Multi-Family** | 0 | 0 | 0 | 12 | 0 | 2 | 26 | 227 | 4 | 115 | **179** |
| **Total** | 241 | 233 | 257 | 233 | 339 | 268 | 328 | 535 | 312 | 438 | **585** |
| **Source: SOCDS** | | | | | | | | | | | |

*Compiled by Newmark*

Permits have averaged 280 single family units per year since 2015. Development has been consistent over the past 5 years +/- with SFR, with most of the recent years slightly above the average.

### Local Market Demand Estimates

Household growth is a primary driver of demand for new housing. According to the previously presented demographics, the Muskegon MSA is expected to add 379 new households in the next five years (2024-2029), or 76 new households per year.

In addition to the new demand, replacing the aging housing stock is also necessary. Currently, the average year built of a housing unit in the County is 1968, or 57 years old. The impact of the age of the housing has resulted in permit issuance 10 times that of the new demand estimates. Since 2014, an average of 585 permits for new housing units have been issued compared to the demand estimate of 76 new household per year.

## WATERFRONT ACTIVITY

### 12 Month Demand Activity

While total demand is an important consideration to development feasibility, demand for waterfront housing is particularly germane to the subject analysis. Listing and transaction activity along the Lake Michigan shoreline and waterways that provide access to the lake have been examined. The table below summarizes the transaction activity over the past 12 months.

| MLS | Address | DOM | Close Date | SqFt | List Price | Sale Price | Per Sqft | Beds | Baths | Garage |
|---|---|---|---|---|---|---|---|---|---|---|
| 69024008583 | 109 E Mechanic Street | 1 | March 15, 2024 | 1,886 | $649,900 | $649,900 | $345 | 3 | 3.1 | Yes |
| 69023140065 | 50 Harbor Isle Drive | 121 | March 15, 2024 | 1,981 | $995,000 | $950,000 | $480 | 3 | 3 | Yes |
| 69024011178 | 113 N Thompson Street | 22 | March 29, 2024 | 1,248 | $675,000 | $677,000 | $542 | 3 | 2.1 | Yes |
| 69024012873 | 200 Lake Street 5A | 28 | April 12, 2024 | 2,339 | $1,290,500 | $1,195,000 | $511 | 3 | 2 | Yes |
| 71023018600 | 901 Adelaide Circle 401 | 307 | May 24, 2024 | 1,726 | $949,000 | $949,000 | $550 | 4 | 2.1 | Yes |
| 71024024464 | 1408 Lakeshore Court | 4 | May 24, 2024 | 2,960 | $850,000 | $885,000 | $299 | 3 | 2.1 | Yes |
| 69024012090 | 510 Williams Street 20 | 47 | May 31, 2024 | 1,408 | $649,900 | $625,000 | $444 | 2 | 2 | Yes |
| 20240003012 | 926 S LAKE Street | 84 | June 3, 2024 | 2,005 | $519,900 | $502,500 | $251 | 2 | 2.2 | Yes |
| 69024021510 | 14904 Lakeside Road | 44 | June 14, 2024 | 1,914 | $645,000 | $595,000 | $311 | 4 | 2.1 | Yes |
| 71024002891 | 140 Kewatin Way 12 | 125 | June 14, 2024 | 1,892 | $839,000 | $815,000 | $431 | 5 | 4 | Yes |
| 69024016222 | 28-30 Harbor Isle Drive | 59 | June 17, 2024 | 800 | $500,000 | $500,000 | $625 | 1 | 2 | No |
| 67024013026 | 490 S Hancock Street Unit #4 | 88 | June 19, 2024 | 2,152 | $699,000 | $640,000 | $297 | 3 | 3 | Yes |
| 69024027367 | 215 North Shore Drive 10 | 2 | July 5, 2024 | 1,472 | $1,275,000 | $1,276,000 | $867 | 3 | 3.1 | Yes |
| 69024013557 | 200 Lake Street 6B | 46 | July 15, 2024 | 2,050 | $1,250,000 | $1,070,000 | $522 | 3 | 2 | Yes |
| 69024018470 | 800 Whitwam Drive 2 & 2A | 89 | July 16, 2024 | 1,280 | $675,000 | $650,000 | $508 | 2 | 2.1 | No |
| 69024028645 | 18460 Dunecrest Drive 14 | 19 | July 18, 2024 | 1,900 | $659,000 | $635,000 | $334 | 4 | 3.1 | Yes |
| 69024022592 | 200 Lake Street 4A | 77 | July 19, 2024 | 2,168 | $1,150,000 | $1,075,000 | $496 | 3 | 2 | Yes |
| 65024030919 | 101 N Shore Drive 30 | 3 | June 30, 2024 | 1,440 | $859,900 | $905,000 | $628 | 2 | 1.1 | Yes |
| 69024011989 | 200 Lake Street 6C | 133 | July 26, 2024 | 1,342 | $789,000 | $750,000 | $559 | 2 | 2.1 | Yes |
| 71024031246 | 2964 Lakeshore Drive E601 | 7 | July 31, 2024 | 1,527 | $499,900 | $500,000 | $327 | 2 | 2 | Yes |
| 71024028939 | 6180 Murray Road 203 | 25 | August 1, 2024 | 1,565 | $725,000 | $725,000 | $463 | 3 | 2.1 | Yes |
| 65024037865 | 354 Mariners Cove Court 38 | 4 | August 15, 2024 | 1,284 | $510,000 | $515,000 | $401 | 2 | 2 | No |
| 71024030676 | 389 Dunegrass Circle Drive | 39 | August 21, 2024 | 3,190 | $3,700,000 | $3,700,000 | $1,160 | 4 | 4.1 | Yes |
| 71024031632 | 125 Elkenburg Street 7 | 25 | August 19, 2024 | 4,031 | $824,500 | $765,000 | $190 | 2 | 3.1 | Yes |
| 69024040280 | 16032 Goodwin Avenue 3 | 3 | August 27, 2024 | 1,644 | $599,000 | $609,000 | $370 | 3 | 2 | No |
| 69024025468 | 200 Lake Street 7B | 131 | September 30, 2024 | 2,050 | $1,249,000 | $1,150,000 | $561 | 3 | 2 | Yes |
| 69024047332 | 115 E Water Street #E | 3 | October 4, 2024 | 1,243 | $644,900 | $652,500 | $525 | 3 | 2 | Yes |
| 71023019035 | 901 Adelaide Circle 306 | 10 | October 11, 2024 | 1,484 | $639,000 | $609,000 | $410 | 3 | 2 | Yes |
| 69024034954 | 9920 Weko Drive | 59 | October 15, 2024 | 2,397 | $679,000 | $659,000 | $275 | 3 | 3 | Yes |
| 69024057680 | 69 North Shore Drive 3 | 2 | November 12, 2024 | 1,800 | $1,650,000 | $1,650,000 | $917 | 4 | 4.1 | No |
| 71024052480 | 807 Lake Street 2 | 13 | November 15, 2024 | 1,480 | $975,000 | $900,000 | $608 | 3 | 2.1 | No |
| 69024045721 | 253 SHORE VIEW Way | 43 | November 15, 2024 | 3,200 | $699,999 | $563,000 | $176 | 4 | 5 | Yes |
| 69024047867 | 18476 Dunecrest Drive 19 | 67 | December 19, 2024 | 2,100 | $699,000 | $675,000 | $321 | 3 | 3.1 | Yes |
| 69024053359 | 14884 Lakeside Road 2 | 71 | December 20, 2024 | 2,170 | $669,000 | $687,000 | $317 | 4 | 3.1 | Yes |
| 69024061060 | 3082 Riverview Lane | 11 | January 3, 2025 | 1,856 | $578,000 | $568,000 | $306 | 2 | 2 | Yes |
| *Compiled by Newmark* | | 52 | | 1,914 | $893,183 | $864,911 | $466 | Average - All | | |
| | | | | | | | $510 | Average - Tall | | |

Data is provided by the MLS; therefore any off-market transactions are not captured. All transactions are attached condos, with a mix of garden (primary) and midrise buildings (limited by inventory). Allegan, Berrien, Muskegon, Oceana and Van Buren Counties are the defined geography. Taller buildings are highlighted in light blue.

The following highlights are noted:

- The table displays 35 transactions over the past 12 months, or about three per month.
- The average days on market was 1.7 months.
- Most of the transactions occurred before the last interest rate hike accelerated. Transactions for this product also has a seasonal influence.

## Subject Demand

Subject marketing began in late 2021 but construction did not start until mid 2023. To date, sales or deposits for 20 unit have been secured in 18 months; this timeline indicates 1.1 units per month.

## Current Supply

In addition to recent demand, the supply of attached waterfront condominiums is also considered in the analysis. The table below summarizes the 47 units currently on the market, all but 14 are part of the subject development.

| MLS | Address | DOM | Price | PerSF | SqFt | Beds | Baths | Garage |
|---|---|---|---|---|---|---|---|---|
| 71023016751 | 901 Adelaide Circle 508 | 651 | $779,000 | $525 | 1,484 | 3 | 2 | Yes |
| 71023017206 | 901 Adelaide Circle 309 | 649 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023017783 | 901 Adelaide Circle 410 & 411 | 646 | $1,900,000 | $592 | 3,210 | 4 | 2.1 | Yes |
| 71023018083 | 901 Adelaide Circle 406 | 642 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023018081 | 901 Adelaide Circle 303 | 642 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023018079 | 901 Adelaide Circle 205 | 642 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023019037 | 901 Adelaide Circle 208 | 636 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023019039 | 901 Adelaide Circle 505 | 636 | $779,000 | $525 | 1,484 | 3 | 2 | Yes |
| 71023020434 | 901 Adelaide Circle 210 & 211 | 628 | $1,800,000 | $561 | 3,210 | 4 | 2.1 | Yes |
| 71023020436 | 901 Adelaide Circle 307 | 628 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023020438 | 901 Adelaide Circle 403 | 628 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023020441 | 901 Adelaide Circle 506 | 628 | $779,000 | $525 | 1,484 | 3 | 2 | Yes |
| 71023020805 | 901 Adelaide Circle 201 | 626 | $999,000 | $579 | 1,726 | 4 | 2.1 | Yes |
| 71023021144 | 901 Adelaide Circle 302 | 623 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023021139 | 901 Adelaide Circle 203 | 623 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023021140 | 901 Adelaide Circle 204 | 623 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023021151 | 901 Adelaide Circle 408 | 623 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023021146 | 901 Adelaide Circle 304 | 623 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023021232 | 901 Adelaide Circle 206 | 622 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023021238 | 901 Adelaide Circle 305 | 622 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023021253 | 901 Adelaide Circle 405 | 622 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023021428 | 901 Adelaide Circle 502 | 621 | $779,000 | $525 | 1,484 | 3 | 2 | Yes |
| 71023021432 | 901 Adelaide Circle 301 | 621 | $999,000 | $579 | 1,726 | 4 | 2.1 | Yes |
| 71023021424 | 901 Adelaide Circle 402 | 621 | $769,900 | $519 | 1,484 | 3 | 2 | Yes |
| 71023021419 | 901 Adelaide Circle 207 | 621 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023021614 | 901 Adelaide Circle 308 | 620 | $759,000 | $511 | 1,484 | 3 | 2 | Yes |
| 71023021613 | 901 Adelaide Circle 209 | 620 | $749,000 | $505 | 1,484 | 3 | 2 | Yes |
| 71023021616 | 901 Adelaide Circle 404 | 620 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023021915 | 901 Adelaide Circle 407 | 619 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023021917 | 901 Adelaide Circle 503 | 619 | $779,000 | $525 | 1,484 | 3 | 2 | Yes |
| 71023016424 | 901 Adelaide Circle 409 | 596 | $769,000 | $518 | 1,484 | 3 | 2 | Yes |
| 71023016423 | 901 Adelaide Circle 509 | 589 | $779,000 | $525 | 1,484 | 3 | 2 | Yes |
| | | | $846,278 | $522 | | | | |
| | | | | | | | | |
| 69024024981 | 306 Water Street | 295 | $1,188,000 | $683 | 1,739 | 3 | 2.1 | Yes |
| 69024027858 | A1 N Bailey Avenue | 273 | $1,200,000 | $560 | 2,142 | 3 | 2.1 | No |
| 69024029343 | B1 N Bailey Avenue | 266 | $1,200,000 | $560 | 2,142 | 3 | 2.1 | No |
| 69024029346 | C1 N Bailey Avenue | 266 | $1,400,000 | $654 | 2,142 | 3 | 2.1 | No |
| 71024029486 | 901 Adelaide Circle 607 | 265 | $789,000 | $532 | 1,484 | 2 | 2 | Yes |
| 67024041152 | 215 S Hancock Street 2 F | 208 | $599,000 | $444 | 1,350 | 2 | 2 | No |
| 69024043360 | 230 Water Street H | 196 | $950,000 | $440 | 2,161 | 2 | 2.1 | Yes |
| 69024045978 | 327 State Street #2 | 182 | $515,000 | $378 | 1,364 | 2 | 2 | No |
| 69024055780 | 516 Williams Street 12 | 131 | $554,900 | $536 | 1,035 | 2 | 2 | Yes |
| 69024058456 | 409 Lake Drive 10 | 116 | $1,170,000 | $1,193 | 981 | 2 | 2 | Yes |
| 69024062209 | 200 Lake Street 3B | 86 | $1,150,000 | $492 | 2,339 | 3 | 2 | Yes |
| 69025003569 | 5795 Beech Avenue 39 | 32 | $525,000 | $328 | 1,600 | 3 | 2 | Yes |
| 69025004517 | 221 N Townsend Street | 25 | $575,000 | $496 | 1,159 | 2 | 2 | No |
| 71025007248 | 210 Garden Terrace A | 3 | $859,000 | $398 | 2,158 | 3 | 2.1 | Yes |
| 69025007620 | 10083 Weko Drive | 0 | $519,000 | $217 | 2,394 | 5 | 3 | Yes |
| *Compiled by Newmark* | | | $879,593 | $527 | | | | |

As with the sales, data is provided by the MLS and off-market offerings are not captured. All listings are attached condos with a waterfront component, with a mix of garden and midrise buildings. Allegan, Berrien, Muskegon, Oceana and Van Buren Counties are the defined geography.

The following highlights are noted:

- Of the 47 available units, 33 are subject units (two of the units are combined).
- Excluding the subject units, which cannot close, the average market time is about five months, or three times the closed transactions timeline.

## Waterfront Supply / Demand & Absorption Conclusion

- There are currently 47 units available in the market and 32 are the subject, or 72% of the current inventory.
- Trailing 12 month market activity indicates 1.7 units per month. Applying demand of 1.7 units per month, or 20.4 units, to 72% of the capture, equals 14.7 units, or 2.25 years to sell out.
- Trailing 18 month subject activity indicates 1.1 units per month. With a walkable building heading into the spring season this rate is anticipated to increase. A forward looking rate of 1.5 units per month is considered reasonable. Applying 1.5 units per month to the subject equals 1.78 year sell out timeline.
- Reconciling between the market-wide capture analysis of 2.25 years and the rate isolating the subject at 1.78 years, is concluded at 2.00 years or 24 months.

# Land and Site Analysis




**Total Development Plan**




Subject 1.06 Acre Portion




Flood Map




Zoning Map

| Condominium Parcel | | | | | |
|---|---|---|---|---|---|
| **Parcel Summary** | **Net Size** | **Address** | **Associated APN(s)** | **Land Area (SF)** | **Land Area (Acres)** |
| Condo Bld. | 1.180 | 901 Adelaide Circle | Currently part of 24-025-100-0001-00 | 51,401 | 1.1800 |
| Total Gross Land Area | | | | 51,401 | 1.1800 |
| Total Lots Land Area | 1.180 | | | 51,401 | 1.1800 |
| Total Excess Land Area | | | | 0 | 0.0000 |

*Compiled by Newmark*

The subject is a proposed portion of a larger, 9.20 acre site. The subject parcel is described below. The subject parcel is not yet seperately identified.

| Land Description | |
|---|---|
| Total Land Area | 1.1800 Acres; 51,401 SF |
| Total Lots Land Area | 1.1800 Acres; 51,401 SF |
| Excess Land Area | None |
| Total Remaining Land Area ( Common/Shared Element) | None |
| Source of Land Area | Development Plan |
| **Site Characteristics** | |
| Primary Street Frontage | Adelaide Circle (proposed street) |
| Traffic Control at Entry | None |
| Traffic Flow | Low |
| Accessibility Rating | Average |
| Visibility Rating | Good |
| Shape | Irregular |
| Corner | No |
| Rail Access | No |
| Topography | Level |
| Site Vegetation | Attractive Landscape Proposed |
| Other Site Characteristics | None noted |
| Easement/Encroachments | None Noted |
| Environmental Issue | None Noted |
| **Flood Zone Analysis** | |
| Flood Area Panel Number | 26121C0257E |
| Date | 10/7/2021 |
| Zone | Zone Not Shaded |
| Description | No Designation |
| Insurance Required? | Not Anticipated |
| **Utilities** | |
| Utility Services | Electricity, gas, sewer, water |

*Compiled by Newmark*

## EASEMENTS, ENCROACHMENTS AND RESTRICTIONS

We were not provided a current title report to review. Further, there are identified exceptions to title, which include various utility and access easements that are typical for a property of this type. Such exceptions would not appear to have an adverse effect on value. Our valuation assumes

no adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title.

## ENVIRONMENTAL ISSUES

No environmental issues were observed or reported. Newmark is not qualified to detect the existence of potentially hazardous issues such as soil contaminants, the presence of abandoned underground tanks, or other below-ground sources of potential site contamination. The existence of such substances may affect the value of the property. For this assignment, we have specifically assumed that any hazardous materials that would cause a loss in value do not affect the subject.

## CONCLUSION

- The subject is a to be split portion of the existing larger parcel proposed for a mixed-use development.
- All municipal utilities are available to the overall development. Proposed infrastructure for the overall development will serve the subject condominium site. Development amenities will also benefit the subject site.
- Frontage is provided along a recently created road, Adelaide Circle. The subject will also have frontage on Muskegon Lake.

# Zoning and Legal Restrictions

| Zoning Summary | |
|---|---|
| **Category** | **Description** |
| Zoning Jurisdiction | Muskegon |
| Zoning Designation | B-2 & PUD |
| Legally Conforming? | Yes |
| Zoning Change Likely? | Unlikely |
| Permitted Uses | The proposed subject building |
| Other | None noted |

*Compiled by Newmark*

The subject has an approved PUD (Planned Unit Development). Specific uses are approved in PUDs and the subject use is approved. The subject is considered a legal and conforming land use.

We are not experts in the interpretation of zoning ordinances. A qualified land use/zoning expert should be engaged if there are any zoning concerns or if a determination of compliance with zoning is required.

# Improvements Analysis



Exterior Renderings



Structural Rendering



**1st Floor Plan**




**2nd, 3rd, 4th, 5th and 6th Floor Plans**




**Unit Plans; 1,565 SF and 1,860 SF**



Exterior



Interior Rendering




**Common Space 1st Floor Floorplan**

## SPACE TYPE/CLASSIFICATION

**Improvements Summary**

| Building Summary | Property Type | No. Buildings | No. Units | GBA (SF) | Rentable SF | Total Units | % Occupied |
|---|---|---|---|---|---|---|---|
| Floors 2-6 | Multifamily-Mid/High Rise | 1 | 35 | 117,367 | 89,025 | 35 | 100.0% |
| 1st Floor Garage | Garage Structure | 0 | | 12,852 | | | |
| **Property Type Subtotals** | | | | | | | |
| Multifamily-Mid/High Rise | | 1 | 35 | 117,367 | 89,025 | 35 | 100.0% |
| Garage Structure | | | | 12,852 | | | |
| **Improvements Total** | | **1** | **35** | **130,219** | **89,025** | | **100.0%** |

*Compiled by Newmark*

The improvements are more fully described in the following table.

**Improvements Description**

| | | | |
|---|---|---|---|
| **Component Structures** | | | |
| Improvements (Structures) | Floors 2-6 | 1st Floor Garage | **Subtotal** |
| General Improvement Type | Multifamily | Parking Garage | |
| Use Description | Mid/High Rise | Garage Structure | |
| No. Buildings | 1 | 0 | 1 |
| GBA (SF) | 117,367 | 12,852 | 130,219 |
| Rentable SF | 89,025 | 0 | 89,025 |
| Construction Status | Under Construction | Under Construction | |
| Construction Class | B | B | |
| Quality | Good | Good | |
| Current Condition | New | New | |
| **Age/Life Depreciation Analysis** | | | |
| Year Built | 2024 | 2024 | |
| Year Renovated | N/A | N/A | |
| Actual Age (Yrs.) | 1 | 1 | |
| Economic Life (Yrs.) | 60 | 60 | |
| Effective Age (Yrs.) | 0 | 0 | |
| Remaining Economic Life (Yrs.) | 60 | 60 | |
| Percent Depreciation | 0.00% | 0.00% | |
| **Floor Area Analysis** | | | |
| Number of Stories | 6 | 1 | 6.00 |
| Max Ceiling Height (Ft) | 10 | 12.0 | |
| Site Coverage | 63.1% | 63.1% | 63.1% |
| Land to Building Ratio | 0.264 | 1.586 | 0.395 |
| Parking Type | | Garage Structure | |
| Parking Spaces (including garages when applicable) | | 50 | 120 |
| Parking Ratio Per 1,000 SF NRA | | 3.89 | 0.92 |
| **Construction Details** | **Mid/High Rise** | **Garage Structure** | |
| Foundation | Concrete Piers | Concrete Piers | |
| Basement | None | None | |
| Structural Frame/Construction Summary | Class D (Structural Timbers) | Class B | |
| Exterior Walls | Wood/Masonry/Glass | Wood/Masonry/Glass | |
| Windows | Double-Pane | N/A | |
| Roof | Flat roof | N/A | |
| **Interior Finish** | **Mid/High Rise** | **Garage Structure** | |
| Floors | Tile, Wood, Etc. | Concrete | |
| Walls | Drywall | Concrete | |
| Ceilings | Drywall/Wood | Concrete | |
| Lighting | Various fixtures | Various fixtures | |

| Engineering & Mechanical | Mid/High Rise | Garage Structure |
|---|---|---|
| HVAC | Forced air, split systems | Forced air, heated |
| Electrical | Assumed adequate | Assumed adequate |
| Plumbing | Assumed adequate | Assumed adequate |
| Fire Sprinklers | No | No |

*Compiled by Newmark*

## Parcel IDs, Unit Sizes, Sales History

**Summary of Subject Parcel IDs, Unit Sizes, Sales History**

| Unit # | Floor | Parcel ID | Unit Size | Bedrooms | Bathrooms | Pending Date | Active | Sold | Pending | Original List Price | List Price | Per SF | Notes | Pending Price | Sold Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | 2 | 61-24-139-001-0201-00 | 1,726 | 4 | 2.5 | | 1 | | | $769,000 | $999,000 | $579 | | | |
| 202 | 2 | 61-24-139-001-0202-00 | 1,484 | 3 | 2 | | 1 | | | $599,000 | $749,000 | $505 | | | |
| 203 | 2 | 61-24-139-001-0203-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 204 | 2 | 61-24-139-001-0204-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 205 | 2 | 61-24-139-001-0205-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 206 | 2 | 61-24-139-001-0206-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 207 | 2 | 61-24-139-001-0207-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 208 | 2 | 61-24-139-001-0208-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 209 | 2 | 61-24-139-001-0209-00 | 1,484 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | |
| 210/211 | 2 | 61-24-139-001-0210-00 & 0211-00 | 3,210 | 4 | 2.5 | | 2 | | | $1,538,000 | $1,800,000 | $561 | | | |
| 301 | 3 | 61-24-139-001-0301-00 | 1,726 | 4 | 2.5 | | 1 | | | $769,000 | $999,000 | $579 | | | |
| 302 | 3 | 61-24-139-001-0302-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 303 | 3 | 61-24-139-001-0303-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 304 | 3 | 61-24-139-001-0304-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 305 | 3 | 61-24-139-001-0305-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 306 | 3 | 61-24-139-001-0306-00 | 1,484 | 3 | 2 | June 16, 2023 | | 1 | | $639,000 | $639,000 | $431 | | | $609,000 |
| 307 | 3 | 61-24-139-001-0307-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 308 | 3 | 61-24-139-001-0308-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 309 | 3 | 61-24-139-001-0309-00 | 1,484 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | |
| 310/311 | 3 | 61-24-139-001-0310-00 & 0311-00 | 3,210 | 4 | 2.5 | April 21, 2022 | | | 2 | $1,538,000 | $1,538,000 | $479 | Cash Buyer | | $1,518,000 |
| 401 | 4 | 61-24-139-001-0401-00 | 1726 | 4 | 2.5 | April 4, 2024 | | 1 | | $769,000 | $949,000 | $550 | | | $949,000 |
| 402 | 4 | 61-24-139-001-0402-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 403 | 4 | 61-24-139-001-0403-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 404 | 4 | 61-24-139-001-0404-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 405 | 4 | 61-24-139-001-0405-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 406 | 4 | 61-24-139-001-0406-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 407 | 4 | 61-24-139-001-0407-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 408 | 4 | 61-24-139-001-0408-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 409 | 4 | 61-24-139-001-0409-00 | 1,484 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | |
| 410/411 | 4 | 61-24-139-001-0410-00 & 0411-00 | 3,210 | 4 | 2.1 | | 1 | | | $959,000 | $1,900,000 | $592 | | | |
| 501 | 5 | 61-24-139-001-0501-00 | 1726 | 4 | 2.5 | July 31, 2023 | | 2 | | $769,000 | $829,000 | $480 | | | $779,000 |
| 502 | 5 | 61-24-139-001-0502-00 | 1,484 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | |
| 503 | 5 | 61-24-139-001-0503-00 | 1,484 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | |
| 504 | 5 | 61-24-139-001-0504-00 | 1,484 | 3 | 2 | July 24, 2023 | | 1 | | $679,000 | $679,000 | $458 | | | $629,000 |
| 505 | 5 | 61-24-139-001-0505-00 | 1,484 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | |
| 506 | 5 | 61-24-139-001-0506-00 | 1,484 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | |
| 507 | 5 | 61-24-139-001-0507-00 | 1,484 | 3 | 2 | June 23, 2023 | | 1 | | $679,000 | $629,000 | $424 | | | |
| 508 | 5 | 61-24-139-001-0508-00 | 1,484 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | |
| 509 | 5 | 61-24-139-001-0509-00 | 1,484 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | |
| 510/511 | 5 | 61-24-139-001-0510-00 & 0511-00 | 1,484 | 3 | 2 | April 18, 2022 | | | 2 | $1,558,000 | $1,558,000 | $1,050 | Cash Buyer | $1,558,000 | |
| 601 | 6 | 61-24-139-001-0601-00 | 1726 | 4 | 2.5 | May 18, 2023 | | 1 | | $769,000 | $799,000 | $463 | | | $799,000 |
| 602 | 6 | 61-24-139-001-0602-00 | 1,484 | 3 | 2 | April 27, 2022 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 |
| 603 | 6 | 61-24-139-001-0603-00 | 1,484 | 3 | 2 | May 20, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 |
| 604 | 6 | 61-24-139-001-0604-00 | 1,484 | 3 | 2 | July 24, 2023 | | 1 | | $649,000 | $699,000 | $471 | | | $619,000 |
| 605 | 6 | 61-24-139-001-0605-00 | 1,484 | 3 | 2 | May 3, 2022 | | | 1 | $649,000 | $649,000 | $437 | Cash Buyer | $649,000 | |
| 606 | 6 | 61-24-139-001-0606-00 | 1,484 | 3 | 2 | July 12, 2023 | | | 1 | $649,000 | $649,000 | $437 | Cash Buyer | $649,000 | |
| 607 | 6 | 61-24-139-001-0607-00 | 1,484 | 3 | 2 | May 29, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 |
| 608 | 6 | 61-24-139-001-0608-00 | 1,484 | 3 | 2 | May 17, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 |
| 609 | 6 | 61-24-139-001-0609-00 | 1,484 | 3 | 2 | June 16, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 |
| 610/611 | 6 | 61-24-139-001-0610-00 & 0611-00 | 3,210 | 4 | 2.1 | January 31, 2025 | | | 2 | $2,000,000 | $2,000,000 | $623 | | | $2,361,148 |
| | | | 82,314 | | | | 34 | 13 | 8 | $37,378,000 | $42,691,000 | $519 | | $2,856,000 | $11,508,148 |

## Amenities

Indoor community amenities will include a fitness center, community room with a kitchen, meeting space, private offices and restrooms. Outdoor space will include a pool with outdoor showers and beach area on Muskegon Lake. Indoor heated parking for 50 vehicles will be provided on the first floor. Another 15 spaces will be provided along Adelaide Circle.

## Environmental Assessment

Although requested, we were not provided a Phase I Environmental Assessment. We did not observe any potentially hazardous materials such as lead paint, asbestos, urea formaldehyde foam insulation, or other potentially hazardous construction materials on or in the improvements. However, it is noted that we did not search for such materials and are not qualified to detect such materials. The existence of said hazardous materials (if any) may have an effect on the value of

the property. Therefore, for the purpose of this appraisal, we have specifically assumed that the property is not affected by any hazardous materials that may be present on or in the improvements. We strongly recommend that a qualified environmental engineering firm be retained by the Client prior to making a business decision.

### Personal Property

No personal property items were observed that would have any material contribution to market value.

## CONCLUSION

- The improvements are considered to be functional and attractive.
- The quality of the improvements are rated as good to very good.

# Real Estate Taxes

In Michigan, property taxes are determined by applying a mandated millage rate for a given township or city to the taxable value of the property. The taxable value is based upon the lower of the assessed value (state equalized value or SEV) or the capped value (taxable value or TV). Properties are reassessed every year.

Michigan property tax nuance is discussed below.

- Assessments are handled at the local (city or township) level. In rural markets, third party assessors covering multiple districts on a contract basis and/or County equalization often provides the service or assistance.
- The capped or “Taxable Value” (TV) is increased at a rate equal to the lesser of 5.0% or the annual consumer price index change.
- The SEV is adjusted annually based on market condition.
- When a property sells, the event of the sale triggers an uncapping from the Taxable to the SEV assessment. Typically, the SEV at the time of the sale becomes the property’s capped value the following year. **For valuation analysis purposes, impacts to the assessment resulting from a sale are assumed.**
- A sale of the property does not trigger a reassessment. The assessor is prohibited from arbitrarily raising the SEV for one property because of one sale. The sold property must remain fairly assessed relative to similar properties.

The following table summarizes the subject TV and SEV, as well as the most recent full year millage rate applicable to the subject. Please note, millage rates in Michigan change fractionally year over year.

## CURRENT ASSESSMENT – ENTIRE SITE

**Taxes and Assessments**

| Tax ID | True Cash Value (SEV x 2) | Taxable Value (Current Tax) | State Equalized Value (SEV, Post Transfer) | Millage Rates | Ad Valorem Taxes | Admin Fee (1%) | Total |
|---|---|---|---|---|---|---|---|
| 24-025-100-0001-00 | $4,692,400 | $1,954,187 | $2,346,200 | 61.31520 | $143,858 | $1,439 | $145,296 |
| | **$4,692,400** | **$1,954,187** | **$2,346,200** | | **$143,858** | **$1,439** | **$145,296** |

*Compiled by Newmark*

- The above reporesents the subject as a 9.20 acre site.
- The above is for reporting purposes only and is not used as a component of the valuation analysis.

## PRO-FORMA TAX ESTIMATE (PER UNIT)

Tax comparables are used to estimate the as building subject assessment. The examples are from the sales presented in the market analysis section of the report.

| Tax Comparables | | | | | | |
|---|---|---|---|---|---|---|
| **Comparable** | **1** | **2** | **3** | **4** | **5** | **Subject (concluded)** |
| Address | 800 Whitwam Unit 7 | 22 Harbor Isle Drive | 215 N Shore #2 | 10 Swing Bridge | 555 Lake Street #16 | Adelaide Pointe |
| City | St.Joseph | New Buffalo | South Haven | Douglas | Saugatuck | Muskegon |
| Unit Size | 1,280 | 2,200 | 2,334 | 2,000 | 1,320 | 1,528 |
| Total Assessed Value | $176,500 | $387,500 | $474,800 | $338,900 | $249,100 | $267,400 |
| Taxes/SF | $137.89 | $176.14 | $203.43 | $169.45 | $188.71 | $175.00 |

*Compiled by Newmark*

Based on the above information, an assessment of $175.00 PSF of net unit area is concluded. The average subject unit is 1,528 SF.

This pro-forma tax estimate per unit is shown below:

| Ad Valorem Tax Analysis | # of Units | Concluded SEV | SEV Subtotal | Conclusion |
|---|---|---|---|---|
| Lots | 55 | $267,400 | $14,707,000 | |
| Total Assessed Value | | | | $14,707,000 |
| Total Assessed Value/Unit | | | | $267,400 |
| Admin Fee (1%) | | | | $9,018 |
| Tax Rate | | | | 6.1315% |
| **Actual / Pro Forma Taxes** | | | | **$910,780** |
| Annual Taxes per Unit | | | | $16,560 |
| Reported Tax Delinquencies | | | | None |
| Tax Exemptions or Abatements | | | | None |

*Compiled by Newmark*

The assessment conclusion is presented in current dollars and will be adjusted in the valuation section to the sell-off date.

# Highest and Best Use

## AS VACANT

### Legally Permissible

The site is zoned B-2 & PUD and the proposed subject building is reported to be site plan approved. Based on available data and analysis, no other legal restrictions such as easements or deed covenants are present which would impair the utility of the site. Given that surrounding properties have similar zoning and the future land use plan is focused on similar uses as well, it is unlikely that there would be a change of zoning classification. Further information and analysis about the legal restrictions to the subject property is included in the Site Analysis and Zoning and Legal Restrictions sections of this report.

### Physically Possible

The subject site (to be split) will contain 51,401 square feet (1.180 acres), has adequate topography, adequate access, and all necessary utilities to support the range of legally permissible uses. No significant physical limitations were noted. The size of the site is typical for the categories of uses allowed under zoning. In total, the site is physically capable of supporting the legally permissible uses.

### Financially Feasible

In determining which uses are legally permissible and physically possible, an appraiser eliminates some uses from consideration. Then the uses that meet the first two criteria are analyzed further. If the uses are income-producing, the analysis will study which are likely to produce an income or return equal to or greater than the amount needed to satisfy operating expenses, financial obligations, and capital amortization. All uses that are expected to produce a positive return are regarded as financially feasible.

Given the preceding physical and legal limitations, uses of the subject parcel are limited to residential uses of a residential nature. The options for the subject include holding the parcel for future development or improving the parcel with the necessary site improvements (streets, utilities, etc.) so the individual lots could be sold at retail prices.

Based on market trends displayed in the Market Analysis section of the report and well as the substantial amount of unit pre-sales, adequate demand for this product type is demonstrated. Additionally, comparing the cost to the sell-off potential of the subject, the project is concluded to be financials feasible.

## Highest and Best Use Conclusion – As Vacant

- The highest and best use of the subject, as though vacant, is for-sale condominiums.

## Most Likely Buyer

- We conclude the highest and best use of the subject, as vacant is to a developer or land speculator.
- The most likely buyer(s), as improved, are end-users.

## Timing

- Current.

# Appraisal Methodology

## COST APPROACH

The cost approach is based on the proposition that the informed purchaser would pay no more for the subject than the cost to produce a substitute property with equivalent utility. This approach is particularly applicable when the property being appraised involves relatively new improvements that represent the highest and best use of the land, or when it is improved with relatively unique or specialized improvements for which there exist few sales or leases of comparable properties.

## SALES COMPARISON APPROACH

The sales comparison approach utilizes sales of comparable properties, adjusted for differences, to indicate a value for the subject. Valuation is typically accomplished using physical units of comparison such as price per square foot, price per unit, price per floor, etc., or economic units of comparison such as gross rent multiplier. Adjustments are applied to the property units of comparison derived from the comparable sale. The unit of comparison chosen for the subject is then used to yield a total value.

## INCOME CAPITALIZATION APPROACH

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

**Application of Approaches to Value**

| Approach | Comments |
|---|---|
| Cost Approach | The Cost Approach is applicable and is utilized in this appraisal. |
| Sales Comparison Approach | The Sales Comparison Approach is not applicable and is not utilized in this appraisal. |
| Income Capitalization Approach | The Income Capitalization Approach is applicable and is utilized in this appraisal. |

*Compiled by Newmark*

For the purposes of this analysis, we have utilized the Cost Approach with the Sales Comparison Approach (used for estimating land value), as well as the Income Capitalization Approach (discounted cash flow method via subdivision site sell-off analysis) as these methodologies are typically used for residential sites that are feasible for immediate development or are nearing feasibility.

# Land Valuation

Land value can be developed from a number of different methodologies. In this case, we have employed the sales comparison as sufficient comparable data exists from which to derive a reliable indication of value. Sales comparison includes the following steps.

- Research and verify information on properties in the market that are similar to the subject and that have recently sold, are listed for sale, or are under contract.
- Select the most relevant units of comparison in the market and develop a comparative analysis.
- Examine and quantify via adjustments differences between the comparable sales and the subject property using all appropriate elements of comparison.
- Reconcile the various value indications to a value indication.

Based on a review of market activity, the appropriate unit of comparison is price per unit.




**Land Comparables Map**

| Comparable Land Sales Summary | | | | | |
|---|---|---|---|---|---|
| | Subject | Sale 1 | Sale 2 | Sale 3 | Sale 4 |
| Address | Atwater Springs | 520 Wellington Street | 232 East State Street | 3141 & 3199 East Beltline Avenue | 3154 Charlevoix Avenue |
| City, State | Muskegon, MI | Traverse City, MI | Traverse City, MI | Grand Rapids, MI | Petoskey, MI |
| Proposed Use | Condominiums | MF Residential | MF Residential | MF Residential | MF Residential |
| Gross Acres | 1.18 Acres | 1.54 Acres | 0.51 Acres | 7.11 Acres | 5.73 Acres |
| Gross Land SF | 51,401 SF | 67,039 SF | 22,085 SF | 309,494 SF | 249,599 SF |
| Useable Acres | 1.18 Acres | 1.54 Acres | 0.51 Acres | 7.11 Acres | 5.73 Acres |
| Useable Land SF | 51,401 SF | 67,039 SF | 22,085 SF | 309,494 SF | 249,599 SF |
| Allowable/Actual Units | 55 | 58 | 67 | 56 | 31 |
| Zoning | B-2 & PUD | D-2 | C-4C | R-1 | PUD-2 |
| Transaction Type | | Closed | Closed | Closed | Closed |
| Interest Conveyed | | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Transaction Date | | Dec-21 | Oct-22 | Apr-21 | May-24 |
| Price | | $1,786,000 | $2,400,000 | $1,040,000 | $1,672,000 |
| Adj. Sale Price | | $1,786,000 | $2,487,080 | $1,040,000 | $1,672,000 |
| Price per Gross Land Acre | | $1,160,494 | $4,905,483 | $146,376 | $291,798 |
| Price Per Gross Land SF | | $26.64 | $112.61 | $3.36 | $6.70 |
| Price per Unit | | $30,793 | $35,821 | $18,571 | $53,935 |

*Compiled by Newmark*

The sales represent land transactions of:

- Second home / vacation markets; and
- Land in the Grand Rapids CMSA.

## ANALYSIS OF LAND COMPARABLES

The following paragraphs analyze the most relevant comparable data against the subject property.

### Comparable One

This is the site of the proposed Ruth Park Apartments (Affordable Units). It will be a four-story building, with a roof top terrace facing the Boardman River, along with 58 units with 1, 2 or 3-bedrooms. Ruth Park units will be reserved for people who earn 30-80 percent of the areas median income. Rent will range from roughly $400 to $1,000 a month, depending on how much a tenant makes. The $14.3 million project will include indoor and outdoor common areas including two community rooms, a 4th floor outdoor terrace overlooking the Boardman River, fitness room, laundry, management office, playground, and off-street parking.

### Comparable Two

This comparable is a former funeral home situated on a 0.51-acre site within the Traverse City CBD. The site is zoned C-4C and is located in the center of the downtown. The comparable is presently under contract to be purchased by a developer who plans on razing the former 8,708-SF improvements and constructing a mixed-use 71,000-SF development (67-unit luxury apartment complex with first floor retail). We estimated the cost to raze the former improvements at $10 PSF ($87,080) and thus the effective sale price is $2,487,080 ($37,121/proposed unit). The sale closed October 2022.

## Comparable Three

3141 & 3199 East Beltline Avenue Northeast is a sale of two sites totaling 7.105 acres in Grand Rapids, MI. The developer will build 56 apartment units. The site closed April 2021 for $1,040,000 or $18,571 per unit.

## Comparable Four

This comparable is 5.73-acres site between East Park and Bay Harbor with excellent views of Lake Michigan. The site is approved for 30 residential units (four residential buildings consisting of five units per building and ten carriage house/garage units) and a 6,000-SF commercial building. The site has unobstructed views of the bay. The property sold for $1,672,000 after being marketed for sale at $1,775,000 and was on the market since January of 2023.

## Summary of Adjustments

### Market Conditions

Event with high interest rates, demand for (activity of) waterfront condominiums has remained strong with improving sale prices (per SF). A 3.0% annual adjustment for improving market conditions is applied.

### Location

Comparables One and Two are in the highly desirable Traverse City market and are adjusted downward. Comparable Three is in suburban Grand Rapids and is adjusted upward. Comparable Four has waterfront views of Lake Michigan and direct walking access to a municipal beach park; this comparable is adjusted downward.

### Size

Comparable Four is a smaller project and is adjusted downward for size.

## Adjustment Grid

Based on our comparative analysis, the following table summarizes the adjustments warranted to each land sale.

| Comparable Land Sales Adjustment Grid | | | | | |
|---|---|---|---|---|---|
| | Subject | Sale 1 | Sale 2 | Sale 3 | Sale 4 |
| Address | Atwater Springs | 520 Wellington Street | 232 East State Street | 3141 & 3199 East Beltline Avenue | 3154 Charlevoix Avenue |
| City, State | Muskegon, MI | Traverse City, MI | Traverse City, MI | Grand Rapids, MI | Petoskey, MI |
| Gross Land Area (Acres) | 1.18 Acres | 1.54 Acres | 0.51 Acres | 7.11 Acres | 5.73 Acres |
| Gross Land SF | 51,401 SF | 67,039 SF | 22,085 SF | 309,494 SF | 249,599 SF |
| Usable Land Area (Acres) | 1.18 Acres | 1.54 Acres | 0.51 Acres | 7.11 Acres | 5.73 Acres |
| Usable Land Area (SF) | 51,401 SF | 67,039 SF | 22,085 SF | 309,494 SF | 249,599 SF |
| # of Units | 55 | 58 | 67 | 56 | 31 |
| Transaction Type | -- | Closed | Closed | Closed | Closed |
| Transaction Date | -- | Dec-21 | Oct-22 | Apr-21 | May-24 |
| Price per Unit | | $30,793 | $35,821 | $18,571 | $53,935 |
| Transaction Adjustments | | | | | |
| Property Rights | | 0% | 0% | 0% | 0% |
| Financing | | 0% | 0% | 0% | 0% |
| Conditions of Sale | | 0% | 0% | 0% | 0% |
| Market Conditions (Time) | | 10% | 7% | 12% | 3% |
| Subtotal (adjustments are multiplied) | | 10.0% | 7.0% | 12.0% | 3.0% |
| Transaction Adjusted Price per Unit | | $33,872 | $38,328 | $20,800 | $55,553 |
| Physical Adjustments | | | | | |
| Location | | -10% | -10% | 25% | -25% |
| Corner | | 0% | 0% | 0% | 0% |
| Frontage | | 0% | 0% | 0% | 0% |
| Size | | 0% | 0% | 0% | -10% |
| Shape | | 0% | 0% | 0% | 0% |
| Topography | | 0% | 0% | 0% | 0% |
| Utilities | | 0% | 0% | 0% | 0% |
| Zoning / Density | | 0% | 0% | 0% | 0% |
| Subtotal (adjustments are summed) | | -10% | -10% | 25% | -35% |
| Gross Adjustment | | 20% | 17% | 37% | 38% |
| Overall Adjustment | | -1.0% | -3.7% | 40.0% | -33.05% |
| **Indicated Price per Unit** | | **$30,485** | **$34,496** | **$25,999** | **$36,109** |

*Compiled by Newmark*

## LAND VALUE AND AS IS CONCLUSIONS

- Prior to adjustments, the sales reflect a range of $18,571 to $53,935 per unit.
- After adjustment, the range is narrowed to $25,999 to $36,109 per unit, with an average of $31,772 per unit.
- Comparables One and Two are in a market with a vacation / second home market like the subject, and therefore considered the best indications.

| Land Value Conclusion | | |
|---|---|---|
| Units | | 35 |
| **Comparable Sales Indications** | **Range** | **Average** |
| Unadjusted Price per Unit | $18,571 - $53,935 | $34,780 |
| Adjusted Price per Unit | $25,999 - $36,109 | $31,772 |
| **Reconciled Value per Unit** | | **$32,000** |
| Total Indicated Value | | $1,120,000 |
| *Compiled by Newmark* | Rounded | $1,120,000 |

*Compiled by Newmark*

# Cost Approach

## REPLACEMENT COST NEW

### MVS Conclusion

| Building and Site Improvements - Cost Summary | | | | |
|---|---|---|---|---|
| **Improvements (Structures)** | | **Floors 2-6** | **1st Floor Garage** | **Subtotal** |
| MVS Improvement Type | | Multifamily - Mid/High Rise | Parking Garage - Garage Structure | |
| Construction Class | | B | B | |
| Quality | | Good | Good | |
| MVS Section | | 11 | 14 | |
| MVS Page | | 18 | 34 | |
| Source Date | | 11/1/2024 | 2/1/2024 | |
| Base Cost PSF | | $220.00 | $96.50 | |
| + Sprinklers | | 3.00 | 2.00 | |
| +HVAC (var. from base) | | 8.00 | 8.00 | |
| Basements | | 0.00 | 0.00 | |
| Adjusted Base Cost PSF | | $231.00 | $106.50 | |
| **Height & Size Refinements** | | | | |
| # of Stories Multiplier | | 1.015 | 1.000 | |
| Ceiling Height Multiplier | | 1.000 | 1.000 | |
| Perimeter Multiplier | | 1.000 | 1.000 | |
| Adjusted Base Cost | | $234.47 | $106.50 | |
| **Final Calculations** | | | | |
| Current Cost Multiplier | | 0.980 | 0.990 | |
| Local Area Multiplier | | 1.000 | 1.000 | |
| Other Multiplier (Site Congestion, etc.) | | 1.000 | 1.000 | |
| Adjusted Base Cost | | $229.78 | $105.44 | |
| x Structure Size (SF GBA) | | 117,367 | 12,852 | 130,219 |
| Adjusted Cost | | $26,968,085 | $1,355,051 | $28,323,135 |
| Site Improvements @ % of Vertical | 5.00% | $1,416,157 | | $1,416,157 |
| + Indirect Costs @ | 15.00% | $4,257,636 | $203,258 | $4,460,894 |
| MVS Indicated Cost New Before Profit | | $32,641,878 | $1,558,308 | $34,200,186 |

*Compiled by Newmark*

### Developer’s Construction Budget

The subject’s reconstructed construction budget is summarized in the following table.

| Developer's Cost Estimate / Budget | | | |
|---|---|---|---|
| Item | Total $ | $/SF | % of Total |
| Total Cost of Building | $25,639,870 | $197 | 65% |
| Total Cost of Unit Build Outs | $14,105,408 | $108 | 35% |
| Total Cost | $39,745,278 | $305 | 100% |

*Compiled by Newmark*

Costs in the table above are summarized based on reviewing draw statements. There are separate statements for:

- Building the structure (shell, lower level parking, common amenities, hallways, etc.). This work is essentially complete.
- Building out the unit interiors.

## Cost Comparables

| Cost Comparables | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost Comparable | 1 | | 2 | | 3 | | 4 | | Average | |
| Building Size (SF GBA) | 77,990 | | 42,738 | | 297,653 | | 484,583 | | 225,741 | |
| Year Built/Year of Estimate | 2024 | | 2023 | | 2022 | | 2024 | | 2023 | |
| Type | Luxury Low Rise | | Midrise | | Midrise | | Midrise | | | |
| Cost | $ | $/SF | $ | $/SF | $ | $/SF | $ | $/SF | $ | $/SF |
| Hard Costs | $14,473,300 | $185.58 | $8,086,291 | $189.21 | $56,188,709 | $188.77 | $183,356,670 | $378.38 | $65,526,243 | $235.48 |
| Soft Costs | $2,328,035 | $29.85 | $3,526,914 | $82.52 | $8,772,205 | $29.47 | $55,174,599 | $113.86 | $17,450,438 | $63.93 |
| Total Cost | $16,801,335 | $215.43 | $11,613,205 | $271.73 | $64,960,914 | $218.24 | $238,531,269 | $492.24 | $82,976,681 | $299.41 |

*Compiled by Newmark*

The comparables represent proposed multifamily buildings, primarily proposed for renting not selling. As a result, the construction quality is slightly inferior to the subject's.

## Replacement Cost New Conclusion

| Reconciliation of Replacement Cost New | | |
|---|---|---|
| Source | Total | $/SF |
| Marshall Valuation Service ("MVS") | $34,200,186 | $262.64 |
| Cost Comparables | $38,988,979 | $299.41 |
| Developer's Cost Budget | $39,745,278 | $305.22 |
| Reconciled Replacement Cost New (Before Profit) | $39,745,278 | $305.22 |
| Indicated MVS Building Cost Adjustment Factor | 116.21% | |

*Compiled by Newmark*

The MVS estimate is similar to the construction budget, and the cost comparables generally support the MVS indication. The subject's budget is the basis for the conclusion.

### Entrepreneurial Profit

- Based on available data and analysis, and the typical range of 5.00% to 15.00%. An allowance of 5.00% of total direct and indirect costs is appropriate.

| Entrepreneurial Profit | | | | |
|---|---|---|---|---|
| **Building and Site Improvements** | | **Floors 2-6** | **1st Floor Garage** | **Subtotal** |
| Reconciled Cost New Before Profit | | $37,934,311 | $1,810,967 | $39,745,278 |
| Entrepreneurial Profit @ | 5.00% | $1,896,716 | $90,548 | $1,987,264 |
| Replacement Cost New (RCN) | | $39,831,027 | $1,901,515 | $41,732,542 |
| $ PSF | | $339.37 | $147.95 | $320.48 |

*Compiled by Newmark*

## DEPRECIATION

- Physical deterioration, both curable and incurable;
- Functional obsolescence, both curable and incurable; and
- External obsolescence.

### Physical Deterioration

- The subject property is new / proposed and is not subject to physical deterioration.

### Functional Obsolescence

- Based on observation of the improvements, no forms of functional obsolescence were noted.

### External Obsolescence

- No external obsolescence was noted.

## EXTRAORDINARY SITE DEVELOPMENT COSTS

To develop the subject, grading, underground utilities and roads was constructed to access and use the subject site. The following images illustrate where utility work is require and where new roads will be developed.




The plan above represents the utility plan for the entire development.




Existing roads (prior to development) are shown in grey and the new roads are represented by the red(ish) roads in the above image. The roads necessary to support the subject development are outlined by the black arrows.

Since the site work will benefit the entire project, the appraisers have allocated a portion of the overall costs to the subject component. The method to estimate the allocations is:

- Per square foot (Google Earth Pro used to estimate) of the subject area from the overall area for grading; and
- Per linear foot (Google Earth Pro used to estimate) of underground and roads from the total to the subject.

The site development budgets can be viewed in the addendum. The summarized budgets, as well as area estimate and allocations are presented in the table below.

| Extraordinary Site Costs | | | | | |
|---|---|---|---|---|---|
| **Cost Component** | **Cost** | **Area Estimate** | **Area unit** | **Subject Area** | **Allocation** |
| Mass Grading | $745,296 | 570,000 | Square Feet | 51,401 | $67,208 |
| All Underground Utilities | $1,559,520 | 5,419 | Linear Feet | 750 | $215,841 |
| New Roads | $2,815,178 | 2,810 | Linear Feet | 750 | $751,382 |
| Total | $5,119,994 | | | | $1,034,431 |
| Shared With Proposed Apartment Building | | | | | $517,216 |
| **Rounded** | | | | | **$520,000** |

*Compiled by Newmark*

The new roads and utilities will benefit both the subject and the proposed apartment building to the east of the subject. Therefore, the estimate is reduced by 50%. The estimate is added to the cost approach in the table below.

## COST APPROACH CONCLUSION

| Cost Approach Conclusions | |
|---|---|
| **As Complete Value** | **Value Indication** |
| Cost of Building and Site Improvements | $41,732,542 |
| Extraordinary Site Development Costs | $520,000 |
| Land Value | $1,120,000 |
| As Complete Value | $43,372,542 |
| **Rounded** | **$43,370,000** |
| Less Sale Proceeds for 20 Sold Units | ($13,783,000) |
| As Complete Value for 35 Units | $29,589,542 |
| **Rounded** | **$29,590,000** |
| | |
| **As Is for 35 Units** | **Value Indication** |
| As Complete Value | $29,590,000 |
| Less Costs Remaining | ($8,976,169) |
| As Is Value | $20,613,831 |
| **Rounded** | **$20,610,000** |

*Compiled by Newmark*

Adjustments from the total as complete cost of $44,000,000 include:

- Deducting the sales proceeds from the 20 sold units yields the as complete value of the remaining 35 units.
- Deducting the interior build out costs of remaining 35 units yields the as is value.

# Income Capitalization Approach

The income capitalization approach reflects the subject's income-producing capabilities. This approach is based on the assumption that value is created by the expectation of benefits to be derived in the future. Specifically estimated is the amount an investor would be willing to pay to receive an income stream plus reversion value from a property over a period of time. The two common valuation techniques associated with the income capitalization approach are direct capitalization and the discounted cash flow (DCF) analysis.

In discounted cash flow analysis, anticipated future net income streams and a future resale value are discounted to a present value at an appropriate yield rate. It should be noted here that with DCF analysis and subdivision development – typically there is no reversion. In this analysis, only discounted cash flow analysis is used because investors in this property type typically rely on this method.

This approach converts expected cash flow from lot/site sales over the sell-off period into an estimate of value. The expenses and developer's profit, if appropriate, are subtracted from the gross sell-out as they occur, and the resulting net cash flows are then discounted back to derive the market value of the lots/sites. The steps performed to complete the income approach to value are as follows:

- Identify revenue within the subject.
- Identify expenses within the subject.
- Employ the concluded absorption rate for the subject.
- Select a discount rate for the sell-off analysis.
- Compile the data in the Discounted Cash Flow analysis and conclude value.

## UNIT VALUE ANALYSIS

In order to identify unit values for a subject site, the appraisers analyzed:

- Sales / reservations that have occurred at the subject.
- Sales that have occurred at other waterfront developments in southwest Michigan.

This information is broken down as follows:

## Subject Sales

**Summary of Subject Parcel IDs, Unit Sizes, Sales History**

| Unit # | Floor | Parcel ID | Unit Size | Finish | Bedrooms | Bathrooms | Pending Date | Active | Sold | Pending | Original List Price | List Price | Per SF | Notes | Pending Price | Sold Price | Per SF | Unsold Cost | Unsold Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201 | 2 | 61-24-139-001-0201-00 | 1,726 | $276,712 | 4 | 2.5 | | 1 | | | $769,000 | $999,000 | $579 | | | | | $276,712 | $979,020 |
| 202 | 2 | 61-24-139-001-0202-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $599,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 203 | 2 | 61-24-139-001-0203-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 204 | 2 | 61-24-139-001-0204-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 205 | 2 | 61-24-139-001-0205-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 206 | 2 | 61-24-139-001-0206-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 207 | 2 | 61-24-139-001-0207-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 208 | 2 | 61-24-139-001-0208-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 209 | 2 | 61-24-139-001-0209-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $619,000 | $749,000 | $505 | | | | | $257,702 | $726,530 |
| 210/211 | 2 | 61-24-139-001-0210-00 & 0211-00 | 3,210 | $538,096 | 4 | 2.5 | | 2 | | | $1,538,000 | $1,800,000 | $561 | | | | | $538,096 | $1,782,000 |
| 301 | 3 | 61-24-139-001-0301-00 | 1,726 | $276,712 | 4 | 2.5 | | 1 | | | $769,000 | $999,000 | $579 | | | | | $276,712 | $979,020 |
| 302 | 3 | 61-24-139-001-0302-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 303 | 3 | 61-24-139-001-0303-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 304 | 3 | 61-24-139-001-0304-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 305 | 3 | 61-24-139-001-0305-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 306 | 3 | 61-24-139-001-0306-00 | 1,484 | $257,702 | 3 | 2 | June 16, 2023 | | 1 | | $639,000 | $639,000 | $431 | | | $609,000 | | | |
| 307 | 3 | 61-24-139-001-0307-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 308 | 3 | 61-24-139-001-0308-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 309 | 3 | 61-24-139-001-0309-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $639,000 | $759,000 | $511 | | | | | $257,702 | $736,230 |
| 310/311 | 3 | 61-24-139-001-0310-00 & 0311-00 | 3,210 | $538,096 | 4 | 2.5 | April 21, 2022 | | | 2 | $1,538,000 | $1,538,000 | $479 | Cash Buyer | | $1,518,000 | | | |
| 401 | 4 | 61-24-139-001-0401-00 | 1,726 | $276,712 | 4 | 2.5 | April 4, 2024 | | 1 | | $769,000 | $949,000 | $550 | | | $949,000 | | | |
| 402 | 4 | 61-24-139-001-0402-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 403 | 4 | 61-24-139-001-0403-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 404 | 4 | 61-24-139-001-0404-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 405 | 4 | 61-24-139-001-0405-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 406 | 4 | 61-24-139-001-0406-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 407 | 4 | 61-24-139-001-0407-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 408 | 4 | 61-24-139-001-0408-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 409 | 4 | 61-24-139-001-0409-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $659,000 | $769,000 | $518 | | | | | $257,702 | $745,930 |
| 410/411 | 4 | 61-24-139-001-0410-00 & 0411-00 | 3,210 | $538,096 | 4 | 2.1 | | 2 | | | $959,000 | $1,900,000 | $592 | | | | | $538,096 | $1,881,000 |
| 501 | 5 | 61-24-139-001-0501-00 | 1,726 | $276,712 | 4 | 2.5 | July 31, 2023 | | 1 | | $769,000 | $829,000 | $480 | | | $779,000 | $451 | | |
| 502 | 5 | 61-24-139-001-0502-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | | | $257,702 | $755,630 |
| 503 | 5 | 61-24-139-001-0503-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | | | $257,702 | $755,630 |
| 504 | 5 | 61-24-139-001-0504-00 | 1,484 | $257,702 | 3 | 2 | July 24, 2023 | | 1 | | $679,000 | $679,000 | $458 | | | $629,000 | $424 | | |
| 505 | 5 | 61-24-139-001-0505-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | | | $257,702 | $755,630 |
| 506 | 5 | 61-24-139-001-0506-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | | | $257,702 | $755,630 |
| 507 | 5 | 61-24-139-001-0507-00 | 1,484 | $257,702 | 3 | 2 | June 23, 2023 | | 1 | | $679,000 | $629,000 | $424 | | | $629,000 | $424 | | |
| 508 | 5 | 61-24-139-001-0508-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | | | $257,702 | $755,630 |
| 509 | 5 | 61-24-139-001-0509-00 | 1,484 | $257,702 | 3 | 2 | | 1 | | | $679,000 | $779,000 | $525 | | | | | $257,702 | $755,630 |
| 510/511 | 5 | 61-24-139-001-0510-00 & 0511-00 | 3,210 | $538,096 | 3 | 2 | April 18, 2022 | | | 2 | $1,558,000 | $1,558,000 | $485 | Cash Buyer | $1,558,000 | | $485 | | |
| 601 | 6 | 61-24-139-001-0601-00 | 1,726 | $276,712 | 4 | 2.5 | May 18, 2023 | | 1 | | $769,000 | $799,000 | $463 | | | $799,000 | $463 | | |
| 602 | 6 | 61-24-139-001-0602-00 | 1,484 | $257,702 | 3 | 2 | April 27, 2022 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 | $437 | | |
| 603 | 6 | 61-24-139-001-0603-00 | 1,484 | $257,702 | 3 | 2 | May 20, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 | $437 | | |
| 604 | 6 | 61-24-139-001-0604-00 | 1,484 | $257,702 | 3 | 2 | July 24, 2023 | | 1 | | $649,000 | $699,000 | $471 | | | $619,000 | $417 | | |
| 605 | 6 | 61-24-139-001-0605-00 | 1,484 | $257,702 | 3 | 2 | May 3, 2022 | | | 1 | $649,000 | $649,000 | $437 | Cash Buyer | $649,000 | | $437 | | |
| 606 | 6 | 61-24-139-001-0606-00 | 1,484 | $257,702 | 3 | 2 | July 12, 2023 | | | 1 | $649,000 | $649,000 | $437 | Cash Buyer | $649,000 | | $437 | | |
| 607 | 6 | 61-24-139-001-0607-00 | 1,484 | $257,702 | 3 | 2 | May 29, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 | $437 | | |
| 608 | 6 | 61-24-139-001-0608-00 | 1,484 | $257,702 | 3 | 2 | May 17, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 | $437 | | |
| 609 | 6 | 61-24-139-001-0609-00 | 1,484 | $257,702 | 3 | 2 | June 16, 2023 | | 1 | | $649,000 | $649,000 | $437 | | | $649,000 | $437 | | |
| 610/611 | 6 | 61-24-139-001-0610-00 & 0611-00 | 3,210 | $538,096 | 4 | 2.1 | January 31, 2025 | | | 2 | $2,000,000 | $2,000,000 | $623 | | | $2,335,000 | $727 | | |
| **Total** | | | **84,040** | **$14,105,408** | | | | **35** | **12** | **8** | **$37,378,000** | **$42,691,000** | **$508** | | **$2,856,000** | **$12,111,000** | **$481** | **$9,102,974** | **$27,088,110** |
| **Per Unit** | | | | | | | | | | | | | | | | | | **$260,085** | **$773,946** |

The table above summarizes:

- The sales and sale contract ($20,000 deposit required for a contract) that have occurred at the subject. The per square foot price is also presented.
- The asking prices for the remaining units. Subject pricing is supported by the market, both per unit and per square foot. Therefore, sell-off pricing is heavily based on activity at the subject. DCF pricing is presented above based on adjustments from asking prices, which are discussed below.
- The cost to complete the remaining 35 units is also presented above.

Notable takeaways used to price the unsold units include:

### 1,484 SF Units

- Eight of these units have sold or are pending sale. Sales prices relative to asking prices are 92.6% to 100% of asking price, with an average of 97.9%.
- Prices adjust upward on higher floors, and most of the sales have been on the upper floors. Additionally, sales prices are closer to asking prices on the upper floor.
- For the sell off analysis, 97.0% of asking price will be modeled.

### 1,726 SF Units

- Two of the five units have sold or are pending sale.
- Sales prices relative to asking prices are 94.0% and 100% of asking price, with an average of 97.0%.
- Prices adjust upward on higher floors, and most of the sales have been on the upper floors. Additionally, sales prices are closer to asking prices on the upper floor.
- For the sell off analysis, 96.5% of asking price will be modeled.

### 3,210 SF Units

- Two of the five units have sold or are pending sale.
- Sales prices relative to asking prices are 94.0% and 117% of asking price (the 117% unit included upgrades). Excluding the unit with upgrades, an average of 99.3%.
- Prices adjust upward on higher floors, and most of the sales have been on the upper floors. Additionally, sales prices are closer to asking prices on the upper floor.
- For the sell off analysis, 99.0% of asking price will be modeled.

### Price Per Unit Conclusion

Based on the previous analysis, the average price of the unsold units is concluded at $773,946 as of the current date of value. Given the increased interest rate environment that market is currently realizing, no adjustment to this price is applied in the prospective analysis.

## EXPENSES

### Real Estate Taxes

Real estate taxes for the subject were previously estimated in the Tax and Assessment section of this report. Our pro forma taxes are based upon annual taxes of $16,560 per unit. This expense is grown at a rate of 3.00% annually for one period.

### Closing Costs

Closing costs, including legal expenses, title insurance and recording fees, and survey fees, are the responsibility of the seller. Typically, these expenses average $250 to $350 per lot and are set by contract. Closing costs of $300 per unit was used in this analysis.

### Sales Commissions

Sales Commissions are estimated at 4.0% of the selling price allocated to the lots. This expense represents an allocation of cost to the inhouse realtor/brokerage + 3.0% for outside buyer's agent.

### Administrative Expenses

Administrative expenses are estimated at 1.0% of the revenues from sales. Administrative expenses include those fees associated with any homeowner's association fees which include common area maintenance and/or insurance.

## Absorption Period

The sell-off period was previously concluded at 24 months from the as is date of value.

## Discount Rate

The RealtyRates.com Developer Survey was referenced to support sell-off discount rates developers are anticipating and realizing. The Developer Survey tracks actual and pro-forma discount rates on 22 sell-out property types including residential subdivisions and PUDs, business and industrial parks, and residential and commercial/industrial condominiums and co-ops. The data is presented on both a national and regional basis and covers all 50 states as well as Puerto Rico, Guam and the U.S. Virgin Islands.

The Developer Survey represents a polling of 366 commercial appraisers (8%), lenders (26%), and local, regional and national developers (66%). The bulk of the data is comprised of individual tables for each region that include surveyed actual (historical) and pro-forma (forward looking) minimum, maximum and average discount rates for each property type. In the case of subdivisions and PUDs, rates incorporate developer's profit, while condominium and co-op rates do not.

RealtyRates.com DEVELOPER SURVEY - 1st Quarter 2025*
Great Lakes - Condominiums & Co-Ops

| | Actual Rates | | | Pro-Forma Rates | | |
|---|---|---|---|---|---|---|
| | Min | Max | Avg | Min | Max | Avg |
| **Primary Residential** | 13.55% | 21.73% | 16.96% | 12.55% | 20.86% | 16.20% |
| Hi-Rise/Urban Townhouse | 13.77% | 21.70% | 17.38% | 13.22% | 20.83% | 16.69% |
| Garden/Suburban Townhouse | 13.55% | 20.89% | 16.53% | 13.01% | 20.05% | 15.87% |
| Mixed Use | 13.65% | 21.73% | 16.98% | 12.55% | 20.86% | 16.04% |
| **Resort & Second Home** | 14.59% | 23.52% | 17.77% | 14.00% | 22.58% | 17.06% |
| Hi-Rise | 14.68% | 23.52% | 18.72% | 14.10% | 22.58% | 17.97% |
| Garden/Townhouse | 14.59% | 20.44% | 16.82% | 14.00% | 19.63% | 16.14% |
| **Commercial/Industrial** | 12.24% | 22.56% | 16.40% | 11.75% | 21.65% | 15.75% |
| Urban Office | 12.85% | 21.26% | 16.71% | 12.34% | 20.40% | 16.04% |
| Suburban Office | 12.37% | 21.26% | 16.14% | 11.87% | 20.41% | 15.50% |
| Retail | 12.56% | 22.56% | 16.86% | 12.06% | 21.65% | 16.18% |
| Industrial | 12.24% | 20.87% | 15.89% | 11.75% | 20.03% | 15.26% |

*4th Quarter 2024 Data

Copyright 2025 RealtyRates.com™

## Discount Rate Conclusion

The subject is a resort / second home residential market in Michigan. The substantial amount of presales suggest a rate slightly below the average is appropriate for the subject. Given our concluded absorption and pricing estimates within the subject, a yield rate of 16.0% was deemed appropriate and is applied in this analysis.

## Developer's Profit

The discount rate in the table above does not include developer's profit. The same 5.0% rate previously concluded in the cost approach is applied in the sell-off analysis.

# DISCOUNTED CASH FLOW SCHEDULE

The resultant sell-off analysis is presented below:

**Discounted Cash Flow Summary - As Complete**

| Period (Annual) | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending | | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 |
| Average Unit Price & Increase | 3.00% | $773,946 | $775,881 | $777,821 | $779,765 | $781,715 | $783,669 | $785,628 | $787,592 | $789,561 | $791,535 | $793,514 | $795,498 |
| Units Available | | 35.0 | 33.5 | 32.1 | 30.6 | 29.2 | 27.7 | 26.3 | 24.8 | 23.3 | 21.9 | 20.4 | 19.0 |
| Units Sold Since Date of Value | | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 |
| Units Remaining | | 33.5 | 32.1 | 30.6 | 29 2 | 27.7 | 26.3 | 24.8 | 23.3 | 21.9 | 20.4 | 19.0 | 17.5 |
| **Revenue from Sales** | | **$1,128,671** | **$1,131,493** | **$1,134,322** | **$1,137,157** | **$1,140,000** | **$1,142,850** | **$1,145,707** | **$1,148,572** | **$1,151,443** | **$1,154,322** | **$1,157,208** | **$1,160,101** |
| | | | | | | | | | | | | | |
| **Sales and Holding Expenses** | **Per Unit** | | | | | | | | | | | | |
| Real Estate Taxes (Annual) | $16,560 | -$46,286 | -$44,274 | -$42,262 | -$40,249 | -$38,237 | -$36,224 | -$34,212 | -$32,199 | -$30,187 | -$28,174 | -$26,162 | -$24,149 |
| Closing Costs | $300 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 |
| Sales Commissions | 4.00% | -$45,147 | -$45,260 | -$45,373 | -$45,486 | -$45,600 | -$45,714 | -$45,828 | -$45,943 | -$46,058 | -$46,173 | -$46,288 | -$46,404 |
| Administrative Expenses | 1.00% | -$11,287 | -$11,315 | -$11,343 | -$11,372 | -$11,400 | -$11,429 | -$11,457 | -$11,486 | -$11,514 | -$11,543 | -$11,572 | -$11,601 |
| Developer's Profit | 5.00% | -$56,434 | -$56,575 | -$56,716 | -$56,858 | -$57,000 | -$57,143 | -$57,285 | -$57,429 | -$57,572 | -$57,716 | -$57,860 | -$58,005 |
| **Total Expenses** | | **-$159,591** | **-$157,861** | **-$156,131** | **-$154,402** | **-$152,674** | **-$150,947** | **-$149,220** | **-$147,494** | **-$145,769** | **-$144,044** | **-$142,320** | **-$140,597** |
| | | | | | | | | | | | | | |
| **Net Cash Flow** | | **$969,080** | **$973,632** | **$978,190** | **$982,755** | **$987,326** | **$991,904** | **$996,487** | **$1,001,078** | **$1,005,675** | **$1,010,278** | **$1,014,887** | **$1,019,504** |
| Annual Discount Rate | 16.00% | 0.98684 | 0.97386 | 0.96104 | 0.94840 | 0.93592 | 0.92360 | 0.91145 | 0.89946 | 0.88762 | 0.87594 | 0.86442 | 0.85305 |
| **Discounted Cash Flow** | | **$956,329** | **$948,179** | **$940,083** | **$932,043** | **$924,057** | **$916,127** | **$908,250** | **$900,428** | **$892,661** | **$884,947** | **$877,288** | **$869,683** |
| | | | | | | | | | | | | | |
| Concluded Value "As Complete" | | $20,812,438 | | | | | | | | | | | |
| **Rounded** | | **$20,810,000** | | | | | | | | | | | |

| Period (Annual) | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Ending | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | |
| Average Unit Price & Increase | $797,486 | $799,480 | $801,479 | $803,482 | $805,491 | $807,505 | $809,524 | $811,547 | $813,576 | $815,610 | $817,649 | $819,693 | |
| Units Available | 17.5 | 16.0 | 14.6 | 13.1 | 11.7 | 10.2 | 8.8 | 7.3 | 5.8 | 4.4 | 2.9 | 1.5 | |
| Units Sold Since Date of Value | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 1.46 | 35 |
| Units Remaining | 16.0 | 14.6 | 13.1 | 11.7 | 10.2 | 8.8 | 7.3 | 5.8 | 4.4 | 2.9 | 1.5 | 0.0 | |
| **Revenue from Sales** | **$1,163,001** | **$1,165,908** | **$1,168,823** | **$1,171,745** | **$1,174,675** | **$1,177,611** | **$1,180,555** | **$1,183,507** | **$1,186,465** | **$1,189,432** | **$1,192,405** | **$1,195,386** | **$27,881,360** |
| | | | | | | | | | | | | | |
| **Sales and Holding Expenses** | | | | | | | | | | | | | |
| Real Estate Taxes (Annual) | -$22,137 | -$20,125 | -$18,112 | -$16,100 | -$14,087 | -$12,075 | -$10,062 | -$8,050 | -$6,037 | -$4,025 | -$2,012 | $0 | -$444,753 |
| Closing Costs | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$438 | -$5,688 |
| Sales Commissions | -$46,520 | -$46,636 | -$46,753 | -$46,870 | -$46,987 | -$47,104 | -$47,222 | -$47,340 | -$47,459 | -$47,577 | -$47,696 | -$47,815 | -$595,794 |
| Administrative Expenses | -$11,630 | -$11,659 | -$11,688 | -$11,717 | -$11,747 | -$11,776 | -$11,806 | -$11,835 | -$11,865 | -$11,894 | -$11,924 | -$11,954 | -$148,948 |
| Developer's Profit | -$58,150 | -$58,295 | -$58,441 | -$58,587 | -$58,734 | -$58,881 | -$59,028 | -$59,175 | -$59,323 | -$59,472 | -$59,620 | -$59,769 | -$744,742 |
| **Total Expenses** | **-$138,875** | **-$137,153** | **-$135,432** | **-$133,712** | **-$131,992** | **-$130,273** | **-$128,555** | **-$126,838** | **-$125,121** | **-$123,406** | **-$121,690** | **-$119,976** | **-$1,939,925** |
| | | | | | | | | | | | | | |
| **Net Cash Flow** | **$1,024,126** | **$1,028,755** | **$1,033,391** | **$1,038,034** | **$1,042,682** | **$1,047,338** | **$1,052,000** | **$1,056,669** | **$1,061,344** | **$1,066,026** | **$1,070,715** | **$1,075,410** | **$25,941,435** |
| Annual Discount Rate | 0.84182 | 0.83074 | 0.81981 | 0.80903 | 0.79838 | 0.78788 | 0.77751 | 0.76728 | 0.75718 | 0.74722 | 0.73739 | 0.72769 | |
| **Discounted Cash Flow** | **$862,131** | **$854,633** | **$847,188** | **$839,797** | **$832,458** | **$825,173** | **$817,940** | **$810,760** | **$803,632** | **$796,556** | **$789,533** | **$782,561** | **$20,812,438** |

**Discounted Cash Flow Summary - As Is**

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Discounted Cash Flow** | | **$956,329** | **$948,179** | **$940,083** | **$932,043** | **$924,057** | **$916,127** | **$908,250** | **$900,428** | **$892,661** | **$884,947** | **$877,288** | **$869,683** |
| Less Unit Build Out Costs | ($9,102,974) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) | ($568,936) |
| As Is Value | | $387,393 | $379,243 | $371,148 | $363,107 | $355,122 | $347,191 | $339,314 | $331,493 | $323,725 | $316,012 | $308,352 | $300,747 |
| | | | | | | | | | | | | | |
| Concluded Value "As Is" | | $11,709,464 | | | | | | | | | | | |
| **Rounded** | | **$11,710,000** | | | | | | | | | | | |

| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Discounted Cash Flow** | **$862,131** | **$854,633** | **$847,188** | **$839,797** | **$832,458** | **$825,173** | **$817,940** | **$810,760** | **$803,632** | **$796,556** | **$789,533** | **$782,561** | **$20,812,438** |
| Less Unit Build Out Costs | ($568,936) | ($568,936) | ($568,936) | ($568,936) | | | | | | | | | ($9,102,974) |
| As Is Value | $293,195 | $285,697 | $278,252 | $270,861 | $832,458 | $825,173 | $817,940 | $810,760 | $803,632 | $796,556 | $789,533 | $782,561 | $11,709,464 |

*Compiled by Newmark*

- In the as is analysis, the unit build out costs are split evenly between the as is date of value and the anticipated as complete date of value. The build out budgets include contingencies, and therefore costs are not inflated.

# Reconciliation of Value

The values indicated by our analyses are as follows:

| Market Value Indications | | | |
|---|---|---|---|
| **Market Value Premise** | | **As Is** | **Prospective Upon Completion** |
| **As of Date:** | | **March 7, 2025** | **June 7, 2026** |
| Cost Approach: | | $20,610,000 | $29,590,000 |
| Income Capitalization Approach: | | $11,710,000 | $20,810,000 |
| Market Value Conclusion | | $12,000,000 | $21,000,000 |
| *Compiled by Newmark* | Per 35 Units | $342,857 | $600,000 |

In valuing the subject, the Income Approach via the discounted cash flow or sell-off analysis is considered the primary approach to value and was given the most emphasis. This approach mirrors the reality of a site sell-off over time and among other things, includes discounting for absorption over time.

Based on the foregoing, the market value of the subject has been concluded as follows:

| Value Conclusions | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value Conclusion** |
| Market Value "As Is" | Fee Simple | March 7, 2025 | $12,000,000 |
| Prospective Market Value "Upon Completion" | Fee Simple | June 7, 2026 | $21,000,000 |

*Compiled by Newmark*

**Extraordinary Assumptions and Hypothetical Conditions**

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

1. The timeline provided by the developer appears reasonable. The analysis assumes it is acheived.

The use of this extraordinary assumption might have affected assignment results.

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results.

1. None

*Compiled by Newmark*

## EXPOSURE TIME

Exposure time is the estimated length of time the subject property would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market.

Recent sales transaction data for similar properties, supply and demand characteristics for the local land market, and the opinions of local market participants were reviewed and analyzed. Based on this data and analysis, it is our opinion that the probable exposure time for the subject at the concluded market value / values stated previously is 12 months.

## MARKETING TIME

Marketing time is an opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal. As no significant changes in market conditions are foreseen in the near term, it is our opinion that a reasonable marketing period for the subject is likely to be the same as the exposure time. Accordingly, we estimate the subject's marketing period at 12 months.

# Assumptions and Limiting Conditions

The Appraisal contained in this Report (herein "Report") is subject to the following assumptions and limiting conditions:

1. Unless otherwise stated in this report, title to the property which is the subject of this report (herein "Property") is assumed to be good and marketable and free and clear of all liens and encumbrances and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value. No responsibility is assumed for the legal description, zoning, condition of title or any matters which are legal in nature or otherwise require expertise other than that of a professional real estate appraiser. This report shall not constitute a survey of the Property.
2. Unless otherwise stated in this report, it is assumed: that the improvements on the Property are structurally sound, seismically safe and code conforming; that all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.) are in good working order with no major deferred maintenance or repair required; that the roof and exterior are in good condition and free from intrusion by the elements; that the Property and improvements conform to all applicable local, state, and federal laws, codes, ordinances and regulations including environmental laws and regulations. No responsibility is assumed for soil or subsoil conditions or engineering or structural matters. The Property is appraised assuming that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this report is based, unless otherwise stated. The physical condition of the Property reflected in this report is solely based on a visual inspection as typically conducted by a professional appraiser not someone with engineering expertise. Responsible ownership and competent property management are assumed.
3. Unless otherwise stated in this report, this report did not take into consideration the existence of asbestos, PCB transformers or other toxic, hazardous, or contaminated substances or underground storage tanks, or the cost of encapsulation, removal or remediation thereof. Real estate appraisers are not qualified to detect such substances. The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater or other potentially hazardous materials and substances may adversely affect the value of the Property. Unless otherwise stated in this report, the opinion of value is predicated on the assumption that there is no such material or substances at, on or in the Property.

4. All statements of fact contained in this report as a basis of the analyses, opinions, and conclusions herein are true and correct to the best of the appraiser's actual knowledge and belief. The appraiser is entitled to and relies upon the accuracy of information and material furnished by the owner of the Property or owner's representatives and on information and data provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by such members. Such information and data obtained from third party sources are assumed to be reliable and have not been independently verified. No warranty is made as to the accuracy of any of such information and data. Any material error in any of the said information or data could have a substantial impact on the conclusions of this Report. The appraiser reserves the right to amend conclusions reported if made aware of any such error.

5. The opinion of value stated in this report is only as of the date of value stated in this report. An appraisal is inherently subjective and the conclusions stated apply only as of said date of value, and no representation is made as to the effect of subsequent events. This report speaks only as of the date hereof.

6. Any projected cash flows included in the analysis are forecasts of estimated future operating characteristics and are predicated on the information and assumptions contained within this report. Any projections of income, expenses and economic conditions utilized in this report are not predictions of the future. Rather, they are estimates of market expectations of future income and expenses. The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured. Actual results may vary from the projections considered herein. There is no warranty or assurances that these forecasts will occur. Projections may be affected by circumstances beyond anyone's knowledge or control. Any income and expense estimates contained in this report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

7. The analyses contained in this report may necessarily incorporate numerous estimates and assumptions regarding Property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters. Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by the analysis will vary from estimates, and the variations may be material.

8. All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraphs, several events may occur that could substantially alter the outcome of the estimates such as, but not limited to changes

in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc. In making prospective estimates and forecasts, it is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

9. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used. This report shall be considered only in its entirety. No part of this report shall be utilized separately or out of context.

10. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the Firm. Possession of this report, or a copy hereof, does not carry with it the right of publication.

11. Client and any other Intended User identified herein should consider this report and the opinion of value contained herein as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors. The use of this report and the appraisal contained herein by anyone other than an Intended User identified herein, or for a use other than the Intended Use identified herein, is strictly prohibited. No party other than an Intended User identified herein may rely on this report and the appraisal contained herein.

12. Unless otherwise stated in the agreement to prepare this report, the appraiser shall not be required to participate in or prepare for or attend any judicial, arbitration, or administrative proceedings.

13. The Americans with Disabilities Act (ADA) became effective January 26, 1992. No survey or analysis of the Property has been made in connection with this report to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. No expertise in ADA issues is claimed, and the report renders no opinion regarding the Property’s compliance with ADA regulations. Inasmuch as compliance matches each owner’s financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner’s financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

14. Acceptance and/or use of this report constitutes full acceptance of these Assumptions and Limiting Conditions and any others contained in this report, including any Extraordinary Assumptions and Hypothetical Conditions, and is subject to the terms and conditions contained in the agreement to prepare this report and full acceptance of any limitation of liability or claims contained therein.

# EXHIBIT B

| | |
|---|---|
| **From:** | Lightbody, Keith <KLightbo@ibcp.com> |
| **Sent:** | August 24, 2026 at 2:42:16 PM EDT |
| **To:** | scott@jpmoll.com; Ervin, Patrick <ervin@ibcp.com>; Asman, Katrina <KAsman@ibcp.com>; klightbody@ibcp.com |
| **Cc:** | Frank Peterson; John Polderman; Darren Burmania (Bodman); Geers, Denise; Meyer, Jodi; Adelaide Point unit owners [individual owner addresses omitted] |
| **Subject:** | RE: Request for Clarification and Community Commitments - Adelaide Point HOA |

---

Thank you for your communication on behalf of the Adelaide Pointe HOA. As an initial matter, it is important that the HOA understand Independent Bank's role as it relates to Adelaide Pointe. Independent Bank is one of several creditors that funded the Adelaide Pointe development, including the condo building. Independent Bank is not the owner or developer of Adelaide Pointe – it is a lender that provided funding to the owner/developer that has since filed bankruptcy.

It was and is the responsibility of the owner/developer to complete the Adelaide Pointe development, including the condo building, and ensure that agreements with third parties are satisfied. Independent Bank has gone to great lengths (and advanced substantial amounts of money) to protect the value of its collateral and to fund ongoing operations in bankruptcy. However, Independent Bank has absolutely no obligation to fund further development or completion of the project.

Independent Bank had a receiver appointed by Judge Benson in state court to operate and stabilize portions of the Adelaide Pointe project (which includes the condo building) to maintain the value of bank's collateral. However, as you know, Independent Bank's borrowers subsequently filed for bankruptcy protection, which frustrated the receiver's ability to control the bank's collateral and significantly delayed progress toward stabilization. While an interim agreement was reached to make progress on certain matters, the bankruptcy proceedings have resulted in substantial additional delays and costs to Independent Bank while the bank's loans remain unpaid.

While Independent Bank remains committed to preserving the value of its collateral, which benefits everyone, the bank has no obligation to provide additional funding. Independent Bank has identified certain items that may justify the bank making protective advances to preserve/increase the value of the bank's collateral – such as evaluation/resolution of the condo balconies and/or landscaping. Additionally, funding of certain projects by Independent Bank may require approval of the Chief Restructuring Officer or the Bankruptcy Court because amounts funded by the bank will be added to the Debtors' existing debt.

Independent Bank understands (and shares in) your frustration with the incomplete Adelaide Pointe project. Completion of the project (including the specific items referenced in your communication) are the responsibility of the owner/developer, not Independent Bank.

Independent Bank welcomes and appreciates the support of the HOA and its individual members during these challenging times for Adelaide Pointe.

Should you have any further questions, I recommend you contact Jon Polenberg or Edmund Whitson of Becker& Poliakoff, PA attorneys representing your condominium association in the bankruptcy matter.

**Keith Lightbody**
**SVP Risk Management**
**Independent Bank**
201 W Big Beaver Rd., Suite 125
Troy, MI 48084