**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors**.** | *Jointly Administered* |

_____________________________________/

**NOTICE OF FILING CRO'S INTERIM REPORT**

NOW COMES, John W. Polderman, the State Court Appointed Receiver ("Receiver") and the Chief Restructuring Officer, ("CRO") by and through the undersigned counsel, hereby gives notice of filing the attached CRO's Interim Report.

Dated: October 13, 2026.

Respectfully submitted,
Stevenson & Bullock, P.L.C.

/s/ John W. Polderman
John W. Polderman (P65720)
26100 American Drive, Ste. 500
Southfield, MI 48034
(248) 354-7906

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver/CRO*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing **Notice of Filing** has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case (listed below) and via U.S. Mail to: **Leestma Management, LLC**, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on October 13, 2026.

**Mailing Information for Case 8:26-bk-02696-CED**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Charles W Azano chip.azano@gtlaw.com
- Marc Bakst mbakst@bodmanlaw.com
- Jessica Clemente jessica.clemente@hwhlaw.com, phil.khezri@hwhlaw.com
- Kathleen DiSanto kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- Moe Freedman freedmanm1@michigan.gov
- Alberto F Gomez al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com
- Angela N Grewal angela.grewal@arlaw.com, jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.navarro@arlaw.com
- John B Hutton huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;Melissa.DeLaTorre@gtlaw.com
- David S Jennis djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com
- Sherri L Johnson sjohnson@johnsonlegalfl.com, g24582@notify.cincompass.com
- Stephen S. LaPlante laplante@millercanfield.com
- Rhys P Leonard rleonard@trenam.com, mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

- David A Lerner dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- Stephanie C Lieb slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- Catrina Humphrey Markwalter cmarkwalter@clarkhill.com, rahuja@clarkhill.com
- Megen E. Miller millerm59@michigan.gov
- Sebastian Thor Pankiewicz spankiewicz@jennislaw.com
- John W Polderman jpolderman@sbplclaw.com, jlassen@sbplclaw.com
- Jon Polenberg jpolenberg@beckerlawyers.com, ydaneshfar@beckerlawyers.com;tfritz@beckerlawyers.com;CourtMail@beckerlawyers.com;daperez@beckerlawyers.com
- Dana Lee Robbins-Boehner drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- Marc N. Swanson swansonm@millercanfield.com
- James Timko jtimko@deanmead.com, mgodek@deanmead.com
- United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV
- Jeffrey W. Warren jwarren@bushross.com, bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com
- Nathan A Wheatley nathan.a.wheatley@usdoj.gov
- Edmund S Whitson ewhitson@beckerlawyers.com, tfritz@beckerlawyers.com;nportuondo@beckerlawyers.com;courtmail@beckerlawyers.com
- Darrien Worth worth@millercanfield.com
- John R Yant ryant@carltonfields.com, epritchett@carltonfields.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver/CRO*