UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/21/2026 03:00 PM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-02696-CED** | **11** | **04/01/2026** |

**Chapter 11**

**DEBTOR:** Leestma Management, LLC

**DEBTOR ATTY:** **Sebastian Pankiewicz**

**TRUSTEE:** **NA**

**HEARING:**

(1) Motion to Sell Property Free and Clear of Liens. Property description: Dredges & Trailer. (Fee Paid.) Filed by David S Jennis on behalf of Debtor Leestma Management, LLC Doc #291

-Amended Objection to Debtors' Motion to Sell Personal Property Free and Clear of Liens. Filed by Jeffrey W. Warren on behalf of Creditor Independent Bank (related document(s)291) Doc #299

(2) Motion for Relief from Stay. (Fee Paid.) or in the alternative, Adequate Protection Filed by Angela N Grewal on behalf of Creditor Team Financial Inc (Attachments: # [1] Exhibit A- Lease # [2] Exhibit B- UCC # [3] Exhibit C- POC # [4] Exhibit D- Declaration) Doc #312

- Objection to Team Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 USC 362(d)(1) or in the Alternative, Adequate Protection. Filed by Sebastian Thor Pankiewicz on behalf of Interested Party Adelaide Pointe QOZB, LLC (related document(s)[312]). Doc #323

(3) Motion for Approval of Post-Petition Financing Filed by Sebastian Thor Pankiewicz on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC Doc #319

(4) Motion to Strike, or in the Alternative, Motion to Stay Consideration of (A) Debtors' Motion to Obtain Financing and (B) Debtor's Motion to Determine Certain Secured Claims Filed by Jeffrey W. Warren on behalf of Creditor Independent Bank (related document(s)[320], [319]). Doc #324

Note: Motion Doc #320 filed on 10/7/2026 negative notice.

**APPEARANCES:**: Nathan, Wheatley, Angela Grewal, Chip Azano, Dana Robbins-Boehner, Darren Burmania, Jason Canvasser, John Polderman, Lori Barton, Megen Miller, Peter Cronk, Phillip Khezri, Robert Burns, David Lerner, Stephen Laplante, Jeffrey Warren, Sebastian Pankiewicz, David Jennis, Ryan Leestma, Nicholas Spigiel, Elizabeth VonEitzen, David Bevins

**RULING:**

(1) Motion to Sell Property Free and Clear of Liens. Property description: Dredges & Trailer. (Fee Paid.) Filed by David S Jennis on behalf of Debtor Leestma Management, LLC Doc #291 - Granted. O/Pankiewicz

-Amended Objection to Debtors' Motion to Sell Personal Property Free and Clear of Liens. Filed by Jeffrey W. Warren on behalf of Creditor Independent Bank (related document(s)291) Doc #299

(2) Motion for Relief from Stay. (Fee Paid.) or in the alternative, Adequate Protection Filed by Angela N Grewal on behalf of

Creditor Team Financial Inc (Attachments: # [1] Exhibit A- Lease # [2] Exhibit B- UCC # [3] Exhibit C- POC # [4] Exhibit D- Declaration) Doc #312 - Continued to 11/18/2026 at 4:00 p.m. O/Pankiewicz

- Objection to Team Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 USC 362(d)(1) or in the Alternative, Adequate Protection. Filed by Sebastian Thor Pankiewicz on behalf of Interested Party Adelaide Pointe QOZB, LLC (related document(s)[312]). Doc #323

(3) Motion for Approval of Post-Petition Financing Filed by Sebastian Thor Pankiewicz on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC Doc #319 - Ruling deferred. O/Warren

(4) Motion to Strike, or in the Alternative, Motion to Stay Consideration of (A) Debtors' Motion to Obtain Financing and (B) Debtor's Motion to Determine Certain Secured Claims Filed by Jeffrey W. Warren on behalf of Creditor Independent Bank (related document(s)[320], [319]). Doc #324 - Denied. O/Warren

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.