UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |
| Debtors. | Chapter 11<br>*Jointly Administered* |

______________________________________/

**NOTICE OF FILING BI-WEEKLY ACCOUNTING OF STATE COURT APPOINTED RECEIVER AND CHIEF RESTRUCTURING OFFICER PURSUANT TO INTERIM ORDERS REGARDING CASH COLLATERAL**

NOW COMES, John W. Polderman, the State Court Appointed Receiver ("Receiver") and the Chief Restructuring Officer, ("CRO") by and through the undersigned counsel, and for his Bi-Weekly Accounting states:

1. John W. Polderman is the State Court Appointed Receiver and Chief Restructuring Officer of certain assets of the Debtors herein.

2. On April 17, 2026, this Court entered an *Interim Order Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* [Dkt. No. 51] and which was subsequently extended at a subsequent hearing [Dkt. No. 193 as to Debtor Leestma Management (Hall Street) and Dkt. 193 as to the remaining Debtors] ("Interim Orders").

3. The Interim Orders provide for a budget variance report and accounts receivable report for the time-period of October 3, 2026 through October 16, 2026.

4. For Leestma Management (Hall Street) an accounts receivable report is attached as Exhibit A and a budget to actual report is attached as Exhibit B.

5. For Battle Creek Waterland, an accounts receivable report is attached as Exhibit C and a budget to actual report is attached as Exhibit D.

6. For Adelaide Pointe Boaters Services, a budget to actual report is included in Exhibit E and an accounts receivable report showing fuel sales and credits is attached as Exhibit F.

7. For Adelaide Pointe Building 1, there are no accounts receivable activity or budget to actual report.

8. For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit G, and budget to actual report is attached as Exhibit E.

9. Credit card activity is attached as Exhibit H.

10. The CRO has opened new DIP accounts at Huntington Bank and is utilizing those accounts for all disbursements.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver and
Chief Restructuring Officer
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500

Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman,*
*Receiver and CRO*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case (listed below) and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on October 23, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, CRO*

**Mailing Information for Case 8:26-bk-02696-CED**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Charles W Azano chip.azano@gtlaw.com
- Marc Bakst mbakst@bodmanlaw.com
- Jessica Clemente jessica.clemente@hwhlaw.com, phil.khezri@hwhlaw.com
- Kathleen DiSanto kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- Moe Freedman freedmanm1@michigan.gov
- Alberto F Gomez al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com

- Angela N Grewal angela.grewal@arlaw.com, jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.navarro@arlaw.com
- John B Hutton huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;Melissa.DeLaTorre@gtlaw.com
- David S Jennis djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com
- Sherri L Johnson sjohnson@johnsonlegalfl.com, g24582@notify.cincompass.com
- Stephen S. LaPlante laplante@millercanfield.com
- Rhys P Leonard rleonard@trenam.com, mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- David A Lerner dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- Stephanie C Lieb slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- Catrina Humphrey Markwalter cmarkwalter@clarkhill.com, rahuja@clarkhill.com
- Megen E. Miller millerm59@michigan.gov
- Sebastian Thor Pankiewicz spankiewicz@jennislaw.com
- John W Polderman jpolderman@sbplclaw.com, jlassen@sbplclaw.com
- Jon Polenberg jpolenberg@beckerlawyers.com, ydaneshfar@beckerlawyers.com;tfritz@beckerlawyers.com;CourtMail@beckerlawyers.com;daperez@beckerlawyers.com
- Dana Lee Robbins-Boehner drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- Marc N. Swanson swansonm@millercanfield.com
- James Timko jtimko@deanmead.com, mgodek@deanmead.com
- United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV
- Jeffrey W. Warren jwarren@bushross.com, bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com
- Nathan A Wheatley nathan.a.wheatley@usdoj.gov
- Edmund S Whitson ewhitson@beckerlawyers.com, tfritz@beckerlawyers.com;nportuondo@beckerlawyers.com;courtmail@beckerlawyers.com
- Darrien Worth worth@millercanfield.com
- John R Yant ryant@carltonfields.com, epritchett@carltonfields.com

# Exhibit A

10/23/2026 9:45 AM

## Receivable Summary-Hall St.: thru 10/16/26

DB Caption: Bradley LIVE Property: 446 Status: Current, Past, Future Month From: 10/2026 To 10/2026 Summary By: Tenant

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Leestma Management, LLC (446 )** | | | | | | | |
| 446 | | AVERIE HARRIS DESIGN, LLC | 355.01 | 1,292.77 | -1,421.73 | 226.05 | Utilities |
| 446 | | Dionel Photography, LLC. | 3,102.55 | 0.00 | 0.00 | 3,102.55 | Tenant vacated, move to legal |
| 446 | | Emmanuel Hospice | 3,626.06 | 8,517.04 | -10,419.00 | 1,724.10 | Utilities |
| 446 | | Hurley & Stewart, LLC | -1,742.81 | 2,266.32 | 0.00 | 523.51 | Utilities |
| 446 | | J Photography of Grand Rapids LLC | -1,620.29 | 1,978.59 | 0.00 | 358.30 | Utilities |
| 446 | | Peter McDaniel | 589.70 | 2,905.98 | -3,323.15 | 172.53 | Utilities |
| **446** | | | **4,310.22** | **16,960.70** | **-15,163.88** | **6,107.04** | |

# Exhibit B

**10/23/2026 9:46 AM**

Leestma Management, LLC (446)

# 2026 Budget to Actual: Hall Street

Period = Feb 2026-Dec 2026

Book = Accrual

| | | September 2026 | | | thru Oct 16, 2026 | |
|---|---|---|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | *Budget | Actual | Variance | *Budget | Actual |
| | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 4,300.00 | 4,000.00 | -0.07 | 4,300.00 | 4,000.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 272.00 | -112.80 | -1.41 | 272.00 | 270.44 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 390.00 | 390.00 | 0.00 | 390.00 | 397.20 |
| 6338-0000 | BANK FEE | 0.00 | 202.92 | #DIV/0! | 0.00 | |
| 6373-0000 | SIGNAGE | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6450-0000 | ELECTRICITY | 16,500.00 | 18,000.84 | 0.09 | 14,715.00 | 12,171.37 |
| 6451-1000 | SEWER AND WATER | 0.00 | -2,869.52 | #DIV/0! | 3,005.67 | |
| 6452-0000 | GAS | 500.00 | 311.87 | -0.38 | 600.00 | |
| 6525-0000 | TRASH REMOVAL | 1,800.00 | 2,273.10 | 0.26 | 1,800.00 | 2,136.98 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 0.00 | 0.00 | #DIV/0! | 23,178.00 | |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 75.00 | #DIV/0! | 0.00 | -75.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 200.00 | 332.91 | 0.66 | 200.00 | 82.60 |
| 6538-5000 | GEN MAINT MATERIALS | 1,000.00 | 1,007.96 | 0.01 | 0.00 | 198.29 |
| 6541-0000 | PARKING LOT REPAIR | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 7,905.00 |
| 6547-0000 | PLUMBING REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6591-0000 | MILEAGE | 0.00 | 7.60 | #DIV/0! | 0.00 | -7.60 |
| 6595-0000 | ELEVATOR CONTRACT | 1,116.00 | 1,116.00 | 0.00 | 0.00 | |
| 6595-1000 | ELEVATOR REPAIR & MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6596-0000 | PEST CONTROL | 138.00 | 139.00 | 0.01 | 138.00 | |
| 6597-0000 | JANITORIAL SUPPLIES | 1,091.67 | 1,070.02 | -0.02 | 1,091.67 | 1,068.35 |
| 6597-5000 | JANITORIAL CONTRACT | 4,915.00 | 4,860.71 | -0.01 | 4,915.00 | 4,709.57 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6606-0000 | LOT SWEEPING | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6690-0000 | PAYROLL EXPENSE | 5,900.00 | 5,922.42 | 0.00 | 5,900.00 | 5,922.42 |
| 6710-0000 | REAL ESTATE TAXES | 0.00 | 11,620.63 | #DIV/0! | 0.00 | |
| 6720-0000 | LIABILITY INSURANCE | 2,000.00 | 1,884.58 | -0.06 | 2,000.00 | 1,918.74 |
| | | | | | | |
| **6800-9999** | **TOTAL OPERATING EXPENSES** | **40,122.67** | **50,233.24** | | **62,505.34** | **40,698.36** |
| | | | | | | |
| 6820-0000 | INTEREST EXPENSE | 0.00 | | #DIV/0! | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 38,453.71 | 38,453.71 | 0.00 | 37,091.71 | 37,091.71 |
| 7917-0000 | LEASE COMMISSION | 4,893.48 | 10,957.55 | 1.24 | 4,893.48 | 14,414.00 |
| 7918-0000 | OTHER OWNER EXPENSE | 0.00 | 1,000.00 | #DIV/0! | | |
| 2310-1101 | NOTE PAYABLE-PRINCIPAL REDUCTION | 29,768.34 | 29,768.34 | 0.00 | 31,130.34 | |
| 1420-4000 | BUILDING IMPROVEMENTS | 167,511.00 | | -1.00 | | |
| | SECURITY DEPOSIT -CLEARING | 5,683.00 | | -1.00 | | |
| | | | | | | |
| | | | | | | |

# Exhibit C

10/23/2026 9:47 AM

## Receivable Summary-Waterland: thru 10/16/26

DB Caption: Bradley LIVE Property: 445 Status: Current, Past, Future Month From: 10/2026 To 10/2026 Summary By: T

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Waterland Battle Creek Properties, LLC (445 )** | | | | | | | |
| 445 | | Verizon Wireless | 0.00 | 1,444.61 | 0.00 | 1,444.61 | Oct 26 charges |
| **445** | | | **0.00** | **1,444.61** | **0.00** | **1,444.61** | |

# Exhibit D

10/23/2026 9:48 AM

## 2026 Budget to Actual: Waterland BC Properties

Period = Feb 2026-Dec 2026

Book = Accrual

| | | **September 2026** | | | **thru Oct 16, 2026** | |
|---|---|---|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | **Budget** | **Actual** | **Variance** | **Budget** | **Actual** |
| | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 1,305.00 | 1,265.00 | -0.03 | 1,305.00 | 1,265.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 214.20 | 213.96 | 0.00 | 214.20 | 213.96 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 225.00 | 225.30 | 0.00 | 225.00 | 225.90 |
| 6338-0000 | BANK FEE | 0.00 | 0.00 | #DIV/0! | 0.00 | 23.00 |
| 6373-0000 | SIGNAGE | 0.00 | -7.41 | #DIV/0! | 0.00 | |
| 6450-0000 | ELECTRICITY | 7,000.00 | 6,529.60 | -0.07 | 5,500.00 | -863.48 |
| 6450-0000 | ENERGY FEES | 1,429.00 | 1,429.00 | 0.00 | 0.00 | 0.00 |
| 6451-1000 | SEWER AND WATER | 666.67 | 1,165.95 | 0.75 | 666.67 | 2,062.24 |
| 6452-0000 | GAS | 150.00 | 85.44 | -0.43 | 100.00 | 118.99 |
| 6525-0000 | TRASH REMOVAL | 685.00 | 715.33 | 0.04 | 685.00 | 705.97 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 0.00 | 480.00 | #DIV/0! | 0.00 | 0.00 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 540.00 | #DIV/0! | 0.00 | 0.00 |
| 6535-0000 | ROOF REPAIR & MAINT | 500.00 | 0.00 | -1.00 | 0.00 | |
| 6538-0000 | GEN MAINT-TECH LABOR | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6538-5000 | GEN MAINT MATERIALS | 125.00 | 166.22 | 0.33 | 125.00 | 0.00 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 1,135.00 | 124.02 | -0.89 | 0.00 | 0.00 |
| 6547-0000 | PLUMBING R&M | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6596-0000 | PEST CONTROL | 139.00 | 139.00 | 0.00 | 139.00 | 139.00 |
| 6599-0000 | SECURITY | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6597-0000 | JANITORIAL SUPPLIES | 0.00 | 363.99 | #DIV/0! | 220.00 | 0.00 |
| 6597-5000 | JANITORIAL CONTRACT | 1,350.00 | 1,349.07 | 0.00 | 1,350.00 | 2,571.07 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6603-7500 | GROUNDS CONTRACT | 650.00 | 184.00 | -0.72 | 650.00 | 335.00 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6690-0000 | PAYROLL EXPENSE | 3,200.00 | 3,466.44 | 0.08 | 3,200.00 | 3,508.42 |
| 6710-0000 | REAL ESTATE TAXES | 0.00 | 4,100.23 | #DIV/0! | 0.00 | 0.00 |
| 6720-0000 | LIABILITY INSURANCE | 810.81 | 618.26 | -0.24 | 689.26 | 237.00 |
| | | | | | | |
| | | | | | | |
| **6800-9999** | **TOTAL OPERATING EXPENSES** | **19,584.68** | **23,153.40** | | **15,069.13** | **10,542.07** |
| | | | | | | |
| 6810-0000 | FINANCIAL EXPENSES | | | | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 3,756.01 | 6,091.70 | 0.62 | 3,756.01 | 0.00 |
| | | | | | | |
| 6899-9999 | TOTAL FINANCIAL EXPENSES | | | | | |
| 7000-0000 | OWNER EXPENSE - NON-RECOVERABLE | | | | | |
| 7917-0000 | LEASE COMMISSION EXPENSE | 58.08 | 58.08 | 0.00 | 58.08 | 0.00 |
| | | | | | | |
| 7999-9999 | TOTAL OWNER EXPENSE - NON-RECOV | | | | | |
| | | | | | | |
| | | | | | | |

# Exhibit E

**2026 BUDGET VS. ACTUAL - ADELAIDE POINTE**

| | Oct 3 - Oct 16 2026 | | |
|---|---|---|---|
| **RECEIPTS** | | | |
| **Rental Receipts** | **Budget** | **Actual** | **Variance** |
| 1240 W Western - Offices | $0 | $650 | $650 |
| 1240 W Western - Low West | - | 0 | 0 |
| 1204A W Western - Tall East | - | 1,496 | 1,496 |
| 1204B W Western - Low East 1 | - | 0 | 0 |
| 1204C W Western - Low East 2 | - | 0 | 0 |
| Winter Storage[1] | 101,613 | 9,270 | (92,343) |
| Dry In/Out | 0 | 0 | 0 |
| Wet Marina | 0 | 620 | 620 |
| 400 Adelaide Circle - Boater Services | 0 | 0 | 0 |
| **Total Rental Receipts** | **$101,613** | **$12,036** | **($89,577)** |
| **Other Receipts** | | | |
| RV & Trailer Storage | $1,806 | ($350) | ($2,156) |
| Fuel Sales | 6,774 | 30,000 | 23,226 |
| Ships Store Sales | 677 | 1,837 | 1,160 |
| Tenant Utility Reimbursement | 1,039 | 0 | (1,039) |
| Service Revenue | 903 | 4,420 | 3,517 |
| **TOTAL ALL RECEIPTS** | **$112,813** | **$47,943** | **($64,870)** |
| **DISBURSEMENTS** | | | |
| Payroll & Employee Health Insurance | $18,065 | $29,623 | ($11,558) |
| Payroll Contribution from ChoiceOne & 4Front | (9,032) | 0 | (9,032) |
| Fuel Costs and Fuel Servicing | 5,097 | 1,262 | 3,835 |
| Ships Store Inventory Purchases | - | 0 | 0 |
| Truck Payments | - | 0 | 0 |
| DTE Energy | 2,077 | 0 | 2,077 |
| Consumers | 6,774 | 0 | 6,774 |
| Water | 1,942 | 0 | 1,942 |
| Boat Detailing Cost | 135 | 8,900 | (8,765) |
| Property Taxes | - | 0 | 0 |
| Property Repairs, Inspections, and Maintenance | 1,581 | 3,517 | (1,936) |
| Snow Plowing, Lawn Maintenance | 1,355 | 0 | 1,355 |
| Landscaping | 45,161 | 66,335 | (21,174) |
| Landscaping Reimbursement from ChoiceOne & 4Front | (27,097) | 0 | (27,097) |
| Roof Repairs | - | 0 | 0 |
| Property and Liability Insurance (Warehouse & Boater Svs) | - | 20,693 | 0 |
| Property and Liability Insurance (Condo Bldg) | - | 0 | 0 |
| Property and Liability Refund | - | 0 | 0 |
| Bookkeeping, Office Supplies, Internet, QB | 1,490 | 2,896 | (1,406) |
| **TOTAL ALL DISBURSEMENTS** | **$47,549** | **$133,226** | **($64,984)** |
| **CASH FLOW** | **$65,264** | **($85,283)** | **($129,854)** |

| | | | |
|---|---|---|---|
| **Other Costs** | | | |
| **CAPITAL SPENDING** | | | |
| Balcony Repair | 0 | 4,500 | (4,500) |
| Condominum Common Area | 13,935 | 0 | 13,935 |
| **TOTAL OTHER COSTS** | **$13,935** | **$4,500** | **$9,435** |
| **CASH FLOW** | **$51,329** | **($89,783)** | **($120,419)** |

**Footnotes:**

[1] This represents only winter storage income allocated to warehouses and not the Dry Marina

[2] None of these costs have been approved by secured creditors and remain subject to court approval

# Exhibit F

J H Oil Company
2696 CHICAGO DRIVE SW
PO BOX 9464
WYOMING, MI 49509-0464

Phone (616) 534-2181
Fax (616) 534-1663

ACCOUNT NUMBER: 4150198

STATEMENT DATE: 09/30/26

Page 1

ADELAIDE POINTE QOZB LLC
1204 W WESTERN AVENUE
MUSKEGON MI 49441

ACCOUNT NUMBER: 4150198 STATEMENT AS OF: 09/30/26 DATE LAST STATEMENT: 08/31/26 Open Item

| DATE | INVOICE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 08/16/26 | Open Credit | Balance | -509.38 | -509.38 |
| 08/16/26 | 17122084 | DTN Credit Card Entry | -5,802.89 | -6,312.27 |
| 09/30/26 | 17122084 | | 5,802.89 | -509.38 |
| 08/17/26 | 17122017 | DTN Credit Card Entry | -2,763.57 | -3,272.95 |
| 09/30/26 | 17122017 | | 2,763.57 | -509.38 |
| 08/18/26 | 17126588 | DTN Credit Card Entry | -7,478.66 | -7,988.04 |
| 09/30/26 | 17126588 | | 7,478.66 | -509.38 |
| 08/19/26 | 17130669 | Charged Sale | -4,911.67 | -5,421.05 |
| 09/30/26 | 17130669 | | 4,911.67 | -509.38 |
| 08/19/26 | 17134679 | Charged Sale | 8,585.47 | 8,076.09 |
| 08/19/26 | 17134681 | Charged Sale | 8,113.04 | 16,189.13 |
| 08/19/26 | 17134683 | Charged Sale | 5,332.35 | 21,521.48 |
| 08/20/26 | 17134323 | DTN Credit Card Entry | -491.04 | 21,030.44 |
| 09/30/26 | 17134323 | | 491.04 | 21,521.48 |
| 08/21/26 | 17138138 | DTN Credit Card Entry | -3,984.18 | 17,537.30 |
| 08/22/26 | 17151001 | DTN Credit Card Entry | -3,355.74 | 14,181.56 |
| 08/23/26 | 17150866 | DTN Credit Card Entry | -3,379.57 | 10,801.99 |
| 08/25/26 | 17152210 | DTN Credit Card Entry | -1,918.22 | 8,883.77 |
| 08/27/26 | 17155980 | DTN Credit Card Entry | -2,478.32 | 6,405.45 |
| 08/28/26 | 17159931 | DTN Credit Card Entry | -153.62 | 6,251.83 |
| 08/29/26 | 17172842 | DTN Credit Card Entry | -1,433.33 | 4,818.50 |

J H Oil Company
2696 CHICAGO DRIVE SW
PO BOX 9464
WYOMING, MI 49509-0464

Phone (616) 534-2181
Fax (616) 534-1663

ACCOUNT NUMBER: 4150198

STATEMENT DATE: 09/30/26



ADELAIDE POINTE QOZB LLC
1204 W WESTERN AVENUE
MUSKEGON MI 49441

ACCOUNT NUMBER: 4150198 STATEMENT AS OF: 09/30/26 DATE LAST STATEMENT: 08/31/26 Open Item

| DATE | INVOICE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 08/30/26 | 17172777 | DTN Credit Card Entry | -4,879.43 | -60.93 |
| 08/31/26 | 17172712 | DTN Credit Card Entry | -1,834.39 | -1,895.32 |
| 09/01/26 | 17177010 | DTN Credit Card Entry | -765.10 | -2,660.42 |
| 09/03/26 | 17184787 | DTN Credit Card Entry | -607.35 | -3,267.77 |
| 09/03/26 | 17185863 | Charged Sale | 50.00 | -3,217.77 |
| 09/04/26 | 17188159 | DTN Credit Card Entry | -1,004.03 | -4,221.80 |
| 09/05/26 | 17204237 | DTN Credit Card Entry | -260.10 | -4,481.90 |
| 09/06/26 | 17204172 | DTN Credit Card Entry | -1,482.53 | -5,964.43 |
| 09/07/26 | 17204107 | DTN Credit Card Entry | -8,712.99 | -14,677.42 |
| 09/08/26 | 17204380 | Charged Sale | 111.30 | -14,566.12 |
| 09/09/26 | 17207283 | Charged Sale | 63.07 | -14,503.05 |
| 09/09/26 | 17208079 | DTN Credit Card Entry | -4,505.75 | -19,008.80 |
| 09/10/26 | 17211648 | DTN Credit Card Entry | -2,128.80 | -21,137.60 |
| 09/11/26 | 17215417 | DTN Credit Card Entry | -722.20 | -21,859.80 |
| 09/12/26 | 17227846 | DTN Credit Card Entry | -325.58 | -22,185.38 |
| 09/13/26 | 17227781 | DTN Credit Card Entry | -2,486.32 | -24,671.70 |
| 09/14/26 | 17227704 | DTN Credit Card Entry | -1,935.09 | -26,606.79 |
| 09/15/26 | 17231271 | DTN Credit Card Entry | -1,058.17 | -27,664.96 |
| 09/16/26 | 17234632 | DTN Credit Card Entry | -2,643.94 | -30,308.90 |
| 09/19/26 | 17253950 | DTN Credit Card Entry | -129.49 | -30,438.39 |
| 09/20/26 | 17254080 | DTN Credit Card Entry | -793.45 | -31,231.84 |

J H Oil Company
2696 CHICAGO DRIVE SW
PO BOX 9464
WYOMING, MI 49509-0464

Phone (616) 534-2181
Fax (616) 534-1663

ACCOUNT NUMBER: 4150198

STATEMENT DATE: 09/30/26

Page 3

ADELAIDE POINTE QOZB LLC
1204 W WESTERN AVENUE
MUSKEGON MI 49441

ACCOUNT NUMBER: 4150198 STATEMENT AS OF: 09/30/26 DATE LAST STATEMENT: 08/31/26 Open Item

| DATE | INVOICE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/21/26 | 17254016 | DTN Credit Card Entry | -294.70 | -31,526.54 |
| 09/23/26 | 17261685 | DTN Credit Card Entry | -685.63 | -32,212.17 |
| 09/24/26 | 17265566 | DTN Credit Card Entry | -1,090.84 | -33,303.01 |
| 09/25/26 | 17268981 | DTN Credit Card Entry | -297.12 | -33,600.13 |
| 09/26/26 | 17281175 | DTN Credit Card Entry | -368.41 | -33,968.54 |
| 09/27/26 | 17281111 | DTN Credit Card Entry | -3,920.40 | -37,888.94 |
| 09/28/26 | 17281406 | DTN Credit Card Entry | -1,918.94 | -39,807.88 |
| 09/30/26 | 17288760 | DTN Credit Card Entry | -372.56 | -40,180.44 |

If payment has been made please disregard this statement.
2% Convenience Fee will be charged for credit card payments.

TOTAL AMOUNT DUE: -40,180.44

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | YTD FINANCE |
|---|---|---|---|---|
| -38,794.50 | -1,385.94 | .00 | .00 | .00 |

# Exhibit G

# Adelaide Pointe QOZB LLC

Sales by Product/Service Detail
October 2026

| Transaction date | Transaction type | Num | Customer full name | Description | Quantity | Sales price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Rent Income | | | | | | | | |
| Rent | | | | | | | | |
| 10/01/2026 | Invoice | 014439 | Red Bull Distribution Company | Unit 4 | 1.00 | 1,620.00 | 1,620.00 | 1,620.00 |
| 10/01/2026 | Invoice | 014440 | Jon Bartnick | Unit 1 | 1.00 | 1,380.00 | 1,380.00 | 3,000.00 |
| 10/01/2026 | Invoice | 014446 | Aleschia Loughridge | Office Space Rental | | 550.00 | 550.00 | 3,550.00 |
| 10/01/2026 | Invoice | 014507 | Drew Goss | | 1.00 | 1,500.00 | 1,500.00 | 5,050.00 |
| 10/01/2026 | Invoice | 014524 | CJ Anastor | | 1.00 | 2,180.00 | 2,180.00 | 7,230.00 |
| 10/01/2026 | Invoice | 014527 | Stephanie Sieradzki | Rent | 1.00 | 1,300.00 | 1,300.00 | 8,530.00 |
| 10/06/2026 | Invoice | 014495 | Sam Slaughter | Unit O | 1.00 | 2,361.35 | 2,361.35 | 10,891.35 |
| 10/07/2026 | Invoice | 014445 | Michael Tiley | Office Space Rental | 1.00 | 650.00 | 650.00 | 11,541.35 |
| 10/07/2026 | Invoice | 014447 | Robert Shelton | C1 & C2 | | 4,677.00 | 4,677.00 | 16,218.35 |
| 10/09/2026 | Invoice | 014420 | Judy and Chad Vanderstelt | 1204A - 16 | 1.00 | 2,078.00 | 2,078.00 | 18,296.35 |
| 10/09/2026 | Invoice | 014438 | Taylor Jones | Office 23 Rental | 1.00 | 650.00 | 650.00 | 18,946.35 |
| 10/09/2026 | Invoice | 014528 | Judy and Chad Vanderstelt | Rent Payment | 1.00 | 2,078.67 | 2,078.67 | 21,025.02 |
| 10/13/2026 | Invoice | 014519 | Rapid Tech, LLC | Unit 3 | 1.00 | 1,440.00 | 1,440.00 | 22,465.02 |
| 10/21/2026 | Invoice | 014496 | Brian Homfeld | Unit B4 | 1.00 | 970.72 | 970.72 | 23,435.74 |
| 10/22/2026 | Invoice | 014422 | MZH Concrete LLC | 1204B - 1 & 2 | 1.00 | 2,670.00 | 2,670.00 | 26,105.74 |
| 10/22/2026 | Invoice | 014581 | MZH Concrete LLC | 1204B - 1 & 2 | 1.00 | 2,670.00 | 1,455.16 | 27,560.90 |
| **Total for Rent** | | | | | **14.00** | | **$27,560.90** | |
| **Total for Rent Income with sub-items** | | | | | **14.00** | | **$27,560.90** | |
| **TOTAL** | | | | | **14.00** | | **$27,560.90** | |

# Exhibit H

CHASE for BUSINESS®

Printed from Chase for Business

Overview / Account: Ink Preferred (...4930)

Ink Preferred (...4930)

# $6,195.58




Current balance | Show details

| | | | |
|---|---|---|---|
| **Nov 5, 2026** | **$0.00** | **$0.00** | **-$761.91** |
| Payment due date | Minimum payment due | Remaining statement balance | Available credit |
| **$17,500.00** | **Off** \| | | |
| Total credit limit | Automatic payments | | |

## Cardholders (2)

## Transactions

### Pending (5)

| Date | Description | Card | Amount |
|---|---|---|---|
| Oct 23, 2026 | Walmart | (...0809) | $158.08 |
| | DocuSign | (...0809) | $315.00 |
| | Facebook Advertising | (...0809) | $298.07 |
| Oct 22, 2026 | ONETOUCHSID ON PayPal | (...0809) | $10,362.13 |

| Date | Description | Card | Amount |
|---|---|---|---|
| | ONETOUCHSID ON PayPal | (...0809) | $933.05 |

Showing: Specific date range

We found 23 transactions.

Filtered by: Oct 1, 2026 to Oct 17, 2026

| Date | Description | Card | Category | Amount |
|---|---|---|---|---|
| Oct 12, 2026 | FORKLIFT EXCHANGE ILLINOI | (...0809) | Repair & maintenance | $2,307.84 |
| | Intuit Quickbook | (...0809) | Office & Shipping | $283.00 |
| | Intuit Quickbook | (...0809) | Office & Shipping | $275.00 |
| | IN SHEPHERD GUTTERS AND | (...0809) | Repair & maintenance | $350.00 |
| | IN SHEPHERD GUTTERS AND | (...0809) | Repair & maintenance | $500.00 |
| | Payment Thank You - Web | (...4930) | — | −$16,533.32 |
| Oct 9, 2026 | Payment Thank You - | (...4930) | — | −$10,000.00 |

| Date | Description | Card | Category | | Amount |
|---|---|---|---|---|---|
| | Web | | | | |
| Oct 8, 2026 | Comcast | (...0809) | Bills & utilities | | $191.85 |
| | Amazon.com | (...0809) | Merchandise & Inventory | | $11.06 |
| Oct 7, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | | $27.02 |
| | Amazon.com | (...0809) | Merchandise & Inventory | | $7.50 |
| | Intuit Quickbook | (...0809) | Office & Shipping | | $85.00 |
| | Amazon.com | (...0809) | Merchandise & Inventory | | $7.94 |
| | FORKLIFT EXCHANGE ILLINOI | (...0809) | Repair & maintenance | | $4,910.65 |
| Oct 5, 2026 | IN PORT TO PORT WMI | (...0809) | Merchandise & Inventory | | $115.00 |
| Oct 2, 2026 | FORKLIFT EXCHANGE ILLINOI | (...0809) | Repair & maintenance | | $3,747.79 |
| | Amazon.com | (...0809) | Merchandise & Inventory | | $308.10 |
| | Amazon.com | (...0809) | Merchandise & Inventory | | $109.06 |
| Oct 1, 2026 | The Home Depot | (...0809) | Repair & maintenance | | $126.06 |

| Date | Description | Card | Category | Amount |
|---|---|---|---|---|
| | ANNUAL MEMBERSHIP FEE | (...4930) | Fees & adjustments | $95.00 |
| Sep 30, 2026 | SCHULTZ SEPTIC LLC | (...0809) | Repair & maintenance | $380.00 |
| | ONETOUCH SID ONETO PayPal | (...0809) | Repair & maintenance | $699.92 |
| Sep 29, 2026 | The Home Depot | (...0809) | Repair & maintenance | $1,023.11 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender