ORDERED.

**Dated: October 28, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors. *Jointly Administered*
_______________________________/

**ORDER DENYING INDEPENDENT BANK'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, MOTION TO STAY CONSIDERATION OF (A) DEBTORS' MOTION TO OBTAIN FINANCING [DOC. 319] AND (B) DEBTOR'S MOTION TO DETERMINE CERTAIN SECURED CLAIMS [DOC. 320]**

THIS CASE came before the Court on October 21, 2026, at 3:00 p.m., upon *Independent Bank's Motion to Strike, or in the Alternative, Motion to Stay Consideration of (A) Debtors' Motion to Obtain Financing [Doc. 319] and (B) Debtor's Motion to Determine Certain Secured Claims [Doc. 320]* (Doc. No. 324) (the "**Motion**") and the *Debtors' Response to Independent Bank's Motion to Strike* (Doc. No. 328) (the "**Response**"). The Court, having reviewed the

Motion and the Response, heard the argument of counsel, and being otherwise duly advised in the premises, for the reasons stated orally on the record at the Hearing which shall constitute the decision of the Court, it is hereby,

**ORDERED THAT:**

1. The Motion is DENIED.

2. This Order is without prejudice to Independent Bank's right to raise any objections or arguments in response and opposition to (a) *Debtors' Motion for Entry of a Final Order (I) Authorizing Certain Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105(a), 363, 364(c)(1), 364(c)(2), and 364(d); (II) Granting Senior Priming Liens and Super-Priority Administrative Expense Status to the DIP Lender; and (III) Approving the DIP Commitment* (Doc. 319) and (b) *Debtor's Motion to Determine the Secured Status and Amount of Independent Bank's Claim and Catalyst Construction's Claim Secured by the Building Collateral* (Doc. 320).

3. The Court retains jurisdiction to interpret and enforce this Order.

*Attorney Jeffrey W. Warren is directed to serve a copy of this order on all interested parties that do not receive service via CM/ECF and file proof of service within three (3) days of entry of the order.*