ORDERED.

**Dated: October 28, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors. | *Jointly Administered* |

_______________________________/

**ORDER GRANTING MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS**

THIS CASE came before the Court on October 21, 2026 at 3:00 p.m., upon the *Debtor's Motion to Sell Personal Property Free and Clear of Liens and Other Interests Pursuant to 11 U.S.C. §§ 363(b) and 363(f)* (Doc No. 291) (the "Motion") and this Court, having reviewed the Motion, the record, and otherwise advised, for the reasons stated on the record, it is hereby,

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Debtor Adelaide Pointe QOZB, LLC is authorized pursuant to 11 U.S.C. §§ 363(b) and 363(f) to sell the property described in the Motion and to effectuate the transfer of such property free and clear of liens, encumbrances, claims, and interests.
3. Upon consummation of the sale, the proceeds shall be sent to the Debtor's debtor-in-possession account, then promptly distributed to Independent Bank less a $2,500 carve-out to be distributed to David Jennis, P.A. d/b/a Jennis Morse for services related to facilitating the sale.
4. The sale and distributions are authorized without further notice, hearing, or order of this Court.

*Attorney Sebastian T. Pankiewicz is directed to serve a copy of this order on all interested parties that do not receive service via CM/ECF and file proof of service within three (3) days of entry of the order.*