ORDERED.

**Dated: October 28, 2026**

Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors. *Jointly Administered*
_______________________________________/

**ORDER DEFERRING CONSIDERATION OF DEBTORS' AMENDED MOTION FOR ENTRY OF A FINAL ORDER (I) AUTHORIZING CERTAIN DEBTORS TO OBTAIN POST-PETITION FINANCING PURSUANT TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105(A), 363(c)(1), AND 364(d); (II) GRANTING SENIOR PRIMING LIENS AND SUPER-PRIORITY ADMINISTRATIVE EXPENSE STATUS TO THE DIP LENDER; (III) APPROVING THE DIP COMMITMENT**

THIS CASE came before the Court on October 21, 2026, at 3:00 p.m., upon the *Debtors' Amended Motion for Entry of a Final Order (I) Authorizing Certain Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105(a), 363, 364(c)(1), 364(c)(2), and 364(d); (II)*

*Granting Senior Priming Liens and Super-Priority Administrative Expense Status to the DIP Lender; (III) Approving the DIP Commitment and Authorizing Execution of the Loan Documents; and (IV) Granting Related Relief* (Doc. No. 327) (the "**Motion**"). The Court, having reviewed the Motion, heard the argument of counsel, and being otherwise duly advised in the premises, for the reasons stated orally on the record at the Hearing which shall constitute the decision of the Court, it is hereby,

**ORDERED THAT:**

1. The consideration of the Motion (Doc. No. 327) is DEFERRED pending further order of this Court.

2. No hearing on the Motion shall proceed, and no relief requested in the Motion shall be considered, unless and until the Court enters a further order modifying this deferral.

3. The Court retains jurisdiction to enter such further orders concerning the Motion as may be appropriate.

*Attorney Jeffrey W. Warren is directed to serve a copy of this order on all interested parties that do not receive service via CM/ECF and file proof of service within three (3) days of entry of the order.*