UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | |
| Leestma Management, LLC | Case No. 8:26-bk-02696-CED [Lead Case] |
| Adelaide Pointe QOZB, LLC | Case No. 8:26-bk-02698-CED |
| Adelaide Pointe Boaters Services, LLC | Case No. 8:26-bk-02699-CED |
| Adelaide Pointe Building 1, LLC | Case No. 8:26-bk-02700-CED |
| Waterland Battle Creek, LLC, | Case No. 8:26-bk-02701-CED |
| | Chapter 11 |
| Debtors. | |
| ________________________________/ | *Jointly Administered Cases* |

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at **Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Fifth Floor, Room 555, Tampa, Florida 33602**, within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

**JENNIS MORSE'S MOTION TO WITHDRAW AS COUNSEL FOR DEBTORS**

David Jennis, P.A. d/b/a Jennis Morse and its attorneys (collectively, "JM"), pursuant to Local Rule 2091-2 and Florida Bar Rule 4-1.16, hereby files this *Motion to Withdraw as Counsel for Debtors* seeking entry of an Order permitting JM to withdraw as counsel of record for Debtors Leestma Management, LLC ("LM") and affiliated Debtors; Adelaide Pointe QOZB, LLC; Adelaide Pointe Boaters Services, LLC; Adelaide Pointe Building 1,

LLC; and Waterland Battle Creek, LLC (collectively, "Debtors") and in support of the relief requested JM states as follows:

**BACKGROUND**

1. On April 1, 2026, Debtors filed their *Voluntary Petitions for Non-Individuals Filing for Bankruptcy.*

2. On April 2, 2026, Debtors filed their *Expedited Motion for Joint Administration* (Doc. 4), which was granted by this Court's *Order Granting Debtor's Expedited Motion for Joint Administration of Affiliated Cases* (Doc. 8) on April 3, 2026.

3. On July 20, 2026, this Court entered its Order (Doc. 231) (the "Approval Order") that, among other things, approved the Interim Settlement Agreement (the "ISA") that appointed state court approved receiver, John Polderman as the Chief Restructuring Officer ("CRO") for the Debtors that were party to the ISA. The CRO's duties and responsibilities were set forth in the ISA.

4. JM requests permission to withdraw as the attorneys of record for Debtors in the lead case and all affiliated cases due to irreconcilable differences that have arisen between JM and Debtors.[1]

5. JM states that with clarity of direction, JM does not believe it would have irreconcilable differences with the Debtors, if action was directed by the CRO and adequate compensation methods were assured for future services. JM believes that with such direction and assurances, it could remain counsel for the Debtors under direction of the CRO pursuant

[1] Florida case law states that "irreconcilable differences" is a sufficient basis for counsel seeking leave to withdraw. JM would further state that any irreconcilable differences warranting withdrawal are the result of ambiguity as to who may provide JM with directions in how to advance the chapter 11 cases under the time frames set forth in the ISA.

to the authority of Sections 327(b) and 327(c) of the Bankruptcy Code, subject to order of the Court approving any such compensation assurances and clarifying JM's direction as to further services in conducting the case.

6. JM has given notice to Debtors of JM's intention to withdraw as counsel of record for Debtors in this matter.

7. JM's withdrawal will not prejudice any party and the withdrawal is not sought for the purpose of delay.

WHEREFORE, JM requests the entry of an order granting JM leave to withdraw as counsel of record for Leestma Management, LLC; Adelaide Pointe QOZB, LLC; Adelaide Pointe Boaters Services, LLC; Adelaide Pointe Building 1, LLC; and Waterland Battle Creek, LLC in the lead case and all affiliated cases and for any other relief deemed appropriate by this Honorable Court.

Dated: November 9, 2026.

*/s/ David S. Jennis*

David S. Jennis
FBN: 775940
JENNIS LAW FIRM
606 E. Madison Street
Tampa, FL 33602
Telephone: (813) 229-2800
Email: djennis@jennislaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via CM/ECF to the parties that receive service via CM/ECF in the ordinary course of business on this 9th day of November 2026 and via electronic mail to Debtors, Leestma Management, LLC; Adelaide Pointe QOZB, LLC; Adelaide Pointe Boaters Services, LLC; Adelaide Pointe Building 1, LLC; and Waterland Battle Creed, LLC.

*/s/ David S. Jennis*
David. S. Jennis