**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors. *Jointly Administered*
_________________________________/

**NOTICE OF FILING DECLARATION OF DEFAULT**

Independent Bank ("**Bank**"), by and through undersigned counsel, files the Declaration of Default attached as **Exhibit "A."**

Dated: November 18, 2026

*/s/Jeffrey W. Warren*
BUSH ROSS P.A.
Jeffrey W. Warren
Florida Bar No.150024
1801 North Highland Avenue
Tampa, Florida 33602-2656
Phone: (813) 224-9255
Email: jwarren@bushross.com
Counsel for Independent Bank

*/s/Darren J. Burmania*
BODMAN PLC
Darren J. Burmania (P68240)
99 Monroe Ave NW, Suite 300
Grand Rapids, MI 49503
Phone: (616) 205-3313
Email: dburmania@bodmanlaw.com
Counsel for Independent Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2026, I electronically filed a true and correct copy of the foregoing Notice of Filing Declaration of Default with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- **Charles W Azano** chip.azano@gtlaw.com
- **Marc Bakst** mbakst@bodmanlaw.com
- **Jessica Clemente** jessica.clemente@hwhlaw.com, phil.khezri@hwhlaw.com
- **Kathleen DiSanto** kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- **Moe Freedman** freedmanm1@michigan.gov
- **Alberto F Gomez** al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com
- **Angela N Grewal** angela.grewal@arlaw.com, jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.navarro@arlaw.com
- **John B Hutton** huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;Melissa.DeLaTorre@gtlaw.com
- **David S Jennis** djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com
- **Sherri L Johnson** sjohnson@johnsonlegalfl.com, g24582@notify.cincompass.com
- **Stephen S. LaPlante** laplante@millercanfield.com
- **Rhys P Leonard** rleonard@trenam.com, mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

- **David A Lerner** dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- **Stephanie C Lieb** slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- **Catrina Humphrey Markwalter** cmarkwalter@clarkhill.com, rahuja@clarkhill.com
- **Megen E. Miller** millerm59@michigan.gov
- **Sebastian Thor Pankiewicz** spankiewicz@jennislaw.com
- **John W Polderman** jpolderman@sbplclaw.com, jlassen@sbplclaw.com
- **Jon Polenberg** jpolenberg@beckerlawyers.com, ydaneshfar@beckerlawyers.com;tfritz@beckerlawyers.com;CourtMail@beckerlawyers.com;daperez@beckerlawyers.com
- **Dana Lee Robbins-Boehner** drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- **Marc N. Swanson** swansonm@millercanfield.com
- **James Timko** jtimko@deanmead.com, mgodek@deanmead.com
- **United States Trustee - TPA** USTPRegion21.TP.ECF@USDOJ.GOV
- **Jeffrey W. Warren** jwarren@bushross.com, bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com
- **Nathan A Wheatley** nathan.a.wheatley@usdoj.gov
- **Edmund S Whitson** ewhitson@beckerlawyers.com, tfritz@beckerlawyers.com;nportuondo@beckerlawyers.com;courtmail@beckerlawyers.com
- **Darrien Worth** worth@millercanfield.com
- **John R Yant** ryant@carltonfields.com, epritchett@carltonfields.com
- All parties who receive electronic service via the CM/ECF system

**Via U.S. Mail, Postage Prepaid to:**

Leestma Management, LLC, c/o Ryan M. Leestma, Member, 1900 Gulf Drive North, Unit 7, Bradenton Beach, FL 34217

Adelaide Pointe QOZB, LLC, Ryan M. Leestma, Manager, 1204 W. Western Avenue, Muskegon, MI 49441

Adelaide Pointe Boaters Services, LLC, Ryan M. Leestma, Manager, 400 Adelaide Circle, Muskegon, MI 49441

Adelaide Pointe Building 1, LLC, Ryan M. Leestma, Manager, 901 Adelaide Circle, Muskegon, MI 49441

Waterland Battle Creek, LLC, Ryan M. Leestma, Manager, 77 East Michigan Avenue, Battle Creek, MI 49017

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Via Email and U.S. Mail, Postage Prepaid to:**

Ryan Leestma, 1599 Westwind Court, Muskegon, MI 49445
Ryan Leestma, 1900 Gulf Dr. N, Unit 7, Bradenton Beach, FL 34217
(RML@leestmamanagement.com)

Emily Leestma, 1599 Westwind Court, Muskegon, MI 49445
Emily Leestma, 1900 Gulf Dr. N, Unit 7, Bradenton Beach, FL 34217
(esl@leestmamanagement.com)

R. Christopher Cataldo, Esq. 27777 Franklin Road, Suite 2500, Southfield, MI 48034
(ccatlado@taftlaw.com)

*/s/ Jeffrey W. Warren*
Jeffrey W. Warren

# EXHIBIT “A”

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors. *Jointly Administered*
_________________________________/

**DECLARATION OF DEFAULT**

Independent Bank ("**Bank**"), by and through undersigned counsel, submits this Declaration of Default (the "**Declaration**") pursuant to the *Approval Order Granting Debtors' Motion to Approve Mediated Interim Settlement Agreement Term Sheet* (Doc. 231) (the "**Approval Order**").

Pursuant to Paragraph 25 of the Approval Order, Ryan Leestma and Emily Leestma agreed to make monthly debt service payments to the Bank in the amount of $8,023 beginning October 1, 2026. The October 1, 2026, debt service payment was made to the Bank, but Ryan Leestma and Emily Leestma failed to make the November 1, 2026, debt service payment.

Dated: November 18, 2026

*/s/Jeffrey W. Warren*
BUSH ROSS P.A.
Jeffrey W. Warren
Florida Bar No.150024
1801 North Highland Avenue
Tampa, Florida 33602-2656
Phone: (813) 224-9255
Email: jwarren@bushross.com

and

*/s/Darren J. Burmania*

BODMAN PLC
Darren J. Burmania (P68240)
99 Monroe Ave NW, Suite 300
Grand Rapids, MI 49503
Phone: (616) 205-3313
Email: dburmania@bodmanlaw.com
Counsel for Independent Bank