**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors. *Jointly Administered*
_________________________________/

## INDEPENDENT BANK'S MOTION TO MODIFY PRELIMINARY INJUNCTION

Independent Bank ("**Bank**"), by and through undersigned counsel, pursuant to the *Approval Order Granting Debtors' Motion to Approve Mediated Interim Settlement Agreement Term Sheet* (Doc. 231) (the "**Approval Order**"), moves for entry of an order modifying the *Interim Order Granting in Part Debtors' Emergency Motion to (I) Extend the Automatic Stay to Ryan Leestma or Alternatively, (II) Grant a Preliminary Injunction Under Section 105(a) Enjoining Independent Bank From Pursuing Personal Liability Actions* (Doc. 144) (the "**Preliminary Injunction**") to authorize the Bank to take any and all steps necessary to exercise any and all rights it may have in the Michigan Home[1] and against Ryan Leestma and Emily Leestma, in their individual capacity, relating to the Michigan Home Resolution.

In support of this Motion, the Bank states as follows:

---

[1] Capitalized terms not defined herein are defined in the Approval Order (Doc. 231).

## BACKGROUND AND OVERVIEW

### A. Introduction.

1. On May 19, 2026, the Court entered the Preliminary Injunction.

2. On June 10-11, 2026, the Debtors, Ryan Leestma and Emily Leestma, the Bank, Choice One Bank, 4Front Credit Union, the City of Muskegon, Michigan, and the Michigan Department of Environment, Great Lakes, and Energy, among others, met for a two-day judicial settlement conference with the Honorable Chief Bankruptcy Judge Jacob Brown (the "**Judicial Settlement Conference**").

3. The Judicial Settlement Conference resulted in the parties executing an Interim Settlement Agreement ("**ISA**") that resulted in the entry of the Approval Order.

4. The ISA and Approval Order provided, in part, that the Preliminary Injunction was extended to February 1, 2027; provided, however, that the Preliminary Injunction would be modified under certain circumstances.

5. Paragraph 26 of the Approval Order states that the failure of Ryan Leestma and Emily Leestma to satisfy the conditions of the ISA and Paragraph 25 of the Approval Order regarding required payments to the Bank related to the Michigan Home Resolution shall constitute cause to terminate the Preliminary Injunction as to the Michigan Home upon the filing of a declaration of default by Bank.

6. Pursuant to Paragraph 25 of the Approval Order, Ryan Leestma and Emily Leestma agreed to make monthly debt service payments to the Bank in the amount of $8,023 beginning October 1, 2026. The debt service payment due October 1, 2026, was made to the Bank, but Ryan Leestma and Emily Leestma failed to make the November 1, 2026, debt

service payment required by Paragraph 25 of the Approval Order.[2]

## RELIEF REQUESTED

7. Pursuant to the terms of the Approval Order, the Bank has contemporaneously filed with this Motion a declaration that Ryan Leestma and Emily Leestma are in default for failing to comply with the Michigan Home Resolution (the "**Declaration of Default**").

8. Upon filing the Declaration of Default, the Approval Order provides that the Bank is authorized to take any and all steps necessary to exercise any and all rights it may have in the Michigan Home and against Ryan Leestma and Emily Leestma, in their individual capacity, relating to the Michigan Home Resolution

9. Pursuant to the terms of the Approval Order, the Bank seeks entry of an order confirming that the Preliminary Injunction has been terminated as to the Michigan Home as provided in the Approval Order.

WHEREFORE, the Bank respectfully requests that the Court enter an order (i) terminating the Preliminary Injunction as to the Michigan Home and authorizing the Bank to take any and all steps necessary to exercise any and all rights it may have in the Michigan Home and against Ryan Leestma and Emily Leestma, in their individual capacity, relating to the Michigan Home Resolution, and (ii) granting such other relief deemed just and proper.

Dated: November 18, 2026

*/s/Jeffrey W. Warren*

BUSH ROSS P.A.
Jeffrey W. Warren
Florida Bar No.150024
1801 North Highland Avenue
Tampa, Florida 33602-2656
Phone: (813) 224-9255
Email: jwarren@bushross.com
Counsel for Independent Bank

[2] Ryan Leestma and Emily Leestma did surrender to the Bank the RV in compliance with the RV Resolution set forth in Paragraph 24 of the Approval Order.

*/s/Darren J. Burmania*
BODMAN PLC
Darren J. Burmania (P68240)
99 Monroe Ave NW, Suite 300
Grand Rapids, MI 49503
Phone: (616) 205-3313
Email: dburmania@bodmanlaw.com
Counsel for Independent Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2026, I electronically filed a true and correct copy of the foregoing Independent Bank's Motion to Modify Preliminary Injunction with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system, and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

- **Charles W Azano** chip.azano@gtlaw.com
- **Marc Bakst** mbakst@bodmanlaw.com
- **Jessica Clemente** jessica.clemente@hwhlaw.com, phil.khezri@hwhlaw.com
- **Kathleen DiSanto** kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- **Moe Freedman** freedmanm1@michigan.gov
- **Alberto F Gomez** al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com
- **Angela N Grewal** angela.grewal@arlaw.com, jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.navarro@arlaw.com
- **John B Hutton** huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;Melissa.DeLaTorre@gtlaw.com
- **David S Jennis** djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com
- **Sherri L Johnson** sjohnson@johnsonlegalfl.com, g24582@notify.cincompass.com
- **Stephen S. LaPlante** laplante@millercanfield.com
- **Rhys P Leonard** rleonard@trenam.com, mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdr

ive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com

- **David A Lerner** dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- **Stephanie C Lieb** slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- **Catrina Humphrey Markwalter** cmarkwalter@clarkhill.com, rahuja@clarkhill.com
- **Megen E. Miller** millerm59@michigan.gov
- **Sebastian Thor Pankiewicz** spankiewicz@jennislaw.com
- **John W Polderman** jpolderman@sbplclaw.com, jlassen@sbplclaw.com
- **Jon Polenberg** jpolenberg@beckerlawyers.com, ydaneshfar@beckerlawyers.com;tfritz@beckerlawyers.com;CourtMail@beckerlawyers.com;daperez@beckerlawyers.com
- **Dana Lee Robbins-Boehner** drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- **Marc N. Swanson** swansonm@millercanfield.com
- **James Timko** jtimko@deanmead.com, mgodek@deanmead.com
- **United States Trustee - TPA** USTPRegion21.TP.ECF@USDOJ.GOV
- **Jeffrey W. Warren** jwarren@bushross.com, bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com
- **Nathan A Wheatley** nathan.a.wheatley@usdoj.gov
- **Edmund S Whitson** ewhitson@beckerlawyers.com, tfritz@beckerlawyers.com;nportuondo@beckerlawyers.com;courtmail@beckerlawyers.com
- **Darrien Worth** worth@millercanfield.com
- **John R Yant** ryant@carltonfields.com, epritchett@carltonfields.com
- All parties who receive electronic service via the CM/ECF system

**<u>Via U.S. Mail, Postage Prepaid to:</u>**

Leestma Management, LLC, c/o Ryan M. Leestma, Member, 1900 Gulf Drive North, Unit 7, Bradenton Beach, FL 34217

Adelaide Pointe QOZB, LLC, Ryan M. Leestma, Manager, 1204 W. Western Avenue, Muskegon, MI 49441

Adelaide Pointe Boaters Services, LLC, Ryan M. Leestma, Manager, 400 Adelaide Circle, Muskegon, MI 49441

Adelaide Pointe Building 1, LLC, Ryan M. Leestma, Manager, 901 Adelaide Circle, Muskegon, MI 49441

Waterland Battle Creek, LLC, Ryan M. Leestma, Manager, 77 East Michigan Avenue, Battle Creek, MI 49017

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Via Email and U.S. Mail, Postage Prepaid to:**

Ryan Leestma, 1599 Westwind Court, Muskegon, MI 49445
Ryan Leestma, 1900 Gulf Dr. N, Unit 7, Bradenton Beach, FL 34217
(RML@leestmamanagement.com)

Emily Leestma, 1599 Westwind Court, Muskegon, MI 49445
Emily Leestma, 1900 Gulf Dr. N, Unit 7, Bradenton Beach, FL 34217
(esl@leestmamanagement.com)

R. Christopher Cataldo, Esq. 27777 Franklin Road, Suite 2500, Southfield, MI 48034
(ccatlado@taftlaw.com)

*/s/ Jeffrey W. Warren*
Jeffrey W. Warren