UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/18/2026 04:00 PM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:26-bk-02696-CED** | **11** | **04/01/2026** |

**Chapter 11**

**DEBTOR:** Leestma Management, LLC

**DEBTOR ATTY:** **Sebastian Pankiewicz**

**TRUSTEE:** **NA**

**HEARING:**

(1) Continued Motion for Relief from Stay. (Fee Paid.) or in the alternative, Adequate Protection Filed by Angela N Grewal on behalf of Creditor Team Financial Inc (Attachments: # [1] Exhibit A- Lease # [2] Exhibit B- UCC # [3] Exhibit C- POC # [4] Exhibit D- Declaration) Doc #312

- Objection to Team Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 USC 362(d)(1) or in the Alternative, Adequate Protection. Filed by Sebastian Thor Pankiewicz on behalf of Interested Party Adelaide Pointe QOZB, LLC (related document(s)[312]). Doc #323

~(2) Motion for Leave to Withdraw as Counsel Contains negative notice. Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC Doc #347

~(3) Motion to Shorten Time and Set Expedited Hearing for Motion to Withdraw Filed by Sebastian Thor Pankiewicz on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC (related document(s)[347]). Doc #350

(4) Continued Status Conference re: Doc #s 330 & 332

-Response to Interim Report of CRO Filed by Sebastian Thor Pankiewicz on behalf of Debtor Leestma Management, LLC (related document(s)322). Doc #330

-Notice of Filing Bi-Weekly Accounting for CRO for the Time Period of October 3, 2026 through October 16, 2026 Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman (related document(s)51, 193). Doc #332

**APPEARANCES:**: Nathan Wheatley, John Polderman, David Lerner, Alberto Gomez, Stephen LaPlante, Rhys Leonard, Angela Grewal, Phillip Khezri, David Bevens, Nicholas Spigel, Darren Burmania, Jeffrey Warren, Dana Robbins-Boehner, Sebastian Pankiewicz, Ryan Leestma, David Jennis

**RULING:**

(1) Continued Motion for Relief from Stay. (Fee Paid.) or in the alternative, Adequate Protection Filed by Angela N Grewal on behalf of Creditor Team Financial Inc (Attachments: # [1] Exhibit A- Lease # [2] Exhibit B- UCC # [3] Exhibit C- POC # [4] Exhibit D- Declaration) Doc #312

- Objection to Team Financial Group, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 USC 362(d)(1) or in the Alternative, Adequate Protection. Filed by Sebastian Thor Pankiewicz on behalf of Interested Party Adelaide Pointe QOZB, LLC (related document(s)[312]). Doc #323
Granted; Agreed Order to be Submitted O/Grewal

~(2) Motion for Leave to Withdraw as Counsel Contains negative notice. Filed by David S Jennis on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC Doc #347. Granted; Debtor to Retain New Counsel Within 14 Days. O/Jennis

~(3) Motion to Shorten Time and Set Expedited Hearing for Motion to Withdraw Filed by Sebastian Thor Pankiewicz on behalf of Interested Parties Adelaide Pointe Boaters Services, LLC, Adelaide Pointe Building 1, LLC, Adelaide Pointe QOZB, LLC, Waterland Battle Creek, LLC, Debtor Leestma Management, LLC (related document(s)[347]). Doc #350. Hearing Held.

(4) Continued Status Conference re: Doc #s 330 & 332

-Response to Interim Report of CRO Filed by Sebastian Thor Pankiewicz on behalf of Debtor Leestma Management, LLC (related document(s)322). Doc #330

-Notice of Filing Bi-Weekly Accounting for CRO for the Time Period of October 3, 2026 through October 16, 2026 Filed by Alberto F Gomez Jr. on behalf of Interested Party John Polderman (related document(s)51, 193). Doc #332 Hearing Held.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.