UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| LEESTMA MANAGEMENT, LLC | Case No.: 8:26-bk-02696-CED [Lead Case] |
| ADELAIDE POINTE QOZB, LLC | Case No.: 8:26-bk-02698-CED |
| ADELAIDE POINTE BOATERS SERVICES, LLC | Case No.: 8:26-bk-02699-CED |
| ADELAIDE POINTE BUILDING 1, LLC | Case No.: 8:26-bk-02700-CED |
| WATERLAND BATTLE CREEK, LLC | Case No.: 8:26-bk-02701-CED |

Debtors.

Chapter 11
*Jointly Administered*

_______________________________________/

**BI-WEEKLY ACCOUNTING OF STATE COURT APPOINTED RECEIVER AND CHIEF RESTRUCTURING OFFICER PURSUANT TO INTERIM ORDERS REGARDING CASH COLLATERAL**

NOW COMES, John W. Polderman, the State Court Appointed Receiver ("Receiver") and the Chief Restructuring Officer, ("CRO") by and through the undersigned counsel, and for his Bi-Weekly Accounting states:

1. John W. Polderman is the State Court Appointed Receiver and Chief Restructuring Officer of certain assets of the Debtors herein.

2. On April 17, 2026, this Court entered an *Interim Order Regarding Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* [Dkt. No. 51] and which was subsequently extended at a subsequent hearing [Dkt. No. 193 as to Debtor Leestma Management (Hall Street) and Dkt. 193 as to the remaining Debtors] ("Interim Orders").

3. The Interim Orders provide for a budget variance report and accounts receivable report for the time-period of October 31, 2026 through November 12, 2026.

4. For Leestma Management (Hall Street) an accounts receivable report is attached as Exhibit A and a budget to actual report is attached as Exhibit B.

5. For Battle Creek Waterland, an accounts receivable report is attached as Exhibit C and a budget to actual report is attached as Exhibit D.

6. For Adelaide Pointe Boaters Services, a budget to actual report is included in Exhibit E and an accounts receivable report showing fuel sales and credits for November will be provided in the next bi-weekly report.

7. For Adelaide Pointe Building 1, there are no accounts receivable activity or budget to actual report.

8. For Adelaide Pointe QOZB, an accounts receivable report is attached as Exhibit F, and budget to actual report is attached as Exhibit E.

9. Credit card activity is attached as Exhibit G.

10. The CRO has opened new DIP accounts at Huntington Bank and is utilizing those accounts for all disbursements.

Dated: November 20, 2026.

Respectfully submitted,

/s/ John W. Polderman
John W. Polderman, P65720
Court Appointed Receiver and
Chief Restructuring Officer
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-8175
jpolderman@sbplclaw.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive

Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver and CRO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished either by the Court's CM/ECF system or by regular U.S. Mail to the **Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; **David S Jennis**, Jennis Morse, 606 East Madison Street, Tampa, FL 33602; Email: djennis@jennislaw.com; **Kathleen DiSanto,** Bush Ross, P.A., PO Box 3913, Tampa, FL 33601, Email: kdisanto@bushross.com; **Jeffrey Warren**, Email: jwarren@bushross.com; all parties registered to receive electronic notices via CM/ECF in this case (listed below) and via U.S. Mail to: Leestma Management, LLC, 1900 Gulf Drive North, Unit 7, Bradenton, FL 34217 on November 20, 2026.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, CRO*

**Mailing Information for Case 8:26-bk-02696-CED**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Charles W Azano chip.azano@gtlaw.com
- Marc Bakst mbakst@bodmanlaw.com
- Jessica Clemente jessica.clemente@hwhlaw.com, phil.khezri@hwhlaw.com
- Kathleen DiSanto kdisanto@bushross.com, bnkecf@bushross.com;bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- Moe Freedman freedmanm1@michigan.gov

- Alberto F Gomez al@jpfirm.com, al@jpfirm.com;andrenaw@jpfirm.com;katherineb@jpfirm.com
- Angela N Grewal angela.grewal@arlaw.com, jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.navarro@arlaw.com
- John B Hutton huttonj@gtlaw.com, MIALitDock@gtlaw.com;miaecfbky@gtlaw.com;Melissa.DeLaTorre@gtlaw.com
- David S Jennis djennis@jennislaw.com, ecf@jennislaw.com;aschaefer@jennislaw.com
- Sherri L Johnson sjohnson@johnsonlegalfl.com, g24582@notify.cincompass.com
- Stephen S. LaPlante laplante@millercanfield.com
- Rhys P Leonard rleonard@trenam.com, mmosbach@trenam.com;rleonard@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@trenam.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- David A Lerner dlerner@plunkettcooney.com, nwinagar@plunkettcooney.com
- Stephanie C Lieb slieb@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;slieb@ecf.courtdrive.com;mmosbach@ecf.courtdrive.com;mwoods@ecf.courtdrive.com;jpayne@trenam.com
- Catrina Humphrey Markwalter cmarkwalter@clarkhill.com, rahuja@clarkhill.com
- Megen E. Miller millerm59@michigan.gov
- Sebastian Thor Pankiewicz spankiewicz@jennislaw.com
- John W Polderman jpolderman@sbplclaw.com, jlassen@sbplclaw.com
- Jon Polenberg jpolenberg@beckerlawyers.com, ydaneshfar@beckerlawyers.com;tfritz@beckerlawyers.com;CourtMail@beckerlawyers.com;daperez@beckerlawyers.com
- Dana Lee Robbins-Boehner drobbins@burr.com, mguerra@burr.com;kkearney@burr.com
- Marc N. Swanson swansonm@millercanfield.com
- James Timko jtimko@deanmead.com, mgodek@deanmead.com
- United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV
- Jeffrey W. Warren jwarren@bushross.com, bankruptcy.eservice@bushross.com;jwarren@ecf.courtdrive.com
- Nathan A Wheatley nathan.a.wheatley@usdoj.gov
- Edmund S Whitson ewhitson@beckerlawyers.com, tfritz@beckerlawyers.com;nportuondo@beckerlawyers.com;courtmail@beckerlawyers.com
- Darrien Worth worth@millercanfield.com
- John R Yant ryant@carltonfields.com, epritchett@carltonfields.com

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
400 North Ashley Drive
Suite 3100
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: AL@JPFirm.com
*Attorneys for John Polderman, Receiver/CRO*

# Exhibit A

11/20/2026 9:31 AM

## Receivable Summary-Hall St. : thru 11/12/26

DB Caption: Bradley LIVE Property: 446 Status: Current, Past, Future Month From: 11/2026 To 11/2026 Summary By: Tenant

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Leestma Management, LLC (446 )** | | | | | | | |
| 446 | | AVERIE HARRIS DESIGN, LLC | -1,058.27 | 1,312.65 | 0.00 | 254.38 | Utility charges |
| 446 | | D2D Events, LLC | -138,300.00 | 1,390.50 | 0.00 | -136,909.50 | Prepayment for 2027; use for roof replacement |
| 446 | | Dionel Photography, LLC. | 3,102.55 | 0.00 | 0.00 | 3,102.55 | Legal |
| 446 | | Emmanuel Hospice | 2,501.74 | 8,411.89 | -10,135.49 | 778.14 | Utility charges |
| 446 | | First Steps Kent | 218.74 | 6,630.20 | -6,630.20 | 218.74 | Utility charges |
| 446 | | GANZO LLC | 54.42 | 1,036.75 | -1,036.75 | 54.42 | Utility charges |
| 446 | | Hurley & Stewart, LLC | -2,044.84 | 2,266.32 | 0.00 | 221.48 | Utility charges |
| 446 | | Ingalls Pictures, LLC. | 352.19 | 0.00 | 0.00 | 352.19 | Utility charges |
| 446 | | J Photography of Grand Rapids LLC | 391.73 | 2,028.59 | -2,386.89 | 33.43 | Utility charges |
| 446 | | JRA Foodservice Deisgn and Engineering | 0.00 | 1,092.95 | 0.00 | 1,092.95 | Nov 26 rent; tenant contacted |
| 446 | | Lorenz and Company, LLC. | 481.31 | 2,804.98 | -2,804.98 | 481.31 | Utility charges |
| 446 | | Midwest Building Maintenance, LLC | 59.97 | 1,879.66 | -1,879.66 | 59.97 | Utility charges |
| 446 | | National Women Business Owners Corporation | 0.00 | 849.25 | 0.00 | 849.25 | Nov 26 rent; tenant contacted |
| 446 | | Peter McDaniel | 399.93 | 2,905.98 | -3,133.38 | 172.53 | Utility charges |
| 446 | | Red66 Marketing, LLC | 75.32 | 2,508.62 | -2,508.62 | 75.32 | Utility charges |
| 446 | | Stats Medic, LLC | 155.57 | 4,138.00 | -4,138.00 | 155.57 | Utility charges |
| 446 | | Studio A & C Kitchen Design, Inc. | 237.28 | 1,410.74 | -1,410.74 | 237.28 | Utility charges |
| **446** | | | **-133,372.36** | **40,667.08** | **-36,064.71** | **-128,769.99** | |

# Exhibit B

11/20/2026 9:33 AM

Leestma Management, LLC (446)

## 2026 Budget to Actual: Hall Street

Period = Feb 2026-Dec 2026

Book = Accrual

| | | October 2026 | | | thru November 12, 2026 | |
|---|---|---|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | *Budget | Actual | Variance | *Budget | Actual |
| | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 4,300.00 | 4,000.00 | -0.07 | 4,300.00 | 4,000.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 272.00 | 275.39 | 0.01 | 272.00 | 210.00 |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 390.00 | 397.20 | 0.02 | 390.00 | |
| 6338-0000 | BANK FEE | 0.00 | 23.00 | #DIV/0! | 0.00 | 73.00 |
| 6373-0000 | SIGNAGE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6450-0000 | ELECTRICITY | 14,715.00 | 12,171.37 | -0.17 | 11,000.00 | 8,515.43 |
| 6451-1000 | SEWER AND WATER | 3,005.67 | 0.00 | -1.00 | 0.00 | 0.00 |
| 6452-0000 | GAS | 600.00 | 488.32 | -0.19 | 2,500.00 | 0.00 |
| 6525-0000 | TRASH REMOVAL | 1,800.00 | 2,136.98 | 0.19 | 1,800.00 | 925.00 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 23,178.00 | 0.00 | -1.00 | 0.00 | 0.00 |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | -75.00 | #DIV/0! | 0.00 | 0.00 |
| 6538-0000 | GEN MAINT-TECH LABOR | 200.00 | 420.10 | 1.10 | 200.00 | -337.50 |
| 6538-5000 | GEN MAINT MATERIALS | 0.00 | 267.08 | #DIV/0! | 0.00 | 182.62 |
| 6538-7500 | GEN MAINT CONTRACT | 0.00 | 382.50 | #DIV/0! | 0.00 | 0.00 |
| 6541-0000 | PARKING LOT REPAIR | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 7,905.00 | #DIV/0! | 0.00 | 2,870.00 |
| 6547-0000 | PLUMBING REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6549-0000 | ELECTRICAL MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6591-0000 | MILEAGE | 0.00 | 63.45 | #DIV/0! | 0.00 | -71.05 |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | 1,116.00 |
| 6595-1000 | ELEVATOR REPAIR & MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6596-0000 | PEST CONTROL | 138.00 | 139.00 | 0.01 | 138.00 | 0.00 |
| 6597-0000 | JANITORIAL SUPPLIES | 1,091.67 | 1,068.35 | -0.02 | 1,091.67 | 1,556.51 |
| 6597-5000 | JANITORIAL CONTRACT | 4,915.00 | 4,785.14 | -0.03 | 4,915.00 | 4,709.57 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 168.75 | #DIV/0! | 0.00 | 408.55 |
| 6606-0000 | LOT SWEEPING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | 0.00 |
| 6690-0000 | PAYROLL EXPENSE | 5,900.00 | 8,939.69 | 0.52 | 5,900.00 | 3,017.27 |
| 6710-0000 | REAL ESTATE TAXES | 0.00 | 11,620.63 | #DIV/0! | 0.00 | |
| 6720-0000 | LIABILITY INSURANCE | 2,000.00 | 1,918.74 | -0.04 | 2,000.00 | 1,798.70 |
| | | | | | | |
| **6800-9999** | **TOTAL OPERATING EXPENSES** | **62,505.34** | **57,095.69** | | **34,506.67** | **28,974.10** |
| | | | | | | |
| 6820-0000 | INTEREST EXPENSE | | | | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 37,091.71 | 37,091.71 | 0.00 | | |
| 7917-0000 | LEASE COMMISSION | 4,893.48 | 4,776.51 | -0.02 | 4,893.48 | 4,459.32 |
| 7918-0000 | OTHER OWNER EXPENSE | 0.00 | 547.21 | #DIV/0! | | |
| 2310-1101 | NOTE PAYABLE-PRINCIPAL REDUCTION | 31,130.34 | 31,130.34 | 0.00 | 30,025.30 | |
| 1420-4000 | BUILDING IMPROVEMENTS | | | #DIV/0! | | |
| | SECURITY DEPOSIT -CLEARING | | | #DIV/0! | | |
| | | | | | | |
| | | | | | | |

# Exhibit C

**11/20/2026 9:33 AM**

## Receivable Summary-Waterland BC Properties, LLC: thru 11/12/26

DB Caption: Bradley LIVE Property: 445 Status: Current, Past, Future Month From: 11/2026 To 11/2026 Summary By: Te

| Property | Customer | Tenant | Balance Forward | Charge | Receipt | Ending Balance | Comments |
|---|---|---|---|---|---|---|---|
| **Waterland Battle Creek Properties, LLC (445 )** | | | | | | | |
| 445 | | US Staffing of West Michigan, LLC | -2,527.92 | 2,889.75 | 0.00 | 361.83 | Oct 26 utlitites |
| **445** | | | **-2,527.92** | **2,889.75** | **0.00** | **361.83** | |
| | | | | | | | |

# Exhibit D

11/20/2026 9:35 AM

## 2026 Budget to Actual: Waterland BC Properties

Period = Feb 2026-Dec 2026

Book = Accrual

| | | October 2026 | | | thru November 12, 2026 | |
|---|---|---|---|---|---|---|
| 6000-0000 | OPERATING EXPENSES | **Budget** | **Actual** | **Variance** | **Budget** | **Actual** |
| | | | | | | |
| 6320-0000 | MANAGEMENT FEE | 1,305.00 | 1,265.00 | -0.03 | 1,305.00 | 1,265.00 |
| 6332-0000 | TELEPHONE AND INTERNET EXPENSE | 214.20 | 213.96 | 0.00 | 214.20 | |
| 6333-0000 | MISC EXPENSE-ADMIN FEES | 225.00 | 225.90 | 0.00 | 225.00 | 240.29 |
| 6338-0000 | BANK FEE | 0.00 | 23.00 | #DIV/0! | 0.00 | 53.00 |
| 6373-0000 | SIGNAGE | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6450-0000 | ELECTRICITY | 5,500.00 | 2,672.44 | -0.51 | 4,300.00 | |
| 6450-0000 | ENERGY FEES | 0.00 | 1,429.00 | #DIV/0! | 0.00 | |
| 6451-1000 | SEWER AND WATER | 666.67 | 2,062.24 | 2.09 | 666.67 | |
| 6452-0000 | GAS | 100.00 | 118.99 | 0.19 | 350.00 | 361.04 |
| 6525-0000 | TRASH REMOVAL | 685.00 | 705.97 | 0.03 | 685.00 | 702.87 |
| 6533-0000 | FIRE SAFETY MAINT & REPAIR | 0.00 | 330.00 | #DIV/0! | 530.00 | |
| 6533-7500 | FIRE SAFETY CONTRACT | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6535-0000 | ROOF REPAIR & MAINT | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6538-0000 | GEN MAINT-TECH LABOR | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6538-5000 | GEN MAINT MATERIALS | 125.00 | 44.30 | -0.65 | 125.00 | |
| 6546-0000 | HVAC REPAIRS AND MAINTENANCE | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6547-0000 | PLUMBING R&M | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6595-0000 | ELEVATOR CONTRACT | 0.00 | 0.00 | #DIV/0! | 730.33 | |
| 6596-0000 | PEST CONTROL | 139.00 | 278.00 | 1.00 | 139.00 | |
| 6599-0000 | SECURITY | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6597-0000 | JANITORIAL SUPPLIES | 220.00 | 0.00 | -1.00 | 0.00 | 366.85 |
| 6597-5000 | JANITORIAL CONTRACT | 1,350.00 | 1,349.07 | 0.00 | 1,414.00 | 1,349.07 |
| 6601-0000 | SNOW REMOVAL | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6603-7500 | GROUNDS CONTRACT | 650.00 | 335.00 | -0.48 | 650.00 | 239.00 |
| 6607-0000 | WINDOW CLEANING | 0.00 | 0.00 | #DIV/0! | 0.00 | |
| 6690-0000 | PAYROLL EXPENSE | 3,200.00 | 5,278.91 | 0.65 | 3,200.00 | 1,879.87 |
| 6710-0000 | REAL ESTATE TAXES | 0.00 | 4,100.23 | #DIV/0! | 0.00 | |
| 6720-0000 | LIABILITY INSURANCE | 689.26 | 1,231.74 | 0.79 | 741.00 | |
| | | | | | | |
| | | | | | | |
| **6800-9999** | **TOTAL OPERATING EXPENSES** | **15,069.13** | **21,663.75** | | **15,275.20** | **6,456.99** |
| | | | | | | |
| 6810-0000 | FINANCIAL EXPENSES | | | | | |
| 6820-1000 | INTEREST EXPENSE-DEBT SERVICE | 5,500.00 | 2,259.00 | -0.59 | 2,259.00 | -5,500.00 |
| | | | | | | |
| 6899-9999 | TOTAL FINANCIAL EXPENSES | | | | | |
| 7000-0000 | OWNER EXPENSE - NON-RECOVERABLE | | | | | |
| 7917-0000 | LEASE COMMISSION EXPENSE | 58.08 | 58.08 | 0.00 | 58.08 | 7,121.43 |
| | | | | | | |
| 7999-9999 | TOTAL OWNER EXPENSE - NON-RECOV | | | | | |
| | | | | | | |
| | | | | | | |

# Exhibit E

**2026 BUDGET VS. ACTUAL - ADELAIDE POINTE**

| | Oct 31 - Nov 13 2026 | | |
|---|---|---|---|
| **RECEIPTS** | | | |
| **Rental Receipts** | **Budget** | **Actual** | **Variance** |
| 1240 W Western - Offices | $3,150 | $3,150 | $0 |
| 1240 W Western - Low West | - | 0 | 0 |
| 1204A W Western - Tall East | 18,044 | 2,265 | (15,779) |
| 1204B W Western - Low East 1 | 9,908 | 3,401 | (6,507) |
| 1204C W Western - Low East 2 | 2,339 | 0 | (2,339) |
| Winter Storage1 | 50,591 | 1,476 | (49,115) |
| Dry In/Out | 1,500 | 3,570 | 2,070 |
| Wet Marina | 85,532 | 0 | (85,532) |
| 400 Adelaide Circle - Boater Services | 0 | 1,559 | 1,559 |
| **Total Rental Receipts** | **$171,065** | **$15,420** | **($155,644)** |
| **Other Receipts** | | | |
| RV & Trailer Storage | $48 | $1,375 | $1,327 |
| Fuel Sales | 854 | 0 | (854) |
| Ships Store Sales | 931 | 0 | (931) |
| Tenant Utility Reimbursement | 5,058 | 430 | (4,629) |
| Service Revenue | - | 358 | 358 |
| **TOTAL ALL RECEIPTS** | **$177,957** | **$17,583** | **($160,374)** |
| **DISBURSEMENTS** | | | |
| Payroll & Employee Health Insurance | $14,290 | $18,041 | ($3,751) |
| Payroll Contribution from ChoiceOne & 4Front | (645) | 0 | (645) |
| Fuel Costs and Fuel Servicing | 364 | 0 | 364 |
| Ships Store Inventory Purchases | - | 0 | 0 |
| Truck Payments | - | 0 | 0 |
| DTE Energy | 2,705 | 0 | 2,705 |
| Consumers | 6,984 | 0 | 6,984 |
| Water | 659 | 0 | 659 |
| Boat Detailing Cost | 140 | 2,200 | (2,061) |
| Property Taxes | - | 0 | 0 |
| Property Repairs, Inspections, and Maintenance | 1,630 | 13,036 | (11,407) |
| Snow Plowing, Lawn Maintenance | 97 | 0 | 97 |
| Landscaping | 16,226 | 50,000 | (33,774) |
| Landscaping Reimbursement from ChoiceOne & 4Front | (1,935) | 0 | (1,935) |
| Roof Repairs | - | 0 | 0 |
| Property and Liability Insurance (Warehouse & Boater Svs) | 15,167 | 0 | 0 |
| Property and Liability Insurance (Condo Bldg) | - | 0 | 0 |
| Property and Liability Refund | (19,500) | 0 | 0 |
| Bookkeeping, Office Supplies, Internet, QB | 1,536 | 1,918 | (382) |
| **TOTAL ALL DISBURSEMENTS** | **$37,716** | **$85,196** | **($43,146)** |
| **CASH FLOW** | **$140,241** | **($67,613)** | **($203,520)** |

| | | | |
|---|---|---|---|
| **Other Costs** | | | |
| **CAPITAL SPENDING** | | | |
| Balcony Repair | 0 | 0 | 0 |
| Condominum Common Area | 13,968 | 0 | 13,968 |
| **TOTAL OTHER COSTS** | **$13,968** | **$0** | **$13,968** |
| **CASH FLOW** | **$126,273** | **($67,613)** | **($189,552)** |

**Footnotes:**

1 This represents only winter storage income allocated to warehouses and not the Dry Marina

# Exhibit F

| | | | Rental Rate | |
|---|---|---|---|---|
| | | | | |
| **Boater Services: 400 Adelaide Circle, Muskegon, MI 49441** | | | | |
| | Freedom Boat Club / Andrew Goss | | $ 1,558.50 | Paid thru 11.30.2026 |
| | | | | |
| **Tall East: 1204A W Western Ave., Muskegon MI 49441** | | | | |
| | **Tenant Name** | **Unit #** | | |
| | Dry Boat / Jon Bartnick | 1204A - 1 | $ 1,380.00 | Paid thru 11.30.2026 |
| | Premium Storage for Boats | 1204A - 2 | $ - | |
| | Rapid Tech / Greg DeKubber | 1204A - 3 | $ 1,440.00 | Paid thru 11.30.2026 |
| | Red Bull Distribution | 1204A - 4 | $ 1,620.00 | Rent paid thru 11.30.2026 - owe $47.50 for utilities |
| | Anastor Electric | 1204A - 5 | $ 2,180.00 | Paid thru 11.30.2026 |
| | Premium Storage for Boats | 1204A - 6-8 | $ - | |
| | Premium Storage for Boats | 1204A - 9 | $ - | |
| | Adelaide Pointe Storage | 1204A - 10 | | |
| | Premium Storage for Boats | 1204A - 11-15 | $ - | |
| | Chad Vanderstelt | 1204A - 16 | $ 2,078.00 | Rent paid thru 10.30.2026 - owe utilities of $27.78 for May & June 2026 & $48.50 for Aug, Sept & Oct |
| | Brandon Kenny - One Touch Siding | 1204A - 17 | $ - | |
| | Premium Storage for Boats | 1204A - 18 | $ - | Kevin Lohr - When did he vacate - show May & June rent owing and utilities of $325.49 |
| | Tim Spoelman | 1204A - 19 | $ - | Rent in exchange for winter 2026/2027 plowing |
| | Wheelfish Group | 1204A - 20 | $ 1,608.75 | Paid thru 10.30.2026 - Owe $46.50 for utilities - check to see if they owe rent for when boat was in water |
| | | | | |
| **Low East (1): 1204B W Western Ave., Muskegon MI 49441** | | | | |
| | **Tenant Name** | **Unit #** | | |
| | MZH Concrete | 1204B - 1 - 2 | $ 2,670.00 | Paid thru 10.30.2026 - owe $1,015.02 in utilities |
| | David Babcock | 1204B - 3 | $ 1,000.00 | Paid thru 11.30.2026 |
| | Brian Homfeld DBA Signs by Brian | 1204B - 4 | $ 970.72 | Paid thru 10.30.2026 - owe $548.74 in utilities |
| | Alpha Bid / Tonya Thomas | 1204B - 5 | $ 901.25 | Due for April 2026 and $43.41 in utilities - her roof is being fixed now |
| | Two B Coastal | 1204B - 8 | $ - | |
| | Sam Slaughter | 1204B - 6 -7 | $ 2,507.80 | Paid thru 11.30.2026 |
| | Matt Gongtiski | 1204B - 26 | $ 1,758.18 | Owes for February, March and June 2026 rent, also last paid for August of 2026 |
| | | | | |
| **Low East (2): 1204C W Western Ave., Muskegon MI 49441** | | | | |
| | **Tenant Name** | **Unit #** | | |
| | Robert Shelton - HST | 1204C - 1 | | Paid thru 10.30.2026 - owe $75.00 in utilities |
| | Robert Shelton - HST | 1204C - 2 | $ 4,677.00 | |
| | | | | |
| **Office Building: 1240 W Western Ave, Muskegon, MI 49441** | | | | |
| | **Tenant Name** | **Suite #** | | |
| | Vacant | 1 | | |
| | Vacant | 2 | | |
| | Aleschia Loughridge | 3 | $ 500.00 | Paid thru 11.30.2026 |
| | Vacant | 4 | | |
| | Michael Tiley | 5 | $ 650.00 | Paid thru 11.30.2026 |
| | Taylor Jones | 6 | $ 650.00 | Paid thru 11.30.2026 |
| | Adelaide Pointe | 7 | | |
| | Stephanie Sieradzki | 8&9 | $ 1,300.00 | Paid thru 11.30.2026 |
| | Vacant | 9 | | |
| | Vacant | 10 | $ - | |
| | | | | |
| **Low West: 1240 W Western Ave., Muskegon MI 49441** | | | | |
| | **Tenant Name** | **Unit #** | | |
| | Steve Morris | | $ 1,500.00 | |
| | Damon Hooper | | $ 1,500.00 | |
| | **Total Rental Rate** | | **$ 32,450.20** | |

# Exhibit G

CHASE for BUSINESS®

Printed from Chase for Business

Overview / Account: Ink Preferred (...4930)

Ink Preferred (...4930)




**$2,827.35**

Current balance | **Show details**

| | | | |
|---|---|---|---|
| **Dec 5, 2026** | **$0.00** | **$0.00** | **$14,460.65** |
| Payment due date | Minimum payment due | Remaining statement balance | Available credit |
| **$17,500.00** | **Off** \| | | |
| Total credit limit | Automatic payments | | |

Cardholders (2)

## Transactions

Pending

| Date | Description | Card | Amount |
|---|---|---|---|
| Nov 20, 2026 | Intuit | (...0809) | $212.00 |

Showing Specific date range

We found 12 transactions.

Filtered by: Nov 1, 2026 to Nov 15, 2026

| Date | Description | Card | Category | | Amount |
|---|---|---|---|---|---|
| Nov 12, 2026 | IN J HAVERMANS CONSTRUCT | (...0809) | Repair & maintenance | ✓ | $9,487.50 |
| | Intuit QuickBooks | (...0809) | Office & Shipping | ✓ | $558.00 |
| | FORKLIFT EXCHANGE ILLINOI | (...0809) | Repair & maintenance | ✓ | $2,067.40 |
| | ONETOUCH SID ONETO PayPal | (...0809) | Repair & maintenance | ✓ | $12,097.70 |
| | Payment Thank You - Web | (...4930) | — | | −$1,460.34 |
| Nov 11, 2026 | Amazon Marketplace Amazon.com | (...0809) | Merchandise & Inventory | ✓ | $30.73 |
| Nov 8, 2026 | Comcast | (...0809) | Bills & utilities | ✓ | $191.85 |
| Nov 7, 2026 | Intuit QuickBooks | (...0809) | Office & Shipping | ✓ | $85.00 |
| Nov 5, 2026 | The Home Depot | (...0809) | Repair & maintenance | ✓ | $45.56 |
| | GoDaddy | (...0809) | Bills & utilities | ✓ | −$21.99 |

| Date | Description | Card | Category | | Amount |
|---|---|---|---|---|---|
| Nov 4, 2026 | IN STEVEN DONLEY | (...0809) | Bills & utilities | | $29.99 |
| | ONETOUCH SID ONETO PayPal | (...0809) | Repair & maintenance | | $622.20 |

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC ©2026 JPMorgan Chase & Co Equal Opportunity Lender